BNDJJO,CLOSED

# U.S. District Court
# Southern District of Florida (Miami)
# CRIMINAL DOCKET FOR CASE #: 1:19-mj-03082-JJO All Defendants
## *Internal Use Only*

Case title: USA v. Teman

Date Filed: 07/08/2019
Date Terminated: 07/08/2019

Assigned to: Ch. Magistrate Judge
John J. O'Sullivan

### Defendant (1)

**Ari Teman**
18244-104
*YOB 1982 English*
*TERMINATED: 07/08/2019*

represented by **Sara Sharon Shulevitz**
28 west flagler street suite #1001
Miami, FL 33130
3057281936
Fax: 3057795074
Email: dasarashul@aol.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Temporary*

| **Pending Counts** | **Disposition** |
|---|---|
| None | |

**Highest Offense Level (Opening)**

None

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

**Highest Offense Level (Terminated)**

None

| **Complaints** | **Disposition** |
|---|---|
| 18:U.S.C.§1344 BANK FRAUD | |

### Plaintiff

**USA**

represented by **Noticing AUSA CR TP/SR**
Email: Usafls.transferprob@usdoj.gov

1

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

| Date Filed | # | Page | Docket Text |
|---|---|---|---|
| 07/03/2019 | | 9 | Arrest of Ari Teman (at) (Entered: 07/09/2019) |
| 07/08/2019 | 1 | 3 | Magistrate Removal of Complaint and Arrest Warrant from Southern District of New York Case number in the other District 19–MAG–5858 as to Ari Teman (1). (at) (Entered: 07/09/2019) |
| 07/08/2019 | 2 | 10 | Order to Unseal as to Ari Teman re 1 Magistrate Removal In. (Signed by Ch. Magistrate Judge John J. O'Sullivan on 7/8/2019). (at) (Entered: 07/09/2019) |
| 07/08/2019 | 3 | 11 | Minute Order for proceedings held before Ch. Magistrate Judge John J. O'Sullivan: Initial Appearance in Rule 5(c)(3)/Rule 40 Proceedings as to Ari Teman held on 7/8/2019. Bond recommendation/set: Ari Teman (1) STIP $25,000 PSB. Attorney added: Sara Sharon Shulevitz for Ari Teman (Digital 13:53:21) (Signed by Ch. Magistrate Judge John J. O'Sullivan on 7/8/2019). (at) (Entered: 07/09/2019) |
| 07/08/2019 | 4 | 12 | NOTICE OF TEMPORARY ATTORNEY APPEARANCE: Sara Sharon Shulevitz appearing for Ari Teman (at) (Entered: 07/09/2019) |
| 07/08/2019 | 5 | 13 | WAIVER OF RULE 5 & 5.1 REMOVAL/IDENTITY HEARINGS by Ari Teman (at) (Entered: 07/09/2019) |
| 07/08/2019 | 6 | 14 | ORDER OF REMOVAL ISSUED to District of Southern District of New York as to Ari Teman. Closing Case for Defendant. Signed by Ch. Magistrate Judge John J. O'Sullivan on 7/8/2019. *See attached document for full details.* (dgj) (Entered: 07/09/2019) |
| 07/10/2019 | 7 | 15 | Notice of Criminal Transfer to Southern District of New York of a Rule 5 or Rule 32 Initial Appearance as to Ari Teman. Your case number is: 19–MAG–5858. Docket sheet and documents attached. If you require certified copies of any documents, please call our Records Section at 305–523–5210. *Attention Receiving Court*: If you wish to designate a different email address for future transfers, send your request to TXND at: InterDistrictTransfer_TXND@txnd.uscourts.gov. (dgj) (Entered: 07/10/2019) |
| 07/22/2019 | 8 | 29 | $25,000.00 PSB Bond Entered as to Ari Teman Approved by Ch. Magistrate Judge John J. O'Sullivan. *Please see bond image for conditions of release.* (cg1) (Entered: 07/23/2019) |

# 19-3082-MJ-O'SULLIVAN

Mod AO 442 (09/13) Arrest Warrant    AUSA Name & Telno:  Jacob H. Gutwillig, Tel: 212-637-2215

## UNITED STATES DISTRICT COURT

for the

Southern District of New York

|  |  |
|---|---|
| United States of America<br>v.<br>Ari Teman | )<br>)<br>)<br>)<br>)<br>) |

1 9 MAG  5858

Case No.

