IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

```
_____x
UNITED STATES OF AMERICA,               :
        Plaintiff,                      :    case no. 1:19-mj-05858-UA
                                        :
v.                                      :
                                        :
ARI TEMAN,                              :
        Defendant.                      :
_____x
```

## NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE,** that Defendant, ARI TEMAN, is now represented by the undersigned attorney in this matter.

The undersigned hereby gives notice of appearance as counsel of record in the instant case before this Court. All Orders, notices, pleadings and other papers in the above-captioned matter should be directed to the undersigned counsel.

Respectfully submitted,

**/s/ Joseph A. DiRuzzo, III**  
Digitally signed by /s/ Joseph A. DiRuzzo, III
Date: 2019.08.27 18:24:09 -04'00'

Joseph A. DiRuzzo, III
DIRUZZO & COMPANY
401 East Las Olas Blvd., Suite 1400
Ft. Lauderdale, FL 33301
954.615.1676 (o)
954.827.0340 (f)
jd@diruzzolaw.com

Dated: Aug. 27, 2019

2

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing was filed on ECF on Aug. 27, 2019, and a NEF will be delivery upon counsel of record.

**/s/ Joseph A. DiRuzzo, III**
_____
Digitally signed by /s/ Joseph A. DiRuzzo, III
Date: 2019.08.27 18:24:23 -04'00'

Joseph A. DiRuzzo, III