```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - x
                               :
UNITED STATES OF AMERICA       :    INDICTMENT
                               :
        - v. -                 :    19 Cr.
                               :
ARI TEMAN,                     :
                               :
        Defendant.             :
                               :
- - - - - - - - - - - - - - - x
```

19 CRIM 696

## COUNT ONE

**(Bank Fraud)**

The Grand Jury charges:

1. From at least in or about April 2019 up to and including at least in or about June 2019, in the Southern District of New York and elsewhere, ARI TEMAN, the defendant, willfully and knowingly, did execute and attempt to execute a scheme and artifice to defraud a financial institution, the deposits of which were then insured by the Federal Deposit Insurance Corporation, and to obtain moneys, funds, credits, assets, securities, and other property owned by, and under the custody and control of, such financial institution, by means of false and fraudulent pretenses, representations, and promises,

to wit, TEMAN deposited counterfeit checks into an account held at a particular financial institution in the name of a third party.

(Title 18, United States Code, Section 1344.)

### FORFEITURE ALLEGATION

2. As a result of committing the offense alleged in Count One of this Indictment, ARI TEMAN, the defendant, shall forfeit to the United States, pursuant to Title 18, United States Code, Section 982(a)(2)(A), any and all property constituting, or derived from, proceeds the defendant obtained directly or indirectly, as a result of the commission of said offense, including but not limited to a sum of money in United States currency representing the amount of proceeds traceable to the commission of said offense.

### Substitute Asset Provision

3. If any of the above-described forfeitable property, as a result of any act or omission of the defendant:

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third party;

    c. has been placed beyond the jurisdiction of the court;

        d.    has been substantially diminished in value; or

        e.    has been commingled with other property which cannot be divided without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p) and Title 28, United States Code, Section 2461(c), to seek forfeiture of any other property of the defendant up to the value of the forfeitable property described above.

        (Title 18, United States Code, Section 982;
       Title 21, United States Code, Section 853; and
       Title 28, United States Code, Section 2461.)

_____
FOREPERSON

                                                            GEOFFREY S. BERMAN
                                                            United States Attorney

Form No. USA-33s-274 (Ed. 9-25-58)

---

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

**UNITED STATES OF AMERICA**

v.

**ARI TEMAN,**

Defendant.

---

**INDICTMENT**

19 Cr.

(18 U.S.C. § 1344.)

GEOFFREY S. BERMAN
United States Attorney

*[signature]*
Foreperson

---

TRUE BILL & INDICTMENT
MAG. ROBERT W. LEHRBURGER
9-26-19
DJ ENGELMAYER