

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

October 3, 2019

**ECF**

The Honorable Paul A. Engelmayer
United States District Judge
Southern District of New York
United States Courthouse
40 Foley Square
New York, New York 10007

  Re: United States v. Ari Teman,
     19 Cr. 696 (PAE)

Dear Judge Engelmayer:

  On September 26, 2019, a grand jury sitting in this District returned an indictment against Ari Teman, charging him with bank fraud, in violation of Title 18, United States Code, Section 1344.  (*See* ECF No. 9).

  The parties understand that the Court is available on October 21, 2019 at 10:00 a.m. to schedule Mr. Teman's arraignment.  The Government would request an exclusion of time under the Speedy Trial Act through October 21, 2019.  I understand that defense counsel does not object to this request.

            Respectfully submitted,

            GEOFFREY S. BERMAN
            United States Attorney for the
            Southern District of New York


       By: _____/s/_____
            Jacob H. Gutwillig
            Assistant United States Attorney
            (212) 637-2215


cc: Justin Gelfand, Esq.
   Joseph DiRuzzo, Esq.