# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　Plaintiff,<br><br>v.<br><br>ARI TEMAN,<br>　　　Defendant. | case no. 1:19-cr-696-PAE |

## WAIVER OF APPEARANCE FOR ARRAIGNMENT

Defendant, ARI TEMAN, pursuant to Fed. R. Crim. P. 10(b) waives my appearance at my arraignment on the indictment (Doc. # 9) in the above-styled case.  I, ARI TEMAN, am charged by indictment with one offense under the United States Code, to wit: bank fraud (18 U.S.C. § 1344).

I have received a copy of the indictment and plead NOT GUILTY to the charged offense.

I am aware that I have the right under Rule 10 of the Federal Rules of Criminal Procedure to be present in court for my arraignment.  I waive my right to appear in court at my arraignment.

_10/14/2019_　　　　　　　　　　　_/s/ Ari Teman_____
Date　　　　　　　　　　　　　　　ARI TEMAN

_10-15-2019_
_____　　　　　　　　　_____
Date　　　　　　　　　　　　　　　Joseph A. DiRuzzo, III

___　Waiver Approved
___　Waiver Denied

_____  _____
Date                                    Judicial Officer (Signature)