

Joseph A. DiRuzzo, III, Esq., CPA
954.615.1676
jd@diruzzolaw.com

October 16, 2019

Via ECF & email: EngelmayerNYSDChambers@nysd.uscourts.gov

The Honorable Paul A. Engelmayer
United States District Judge
Southern District of New York
United States Courthouse
40 Foley Square
New York, New York 10007

Re:   *USA v. Teman*, case no. 1:19-cr-696

Dear Judge Engelmayer:

Pursuant to your "individual rules of practice in criminal cases," this letter serves as the Defendant Ari Teman's request to cancel the October 21, 2019, arraignment (*see* Doc. # 12 setting the arraignment date). On October 15, 2019, the Defendant filed his Fed. R. Crim. P. 10(b) waiver of arraignment and written plea of not guilty (*see* Doc. # 18). Accordingly, should the Court accept the Rule 10 waiver, there would be no need for counsel's and the Defendant's appearance on October 21st, which would conserve the Defendant's limited resources. *See* Fed. R. Crim. P. 2 ("These rules are to be interpreted to provide for the just determination of every criminal proceeding, to secure simplicity in procedure and fairness in administration, and to eliminate unjustifiable expense and delay.").

Counsel for the Defendant has been in contact with AUSA Gutwillig, who has informed the undersigned that the Government does not take a position on the relief requested.

Kind Regards,

/s/ Joseph A. DiRuzzo, III
Digitally signed by /s/ Joseph A. DiRuzzo, III
Date: 2019.10.16 11:28:28 -04'00'

Joseph A. DiRuzzo, III

JAD/

cc: J. Gelfand, via ECF and email
AUSA J. Gutwillig, via ECF and email

**DENIED.** The arraignment will proceed as scheduled. For any future requests for adjournment the Court directs counsel to 2.E of this Court's Individual Rules and Practices in Criminal Cases.

SO ORDERED.

10/17/2019

*/s/ Paul A. Engelmayer*
PAUL A. ENGELMAYER
United States District Judge

401 East Las Olas Blvd., Suite 1400, Ft. Lauderdale, FL 33301
FAX/ 954.827.0340 WEB/ WWW.DIRUZZOLAW.COM