UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

                        Plaintiff,

-v-

ARI TEMAN,

                        Defendant.

19 CR 696 (PAE)

ORDER

---

PAUL A. ENGELMAYER, District Judge:

    The Court thanks the parties for their joint letter. Dkt. 22. The courthouse will be closed on Monday, January 20, 2020, in observance of Martin Luther King, Jr., day. The jury trial in this matter is therefore set for January 21, 2020. The parties should clear their calendars for the entire week, and are on notice that the Court will sit on Friday, January 24, if needed.

    For planning purposes, a final pretrial conference is scheduled for January 10, 2020, at 10:30 a.m.

    SO ORDERED.

                                                   *Paul A. Engelmayer*
                                                   PAUL A. ENGELMAYER
                                                   United States District Judge

Dated: October 25, 2019
       New York, New York