

*U.S. Department of Justice*

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

November 12, 2019

**ECF**

The Honorable Paul A. Engelmayer
United States District Judge
Southern District of New York
United States Courthouse
40 Foley Square
New York, New York 10007

    Re:    United States v. Ari Teman,
                  S1 19 Cr. 696 (PAE)

Dear Judge Engelmayer:

    On November 12, 2019, a grand jury sitting in this District returned a superseding indictment against Ari Teman, charging him with two counts of bank fraud, in violation of Title 18, United States Code, Section 1344, and two counts of aggravated identity theft, in violation of Title 18, United States Code, Section 1028A. The parties are scheduled to appear for a status conference before this Court on November 22, 2019 at 2:30 p.m. The parties request that Mr. Teman be arraigned on the superseding indictment during that conference. Should the Court grant this application, the Government requests an exclusion of time under the Speedy Trial Act through November 22, 2019. Defense counsel does not object to this request.

                        Respectfully submitted,

                        GEOFFREY S. BERMAN
                        United States Attorney for the
                        Southern District of New York

        By:       /s/
                 Jacob H. Gutwillig
                 Assistant United States Attorney
                 (212) 637-2215

cc: Justin Gelfand, Esq.
    Joseph DiRuzzo, Esq.