

Joseph A. DiRuzzo, III, Esq., CPA
954.615.1676
jd@diruzzolaw.com

Nov. 20, 2019

**Via ECF**

The Honorable Paul A. Engelmayer
United States District Judge
Southern District of New York
United States Courthouse
40 Foley Square
New York, New York 10007

    Re:    *USA v. Teman*, case no. 1:19-cr-696

Dear Judge Engelmayer:

Pursuant to your verbal request to have the parties file letters with the Court, counsel for the Defendant submit the following for your consideration at the upcoming status conference.

Proposed briefing schedule: motion(s) due by 11/27; response(s) in opposition due by 12/11; replies (if any) due by 12/18. As it currently stands, counsel for the Defendant is evaluating and considering filing the following motions: (1) Bill of Particulars; (2) Dismiss on Speedy Trial grounds; (3) Suppression; and (4) Dismiss for Improper Venue.

We would propose a 1/8 deadline for motions *in limine* and a final pretrial conference on 1/10.

Kind Regards,

/s/ Joseph A. DiRuzzo, III
Digitally signed by /s/ Joseph A. DiRuzzo, III
Date: 2019.11.20 18:47:32 -05'00'

Joseph A. DiRuzzo, III

JAD/

cc: J. Gelfand, via ECF
AUSA J. Gutwillig, via ECF