UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
:
UNITED STATES OF AMERICA,                                                :
                                                                         :
        -v-                        :       19-CR-696 (PAE)
                                                                         :
ARI TEMAN,                                                               :       SCHEDULING ORDER
                                                                         :
        Defendant.                 :
                                                                         :
------------------------------------------------------------------------X

PAUL A. ENGELMAYER, United States District Judge:

      For the reasons stated on the record at today's conference, the Court sets the following deadlines with regards to the defendant's anticipated pretrial motions:

- Defense pretrial motions, including those related to speedy trial, suppression, and venue, are due by November 27, 2019;
- The government's response is due by December 11, 2019;
- Defendant's reply is due by December 18, 2019;

      The Court neglected to set a deadline for motions *in limine*. Those will be due by January 3, 2020, with oppositions due on January 7, 2020. As stated at today's conference, proposed voir dire and requests to charge are due January 6, 2020.

      The final pretrial conference in this matter remains set for January 10, 2020, at 10:30 a.m. The Court will also use this date for a factual hearing on the motion to suppress, if necessary. Time is excluded, pursuant to 18 U.S.C. § 3161(h)(7)(A), until the scheduled trial date of January 21, 2020.

SO ORDERED.

_____
PAUL A. ENGELMAYER
United States District Judge

Dated: November 22, 2019
       New York, New York