UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
                                                                  :
UNITED STATES OF AMERICA,                                         :
                                                                  :
         -v-                                                :      19-CR-696 (PAE)
                                                                  :
ARI TEMAN,                                                        :      SCHEDULING ORDER
                                                                  :
         Defendant.                                         :
                                                                  :
------------------------------------------------------------------X

PAUL A. ENGELMAYER, United States District Judge:

    The Court will hold a telephonic conference at 4 p.m. today to address the defendant's pretrial supervision. All counsel and the defendant are expected to participate in such conference. The Court directs government counsel to circulate a dial-in number.

    SO ORDERED.

                                                                                 PAUL A. ENGELMAYER
                                                                                 United States District Judge

Dated: December 12, 2019
       New York, New York