

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

December 17, 2019

**BY CM/ECF**
The Honorable Paul A. Engelmayer
United States District Judge
Southern District of New York
United States Courthouse
40 Foley Square
New York, New York 10007

      Re:    <u>United States v. Ari Teman</u>,
               S1 19 Cr. 696 (PAE)

Dear Judge Engelmayer:

      Pursuant to the Court's Order, dated December 16, 2019, the Government submits the attached Affidavit of New York Police Department Detective Daniel Alessandrino in support of certain facts referenced in its Memorandum of Law in Opposition to defendant Ari Teman's Motion to Suppress. *See* ECF Nos. 39, 42.

                    Respectfully submitted,

                    GEOFFREY S. BERMAN
                    United States Attorney for the
                    Southern District of New York

      By: <u>/s/ Kedar S. Bhatia</u>
                    Jacob H. Gutwillig
                    Kedar S. Bhatia
                    Edward A. Imperatore
                    Assistant United States Attorneys
                    (212) 637-2215/2465/2327

cc: Justin Gelfand, Esq.
    Joseph DiRuzzo, Esq.

UNITED STATES OF AMERICA
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA | S1 19 Cr. 696 (PAE) |
| v. | |
| ARI TEMAN, | |
| Defendant. | |

## AFFIDAVIT

I, DANIEL ALESSANDRINO, herby declare under the penalties of perjury and pursuant to 28 U.S.C. § 1746:

1.      I am a Detective with the New York City Police Department. I have been personally involved in the investigation of this matter, and I base this affidavit on that experience and observations, and on my conversations with other law enforcement officials.

2.      On June 20, 2019, I swore to a Complaint in the Southern District of New York charging defendant Ari Teman with one count of Bank Fraud, in violation of 18 U.S.C. § 1344 and 2. On the same day, the Court issued an arrest warrant for defendant Ari Teman (the "Arrest Warrant").

3.      On July 3, 2019, I accompanied (1) federal law enforcement officers from the United States Marshals Service, and (2) law enforcement officers from the Miami Beach Police Department, who were deputized as federal Task Force Officers with the United States Marshals Service, to an office unit occupied by Teman in Miami Beach, Florida (the "Office Unit"), for execution of the Arrest Warrant.

4.      On July 3, 2019, I and the other law enforcement officers entered the Office Unit. I understand that the only law enforcement officers present with me inside the Office Unit were

from the United States Marshals Service and federal Task Force Officers from the Miami Beach Police Department. Teman was inside the Office Unit when we arrived. I assisted the other law enforcement officers in identifying Teman as the subject of the Arrest Warrant.

5.      Teman was placed under arrest inside the Office Unit. Although I was present at the time, I was not involved in restraining Teman or placing him under arrest. That task was performed by federal Task Force Officers from the Miami Beach Police Department, in the presence of officers from the United States Marshals Service. Exhibit A, an arrest record of the United States Marshals Service, lists Deputy United States Marshal Ronald Filo as the officer who "arrested or received information." *See* Exh. A. I understand that Deputy United States Marshal Filo is listed that way on Exhibit A because he was the lead federal law enforcement officer involved in the arrest.

6.      While inside the Office Unit, I observed in plain view check stock that appeared to belong to Teman. In the presence of other law enforcement officers, I seized the check stock while it was in plain view.

Dated:   December 17, 2019
         New York, New York


                                        _____
                                        DANIEL ALESSANDRINO
                                        Detective
                                        New York Police Department

**Exhibit A**



**TEMAN, ARI**

| | |
|---|---|
| **Trans ID:** | 60857281 |
| **FBI No:** | ARW34M9TA |
| **FBI Name:** | TEMAN,ARI |
| **DOB:** | |
| **Date Arrested or Received:** | 07/03/2019 |

Package is **Current**
Received: 07/08/2019 14:30:05

**Charges:**

2699-Fraud

**Personal History**

## General Information

**FBI Name:** TEMAN,ARI    **FBI No:** ARW34M9TA    **Trans ID:** 60857281

**Aliases**

TEMAN, ARI BARUCH

ARI, TEMAN

**Status:** IAFIS Responded

**Package ID:** FLUSM020000000001562610549920

**Phone:** ▮▮▮▮▮▮ (R);

**Address:** ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

## Detention Information

**Location:** MIM      **Date:** 07/03/2019

## Biographic Information

**Gender:** Male    **Race:** White    **Ethnicity:** ▮▮▮    **DOB:** ▮▮▮▮

**Hair:** Black    **Eye:** Brown    **Height:** ▮▮    **Weight:** ▮▮

**Identifying Characteristics (NCIC Code, Description)**

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

**Marital Status:**    **Occupation:**

**Health Status:**    **Education:**

**Medications**

NONE

**Birth City:**    **Birth State:** NEW YORK

**Birth Country:** USA    **Citizenship:** USA

## Arrested or Received Information

**Officer Name:** FILO, RONALD      **Phone:** ▮▮▮▮▮

**Jurisdiction:**

**Charges (Charge, Offense Date)**

| 2699-Fraud | 07/03/2019 |
|---|---|

**Warrant Numbers**

NONE

**Agency:** USMS      **ORI:** FLUSM0200

**Agency Site:** , MIAMI, FL, US      **Date Arrested or Received:** 07/03/2019

**Originating Agency**

**Agent:**      **Phone:**

**Agency:**      **Site:**

| **Place Arrested or Received:** | , , , | | |
|---|---|---|---|
| **Fingerprint Date:** | 07/08/2019 | **Armed Description:** | |
| **Drug History:** | | **Mental Competency:** | |
| **Special Handling:** | | **Arrested or Received Narrative:** | 19MAG5858 |

## Booking Information

| **Agent:** | NICHOLSON, SCOTT | **Phone:** | | **Agency:** | USMS | **ORI:** | FLUSM0200 |
|---|---|---|---|---|---|---|---|
| **Site:** | , MIAMI, FL, US | **Role:** | | **Date:** | 07/08/2019 | | |

## Offender Identification - Numeric Identifiers

| **Trans ID:** | | **USMS/BOP No:** | 18244104 | **SSN:** | |
|---|---|---|---|---|---|
| **NADDIS No:** | | **Agency Case No:** | | **FBI No:** | |
| **INS No:** | | | | | |

## Identifying Documents

| Type | Number | Issue Date | Expiration Date | State | Country | Name |
|---|---|---|---|---|---|---|
| Originating Police or Identification Number | 109667449 | | | | | TEMAN, ARI |

## Vehicle Information
NONE

## Incarceration Information
NONE

## Separatee Information
NONE

## Associates Information
NONE

## Immediate Family Information
NONE

Limited Official Use

SDNY_000011