UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
                                                                        :
UNITED STATES OF AMERICA,                                               :
                                                                        :
            -v-                                                         :    19-CR-696 (PAE)
                                                                        :
ARI TEMAN,                                                              :    ORDER
                                                                        :
                        Defendant.                                      :
                                                                        :
------------------------------------------------------------------------X

PAUL A. ENGELMAYER, United States District Judge:

The Court has received the parties' letters, Dkts. 47 & 49, on the Government's application to modify the defendant's bail conditions based on certain recent social media postings. The Court does not believe these postings merit a change in existing bail conditions. However, the Court encourages Mr. Teman to confer with his counsel before any future such postings, as such postings have the potential to adversely affect, *inter alia*, Mr. Teman's legal interests in this case, depending on the course the case takes.

The Clerk of Court is respectfully directed to terminate the motion pending at docket 47.

SO ORDERED.

_____
PAUL A. ENGELMAYER
United States District Judge

Dated: December 23, 2019
       New York, New York