

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

January 7, 2020

**BY CM/ECF**
The Honorable Paul A. Engelmayer
United States District Judge
Southern District of New York
United States Courthouse
40 Foley Square
New York, New York 10007

       Re:    United States v. Ari Teman,
                 S2 19 Cr. 696 (PAE)

Dear Judge Engelmayer:

      The Government writes to request an extension of time until January 8, 2020, within which to file its responses to defendant Ari Teman's motions *in limine*.

      On November 25, 2019, the Court ordered that the parties motions *in limine* would be due on January 3, 2020, with responses due on January 7, 2020. On January 3, 2020, the defendant requested and was granted until January 7, 2020, to file his motions. Yesterday evening, he filed four motions *in limine*. *See* ECF Nos. 60-63.

      The Government's current deadline to respond to the motions *in limine* is today. In order to properly respond to the defendant's motions, the Government requests an extension of time until January 8, 2020, within which to file its responses.

                      Respectfully submitted,

                      GEOFFREY S. BERMAN
                      United States Attorney for the
                      Southern District of New York

By:    /s/
               Kedar S. Bhatia
               Assistant United States Attorneys
               (212) 637-2465

cc: Justin Gelfand, Esq.
    Joseph DiRuzzo, Esq.

The defendant was granted until yesterday, January 6, 2020, to file his motions.  Dkt. 53.  The Government's request is granted.  Its response is due by tomorrow, January 8, 2020, at 5 p.m.

The Clerk of Court is requested to terminate the motion at Dkt. No. 66.

SO ORDERED.

PAUL A. ENGELMAYER
United States District Judge

January 7, 2020