UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
                                                                         :
UNITED STATES OF AMERICA,                                                :
                                                                         :
                     -v-                                                 :   19-CR-696 (PAE)
                                                                         :
ARI TEMAN,                                                               :   ORDER
                                                                         :
                                    Defendant.                           :
                                                                         :
------------------------------------------------------------------------X

PAUL A. ENGELMAYER, United States District Judge:

The Court has received defendant's request to file one of his motions *in limine* under seal.

Dkt. 63. The Court grants defendant leave to file such motion under seal.

SO ORDERED.

                                                              _____
                                                              PAUL A. ENGELMAYER
                                                              United States District Judge

Dated: January 7, 2020
       New York, New York