

January 7, 2020

The Honorable Paul A. Engelmayer
United States District Judge
Southern District of New York
United States Courthouse
40 Foley Square
New York, New York 10007

      Re:    <u>United States v. Ari Teman</u>
               S1 19 Cr. 696 (PAE)

Dear Judge Engelmayer:

On behalf of my client, Ari Teman, I am requesting that his conditions of release be modified to permit him to travel to St. Louis, Missouri the week of January 13, 2020, to meet with his undersigned legal counsel for trial preparation purposes.

Undersigned counsel has conferred with Teman's pretrial services officer in the Southern District of New York and with his pretrial services officer in the Southern District of Florida. Both represented that they have no objection to this request.

Undersigned counsel has also conferred with counsel for the Government and the Government also has no objection to this request.

I appreciate the Court's consideration.

**GRANTED.** Mr. Teman's pretrial release terms shall be amended to permit his travel to the state of Missouri for the purpose of attorney-client visits. The Clerk of Court is directed to terminate the motion at Dkt. No. 70.

SO ORDERED.     1/10/2020

*Paul A. Engelmayer* (signature)
PAUL A. ENGELMAYER
United States District Judge

Respectfully submitted,

**Margulis Gelfand, LLC**

 /s/ *Justin K. Gelfand*
JUSTIN K. GELFAND
8000 Maryland Ave., Ste. 420
St. Louis, MO 63105
Telephone: 314.390.0234
Facsimile: 314.485.2264
justin@margulisgelfand.com
*Counsel for Defendant*

cc:    Kedar Bhatia
       Joseph A. DiRuzzo

8000 Maryland Avenue
Suite 420
St. Louis, MO 63105

p. 314.390.0234
f. 314.485.2264
margulisgelfand.com