

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

January 14, 2020

**BY CM/ECF**
The Honorable Paul A. Engelmayer
United States District Judge
Southern District of New York
United States Courthouse
40 Foley Square
New York, New York 10007

      Re:    United States v. Ari Teman,
                S2 19 Cr. 696 (PAE)

Dear Judge Engelmayer:

      The Government writes to inform the Court that it has elected not to proceed at trial on Counts Five and Six contained in the Second Superseding Indictment, returned January 3, 2020 (ECF No. 55).

      Respectfully submitted,

      GEOFFREY S. BERMAN
      United States Attorney for the
      Southern District of New York

      By:   /s/
           Kedar S. Bhatia
           Assistant United States Attorneys
           (212) 637-2465

cc: Justin Gelfand, Esq.
    Joseph DiRuzzo, Esq.