UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

UNITED STATES OF AMERICA,

          -v-

ARI TEMAN,

                           Defendant.

------------------------------------------------------------X

Verdict Sheet
S2 19 Cr. 696 (PAE)

*All verdicts must be unanimous.  Please indicate your verdict with a check mark (✓).*

### COUNT ONE:
### Bank Fraud (April 2019 Checks)

GUILTY __✓__     NOT GUILTY _____

### COUNT TWO:
### Bank Fraud (March 2019 Checks)

GUILTY __✓__     NOT GUILTY _____

### COUNT THREE:
### Wire Fraud (April 2019 Checks)

GUILTY __✓__     NOT GUILTY _____

### COUNT FOUR:
### Wire Fraud (March 2019 Checks)

GUILTY __✓__     NOT GUILTY _____

After completing the form, each juror must sign below, reflecting his or her agreement with the forgoing verdict.

_____  _____
Foreperson

_____  _____

_____  _____

_____  _____

_____  _____

_____  _____

Dated: 01/29/2020

JURY NOTE 9