UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>-v-<br><br>ARI TEMAN,<br><br>                       Defendant. | S2 19-CR-696 (PAE)<br><br><u>ORDER</u> |

PAUL A. ENGELMAYER, District Judge:

The Court, at a conference held on January 21, 2020, dismissed counts 5ss and 6ss of the S2 Indictment.

      SO ORDERED.

 

_____
PAUL A. ENGELMAYER
United States District Judge

Dated: January 29, 2020
       New York, New York