UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
                                                :
UNITED STATES OF AMERICA,                       :
                                                :
            -v-                                 :           19-CR-696 (PAE)
                                                :
ARI TEMAN,                                      :           ORDER
                                                :
                        Defendant.              :
                                                :
------------------------------------------------------------------------X

PAUL A. ENGELMAYER, District Judge:

Attached to this Order are the following:

- Exhibit 1: The notes sent by the jury during its deliberations; and

- Exhibit 2: The jury's verdict form.

SO ORDERED.

Dated: January 29, 2020
       New York, New York

                                            *Paul A. Engelmayer*
                                          PAUL A. ENGELMAYER
                                          United States District Judge

**EXHIBIT 1**

Foreman

Mr Eddie Ali

Exhibits
113, 114   147   201, 20[?]

409c        441   442

443

All 700 Series

D-2


JURY NOTE 2

No Laptop

Thank you

JURY NOTE 3

Can we step out for lunch? outside of the building?

JURY NOTE 4

Exhibits

409

409 A

409 B

413

431

Jury Note 5

Transcript for Joseph Sdeimani testimony and Ariel Reinitz

JURY NOTE 6

Can we please resume tomorrow?

JURY NOTE 7

Good Morning

We the Jury

have reached

a Verdict

JS · Juror #

Jury Note 8

**EXHIBIT 2**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
UNITED STATES OF AMERICA,

-v-

ARI TEMAN,

                         Defendant.
------------------------------------------------------------X

Verdict Sheet
S2 19 Cr. 696 (PAE)

*All verdicts must be unanimous. Please indicate your verdict with a check mark (✓).*

### COUNT ONE:
### Bank Fraud (April 2019 Checks)

GUILTY ✓        NOT GUILTY _____

### COUNT TWO:
### Bank Fraud (March 2019 Checks)

GUILTY ✓        NOT GUILTY _____

### COUNT THREE:
### Wire Fraud (April 2019 Checks)

GUILTY ✓        NOT GUILTY _____

### COUNT FOUR:
### Wire Fraud (March 2019 Checks)

GUILTY ✓        NOT GUILTY _____

After completing the form, each juror must sign below, reflecting his or her agreement with the forgoing verdict.

_____    _____
Foreperson

_____    _____

_____    _____

_____    _____

_____    _____

_____    _____

Dated: 01/29/2020

JURY NOTE 9

2