

Joseph A. DiRuzzo, III, Esq., CPA
954.615.1676
jd@diruzzolaw.com

Feb. 4, 2020

**Via ECF**

The Honorable Paul A. Engelmayer
United States District Judge
Southern District of New York
United States Courthouse
40 Foley Square
New York, New York 10007

> **GRANTED.** The Clerk of Court is requested to terminate the motion at Dkt. No. 97.
>
> SO ORDERED.         2/4/2020
>
> *Paul A. Engelmayer*
> _____
> PAUL A. ENGELMAYER
> United States District Judge

Re:   *United States v. Teman,* case no. 1:19-cr-696

Dear Judge Engelmayer:

Pursuant to your "individual rules of practice in criminal cases," this letter serves as the Defendant Ari Teman's request for an additional week for the co-signors to sign Mr. Teman's amended bond. Counsel for the Government, Mr. Bahatia, has indicated that the Government has no objection to the requested relief.

On January 29, 2020, the Court entered an order requiring Mr. Teman to have "[t]he second FRP is to sign bond no later than February 5, 2020." Doc. # 91. Mr. Teman needs the additional time because, although counsel for Mr. Teman and counsel for the Government have been diligently attempting to coordinate having the second FRP sign the appropriate paperwork, coordination has proven to be more time intensive than anticipated. Given that the second FRP resides in Massachusetts, Mr. Teman's counsel was informed by the Government that both the original co-signor and the new co-signor need to sign the amended bond. This requires that both co-signors be sworn, which needs to be conducted at their respective local federal courthouses. Coordinating this with the respective individuals, and the respective local district courts, will require additional time. Accordingly, Mr. Teman asks for an extension of one week to accomplish securing the necessary paperwork.

Kind Regards,

/s/ Joseph A. DiRuzzo, III   Digitally signed by /s/ Joseph A. DiRuzzo, III
Date: 2020.02.04 13:08:19 -05'00'

Joseph A. DiRuzzo, III

JAD/

cc: AUSA K. Bhatia, via ECF; AUSA E. Imperato, via ECF; J. Gelfand, via ECF

401 East Las Olas Blvd., Suite 1400, Ft. Lauderdale, FL 33301
FAX/ 954.827.0340 WEB/ WWW.DIRUZZOLAW.COM