| ViolationID | HouseN | StreetName | Postcode | InspectionD | NOVDescription | CurrentStatus | ViolationStatus | BBL |
|---|---|---|---|---|---|---|---|---|
| 11716937 | 2650 | MARION AVENUE | 10458 | 4/1/2017 | SECTION 27-2005 ADM CODE  REPAIR THE BROKEN OR DEFECTIVE PLASTERED SURFACES AND PAINT IN A UNIFORM COLOR CEILIN | FALSE CERTIFICATION | Open | 2032820016 |
| 11796508 | 2650 | MARION AVENUE | 10458 | 5/23/2017 | SECTION  27-2033 ADM CODE  PROVIDE READY ACCESS TO BUILDINGS HEATING SYSTEM AT CELLAR  AT BOILER ROOM | FALSE CERTIFICATION | Open | 2032820016 |
| 11810305 | 2650 | MARION AVENUE | 10458 | 6/2/2017 | SECTION 27-2018  ADMIN. CODE:  ABATE THE NUISANCE CONSISTING OF MICE IN THE ENTIRE APARTMENT  LOCATED AT APT 4FS | FALSE CERTIFICATION | Open | 2032820016 |
| 13092472 | 2601 | MARION AVENUE | 10458 | 5/24/2019 | SECTION 27-2005 ADM CODE  REPLACE WITH NEW THE MISSING ESCUTCHEON PLATE AT RISER AT CEILING  IN THE KITCHEN  LOC | FALSE CERTIFICATION | Open | 2032870018 |
| 13092473 | 2601 | MARION AVENUE | 10458 | 5/24/2019 | SECTION 27-2026 ADM CODE  REMOVE ALL OBSTRUCTIONS AND REPAIR ALL DEFECTS IN IN THE WASTE LINE AT THE BATHTUB  IN | FALSE CERTIFICATION | Open | 2032870018 |
| 13174995 | 672 | EAST 138 STREET | 10454 | 7/13/2019 | HMC ADM CODE: ï¿½ï¿½ï¿½ 27-2017.4 ABATE THE INFESTATION CONSISTING OF ROACHES IN THE ENTIRE APARTMENT  LOCATED AT | FALSE CERTIFICATION | Open | 2025660001 |
| 13096864 | 502 | EAST 189 STREET | 10458 | 5/29/2019 | SECTION 27-2005 ADM CODE  PROPERLY REPAIR THE BROKEN OR DEFECTIVE LOWER WINDOW SASH SPRING BALANCE AT NORTH | FALSE CERTIFICATION | Open | 2030580019 |
| 13092467 | 2601 | MARION AVENUE | 10458 | 5/24/2019 | SECTION 27-2005 ADM CODE  REPLACE WITH NEW THE MISSING DOOR   IN THE 3rd ROOM  FROM NORTH AT WEST LOCATED AT | FALSE CERTIFICATION | Open | 2032870018 |
| 13133443 | 2601 | MARION AVENUE | 10458 | 6/18/2019 | SECTION 27-2005 ADM CODE  REPAIR THE BROKEN OR DEFECTIVE PLASTERED SURFACES AND PAINT IN A UNIFORM COLOR THE C | FALSE CERTIFICATION | Open | 2032870018 |
| 13133461 | 2601 | MARION AVENUE | 10458 | 6/20/2019 | SECTION 27-2005 ADM CODE  REPLACE WITH NEW THE BROKEN OR DEFECTIVE MARBLE SADDLE  IN THE BATHROOM  LOCATED A | FALSE CERTIFICATION | Open | 2032870018 |
| 13133560 | 2601 | MARION AVENUE | 10458 | 6/18/2019 | SECTION 27-2005 ADM CODE  PROPERLY REPAIR WITH SIMILAR MATERIAL THE BROKEN OR DEFECTIVE FIRE RETARDANT MATERIA | FALSE CERTIFICATION | Open | 2032870018 |
| 13133607 | 2601 | MARION AVENUE | 10458 | 6/18/2019 | SECTION 27-2005 ADM CODE  PROPERLY REPAIR WITH SIMILAR MATERIAL THE BROKEN OR DEFECTIVE FIRE RETARDANT MATERIA | FALSE CERTIFICATION | Open | 2032870018 |
| 13061616 | 226 | WILLIS AVENUE | 10454 | 5/9/2019 | SECTION 62 M/D LAW  REARRANGE TELEVISION AND/OR RADIO ANTENNA TO BE AT LEAST 10 FEET ABOVE ROOF AND NOT ATTAC | FALSE CERTIFICATION | Open | 2022820003 |
| 13272221 | 2175 | BELMONT AVENUE | 10457 | 9/6/2019 | SECTION 27-2017 3 HMC: TRACE AND REPAIR THE SOURCE AND ABATE THE VISIBLE MOLD CONDITION... AT CEILING AND WALLS | FALSE CERTIFICATION | Close | 2030820036 |
| 13562703 | 612 | EAST 168 STREET | 10456 | 1/23/2020 | SECTION  27-2033 ADM CODE  POST NOTICE, IN FORM APPROVED BY THE DEPARTMENT, STATING THE NAME AND LOCATION OF | FALSE CERTIFICATION | Open | 2026140026 |

Source: **https://data.cityofnewyork.us/Housing-Development/Housing-Maintenance-Code-Violations/wvxf-dwi5/data**