| ViolationID | House | StreetName | Postcode | InspectionDate | NOVDescription | CurrentStatus | ViolationStatus | BBL |
|---|---|---|---|---|---|---|---|---|
| 13296003 | 14 | THAYER STREET | 10040 | 09/23/2019 | HMC ADM CODE: ï¿½ï¿½ 27-2017.4 ABATE THE INFESTATION CONSISTING OF ROACHES | FALSE CERTIFICATION | Open | 1021740224 |
| 13117172 | 618 | ACADEMY STREET | 10034 | 06/10/2019 | SECTION 27-2005 ADM CODE PROPERLY REPAIR WITH SIMILAR MATERIAL THE BROKEN | FALSE CERTIFICATION | Open | 1022240022 |
| 13023438 | 605 | WEST 177 STREET | 10033 | 04/18/2019 | SECTION 27-2005 ADM CODE PROPERLY REPAIR WITH SIMILAR MATERIAL THE BROKEN | FALSE CERTIFICATION | Open | 1021440025 |

Source: **https://data.cityofnewyork.us/Housing-Development/Housing-Maintenance-Code-Violations/wvxf-dwi5/data**