| LitigationID | HouseN | StreetName | Zip | CaseType | CaseOpenDate | Respondent |
|---|---|---|---|---|---|---|
| 341405 | 102 | WEST 138 STREET | 10030 | False Certification Non-Lead | 11/15/2018 0:00 | ABJ LENOX LLC,JOSEPH SOLEIMANI |
| 358105 | 526 | WEST 173 STREET | 10032 | Comprehensive | 7/19/2019 0:00 | 173 HEIGHTS LLC,JOSEPH SOLEIMANI |
| 358107 | 506 | WEST 173 STREET | 10032 | Comprehensive | 7/18/2019 0:00 | 173 HEIGHTS LLC,JOSEPH SOLEIMANI |
| 358106 | 524 | WEST 173 STREET | 10032 | Comprehensive | 7/19/2019 0:00 | 173 HEIGHTS LLC,JOSEPH SOLEIMANI |
| 354050 | 169 | EAST 105 STREET | 10029 | False Certification Non-Lead | 8/20/2019 0:00 | ABJ 105, LLC.,JOSEPH SOLEIMANI |
| 358070 | 169 | EAST 105 STREET | 10029 | False Certification Non-Lead | 9/4/2019 0:00 | ABJ 105, LLC.,JOSEPH SOLEIMANI |
| 355934 | 2601 | MARION AVENUE | 10458 | False Certification Non-Lead | 1/13/2020 0:00 | JOSEPH SOLEIMANI,SCG 311, LLC. |

Source: **https://data.cityofnewyork.us/Housing-Development/Housing-Litigations/59kj-x8nc/data**