| LitigationID | House | StreetName | Zip | CaseType | CaseOpenDate | Respondent |
|---|---|---|---|---|---|---|
| 342076 | 14 | THAYER STREET | 10040 | ==Comprehensive== | 10/12/2018 0:00 | 14-28 THAYER  LLC,==ELIE GABAY==,MICHAEL HAAS,PETER REBENWURZEL |
| 329453 | 520 | WEST 204 STREET | 10034 | ==Comprehensive== | 3/1/2018 0:00 | 518 WEST 204, LLC,==ELIE GABAY==,MICHAEL HAAS,PETER REBENWURZEL |
| 342078 | 28 | THAYER STREET | 10040 | ==Comprehensive== | 10/16/2018 0:00 | 14-28 THAYER LLC,==ELIE GABAY==,MICHAEL HAAS,PETER REBENWURZEL |

Source: **https://data.cityofnewyork.us/Housing-Development/Housing-Litigations/59kj-x8nc/data**