| Glossary of Terms for Litigation Status Report ||
|---|---|
| **Tenant Action** | Cases commenced by one or more residential tenants against their landlords (and naming HPD as a party) seeking an order to correct violations and civil penalties for failure to timely correct violations. |
| **Tenant Action-Harassment** | Cases against owners commenced by one or more residential lawful occupant(s)/tenants who allege that conduct and/or conditions have occurred which constitutes harassment. In such cases, the lawful occupant(s)/tenants seek an order directing the owners to cease harassing the lawful occupant(s)/tenants and, where appropriate, an award of civil penalties for the harassment that has occurred. |
| **Comprehensive cases** | HPD seeks the correction of all outstanding violations in a building and/or civil penalties for owners' failure to timely certify correction of violations; for false certification of correction of violations; and/or for failure to file a Multiple Dwelling Registration |
| **Comprehensive Supplemental cases** | Cases in which HPD seeks a finding of contempt and/or additional civil penalties against landlords who have failed to comply with orders to correct violations. |
| **Heat and Hot Water cases** | In these cases HPD seeks orders directing that heat and/or hot water be provided and maintained. Civil penalties may also be assessed and, if the owner is particularly recalcitrant. HPD also offers landlords with first-time heat and hot water violations the opportunity to certify the correction of the violations and pay a fine in lieu of going to court. |
| **Heat and Hot Water Supplemental cases** | Cases in which HPD seeks a finding of contempt and/or additional civil penalties against landlords who have failed to comply with orders to provide heat and/or hot water. Contempt sanctions including incarceration may be imposed. |
| **False Certification Non-Lead** | HPD commences false certification cases, where the owners have falsely certified correction of violations issued by the Department. |
| **Lead False Certification** | HPD commences false certification cases, where the owners have falsely certified correction of lead paint violations issued pursuant to Local Law 1 of 2004 by the Department. |
| **Access Warrant Lead** | HPD seeks access warrants based upon violations issued pursuant to Local Law 1 of 2004 by the Department of Health and Mental Hygiene or HPD, where owners have denied access to HPD inspectors to inspect for the presence of lead paint in buildings or to contractors and crews sent by HPD's Emergency Service Bureau to correct overdue lead paint hazard violations. |
| **Access Warrant Non-Lead** | HPD seeks access warrants based upon violations issued where owners have denied access to HPD inspectors or to contractors and crews sent by HPD's Emergency Service Bureau to correct the hazardous condition. |
| **Judgments** | Formal decisions made by the courts following court cases.<br>a. Default Judgments –Judgments entered for an order and/or civil penalties upon default where there was no appearance in court by the required respondent(s).<br>b. Judgments after Trial – Judgments awarded by the Court after a trial and presentation of the evidence.<br>c. Judgments after Payment Default – Judgments that are imposed after a payment schedule from settlements or consent orders was violated. |
| **Settlements or Consent Orders** | Stipulations or Orders negotiated by the parties involved in a case that were so ordered by a judge. |
| **Judgment Enforcement** | When the Court issues a judgment against the owners of a building awarding civil penalties to HPD and the owners do not pay the amount due, HPD undertakes a variety of methods to collect the |

|  | money due. The actions that HPD takes are called judgment enforcement. |
|---|---|
| **7A Cases** | HPD also brings litigation to have Article 7A Administrators appointed to buildings. The goal of the 7A program is to improve the quality of life for residential tenants living in buildings that have experienced severe decay, harassment and/or a lack of services because of landlord actions, neglect or abandonment. HLD attorneys and/or tenants seek to have the Court appoint 7A Administrators who will have interim management control, oversee required repairs to privately-owned buildings, and obtain Court authorization for HPD-funded repairs. HLD also represents HPD when the owner seeks to have the 7A Administrator discharged and the building returned to the owner's control. |
| **CONH** | Before applying to the Department of Buildings for a permit to demolish or reconfigure some buildings, including single room occupancy multiple dwellings and some multiple dwellings in several zoning districts, the owner must obtain a Certification of No Harassment ("CONH") from HPD. The owner submits an application and HPD investigates and determines whether to issue a CONH. If HPD determines that there is reasonable cause to believe that harassment occurred, a hearing is held before the Office of Administrative Trials and Hearings ("OATH"). After OATH issues its findings and recommendation, HPD determines whether to issue a CONH. A finding of harassment prevents the owner from obtaining certain types of demolition and alteration permits for three years in the case of single room occupancy multiple dwellings and permanently (unless the owner complies with an affordable housing requirement) in the case of other properties. |
| **Harassment Finding after Inquest** | Judgments entered for an order and/or civil penalties upon default where there was no appearance in court by the required respondent(s). If any of these judgments are vacated by the Court, they will be removed from this list. |
| **Harassment Finding after Trial** | Judgments awarded by the Court after a trial and presentation of the evidence. |
| **No Harassment Finding** | A determination by the Court that the lawful occupant(s)/tenants has/have not properly alleged facts and/or presented sufficient evidence that harassment occurred. |
| **Finding Date** | The date that the decision was made in court. |
| **Harassment Penalty** | The penalty awarded by the Court when harassment is found. |
| **Case Start Date** | Date on which the case was started in Court. |
| **Penalties** | The penalties awarded by the Court in the case when harassment is found. This amount includes all penalties, including harassment penalties. |