

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

May 1, 2020

**BY CM/ECF**
The Honorable Paul A. Engelmayer
United States District Judge
Southern District of New York
United States Courthouse
40 Foley Square
New York, New York 10007

    Re:    United States v. Ari Teman,
              S2 19 Cr. 696 (PAE)

Dear Judge Engelmayer:

    The Government submits this letter and accompanying attachments in response to the Court's Order instructing the Government to file electronic copies of the exhibits introduced at trial on the docket in this matter. Dkt. 127. In consultation with the defense, the Government has isolated the exhibits introduced at trial, and attaches them to this filing. One exhibit, GX 113, is a Microsoft Excel file that cannot be submitted as an attachment on CM/ECF, so the Government will send a copy of that exhibit to the Court via email.

                                                  Respectfully submitted,

                                                  GEOFFREY S. BERMAN
                                                  United States Attorney for the
                                                  Southern District of New York

                           By:    /s/
                                 Kedar S. Bhatia
                                 Assistant United States Attorney
                                 (212) 637-2465