

P.O. Box 15284
Wilmington, DE 19850

Business Advantage

**Customer service information**

📶 1.888.BUSINESS (1.888.287.4637)

📧 bankofamerica.com

✉ Bank of America, N.A.
P.O. Box 25118
Tampa, FL 33622-5118

GATEGUARD, INC.
350 LINCOLN RD
SUITE 5060
MIAMI BEACH, FL  33139

# Your Business Fundamentals Checking

for May 1, 2019 to May 31, 2019

Account number: 4830 6703 8085

**GATEGUARD, INC.**

## Account summary

| | | | |
|---|---|---|---|
| Beginning balance on May 1, 2019 | $4,458.69 | # of deposits/credits: 0 | |
| Deposits and other credits | 0.00 | # of withdrawals/debits: 5 | |
| Withdrawals and other debits | -264,490.50 | # of items-previous cycle[1]: 30 | |
| Checks | -0.00 | # of days in cycle: 31 | |
| Service fees | -288.00 | Average ledger balance: -$209,150.50 | |
| **Ending balance on May 31, 2019** | **-$260,319.81** | [1]Includes checks paid,deposited items&other debits | |

GOVERNMENT
EXHIBIT
102
19 Cr. 696 (PAE)

Bank of America **Business Advantage**

## What's on your mind?

Business owners like you can join the Bank of America® Advisory Panel to help us understand what you like and don't like.
Enter code **SBDD** at **bankofamerica.com/AdvisoryPanel** to learn more and join.

Inclusion on the Advisory Panel subject to qualifications.

SSM-01-19-2128.D1 | ARG377KX

SDNY_000952

PULL: E   CYCLE: 60   SPEC: E   DELIVERY: E   TYPE:   IMAGE: I   BC: NY

GATEGUARD, INC.  |  Account # 4830 6703 8085  |  May 1, 2019 to May 31, 2019

# IMPORTANT INFORMATION:
## BANK DEPOSIT ACCOUNTS

How to Contact Us - You may call us at the telephone number listed on the front of this statement.

Updating your contact information - We encourage you to keep your contact information up-to-date. This includes address, email and phone number. If your information has changed, the easiest way to update it is by visiting the Help & Support tab of Online Banking.

Deposit agreement - When you opened your account, you received a deposit agreement and fee schedule and agreed that your account would be governed by the terms of these documents, as we may amend them from time to time. These documents are part of the contract for your deposit account and govern all transactions relating to your account, including all deposits and withdrawals. Copies of both the deposit agreement and fee schedule which contain the current version of the terms and conditions of your account relationship may be obtained at our financial centers.

Electronic transfers: In case of errors or questions about your electronic transfers - If you think your statement or receipt is wrong or you need more information about an electronic transfer (e.g., ATM transactions, direct deposits or withdrawals, point-of-sale transactions) on the statement or receipt, telephone or write us at the address and number listed on the front of this statement as soon as you can. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

- Tell us your name and account number.
- Describe the error or transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

For consumer accounts used primarily for personal, family or household purposes, we will investigate your complaint and will correct any error promptly. If we take more than 10 business days (10 calendar days if you are a Massachusetts customer) (20 business days if you are a new customer, for electronic transfers occurring during the first 30 days after the first deposit is made to your account) to do this, we will provisionally credit your account for the amount you think is in error, so that you will have use of the money during the time it will take to complete our investigation.

For other accounts, we investigate, and if we find we have made an error, we credit your account at the conclusion of our investigation.

Reporting other problems - You must examine your statement carefully and promptly. You are in the best position to discover errors and unauthorized transactions on your account. If you fail to notify us in writing of suspected problems or an unauthorized transaction within the time period specified in the deposit agreement (which periods are no more than 60 days after we make the statement available to you and in some cases 30 days or less), we are not liable to you and you agree to not make a claim against us, for the problems or unauthorized transactions.

Direct deposits - If you have arranged to have direct deposits made to your account at least once every 60 days from the same person or company, you may call us to find out if the deposit was made as scheduled. You may also review your activity online or visit a financial center for information.

© 2019 Bank of America Corporation

 Bank of America, N.A. Member FDIC and     Equal Housing Lender



<span style="color:red">**Your checking account**</span>

GATEGUARD, INC.   |   Account # 4830 6703 8085   |   May 1, 2019 to May 31, 2019

## Withdrawals and other debits

| Date | Description | Amount |
|------|-------------|--------|
| 05/07/19 | RETURN ITEM CHARGEBACK | -264,000.00 |

**Card account # XXXX XXXX XXXX 2943**

| Date | Description | Amount |
|------|-------------|--------|
| 05/02/19 | CHECKCARD  0501 GOOGLE*GSUITE 12GURUS. CC GOOGLE.COMCA 24013089122090031561568 CKCD 7311 XXXXXXXXXXXX2943 XXXX XXXX XXXX 2943 | -87.10 |
| 05/02/19 | CHECKCARD  0502 WEWORK-WW 350 LINCOLN 855-593-9675 FL 24692169122100519048240 CKCD 6513 XXXXXXXXXXXX2943 XXXX XXXX XXXX 2943 | -373.45 |
| 05/03/19 | CHECKCARD  0501 SendGrid 1-877-969-8647 877-9698647  CO 24906419121072418128369 RECURRING CKCD 7399 XXXXXXXXXXXX2943 XXXX XXXX XXXX 2943 | -29.95 |

**Subtotal for card account # XXXX XXXX XXXX 2943**                                                    **-$490.50**

**Total withdrawals and other debits**                                                                        **-$264,490.50**

## Service fees

**Your Overdraft and NSF: Returned Item fees for this statement period and year to date are shown below.**

|  | Total for this period | Total year-to-date |
|--|-----------------------|--------------------|
| Total Overdraft fees | $0.00 | $350.00 |
| Total NSF: Returned Item fees | $0.00 | $0.00 |

**We want to help you avoid overdraft and returned item fees.  Here are a few ways to manage your account and stay on top of your balance:**

- Set up Overdraft Protection in Online Banking to avoid declined transactions and save on overdraft fees
- Sign up for Alerts (footnote 1) to get an email or text message when your balance becomes low

Please call us or visit us if you have any questions or to discuss your options.

(footnote 1) You may elect to receive alerts via text or email. Bank of America does not charge for this service but your mobile carrier's message and data rates may apply. Delivery of alerts may be affected or delayed by your mobile carrier's coverage.

*continued on the next page*

Bank of America **Business Advantage**

# Thank you for your business

We're committed to finding the smartest path to long-term growth for your business.

Our Small Business Specialists will work with you to help strengthen your business and plan for the future.

Please visit **bankofamerica.com/SmallBusiness** to learn more.

AR7RNN9G | SSM-01-19-2811.B

GATEGUARD, INC.   |   Account # 4830 6703 8085   |   May 1, 2019 to May 31, 2019

## Service fees - continued

The Monthly Fee on your Business Fundamentals Checking account was waived for the statement period ending 04/30/19. A check mark below indicates the requirement(s) you have met to qualify for the Monthly Fee waiver on the account.

