

P.O. Box 15284  
Wilmington, DE 19850

**Customer service information**

📞 Customer service: 1.800.432.1000

TDD/TTY users only: 1.800.288.4408

En Español: 1.800.688.6086

ARI B TEMAN  
106 W 32ND ST 2D15  
NEW YORK, NY  10001-0074

🖱 bankofamerica.com

✉ Bank of America, N.A.  
P.O. Box 25118  
Tampa, FL 33622-5118

## Your Adv Plus Banking

for April 24, 2019 to May 23, 2019

Account number: 4830 6661 5580

**ARI B TEMAN**

### Account summary

| | |
|---|---:|
| Beginning balance on April 24, 2019 | $1,368.84 |
| Deposits and other additions | 13,600.00 |
| Withdrawals and other subtractions | -1,491.47 |
| Checks | -0.00 |
| Service fees | -0.00 |
| **Ending balance on May 23, 2019** | **$13,477.37** |

GOVERNMENT EXHIBIT 108  
19 Cr. 696 (PAE)

SDNY_000900

# IMPORTANT INFORMATION:
## BANK DEPOSIT ACCOUNTS

How to Contact Us - You may call us at the telephone number listed on the front of this statement.

Updating your contact information - We encourage you to keep your contact information up-to-date. This includes address, email and phone number. If your information has changed, the easiest way to update it is by visiting the Help & Support tab of Online Banking.

Deposit agreement - When you opened your account, you received a deposit agreement and fee schedule and agreed that your account would be governed by the terms of these documents, as we may amend them from time to time. These documents are part of the contract for your deposit account and govern all transactions relating to your account, including all deposits and withdrawals. Copies of both the deposit agreement and fee schedule which contain the current version of the terms and conditions of your account relationship may be obtained at our financial centers.

Electronic transfers: In case of errors or questions about your electronic transfers - If you think your statement or receipt is wrong or you need more information about an electronic transfer (e.g., ATM transactions, direct deposits or withdrawals, point-of-sale transactions) on the statement or receipt, telephone or write us at the address and number listed on the front of this statement as soon as you can. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

- Tell us your name and account number.
- Describe the error or transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

For consumer accounts used primarily for personal, family or household purposes, we will investigate your complaint and will correct any error promptly. If we take more than 10 business days (10 calendar days if you are a Massachusetts customer) (20 business days if you are a new customer, for electronic transfers occurring during the first 30 days after the first deposit is made to your account) to do this, we will provisionally credit your account for the amount you think is in error, so that you will have use of the money during the time it will take to complete our investigation.

For other accounts, we investigate, and if we find we have made an error, we credit your account at the conclusion of our investigation.

Reporting other problems - You must examine your statement carefully and promptly. You are in the best position to discover errors and unauthorized transactions on your account. If you fail to notify us in writing of suspected problems or an unauthorized transaction within the time period specified in the deposit agreement (which periods are no more than 60 days after we make the statement available to you and in some cases are 30 days or less), we are not liable to you and you agree to not make a claim against us, for the problems or unauthorized transactions.

Direct deposits - If you have arranged to have direct deposits made to your account at least once every 60 days from the same person or company, you may call us to find out if the deposit was made as scheduled. You may also review your activity online or visit a financial center for information.

© 2019 Bank of America Corporation

Bank of America, N.A. Member FDIC and  Equal Housing Lender



ARI B TEMAN   |   Account # 4830 6661 5580   |   April 24, 2019 to May 23, 2019

## Deposits and other additions

| Date | Description | Amount |
|---|---|---:|
| 04/26/19 | Online Banking transfer from CHK 0351 Confirmation# 3528245260 | 4,500.00 |
| 04/26/19 | Online Banking transfer from CHK 8085 Confirmation# 1328254696 | 3,600.00 |
| 04/29/19 | Online Banking transfer from CHK 8085 Confirmation# 7443490767 | 5,500.00 |
| **Total deposits and other additions** | | **$13,600.00** |

