Case 1:19-cr-00696-PAE   Document 128-9   Filed 05/01/20   Page 1 of 3



SENSITIVE

GOVERNMENT EXHIBIT 110
19 Cr. 696 (PAE)

SDNY_000016



SENSITIVE

SDNY_000017



04/19/2019 14:39:18.45
WU ATM IFLN2018 IP
Surveillance
LINCOLN-ROAD-108175

The images contained in this transmission were generated for the internal use of Bank of America and are being shared with law enforcement solely for use by law enforcement. Written consent must be obtained from Bank of America prior to sharing an image with a third party. Bank of America makes no representation or warranty of any kind with respect to any photograph, film, videotape or digital image and specifically disclaims liability to any person or entity for all damages, losses, claims, or expenses (including attorney's fees) arising from the furnishing or subsequent use, distribution or publication of any photograph, film, videotape or digital image provided to law enforcement by Bank of America. Any use or further distribution of this photograph, film, videotape or digital image by any party not employed directly by Bank of America is the sole responsibility of the user/distributor. Bank of America will only certify or attest to records or images provided under valid legal process.

SENSITIVE

SDNY_000018