Data Start Date: 11/8/2018   Data End Date: 1/7/2020

Account No: 483067038085   Check No:   Region: ALL   [Submit]

Previous Next

| Report Date | Dollar Amount | Reason | Check Seq (Model, NE Only) | Deposit Seq (Model, NE Only) | Deposit Date | Region | Deposit Acct (Model, NE Only) | Check No (NE Only) | Micr Acct (NE Only) |
|---|---|---|---|---|---|---|---|---|---|
| 05/07/2019 | $5,000.00 | RCC WARRANTY BREACH | 002035062195 | 004752100732 | 04/19/2019 | NorthEast | 483067038085 | 41905 | 782121672 |
| 05/07/2019 | $5,000.00 | RCC WARRANTY BREACH | 002035062199 | 004752100744 | 04/19/2019 | NorthEast | 483067038085 | 41920 | 833579100 |
| 05/07/2019 | $5,000.00 | RCC WARRANTY BREACH | 002035062200 | 004752100746 | 04/19/2019 | NorthEast | 483067038085 | 41914 | 833579100 |
| 05/07/2019 | $5,000.00 | RCC WARRANTY BREACH | 002035062201 | 004752100748 | 04/19/2019 | NorthEast | 483067038085 | 41908 | 833579100 |
| 05/07/2019 | $5,000.00 | RCC WARRANTY BREACH | 002035062208 | 004752100733 | 04/19/2019 | NorthEast | 483067038085 | 41902 | 782121672 |
| 05/07/2019 | $5,000.00 | RCC WARRANTY BREACH | 002035062216 | 004752100747 | 04/19/2019 | NorthEast | 483067038085 | 41911 | 833579100 |
| 05/07/2019 | $5,000.00 | RCC WARRANTY BREACH | 002035062217 | 004752100743 | 04/19/2019 | NorthEast | 483067038085 | 41923 | 833579100 |
| 05/07/2019 | $5,000.00 | RCC WARRANTY BREACH | 002035062218 | 004752100745 | 04/19/2019 | NorthEast | 483067038085 | 41917 | 833579100 |
| 05/07/2019 | $10,000.00 | RCC WARRANTY BREACH | 002035062197 | 004752100736 | 04/19/2019 | NorthEast | 483067038085 | 41903 | 782121672 |
| 05/07/2019 | $10,000.00 | RCC WARRANTY BREACH | 002035062202 | 004752100752 | 04/19/2019 | NorthEast | 483067038085 | 41915 | 833579100 |
| 05/07/2019 | $10,000.00 | RCC WARRANTY BREACH | 002035062203 | 004752100753 | 04/19/2019 | NorthEast | 483067038085 | 41912 | 833579100 |
| 05/07/2019 | $10,000.00 | RCC WARRANTY BREACH | 002035062204 | 004752100754 | 04/19/2019 | NorthEast | 483067038085 | 41909 | 833579100 |
| 05/07/2019 | $10,000.00 | RCC WARRANTY BREACH | 002035062207 | 004752100731 | 04/19/2019 | NorthEast | 483067038085 | 41906 | 782121672 |
| 05/07/2019 | $10,000.00 | RCC WARRANTY BREACH | 002035062213 | 004752100751 | 04/19/2019 | NorthEast | 483067038085 | 41918 | 833579100 |
| 05/07/2019 | $10,000.00 | RCC WARRANTY BREACH | 002035062214 | 004752100750 | 04/19/2019 | NorthEast | 483067038085 | 41921 | 833579100 |
| 05/07/2019 | $10,000.00 | RCC WARRANTY BREACH | 002035062215 | 004752100749 | 04/19/2019 | NorthEast | 483067038085 | 41924 | 833579100 |
| 05/07/2019 | $18,000.00 | RCC WARRANTY BREACH | 002035062196 | 004752100735 | 04/19/2019 | NorthEast | 483067038085 | 41901 | 782121672 |
| 05/07/2019 | $18,000.00 | RCC WARRANTY BREACH | 002035062198 | 004752100741 | 04/19/2019 | NorthEast | 483067038085 | 41910 | 833579100 |
| 05/07/2019 | $18,000.00 | RCC WARRANTY BREACH | 002035062205 | 004752100742 | 04/19/2019 | NorthEast | 483067038085 | 41907 | 833579100 |
| 05/07/2019 | $18,000.00 | RCC WARRANTY BREACH | 002035062206 | 004752100734 | 04/19/2019 | NorthEast | 483067038085 | 41904 | 782121672 |

GOVERNMENT EXHIBIT 114
19 Cr. 696 (PAE)

SDNY_000950

Previous Next

| Report Date | Dollar Amount | Reason | Check Seq (Model, NE Only) | Deposit Seq (Model, NE Only) | Deposit Date | Region | Deposit Acct (Model, NE Only) | Check No (NE Only) | Micr Acct (NE Only) |
|---|---|---|---|---|---|---|---|---|---|
| 05/07/2019 | $18,000.00 | RCC WARRANTY BREACH | 002035062209 | 004752100738 | 04/19/2019 | NorthEast | 483067038085 | 41913 | 833579100 |
| 05/07/2019 | $18,000.00 | RCC WARRANTY BREACH | 002035062210 | 004752100738 | 04/19/2019 | NorthEast | 483067038085 | 41919 | 833579100 |
| 05/07/2019 | $18,000.00 | RCC WARRANTY BREACH | 002035062211 | 000000000000 | | NorthEast | 483067038085 | 41922 | 833579100 |
| 05/07/2019 | $18,000.00 | RCC WARRANTY BREACH | 002035062212 | 004752100739 | 04/19/2019 | NorthEast | 483067038085 | 41916 | 833579100 |
| 04/24/2019 | $5,000.00 | COUNTERFEIT CHECK | 002035045680 | 004752100730 | 04/19/2019 | NorthEast | 483067038085 | 141903 | 1503226525 |
| 04/24/2019 | $10,000.00 | COUNTERFEIT CHECK | 002035045681 | 004752100728 | 04/19/2019 | NorthEast | 483067038085 | 141902 | 1503226525 |
| 04/24/2019 | $18,000.00 | COUNTERFEIT CHECK | 002035045679 | 004752100729 | 04/19/2019 | NorthEast | 483067038085 | 141901 | 1503226525 |
| 04/02/2019 | $18,000.00 | INSUFFICIENT FUNDS | 002033026321 | 007852069719 | 03/28/2019 | NorthEast | 483067038085 | 1 | 1502968293 |
| 04/02/2019 | $18,000.00 | COUNTERFEIT CHECK | 002033026329 | 007852086051 | 03/28/2019 | NorthEast | 483067038085 | 1 | 1503226525 |

SDNY_000951