



JPMorgan Chase Bank, N.A.
P O Box 182051
Columbus, OH 43218 - 2051

March 30, 2019 through April 30, 2019
Account Number: **000000833579100**

### CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | www.Chase.com |
| Service Center: | 1-877-425-8100 |
| Deaf and Hard of Hearing: | 1-800-242-7383 |
| Para Espanol: | 1-888-622-4273 |
| International Calls: | 1-713-262-1679 |

00031827 DRE 802 219 12319 NNNNNNNNNN   1 000000000 D2 0000
ABJ LENOX, LLC
1652 PARK AVE STE LL
NEW YORK NY 10035-4643

## CHECKING SUMMARY     Chase Platinum Business Checking

| | INSTANCES | AMOUNT |
|---|---|---|
| **Beginning Balance** | | **$260,484.85** |
| Deposits and Additions | 26 | 140,941.86 |
| Checks Paid | 36 | -264,077.34 |
| Electronic Withdrawals | 8 | -90,389.64 |
| **Ending Balance** | 70 | **$46,959.73** |

Your Chase Platinum Business Checking account provides:
- No transaction fees for unlimited electronic deposits (including ACH, ATM, wire, Chase Quick Deposit)
- 500 debits and non-electronic deposits (those made via check or cash in branches) per statement cycle
- $25,000 in cash deposits per statement cycle
- Unlimited return deposited items with no fee

There are additional fee waivers and benefits associated with your account – please refer to your Deposit Account Agreement for more information.

## DEPOSITS AND ADDITIONS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 04/01 | Abj Properties,  Settlement 000005682627993 CCD ID: 9000337317 | $10,807.78 |
| 04/01 | Santander US Bos (617)514   1777602.22      CCD ID: D231237295 | 7,963.65 |
| 04/02 | Abj Properties,  Settlement 000005698741773 CCD ID: 9000337317 | 20,907.42 |
| 04/03 | Abj Properties,  Settlement 000005721697689 CCD ID: 9000337317 | 15,201.93 |
| 04/04 | Abj Properties,  Settlement 000005734506589 CCD ID: 9000337317 | 1,700.00 |
| 04/04 | Appfolio Inc    8666481536            PPD ID: 3260359894 | 250.00 |
| 04/05 | Remote Online Deposit           12 | 13,251.06 |
| 04/05 | Deposit      1851779926 | 10,000.00 |
| 04/05 | Appfolio Inc    8666481536            PPD ID: 3260359894 | 1,360.00 |
| 04/05 | Abj Properties,  Settlement 000005744059725 CCD ID: 9000337317 | 859.45 |
| 04/08 | Abj Properties,  Settlement 000005751793985 CCD ID: 9000337317 | 7,109.81 |
| 04/08 | Appfolio Inc    8666481536            PPD ID: 3260359894 | 1,368.71 |
| 04/09 | Remote Online Deposit           75 | 1,178.89 |
| 04/09 | Abj Properties,  Settlement 000005765022585 CCD ID: 9000337317 | 16.00 |
| 04/10 | Remote Online Deposit           12 | 10,609.00 |
| 04/10 | Abj Properties,  Settlement 000005772773493 CCD ID: 9000337317 | 5,788.33 |
| 04/12 | Abj Properties,  Settlement 000005784276441 CCD ID: 9000337317 | 1,469.59 |



GOVERNMENT EXHIBIT 122
19 Cr. 696 (PAE)

Case 1:19-cr-00696-PAE   Document 128-14   Filed 05/01/20   Page 2 of 8



March 30, 2019 through April 30, 2019

Account Number: 000000833579100

## DEPOSITS AND ADDITIONS *(continued)*

| DATE | DESCRIPTION | AMOUNT |
|---|---|---:|
| 04/17 | Deposit     1830535473 | 1,212.00 |
| 04/18 | Remote Online Deposit        12 | 12,187.98 |
| 04/18 | Remote Online Deposit        12 | 780.00 |
| 04/18 | Abj Properties,  Settlement 000005813462205 CCD ID: 9000337317 | 614.00 |
| 04/25 | Remote Online Deposit        12 | 4,735.85 |
| 04/25 | Abj Properties,  Settlement 000005837796769 CCD ID: 9000337317 | 1,504.50 |
| 04/26 | Abj Properties,  Settlement 000005842263921 CCD ID: 9000337317 | 1,034.45 |
| 04/29 | Abj Properties,  Settlement 000005847181117 CCD ID: 9000337317 | 1,375.00 |
| 04/30 | Abj Properties,  Settlement 000005853054741 CCD ID: 9000337317 | 7,656.46 |
| **Total Deposits and Additions** | | **$140,941.86** |

