# CHASE

## Business Signature Card

**ACCOUNT TITLE ("DEPOSITOR")**
ABJ MILANO, LLC

**BUSINESS ADDRESS**
347 PLEASANT AVE APT 1A

NEW YORK, NY 10035-4370

**ACCOUNT NUMBER** 782121672
**ACCOUNT TYPE** Chase Total Business Checking
**TAXPAYER ID NUMBER** 47-5534975
**DATE OPENED** 11/16/2015
**FORM OF BUSINESS** Limited Liability Company - Member Managed (LLC)
**ISSUED BY** JPMorgan Chase Bank, N.A ( 802 )
Yellowstone Blvd - 922
LARISA GAVRIELOV
(718) 459-4572
11/16/2015

| PRIMARY ID TYPE | PRIMARY ID NUMBER | ISSUER | ISSUANCE DATE | EXPIRATION DATE |
|---|---|---|---|---|
| Website Documentation | 4843417 | NY | 11/02/2015 | |

| SECONDARY ID TYPE | SECONDARY ID NUMBER | ISSUER | ISSUANCE DATE | EXPIRATION DATE |
|---|---|---|---|---|
| None | | | | |

**ACKNOWLEDGEMENT** - By signing this Signature Card, the Depositor applies to open a deposit account at JPMorgan Chase Bank, N.A. (the "Bank"). The Depositor represents and warrants that (i) the signatures appearing below are genuine or facsimile signatures of the person(s) authorized to transact business and (ii) all necessary actions or formalities, where necessary, have been taken to authorize the named person(s) to so act. The Bank is entitled to rely on the authority of the named person(s) until written revocation of such authority is received by the Bank. The Depositor certifies that the information provided to the Bank is true to the best of its knowledge and authorizes the Bank, at its discretion, to obtain credit reports on the Depositor. The Depositor acknowledges receipt of the Bank's Deposit Account Agreement or other applicable account agreement, which include all provisions that apply to this deposit account, and other agreements and service terms for account analysis and other treasury management services if applicable, and agree to be bound by the terms and conditions contained therein as amended from time to time.

** When you give us your mobile phone number, we have your permission to contact you at that number about all your Chase or J.P. Morgan accounts. Your consent allows us to use text messaging, artificial or prerecorded voice messages and automatic dialing technology for informational and account service calls, but not for telemarketing or sales calls. It may include contact from companies working on our behalf to service your accounts. Message and data rates may apply. You may contact us anytime to change these preferences.

| | PRINTED NAME | **TELEPHONE NUMBER | TAXPAYER ID # | TITLE | DATE | SIGNATURE |
|---|---|---|---|---|---|---|
| 1) | JOSEPH SOLEIMANI | **(516) 509-9674 | | Member | 11/19/15 | |
| 2) | BENJAMIN SOLEIMANI | **(516) 659-6250 | | Member | 11/19/15 | |
| 3) | | | | | | |
| 4) | | | | | | |

Page 1 of 1

M1267-01-13-CS (3/14 V3)



SB1087342-F1

**GOVERNMENT EXHIBIT**
**123**
19 Cr. 696 (PAE)

9

SENSITIVE

SDNY_000196