

| | |
|---|---|
| JPMorgan Chase Bank, N.A. | March 30, 2019 through April 30, 2019 |
| P O Box 182051 | Account Number: **000000782121672** |
| Columbus, OH 43218 - 2051 | |

**CUSTOMER SERVICE INFORMATION**

| | |
|---|---|
| Web site: | www.Chase.com |
| Service Center: | 1-877-425-8100 |
| Deaf and Hard of Hearing: | 1-800-242-7383 |
| Para Espanol: | 1-888-622-4273 |
| International Calls: | 1-713-262-1679 |

00027734 DRE 802 219 12319 NNNNNNNNNN  1 000000000 D2 0000

ABJ MILANO, LLC
1652 PARK AVE STE LL
NEW YORK NY 10035-4643



## CHECKING SUMMARY   Chase Platinum Business Checking

| | INSTANCES | AMOUNT |
|---|---|---|
| **Beginning Balance** | | $292,435.14 |
| Deposits and Additions | 25 | 163,521.17 |
| Checks Paid | 30 | -141,681.83 |
| Electronic Withdrawals | 4 | -91,483.70 |
| Other Withdrawals | 1 | -1,860.00 |
| **Ending Balance** | **60** | **$220,930.78** |

Your Chase Platinum Business Checking account provides:
- No transaction fees for unlimited electronic deposits (including ACH, ATM, wire, Chase Quick Deposit)
- 500 debits and non-electronic deposits (those made via check or cash in branches) per statement cycle
- $25,000 in cash deposits per statement cycle
- Unlimited return deposited items with no fee

There are additional fee waivers and benefits associated with your account – please refer to your Deposit Account Agreement for more information.

## DEPOSITS AND ADDITIONS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 04/01 | Abj Properties,   Settlement 000005682628017 CCD ID: 9000337317 | $6,211.62 |
| 04/02 | Abj Properties,   Settlement 000005698741817 CCD ID: 9000337317 | 29,078.45 |
| 04/03 | Abj Properties,   Settlement 000005721268741 CCD ID: 9000337317 | 14,151.50 |
| 04/04 | Abj Properties,   Settlement 000005731691381 CCD ID: 9000337317 | 7,414.89 |
| 04/05 | Remote Online Deposit           13 | 15,436.63 |
| 04/05 | Deposit       1830535470 | 1,025.05 |
| 04/05 | Abj Properties,   Settlement 000005742600261 CCD ID: 9000337317 | 2,947.71 |
| 04/08 | Abj Properties,   Settlement 000005752466609 CCD ID: 9000337317 | 4,246.50 |
| 04/09 | Remote Online Deposit           78 | 2,084.92 |
| 04/09 | Abj Properties,   Settlement 000005761663805 CCD ID: 9000337317 | 3,255.08 |
| 04/09 | Appfolio Inc     8666481536             PPD ID: 3260359894 | 1,008.75 |
| 04/10 | Remote Online Deposit           13 | 12,000.00 |
| 04/10 | Abj Properties,   Settlement 000005777354133 CCD ID: 9000337317 | 100.00 |
| 04/11 | Abj Properties,   Settlement 000005778420761 CCD ID: 9000337317 | 992.80 |
| 04/16 | Abj Properties,   Settlement 000005795246957 CCD ID: 9000337317 | 993.00 |
| 04/18 | Remote Online Deposit           13 | 27,671.31 |

Page 1 of 4



GOVERNMENT EXHIBIT 124
19 Cr. 696 (PAE)



March 30, 2019 through April 30, 2019

Account Number: 000000782121672

## DEPOSITS AND ADDITIONS *(continued)*

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 04/18 | Deposit   1830535476 | 2,785.00 |
| 04/19 | Abj Properties,  Settlement 000005813839865 CCD ID: 9000337317 | 1,788.00 |
| 04/23 | Abj Properties,  Settlement 000005823704813 CCD ID: 9000337317 | 1,150.00 |
| 04/25 | Remote Online Deposit   13 | 14,815.46 |
| 04/25 | Abj Properties,  Settlement 000005837464937 CCD ID: 9000337317 | 4,550.00 |
| 04/26 | Abj Properties,  Settlement 000005840890149 CCD ID: 9000337317 | 1,961.89 |
| 04/29 | Abj Properties,  Settlement 000005846138001 CCD ID: 9000337317 | 1,405.54 |
| 04/29 | The City of New  Payments   201904253678234    ID: 7136400434 | 1,301.99 |
| 04/30 | Abj Properties,  Settlement 000005853054825 CCD ID: 9000337317 | 5,145.08 |
| **Total Deposits and Additions** | | **$163,521.17** |

