CHASE

Mail Code TX3-7849
PO Box 659809
San Antonio, TX 78265-9109

**Questions?**
1-866-564-2262
1-800-242-7383
www.chase.com
1-866-661-4125

00045 LAW 802 001 13019 NNNNNNNNNNNN CLMS0023
**ABJ LENOX, LLC**
1652 PARK AVE STE LL
NEW YORK NY  10035-4643

May 02, 2019

*Update:*                    **We credited your account**

Date of Inquiry:     05/02/2019
Account ending in:      9100
Check(s):     41908

Dear ABJ LENOX, LLC,

We received your request to research the transactions and determined they were unauthorized. We may reverse the credit if we receive information that your transactions were authorized.

We credited your account for the amount of the transaction(s). If you haven't already, we recommend closing this account.

If your refund earns interest, you'll receive it as a part of your regular interest payment or as a separate credit plus any applicable fees.

We recommend setting up alerts on www.chase.com to protect against fraud. If closing your account is not an option, please contact your local branch or assigned banker to discuss other options available to you to help prevent unauthorized transactions.

If you have questions, please call us anytime at 1-866-564-2262.

Sincerely,

Customer Claims Department

Enclosure

JPMorgan Chase Bank, N.A. Member FDIC

**GOVERNMENT EXHIBIT 127**
19 Cr. 696 (PAE)

SB1102121-F2                            SDNY_005128    1824

CLMS0023