

| | |
|---|---|
| Mail Code TX3-7849 | **Questions?** |
| PO Box 659809 | 1-866-564-2262 |
| San Antonio, TX 78265-9109 | 1-800-242-7383 |
| | www.chase.com |
| | 1-866-661-4125 |

00014 LAW 802 001 12919 NNNNNNNNNNNN CLMS0023
**ABJ MILANO, LLC**
1652 PARK AVE STE LL
NEW YORK NY  10035-4643

May 02, 2019

## *Update:*      We credited your account

Date of Inquiry:    05/02/2019
Account ending in:    1672
Check(s):    41902

Dear ABJ MILANO, LLC,

We received your request to research the transactions and determined they were unauthorized. We may reverse the credit if we receive information that your transactions were authorized.

We credited your account for the amount of the transaction(s). If you haven't already, we recommend closing this account.

If your refund earns interest, you'll receive it as a part of your regular interest payment or as a separate credit plus any applicable fees.

We recommend setting up alerts on www.chase.com to protect against fraud. If closing your account is not an option, please contact your local branch or assigned banker to discuss other options available to you to help prevent unauthorized transactions.

If you have questions, please call us anytime at 1-866-564-2262.

Sincerely,

Customer Claims Department

Enclosure

JPMorgan Chase Bank, N.A. Member FDIC

SB1102121-F2

CLMS0023

SDNY_007779    4475

GOVERNMENT EXHIBIT 129   19 Cr. 696 (PAE)