

GOVERNMENT EXHIBIT 131
19 Cr. 696 (PAE)

THIS CHECK IS VOID WITHOUT A COLORED BORDER AND VOID PANTOGRAPH. SEE BACK FOR COMPLETE LIST OF SECURITY FEATURES INCLUDED ON THIS CHECK.

1098

ABJ Milano, LLC.
347 Pleasant Avenue
Suite 1A
New York, NY 10035

JP Morgan Chase Bank, N.A
349 Fifth Avenue
New York, NY 10016

Date: 03/10/2017

Pay to the order of: **GATEGUARD INC.**

This amount: **** EIGHT THOUSAND, SEVEN HUNDRED FIFTEEN AND 00/100 DOLLARS **$8,715.00**

Gateguard Inc.
106 W. 32nd Street
2D15
New York, NY 10001

MEMO New Intercom

⑈1098⑈ ⑆021000021⑆ 782121672⑈

THIS CHECK IS VOID IF THE FOLLOWING SECURITY FEATURES ARE NOT PRESENT.

1 THE BACKGROUND ON THE FACE OF THE CHECK HAS (2) DIFFERENT VOID PANTOGRAPHS WHICH SHOW THE WORD "VOID" IF COPIED.
2 ON THE FACE OF THIS CHECK, A SECURITY LOCK ICON APPEARS IN THERMOCHROMIC INK. IN ADDITION, ON THE BACK OF THIS CHECK, THE DOCUMENT SECURITY WORDING APPEARS IN THERMOCHROMIC INK - BOTH OF WHICH WILL FADE WHEN TOUCHED OR BREATHED ON
3 ON THE BACK, THE TECH CHECKS LOGO IS PRINTED IN COIN REACTIVE INK AND WILL APPEAR WHEN RUBBED WITH THE EDGE OF A COIN
4. THE BACK OF THIS CHECK HAS AN ARTIFICIAL TECH CHECKS WATERMARK WHICH MAY BE SEEN BY HOLDING THIS CHECK AT AN ANGLE
5. BORDERS ON THE FACE AND THE BACK OF CHECK ARE MICRO-PRINTED LOOK UNDER MAGNIFICATION FOR TECH CHECKS WORDING.

Seq: 235
Batch: 130563
Date: 03/13/17

[illegible]
BAT:130563 CC:48700000993
[illegible]
BC:Herald Center BC NYS-149

COIN REACTIVE TECH CHECKS LOGO

DO NOT WRITE, STAMP OR SIGN BELOW • RESERVED FOR FINANCIAL INSTITUTION USE



