# Signature Bank
## Business Profile and Account Application

This application allows you to open up to four accounts provided the account ownership is the same.

### Section 1. Business Client Profile

**Business Formation:**
- ☒ Corporation
- ☐ LP
- ☐ LLP
- ☐ LLC ___ (Please enter tax classification: C= Corporation, S= S Corporation, P= Partnership)
- ☐ Partnership
- ☐ Unincorp. Association
- ☐ Sole Prop.
- ☐ Trust
- ☐ Other: _____

State: **NY**   Date Est.: **5/6/15**   • Publicly Traded: Exchange ___ Symbol ___ (or Parent Company's)

**Account Title:** Crystal Real Estate Management, Inc

**Business Address** (cannot be P.O. Box): 534 9th Avenue   **Room/Floor No.:** D3   **No. Of Years At Address:** >1 YR

**City:** New York   **State:** New York   **Zip:** 10018

**Telephone No.:** 917-579-0649   **Fax No.:**

**Primary Contact:** GINA HOM   **Relationship To Business:** Vice President / SEC   **Direct Phone Number:**

**Direct Email Address:**

**EIN/SSN No.:** [REDACTED]   **Source of Initial Deposit:** Signature Bank / management fees   **Source of Revenue:** Signature Bank / management fee

**Industry:**
- ☐ Real Estate Owners
- ☒ Real Estate - Third Party Mgmt
- ☐ Intermediary/Business Managers
- ☐ Law Firm
- ☐ Accounting/CPA Firm
- ☐ Not-for-profit
- ☐ Financial Co. - Type of Financial Co.: ___
- ☐ Precious Metals, Gems, Stones
- ☐ Produce/Meats
- ☐ Other: ___

**Detail Description:** ☐ Retail  ☐ Wholesale  ☐ Retail & Wholesale  ☐ Services Industry  ☐ Capital Raise  ☒ Other: REAL ESTATE - THIRD PARTY MGMT

Provide a detailed description of the business including products and services offered:
Real Estate - Third Party Management

List all foreign countries in which the client or its parent/subsidiary conducts business: ☒ N/A

### Section 1(a). Taxpayer Identification Number Certification

TAXPAYER IDENTIFICATION NUMBER CERTIFICATION - FOR US BUSINESSES ONLY. FOREIGN BUSINESSES SHOULD NOT COMPLETE THIS SECTION, BUT MUST COMPLETE AND SIGN THE APPLICABLE W-8 FORM, WHICH IS W-8BEN, W-8ECI, W-8EXP, OR W-8IMY.

IF YOU ARE EXEMPT FROM FATCA REPORTING, PLEASE COMPLETE A W-9-2014 INSTEAD OF THIS TIN CERTIFICATION.

By signing below, I hereby certify under penalties of perjury that: (1) The EIN/SSN number shown on this form is my correct tax identification number, (2) I am not subject to backup withholding, because (a) I am exempt from backup withholding, or (b) I have not been notified by the Internal Revenue Service (IRS) that I am subject to backup withholding as a result of failure to report all interest or dividends, or (c) the IRS has notified me that I am no longer subject to backup withholding, and (3) I am a U.S. citizen or other U.S. person (including a U.S. Resident Alien, Partnership, Corporation, Company, or Association organized in the US or under US law, a U.S. estate and domestic trust as defined in 26 CFR 301.7701-7). Certification instructions: You must cross out item (2) above if you have been notified by the IRS that you are currently subject to backup withholding because you have failed to report all interest and/ or dividends on your tax return. The Internal Revenue Service does not require your consent to any provision of this document other than the certifications required to avoid backup withholding.

