```
                                              Statement Period
                                              From March    01, 2019
                                              To   March    31, 2019
                                              Page    1 of    3

                                              PRIVATE CLIENT GROUP 523
                                              485 MADISON AVENUE, 11TH FL
                                              NEW YORK, NY 10022

                                              (646) 822-1625

   18 MERCER EQUITY INC BY             9-523
   CRYSTAL REAL ESTATE MANAGEMENT INC. AGEN
   1441 BROADWAY SUITE 5047
   NEW YORK NY  10018
                                              See Back for Important Information

                                              Primary Account: 1502968293         8

      AVOID BUSINESS E-MAIL FINANCIAL FRAUD! PLEASE VISIT THE "PRIVACY & SECURITY"
      SECTION LOCATED UNDER THE "ABOUT US" HEADING AT WWW.SIGNATURENY.COM. SELECT
      "BUSINESS E-MAIL COMPROMISE" TO READ THE RECENT NEWS FROM THE FEDERAL
      BUREAU OF INVESTIGATION REGARDING FRAUD TARGETING BUSINESSES, INCLUDING
      GUIDANCE ON WHAT YOU CAN DO TO REDUCE YOUR RISK OF BECOMING A VICTIM.
      SIGNATURE BANK BELIEVES THAT THIS IS IMPORTANT NEWS TO SHARE WITH OUR
      CLIENTS. WE ARE MAKING IT AVAILABLE TO YOU FOR YOUR INFORMATION AND ANY
      ACTION THAT YOU MAY CONSIDER APPROPRIATE.

Signature Relationship Summary                   Opening Bal.          Closing Bal.

BANK DEPOSIT ACCOUNTS
1502968293     MONOGRAM CHECKING                    2,328.39-            11,640.73-

               RELATIONSHIP     TOTAL                                    11,640.73-
```

**Signature Bank 179**
**FOIA Confidential Treatment Requested by Signature Bank**

GOVERNMENT
EXHIBIT
142
19 Cr. 696 (PAE)

```
                                                       Statement Period
                                                     From March    01, 2019
                                                     To   March    31, 2019
                                                     Page     2 of    3

                                            PRIVATE CLIENT GROUP 523
                                            485 MADISON AVENUE, 11TH FL
                                            NEW YORK, NY 10022

                                                   (646) 822-1625


        18 MERCER EQUITY INC BY           9-523
        CRYSTAL REAL ESTATE MANAGEMENT INC. AGEN
        1441 BROADWAY SUITE 5047
        NEW YORK NY  10018
                                             See Back for Important Information


                                        Primary Account: 1502968293          8


  MONOGRAM CHECKING            1502968293




  Summary

   Previous Balance as of March    01, 2019                              2,328.39-
         5 Credits                                                      18,278.00
        13 Debits                                                       27,590.34
   Ending Balance as of   March    31, 2019                             11,640.73-


  Deposits and Other Credits
   Mar 01  DEPOSIT           ref#                                        2,115.00
   Mar 05  DEPOSIT           ref#                                        2,115.00
   Mar 07  ACH DEPOSIT          ck/ref no.   7960081                     5,288.00
           18 MERCER EQUITY    CNSLD OFF
           002 00000000000528800 133135366
   Mar 07  DEPOSIT           ref#                                        2,115.00
   Mar 26  DEPOSIT           ref#                                        6,645.00
  Withdrawals and Other Debits
   Mar 04  AUTOMATED PAYMENT    ck/ref no.   7534160                       132.62
           TIME WARNER CABL    CABLE PAY    0010110002  SPA
   Mar 18  AUTOMATED PAYMENT    ck/ref no.   8883013                        39.16
           VERIZON             PAYMENTREC   2129410411112
   Mar 29  AUTOMATED PAYMENT    ck/ref no.   9935812                        84.07
           CON ED OF NY        INTELL CK    437127321700001
   Mar 29  AUTOMATED PAYMENT    ck/ref no.   9935813                     2,078.66
           CON ED OF NY        INTELL CK    437127321500005
   Mar 29  OD Finance Charge                                                19.20

  Checks by Serial Number
   Mar 29         1         18,000.00    Mar 07    5162          400.00
   Mar 06      5159 *           46.25    Mar 14    5163        3,758.29
   Mar 07      5160         1,821.54    Mar 14    5164          381.38
   Mar 01      5161           684.50    Mar 29    5165          144.67

           * Indicates break in check sequence
```

