ORIGINAL CHECK HAS COLORED BACKGROUND WITH OPTICAL DETERENT TECHNOLOGY, MICROPRINTING IN THE BORDER AND AN ARTIFICIAL WATERMARK ON THE BACK

**18 MERCER EQUITY INC.**
C/O CRYSTAL REAL ESTATE MANAGEMENT
1441 BROADWAY, SUITE 5047
NEW YORK, NY 10018

SIGNATURE BANK
485 MADISON AVENUE 11TH FLOOR
NEW YORK, NY 10022

1-1357 / 260

| DATE | CHECK NO. | AMOUNT |
|---|---|---|
| 04/04/18 | 005049 | $3,947.88* |

Three thousand nine hundred forty-seven and 88/100 dollars ***

PAY TO THE ORDER OF

GATEGUARD INC.
106 WEST 32ND STREET
2ND FLOOR
NEW YORK, NY 10001

Void After 90 Days

⑈005049⑈ ⑆026013576⑇ 1502968293⑈

ENDORSE CHECK HERE:

DO NOT SIGN / WRITE / STAMP BELOW THIS LINE
FOR FINANCIAL INSTITUTION USAGE ONLY

*FEDERAL RESERVE BOARD OF GOVERNORS REG. CC

Date:04-19-2018  Account:1502968293  Amount:$3,947.88  Serial:5049  Sequence:565778880  TR:26013576  TranCode:0
DbCr:D  Pattern:1  RIC:0

GOVERNMENT EXHIBIT 143
19 Cr. 696 (PAE)

Signature Bank 51
FOIA Confidential Treatment Requested by Signature Bank
http://10.118.11.101/...&PrintTitle=&ViewName=SIGNATURE_ITEM_VIEW&ResultSet=2&PrintOptions=7&ColumnCount=1&_ts=162856[1/9/2020 4:29:14 PM]