NUH
0265553

**Signature Bank**

# Business Profile and Account Application

This application allows you to open up to four accounts provided the account ownership is the same.

## Section 1. Business Client Profile

Business Formation:
☐ Corporation   ☐ LP   ☐ LLP   ☑ LLC   ☐ Partnership   ☐ Unincorp. Association
☐ Sole Prop   ☐ Trust   ☐ Other _____

State: NY   Date Est: 07/12/08   Publicly Traded Exchange_____ Symbol_____ (for Parent Company's)

Account Title: Coney Management LLC A/A/F "See Account Schedule for Multiple Accounts"

| Business Address (never use P.O. Box) 1499 Coney Island Avenue | Room/Floor No. | No. Of Years At Address 8 |
| City Brooklyn | State NY | Zip 11230 |
| Telephone No. (718) 338-2010 | Fax No. (718) 338-7800 | |
| Primary Contact Michael Hass | Relationship To Business Member | Direct Phone Number (718) 338-2010 |

Direct Email Address mh@coneyrealty.com

EIN/SSN No. _____   Opening Deposit: _____ Source of funds: _____

Industry:
☑ Real Estate Owner   ☐ Real Estate - Third Party Mgmt   ☐ Intermediary/Business Managers   ☐ Law Firm
☐ Accounting/CPA Firm   ☐ Not-for-profit   ☐ Financial Co. - Type of Financial Co.: _____
☐ Precious Metals, Gems, Stones   ☐ Produce/Meats   ☐ Other: _____

Detail Description: ☐ Import   ☐ Wholesale   ☐ Retail & Wholesale   ☑ Services Industry   ☐ Capital Raise   ☐ Other _____

Provide a detailed description of the business including products and services offered: Commercial and residential Real Estate _____

List all foreign countries in which the client or its parent/subsidiary transacts its business operations: ☑ N/A _____

## Section 1(a). Taxpayer Identification Number Certification

TAXPAYER IDENTIFICATION NUMBER CERTIFICATION - For US Business Only. Foreign Businesses Should Not Complete this section, but Must Complete and Sign the applicable W-8 Form, which is W-8BEN, W-ECI, W-EXP, or W-IMY.

By signing below, I hereby certify under penalties of perjury that (1) The EIN/SSN number shown on this form is my correct tax identification number, (2) I am not subject to backup withholding, because (a) I am exempt from backup withholding, or (b) I have not been notified by the Internal Revenue Service (IRS) that I am subject to backup withholding as a result of failure to report all interest or dividends, or (c) the IRS has notified me that I am no longer subject to backup withholding, and (3) I am a U.S. citizen or other U.S. person (including a U.S. Resident Alien, Partnership, Corporation, Company, or Association organized in the US or under US law, a U.S. estate and domestic trust as defined in 26 CFR 301.7701-7). Certification instructions: You must cross out item (2) above if you have been notified by the IRS that you are currently subject to backup withholding because you have failed to report all interest and/or dividends on your tax return. The Internal Revenue Service does not require your consent to any provisions of this document other than the certifications required to avoid backup withholding.

Peter Rebenwurzel
Print Name _____   Authorized Signature _____   Date 1/2/15

## Section 1(b). Signature Use Only - Attestation

Client is: ☑ New/Walk-in   ☐ Existing relationship 12 months or less   ☐ Existing relationship greater than 12 months
☐ New/Referral (Referred by: _____)   ☐ Other: _____

| | | | Site Visit | ☑ Completed | ☐ On File |
| Chex Systems | ☑ Completed | ☐ On File | | | |
| OFAC | ☑ Completed | ☐ On File | Telephone Verification | ☑ Completed | ☐ On File |
| I.D. | ☑ Attested | ☐ On File | | | |

Does this account require prior approval before establishing? ☐ Yes ☑ No   Reason: _____

By signing below, I acknowledge that the client has been given Signature's Business Account Agreement & Disclosures booklet and all information provided in this application, and in all other documents provided to Signature in connection with this application, is accurate and correct.

Meyer Eichler
Account Officer Name _____   Account Officer Signature _____   204 PCC   Date 1/5/15

RM Number (bank use only): 0 1 9 7 7 1 1

GOVERNMENT
EXHIBIT
144
19 Cr. 696 (PAE)

# Section 1(c). Signers/Beneficial Owners

Note: Beneficial owners owning 20% or greater of a US formed business (10% or greater for non-US formed businesses) are required to be listed below.
A copy of a valid photo ID is required for all listed. All the names listed will be verified by Chex Systems.