_____
*Defendant*

## ARREST WARRANT

To:    Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*    Ari Teman                                                                                       ,

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment        ☐ Superseding Indictment        ☐ Information        ☐ Superseding Information        ☑ Complaint
☐ Probation Violation Petition        ☐ Supervised Release Violation Petition        ☐ Violation Notice        ☐ Order of the Court

This offense is briefly described as follows:

Violations of 18 U.S.C. §§ 1344, 1 and 2

Date: 6/20/209

_____
*Issuing officer's signature*

City and state:    New York, NY

Hon. Sarah Netburn, USMJ
_____
*Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____<br>at *(city and state)* _____ . |
| Date: _____                         _____<br>                                        *Arresting officer's signature*<br><br>                              _____<br>                                       *Printed name and title* |

```
MIME-Version:1.0
From:cmecfautosender@flsd.uscourts.gov
To:flsd_cmecf_notice
Bcc:
--Case Participants: Noticing AUSA CR TP/SR (usafls.transferprob@usdoj.gov), Ch.
Magistrate Judge John J. O'Sullivan (o'sullivan@flsd.uscourts.gov)
--Non Case Participants:
--No Notice Sent:

Message-Id:18987701@flsd.uscourts.gov
Subject:Activity in Case 1:19-mj-03082-JJO USA v. Teman Arrest
Content-Type: text/html
```

## U.S. District Court

### Southern District of Florida

### Notice of Electronic Filing

The following transaction was entered on 7/9/2019 at 8:37 AM EDT and filed on 7/3/2019

**Case Name:**     USA v. Teman

**Case Number:**   1:19−mj−03082−JJO

**Filer:**

**Document Number:** No document attached

**Docket Text:**
**Arrest of Ari Teman (at)**

**1:19−mj−03082−JJO−1 Notice has been electronically mailed to:**

Noticing AUSA CR TP/SR &nbsp &nbsp Usafls.transferprob@usdoj.gov

**1:19−mj−03082−JJO−1 Notice has not been delivered electronically to those listed below and will be
provided by other means. For further assistance, please contact our Help Desk at 1−888−318−2260.:**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case No. 19-3082-MJ-O'SULLIVAN   (SEALED)

UNITED STATES OF AMERICA,
        Plaintiff,

V.

ARI TEMAN,
        Defendant(s).
_____/

## ORDER

**THIS CAUSE** came before the Court and pursuant to proceedings it is

thereupon, PURSUANT TO THE ARREST OF THE ABOVE NAMED

DEFENDANT, THIS CASE IS HEREBY UNSEALED.

**DONE AND ORDERED** at Miami, Florida.

Dated: 7/8/2019

John J. O'Sullivan
UNITED STATES MAGISTRATE JUDGE

*May be released*

# MINUTE ORDER

Page 8

## Chief Magistrate Judge John J. O'Sullivan

**Atkins Building Courthouse - 5th Floor**       Date: 7/8/2019   Time: 1:30 p.m.

---

Defendant: ARI TEMAN       J#: 18244-104   Case #: 19-3082-MJ-O'SULLIVAN SEALED

AUSA: Sharad Motiani       Attorney: Sara Shulevitz (Temp)
Violation: S/D/NY/WARR/COMP/BANK FRAUD
                                   Surr/Arrest Date: 7/3/2019   YOB: 1982

---

-Proceeding: Initial Appearance                CJA Appt: _____

Bond/PTD Held: ○ Yes  ○ No    Recommended Bond: _____

Bond Set at: Stip $25K PSB w/ cosigners        Co-signed by: _____

☑ Surrender and/or do not obtain passports/travel docs       Language: English
   48 hours by 7/10 COB.
☑ Report to PTS as directed/or ____ x's a week/month by      Disposition: Def released
   phone: ____ x's a week/month in person                    -D. advised rights/Charges
   Random urine testing by Pretrial                          -Standing in for Ms. Shulevitz
☑ Services                                                   Grace Casas Rowe/Eric Irons
   Treatment as deemed necessary                             -Case unsealed
☑ Refrain from excessive use of alcohol                      -Stip $25K PSB
☑ Participate in mental health assessment & treatment        cosigned by either Levi Herman
☐ Maintain or seek full-time employment/education            OR Joseph Nachumklar.
☐ No contact with victims/witnesses, except through counsel  -Passport to be surrendered
☐ No firearms                                                by 7/10 close of business.
☐ Not to encumber property                                   -Dft has 10 days to obtain
☐ May not visit transportation establishments               cosigners signatures (7/18/19)
☐ Home Confinement/Electronic Monitoring and/or              -Motion to Seal by Def denied
   Curfew ____ pm to ____ am, paid by ____                   -Counsel to keep bond
☐ Allowances: Medical needs, court appearances, attorney visits, until cosigners sign
   religious, employment
☑ Travel extended to: FLSD (lives) NYSD NYED                 Time from today to ____ excluded
☑ Other: reside at address of record                        from Speedy Trial Clock

---

NEXT COURT APPEARANCE   Date:    Time:    Judge:         Place:

Report RE Counsel: _____

PTD/Bond Hearing: _____

Prelim/Arraign or Removal: _____

Status Conference RE: _____

D.A.R. 13:53:21                    Time in Court: 8 mins

s/John J. O'Sullivan                        **Chief Magistrate Judge**

11

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 19-3082 MJ

UNITED STATES OF AMERICA,

v.