- ☑ $250+ in new net purchases on a linked Business debit card
- ◯ $250+ in new net purchases on a linked Business credit card
- ◯ $3,000+ minimum daily balance in primary checking account
- ☑ $5,000+ average monthly balance in primary checking account
- ☑ $15,000+ combined average monthly balance in linked business accounts
- ◯ enrolled in Business Advantage Relationship Rewards

For information on how to open a new product, link an existing service to your account, or about Business Advantage Relationship Rewards please call 1.888.BUSINESS or visit bankofamerica.com/smallbusiness.

| Date | Transaction description | Amount |
|------|------------------------|-------:|
| 05/07/19 | RETURNED ITEM CHARGEBACK FEE | -288.00 |
| **Total service fees** | | **-$288.00** |

*Note your Ending Balance already reflects the subtraction of Service Fees.*

## Daily ledger balances

| Date | Balance ($) | Date | Balance($) | Date | Balance ($) |
|------|------------:|------|-----------:|------|------------:|
| 05/01 | 4,458.69 | 05/03 | 3,968.19 | 05/07 | -260,319.81 |
| 05/02 | 3,998.14 | | | | |

SDNY_000955



P.O. Box 15284
Wilmington, DE 19850

GATEGUARD, INC.
350 LINCOLN RD
SUITE 5060
MIAMI BEACH, FL  33139

## Business Advantage

**Customer service information**

📶  1.888.BUSINESS (1.888.287.4637)

📩  bankofamerica.com

✉️  Bank of America, N.A.
P.O. Box 25118
Tampa, FL 33622-5118

# Your Business Fundamentals Checking

for April 1, 2019 to April 30, 2019

Account number: 4830 6703 8085

**GATEGUARD, INC.**

## Account summary

| | | | |
|---|---|---|---|
| Beginning balance on April 1, 2019 | $3,995.96 | # of deposits/credits: 11 | |
| Deposits and other credits | 307,762.27 | # of withdrawals/debits: 30 | |
| Withdrawals and other debits | -306,888.30 | # of items-previous cycle[1]: 3 | |
| Checks | -0.00 | # of days in cycle: 30 | |
| Service fees | -411.24 | Average ledger balance: $46,062.92 | |
| **Ending balance on April 30, 2019** | **$4,458.69** | [1]Includes checks paid,deposited items&other debits | |

---

Bank of America **Business Advantage**

THE POWER TO

build a thriving business

During National Small Business Week and throughout the month of May, we're celebrating the dedication of small business owners and their commitment to achieving success.

Join in the conversation with other business owners by visiting the Small Business Community at **bankofamerica.com/SBcelebrate**.

SSM-11-18-0541.B | ARQSHKBM

SDNY_000956

PULL: E   CYCLE: 60   SPEC: E   DELIVERY: E   TYPE:    IMAGE: I   BC: NY

GATEGUARD, INC.   |   Account # 4830 6703 8085   |   April 1, 2019 to April 30, 2019

# IMPORTANT INFORMATION:
## BANK DEPOSIT ACCOUNTS

How to Contact Us - You may call us at the telephone number listed on the front of this statement.

Updating your contact information - We encourage you to keep your contact information up-to-date. This includes address, email and phone number. If your information has changed, the easiest way to update it is by visiting the Help & Support tab of Online Banking.

Deposit agreement - When you opened your account, you received a deposit agreement and fee schedule and agreed that your account would be governed by the terms of these documents, as we may amend them from time to time. These documents are part of the contract for your deposit account and govern all transactions relating to your account, including all deposits and withdrawals. Copies of both the deposit agreement and fee schedule which contain the current version of the terms and conditions of your account relationship may be obtained at our financial centers.

Electronic transfers: In case of errors or questions about your electronic transfers - If you think your statement or receipt is wrong or you need more information about an electronic transfer (e.g., ATM transactions, direct deposits or withdrawals, point-of-sale transactions) on the statement or receipt, telephone or write us at the address and number listed on the front of this statement as soon as you can. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

- Tell us your name and account number.
- Describe the error or transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

For consumer accounts used primarily for personal, family or household purposes, we will investigate your complaint and will correct any error promptly. If we take more than 10 business days (10 calendar days if you are a Massachusetts customer) (20 business days if you are a new customer, for electronic transfers occurring during the first 30 days after the first deposit is made to your account) to do this, we will provisionally credit your account for the amount you think is in error, so that you will have use of the money during the time it will take to complete our investigation.

For other accounts, we investigate, and if we find we have made an error, we credit your account at the conclusion of our investigation.

Reporting other problems - You must examine your statement carefully and promptly. You are in the best position to discover errors and unauthorized transactions on your account. If you fail to notify us in writing of suspected problems or an unauthorized transaction within the time period specified in the deposit agreement (which periods are no more than 60 days after we make the statement available to you and in some cases 30 days or less), we are not liable to you and you agree to not make a claim against us, for the problems or unauthorized transactions.

Direct deposits - If you have arranged to have direct deposits made to your account at least once every 60 days from the same person or company, you may call us to find out if the deposit was made as scheduled. You may also review your activity online or visit a financial center for information.

© 2019 Bank of America Corporation

Bank of America, N.A. Member FDIC and  Equal Housing Lender

SDNY_000957



**Your checking account**

GATEGUARD, INC.   |   Account # 4830 6703 8085   |   April 1, 2019 to April 30, 2019

# Deposits and other credits

| Date | Description | Amount |
|------|-------------|-------:|
| 04/01/19 | Online Banking transfer from CHK 0351 Confirmation# 5313542211 | 1,800.00 |
| 04/02/19 | BKOFAMERICA MOBILE 04/02 3620393852 DEPOSIT        *MOBILE     NY | 2,048.76 |
| 04/02/19 | BKOFAMERICA MOBILE 04/02 3620392900 DEPOSIT        *MOBILE     NY | 2,048.76 |
| 04/03/19 | CHECKCARD  0401 THE HOME DEPOT 6175 NEW YORK      NY 7469216909210005609 | 487.96 |
| 04/03/19 | CHECKCARD  0402 ECHOD GRAPHICS INC BROOKLYN      NY 7424760909230053913 | 26.13 |
| 04/03/19 | CHECKCARD  0401 THE HOME DEPOT #6175 NEW YORK      NY 7461043909201018671 | 26.06 |
| 04/05/19 | CHECKCARD  0404 AMZN MKTP US AMZN.COM/B AMZN.COM/BILLWA 7443106909508300832 | 76.20 |
| 04/05/19 | CHECKCARD  0404 AMZN MKTP US AMZN.COM/B AMZN.COM/BILLWA 7443106909508300434 | 76.20 |
| 04/15/19 | CHECKCARD  0412 AMZN MKTP US AMZN.COM/B AMZN.COM/BILLWA 7443106910208300749 | 76.20 |
| 04/19/19 | Counter Credit | 297,000.00 |
| 04/19/19 | BKOFAMERICA ATM 04/19 #000005703 DEPOSIT LINCOLN ROAD MAL   MIAMI BEACH   FL | 4,096.00 |
| **Total deposits and other credits** | | **$307,762.27** |

# Withdrawals and other debits

| Date | Description | Amount |
|------|-------------|-------:|
| 04/02/19 | RETURN ITEM CHARGEBACK | -36,000.00 |
| 04/24/19 | RETURN ITEM CHARGEBACK | -33,000.00 |
| 04/26/19 | Online Banking transfer to CHK 0351 Confirmation# 2128234392 | -225,000.00 |
| 04/26/19 | Online Banking transfer to CHK 5580 Confirmation# 1328254696 | -3,600.00 |
| 04/29/19 | Online Banking transfer to CHK 5580 Confirmation# 7443490767 | -5,500.00 |

**Card account # XXXX XXXX XXXX 2943**

| | | |
|------|-------------|-------:|
| 04/01/19 | CHECKCARD  0328 TAXI SVC 41-25 36TH ST LONG IS CITY NY 24869489088464169187893 CKCD 4121 XXXXXXXXXXXX2943 XXXX XXXX XXXX 2943 | -13.41 |
| 04/01/19 | CHECKCARD  0328 RA CUNY  EDU  11210432 NEW YORK     NY 24164079088937311466282 CKCD 5814 XXXXXXXXXXXX2943 XXXX XXXX XXXX 2943 | -3.16 |
| 04/01/19 | CHECKCARD  0330 AMZN MKTP US*MW0G85V82 AMZN.COM/BILLWA 24431069089083312136587 CKCD 5942 XXXXXXXXXXXX2943 XXXX XXXX XXXX 2943 | -228.60 |

*continued on the next page*

---



Bank of America **Business Advantage**

LIFE / BETTER CONNECTED®

Your Digital Tip

## Dreading the shredding?

Go paperless—stop storing or shredding old statements. Enjoy the convenience online access offers.