## Withdrawals and other subtractions

| Date | Description | Amount |
|---|---|---:|
| 04/25/19 | WHOLEFDS SBE 1  04/25 #000226738 PURCHASE WHOLEFDS SBE 102   MIAMI BEACH   FL | -33.19 |
| 04/25/19 | FPL DIRECT DEBIT DES:ELEC PYMT  ID:8238015302 WEBI  INDN:ARI TEMAN           CO ID:3590247775 WEB | -57.30 |
| 04/26/19 | CHECKCARD  0424 TANUKI, LLC 724-2831878  FL 24000979115403401683761 | -114.30 |
| 04/29/19 | CHECKCARD  0425 ACE HARDWARE - MIAMI B MIAMI BEACH  FL 24269799116100318207224 | -3.20 |
| 04/29/19 | CHECKCARD  0425 STARBUCKS STORE 08242 MIAMI BEACH  FL 24692169116100021889337 | -3.48 |
| 04/29/19 | CHECKCARD  0426 SQ *KETAMINE HEALTH CORAL GABLES FL 24492159116741352274897 | -500.00 |
| 04/30/19 | Zelle Transfer Conf# e22a493b0; Orosz, Thomas | -60.00 |
| 05/03/19 | Zelle Transfer Conf# 269d60b8e; Orosz, Thomas | -720.00 |
| **Total withdrawals and other subtractions** | | **-$1,491.47** |

This page intentionally left blank



P.O. Box 15284
Wilmington, DE 19850

ARI B TEMAN
106 W 32ND ST 2D15
NEW YORK, NY  10001-0074

**Customer service information**

📢 Customer service: 1.800.432.1000

TDD/TTY users only: 1.800.288.4408

En Español: 1.800.688.6086

🖱 bankofamerica.com

✉ Bank of America, N.A.
P.O. Box 25118
Tampa, FL 33622-5118

## Your Adv Plus Banking

for March 23, 2019 to April 23, 2019

Account number: 4830 6661 5580

**ARI B TEMAN**

### Account summary

| | |
|---|---:|
| Beginning balance on March 23, 2019 | $720.37 |
| Deposits and other additions | 14,316.73 |
| Withdrawals and other subtractions | -13,656.26 |
| Checks | -0.00 |
| Service fees | -12.00 |
| **Ending balance on April 23, 2019** | **$1,368.84** |

SDNY_000904

PULL: B   CYCLE: 15   SPEC: E   DELIVERY: E   TYPE:   IMAGE: I   BC: NY

Page 1 of 6

# IMPORTANT INFORMATION:
## BANK DEPOSIT ACCOUNTS

How to Contact Us - You may call us at the telephone number listed on the front of this statement.

Updating your contact information - We encourage you to keep your contact information up-to-date. This includes address, email and phone number. If your information has changed, the easiest way to update it is by visiting the Help & Support tab of Online Banking.

Deposit agreement - When you opened your account, you received a deposit agreement and fee schedule and agreed that your account would be governed by the terms of these documents, as we may amend them from time to time. These documents are part of the contract for your deposit account and govern all transactions relating to your account, including all deposits and withdrawals. Copies of both the deposit agreement and fee schedule which contain the current version of the terms and conditions of your account relationship may be obtained at our financial centers.

Electronic transfers: In case of errors or questions about your electronic transfers - If you think your statement or receipt is wrong or you need more information about an electronic transfer (e.g., ATM transactions, direct deposits or withdrawals, point-of-sale transactions) on the statement or receipt, telephone or write us at the address and number listed on the front of this statement as soon as you can. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

- Tell us your name and account number.
- Describe the error or transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

For consumer accounts used primarily for personal, family or household purposes, we will investigate your complaint and will correct any error promptly. If we take more than 10 business days (10 calendar days if you are a Massachusetts customer) (20 business days if you are a new customer, for electronic transfers occurring during the first 30 days after the first deposit is made to your account) to do this, we will provisionally credit your account for the amount you think is in error, so that you will have use of the money during the time it will take to complete our investigation.

For other accounts, we investigate, and if we find we have made an error, we credit your account at the conclusion of our investigation.

Reporting other problems - You must examine your statement carefully and promptly. You are in the best position to discover errors and unauthorized transactions on your account. If you fail to notify us in writing of suspected problems or an unauthorized transaction within the time period specified in the deposit agreement (which periods are no more than 60 days after we make the statement available to you and in some cases are 30 days or less), we are not liable to you and you agree to not make a claim against us, for the problems or unauthorized transactions.

Direct deposits - If you have arranged to have direct deposits made to your account at least once every 60 days from the same person or company, you may call us to find out if the deposit was made as scheduled. You may also review your activity online or visit a financial center for information.