## CHECKS PAID

| CHECK NO. | DESCRIPTION | DATE PAID | AMOUNT |
|---|---|---|---:|
| 1548 ^ | | 04/09 | $157.86 |
| 1559 * ^ | | 04/16 | 146.85 |
| 1560 ^ | | 04/05 | 2,200.00 |
| 1568 * ^ | | 04/02 | 602.00 |
| 1569 ^ | | 04/09 | 108.87 |
| 1570 ^ | | 04/03 | 5,720.00 |
| 1572 * ^ | | 04/09 | 2,175.00 |
| 1574 * ^ | | 04/11 | 9,500.00 |
| 1575 ^ | | 04/22 | 5,192.17 |
| 1576 ^ | | 04/16 | 1,736.56 |
| 1577 ^ | | 04/17 | 50.00 |
| 1578 ^ | | 04/17 | 50.00 |
| 1579 ^ | | 04/16 | 299.22 |
| 1580 ^ | | 04/15 | 15,600.00 |
| 1581 ^ | | 04/15 | 18,400.00 |
| 1582 ^ | | 04/19 | 150.00 |
| 1583 ^ | | 04/24 | 807.00 |
| 1588 * ^ | | 04/30 | 3,181.81 |
| 41907 * ^ | | 04/19 | 18,000.00 |
| 41908 ^ | | 04/19 | 5,000.00 |
| 41909 ^ | | 04/19 | 10,000.00 |
| 41910 ^ | | 04/19 | 18,000.00 |
| 41911 ^ | | 04/19 | 5,000.00 |
| 41912 ^ | | 04/19 | 10,000.00 |
| 41913 ^ | | 04/19 | 18,000.00 |
| 41914 ^ | | 04/19 | 5,000.00 |
| 41915 ^ | | 04/19 | 10,000.00 |
| 41916 ^ | | 04/19 | 18,000.00 |
| 41917 ^ | | 04/19 | 5,000.00 |
| 41918 ^ | | 04/19 | 10,000.00 |



March 30, 2019 through April 30, 2019
Account Number: 000000833579100

## CHECKS PAID *(continued)*

| CHECK NO. | DESCRIPTION | DATE PAID | AMOUNT |
|---|---|---|---|
| 41919 ^ | | 04/19 | 18,000.00 |
| 41920 ^ | | 04/19 | 5,000.00 |
| 41921 ^ | | 04/19 | 10,000.00 |
| 41922 ^ | | 04/19 | 18,000.00 |
| 41923 ^ | | 04/19 | 5,000.00 |
| 41924 ^ | | 04/19 | 10,000.00 |
| **Total Checks Paid** | | | **$264,077.34** |

If you see a description in the Checks Paid section, it means that we received only electronic information about the check, not the original or an image of the check. As a result, we're not able to return the check to you or show you an image.

\* All of your recent checks may not be on this statement, either because they haven't cleared yet or they were listed on one of your previous statements.

^ An image of this check may be available for you to view on Chase.com.



## ELECTRONIC WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 04/01 | Abj Properties,   Settlement 000005690701921 CCD ID: 9000286874 | $17,699.54 |
| 04/04 | Abj Properties,   Return     000005733119169 CCD ID: 9000337317 | 1,000.00 |
| 04/10 | San Cre Loan     Payment          PPD ID: 1111350490 | 63,365.26 |
| 04/11 | Abj Properties,   Settlement 000005783651073 CCD ID: 9000286874 | 6,341.54 |
| 04/16 | Nyc Dept of Fin  Nycdof Ptx C     77996409 CCD ID: 1136400434 | 993.56 |
| 04/16 | Nyc Dept of Fin  Nycdof Ptx C     77995873 CCD ID: 1136400434 | 527.35 |
| 04/16 | Nyc Dept of Fin  Nycdof Ptx C     77996039 CCD ID: 1136400434 | 431.46 |
| 04/17 | Abj Properties,   Settlement 000005808858025 CCD ID: 9000286874 | 30.93 |
| **Total Electronic Withdrawals** | | **$90,389.64** |