## CHECKS PAID

| CHECK NO. | DESCRIPTION | DATE PAID | AMOUNT |
|---|---|---|---|
| 1619   ^ | | 04/09 | $288.50 |
| 1630   * ^ | | 04/16 | 92.49 |
| 1642   * ^ | | 04/02 | 1,653.00 |
| 1643   ^ | | 04/09 | 8,200.11 |
| 1646   * ^ | | 04/04 | 300.65 |
| 1648   * ^ | | 04/12 | 612.01 |
| 1650   * ^ | | 04/02 | 1,000.00 |
| 1651   ^ | | 04/02 | 4,500.00 |
| 1652   ^ | | 04/04 | 33.00 |
| 1653   ^ | | 04/09 | 310.28 |
| 1654   ^ | | 04/08 | 23.52 |
| 1655   ^ | | 04/05 | 1,300.00 |
| 1658   * ^ | | 04/23 | 163.31 |
| 1659   ^ | | 04/11 | 13,500.00 |
| 1660   ^ | | 04/11 | 10,500.00 |
| 1661   ^ | | 04/11 | 9,500.00 |
| 1662   ^ | | 04/15 | 934.14 |
| 1663   ^ | | 04/15 | 1,000.00 |
| 1664   ^ | | 04/22 | 1,197.65 |
| 1665   ^ | | 04/16 | 612.28 |
| 1666   ^ | | 04/15 | 15,200.00 |
| 1668   * ^ | | 04/23 | 1,904.25 |
| 1669   ^ | | 04/24 | 546.00 |
| 1676   * ^ | | 04/30 | 2,310.64 |
| 41901   * ^ | | 04/19 | 18,000.00 |
| 41902   ^ | | 04/19 | 5,000.00 |
| 41903   ^ | | 04/19 | 10,000.00 |
| 41904   ^ | | 04/19 | 18,000.00 |
| 41905   ^ | | 04/19 | 5,000.00 |
| 41906   ^ | | 04/19 | 10,000.00 |
| **Total Checks Paid** | | | **$141,681.83** |

If you see a description in the Checks Paid section, it means that we received only electronic information about the check, not the original or an image of the check. As a result, we're not able to return the check to you or show you an image.

* All of your recent checks may not be on this statement, either because they haven't cleared yet or they were listed on one of your previous statements.

^ An image of this check may be available for you to view on Chase.com.



March 30, 2019 through April 30, 2019

Account Number: 000000782121672

## ELECTRONIC WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 04/01 | Abj Properties,  Settlement 000005690702037 CCD ID: 9000286874 | $46,114.81 |
| 04/05 | 04/05 Online Transfer 8104507670 To Milano - Customers ###3778 Transaction #: 8104507670 | 37,340.37 |
| 04/11 | Abj Properties,  Settlement 000005783651137 CCD ID: 9000286874 | 7,982.40 |
| 04/17 | Abj Properties,  Settlement 000005808858209 CCD ID: 9000286874 | 46.12 |
| **Total Electronic Withdrawals** | | **$91,483.70** |

## OTHER WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 04/29 | Deposited Item Returned     Frozen/Blocked 099007057           # of Items00001Ck#:0000001003                         Dep Amt0001481546     Dep Date042519Ck Amt0000186000 | $1,860.00 |
| **Total Other Withdrawals** | | **$1,860.00** |



## DAILY ENDING BALANCE

| DATE | AMOUNT | DATE | AMOUNT | DATE | AMOUNT |
|---|---|---|---|---|---|
| 04/01 | $252,531.95 | 04/11 | 249,842.40 | 04/22 | 197,385.02 |
| 04/02 | 274,457.40 | 04/12 | 249,230.39 | 04/23 | 196,467.46 |
| 04/03 | 288,608.90 | 04/15 | 232,096.25 | 04/24 | 195,921.46 |
| 04/04 | 295,690.14 | 04/16 | 232,384.48 | 04/25 | 215,286.92 |
| 04/05 | 276,459.16 | 04/17 | 232,338.36 | 04/26 | 217,248.81 |
| 04/08 | 280,682.14 | 04/18 | 262,794.67 | 04/29 | 218,096.34 |
| 04/09 | 278,232.00 | 04/19 | 198,582.67 | 04/30 | 220,930.78 |
| 04/10 | 290,332.00 | | | | |

## SERVICE CHARGE SUMMARY

| | |
|---|---|
| Monthly Service Fee | $0.00 |
| Other Service Charges | $0.00 |
| **Total Service Charges** | **$0.00** |

The monthly service fee was waived on your Chase Platinum Business Checking account because you maintained the required relationship balance.