**Print Name:** GINA HOM   **Authorized Signature:** [signature]   **Date:** 6/23/15

### Section 1(b). Signature Use Only - Attestation

**Client is:**
- ☐ New/Walk-in
- ☐ Existing relationship 12 months or less
- ☒ Existing relationship greater than 12 months
- ☐ New/Referral (Referred by: ___)
- ☐ Other: ___

| | | | | | |
|---|---|---|---|---|---|
| Chex Systems | ☒ Completed | ☐ On File | Site Visit | ☒ Completed | ☐ On File |
| OFAC | ☒ Completed | ☐ On File | Telephone Verification | ☒ Completed | ☐ On File |
| I.D. | ☒ Attached | ☐ On File | | | |

Does this account require prior approval before establishing? ☐ Yes ☒ No   Reason: ___

By signing below, I acknowledge that the client has been given Signature's Business Account Agreements & Disclosures booklet and all information provided in this application, and in all other documents provided to Signature in connection with this application, is accurate and current.

**Account Officer Name:** Suzzanne Ferrar[?]   **Account Officer Signature:** [signature]   **PCG:** 523   **Date:** 6/24/15

**RM Number (bank use only):** 015100

GOVERNMENT EXHIBIT 141
19 Cr. 696 (PAE)

## Section 1(c). Signers/Beneficial Owners (Over 20%)

Note: Beneficial owners with a 20% or greater interest are required to be listed below.
A copy of a valid photo ID is required for all listed. All the names listed will be verified by Chex Systems.

**1**
Name: Jackeline Monzon
SS#: [redacted]
Date of Birth: 5/23/73
Check all that apply: ☒ Officer  ☒ Signer  ☒ Beneficial Owner
ID #: 190924 011
Exp. Date: 5/23/23
Title/Role: President
% Ownership: 50
ID Type: ☒ Driver's License  ☐ Non-Driver's License  ☐ Passport  ☐ Other
☒ US Citizen  ☐ US Resident Alien  ☐ Non-Resident Alien
State or Country of ID Issuance: NY
Home Address: 524 9th Ave Apt C4 NY NY 10018
Are you now or have you ever been a Foreign Public Official or an immediate family member of an individual holding such an office? ☐ Yes  ☒ No
If yes, please specify:

**Bank Use Only**
RM Number: 0199791

**Bank Use Only**
Chex Systems: ☒ Completed  ☐ On File
OFAC: ☒ Completed  ☐ On File
ID: ☒ Attached  ☐ On File

**2**
Name: Gina Hom
SS#: [redacted]
Date of Birth: 11/8/62
Check all that apply: ☒ Officer  ☒ Signer  ☒ Beneficial Owner
ID #: 851 006 338
Exp. Date: 11/8/17
Title/Role: Vice-President / Sec
% Ownership: 50
ID Type: ☒ Driver's License  ☐ Non-Driver's License  ☐ Passport  ☐ Other
☒ US Citizen  ☐ US Resident Alien  ☐ Non-Resident Alien
State or Country of ID Issuance: NY
Home Address: 55-14 32 Ave Woodside NY 11377
Are you now or have you ever been a Foreign Public Official or an immediate family member of an individual holding such an office? ☐ Yes  ☒ No
If yes, please specify:

**Bank Use Only**
RM Number: 0012059

**Bank Use Only**
Chex Systems: ☒ Completed  ☐ On File
OFAC: ☒ Completed  ☐ On File
ID: ☐ Attached  ☒ On File

**3**
Name:
SS#:
Date of Birth:
Check all that apply: ☐ Officer  ☐ Signer  ☐ Beneficial Owner
ID #:
Exp. Date:
Title/Role:
% Ownership:
ID Type: ☐ Driver's License  ☐ Non-Driver's License  ☐ Passport  ☐ Other
☐ US Citizen  ☐ US Resident Alien  ☐ Non-Resident Alien
State or Country of ID Issuance:
Home Address:
Are you now or have you ever been a Foreign Public Official or an immediate family member of an individual holding such an office? ☐ Yes  ☐ No
If yes, please specify:

**Bank Use Only**
RM Number:

**Bank Use Only**
Chex Systems: ☐ Completed  ☐ On File
OFAC: ☐ Completed  ☐ On File
ID: ☐ Attached  ☐ On File

**4**
Name:
SS#:
Date of Birth:
Check all that apply: ☐ Officer  ☐ Signer  ☐ Beneficial Owner
ID #:
Exp. Date:
Title/Role:
% Ownership:
ID Type: ☐ Driver's License  ☐ Non-Driver's License  ☐ Passport  ☐ Other
☐ US Citizen  ☐ US Resident Alien  ☐ Non-Resident Alien
State or Country of ID Issuance:
Home Address:
Are you now or have you ever been a Foreign Public Official or an immediate family member of an individual holding such an office? ☐ Yes  ☐ No
If yes, please specify:

**Bank Use Only**
RM Number: 0215100

**Bank Use Only**
Chex Systems: ☐ Completed  ☐ On File
OFAC: ☐ Completed  ☐ On File
ID: ☐ Attached  ☐ On File

**Signature Bank**

# Business Profile and Account Application

This application allows you to open up to four accounts provided the account ownership is the same.

## Section 1. Business Client Profile

**Business Formation:**
- [x] Corporation
- [ ] LP
- [ ] LLP
- [ ] LLC ___ (Please enter tax classification: C= Corporation, S= S Corporation, P= Partnership)
- [ ] Partnership
- [ ] Unincorp. Association
- [ ] Sole Prop.
- [ ] Other: ___

State: **NY**  Date Est.: **1982**  Publicly Traded: Exchange ___ Symbol ___ (or Parent Company's)

Account Title **18 MERCER EQUITY INC.**, *Crystal Real Estate Mgm't Inc., Agent*

Business Address (cannot be P.O. Box): **18 MERCER STREET**   Room/Floor No.
City **NEW YORK**   State **NEW YORK**   Zip **10013**

Telephone No. **646-569-5574**   Fax No.

Primary Contact: **GINA HOM**   Relationship To Business: **Authorized Signer**   Direct Phone Number: **646-574-5691**

Direct Email Address: **GINA@CRYSTALRMI.COM**

EIN/SSN No. **1 3 1 3 5 3 6 6**   Source of Initial Deposit: *Transfer from CO.*   Source of Revenue: *Rents*

Industry:
- [ ] Real Estate Owners
- [ ] Real Estate - Third Party Mgmt
- [ ] Intermediary/Business Managers
- [ ] Law Firm
- [ ] Accounting/CPA Firm
- [ ] Not-for-profit
- [ ] Financial Co. - Type of Financial Co.: ___
- [ ] Precious Metals, Gems, Stones
- [ ] Produce/Meats
- [ ] Other: ___

Detail Description: [ ] Retail  [ ] Wholesale  [ ] Retail & Wholesale  [ ] Services Industry  [ ] Capital Raise  [ ] Other: ___

Provide a detailed description of the business including products and services offered:
Real Estate *Management Co. to manage the property located at 18 Mercer St*

List all foreign countries in which the client or its parent/subsidiary conducts business: [ ] N/A ___

## Section 1(a). Taxpayer Identification Number Certification

**TAXPAYER IDENTIFICATION NUMBER CERTIFICATION - FOR US BUSINESSES ONLY. FOREIGN BUSINESSES SHOULD NOT COMPLETE THIS SECTION, BUT MUST COMPLETE AND SIGN THE APPLICABLE W-8 FORM, WHICH IS W-8BEN, W-8ECI, W-8EXP, OR W-8IMY.**
**IF YOU ARE EXEMPT FROM FATCA REPORTING, PLEASE COMPLETE A W-9 -2014 INSTEAD OF THIS TIN CERTIFICATION.**