**Signature Bank 180**
**FOIA Confidential Treatment Requested by Signature Bank**

PRIVATE CLIENT GROUP 523
485 MADISON AVENUE, 11TH FL
NEW YORK, NY 10022

(646) 822-1625

```
   18 MERCER EQUITY INC BY                  9-523
   CRYSTAL REAL ESTATE MANAGEMENT INC. AGEN
   1441 BROADWAY SUITE 5047
   NEW YORK NY   10018
```

See Back for Important Information

Primary Account: 1502968293            8

```
Daily Balances
 Feb 28         2,328.39-          Mar 07         6,219.70
 Mar 01           897.89-          Mar 14         2,080.03
 Mar 04         1,030.51-          Mar 18         2,040.87
 Mar 05         1,084.49           Mar 26         8,685.87
 Mar 06         1,038.24           Mar 29        11,640.73-

Rates for this statement period - Overdraft
Mar 01, 2019   15.250000 %
```

**Signature Bank 181**
**FOIA Confidential Treatment Requested by Signature Bank**

```
                                                      Statement Period
                                                 From April    01, 2019
                                                 To   April    30, 2019
                                                 Page    1 of    2

                                          PRIVATE CLIENT GROUP 523
                                          485 MADISON AVENUE, 11TH FL
                                          NEW YORK, NY 10022

                                          (646) 822-1625

     18 MERCER EQUITY INC BY              8-523
     CRYSTAL REAL ESTATE MANAGEMENT INC. AGEN
     1441 BROADWAY SUITE 5047
     NEW YORK NY  10018
                                          See Back for Important Information


                                          Primary Account: 1502968293       0
```

AVOID BUSINESS E-MAIL FINANCIAL FRAUD! PLEASE VISIT THE "PRIVACY & SECURITY"
SECTION LOCATED UNDER THE "ABOUT US" HEADING AT WWW.SIGNATURENY.COM. SELECT
"BUSINESS E-MAIL COMPROMISE" TO READ THE RECENT NEWS FROM THE FEDERAL
BUREAU OF INVESTIGATION REGARDING FRAUD TARGETING BUSINESSES, INCLUDING
GUIDANCE ON WHAT YOU CAN DO TO REDUCE YOUR RISK OF BECOMING A VICTIM.
SIGNATURE BANK BELIEVES THAT THIS IS IMPORTANT NEWS TO SHARE WITH OUR
CLIENTS. WE ARE MAKING IT AVAILABLE TO YOU FOR YOUR INFORMATION AND ANY
ACTION THAT YOU MAY CONSIDER APPROPRIATE.

| Signature Relationship Summary | Opening Bal. | Closing Bal. |
|---|---|---|
| BANK DEPOSIT ACCOUNTS | | |
| 1502968293    MONOGRAM CHECKING | 11,640.73- | .00 |
| RELATIONSHIP        TOTAL | | .00 |

**Signature Bank 182**
**FOIA Confidential Treatment Requested by Signature Bank**

```
                                              Statement Period
                                              From April    01, 2019
                                              To   April 30, 2019
                                              Page    2 of    2

                                              PRIVATE CLIENT GROUP 523
                                              485 MADISON AVENUE, 11TH FL
                                              NEW YORK, NY 10022

                                              (646) 822-1625

     18 MERCER EQUITY INC BY               8-523
     CRYSTAL REAL ESTATE MANAGEMENT INC. AGEN
     1441 BROADWAY SUITE 5047
     NEW YORK NY  10018
                                              See Back for Important Information

                                              Primary Account: 1502968293            0


 MONOGRAM CHECKING              1502968293



 Summary

  Previous Balance as of April    01, 2019                                 11,640.73-
        3 Credits                                                          18,124.16
        2 Debits                                                            6,483.43
  Ending Balance as of   April   30, 2019                                        .00


 Deposits and Other Credits
  Apr 01  FEE REVERSAL                                                         19.20
  Apr 01  RETURNED CHECK                                                   18,000.00
  Apr 09  ACH DEPOSIT     TIMEWARNER4/3                                       104.96

 Withdrawals and Other Debits
  Apr 02  PRE-AUTHORIZED WD                                                 6,378.47
  Apr 03  AUTOMATED PAYMENT     ck/ref no.    342172                          104.96
          TIME WARNER CABL   CABLE PAY    0010110002  SPA

 Daily Balances
  Mar 31       11,640.73-              Apr 03         104.96-
  Apr 01        6,378.47               Apr 09             .00
  Apr 02             .00

 Rates for this statement period - Overdraft
 Apr 01, 2019   15.250000 %
```

**Signature Bank 183**
**FOIA Confidential Treatment Requested by Signature Bank**