**1**  Name PETER E REBENWURZEL

Check all that apply: ☑ Officer     ☑ Signer     ☑ Beneficial Owner

Title/Role MEMBER     % Ownership 50

☑ US Citizen     ☐ US Resident Alien     ☐ Non-Resident Alien

Home Address 1499 CONEY ISLAND AVENUE

SS# ▮▮▮▮▮▮     Date of Birth 08/05/1952

ID # 316 849 087     Exp. Date 08/05/19

ID Type: ☑ Driver's License ☐ Non-Driver's License ☐ Passport ☐ Other _____

State or Country of ID Issuance NY

Are you now or have you ever been a Foreign Public Official or an immediate family member of an individual holding such an office? ☐ Yes ☑ No

If yes, please specify:

**Bank Use Only**

RM Number   0  0  1  3  4  3  9

**Bank Use Only**

| | Completed | On File |
|---|---|---|
| Chex Systems | ☐ | ☑ |
| OFAC | ☐ Completed | ☑ On File |
| ID | ☐ Attached | ☑ On File |

**2**  Name MICHAEL HAAS

Check all that apply: ☑ Officer     ☑ Signer     ☑ Beneficial Owner

Title/Role MEMBER     % Ownership 50

☑ US Citizen     ☐ US Resident Alien     ☐ Non-Resident Alien

Home Address 1499 CONEY ISLAND AVENUE BROOKLYN, NY 11230

SS# ▮▮▮▮▮▮     Date of Birth 01/31/1975

ID # 178 960 794     Exp. Date 01/31/2021

ID Type: ☑ Driver's License ☐ Non-Driver's License ☐ Passport ☐ Other _____

State or Country of ID Issuance NY

Are you now or have you ever been a Foreign Public Official or an immediate family member of an individual holding such an office? ☐ Yes ☑ No

If yes, please specify:

**Bank Use Only**

RM Number   0  1  3  8  1  7  9

**Bank Use Only**

| | Completed | On File |
|---|---|---|
| Chex Systems | ☐ | ☑ |
| OFAC | ☐ Completed | ☑ On File |
| ID | ☐ Attached | ☑ On File |

**3**  Name EPHRAIM NIERENBERG

Check all that apply: ☐ Officer     ☑ Signer     ☐ Beneficial Owner

Title/Role SIGNER     % Ownership 0

☑ US Citizen     ☐ US Resident Alien     ☐ Non-Resident Alien

Home Address 966 E 23 ST BROOKLYN, NY 11210

SS# ▮▮▮▮▮▮     Date of Birth 01/31/1963

ID # 924 006 444     Exp. Date 01/31/2018

ID Type: ☑ Driver's License ☐ Non-Driver's License ☐ Passport ☐ Other _____

State or Country of ID Issuance NY

Are you now or have you ever been a Foreign Public Official or an immediate family member of an individual holding such an office? ☐ Yes ☑ No

If yes, please specify:

**Bank Use Only**

RM Number   0  2  0  2  8  6  6

**Bank Use Only**

| | Completed | On File |
|---|---|---|
| Chex Systems | ☐ | ☑ |
| OFAC | ☐ Completed | ☑ On File |
| ID | ☐ Attached | ☑ On File |

**4**  Name

Check all that apply: ☐ Officer     ☐ Signer     ☐ Beneficial Owner

Title/Role     % Ownership

☐ US Citizen     ☐ US Resident Alien     ☐ Non-Resident Alien

Home Address

SS#     Date of Birth

ID #     Exp. Date

ID Type: ☐ Driver's License ☐ Non-Driver's License ☐ Passport ☐ Other _____

State or Country of ID Issuance

Are you now or have you ever been a Foreign Public Official or an immediate family member of an individual holding such an office? ☐ Yes ☐ No

If yes, please specify:

**Bank Use Only**

RM Number

**Bank Use Only**

| | Completed | On File |
|---|---|---|
| Chex Systems | ☐ | ☐ |
| OFAC | ☐ Completed | ☐ On File |
| ID | ☐ Attached | ☐ On File |

0265553
019.7711

## Section 2. Account Mailing Address

Account Mailing Address  (complete only for alternate mailing address)

*SAME*

City                                               State                            Zip

## Section 2(a). Account Type

- ☐ Signature Flat Fee Business Checking
- ☐ Monogram Business Checking
- ☐ Signature Business NOW
- ☐ Monogram Business Insured Money Market
- ☐ Time Deposit