Ari Teman                    /

**NOTICE OF TEMPORARY**
**APPEARANCE AS COUNSEL**

COMES NOW _Sara Shulevitz_ and

files this temporary appearance as counsel for the above-named

defendant at initial appearance. This appearance is made with

the **understanding** that the undersigned counsel will fulfill any

**obligations imposed** by the Court such as **preparing and filing**

**documents** necessary to collateralize any personal surety bond

which may be set.

Counsel's Signature

Date: _July 8, 2019_

Counsel's Name (Printed) _Grace Gross-Rowe Sara Shulevitz_

**Florida Bar Number (Required)** _64061_

Address _08 W Flagler Street_

_Suite 900_                    Zip Code: _33130_

Telephone _(305) 728-1936_

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
Case No: 19-3082-MJ-O'SULLIVAN

United States of America
        Plaintiff,

v.

                                                Charging District's Case No.   19MAG5858

ARI TEMAN,
        Defendant.
_____/

## WAIVER OF RULE 5 & 5.1 REMOVAL/IDENTITY HEARINGS

I understand that I have been charged in another district, the **SOUTHERN DISTRICT OF**

**NEW YORK.**

I have been informed of the charges and of my rights to:

(1)    retain counsel or request the assignment of counsel if I am unable to retain counsel;
(2)    an identity hearing to determine whether I am the person named in the charges;
(3)    production of the warrant, a certified copy of the warrant, or a reliable electronic copy of
       either;
(4)    a preliminary hearing within 14 days of my first appearance if I am in custody and 21
       days otherwise — unless I am indicted — to determine whether there is probable cause to
       believe that an offense has been committed;
(5)    a hearing on any motion by the government for detention;
(6)    request transfer of the proceedings to this district under Fed. R. Crim. P. 20, to plead
       guilty.

I agree to waive my rights to: **(check those that apply)**

☑ An identity hearing and production of the warrant.

☐ A preliminary hearing.

☐ A detention hearing in the Southern District of Florida.

☐ An identity hearing, production of the warrant, and any preliminary or detention hearing
  to which I may be entitled to in this district. I request that those hearings be held in the
  prosecuting district, at a time set by that court.

I consent to the issuance of an order requiring my appearance in the prosecuting district where
the charges are pending against me.

Date: 7/8/2019

Defendant's Signature

John J. O'Sullivan
United States Chief Magistrate Judge

13

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
Case No. 19-3082-MJ-O'SULLIVAN

United States of America
      Plaintiff,

v.

ARI TEMAN,
      Defendant.

_____/

## ORDER OF REMOVAL

It appearing that in the **SOUTHERN DISTRICT OF NEW YORK**, a Criminal Complaint was filed against the above-named defendant on a charge of **BANK FRAUD**, and that the defendant was arrested in the Southern District of Florida and was given a hearing before United States Magistrate Judge John J. O'Sullivan at Miami, Florida, which officially committed the defendant for removal to the **SOUTHERN DISTRICT OF NEW YORK**, it is ORDERED AND ADJUDGED that the defendant be removed to the above-named district for trial on said charge.

And it further appearing that the defendant waived further hearing in the said removal proceedings and was held by the Magistrate Judge John J. O'Sullivan for removal and posted bail in the amount of $ 25,000 PSB which was approved by the United States Magistrate Judge John J. O'Sullivan, and it is further ORDERED that the defendant shall appear in the aforesaid district at such times and places as may be ordered by that District Court, in accordance with the terms and conditions of aforesaid bond furnished by the defendant, and it is further ORDERED that the funds, plus interest, which may have been deposited on behalf of this defendant with the Clerk of the Court under Bail Reform Act be transferred to the district where removed.

DONE AND ORDERED at Miami, Florida on 7/8/2019.