Enroll today by logging in to Online Banking at **bankofamerica.com/smallbusiness**.
Then click on **Profiles & Settings** (in the upper right, next to **Sign Out**).

©2018 Bank of America Corporation  |  ARG4G3KD  |  SSM-04-18-0041.B

SDNY_000958

GATEGUARD, INC.   |   Account # 4830 6703 8085   |   April 1, 2019 to April 30, 2019

## Withdrawals and other debits - continued

| Date | Description | Amount |
|------|-------------|--------|
| 04/01/19 | CHECKCARD  0330 WHITEHALL FERRY TERMINA NEW YORK     NY 24765019090839000632213 CKCD 5812 XXXXXXXXXXXX2943 XXXX XXXX XXXX 2943 | -20.41 |
| 04/01/19 | THE HOME DEPOT  03/30 #000931301 PURCHASE THE HOME DEPOT #1  STATEN ISLAND NY | -537.98 |
| 04/01/19 | THE HOME DEPOT  04/01 #000573823 PURCHASE THE HOME DEPOT 61  NEW YORK       NY | -87.10 |
| 04/02/19 | CHECKCARD  0401 ECHOD GRAPHICS INC 718-643-1454 NY 24247609091300526671412 CKCD 7333 XXXXXXXXXXXX2943 XXXX XXXX XXXX 2943 | -1,646.19 |
| 04/02/19 | CHECKCARD  0401 GOOGLE *GSUITE_12gurus cc@google.comCA 24692169091100414491757 CKCD 7311 XXXXXXXXXXXX2943 XXXX XXXX XXXX 2943 | -89.19 |
| 04/03/19 | CHECKCARD  0401 THE HOME DEPOT #6175 NEW YORK     NY 24610439092010186720447 CKCD 5200 XXXXXXXXXXXX2943 XXXX XXXX XXXX 2943 | -581.62 |
| 04/03/19 | CHECKCARD  0402 WEWORK-WW 350 LINCOLN 855-593-9675 FL 24692169092100811811325 CKCD 6513 XXXXXXXXXXXX2943 XXXX XXXX XXXX 2943 | -373.45 |
| 04/29/19 | CHECKCARD  0427 ATLASSIAN ATLASSIAN B.V  74697049118060860132516 CKCD 5734 XXXXXXXXXXXX2943 XXXX XXXX XXXX 2943 | -41.37 |
| 04/30/19 | CHECKCARD  0429 VBS*VONAGE BUSINESS 866-901-0242 GA 24692169119100055096467 RECURRING CKCD 4814 XXXXXXXXXXXX2943 XXXX XXXX XXXX 2943 | -165.82 |
| **Subtotal for card account # XXXX XXXX XXXX 2943** | | **-$3,788.30** |
| **Total withdrawals and other debits** | | **-$306,888.30** |

## Service fees

| Your Overdraft and NSF: Returned Item fees for this statement period and year to date are shown below. | | |
|---|---|---|
| | Total for this period | Total year-to-date |
| Total Overdraft fees | $350.00 | $350.00 |
| Total NSF: Returned Item fees | $0.00 | $0.00 |

The Monthly Fee on your Business Fundamentals Checking account was waived for the statement period ending 03/29/19. A check mark below indicates the requirement(s) you have met to qualify for the Monthly Fee waiver on the account.

- ☑ $250+ in new net purchases on a linked Business debit card
- ◯ $250+ in new net purchases on a linked Business credit card
- ◯ $3,000+ minimum daily balance in primary checking account
- ☑ $5,000+ average monthly balance in primary checking account
- ☑ $15,000+ combined average monthly balance in linked business accounts
- ◯ enrolled in Business Advantage Relationship Rewards

For information on how to open a new product, link an existing service to your account, or about Business Advantage Relationship Rewards please call 1.888.BUSINESS or visit bankofamerica.com/smallbusiness.

| Date | Transaction description | Amount |
|------|-------------------------|--------|
| 04/01/19 | OVERDRAFT ITEM FEE FOR ACTIVITY OF 04-01 | -35.00 |
| 04/01/19 | OVERDRAFT ITEM FEE FOR ACTIVITY OF 04-01 | -35.00 |
| 04/01/19 | OVERDRAFT ITEM FEE FOR ACTIVITY OF 04-01 | -35.00 |
| 04/01/19 | OVERDRAFT ITEM FEE FOR ACTIVITY OF 04-01 | -35.00 |

*continued on the next page*

SDNY_000959

 **Bank of America**

<span style="color:red">**Your checking account**</span>

GATEGUARD, INC.   |   Account # 4830 6703 8085   |   April 1, 2019 to April 30, 2019

## Service fees - continued

| Date | Transaction description | Amount |
|------|------------------------|--------|
| 04/01/19 | OVERDRAFT ITEM FEE FOR ACTIVITY OF 04-01 | -35.00 |
| 04/01/19 | OVERDRAFT ITEM FEE FOR ACTIVITY OF 04-01 | -35.00 |
| 04/02/19 | OVERDRAFT ITEM FEE FOR ACTIVITY OF 04-02 | -35.00 |
| 04/02/19 | OVERDRAFT ITEM FEE FOR ACTIVITY OF 04-02 | -35.00 |
| 04/02/19 | RETURNED ITEM CHARGEBACK FEE | -24.00 |
| 04/03/19 | OVERDRAFT ITEM FEE FOR ACTIVITY OF 04-03 | -35.00 |
| 04/03/19 | OVERDRAFT ITEM FEE FOR ACTIVITY OF 04-03 | -35.00 |
| 04/24/19 | RETURNED ITEM CHARGEBACK FEE | -36.00 |
| 04/29/19 | CHECKCARD  0427 ATLASSIAN ATLASSIAN B.V 7469704911806086013251 6 CKCD 5734 XXXXXXXXXXXX2943 INTERNATIONAL TRANSACTION FEE | -1.24 |

| **Total service fees** | **-$411.24** |
|---|---|

*Note your Ending Balance already reflects the subtraction of Service Fees.*

## Daily ledger balances

| Date | Balance ($) | Date | Balance($) | Date | Balance ($) |
|------|------------|------|-----------|------|------------|
| 04/01 | 4,695.30 | 04/15 | -29,292.88 | 04/26 | 10,167.12 |
| 04/02 | -29,036.56 | 04/19 | 271,803.12 | 04/29 | 4,624.51 |
| 04/03 | -29,521.48 | 04/24 | 238,767.12 | 04/30 | 4,458.69 |
| 04/05 | -29,369.08 | | | | |

SDNY_000960

This page intentionally left blank

SDNY_000961



**Business Advantage**

**Customer service information**

📞  1.888.BUSINESS (1.888.287.4637)

📄  bankofamerica.com

✉️  Bank of America, N.A.
P.O. Box 25118
Tampa, FL 33622-5118

P.O. Box 15284
Wilmington, DE 19850

GATEGUARD, INC.
350 LINCOLN RD
SUITE 5060
MIAMI BEACH, FL  33139

# Your Business Fundamentals Checking

for March 1, 2019 to March 31, 2019                                   Account number: 4830 6703 8085

**GATEGUARD, INC.**

## Account summary

| | | |
|---|---|---|
| Beginning balance on March 1, 2019 | $26,959.21 | # of deposits/credits: 5 |
| Deposits and other credits | 45,877.46 | # of withdrawals/debits: 62 |
| Withdrawals and other debits | -68,704.47 | # of items–previous cycle[1]: 46 |
| Checks | -0.00 | # of days in cycle: 31 |
| Service fees | -136.24 | Average ledger balance: $16,239.25 |
| **Ending balance on March 31, 2019** | **$3,995.96** | [1]*Includes checks paid,deposited items&other debits* |

---

Bank of America **Business Advantage**                                                          L I F E / B E T T E R C O N N E C T E D ®

Your Digital
Tip of the
Month

## Sign up for online alerts today[1]

Stay up to date on your balances, and receive alerts when transactions have posted and when
your payments are due.