© 2019 Bank of America Corporation

Bank of America, N.A. Member FDIC and  Equal Housing Lender



ARI B TEMAN   |   Account # 4830 6661 5580   |   March 23, 2019 to April 23, 2019

## Deposits and other additions

| Date | Description | Amount |
|---|---|---|
| 03/25/19 | Online Banking transfer from CHK 1046 Confirmation# 7251114687 | 2,500.00 |
| 03/28/19 | Online Banking transfer from CHK 1046 Confirmation# 2181086087 | 1,000.00 |
| 03/28/19 | BKOFAMERICA ATM 03/28 #000009277 DEPOSIT HERALD SQUARE CE   NEW YORK      NY | 50.73 |
| 03/29/19 | Online Banking transfer from CHK 0351 Confirmation# 5486791875 | 2,000.00 |
| 04/05/19 | Online Banking transfer from CHK 0351 Confirmation# 7549338373 | 2,266.00 |
| 04/08/19 | Online Banking transfer from CHK 1046 Confirmation# 1368070971 | 3,500.00 |
| 04/16/19 | Zelle Transfer Conf# XXXXXXXXX; 570 WEST PROPERTIES, LLC | 1,000.00 |
| 04/16/19 | Zelle Transfer Conf# XXXXXXXXX; 517 WEST PROPERTIES, LLC | 1,000.00 |
| 04/16/19 | Zelle Transfer Conf# XXXXXXXXX; 517 WEST PROPERTIES, LLC | 1,000.00 |
| **Total deposits and other additions** | | **$14,316.73** |

## Withdrawals and other subtractions

| Date | Description | Amount |
|---|---|---|
| 03/25/19 | CHECKCARD  0321 LAGUARDIAAUBONPAIN722A NEW YORK     NY 24692169081100404103562 | -3.26 |
| 03/25/19 | CHECKCARD  0322 NY KETAMINE MEDICAL PR NEW YORK     NY 24692169082100757842716 | -425.00 |
| 03/25/19 | CHECKCARD  0323 KUMO SUSHI NEW YORK     NY 24013399082003051644413 | -99.00 |
| 03/25/19 | Zelle Transfer Conf# 4a86ee44d; KEVIN | -50.00 |
| 03/25/19 | Zelle Transfer Conf# ea4b99ed3; uber | -1,000.00 |
| 03/26/19 | CHECKCARD  0325 BLACK BURGER- CANAL ST. NEW YORK     NY 24426299084027015340264 | -9.27 |
| 03/26/19 | CHECKCARD  0325 NY KETAMINE MEDICAL PR NEW YORK     NY 24692169085100523288191 | -425.00 |
| 03/26/19 | CVS/PHARMACY #  03/26 #000950292 PURCHASE CVS/PHARMACY #10   NEW YPRK     NY | -6.02 |
| 03/26/19 | Zelle Transfer Conf# d5f136be4; KEVIN | -50.00 |
| 03/27/19 | CHECKCARD  0325 ZEYTUNA NEW YORK     NY 24688089085017028886681 | -11.32 |
| 03/27/19 | CHECKCARD  0326 MARKET PLACE 312 / SHE NEW YORK     NY 24692169086100121309638 | -15.72 |

*continued on the next page*

### What's on your mind?

When you join the Bank of America® Advisory Panel, you can help us understand what you like and don't like.
Enter code **CADD** at **bankofamerica.com/AdvisoryPanel** to learn more and join.

Inclusion on the Advisory Panel subject to qualifications.