## DAILY ENDING BALANCE

| DATE | AMOUNT | DATE | AMOUNT | DATE | AMOUNT |
|---|---|---|---|---|---|
| 04/01 | $261,556.74 | 04/10 | 275,828.35 | 04/19 | 39,834.45 |
| 04/02 | 281,862.16 | 04/11 | 259,986.81 | 04/22 | 34,642.28 |
| 04/03 | 291,344.09 | 04/12 | 261,456.40 | 04/24 | 33,835.28 |
| 04/04 | 292,294.09 | 04/15 | 227,456.40 | 04/25 | 40,075.63 |
| 04/05 | 315,564.60 | 04/16 | 223,321.40 | 04/26 | 41,110.08 |
| 04/08 | 324,043.12 | 04/17 | 224,402.47 | 04/29 | 42,485.08 |
| 04/09 | 322,796.28 | 04/18 | 237,984.45 | 04/30 | 46,959.73 |

## SERVICE CHARGE SUMMARY

| | |
|---|---|
| Monthly Service Fee | $0.00 |
| Other Service Charges | $0.00 |
| **Total Service Charges** | **$0.00** |

Page 3 of 4



March 30, 2019 through April 30, 2019
Account Number: 000000833579100

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:** Call us at 1-866-564-2262 or write us at the address on the front of this statement (non-personal accounts contact Customer Service) immediately if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.
For personal accounts only: We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared. Be prepared to give us the following information:
- Your name and account number
- The dollar amount of the suspected error
- A description of the error or transfer you are unsure of, why you believe it is an error, or why you need more information.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC TRANSACTIONS:** Contact the bank immediately if your statement is incorrect or if you need more information about any non-electronic transactions (checks or deposits) on this statement. If any such error appears, you must notify the bank in writing no later than 30 days after the statement was made available to you. For more complete details, see the Account Rules and Regulations or other applicable account agreement that governs your account. Deposit products and services are offered by JPMorgan Chase Bank, N.A. Member FDIC

 JPMorgan Chase Bank, N.A. Member FDIC



JPMorgan Chase Bank, N.A.
P O Box 182051
Columbus, OH 43218 - 2051

May 01, 2019 through May 31, 2019
Account Number: **000000833579100**

### CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | www.Chase.com |
| Service Center: | 1-877-425-8100 |
| Deaf and Hard of Hearing: | 1-800-242-7383 |
| Para Espanol: | 1-888-622-4273 |
| International Calls: | 1-713-262-1679 |



00034536 DRE 802 219 15619 NNNNNNNNNN   1 000000000 D2 0000
ABJ LENOX, LLC
1652 PARK AVE STE LL
NEW YORK NY 10035-4643

## CHECKING SUMMARY
Chase Platinum Business Checking

| | INSTANCES | AMOUNT |
|---|---|---|
| **Beginning Balance** | | **$46,959.73** |
| Deposits and Additions | 21 | 223,988.06 |
| Checks Paid | 1 | -198.75 |
| Electronic Withdrawals | 1 | -13,504.39 |
| Other Withdrawals | 2 | -257,244.65 |
| **Ending Balance** | **25** | **$0.00** |

Your Chase Platinum Business Checking account provides:
• No transaction fees for unlimited electronic deposits (including ACH, ATM, wire, Chase Quick Deposit)
• 500 debits and non-electronic deposits (those made via check or cash in branches) per statement cycle
• $25,000 in cash deposits per statement cycle
• Unlimited return deposited items with no fee

There are additional fee waivers and benefits associated with your account – please refer to your Deposit Account Agreement for more information.