## SERVICE CHARGE DETAIL

| DESCRIPTION | VOLUME | ALLOWED | CHARGED | PRICE/ UNIT | TOTAL |
|---|---|---|---|---|---|
| **Monthly Service Fee** | | | | | |
| Monthly Service Fee Waived | 0 | | | $95.00 | $0.00 |
| **No Hassle Fees** | | | | | |
| Return Item | 1 | Unlimited | 0 | $12.00 | $0.00 |
| **Other Service Charges:** | | | | | |
| **Electronic Credits** | | | | | |
| Electronic Items Deposited | 51 | Unlimited | 0 | $0.40 | $0.00 |
| Electronic Credits | 18 | Unlimited | 0 | $0.40 | $0.00 |
| **Credits** | | | | | |
| Non-Electronic Transactions | 36 | 500 | 0 | $0.40 | $0.00 |
| Branch Deposit - Immediate Verification | $3,810 | $25,000 | $0 | $0.0025 | $0.00 |
| **Subtotal Other Service Charges** | | | | | **$0.00** |

Page 3 of 4



March 30, 2019 through April 30, 2019

Account Number: **000000782121672**

## SERVICE CHARGE DETAIL *(continued)*

| DESCRIPTION | VOLUME | ALLOWED | CHARGED | PRICE/ UNIT | TOTAL |
|---|---|---|---|---|---|
| **ACCOUNT** 000000782121672 | | | | | |
| **No Hassle Fees** | | | | | |
| Return Item | 1 | | | | |
| **Other Service Charges:** | | | | | |
| **Electronic Credits** | | | | | |
| Electronic Items Deposited | 51 | | | | |
| Electronic Credits | 18 | | | | |
| **Credits** | | | | | |
| Non-Electronic Transactions | 36 | | | | |
| Branch Deposit - Immediate Verification | $3,810 | | | | |

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:** Call us at 1-866-564-2262 or write us at the address on the front of this statement (non-personal accounts contact Customer Service) immediately if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.

For personal accounts only: We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared.  Be prepared to give us the following information:
- Your name and account number
- The dollar amount of the suspected error
- A description of the error or transfer you are unsure of, why you believe it is an error, or why you need more information.

We will investigate your complaint and will correct any error promptly.  If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC TRANSACTIONS:**  Contact the bank immediately if your statement is incorrect or if you need more information about any non-electronic transactions (checks or deposits) on this statement.  If any such error appears, you must notify the bank in writing no later than 30 days after the statement was made available to you.  For more complete details, see the Account Rules and Regulations or other applicable account agreement that governs your account. Deposit products and services are offered by JPMorgan Chase Bank, N.A.  Member FDIC

 JPMorgan Chase Bank, N.A. Member FDIC

Page 4 of 4



JPMorgan Chase Bank, N.A.
P O Box 182051
Columbus, OH 43218 - 2051

May 01, 2019 through May 31, 2019
Account Number: **000000782121672**

### CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | www.Chase.com |
| Service Center: | 1-877-425-8100 |
| Deaf and Hard of Hearing: | 1-800-242-7383 |
| Para Espanol: | 1-888-622-4273 |
| International Calls: | 1-713-262-1679 |

00030428 DRE 802 219 15619 NNNNNNNNNN   1 000000000 D2 0000
ABJ MILANO, LLC
1652 PARK AVE STE LL
NEW YORK NY 10035-4643



## CHECKING SUMMARY
Chase Platinum Business Checking

| | INSTANCES | AMOUNT |
|---|---|---|
| **Beginning Balance** | | $220,930.78 |
| Deposits and Additions | 8 | 98,285.13 |
| Checks Paid | 2 | -6,307.50 |
| Electronic Withdrawals | 1 | -61,623.14 |
| Other Withdrawals | 2 | -251,285.27 |
| **Ending Balance** | 13 | $0.00 |

Your Chase Platinum Business Checking account provides:
- No transaction fees for unlimited electronic deposits (including ACH, ATM, wire, Chase Quick Deposit)
- 500 debits and non-electronic deposits (those made via check or cash in branches) per statement cycle
- $25,000 in cash deposits per statement cycle
- Unlimited return deposited items with no fee

There are additional fee waivers and benefits associated with your account – please refer to your Deposit Account Agreement for more information.