By signing below, I hereby certify under penalties of perjury that: (1) The EIN/SSN number shown on this form is my correct tax identification number, (2) I am not subject to backup withholding, because (a) I am exempt from backup withholding, or (b) I have not been notified by the Internal Revenue Service (IRS) that I am subject to backup withholding as a result of failure to report all interest or dividends, or (c) the IRS has notified me that I am no longer subject to backup withholding, and (3) I am a U.S. citizen or other U.S. person (including a U.S. Resident Alien, Partnership, Corporation, Company, or Association organized in the US or under US law, a U.S. estate and domestic trust as defined in 26 CFR 301.7701-7). Certification instructions: You must cross out item (2) above if you have been notified by the IRS that you are currently subject to backup withholding because you have failed to report all interest and/or dividends on your tax return. The Internal Revenue Service does not require your consent to any provision of this document other than the certifications required to avoid backup withholding.

Print Name: **Bonnie Soon-Osberger**   Authorized Signature: [signed]   Date: **1/20.2017**

## Section 1(b). Signature Use Only - Attestation

Client is:
- [ ] New/Walk-in
- [ ] Existing relationship 12 months or less
- [x] Existing relationship greater than 12 months
- [ ] New/Referral (Referred by: ___)
- [ ] Other: ___

Chex Systems: [x] Completed  [ ] On File   Site Visit: [x] Completed  [ ] On File
OFAC: [x] Completed  [ ] On File   Telephone Verification: [x] Completed  [ ] On File

Does this account require prior approval before establishing? [ ] Yes  [ ] No   Reason:

By signing below, I acknowledge that the client has been given Signature's Business Account Agreements & Disclosures booklet and all information provided in this application, and in all other documents provided to Signature in connection with this application, is accurate and current.

Account Officer Name: *Suzanne Ferrara*   Account Officer Signature: [signed]   PCG: **523**   Date: **11/28/17**

RM Number (bank use only): **0269 6669**

Signature Bank 3
FOIA Confidential Treatment Requested by Signature Bank



SDNY_001100

## Section 1(c). Signers/Beneficial Owners

Note: Beneficial owners owning 20% or greater of a US formed business (10% or greater for non-US formed businesses) are required to be listed below. A copy of a valid photo ID is required for all listed. All the names listed will be verified by Chex Systems.

**1** Name: Jackeline Monzon
SS#: [redacted]
Date of Birth: 5/23/73
Check all that apply: ☐ Officer ☑ Signer ☐ Beneficial Owner
ID #: 140 926 011
Exp. Date: 5/23/23
Title/Role: Authorized Signor
% Ownership: 0
ID Type: ☑ Driver's License ☐ Non-Driver's License ☐ Passport ☐ Other
☑ US Citizen ☐ US Resident Alien ☐ Non-Resident Alien
State or Country of ID Issuance: NY
Home Address: 534 9th Ave C4, NY NY 10018
Are you now or have you ever been a Foreign Public Official or an immediate family member of an individual holding such an office? ☐ Yes ☑ No
If yes, please specify:

**Bank Use Only**
RM Number: 0 1 9 9 7 9 1

**Bank Use Only**
Chex Systems: ☐ Completed ☑ On File
OFAC: ☐ Completed ☑ On File
ID: ☐ Attached ☑ On File

**2** Name: Gina Hom
SS#: [redacted]
Date of Birth: 11/8/62
Check all that apply: ☐ Officer ☑ Signer ☐ Beneficial Owner
ID #: 460039597
Exp. Date: 9/7/19
Title/Role: Authorized Signor
% Ownership: 0
ID Type: ☐ Driver's License ☐ Non-Driver's License ☑ Passport ☐ Other
☑ US Citizen ☐ US Resident Alien ☐ Non-Resident Alien
State or Country of ID Issuance: USA
Home Address: 55-14 32 Ave Woodside NY 11377
Are you now or have you ever been a Foreign Public Official or an immediate family member of an individual holding such an office? ☐ Yes ☑ No
If yes, please specify:

**Bank Use Only**
RM Number: 0 0 1 2 0 5 9

**Bank Use Only**
Chex Systems: ☐ Completed ☑ On File
OFAC: ☐ Completed ☑ On File
ID: ☑ Attached ☐ On File

**3** Name:
SS#:
Date of Birth:
Check all that apply: ☐ Officer ☐ Signer ☐ Beneficial Owner
ID #:
Exp. Date:
Title/Role:
% Ownership:
ID Type: ☐ Driver's License ☐ Non-Driver's License ☐ Passport ☐ Other
☐ US Citizen ☐ US Resident Alien ☐ Non-Resident Alien
State or Country of ID Issuance:
Home Address:
Are you now or have you ever been a Foreign Public Official or an immediate family member of an individual holding such an office? ☐ Yes ☐ No
If yes, please specify:

**Bank Use Only**
RM Number:

**Bank Use Only**
Chex Systems: ☐ Completed ☐ On File
OFAC: ☐ Completed ☐ On File
ID: ☐ Attached ☐ On File

**4** Name:
SS#:
Date of Birth:
Check all that apply: ☐ Officer ☐ Signer ☐ Beneficial Owner
ID #:
Exp. Date:
Title/Role:
% Ownership:
ID Type: ☐ Driver's License ☐ Non-Driver's License ☐ Passport ☐ Other
☐ US Citizen ☐ US Resident Alien ☐ Non-Resident Alien
State or Country of ID Issuance:
Home Address:
Are you now or have you ever been a Foreign Public Official or an immediate family member of an individual holding such an office? ☐ Yes ☐ No
If yes, please specify:

**Bank Use Only**
RM Number:

**Bank Use Only**
Chex Systems: ☐ Completed ☐ On File
OFAC: ☐ Completed ☐ On File
ID: ☐ Attached ☐ On File

Signature Bank 4
FOIA Confidential Treatment Requested by Signature Bank
SDNY_001101

## Section 2. Account Mailing Address

Account Mailing Address (complete only for alternate mailing address)
c/o Crystal Real Estate Management, Inc.   1441 Broadway, Suite 5047

City: New York    State: New York    Zip: 10018

## Section 2(a). Account Type

- [ ] Signature Flat Fee
- [x] Monogram Business Checking
- [ ] Signature Business NOW
- [x] Monogram Business Insured Money Market
- [ ] Certificate of Deposit
- [ ] Business Checking Escrow Account (Attorney)
  - [ ] Master/Sub-account
  - [ ] IOLA
  - [ ] Standalone
- [ ] Escrow Account (Non-Attorney)
  - [ ] Master/Sub-account
  - [ ] Standalone
- [ ] Monogram Escrow Account
- [ ] 1031 Escrow
- [ ] Attorney Escrow
- [ ] Other _____
- [ ] Monogram Money Market Funds Program* (Specify funds below)
- [ ] Other

*The funds in the Monogram Money Market Funds Program are 1) not FDIC insured, 2) not deposits or other obligations of any bank or guaranteed by any bank, and 3) involve investment risks, including possible loss of principal amount invested. Although these funds seek to preserve the value of your investment at $1.00 per share, it is possible to lose money by investing in these funds.

## Section 2(b). ATM Card/Debit Card Option

> Only available for businesses requiring single signing authority.

- [ ] ATM card requested.  [ ] Debit card requested (If neither box is selected, no card will be issued)

List all names to receive a card: _____

Is international ATM activity anticipated? [ ] Yes  [ ] No   If yes, please state where _____

## Section 3. Agreements & Acknowledgements

> Client initial in box(es) below.

**SIGNATURE BANK ACCOUNTS** (initialed)

By initialing this subsection and signing under Authorized Signers, I assert that I have received, read and agree to the Business Bank Deposit Account Agreement, Business ATM Card and Debit Card Agreement, Business Account Fee Schedule, Funds Transfer Agreement, Funds Availability Disclosure and when applicable, the Internet Banking Terms and Conditions and the Mobile Banking Terms and Conditions.