- ☐ Escrow Account (Attorney)
  - ☐ Master/Sub-account
  - ☐ IOLA
  - ☐ Standalone
- ☐ Escrow Account (Non-Attorney)
  - ☐ Master/Sub-account
  - ☐ Standalone

- ☐ Monogram Escrow Account
  - ☐ 1031 Escrow
  - ☐ Attorney Escrow
  - ☐ Other _____

- ☐ Monogram Money Market Funds Program (Specify funds below)
  - ☐ Other _____
  - _____
  - _____

The funds in the Monogram Money Market Funds Program are 1) not FDIC insured, 2) not deposits or other obligations of any bank or guaranteed by any bank, and 3) involve investment risks, including possible loss of principal amount invested. Although these funds seek to preserve the value of your investment at $1.00 per share, it is possible to lose money by investing in these funds.

## Section 2(b). ATM Card/Debit Card Option ---------- ▷ Only available for businesses requiring only one authorized signer.

☐ ATM card requested. ☐ Debit card requested (If neither box is selected, no card will be issued)

List all names to receive a card: _____ *N/A*

Is international ATM activity anticipated? ☐ Yes ☐ No  If yes, please state where _____ *N/A*

## Section 3. Internet Services

☒ I would like internet access to the accounts listed on this application. Access will only be granted to authorized signers.
E-mail Address: _____

## Section 4. Agreements & Acknowledgements ············ Client initial required.



**SIGNATURE BANK ACCOUNTS**
By initialing this subsection and signing under Authorized Signers, I attest that I have received, read and agree to the Business Bank Deposit Account Agreement, Business ATM Card and Debit Card Agreement, Business Account Fee Schedule, Funds Transfer Agreement, and the Funds Availability Disclosure.

**INITIAL HERE**

**MONOGRAM MONEY MARKET FUNDS PROGRAM**
By initialing this subsection and signing under Authorized Signers, I attest that I have received, read, and agree to the Monogram Money Market Funds Program For Business Customer Agreement and the prospectus for each Fund selected and I agree to be bound by their respective terms. I request that the Bank, acting as my agent, purchase and redeem shares in the Funds indicated on this application on my behalf in accordance with the above Agreement and I acknowledge that each direction may be in the form of telephone instructions from me.
The funds in the Monogram Money Market Funds Program:
- are NOT FDIC insured.
- are NOT deposits or other obligations of any bank or guaranteed by any bank and
- involve investment risks, including possible loss of principal amount invested.
Although these funds seek to preserve the value of your investment at $1.00 per share, it is possible to lose money by investing in these funds.

200204-0313

0265552
0192711

## Section 4(a). Agreements & Acknowledgements

AUTHORIZED SIGNERS (SIGNATURE CARD): I consider on behalf the applicant I have correctly and truthfully completed this application and have reviewed, read and agree to the above itemized acknowledgements and all applicable agreements in the Signature Business Account Agreements and Disclosures booklet.

**Account Title** Coney Management LLC   A/A/F "See Account Schedule for Multiple Accounts"

| | | | | | |
|---|---|---|---|---|---|
| 1. Print Name Peter E Rebenwurzel | Signature | *[signature]* | Title Member | Date 1/2/15 |
| 2. Print Name Michael Haas | Signature | *[signature]* | Title Member | Date 1/2/15 |
| 3. Print Name Ephraim Nierenberg | Signature | *[signature]* | Title Signer | Date 1/2/15 |
| 4. Print Name | Signature | | Title | Date |

*Sign Here*

### SIGNING AUTHORITY AGREEMENT
I certify that (i) the individuals who have signed above as Authorized Signers are authorized by the applicant to sign this application and have signing authority on the accounts opened pursuant to this application, (ii) the above signatures and titles are those Authorized Signers' signatures and titles with the applicant and (iii) the Authorized Signers are authorized by the applicant to act on the applicant's accounts when signing.

☒ individually or ( ) in the following manner: _____

Note: While the Bank will make reasonable effort to comply with a requirement that more than one Authorized Signer sign on a transaction, the Bank assumes no responsibility for any transaction that is honored that contains the signature of just one Authorized Signer.

SIGN HERE: PETER REBENWURZEL  *[signature]*

*Sign Here*

Must be signed by: Secretary if Corporation or Association; Manager or Managing Member if LLC; General Partner if Partnership, Limited Partnership or LLP; or Owner if Sole proprietorship.