_____
John J. O'Sullivan
United States Chief Magistrate Judge

BNDJJO,CLOSED

# U.S. District Court
## Southern District of Florida (Miami)
## CRIMINAL DOCKET FOR CASE #: <u>1:19-mj-03082-JJO</u>-1
### *Internal Use Only*

Case title: USA v. Teman

Date Filed: 07/08/2019
Date Terminated: 07/08/2019

Assigned to: Ch. Magistrate Judge
John J. O'Sullivan

### <u>Defendant (1)</u>

**Ari Teman**
18244−104
*YOB 1982 English*
*TERMINATED: 07/08/2019*

represented by **Sara Sharon Shulevitz**
28 west flagler street suite #1001
Miami, FL 33130
3057281936
Fax: 3057795074
Email: dasarashul@aol.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Temporary*

### <u>Pending Counts</u>

None

### <u>Disposition</u>

### <u>Highest Offense Level (Opening)</u>

None

### <u>Terminated Counts</u>

None

### <u>Disposition</u>

### <u>Highest Offense Level</u>
### <u>(Terminated)</u>

None

### <u>Complaints</u>

18:U.S.C.§1344 BANK FRAUD

### <u>Disposition</u>

### <u>Plaintiff</u>

**USA**

represented by **Noticing AUSA CR TP/SR**
Email: Usafls.transferprob@usdoj.gov

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

| Date Filed | # | Page | Docket Text |
|---|---|---|---|
| 07/03/2019 | | 9 | Arrest of Ari Teman (at) (Entered: 07/09/2019) |
| 07/08/2019 | 1 | 3 | Magistrate Removal of Complaint and Arrest Warrant from Southern District of New York Case number in the other District 19–MAG–5858 as to Ari Teman (1). (at) (Entered: 07/09/2019) |
| 07/08/2019 | 2 | 10 | Order to Unseal as to Ari Teman re 1 Magistrate Removal In. (Signed by Ch. Magistrate Judge John J. O'Sullivan on 7/8/2019). (at) (Entered: 07/09/2019) |
| 07/08/2019 | 3 | 11 | Minute Order for proceedings held before Ch. Magistrate Judge John J. O'Sullivan: Initial Appearance in Rule 5(c)(3)/Rule 40 Proceedings as to Ari Teman held on 7/8/2019. Bond recommendation/set: Ari Teman (1) STIP $25,000 PSB. Attorney added: Sara Sharon Shulevitz for Ari Teman (Digital 13:53:21) (Signed by Ch. Magistrate Judge John J. O'Sullivan on 7/8/2019). (at) (Entered: 07/09/2019) |
| 07/08/2019 | 4 | 12 | NOTICE OF TEMPORARY ATTORNEY APPEARANCE: Sara Sharon Shulevitz appearing for Ari Teman (at) (Entered: 07/09/2019) |
| 07/08/2019 | 5 | 13 | WAIVER OF RULE 5 & 5.1 REMOVAL/IDENTITY HEARINGS by Ari Teman (at) (Entered: 07/09/2019) |
| 07/08/2019 | 6 | 14 | ORDER OF REMOVAL ISSUED to District of Southern District of New York as to Ari Teman. Closing Case for Defendant. Signed by Ch. Magistrate Judge John J. O'Sullivan on 7/8/2019. *See attached document for full details.* (dgj) (Entered: 07/09/2019) |

# 19-3082-MJ-O'SULLIVAN

Mod AO 442 (09/13) Arrest Warrant     AUSA Name & Telno:  Jacob H. Gutwillig, Tel: 212-637-2215

# UNITED STATES DISTRICT COURT

### for the

### Southern District of New York

| | |
|---|---|
| United States of America<br>v.<br>Ari Teman | )<br>)<br>)<br>)<br>)<br>) |

**19 MAG 5858**

Case No.

_____
Defendant

## ARREST WARRANT

To:     Any authorized law enforcement officer

   **YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*    Ari Teman                                                                                                        ,

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment     ☐ Superseding Indictment     ☐ Information     ☐ Superseding Information     ☑ Complaint

☐ Probation Violation Petition     ☐ Supervised Release Violation Petition     ☐ Violation Notice     ☐ Order of the Court

This offense is briefly described as follows:

   Violations of 18 U.S.C. §§ 1344, 1 and 2

Date:  10/20/2019

                                                            *Issuing officer's signature*

City and state:     New York, NY

                                                Hon. Sarah Netburn, USMJ
                                                            *Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____<br>at *(city and state)* _____. |
| Date: _____                            _____<br>                                                            *Arresting officer's signature*<br><br>                                                            _____<br>                                                            *Printed name and title* |

```
MIME-Version:1.0
From:cmecfautosender@flsd.uscourts.gov
To:flsd_cmecf_notice
Bcc:
--Case Participants: Noticing AUSA CR TP/SR (usafls.transferprob@usdoj.gov), Ch.
Magistrate Judge John J. O'Sullivan (o'sullivan@flsd.uscourts.gov)
--Non Case Participants:
--No Notice Sent:

Message-Id:18987701@flsd.uscourts.gov
Subject:Activity in Case 1:19-mj-03082-JJO USA v. Teman Arrest
Content-Type: text/html
```