Log in or enroll at **bankofamerica.com/smallbusiness** and click on **Alerts** in the Activity Center.

[1] You may elect to receive alerts via text or email. Bank of America does not charge for this service but your mobile carrier's
message and data rates may apply. Delivery of alerts may be affected or delayed by your mobile carrier's coverage.
©2018 Bank of America Corporation  |  ARTCJRPG  |  SSM-03-18-0017.B

SDNY_000962

GATEGUARD, INC.   |   Account # 4830 6703 8085   |   March 1, 2019 to March 31, 2019

# IMPORTANT INFORMATION:
## BANK DEPOSIT ACCOUNTS

How to Contact Us - You may call us at the telephone number listed on the front of this statement.

Updating your contact information - We encourage you to keep your contact information up-to-date. This includes address, email and phone number. If your information has changed, the easiest way to update it is by visiting the Help & Support tab of Online Banking.

Deposit agreement - When you opened your account, you received a deposit agreement and fee schedule and agreed that your account would be governed by the terms of these documents, as we may amend them from time to time. These documents are part of the contract for your deposit account and govern all transactions relating to your account, including all deposits and withdrawals. Copies of both the deposit agreement and fee schedule which contain the current version of the terms and conditions of your account relationship may be obtained at our financial centers.

Electronic transfers: In case of errors or questions about your electronic transfers - If you think your statement or receipt is wrong or you need more information about an electronic transfer (e.g., ATM transactions, direct deposits or withdrawals, point-of-sale transactions) on the statement or receipt, telephone or write us at the address and number listed on the front of this statement as soon as you can. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

- Tell us your name and account number.
- Describe the error or transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

For consumer accounts used primarily for personal, family or household purposes, we will investigate your complaint and will correct any error promptly. If we take more than 10 business days (10 calendar days if you are a Massachusetts customer) (20 business days if you are a new customer, for electronic transfers occurring during the first 30 days after the first deposit is made to your account) to do this, we will provisionally credit your account for the amount you think is in error, so that you will have use of the money during the time it will take to complete our investigation.

For other accounts, we investigate, and if we find we have made an error, we credit your account at the conclusion of our investigation.

Reporting other problems - You must examine your statement carefully and promptly. You are in the best position to discover errors and unauthorized transactions on your account. If you fail to notify us in writing of suspected problems or an unauthorized transaction within the time period specified in the deposit agreement (which periods are no more than 60 days after we make the statement available to you and in some cases 30 days or less), we are not liable to you and you agree to not make a claim against us, for the problems or unauthorized transactions.

Direct deposits - If you have arranged to have direct deposits made to your account at least once every 60 days from the same person or company, you may call us to find out if the deposit was made as scheduled. You may also review your activity online or visit a financial center for information.

© 2019 Bank of America Corporation

 Bank of America, N.A. Member FDIC and    Equal Housing Lender

SDNY_000963



# Your checking account

GATEGUARD, INC.   |   Account # 4830 6703 8085   |   March 1, 2019 to March 31, 2019

## Deposits and other credits

| Date | Description | | | Amount |
|---|---|---|---|---|
| 03/06/19 | CHECKCARD  0305 THE YARD 5 800-998-4392 NY 7480166906402701308 | | | 50.00 |
| 03/20/19 | Online Banking transfer from CHK 1046 Confirmation# 7106261411 | | | 7,070.00 |
| 03/28/19 | BKOFAMERICA MOBILE 03/29 3616189776 DEPOSIT | *MOBILE | NY | 18,000.00 |
| 03/28/19 | BKOFAMERICA MOBILE 03/29 3616186424 DEPOSIT | *MOBILE | NY | 18,000.00 |
| 03/28/19 | BKOFAMERICA MOBILE 03/29 3616185022 DEPOSIT | *MOBILE | NY | 2,757.46 |
| **Total deposits and other credits** | | | | **$45,877.46** |

## Withdrawals and other debits

| Date | Description | Amount |
|---|---|---|
| 03/04/19 | Online Banking transfer to CHK 5580 Confirmation# 1274710970 | -571.86 |
| 03/08/19 | WIRE TYPE:INTL OUT DATE:190308 TIME:1558 ET TRN:2019030800406241 SERVICE REF:199455 BNF:JUNGENG SU ID:1562714211030001 BNF BK:ZHEJIANG  CHOUZHOU COMME ID:006550890252 PMT DET:257338992 POP GOODS CONT ARMSTRONG SU | -1,000.00 |
| 03/11/19 | Online Banking transfer to CHK 0351 Confirmation# 2134388956 | -4,500.00 |
| 03/18/19 | Online Banking transfer to CHK 5580 Confirmation# 2292944266 | -1,900.00 |
| 03/20/19 | WIRE TYPE:INTL OUT DATE:190320 TIME:0512 ET TRN:2019032000122690 SERVICE REF:632549 BNF:ZHUHAI TAICHUAN CLOUD TECH ID:4440009161463000 BNF BK:BANK OF COMMUNICATIONS ID:COMMCNSHZHI PMT DET:258228708 POP GOODS CONT JOY PANG | -7,020.00 |
| 03/22/19 | Online Banking transfer to CHK 5580 Confirmation# 5326952341 | -1,800.00 |
| 03/25/19 | Customer Withdrawal Image | -4,000.00 |
| 03/26/19 | Online Banking transfer to CHK 0351 Confirmation# 5462519269 | -2,000.00 |
| 03/26/19 | WIRE TYPE:INTL OUT DATE:190326 TIME:1442 ET TRN:2019032600384671 SERVICE REF:006991 BNF:TELEPOWER COMMUNCATION CO. ID:665257763927 BNF BK:BANK OF CHINA ID:BKCHCNBJ44E PMT DET:258796 222 PROTOTYPE POP SERVICES CONT NICOLE | -1,500.00 |
| 03/29/19 | Online Banking transfer to CHK 0351 Confirmation# 5386785014 | -35,000.00 |
| Card account # XXXX XXXX XXXX 2943 | | |
| 03/01/19 | CHECKCARD  0228 AMZN MKTP US*MI1KP6SY1 AMZN.COM/BILLWA 2443106905908330536581 9 CKCD 5942 XXXXXXXXXXXX2943 XXXX XXXX XXXX 2943 | -35.97 |
| 03/04/19 | CHECKCARD  0301 AMZN MKTP US*MI4FF1761 AMZN.COM/BILLWA 2443106906008331009251 2 CKCD 5942 XXXXXXXXXXXX2943 XXXX XXXX XXXX 2943 | -1,221.24 |

*continued on the next page*

---

Bank of America **Business Advantage**

LIFE / BETTER CONNECTED®

Your Digital Tip of the Month

## Guaranteed bank-to-bank transfers

Pay individuals, vendors and suppliers who bank at other financial institutions — right from Online Banking.