SSM-01-19-2128.A1  |  ARG377KX

## Withdrawals and other subtractions - continued

| Date | Description | Amount |
|---|---|---|
| 03/27/19 | CVS/PHARMACY #  03/27 #000528736 PURCHASE CVS/PHARMACY #10   NEW YPRK       NY | -10.68 |
| 03/27/19 | 7-ELEVEN        03/27 #000427638 PURCHASE 7-ELEVEN         NEW YORK      NY | -7.07 |
| 03/28/19 | CHECKCARD  0326 NY PIZZA SUPREMA NEW YORK      NY 24323049086391700009662 | -10.50 |
| 03/28/19 | CHECKCARD  0327 MARKET PLACE 312 / SHE NEW YORK      NY 24692169087100704561075 | -5.74 |
| 03/28/19 | CHECKCARD  0327 NY KETAMINE MEDICAL PR NEW YORK      NY 24692169087100696121417 | -425.00 |
| 03/28/19 | Zelle Transfer Conf# 4a612fcb4; Nachshon Engle | -225.00 |
| 03/29/19 | CHECKCARD  0327 TAIM MAIDEN LANE NEW YORK      NY 24707529087017048753226 | -14.96 |
| 03/29/19 | CHECKCARD  0329 PANERA BREAD #601533 P NEW YORK      NY 24692169088100348220681 | -3.49 |
| 03/29/19 | RITE AID STORE  03/28 #000130800 PURCHASE RITE AID STORE -   NEW YORK      NY | -7.47 |
| 03/29/19 | Zelle Transfer Conf# fd2c5fc50; Orosz, Thomas | -360.00 |
| 04/01/19 | CHECKCARD  0328 NY PIZZA SUPREMA NEW YORK      NY 24323049088397300009349 | -11.00 |
| 04/01/19 | CHECKCARD  0329 SQ *READY TO EAT NY NEW YORK      NY 24492159088855380943929 | -9.74 |
| 04/01/19 | CHECKCARD  0329 KUMO SUSHI NEW YORK      NY 24013399089004009770147 | -18.25 |
| 04/01/19 | CHECKCARD  0329 WOORI JIP NEW YORK      NY 24207859089160101859342 | -11.98 |
| 04/01/19 | CHECKCARD  0329 CAFFEBENE KTOWN NEW YORK      NY 24248339090900017604030 | -3.00 |
| 04/01/19 | Zelle Transfer Conf# dbf087ba2; Alex B. integrator | -731.00 |
| 04/01/19 | Zelle Transfer Conf# 78c7506ec; Orosz, Thomas | -180.00 |
| 04/05/19 | CHECKCARD  0404 VENMO 855-812-4430 NY 24493989094602154392870 | -240.00 |
| 04/05/19 | Zelle Transfer Conf# 60f8364eb; Alex B. integrator | -1,226.00 |
| 04/05/19 | Zelle Transfer Conf# a000782d7; Orosz, Thomas | -1,040.00 |
| 04/08/19 | CHECKCARD  0407 CITIPET VILLAGE NEW YORK      NY 24493989097206139600238 | -2,721.88 |
| 04/09/19 | CHECKCARD  0408 KUMO SUSHI NEW YORK      NY 24013399098001051183871 | -14.47 |
| 04/11/19 | PMNT SENT  0411 VENMO* Visa Direct  NY | -120.00 |
| 04/12/19 | Zelle Transfer Conf# 1bcb03d56; Tina. Cleaning Lady | -120.00 |
| 04/12/19 | Zelle Transfer Conf# 7cd5e4e18; Alex B. integrator | -1,070.00 |
| 04/12/19 | Zelle Transfer Conf# 7562c55ed; Orosz, Thomas | -870.00 |
| 04/15/19 | PMNT SENT  0414 VENMO* Visa Direct  NY | -225.00 |
| 04/15/19 | PETCO 778        04/14 #000365401 PURCHASE PETCO 778         NEW YORK      NY | -61.66 |
| 04/15/19 | FLATIRONFAMILYME DES:FLATIRONFA ID:ST-S1B0P6Q7K4L2  INDN:FLATIRON FAMILY MEDICA  CO ID:1800948598 CCD | -50.00 |
| 04/16/19 | CHECKCARD  0415 HEART OF CHELSEA ANIMAL NEW YORK      NY 24559309105900010900178 | -17.29 |
| 04/16/19 | CHECKCARD  0415 ASIAN CHAO FLUSHING      NY 24210739105286588801827 | -15.87 |
| 04/16/19 | WHOLEFDS SBE 1  04/16 #000140323 PURCHASE WHOLEFDS SBE 102   MIAMI BEACH   FL | -10.83 |
| 04/16/19 | PETCO 1521       04/16 #000260395 PURCHASE PETCO 1521        MIAMI BEACH   FL | -50.95 |
| 04/16/19 | PUBLIX SUPER M  04/16 #000927351 PURCHASE PUBLIX SUPER MAR   MIAMI BEACH   FL | -73.85 |
| 04/17/19 | CHECKCARD  0415 MURRAYS BAGELS CHELSEA NEW YORK      NY 24551939106017033930271 | -13.61 |