## DEPOSITS AND ADDITIONS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 05/01 | Santander US Bos (617)514   1784803.22     CCD ID: D231237295 | $7,791.50 |
| 05/01 | Abj Properties,   Settlement 000005862970985 CCD ID: 9000337317 | 7,006.19 |
| 05/03 | Orig CO Name:Abj Properties,     Orig ID:9000337317 Desc Date:050219 CO Entry Descr:Settlementsec:CCD    Trace#:081503508077955 Eed:190502   Ind ID:000005879580057         Ind Name:Abj Properties, Inc. Trn: 1228077955Tc | 11,190.37 |
| 05/06 | Reversal | 18,000.00 |
| 05/06 | Reversal | 18,000.00 |
| 05/06 | Reversal | 18,000.00 |
| 05/06 | Reversal | 18,000.00 |
| 05/06 | Reversal | 18,000.00 |
| 05/06 | Reversal | 18,000.00 |
| 05/06 | Reversal | 10,000.00 |
| 05/06 | Reversal | 10,000.00 |
| 05/06 | Reversal | 10,000.00 |
| 05/06 | Reversal | 10,000.00 |
| 05/06 | Reversal | 10,000.00 |
| 05/06 | Reversal | 10,000.00 |

Page 1 of 4



May 01, 2019 through May 31, 2019
Account Number:   000000833579100

## DEPOSITS AND ADDITIONS  *(continued)*

| DATE | DESCRIPTION | AMOUNT |
|---|---|---:|
| 05/06 | Reversal | 5,000.00 |
| 05/06 | Reversal | 5,000.00 |
| 05/06 | Reversal | 5,000.00 |
| 05/06 | Reversal | 5,000.00 |
| 05/06 | Reversal | 5,000.00 |
| 05/06 | Reversal | 5,000.00 |
| **Total Deposits and Additions** | | **$223,988.06** |

## CHECKS PAID

| CHECK NO. | DESCRIPTION | DATE PAID | AMOUNT |
|---|---|---|---:|
| 1573 ^ | | 05/01 | $198.75 |
| **Total Checks Paid** | | | **$198.75** |

If you see a description in the Checks Paid section, it means that we received only electronic information about the check, not the original or an image of the check. As a result, we're not able to return the check to you or show you an image.
^ An image of this check may be available for you to view on Chase.com.

## ELECTRONIC WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---:|
| 05/01 | Abj Properties,  Settlement 000005871761865 CCD ID: 9000286874 | $13,504.39 |
| **Total Electronic Withdrawals** | | **$13,504.39** |

## OTHER WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---:|
| 05/02 | 05/02 Withdrawal | $59,244.65 |
| 05/07 | 05/07 Withdrawal | 198,000.00 |
| **Total Other Withdrawals** | | **$257,244.65** |

## DAILY ENDING BALANCE

| DATE | AMOUNT |
|---|---:|
| 05/01 | $48,054.28 |
| 05/02 | -11,190.37 |
| 05/03 | 0.00 |
| 05/06 | 198,000.00 |
| 05/07 | 0.00 |

## SERVICE CHARGE SUMMARY

| | |
|---|---:|
| Monthly Service Fee | $0.00 |
| Other Service Charges | $0.00 |
| **Total Service Charges** | **$0.00** |

Page 2 of 4



May 01, 2019 through May 31, 2019

Account Number: 000000833579100



**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:** Call us at 1-866-564-2262 or write us at the address on the front of this statement (non-personal accounts contact Customer Service) immediately if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.
For personal accounts only: We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared. Be prepared to give us the following information:
- Your name and account number
- The dollar amount of the suspected error
- A description of the error or transfer you are unsure of, why you believe it is an error, or why you need more information.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC TRANSACTIONS:** Contact the bank immediately if your statement is incorrect or if you need more information about any non-electronic transactions (checks or deposits) on this statement. If any such error appears, you must notify the bank in writing no later than 30 days after the statement was made available to you. For more complete details, see the Account Rules and Regulations or other applicable account agreement that governs your account. Deposit products and services are offered by JPMorgan Chase Bank, N.A. Member FDIC

 JPMorgan Chase Bank, N.A. Member FDIC

Page 3 of 4



May 01, 2019 through May 31, 2019
Account Number: **000000833579100**

This Page Intentionally Left Blank

Page 4 of 4