## DEPOSITS AND ADDITIONS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 05/01 | Abj Properties, Settlement 000005862971105 CCD ID: 9000337317 | $8,304.25 |
| 05/03 | Orig CO Name:Abj Properties,     Orig ID:9000337317 Desc Date:050219 CO Entry Descr:Settlementsec:CCD    Trace#:081503508077956 Eed:190502   Ind ID:000005879580093          Ind Name:Abj Properties, Inc. Trn: 1228077956Tc | 23,980.88 |
| 05/06 | Reversal | 18,000.00 |
| 05/06 | Reversal | 18,000.00 |
| 05/06 | Reversal | 10,000.00 |
| 05/06 | Reversal | 10,000.00 |
| 05/06 | Reversal | 5,000.00 |
| 05/06 | Reversal | 5,000.00 |
| **Total Deposits and Additions** | | **$98,285.13** |

Page 1 of 4



May 01, 2019 through May 31, 2019
Account Number: **000000782121672**

## CHECKS PAID

| CHECK NO. | DESCRIPTION | DATE PAID | AMOUNT |
|---|---|---|---|
| 1656 ^ | | 05/01 | $307.50 |
| 1671 * ^ | | 05/01 | 6,000.00 |
| **Total Checks Paid** | | | **$6,307.50** |

If you see a description in the Checks Paid section, it means that we received only electronic information about the check, not the original or an image of the check. As a result, we're not able to return the check to you or show you an image.

* All of your recent checks may not be on this statement, either because they haven't cleared yet or they were listed on one of your previous statements.
^ An image of this check may be available for you to view on Chase.com.

## ELECTRONIC WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 05/01 | Abj Properties,  Settlement 000005871761997 CCD ID: 9000286874 | $61,623.14 |
| **Total Electronic Withdrawals** | | **$61,623.14** |

## OTHER WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 05/02 | 05/02 Withdrawal | $185,285.27 |
| 05/07 | 05/07 Withdrawal | 66,000.00 |
| **Total Other Withdrawals** | | **$251,285.27** |

## DAILY ENDING BALANCE

| DATE | AMOUNT |
|---|---|
| 05/01 | $161,304.39 |
| 05/02 | -23,980.88 |
| 05/03 | 0.00 |
| 05/06 | 66,000.00 |
| 05/07 | 0.00 |

## SERVICE CHARGE SUMMARY

| | |
|---|---|
| Monthly Service Fee | $95.00 |
| Other Service Charges | $0.00 |
| **Total Service Charges** | **$95.00** |

Your service charges were waived for this statement cycle.  We value your relationship, and thank you for your banking business.

## SERVICE CHARGE DETAIL

| DESCRIPTION | VOLUME | ALLOWED | CHARGED | PRICE/ UNIT | TOTAL |
|---|---|---|---|---|---|
| **Monthly Service Fee** | | | | | |
| Monthly Service Fee | 1 | | | $95.00 | $95.00 |
| **Other Service Charges:** | | | | | |
| **Electronic Credits** | | | | | |
| Electronic Credits | 1 | Unlimited | 0 | $0.40 | $0.00 |
| **Credits** | | | | | |
| Non-Electronic Transactions | 1 | 500 | 0 | $0.40 | $0.00 |
| **Subtotal Other Service Charges** | | | | | **$95.00** |

Page 2 of 4



May 01, 2019 through May 31, 2019

Account Number: **000000782121672**

## SERVICE CHARGE DETAIL (continued)

| DESCRIPTION | VOLUME | ALLOWED | CHARGED | PRICE/ UNIT | TOTAL |
|---|---|---|---|---|---|
| **ACCOUNT** 000000782121672 | | | | | |
| **Monthly Service Fee** | | | | | |
| Monthly Service Fee | 1 | | | | |
| **Other Service Charges:** | | | | | |
| **Electronic Credits** | | | | | |
| Electronic Credits | 1 | | | | |
| **Credits** | | | | | |
| Non-Electronic Transactions | 1 | | | | |



**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:** Call us at 1-866-564-2262 or write us at the address on the front of this statement (non-personal accounts contact Customer Service) immediately if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.
For personal accounts only: We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared.  Be prepared to give us the following information:
- Your name and account number
- The dollar amount of the suspected error
- A description of the error or transfer you are unsure of, why you believe it is an error, or why you need more information.

We will investigate your complaint and will correct any error promptly.  If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC TRANSACTIONS:**  Contact the bank immediately if your statement is incorrect or if you need more information about any non-electronic transactions (checks or deposits) on this statement.  If any such error appears, you must notify the bank in writing no later than 30 days after the statement was made available to you.  For more complete details, see the Account Rules and Regulations or other applicable account agreement that governs your account. Deposit products and services are offered by JPMorgan Chase Bank, N.A.  Member FDIC

 **JPMorgan Chase Bank, N.A. Member FDIC**

Page 3 of 4



May 01, 2019 through May 31, 2019
Account Number: **000000782121672**

This Page Intentionally Left Blank

Page 4 of 4