**MONOGRAM MONEY MARKET FUNDS PROGRAM**

By initialing this subsection and signing under Authorized Signers, I assert that I have received, read, and agree to the Monogram Money Market Funds Program For Business Customer Agreement and the prospectus for each Fund selected and I agree to be bound by their respective terms. I request that the Bank, acting as my agent, purchase and redeem shares in the Funds indicated on this application on my behalf in accordance with the above Agreement and I acknowledge that such direction may be in the form of telephone instructions from me.
The funds in the Monogram Money Market Funds Program:
- are NOT FDIC insured,
- are NOT deposits or other obligations of any bank or guaranteed by any bank, and
- involve investment risks, including possible loss of principal amount invested.
Although these funds seek to preserve the value of your investment at $1.00 per share, it is possible to lose money by investing in these funds.



## Section 3(a). Agreements & Acknowledgements

**AUTHORIZED SIGNERS (SIGNATURE CARD):** I certify that on behalf of the applicant I have correctly and truthfully completed this application and have received, read, and agree to the above intended acknowledgements and all applicable agreements in the Signature Business Account Agreements and Disclosures booklet.

Account Title **18 MERCER EQUITY INC.** Crystal Real Estate Management Inc. Agent

1. Print Name **JACKELINE MONZON** Signature _[signed]_ Title **Authorized Signor** Date 11/22/17

2. Print Name **GINA HOM** Signature _[signed]_ Title **Authorized Signor** Date 11/22/17

3. Print Name _____ Signature _____ Title _____ Date _____

4. Print Name _____ Signature _____ Title _____ Date _____

### SIGNING AUTHORITY AGREEMENT

I certify that (i) the individuals who have signed above as Authorized Signers are authorized by the applicant to sign this application and have signing authority on the accounts opened pursuant to this application, (ii) the above signatures and titles are those Authorized Signers' signatures and titles with the applicant and (iii) the Authorized Signers are authorized by the applicant to act on the applicant's accounts when signing.

[✓] individually or [ ] in the following manner: _____

Note: While the Bank will make reasonable effort to comply with a requirement that more than one Authorized Signer sign on a transaction, the Bank assumes no responsibilty for any transaction that is honored that contains the signature of just one Authorized Signer.

**SIGN HERE:** _[signed]_

Must be signed by: Secretary if Corporation or Association; Manager or Managing Member if LLC; General Partner if Partnership, Limited Partnership or LLP; or Owner if Sole proprietorship.

## Section 4. Signature Employee Use Only

Signature Bank/Monogram Money Market Funds Program Account(s)

**1 5 0 2 9 6 8 2 9 3**   **1 5 0 2 9 6 8 3 0 7**

Purpose of Account:
- [X] Operating  [ ] Payroll  [ ] Private Placement
- [ ] Settlements - Real Estate  [ ] Court Supervised
- [ ] Financial/Investment Services  [ ] Donations/Contributions  [ ] Escrow
- [ ] Other (specify) _____

Purpose of Account:
- [ ] Operating  [ ] Payroll  [ ] Private Placement
- [ ] Settlements - Real Estate  [ ] Court Supervised
- [ ] Financial/Investment Services  [ ] Donations/Contributions  [ ] Escrow
- [X] Other (specify) **Savings**

Purpose of Account:
- [ ] Operating  [ ] Payroll  [ ] Private Placement
- [ ] Settlements - Real Estate  [ ] Court Supervised
- [ ] Financial/Investment Services  [ ] Donations/Contributions  [ ] Escrow
- [ ] Other (specify) _____

Purpose of Account:
- [ ] Operating  [ ] Payroll  [ ] Private Placement
- [ ] Settlements - Real Estate  [ ] Court Supervised
- [ ] Financial/Investment Services  [ ] Donations/Contributions  [ ] Escrow
- [ ] Other (specify) _____

**Notes:** _____

Were all Client signatures verified? [X] Yes  [ ] No   Was Client present at account opening? [X] Yes  [ ] No

Account Officer Name **Suzanne Ferrara**   Account Officer Signature _[signed]_

PCG # **523**

(By signing above, I acknowledge that the client has been given Signature's Business Account Agreements & Disclosures booklet and all information provided in this application, and in all other documents provided to Signature in connection with this application, is accurate and current.)