## Section 5. Signature Employee Use Only

Signature Bank/Monogram Money Market Funds Program Account(s)

**Purpose of Account:**
- ☐ Operating  ☐ Payroll  ☐ Private Placement
- ☐ Settlements - Real Estate  ☐ Court Supervised
- ☐ Financial/Investment Services  ☐ Donations/Contributions  ☐ Escrow
- ☐ Other (specify) _____

**Purpose of Account:**
- ☐ Operating  ☐ Payroll  ☐ Private Placement
- ☐ Settlements - Real Estate  ☐ Court Supervised
- ☐ Financial/Investment Services  ☐ Donations/Contributions  ☐ Escrow
- ☐ Other (specify) _____

**Purpose of Account:**
- ☐ Operating  ☐ Payroll  ☐ Private Placement
- ☐ Settlements - Real Estate  ☐ Court Supervised
- ☐ Financial/Investment Services  ☐ Donations/Contributions  ☐ Escrow
- ☐ Other (specify) _____

**Purpose of Account:**
- ☐ Operating  ☐ Payroll  ☐ Private Placement
- ☐ Settlements - Real Estate  ☐ Court Supervised
- ☐ Financial/Investment Services  ☐ Donations/Contributions  ☐ Escrow
- ☐ Other (specify) _____

**Notes:** _____

| CAAR | ☑ Attached | ☐ On File | I.D. | ☑ Attached | ☐ On File |
|---|---|---|---|---|---|
| Chex Systems | ☑ Completed | ☐ On File | OFAC | ☑ Completed | ☐ On File |

Does this account require prior approval before establishing? ☐ Yes  ☒ No   Reason: _____

Account Officer Name _____ (optional)   Account Officer Signature _____

Approving Officer Name _Meyer Eicher_   Approving Officer Signature _____

Profit Center Number 350

(By signing above, I acknowledge that the client has been given Signature's Business Account Agreements & Disclosures booklet and all information provided in this application, and other documents provided to Signature in connection with this application, is accurate and correct.)

**RM Number** _____

FOIA Confidential Treatment Requested by Signature Bank

SDNY_001110

 SIGNATURE BANK

# Additional Account(s) Supplement to
# Business/Non-Personal Account Application

**SIGNATURE USE ONLY**

Signature Bank/Monogram Money Market Funds Program Accounts

1   5   0   3.   2 2 6 5 3 3

1 5 0   3 2 2   6 5 2 5

**RM Number**

0 2 6 5 5 5 3 .

0   1   9   7   7   1   1


200045-0612

P.001

## SUPPLEMENTAL SCHEDULE

This Supplement Schedule is being provided to Signature Bank by Coney Management LLC on the date listed below in accordance with the letter dated September 17, 2014 between Signature Bank and Coney Management LLC to amend the Schedule attached to that letter to include the following Accounts:

| Account Title | Account Number | Company | Company's TIN | Building Address |
|---|---|---|---|---|
| 518 West 204 LLC Coney Management LLC Agent | | 518 West 204 LLC | 822233205 | 518 W 204 Rd STR, New York NY 10434 |
| 518 West 204 LLC by Coney Management LLC Agent Tenant Security | 1503226529 1503226133 | 518 West 804 LLC | 822233985 | 513 W 204th Street New York NY 10034 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

Coney Management LLC

By: _____

Peter E. Rabenwurzel, Member

Date: 09/19/2017

By signing below, I acknowledge that the customer has been given Signature's Business Account Agreements & Disclosures Booklet and all client profile information provided in this application, and all other documents provided to Signature Bank in connection with this application is accurate and current.

_____
Meyer Eickler, SVP & Group Director

Date: 9/20/17

204
PCG #

# 0265553

0197711

SEP-19-2017  23:38

Signature Bank 15
FOIA Confidential Treatment Requested by Signature Bank

SDNY_001112

**Signature SIGNATURE BANK**  **Managing Agent Banking Agreement**

THIS MANAGING AGENT BANKING AGREEMENT (this "Agreement") is made as of _____ 9/20/17 _____ (date), by and among

__Coney Management LLC__ , (Managing Agent), a

☐ corporation ☑ limited liability company ☐ _____ (other), ("Managing Agent") and __518 WEST 204 LLC__ , a
(Owner)

☐ corporation ☑ limited liability company ☐ _____ (other), ("Owner").

Owner is the owner of the property located at __518 W 204th street New York ny 10034__ ("Building").
The Owner and Managing Agent have entered into an agreement in which Managing Agent has agreed to manage the Building for Owner ("Managing Agent Agreement").