## U.S. District Court

### Southern District of Florida

### Notice of Electronic Filing

The following transaction was entered on 7/9/2019 at 8:37 AM EDT and filed on 7/3/2019

**Case Name:** USA v. Teman

**Case Number:** 1:19-mj-03082-JJO

**Filer:**

**Document Number:** No document attached

**Docket Text:**
**Arrest of Ari Teman (at)**

**1:19-mj-03082-JJO-1 Notice has been electronically mailed to:**

Noticing AUSA CR TP/SR &nbsp &nbsp Usafls.transferprob@usdoj.gov

**1:19-mj-03082-JJO-1 Notice has not been delivered electronically to those listed below and will be provided by other means. For further assistance, please contact our Help Desk at 1-888-318-2260.:**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case No. 19-3082-MJ-O'SULLIVAN   (SEALED)


UNITED STATES OF AMERICA,
         Plaintiff,

V.

ARI TEMAN,
         Defendant(s).
_____/

## **ORDER**

**THIS CAUSE** came before the Court and pursuant to proceedings it is

thereupon, PURSUANT TO THE ARREST OF THE ABOVE NAMED

DEFENDANT, THIS CASE IS HEREBY UNSEALED.

**DONE AND ORDERED** at Miami, Florida.


Dated: 7/8/2019

John J. O'Sullivan
**UNITED STATES MAGISTRATE JUDGE**

*May be released*

# MINUTE ORDER

Page 8

## Chief Magistrate Judge John J. O'Sullivan

**Atkins Building Courthouse - 5th Floor**          Date: 7/8/2019          Time: 1:30 p.m.

Defendant: ARI TEMAN                    J#: 18244-104          Case #: 19-3082-MJ-O'SULLIVAN SEALED

AUSA: Sharad Mohani                    Attorney: Sara Shulewitz (Temp)

Violation: S/D/NY/WARR/COMP/BANK FRAUD          Surr/Arrest Date: 7/3/2019          YOB: 1982

Proceeding: Initial Appearance                    CJA Appt:

Bond/PTD Held: ◉ Yes   ○ No          Recommended Bond:

Bond Set at: Stip $25K PSB w/ cosigners          Co-signed by:

| | | |
|---|---|---|
| ☑ | Surrender and/or do not obtain passports/travel docs *48 hours by 7/10 COB* | Language: English |
| ☑ | Report to PTS as directed/or ___ x's a week/month by phone: ___ x's a week/month in person | Disposition: Def released |
| ☑ | Random urine testing by Pretrial Services | - D. advised rights / Charges |
| | Treatment as deemed necessary | - Standing in for Ms. Shulewitz |
| ☑ | Refrain from excessive use of alcohol | Grace Casas Rowe/Eric Irons |
| ☑ | Participate in mental health assessment & treatment | - Case unsealed |
| ☐ | Maintain or seek full-time employment/education | - Stip $25K PSB |
| ☐ | No contact with victims/witnesses, except through counsel | cosigned by either Levi Herman |
| ☐ | No firearms | OR Joseph Nachumklar. |
| ☐ | Not to encumber property | - Passport to be surrendered |
| ☐ | May not visit transportation establishments | by 7/10 close of business. |
| ☐ | Home Confinement/Electronic Monitoring and/or Curfew ___ pm to ___ am, paid by ___ | - Def has 10 days to obtain cosigners signatures (7/18/19) |
| ☐ | Allowances: Medical needs, court appearances, attorney visits, religious, employment | - Motion to seal by Def denied |
| ☑ | Travel extended to: FLSD (lives) / NYSD / NYED | - Counsel to keep bond until cosigners sign |
| ☑ | Other: reside at address of record | Time from today to ___ excluded from Speedy Trial Clock |

NEXT COURT APPEARANCE   Date: ___   Time: ___   Judge: ___   Place: ___

Report RE Counsel:

PTD/Bond Hearing:

Prelim/Arraign or Removal:

Status Conference RE:

D.A.R. 13:53:21          Time in Court: 8 mins

s/John J. O'Sullivan                    Chief Magistrate Judge

25

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 19-3082 MJ

UNITED STATES OF AMERICA,

v.

Ari Teman                    /

**NOTICE OF TEMPORARY**
**APPEARANCE AS COUNSEL**

COMES NOW   Sara Shulevitz                    and

files this temporary appearance as counsel for the above-named

defendant at initial appearance.  This appearance is made with

the **understanding** that the undersigned counsel will fulfill any

**obligations imposed** by the Court such as **preparing and filing**

**documents** necessary to collateralize any personal surety bond

which may be set.