Just log in and click the **Transfers I Send** tab, then select **Send Money to Someone or a Business.**

ARH98YHQ | SSM-03-18-0013.B

GATEGUARD, INC.   |   Account # 4830 6703 8085   |   March 1, 2019 to March 31, 2019

## Withdrawals and other debits - continued

| Date | Description | Amount |
|------|-------------|--------|
| 03/04/19 | CHECKCARD  0301 SendGrid 1-877-969-8647 877-9698647  CO 24906419060069141464627 RECURRING CKCD 7399 XXXXXXXXXXX2943 XXXX XXXX XXXX 2943 | -29.95 |
| 03/04/19 | CHECKCARD  0301 METAL SUPERMARKETS (MIA 305-7280456  FL 2400341906090011904668 CKCD 5051 XXXXXXXXXXXX2943 XXXX XXXX XXXX 2943 | -80.25 |
| 03/04/19 | CHECKCARD  0301 THE YARD 5 800-998-4392 NY 24801669060027013688463 CKCD 6513 XXXXXXXXXXX2943 XXXX XXXX XXXX 2943 | -50.00 |
| 03/04/19 | CHECKCARD  0302 WEWORK-WW 350 LINCOLN 855-593-9675 FL 24692169061100442754933 CKCD 6513 XXXXXXXXXXXX2943 XXXX XXXX XXXX 2943 | -383.93 |
| 03/04/19 | CHECKCARD  0302 GOOGLE *GSUITE_12gurus cc@google.comCA 24692169061100634771703 CKCD 7311 XXXXXXXXXXX2943 XXXX XXXX XXXX 2943 | -76.38 |
| 03/04/19 | CHECKCARD  0303 AMZN MKTP US*MI3XT4921 AMZN.COM/BILLWA 2443106906208372249096 CKCD 5942 XXXXXXXXXXXX2943 XXXX XXXX XXXX 2943 | -65.30 |
| 03/04/19 | BKOFAMERICA ATM 03/01 #000007909 WITHDRWL HERALD SQUARE CE   NEW YORK        NY | -200.00 |
| 03/04/19 | BKOFAMERICA ATM 03/03 #000004825 WITHDRWL 13TH & 3RD         NEW YORK        NY | -300.00 |
| 03/06/19 | CHECKCARD  0305 AMZN MKTP US*MI8V30RD1 AMZN.COM/BILLWA 2443106906508372044505073 CKCD 5942 XXXXXXXXXXXX2943 XXXX XXXX XXXX 2943 | -15.99 |
| 03/07/19 | BKOFAMERICA ATM 03/06 #000006908 WITHDRWL ONE PENN PLAZA     NEW YORK        NY | -560.00 |
| 03/12/19 | CHECKCARD  0311 AMZN Mktp US*MW2KG4CP0 Amzn.com/billWA 24692169070100989225171 CKCD 5942 XXXXXXXXXXXX2943 XXXX XXXX XXXX 2943 | -129.99 |
| 03/12/19 | CHECKCARD  0311 AMAZON.COM*MW5UW0L01 AM AMZN.COM/BILLWA 2443106907008332491036 CKCD 5942 XXXXXXXXXXXX2943 XXXX XXXX XXXX 2943 | -489.40 |
| 03/12/19 | CHECKCARD  0311 AMZN Mktp US*MI3YV3KU2 Amzn.com/billWA 24692169070100097499015 CKCD 5942 XXXXXXXXXXXX2943 XXXX XXXX XXXX 2943 | -108.86 |
| 03/14/19 | CHECKCARD  0313 AMZN MKTP US*MI61G4UT2 AMZN.COM/BILLWA 2443106907208330863244 CKCD 5942 XXXXXXXXXXXX2943 XXXX XXXX XXXX 2943 | -238.42 |
| 03/14/19 | CHECKCARD  0313 VBS*VONAGE BUSINESS 866-901-0242 GA 24692169072100391927404 RECURRING CKCD 4814 XXXXXXXXXXXX2943 XXXX XXXX XXXX 2943 | -165.82 |
| 03/14/19 | CHECKCARD  0313 POSTAGE GOSHIPPO.COM HTTPSGOSHIPPOCA 24492159072637562243056 RECURRING CKCD 7399 XXXXXXXXXXX2943 XXXX XXXX XXXX 2943 | -9.75 |
| 03/14/19 | CHECKCARD  0313 AMAZON.COM*MW6Z86LE0 AM AMZN.COM/BILLWA 2443106907208371266476 CKCD 5942 XXXXXXXXXXXX2943 XXXX XXXX XXXX 2943 | -15.54 |
| 03/18/19 | CHECKCARD  0315 AMZN MKTP US*MW6EC03B1 AMZN.COM/BILLWA 2443106907408370763458 CKCD 5942 XXXXXXXXXXXX2943 XXXX XXXX XXXX 2943 | -17.98 |
| 03/18/19 | CHECKCARD  0315 AMZN MKTP US*MW40N8ZI0 AMZN.COM/BILLWA 2443106907408371485160 CKCD 5942 XXXXXXXXXXXX2943 XXXX XXXX XXXX 2943 | -15.99 |
| 03/18/19 | CHECKCARD  0315 AMZN MKTP US*MI4XH1WO2 AMZN.COM/BILLWA 2443106907408371546076 CKCD 5942 XXXXXXXXXXXX2943 XXXX XXXX XXXX 2943 | -8.99 |
| 03/18/19 | CHECKCARD  0316 AMZN MKTP US*MW3N18TI1 AMZN.COM/BILLWA 2443106907508371220367 CKCD 5942 XXXXXXXXXXXX2943 XXXX XXXX XXXX 2943 | -104.46 |
| 03/19/19 | CHECKCARD  0318 RIETS/YU NEW YORK     NY 24013399070700247136849 CKCD 8220 XXXXXXXXXXXX2943 XXXX XXXX XXXX 2943 | -1,000.00 |
| 03/19/19 | CHECKCARD  0318 B&H PHOTO 800-606-6969 800-2215743  NY 24906419077070015303033 CKCD 5969 XXXXXXXXXXXX2943 XXXX XXXX XXXX 2943 | -269.88 |
| 03/20/19 | CHECKCARD  0319 LYFT  *RIDE TUE 7AM 8552800278   CA 24492159078637825191831 CKCD 4121 XXXXXXXXXXXX2943 XXXX XXXX XXXX 2943 | -31.94 |
| 03/20/19 | CHECKCARD  0319 LYFT  *RIDE TUE 11AM 8552800278   CA 24492159078637848097817 CKCD 4121 XXXXXXXXXXXX2943 XXXX XXXX XXXX 2943 | -23.47 |
| 03/20/19 | CHECKCARD  0319 EIG*SITE5.COM 866-8975421  TX 24906419078070070856585 RECURRING CKCD 7379 XXXXXXXXXXXX2943 XXXX XXXX XXXX 2943 | -99.00 |
| 03/21/19 | CHECKCARD  0320 LYFT  *RIDE TUE 9PM 855-865-9553 CA 24055239080400965774824 CKCD 4121 XXXXXXXXXXXX2943 XXXX XXXX XXXX 2943 | -6.22 |

*continued on the next page*

   **Your checking account**

GATEGUARD, INC.   |   Account # 4830 6703 8085   |   March 1, 2019 to March 31, 2019