*continued on the next page*



**ARI B TEMAN   |   Account # 4830 6661 5580   |   March 23, 2019 to April 23, 2019**

## Withdrawals and other subtractions - continued

| Date | Description | Amount |
|---|---|---|
| 04/17/19 | CHECKCARD  0415 AMERICAN AIR00106462260 FORT WORTH   TX 24431069106978002393704 | -18.48 |
| 04/18/19 | CHECKCARD  0416 HIRO'S SUSHI EXPRESS SO MIAMI BEACH  FL 24761479107030011861378 | -16.38 |
| 04/18/19 | CHECKCARD  0416 MCDONALD'S F14372 MIAMI BEACH  FL 24427339107710054452100 | -8.50 |
| 04/19/19 | Zelle Transfer Conf# 32fca93be; Orosz, Thomas | -690.00 |
| 04/19/19 | Zelle Transfer Conf# dbb63521c; Alex B. integrator | -690.00 |
| 04/22/19 | CHECKCARD  0419 BURGERFI-SOUTHBCH MIAMI BEACH  FL 24431069110796292555814 | -15.09 |
| 04/22/19 | CHECKCARD  0420 FRITZ'S SKATE MIAMI BEACH  FL 24270099111900016000160 | -53.50 |
| 04/22/19 | WALGREENS STOR  04/21 #000317916 PURCHASE WALGREENS STORE 1  MIAMI BEACH   FL | -6.28 |
| 04/22/19 | CVS/PHARMACY #  04/21 #000804007 PURCHASE CVS/PHARMACY #05    Miami           FL | -4.26 |
| 04/23/19 | CHECKCARD  0421 DORAKU SUSHI MIAMI BEACH  FL 24013399112002935296931 | -30.80 |
| 04/23/19 | CHECKCARD  0421 FRITZ'S SKATE MIAMI BEACH  FL 24270099112900016100324 | -32.09 |
| 04/23/19 | Zelle Transfer Conf# 25d0b6324; Orosz, Thomas | -20.00 |
| **Total withdrawals and other subtractions** | | **-$13,656.26** |

## Service fees

| Date | Transaction description | Amount |
|---|---|---|
| 04/23/19 | Monthly Maintenance Fee | -12.00 |
| **Total service fees** | | **-$12.00** |

Note your Ending Balance already reflects the subtraction of Service Fees.

This page intentionally left blank



P.O. Box 15284
Wilmington, DE 19850

**Customer service information**

ARI B TEMAN
106 W 32ND ST 2D15
NEW YORK, NY  10001-0074

Customer service: 1.800.432.1000

TDD/TTY users only: 1.800.288.4408

En Español: 1.800.688.6086

bankofamerica.com

Bank of America, N.A.
P.O. Box 25118
Tampa, FL 33622-5118

## Your Adv Plus Banking

for February 22, 2019 to March 22, 2019

Account number: 4830 6661 5580

**ARI B TEMAN**

### Account summary

| | |
|---|---:|
| Beginning balance on February 22, 2019 | $1,892.25 |
| Deposits and other additions | 4,271.86 |
| Withdrawals and other subtractions | -5,431.74 |
| Checks | -0.00 |
| Service fees | -12.00 |
| **Ending balance on March 22, 2019** | **$720.37** |

---

Our Mobile Banking app[1] and Online Banking are both certified by J.D. Power[2] for providing

*"An Outstanding Customer Experience."*

Download the app today from your app store or visit **bankofamerica.com**.

[1] Mobile Banking requires that you download the Mobile Banking app and is only available for select mobile devices. Message and data rates may apply.
[2] J.D. Power 2019 Mobile App Certification Program℠ and 2019 Website Certification Program℠ recognition is based on successful completion of an audit and exceeding a customer experience benchmark through a survey of recent servicing interactions. For more information, visit jdpower.com/awards.

SSM-11-18-0529.C | ARFVGMFT

SDNY_000910

# IMPORTANT INFORMATION:
## BANK DEPOSIT ACCOUNTS

How to Contact Us - You may call us at the telephone number listed on the front of this statement.

Updating your contact information - We encourage you to keep your contact information up-to-date. This includes address, email and phone number. If your information has changed, the easiest way to update it is by visiting the Help & Support tab of Online Banking.