RM Number **0269669**   **Signature Bank 6**

FOIA Confidential Treatment Requested by Signature Bank



# SIGNATURE BANK — Corporate Resolution

I, the undersigned Secretary, hereby certify to Signature Bank, that at a meeting of the Board of Directors of **18 MERCER EQUITY INC.** ("Corporation"), a corporation organized and existing under the laws of **New York**, duly called and duly held on the **20** day of **November**, **2017**, the following resolutions ("Resolutions") were duly adopted, and that the said Resolutions have been entered upon the regular minute books of the Corporation, are in accordance with the Corporation's By-Laws, have not been rescinded or modified, and are now in full force and effect.

**RESOLVED**

1. That Signature Bank ("the Bank") is hereby designated a depository and provider of banking services to this Corporation;

**DEPOSIT RELATED AUTHORITIES**

2. **FULL AUTHORITY:** That the authorized signer(s) with the title: ☐ President  ☐ Vice President  ☐ Treasurer  ☐ Secretary  ☒ and/or who are named:
   **Jackeline Monzon or Gina Hom as authorized signors**

   when signing:  ☒ individually   ☐ by any ____ of them are authorized to do any of the following on behalf of the Corporation:
   *(Any authority that requires more than one authorized signer to sign, or any other restriction, is subject to the terms set forth in Paragraph 5)*

   a. To open deposit accounts at the Bank and sign any applications, agreements or documents relating to such accounts;
   b. To contract for any services offered by the Bank;
   c. To submit for deposit and/or collection for the account of this Corporation all checks, drafts, notes or other instruments for the payment of money; and the Bank is authorized to accept such instruments, whether or not endorsed by this Corporation, it being understood that each such instrument shall be deemed to be unqualifiedly endorsed by this Corporation;
   d. To sign checks, drafts or other orders with respect to any funds to the credit of this Corporation, including checks, drafts or orders in favor of any officer designated above;
   e. To make withdrawals of funds from accounts in the name of this Corporation including transfers between accounts by any means permitted by the Bank;
   f. To sign the Bank's Funds Transfer Application and other agreements, forms and/or documents relating to the wire or transfer of funds from the Corporation's accounts at the Bank and designate in such applications, agreements, forms and/or documents those authorized to initiate, approve and confirm such wires or funds transfers;
   g. To execute on behalf of this Corporation in favor of the Bank indemnities, guarantees, endorsements, assignments, receipts and other documents related to this paragraph 2;
   h. To utilize and authorize others to utilize the Bank's internet banking services with respect to the Corporation's accounts at the Bank, this will include internal transfers, funds transfers, ACH payments/collections, Bill Pay and view balance information; and
   i. To conduct any and all other lawful business with the Bank.

3. The authorities stated above shall apply to ☒ all of the Corporations accounts or ☐ the following accounts (and any replacement accounts) of the Corporation*:

   *\*If all of the Corporation's accounts, input the RM# on page 3. If only specific accounts, please list them below.*

   Account #                                      Account #

**BORROWING RELATED AUTHORITIES**

4. That the authorized signer(s) with the title: ☐ President ☐ Vice President ☐ Treasurer ☐ Secretary ☑ and/or who are named: Jackeline Monzon or Gina Hom as authorized signors

   when signing: ☑ individually   ☐ by any ____ of them are authorized to do any of the following on behalf of the Corporation:
   *(Any authority that requires more than one authorized signer to sign, or any other restriction, is subject to the terms set forth in Paragraph 5)*

   a. To apply for and obtain loans, letters of credit and any other type of borrowing and to access overdraft lines of credit;
   b. To sell or discount instruments, chattel paper and other contracts for the payment of money;
   c. To assign, transfer, pledge or otherwise hypothecate or grant a security interest in any property of this Corporation;
   d. To execute on behalf of this Corporation in favor of the Bank indemnities, guarantees, endorsements, assignments, receipts and other documents as related to this paragraph 4.