The Owner and Managing Agent are entering into this Agreement to authorize the Managing Agent to open at Signature Bank ("Bank") one or more accounts for the benefit of Owner ("Accounts"), to sign all Account opening documents, to deposit into such Accounts funds relating to the Building that are payable to either the Owner or Managing Agent and to make withdrawals from such Accounts to pay Building expenses and make other payments relating to the Building. Owner has signed a W-9 form certifying the Owner's taxpayer identification number, which has been or will be delivered to the Bank.

The Owner authorizes the Bank to recognize the actions or directions of any person or persons designated by the Managing Agent to do the following:
a.   Open one or more deposit accounts in the name of the Managing Agent as managing agent for the Owner ("Account") at the Bank;
b.   Contract for any services offered by the Bank with respect to an Account and the Bank may debit any Account for any fees related to such services on any Account;
c.   Submit for deposit to and/or collection for an Account all checks, drafts, notes or other instruments for the payment of money payable to the Owner, the Managing Agent on behalf of the Owner or the Managing Agent ("Checks"), which the Bank is authorized to accept whether or not endorsed by the Owner, the Managing Agent or any of the person or persons designated by Managing Agent, it being understood that each such Check shall be deemed to be unqualifiedly endorsed by the Owner;
d.   Deposits of currency to the Account;
e.   Sign Checks or other orders with respect to an Account, including Checks or orders in favor of the Managing Agent or any of the person or persons designated by the Managing Agent, and issue stop payment instructions with reference to any such Check or order; and
f.   Withdraw funds from an Account or transfer funds between Accounts, by any means authorized by the Bank.

To induce the Bank to permit the Managing Agent to open and maintain the Accounts in accordance with this Agreement, Owner agrees that it will not bring any claim, demand, complaint, action or litigation against or regarding the Bank with respect to any Check deposited the Accounts or any other transaction by the Managing Agent relating to the Accounts, except for the Bank's gross negligence or willful misconduct. This paragraph shall survive the termination of this Agreement.

The authorization under this agreement shall remain in effect until written notice is received from either the Owner or the Managing Agent by the Bank, which notice has been directed to the Private Client Group managing the Account relationship at the Bank's Financial Center where the Account is located and that Private Client Group has had a reasonable time to act on the notice. Upon termination of this Agreement, the Owner and Managing Agent agree that the Managing Agent shall have no further control over or access to the Accounts. The Bank may, in its sole discretion, close the Account (i) after 30 days written notice or (ii) immediately upon written notice in the event of suspected fraud or other illegal activity in connection with the Account the Bank becomes obligated to close the Account under any statute, rule or regulation or any court or administrative order or decree, and send to the Owner a check payable to the Owner for the Account balance. This Agreement shall be interpreted and construed in accordance with the laws of the State of New York, without regard to the principles of conflict of laws thereof, and any applicable Federal law.

IN WITNESSED WHEREOF, on __19__ day of __September 2017__ the Owner and Managing Agent has each executed this Agreement.

**OWNER**

PETER ROBENWURZEL
Print Owner's Name

By: _____
Authorized Signer's signature

Name/Title: PETER ROBENWURZEL / owner
Print Authorized Signer's Name/Title

**MANAGING AGENT**

PETER ROBENWURZEL
Print Managing Agent's Name

By: _____
Authorized Signer's signature*

Name/Title: PETER ROBENWURZEL / AGENT
Print Authorized Signer's Name/Title

\* Must be signed by manager (or member if not manager) if limited [liability] company and by partner if partnership.

STATE OF NEW YORK}
                       SS:
COUNTY OF __Kings__ }

On this __19__ day of __Sept. 2017__ before me personally appeared __Peter Robenwurzel__ me known, and known to me, or proved to me on the basis of satisfactory evidence, to be the individual whose name is subscribed on the above Agreement either as Owner or as authorized signer of the Owner or if the individual signed as an authorized signer of the Owner that such individual has, or has been given, the title stated above and the authority to sign the Agreement on behalf of the Owner, and the said individual duly acknowledged to me that he/she executed the above Agreement either as the Owner or for and on behalf of and with the authority of the said Owner.

_____
Notary Public

ELADIA ROLON
NOTARY PUBLIC, State of New York
No. 01RO6340796
Qualified in Kings County
Commission Expires April 25, 2020

Account Number _____                               Account Number _____

# 0265553

200196-1015