Counsel's Signature

Date:   July 8, 2019

Counsel's Name **(Printed)**   Grace Cross-Raye Sara Shulevitz

**Florida Bar Number (Required)**   64061

Address   08 W Flagler Street

Suite 900                    Zip Code: 33130

Telephone   (305) 728-1936

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
Case No: 19-3082-MJ-O'SULLIVAN

United States of America
    Plaintiff,
v.

                           Charging District's Case No.  19MAG5858

ARI TEMAN,
    Defendant.
_____/

## WAIVER OF RULE 5 & 5.1 REMOVAL/IDENTITY HEARINGS

I understand that I have been charged in another district, the **SOUTHERN DISTRICT OF**

**NEW YORK.**

I have been informed of the charges and of my rights to:

(1)    retain counsel or request the assignment of counsel if I am unable to retain counsel;
(2)    an identity hearing to determine whether I am the person named in the charges;
(3)    production of the warrant, a certified copy of the warrant, or a reliable electronic copy of either;
(4)    a preliminary hearing within 14 days of my first appearance if I am in custody and 21 days otherwise — unless I am indicted — to determine whether there is probable cause to believe that an offense has been committed;
(5)    a hearing on any motion by the government for detention;
(6)    request transfer of the proceedings to this district under Fed. R. Crim. P. 20, to plead guilty.

I agree to waive my rights to: **(check those that apply)**

    ☑ An identity hearing and production of the warrant.

    ☐ A preliminary hearing.

    ☐ A detention hearing in the Southern District of Florida.

    ☐ An identity hearing, production of the warrant, and any preliminary or detention hearing to which I may be entitled to in this district. I request that those hearings be held in the prosecuting district, at a time set by that court.

I consent to the issuance of an order requiring my appearance in the prosecuting district where the charges are pending against me.

Date: 7/8/2019

                                Defendant's Signature

                                John J. O'Sullivan
                                United States Chief Magistrate Judge

**23**

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
Case No. 19-3082-MJ-O'SULLIVAN

United States of America
      Plaintiff,

v.

ARI TEMAN,
      Defendant.

_____/

## ORDER OF REMOVAL

It appearing that in the **SOUTHERN DISTRICT OF NEW YORK**, a Criminal Complaint was filed against the above-named defendant on a charge of **BANK FRAUD**, and that the defendant was arrested in the Southern District of Florida and was given a hearing before United States Magistrate Judge John J. O'Sullivan at Miami, Florida, which officially committed the defendant for removal to the **SOUTHERN DISTRICT OF NEW YORK**, it is ORDERED AND ADJUDGED that the defendant be removed to the above-named district for trial on said charge.

And it further appearing that the defendant waived further hearing in the said removal proceedings and was held by the Magistrate Judge John J. O'Sullivan for removal and posted bail in the amount of $ _25,000 PSB_ which was approved by the United States Magistrate Judge John J. O'Sullivan, and it is further ORDERED that the defendant shall appear in the aforesaid district at such times and places as may be ordered by that District Court, in accordance with the terms and conditions of aforesaid bond furnished by the defendant, and it is further ORDERED that the funds, plus interest, which may have been deposited on behalf of this defendant with the Clerk of the Court under Bail Reform Act be transferred to the district where removed.

DONE AND ORDERED at Miami, Florida on 7/8/2019.

                                  John J. O'Sullivan
                                  United States Chief Magistrate Judge

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### APPEARANCE BOND:

CASE NO.:  $19-3082-JJO$

UNITED STATES OF AMERICA:
Plaintiff,

v.

JAIL #: $18344-104$

Ari Teman
Defendant,

_____/

I, the undersigned defendant and I or we, the undersigned sureties, jointly and severally acknowledge that we and our personal representatives, jointly and severally, are bound to pay the United States of America, the sum of $ 25,000 Personal Surety Bond

## STANDARD CONDITIONS OF BOND

The conditions of this bond are that the defendant:

1. Shall appear before this court and at such other places as the defendant may be required to appear, in accordance with any and all orders and directions relating to the defendant's appearance in this case, including appearance for violation of a condition of the defendant's release as may be ordered or notified by this court or any other United States District Court to which the defendant may be held to answer or the cause transferred. The defendant is to abide by any judgment entered in such matter by surrendering to serve any sentence imposed and obeying any order or direction in connection with such judgment. This is a continuing bond, including any proceeding on appeal or review, which shall remain in full force and effect until such time as the court shall order otherwise.

2. May not at any time, for any reason whatever, leave the Southern District of Florida or other District to which the case may be removed or transferred after he or she has appeared in such District pursuant to the conditions of this bond, without first obtaining written permission from the court, except that a defendant ordered removed or transferred to another district may travel to that district as required for court appearances and trial preparation upon written notice to the Clerk of this court or the court to which the case has been removed or transferred. The Southern District of Florida consists of the following counties: **Monroe, Miami-Dade, Broward, Palm Beach, Martin, St. Lucie, Indian River, Okeechobee, and Highlands.**

3. May not change his or her present address as recorded on this bond without prior permission in writing from the court.