## Withdrawals and other debits - continued

| Date | Description | Amount |
|------|-------------|--------|
| 03/21/19 | CHECKCARD  0320 LYFT  *RIDE WED 9AM 855-865-9553 CA 24055239080400965974614 CKCD 4121 XXXXXXXXXXX2943 XXXX XXXX XXXX 2943 | -5.36 |
| 03/21/19 | CHECKCARD  0320 COURTS/USDC-NY-S 914-390-4001 NY 24240989080600129793109 CKCD 9399 XXXXXXXXXXX2943 XXXX XXXX XXXX 2943 | -400.00 |
| 03/21/19 | CHECKCARD  0320 COURTS/USDC-NY-S 914-390-4001 NY 24240989080600129793281 CKCD 9399 XXXXXXXXXXX2943 XXXX XXXX XXXX 2943 | -200.00 |
| 03/21/19 | CHECKCARD  0320 LYFT  *RIDE WED 6PM 855-865-9553 CA 24055239080400965952966 CKCD 4121 XXXXXXXXXXX2943 XXXX XXXX XXXX 2943 | -10.08 |
| 03/21/19 | CHECKCARD  0321 LYFT  *RIDE WED 7PM 855-865-9553 CA 24055239080400965491544 CKCD 4121 XXXXXXXXXXX2943 XXXX XXXX XXXX 2943 | -10.90 |
| 03/22/19 | CHECKCARD  0320 THE SHUL OF DOWNTOWN 305-373-8303 FL 24412899080030022898271 CKCD 8398 XXXXXXXXXXX2943 XXXX XXXX XXXX 2943 | -40.00 |
| 03/22/19 | CHECKCARD  0320 AMERICAN AIR00123439342 FORT WORTH   TX 24431069080978000889091 CKCD 3001 XXXXXXXXXXX2943 XXXX XXXX XXXX 2943 | -238.30 |
| 03/22/19 | CHECKCARD  0321 LYFT  *RIDE WED 8PM 855-865-9553 CA 24055239081400966181952 CKCD 4121 XXXXXXXXXXX2943 XXXX XXXX XXXX 2943 | -12.56 |
| 03/22/19 | CHECKCARD  0321 LYFT  *RIDE WED 11PM 855-865-9553 CA 24055239081400966693683 CKCD 4121 XXXXXXXXXXX2943 XXXX XXXX XXXX 2943 | -12.76 |
| 03/25/19 | CHECKCARD  0322 RMG*REGUS 972-340-2021 TX 24692169081100319355034 CKCD 6513 XXXXXXXXXXX2943 XXXX XXXX XXXX 2943 | -2,321.34 |
| 03/25/19 | CHECKCARD  0322 HIS*HISCOX INC 888-202-3007 NY 24692169081100723235186 RECURRING CKCD 6300 XXXXXXXXXXX2943 XXXX XXXX XXXX 2943 | -70.50 |
| 03/25/19 | CHECKCARD  0322 HIS*HISCOX INC 888-202-3007 NY 24692169081100723237489 RECURRING CKCD 6300 XXXXXXXXXXX2943 XXXX XXXX XXXX 2943 | -70.50 |
| 03/25/19 | CHECKCARD  0323 LYFT  *RIDE FRI 9AM 855-865-9553 CA 24055239083400968192476 CKCD 4121 XXXXXXXXXXX2943 XXXX XXXX XXXX 2943 | -16.02 |
| 03/25/19 | CHECKCARD  0322 NYCDOT PARKING METERS LONG IS CITY NY 24755419081260818266281 CKCD 7523 XXXXXXXXXXX2943 XXXX XXXX XXXX 2943 | -11.00 |
| 03/26/19 | CHECKCARD  0325 AMAZON.COM*MW8QF2AY2 AM AMZN.COM/BILLWA 24431069084083320341000 CKCD 5942 XXXXXXXXXXX2943 XXXX XXXX XXXX 2943 | -66.19 |
| 03/27/19 | CHECKCARD  0325 MTA*METROCARD MACHINE NEW YORK    NY 24692169085100060465038 CKCD 4111 XXXXXXXXXXX2943 XXXX XXXX XXXX 2943 | -40.00 |
| 03/27/19 | CHECKCARD  0326 POSTAGE GOSHIPPO.COM HTTPSGOSHIPPOCA 24492159085637145149379 RECURRING CKCD 7399 XXXXXXXXXXX2943 XXXX XXXX XXXX 2943 | -45.02 |
| 03/28/19 | CHECKCARD  0327 AMZN MKTP US*MW21N1M0O AMZN.COM/BILLWA 24431069086083723412133 CKCD 5942 XXXXXXXXXXX2943 XXXX XXXX XXXX 2943 | -45.99 |
| 03/28/19 | CHECKCARD  0327 ATLASSIAN ATLASSIAN B.V  74697049087050373306647 CKCD 5734 XXXXXXXXXXX2943 XXXX XXXX XXXX 2943 | -41.37 |
| **Subtotal for card account # XXXX XXXX XXXX 2943** | | **-$9,412.61** |
| **Total withdrawals and other debits** | | **-$68,704.47** |

GATEGUARD, INC.   |   Account # 4830 6703 8085   |   March 1, 2019 to March 31, 2019

## Service fees

The Monthly Fee on your Business Fundamentals Checking account was waived for the statement period ending 02/28/19. A check mark below indicates the requirement(s) you have met to qualify for the Monthly Fee waiver on the account.

- ☑ $250+ in new net purchases on a linked Business debit card
- ○ $250+ in new net purchases on a linked Business credit card
- ☑ $3,000+ minimum daily balance in primary checking account
- ☑ $5,000+ average monthly balance in primary checking account
- ☑ $15,000+ combined average monthly balance in linked business accounts
- ○ enrolled in Business Advantage Relationship Rewards

For information on how to open a new product, link an existing service to your account, or about Business Advantage Relationship Rewards please call 1.888.BUSINESS or visit bankofamerica.com/smallbusiness.

| Date | Transaction description | Amount |
|---|---|---|
| 03/08/19 | Wire Transfer Fee | -45.00 |
| 03/20/19 | Wire Transfer Fee | -45.00 |
| 03/26/19 | Wire Transfer Fee | -45.00 |
| 03/28/19 | CHECKCARD  0327 ATLASSIAN ATLASSIAN B.V 74697049087050373306647 CKCD 5734 XXXXXXXXXXXX2943 INTERNATIONAL TRANSACTION FEE | -1.24 |
| **Total service fees** | | **-$136.24** |

*Note your Ending Balance already reflects the subtraction of Service Fees.*

## Daily ledger balances

| Date | Balance ($) | Date | Balance($) | Date | Balance ($) |
|---|---|---|---|---|---|
| 03/01 | 26,923.24 | 03/12 | 17,145.09 | 03/22 | 10,512.67 |
| 03/04 | 23,944.33 | 03/14 | 16,715.56 | 03/25 | 4,023.31 |
| 03/06 | 23,978.34 | 03/18 | 14,668.14 | 03/26 | 412.12 |
| 03/07 | 23,418.34 | 03/19 | 13,398.26 | 03/27 | 327.10 |
| 03/08 | 22,373.34 | 03/20 | 13,248.85 | 03/28 | 38,995.96 |
| 03/11 | 17,873.34 | 03/21 | 12,616.29 | 03/29 | 3,995.96 |

SDNY_000967



P.O. Box 15284
Wilmington, DE 19850

GATEGUARD, INC.
106 W 32ND ST
SUITE 2D15
NEW YORK, NY  10001-0074

## Business Advantage

**Customer service information**

📱 1.888.BUSINESS (1.888.287.4637)

✉ bankofamerica.com

✉ Bank of America, N.A.
   P.O. Box 25118
   Tampa, FL 33622-5118

# Your Business Fundamentals Checking

for February 1, 2019 to February 28, 2019

Account number: 4830 6703 8085

**GATEGUARD, INC.**

## Account summary

| | | | |
|---|---|---|---|
| Beginning balance on February 1, 2019 | $9,662.35 | # of deposits/credits: 6 | |
| Deposits and other credits | 78,947.44 | # of withdrawals/debits: 37 | |
| Withdrawals and other debits | -61,604.34 | # of items-previous cycle[1]: 11 | |
| Checks | -0.00 | # of days in cycle: 28 | |
| Service fees | -46.24 | Average ledger balance: $17,925.42 | |
| **Ending balance on February 28, 2019** | **$26,959.21** | [1]*Includes checks paid,deposited items&other debits* | |



Bank of America **Business Advantage**

LIFE / BETTER CONNECTED®

## Thank you for your business.
## Here's to your continued success.

We're committed to finding the smartest path to long-term growth for your business.