Deposit agreement - When you opened your account, you received a deposit agreement and fee schedule and agreed that your account would be governed by the terms of these documents, as we may amend them from time to time. These documents are part of the contract for your deposit account and govern all transactions relating to your account, including all deposits and withdrawals. Copies of both the deposit agreement and fee schedule which contain the current version of the terms and conditions of your account relationship may be obtained at our financial centers.

Electronic transfers: In case of errors or questions about your electronic transfers - If you think your statement or receipt is wrong or you need more information about an electronic transfer (e.g., ATM transactions, direct deposits or withdrawals, point-of-sale transactions) on the statement or receipt, telephone or write us at the address and number listed on the front of this statement as soon as you can. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

- Tell us your name and account number.
- Describe the error or transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

For consumer accounts used primarily for personal, family or household purposes, we will investigate your complaint and will correct any error promptly. If we take more than 10 business days (10 calendar days if you are a Massachusetts customer) (20 business days if you are a new customer, for electronic transfers occurring during the first 30 days after the first deposit is made to your account) to do this, we will provisionally credit your account for the amount you think is in error, so that you will have use of the money during the time it will take to complete our investigation.

For other accounts, we investigate, and if we find we have made an error, we credit your account at the conclusion of our investigation.

Reporting other problems - You must examine your statement carefully and promptly. You are in the best position to discover errors and unauthorized transactions on your account. If you fail to notify us in writing of suspected problems or an unauthorized transaction within the time period specified in the deposit agreement (which periods are no more than 60 days after we make the statement available to you and in some cases are 30 days or less), we are not liable to you and you agree to not make a claim against us, for the problems or unauthorized transactions.

Direct deposits - If you have arranged to have direct deposits made to your account at least once every 60 days from the same person or company, you may call us to find out if the deposit was made as scheduled. You may also review your activity online or visit a financial center for information.

© 2019 Bank of America Corporation

Bank of America, N.A. Member FDIC and  Equal Housing Lender



ARI B TEMAN   |   Account # 4830 6661 5580   |   February 22, 2019 to March 22, 2019

## Deposits and other additions

| Date | Description | Amount |
|---|---|---|
| 03/04/19 | Online Banking transfer from CHK 8085 Confirmation# 1274710970 | 571.86 |
| 03/18/19 | Online Banking transfer from CHK 8085 Confirmation# 2292944266 | 1,900.00 |
| 03/22/19 | Online Banking transfer from CHK 8085 Confirmation# 5326952341 | 1,800.00 |
| **Total deposits and other additions** | | **$4,271.86** |

## Withdrawals and other subtractions

| Date | Description | Amount |
|---|---|---|
| 02/22/19 | Zelle Transfer Conf# 5e5377a33; Nachshon Engle | -390.00 |
| 02/27/19 | Zelle Transfer Conf# 12ca85128; KEVIN | -40.00 |
| 02/27/19 | Zelle Transfer Conf# 92e478f42; KEVIN | -10.00 |
| 03/04/19 | Zelle Transfer Conf# 42c727d2e; yoseff shachor | -573.86 |
| 03/05/19 | Zelle Transfer Conf# 102f47973; Nachshon Engle | -180.00 |
| 03/05/19 | Zelle Transfer Conf# 2db89b750; FRANCIS | -60.00 |
| 03/13/19 | FLATIRONFAMILYME DES:FLATIRONFA ID:FLATIRONFAMILYM  INDN:FLATIRON FAMILY MEDICA CO ID:1800948598 CCD | -50.00 |
| 03/15/19 | Zelle Transfer Conf# 5ff1fb3c9; Orosz, Thomas | -900.00 |
| 03/18/19 | Zelle Transfer Conf# fb4466f40; KEVIN | -62.50 |
| 03/19/19 | CVS/PHARMACY #  03/19 #000753159 PURCHASE CVS/PHARMACY #05    Miami          FL | -4.26 |
| 03/20/19 | CHECKCARD  0318 17 RESTAURANT . MIAMI BEACH  FL 24765799078030031070374 | -46.99 |
| 03/20/19 | CHECKCARD  0319 VENMO 855-812-4430 NY 24493989078602113370702 | -155.00 |
| 03/20/19 | CHECKCARD  0319 SQ *KETAMINE HEALTH CORAL GABLES FL 24492159078741392983081 | -500.00 |
| 03/20/19 | CHECKCARD  0319 LIME FRESH MEXICAN GRIL MIAMI BEACH  FL 24428069079001201212985 | -11.27 |
| 03/20/19 | FPL DIRECT DEBIT DES:ELEC PYMT  ID:8238015302 WEBI  INDN:ARI TEMAN              CO ID:3590247775 WEB | -90.24 |
| 03/21/19 | ZEYTUNA          03/21 #000041226 PURCHASE ZEYTUNA          NEW YORK      NY | -10.19 |

continued on the next page

Are you on track for the retirement you want?
Run the numbers at merrilledge.com/Learn.