5. *(Applicable to Corporations requiring more than one authorized signer to sign or any other restriction.)* That the Corporation acknowledges that any signing authority requiring more than one authorized signer to sign, or any other restriction, is a statement of its own internal policy and not a service offered by the Bank. That the Corporation agrees that, while the Bank will make a reasonable effort to comply with this limitation, the Bank assumes no responsibility for the payment of a check, draft, or other item drawn on any Corporation account or for any withdrawal from any such account which is honored and does not adhere to the internal policy of the Corporation designated above in paragraph 2. That the Corporation further agrees to rely solely upon the designated signers to comply with its internal policy and will control the designated signers' access to checks, drafts, or other items drawn on any Corporation account in order to ensure that those items will be signed in accordance with the Corporation's internal policy.

6. That this Corporation ratifies and confirms any and all transactions with the Bank made prior to the date of this Resolution.

7. That the Corporation agrees to release, defend and hold the Bank harmless from any and all claims, actions, causes of action, complaints, demands, liabilities and obligations (including legal and all other expenses) made against or suffered by the Bank as result of the Bank accepting and acting on a document signed by or a transaction initiated, conducted, approved or confirmed, whether in writing, orally or through an electronic medium, by one of the above authorized signers or by a person authorized to do so by an authorized signer in accordance with this Resolution.

8. That the Corporation agrees to be bound by the Signature Business Account Agreements and Disclosures as well as any other agreements and disclosures, such as, but not limited to, funds transfer application and internet banking terms and conditions, if applicable, delivered or made available to the Corporation from the Bank and by all notices posted at the office of the Bank at which the account(s) of the Corporation are maintained.

9. That the Bank (and any interested third party) may rely upon the authority conferred by this Resolution until such time that this Resolution shall have been revoked or modified by a subsequent resolution of the Board of Directors of this Corporation and until a copy of such subsequent resolution has been received by the Bank, and the Bank has had a reasonable opportunity to act.

I further certify that the authorized signers whose name(s) appear below are the authorized signers designated by the aforementioned resolutions and that the designated authorized signers now legally hold the offices (if applicable) which appear next to their names.

| Title | Name |
|---|---|
| Authorized Signor | Jackeline Monzon |
| Authorized Signor | Gina Hom |
|  |  |
|  |  |

IN WITNESS WHEREOF, I have this __20__ day of __November__, __2017__ subscribed my name and affixed the seal of the Corporation.

_____    __Bonnie Soon-Osberger__
Signature of Secretary (or Secretary/President if sole Officer)    Name of Secretary (or Secretary/President if sole Officer)

ATTEST:

__/s/ Stephanie Phillips__    __Stephanie Phillip__
Signature of Attesting Officer    Name of Attesting Officer

__Board President__
Title of Attesting Officer

Affix Corporate Seal

In Lieu of ATTEST: (Sole Officer Corporations only)
If the Corporation has one or more shareholders and only one officer, then instead of an attesting officer, a shareholder should sign the following:
I certify that _____ is the Secretary and President of the above Corporation.

_____    _____    _____
Signature of Shareholder    Name of Shareholder    Date

FOR INTERNAL USE ONLY

RM # (required)  __0 2 6 9 6 6 9__

☐ Check this box only if signing authority is specific to the account numbers listed in paragraph 3 above, otherwise list Relationship Number only.

Signature Bank 9
FOIA Confidential Treatment Requested by Signature Bank

SDNY_001106