4. Is required to appear in court at all times as required by notice given by the court or its clerk to the address on this bond or in open court or to the address as changed by permission from the court. The defendant is required to ascertain from the Clerk of Court or defense counsel the time and place of all scheduled proceedings on the case. In no event may a defendant assume that his or her case has been dismissed unless the court has entered an order of dismissal.

5. The defendant must cooperate with law enforcement officers in the collection of a DNA sample if the collection is required by 42 U.S.C. Section 14135a.

6. Shall not commit any act in violation of state or federal laws.

DEFENDANT: Ari Teman
CASE NUMBER: 19-3082 MJ
PAGE TWO

## SPECIAL CONDITIONS OF BOND

In addition to compliance with the previously stated conditions of bond, the defendant must comply with the special conditions checked below:

✓ a. Surrender all passports and travel documents, if any, to the Pretrial Services Office and not obtain any travel documents during the pendency of the case; by c.o.b. 7\10\19.

✓ b. Report to Pretrial Services as follows: (X) *as directed or__ time(s) a week in person and__ time(s) a week by telephone;*

✓ c. Submit to substance abuse testing and/or treatment;

✓ d. Refrain from excessive use of alcohol, or any use of a narcotic drug or other controlled substance, as defined in section 102 of the Controlled Substances Act (21 U.S.C. §802), without a prescription by a licensed medical practitioner;

✓ e. Participate in mental health assessment and/or treatment;

__ f. Participate and undergo a sex offense specific evaluation and treatment;

__ g. Maintain or actively seek full-time employment;

__ h. Maintain or begin an educational program;

__ i. Avoid all contact with victims of or witnesses to the crimes charged, except through counsel;

__ j. Refrain from possessing a firearm, destructive device or other dangerous weapons;

__ k. None of the signatories may sell, pledge, mortgage, hypothecate, encumber, etc., any property they own until the bond is discharged, or otherwise modified by the Court;

__ l. May not visit commercial transportation establishment: *airports, seaport/marinas, commercial bus terminals, train stations, etc.;*

__ m. No access to the internet via any type of connectivity device (*i.e., computers, pda's, cellular phones, tv's*), and follow instructions as outlined in the agreement waiver provided to you by Pretrial Services;

__ n. **HOME CONFINEMENT PROGRAM** The defendant shall participate in one of the following home confinement program components and abide by all the requirements of the program which ( ) **will not** or ( ) **will include electronic monitoring or other location verification system, paid for by the defendant** *based upon his/her ability to pay ( )* or **paid for by Pretrial Services ( ).**

__ **Curfew:** You are restricted to your residence every day from___ to___, or as directed by the Court.

__ **Home Detention:** You are restricted to your residence at all times except for: ( ) **medical needs or treatment,** ( ) **court appearances,** ( ) **attorney visits or court ordered obligations, and** ( ) **other** _____

__ o. **HALFWAY HOUSE PLACEMENT** The defendant shall reside at a halfway house or community corrections center and abide by all the rules and regulations of the program.
You are restricted to the halfway house at all times except for: ( ) **employment;** ( ) **education;** ( ) **religious services;** ( ) **medical, substance abuse, or mental health treatment;** ( ) **attorney visits;** ( ) **court appearances;** ( ) **court ordered obligations;** ( ) **reporting to Pretrial Services; and** ( ) **other** ____

✓ p. May travel to and from: __, and must notify Pretrial Services of travel plans before leaving and upon return.

✓ q. Comply with the following additional conditions of bond: (Southern District) FL, SDI NY &
Defendant may travel to and from the State of Florida and EDNY
the State of New York. May be released without signature of sureties.
Defendant has 10 days to obtain sureties' signatures by July 18. By July NY.
10, 2019 he will surrender passport to Pretrial Services
main. address on record.

**PAGE THREE**

## PENALTIES AND SANCTIONS APPLICABLE TO DEFENDANT

Violation of any of the foregoing conditions of release may result in the immediate issuance of a warrant for the defendant's arrest, a revocation of release, an order of detention, as provided in 18 U.S.C. §3148, forfeiture of any bail posted, and a prosecution for contempt as provided in 18 U.S.C. §401, which could result in a possible term of imprisonment or a fine.

The commission of any offense while on pretrial release may result in an additional sentence upon conviction for such offense to a term of imprisonment of not more than ten years, if the offense is a felony; or a term of imprisonment of not more than one year, if the offense is a misdemeanor. This sentence shall be consecutive to any other sentence and must be imposed in addition to the sentence received for the offense itself.