Our small business specialists will work with you to help strengthen your business and plan for the future. Please visit **bankofamerica.com/smallbusiness** to learn more.

AR634K95│SSM-01-18-2949.B

SDNY_000968

GATEGUARD, INC.   |   Account # 4830 6703 8085   |   February 1, 2019 to February 28, 2019

# IMPORTANT INFORMATION:
## BANK DEPOSIT ACCOUNTS

**How to Contact Us** - You may call us at the telephone number listed on the front of this statement.

**Updating your contact information** - We encourage you to keep your contact information up-to-date. This includes address, email and phone number. If your information has changed, the easiest way to update it is by visiting the Help & Support tab of Online Banking.

**Deposit agreement** - When you opened your account, you received a deposit agreement and fee schedule and agreed that your account would be governed by the terms of these documents, as we may amend them from time to time. These documents are part of the contract for your deposit account and govern all transactions relating to your account, including all deposits and withdrawals. Copies of both the deposit agreement and fee schedule which contain the current version of the terms and conditions of your account relationship may be obtained at our financial centers.

**Electronic transfers: In case of errors or questions about your electronic transfers** - If you think your statement or receipt is wrong or you need more information about an electronic transfer (e.g., ATM transactions, direct deposits or withdrawals, point-of-sale transactions) on the statement or receipt, telephone or write us at the address and number listed on the front of this statement as soon as you can. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

- Tell us your name and account number.
- Describe the error or transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

For consumer accounts used primarily for personal, family or household purposes, we will investigate your complaint and will correct any error promptly. If we take more than 10 business days (10 calendar days if you are a Massachusetts customer) (20 business days if you are a new customer, for electronic transfers occurring during the first 30 days after the first deposit is made to your account) to do this, we will provisionally credit your account for the amount you think is in error, so that you will have use of the money during the time it will take to complete our investigation.

For other accounts, we investigate, and if we find we have made an error, we credit your account at the conclusion of our investigation.

**Reporting other problems** - You must examine your statement carefully and promptly. You are in the best position to discover errors and unauthorized transactions on your account. If you fail to notify us in writing of suspected problems or an unauthorized transaction within the time period specified in the deposit agreement (which periods are no more than 60 days after we make the statement available to you and in some cases 30 days or less), we are not liable to you and you agree to not make a claim against us, for the problems or unauthorized transactions.

**Direct deposits** - If you have arranged to have direct deposits made to your account at least once every 60 days from the same person or company, you may call us to find out if the deposit was made as scheduled. You may also review your activity online or visit a financial center for information.

© 2019 Bank of America Corporation

Bank of America, N.A. Member FDIC and  Equal Housing Lender

SDNY_000969



**Your checking account**

GATEGUARD, INC.   |   Account # 4830 6703 8085   |   February 1, 2019 to February 28, 2019

# Deposits and other credits

| Date | Description | | | Amount |
|------|-------------|---|---|-------:|
| 02/13/19 | BKOFAMERICA MOBILE 02/13 3614082541 DEPOSIT | *MOBILE | NY | 2,600.00 |
| 02/15/19 | Online Banking transfer from CHK 1046 Confirmation# 2325328995 | | | 15,000.00 |
| 02/15/19 | Online Banking transfer from CHK 1046 Confirmation# 1525853252 | | | 5,000.00 |
| 02/19/19 | BKOFAMERICA ATM 02/18 #000002474 DEPOSIT HERALD SQUARE CE | NEW YORK | NY | 52,789.44 |
| 02/25/19 | BKOFAMERICA MOBILE 02/23 3621623663 DEPOSIT | *MOBILE | NY | 2,600.00 |
| 02/27/19 | WIRE TYPE:BOOK IN DATE:190227 TIME:1245 ET TRN:2019022700354738 SNDR REF:BOA1846-27FEB19 ORIG:ZHEJIANG CHOUZHOU COMMERC ID:006550890252 PMT DET:256130482 20190226-00316274 26-FEB-19 1,00 0.00/USD RTND BBK STS UTA BENE'S NAME DOES NOT MAT | | | 958.00 |

**Total deposits and other credits** **$78,947.44**

# Withdrawals and other debits

| Date | Description | Amount |
|------|-------------|-------:|
| 02/04/19 | Online Banking transfer to CHK 0351 Confirmation# 5131245804 | -3,500.00 |
| 02/11/19 | Online Banking transfer to CHK 0351 Confirmation# 3190271943 | -2,000.00 |
| 02/13/19 | Online Banking transfer to CHK 5580 Confirmation# 3306981306 | -820.00 |
| 02/20/19 | Online Banking transfer to CHK 5580 Confirmation# 7167602125 | -6,500.00 |
| 02/20/19 | Online Banking transfer to CHK 1046 Confirmation# 6367604331 | -20,000.00 |
| 02/20/19 | Online Banking transfer to CHK 5580 Confirmation# 5167611154 | -1,250.00 |
| 02/26/19 | Online Banking transfer to CHK 0351 Confirmation# 7319927418 | -3,000.00 |
| 02/26/19 | WIRE TYPE:INTL OUT DATE:190226 TIME:1147 ET TRN:2019022600316274 SERVICE REF:467144 BNF:XAX METAL ID:1562714211030001 BNF BK:ZHEJIANG CHOUZHOU COMME ID:006550890252 PMT DET:256130482 M ETAL CASE SAMPLES ONLY POP SERVICES CONT ARMSTRONG | -1,000.00 |
| 02/27/19 | NY TLR cash withdrawal from CHK 8085 | -605.00 |

**Card account # XXXX XXXX XXXX 2943**

| | | |
|------|-------------|-------:|
| 02/04/19 | CHECKCARD  0202 WEWORK-WW 350 LINCOLN 855-593-9675 FL 24692169033100072678977 CKCD 6513 XXXXXXXXXXXX2943 XXXX XXXX XXXX 2943 | -373.45 |
| 02/04/19 | CHECKCARD  0201 THE YARD 5 800-998-4392 NY 24801669032027013524333 CKCD 6513 XXXXXXXXXXXX2943 XXXX XXXX XXXX 2943 | -50.00 |

*continued on the next page*



Bank of America **Business Advantage**

LIFE / BETTER CONNECTED®

Online Banking

Tip of the month

## Banking at your fingertips

Our Mobile Banking app[1] is certified by J.D. Power® for providing "An Outstanding Customer Experience."[2]

To learn more, and download it for free, visit **bankofamerica.com/getmobileapp**.