Bank of America Corporation

Merrill Lynch is the marketing name for Merrill Lynch Wealth Management, and Merrill Edge®, both of which are made available through Merrill Lynch, Pierce, Fenner & Smith Incorporated ("MLPF&S"). Merrill Edge is available through MLPF&S, and consists of the Merrill Edge Advisory Center (investment guidance) and self-directed online investing. Merrill Lynch makes available products and services offered by MLPF&S and other subsidiaries of Bank of America Corporation ("BofA Corp").

Banking products are provided by Bank of America, N.A. and affiliated banks, Members FDIC and wholly owned subsidiaries of BofA Corp.

Investment products:

| Are Not FDIC Insured | Are Not Bank Guaranteed | May Lose Value |

SSM-11-18-0530.C | ARKLMMY8

SDNY_000912

## Withdrawals and other subtractions - continued

| Date | Description | Amount |
|---|---|---|
| 03/21/19 | Zelle Transfer Conf# 80ecc7628; Orosz, Thomas | -80.00 |
| 03/22/19 | CHECKCARD  0320 5GUYS 0459 QSR MIAMI BEACH  FL 24445009080500251104903 | -8.93 |
| 03/22/19 | CHECKCARD  0321 NY KETAMINE MEDICAL PR NEW YORK     NY 24692169081100120486085 | -375.00 |
| 03/22/19 | Zelle Transfer Conf# a4ca43e9f; Orosz, Thomas | -900.00 |
| 03/22/19 | Zelle Transfer Conf# f3121c692; Alex B. integrator | -980.00 |
| 03/22/19 | CVS/PHARMACY #  03/22 #000238684 PURCHASE CVS/PHARMACY #02   NEW YORK      NY | -3.50 |
| **Total withdrawals and other subtractions** | | **-$5,431.74** |

## Service fees

| Date | Transaction description | Amount |
|---|---|---|
| 03/22/19 | Monthly Maintenance Fee | -12.00 |
| **Total service fees** | | **-$12.00** |

*Note your Ending Balance already reflects the subtraction of Service Fees.*



P.O. Box 15284
Wilmington, DE 19850

ARI B TEMAN
106 W 32ND ST 2D15
NEW YORK, NY  10001-0074

**Customer service information**

🔊 Customer service: 1.800.432.1000

TDD/TTY users only: 1.800.288.4408

En Español: 1.800.688.6086

🖱 bankofamerica.com

✉ Bank of America, N.A.
P.O. Box 25118
Tampa, FL 33622-5118

## Your Adv Plus Banking

for January 25, 2019 to February 21, 2019

Account number: 4830 6661 5580

**ARI B TEMAN**

### Account summary

| | |
|---|---:|
| Beginning balance on January 25, 2019 | $2,177.08 |
| Deposits and other additions | 8,570.00 |
| Withdrawals and other subtractions | -8,842.83 |
| Checks | -0.00 |
| Service fees | -12.00 |
| **Ending balance on February 21, 2019** | **$1,892.25** |

SDNY_000914

PULL: B   CYCLE: 15   SPEC: E   DELIVERY: E   TYPE:   IMAGE: I   BC: NY

## IMPORTANT INFORMATION:
## BANK DEPOSIT ACCOUNTS

How to Contact Us - You may call us at the telephone number listed on the front of this statement.

Updating your contact information - We encourage you to keep your contact information up-to-date. This includes address, email and phone number. If your information has changed, the easiest way to update it is by visiting the Help & Support tab of Online Banking.

Deposit agreement - When you opened your account, you received a deposit agreement and fee schedule and agreed that your account would be governed by the terms of these documents, as we may amend them from time to time. These documents are part of the contract for your deposit account and govern all transactions relating to your account, including all deposits and withdrawals. Copies of both the deposit agreement and fee schedule which contain the current version of the terms and conditions of your account relationship may be obtained at our financial centers.