Title 18 U.S.C. §1503 makes it a criminal offense punishable by up to five years of imprisonment and a $250,000 fine to intimidate or attempt to intimidate a witness, juror or officer of the court; 18 U.S.C. §1510 makes it a criminal offense punishable by up to five years of imprisonment and a $250,000 fine to obstruct a criminal investigation; 18 U.S.C. §1512 makes it a criminal offense punishable by up to ten years of imprisonment and a $250,000 fine to tamper with a witness, victim or informant; and 18 U.S.C. §1513 makes it a criminal offense punishable by up to ten years of imprisonment and a $250,000 fine to retaliate against a witness, victim or informant, or threaten to do so.

It is a criminal offense under 18 U.S.C. §3146, if after having been released, the defendant knowingly fails to appear as required by the conditions of release, or to surrender for the service of sentence pursuant to a court order. If the defendant was released in connection with a charge of, or while awaiting sentence, surrender for the service of a sentence, or appeal or certiorari after conviction for:

(1) an offense punishable by death, life imprisonment, or imprisonment for a term of fifteen years or more the defendant shall be fined not more than $250,000 or imprisoned for not more than ten years, or both;

(2) an offense punishable by imprisonment for a term of five years or more, but less than fifteen years, the defendant shall be fined not more than $250,000 or imprisoned for not more than five years, or both;

(3) any other felony, the defendant shall be fined not more than $250,000 or imprisoned not more than two years, or both;

(4) a misdemeanor, the defendant shall be fined not more than $100,000 or imprisoned not more than one year, or both.

A term of imprisonment imposed for failure to appear or surrender shall be consecutive to the sentence of imprisonment for any other offense. In addition, a failure to appear may result in the forfeiture of any bail posted, which means that the defendant will be obligated to pay the full amount of the bond, which may be enforced by all applicable laws of the United States.

31

DEFENDANT: Ari Teman
CASE NUMBER: 19-3082 MJ
**PAGE FOUR**

### PENALTIES AND SANCTIONS APPLICABLE TO SURETIES

Violation by the defendant of any of the foregoing conditions of release will result in an immediate obligation by the surety or sureties to pay the full amount of the bond. Forfeiture of the bond for any breach of one or more conditions may be declared by a judicial officer of any United States District Court having cognizance of the above entitled matter at the time of such breach, and if the bond is forfeited and the forfeiture is not set aside or remitted, judgment may be entered upon motion in such United States District Court against each surety jointly and severally for the amount of the bond, together with interest and costs, and execution may be issued and payment secured as provided by the Federal Rules of Criminal Procedure and other laws of the United States.

### SIGNATURES

I have carefully read and I understand this entire appearance bond consisting of four pages, or it has been read to me, and, if necessary, translated into my native language, and I know that I am obligated by law to comply with all of the terms of this bond. I promise to obey all conditions of this bond, to appear in court as required, and to surrender for service of any sentence imposed. I am aware of the penalties and sanctions outlined in this bond for violations of the terms of the bond.

If I am an agent acting for or on behalf of a corporate surety, I further represent that I am a duly authorized agent for the corporate surety and have full power to execute this bond in the amount stated.

> **NOTE: Page 5 of this form MUST be completed before the bond will be accepted for filing.**

#### DEFENDANT

Signed this 8th day of July, 20 19 at Miami, Florida

Signed and acknowledged before me:

_____        DEFENDANT: (Signature) _____

_____
Witness

_____Miami_____        _____Florida_____
                               City                     State

#### CORPORATE SURETY

Signed this _____ day of _____, 20 ____ at _____, Florida

SURETY: _____        AGENT: (Signature) _____

                               PRINT NAME: _____

_____        _____
City            State

#### INDIVIDUAL SURETIES

Signed this 12 day of July, 2019 at 4:59 PM, Florida   Signed this ____ day of _____, 20 ____ at _____, Florida

SURETY: (Signature) _____        SURETY: (Signature) _____

PRINT NAME: Levi Herman        PRINT NAME: _____

RELATIONSHIP TO DEFENDANT: Co-Worker        RELATIONSHIP TO DEFENDANT: _____

New York            NY
_____        _____        _____        _____
City            State          City            State

Signed this ____ day of _____, 20 ____ at _____, Florida   Signed this ____ day of _____, 20 ____ at _____, Florida

SURETY: (Signature) _____        SURETY: (Signature) _____

PRINT NAME: _____        PRINT NAME: _____

RELATIONSHIP TO DEFENDANT: _____        RELATIONSHIP TO DEFENDANT: _____

_____        _____        _____        _____
City            State          City            State

#### APPROVAL BY THE COURT

Date: _____

_____
**UNITED STATES MAGISTRATE JUDGE**