[1] Mobile Banking requires that you download the Mobile Banking app and is only available for select mobile devices. Message and data rates may apply.
[2] For J.D. Power award information, visit jdpower.com.
©2018 Bank of America Corporation  |  ARF3TRPR  |  SSM-02-18-0009.B

SDNY_000970

GATEGUARD, INC.   |   Account # 4830 6703 8085   |   February 1, 2019 to February 28, 2019

# Withdrawals and other debits - continued

| Date | Description | Amount |
|------|-------------|--------|
| 02/04/19 | CHECKCARD  0201 GOOGLE *GSUITE_12gurus cc@google.comCA 24692169032100696043880 CKCD 7311 XXXXXXXXXXXX2943 XXXX XXXX XXXX 2943 | -56.53 |
| 02/04/19 | CHECKCARD  0202 SendGrid 1-877-969-8647 877-9698647  CO 24906419033067655724182 RECURRING CKCD 7399 XXXXXXXXXXXX2943 XXXX XXXX XXXX 2943 | -29.95 |
| 02/04/19 | USPS PO 359660  02/04 #000720394 PURCHASE USPS PO 35966000   NEW YORK       NY | -25.50 |
| 02/06/19 | CHECKCARD  0205 AMZN MKTP US*MB0159SA2 AMZN.COM/BILLWA 24431069036083716685662 CKCD 5942 XXXXXXXXXXXX2943 XXXX XXXX XXXX 2943 | -222.46 |
| 02/11/19 | CHECKCARD  0209 GARBER HARDWARE-WEST VI NEW YORK     NY 24269799040300496428011 CKCD 5072 XXXXXXXXXXXX2943 XXXX XXXX XXXX 2943 | -31.85 |
| 02/11/19 | CHECKCARD  0210 SQ *VILLAGE COPIER INC New York     NY 24692169041100001669642 CKCD 5999 XXXXXXXXXXXX2943 XXXX XXXX XXXX 2943 | -16.98 |
| 02/12/19 | CHECKCARD  0211 METAL SUPERMARKETS (MIA 305-7280456  FL 24003419042900010504132 CKCD 5051 XXXXXXXXXXXX2943 XXXX XXXX XXXX 2943 | -105.40 |
| 02/15/19 | CHECKCARD  0214 MR. BROADWAY 212-921-2152 NY 24688089045017046786128 CKCD 5812 XXXXXXXXXXXX2943 XXXX XXXX XXXX 2943 | -54.64 |
| 02/19/19 | CHECKCARD  0215 POSTAGE GOSHIPPO.COM HTTPSGOSHIPPOCA 24492159046637380147680 RECURRING CKCD 7399 XXXXXXXXXXXX2943 XXXX XXXX XXXX 2943 | -37.76 |
| 02/19/19 | CHECKCARD  0215 RMG*REGUS 972-340-2021 TX 24692169046100932622897 CKCD 6513 XXXXXXXXXXXX2943 XXXX XXXX XXXX 2943 | -3,059.05 |
| 02/19/19 | CHECKCARD  0215 KPI THEREALDEAL 212-260-1332 NY 24431069047207305500019 CKCD 7311 XXXXXXXXXXXX2943 XXXX XXXX XXXX 2943 | -15,000.00 |
| 02/19/19 | CHECKCARD  0218 RMG*REGUS 972-340-2021 TX 24692169049100247796888 CKCD 6513 XXXXXXXXXXXX2943 XXXX XXXX XXXX 2943 | -2,265.34 |
| 02/20/19 | CHECKCARD  0219 FEDEX 178736882 800-4633339  TN 24164079050741208498950 RECURRING CKCD 4215 XXXXXXXXXXXX2943 XXXX XXXX XXXX 2943 | -326.22 |
| 02/22/19 | CHECKCARD  0220 BASICSON84_6 NEW YORK CITYNY 24275399052900019277559 CKCD 5251 XXXXXXXXXXXX2943 XXXX XXXX XXXX 2943 | -13.02 |
| 02/25/19 | CHECKCARD  0222 HIS*HISCOX INC 888-202-3007 NY 24692169053100949241830 RECURRING CKCD 6300 XXXXXXXXXXXX2943 XXXX XXXX XXXX 2943 | -70.50 |
| 02/25/19 | CHECKCARD  0222 HIS*HISCOX INC 888-202-3007 NY 24692169053100949218606 RECURRING CKCD 6300 XXXXXXXXXXXX2943 XXXX XXXX XXXX 2943 | -70.50 |
| 02/26/19 | CHECKCARD  0225 AMZN MKTP US*MI9XQ98S1 AMZN.COM/BILLWA 24431069056083301145937 CKCD 5942 XXXXXXXXXXXX2943 XXXX XXXX XXXX 2943 | -45.99 |
| 02/27/19 | CHECKCARD  0225 AMERICAN AIR00123393145 FORT WORTH   TX 24431069057978001060311 CKCD 3001 XXXXXXXXXXXX2943 XXXX XXXX XXXX 2943 | -243.30 |
| 02/27/19 | CHECKCARD  0226 OEC GROUP 718-5277171  NY 24251379057018025237056 CKCD 4214 XXXXXXXXXXXX2943 XXXX XXXX XXXX 2943 | -97.00 |
| 02/27/19 | CHECKCARD  0225 B&H PHOTO 800-606-6969 800-2215743  NY 24906419056068830079767 CKCD 5969 XXXXXXXXXXXX2943 XXXX XXXX XXXX 2943 | -25.00 |
| 02/28/19 | CHECKCARD  0227 AMZN Mktp US*MI2OT1DY1 Amzn.com/billWA 24692169058100560249208 CKCD 5942 XXXXXXXXXXXX2943 XXXX XXXX XXXX 2943 | -359.85 |
| 02/28/19 | CHECKCARD  0227 ATLASSIAN ATLASSIAN B.V  74547069059050368263013 CKCD 5734 XXXXXXXXXXXX2943 XXXX XXXX XXXX 2943 | -41.37 |
| 02/28/19 | CHECKCARD  0227 AMZN MKTP US*MI01G3SB1 AMZN.COM/BILLWA 24431069059083302780648 CKCD 5942 XXXXXXXXXXXX2943 XXXX XXXX XXXX 2943 | -127.68 |
| 02/28/19 | CHECKCARD  0227 CANAL ALARM DEVICES NEW YORK     NY 24247609058300526621269 CKCD 7393 XXXXXXXXXXXX2943 XXXX XXXX XXXX 2943 | -180.00 |

**Subtotal for card account # XXXX XXXX XXXX 2943** **-$22,929.34**

**Total withdrawals and other debits** **-$61,604.34**

SDNY_000971



# Your checking account

GATEGUARD, INC.   |   Account # 4830 6703 8085   |   February 1, 2019 to February 28, 2019

## Service fees

The Monthly Fee on your Business Fundamentals Checking account was waived for the statement period ending 01/31/19. A check mark below indicates the requirement(s) you have met to qualify for the Monthly Fee waiver on the account.

- ☑ $250+ in new net purchases on a linked Business debit card
- ◯ $250+ in new net purchases on a linked Business credit card
- ☑ $3,000+ minimum daily balance in primary checking account
- ☑ $5,000+ average monthly balance in primary checking account
- ◯ $15,000+ combined average monthly balance in linked business accounts
- ◯ enrolled in Business Advantage Relationship Rewards

For information on how to open a new product, link an existing service to your account, or about Business Advantage Relationship Rewards please call 1.888.BUSINESS or visit bankofamerica.com/smallbusiness.

| Date | Transaction description | Amount |
|------|------------------------|--------|
| 02/26/19 | Wire Transfer Fee | -45.00 |
| 02/28/19 | CHECKCARD  0227 ATLASSIAN ATLASSIAN B.V 74547069059050368263013 CKCD 5734 XXXXXXXXXXXX2943 INTERNATIONAL TRANSACTION FEE | -1.24 |
| **Total service fees** | | **-$46.24** |

*Note your Ending Balance already reflects the subtraction of Service Fees.*

## Daily ledger balances

| Date | Balance ($) | Date | Balance($) | Date | Balance ($) |
|------|-------------|------|------------|------|-------------|
| 02/01 | 9,662.35 | 02/13 | 5,030.23 | 02/25 | 31,772.64 |
| 02/04 | 5,626.92 | 02/15 | 24,975.59 | 02/26 | 27,681.65 |
| 02/06 | 5,404.46 | 02/19 | 57,402.88 | 02/27 | 27,669.35 |
| 02/11 | 3,355.63 | 02/20 | 29,326.66 | 02/28 | 26,959.21 |
| 02/12 | 3,250.23 | 02/22 | 29,313.64 | | |

SDNY_000972

GATEGUARD, INC.   |   Account # 4830 6703 8085   |   February 1, 2019 to February 28, 2019

This page intentionally left blank

SDNY_000973