Electronic transfers: In case of errors or questions about your electronic transfers - If you think your statement or receipt is wrong or you need more information about an electronic transfer (e.g., ATM transactions, direct deposits or withdrawals, point-of-sale transactions) on the statement or receipt, telephone or write us at the address and number listed on the front of this statement as soon as you can. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

- Tell us your name and account number.
- Describe the error or transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

For consumer accounts used primarily for personal, family or household purposes, we will investigate your complaint and will correct any error promptly. If we take more than 10 business days (10 calendar days if you are a Massachusetts customer) (20 business days if you are a new customer, for electronic transfers occurring during the first 30 days after the first deposit is made to your account) to do this, we will provisionally credit your account for the amount you think is in error, so that you will have use of the money during the time it will take to complete our investigation.

For other accounts, we investigate, and if we find we have made an error, we credit your account at the conclusion of our investigation.

Reporting other problems - You must examine your statement carefully and promptly. You are in the best position to discover errors and unauthorized transactions on your account. If you fail to notify us in writing of suspected problems or an unauthorized transaction within the time period specified in the deposit agreement (which periods are no more than 60 days after we make the statement available to you and in some cases are 30 days or less), we are not liable to you and you agree to not make a claim against us, for the problems or unauthorized transactions.

Direct deposits - If you have arranged to have direct deposits made to your account at least once every 60 days from the same person or company, you may call us to find out if the deposit was made as scheduled. You may also review your activity online or visit a financial center for information.

© 2019 Bank of America Corporation

Bank of America, N.A. Member FDIC and  Equal Housing Lender

SDNY_000915



ARI B TEMAN   |   Account # 4830 6661 5580   |   January 25, 2019 to February 21, 2019

## Deposits and other additions

| Date | Description | Amount |
|---|---|---:|
| 02/13/19 | Online Banking transfer from CHK 8085 Confirmation# 3306981306 | 820.00 |
| 02/20/19 | Online Banking transfer from CHK 8085 Confirmation# 7167602125 | 6,500.00 |
| 02/20/19 | Online Banking transfer from CHK 8085 Confirmation# 5167611154 | 1,250.00 |
| **Total deposits and other additions** | | **$8,570.00** |

## Withdrawals and other subtractions

| Date | Description | Amount |
|---|---|---:|
| 01/28/19 | FPL DIRECT DEBIT DES:ELEC PYMT  ID:8238015302 WEBI  INDN:ARI TEMAN            CO ID:3590247775 WEB | -66.31 |
| 02/11/19 | Zelle Transfer Conf# fc1b275c0; MILTON | -315.00 |
| 02/11/19 | Zelle Transfer Conf# b25cc8378; MILTON | -250.00 |
| 02/11/19 | Zelle Transfer Conf# ffe83168b; Donnell. integrator | -120.00 |
| 02/13/19 | Zelle Transfer Conf# def298cb5; Yaakov Plotkin | -450.00 |
| 02/13/19 | FLATIRONFAMILYME DES:FLATIRONFA ID:FLATIRONFAMILYM  INDN:FLATIRON FAMILY MEDICA CO ID:1800948598 CCD | -50.00 |
| 02/19/19 | Zelle Transfer Conf# b047b1132; MILTON | -521.52 |
| 02/19/19 | Zelle Transfer Conf# c362777b1; Jean-Laurent, Phillip | -70.00 |
| 02/19/19 | Zelle Transfer Conf# 6f620779d; Nachshon Engle | -360.00 |
| 02/20/19 | Online Banking transfer to CHK 0351 Confirmation# 5267608415 | -6,500.00 |
| 02/20/19 | Zelle Transfer Conf# a0a7dbfec; Jean-Laurent, Phillip | -140.00 |
| **Total withdrawals and other subtractions** | | **-$8,842.83** |

SDNY_000916

Page 3 of 4

ARI B TEMAN   |   Account # 4830 6661 5580   |   January 25, 2019 to February 21, 2019

## Service fees

| Date | Transaction description | Amount |
|---|---|---|
| 02/21/19 | Monthly Maintenance Fee | -12.00 |
| **Total service fees** | | **-$12.00** |

*Note your Ending Balance already reflects the subtraction of Service Fees.*

SDNY_000917