```
                                            Statement Period
                                            From January   01, 2019
                                            To   January   31, 2019
                                            Page    1 of     5

                                            PRIVATE CLIENT GROUP 204
                                            6321 NEW UTRECHT AVENUE
                                            BROOKLYN, NY 11219


    518 WEST 204 LLC BY                 9-204
    CONEY MANAGEMENT LLC AGENT
    1499 CONEY ISLAND AVENUE
    BROOKLYN NY  11230
                                            See Back for Important Information


                                            Primary Account: 1503226525        21
```

AVOID BUSINESS E-MAIL FINANCIAL FRAUD! PLEASE VISIT THE "PRIVACY & SECURITY"
SECTION LOCATED UNDER THE "ABOUT US" HEADING AT WWW.SIGNATURENY.COM. SELECT
"BUSINESS E-MAIL COMPROMISE" TO READ THE RECENT NEWS FROM THE FEDERAL
BUREAU OF INVESTIGATION REGARDING FRAUD TARGETING BUSINESSES, INCLUDING
GUIDANCE ON WHAT YOU CAN DO TO REDUCE YOUR RISK OF BECOMING A VICTIM.
SIGNATURE BANK BELIEVES THAT THIS IS IMPORTANT NEWS TO SHARE WITH OUR
CLIENTS. WE ARE MAKING IT AVAILABLE TO YOU FOR YOUR INFORMATION AND ANY
ACTION THAT YOU MAY CONSIDER APPROPRIATE.

| Signature Relationship Summary | | Opening Bal. | Closing Bal. |
|---|---|---|---|
| BANK DEPOSIT ACCOUNTS | | | |
| 1503226525    MONOGRAM CHECKING | | 51,900.12 | 45,960.71 |
| RELATIONSHIP | TOTAL | | 45,960.71 |

**Signature Bank 605**
**FOIA Confidential Treatment Requested by Signature Bank**

GOVERNMENT EXHIBIT
145
19 Cr. 696 (PAE)

```
                                                            Statement Period
                                                         From January   01, 2019
                                                         To   January   31, 2019
                                                         Page     2 of     5
```

```
                                                         PRIVATE CLIENT GROUP 204
                                                         6321 NEW UTRECHT AVENUE
                                                         BROOKLYN, NY 11219
```

```
        518 WEST 204 LLC BY              9-204
        CONEY MANAGEMENT LLC AGENT
        1499 CONEY ISLAND AVENUE
        BROOKLYN NY   11230
                                                   See Back for Important Information


                                              Primary Account: 1503226525        21


MONOGRAM CHECKING              1503226525



Summary

 Previous Balance as of January   01, 2019                                    51,900.12
       30 Credits                                                             57,287.38
       26 Debits                                                              63,226.79
 Ending Balance as of    January   31, 2019                                   45,960.71


Deposits and Other Credits
 Jan 02   ACH DEPOSIT         ck/ref no.   1961663                             1,850.00
          518 WEST 204 LLC    SETTLEMENT   000005214398677
          002 0000000000018500090000253298
 Jan 02   ACH DEPOSIT         ck/ref no.   1942443                             2,136.59
          518 WEST 204 LLC    SETTLEMENT   000005195402001
          002 0000000000021365990000253298
 Jan 02   ACH DEPOSIT         ck/ref no.   1889017                             5,187.81
          NYCHA SECTION 8     NYCHA-PROD   6803935
 Jan 03   ACH DEPOSIT         ck/ref no.   2124064                                22.21
          VANCO PAYMENTS      GATEWAY      XX1V42OM1283V5
 Jan 03   ACH DEPOSIT         ck/ref no.   2136157                               621.50
          518 WEST 204 LLC    SETTLEMENT   000005226208897
          005 0000000000050479290000253298
 Jan 03   ACH DEPOSIT         ck/ref no.   2136156                             4,426.42
          518 WEST 204 LLC    SETTLEMENT   000005220600561
 Jan 04   ACH DEPOSIT         ck/ref no.   2305368                               388.05
          518 WEST 204 LLC    SETTLEMENT   000005239722153
          005 0000000000022380590000253298
 Jan 04   ACH DEPOSIT         ck/ref no.   2305367                             1,850.00
          518 WEST 204 LLC    SETTLEMENT   000005234034305
 Jan 07   ACH DEPOSIT         ck/ref no.   2407500                               473.35
          518 WEST 204 LLC    SETTLEMENT   000005250455077
          005 0000000000029841290000253298
 Jan 07   ACH DEPOSIT         ck/ref no.   2407499                             2,510.77
          518 WEST 204 LLC    SETTLEMENT   000005245554529
```

**Signature Bank 606**
**FOIA Confidential Treatment Requested by Signature Bank**

```
                                                              Statement Period
                                                              From January  01, 2019
                                                              To   January  31, 2019
                                                              Page    3 of     5

                                                              PRIVATE CLIENT GROUP 204
                                                              6321 NEW UTRECHT AVENUE
                                                              BROOKLYN, NY 11219


     518 WEST 204 LLC BY                    9-204
     CONEY MANAGEMENT LLC AGENT
     1499 CONEY ISLAND AVENUE
     BROOKLYN NY   11230
                                                              See Back for Important Information


                                            Primary Account: 1503226525         21


Jan 08  ACH DEPOSIT             ck/ref no.  2552537                                 344.00
        518 WEST 204 LLC    SETTLEMENT    000005265354569
        005 00000000000512085900025329
Jan 08  ACH DEPOSIT             ck/ref no.  2552536                               4,776.85
        518 WEST 204 LLC    SETTLEMENT    000005257110297
Jan 08  ONLINE TRANSFER CR                                                        3,650.00
        ONLINE XFR FROM: 1503306464
Jan 09  ACH DEPOSIT             ck/ref no.  2675121                                 388.20
        518 WEST 204 LLC    SETTLEMENT    000005270256825
        002 00000000000388209000253298
Jan 10  ACH DEPOSIT             ck/ref no.  2831740                               1,180.00
        518 WEST 204 LLC    SETTLEMENT    000005277060277
        002 00000000001180009000253298
Jan 11  ACH DEPOSIT             ck/ref no.  2980117                               3,328.25
        518 WEST 204 LLC    SETTLEMENT    000005281342405
        005 00000000007573259000253298
Jan 11  ACH DEPOSIT             ck/ref no.  2980116                               4,245.00
        518 WEST 204 LLC    SETTLEMENT    000005279458793
Jan 14  ACH DEPOSIT             ck/ref no.  3064622                               1,162.72
        518 WEST 204 LLC    SETTLEMENT    000005287494217
Jan 14  ACH DEPOSIT             ck/ref no.  3064623                               2,150.00
        518 WEST 204 LLC    SETTLEMENT    000005287626977
        005 00000000003312729000253298
Jan 15  ACH DEPOSIT             ck/ref no.  3250375                               4,500.00
        518 WEST 204 LLC    SETTLEMENT    000005295352689
        002 00000000004500009000253298
Jan 16  ACH DEPOSIT             ck/ref no.  3363963                                 609.50
        518 WEST 204 LLC    SETTLEMENT    000005300405137
        002 00000000000609509000253298
Jan 17  ACH DEPOSIT             ck/ref no.  3476820                                  81.86
        518 WEST 204 LLC    SETTLEMENT    000005305266425
Jan 17  ACH DEPOSIT             ck/ref no.  3476821                                 141.70
        518 WEST 204 LLC    SETTLEMENT    000005305338997
        005 00000000000223569000253298
Jan 22  ACH DEPOSIT             ck/ref no.  3731131                                 473.35
        518 WEST 204 LLC    SETTLEMENT    000005314796977
        002 00000000000473359000253298
Jan 23  ACH DEPOSIT             ck/ref no.  3889069                                 537.50
        518 WEST 204 LLC    SETTLEMENT    000005321288641
```

**Signature Bank 607**
**FOIA Confidential Treatment Requested by Signature Bank**

```
                                                          PRIVATE CLIENT GROUP 204
                                                          6321 NEW UTRECHT AVENUE
                                                          BROOKLYN, NY 11219


     518 WEST 204 LLC BY                    9-204
     CONEY MANAGEMENT LLC AGENT
     1499 CONEY ISLAND AVENUE
     BROOKLYN NY   11230
                                                          See Back for Important Information


                                         Primary Account: 1503226525        21

 Jan 23  ACH DEPOSIT          ck/ref no.   3889070                                 1,750.00
         518 WEST 204 LLC     SETTLEMENT   000005323458821
         005 000000000002287509000253298
 Jan 28  ACH DEPOSIT          ck/ref no.   4309938                                 1,075.00
         518 WEST 204 LLC     SETTLEMENT   000005337719769
         002 000000000001075009000253298
 Jan 29  ACH DEPOSIT          ck/ref no.   4432479                                 5,017.25
         518 WEST 204 LLC     SETTLEMENT   000005347920841
         002 000000000005017259000253298
 Jan 30  ACH DEPOSIT          ck/ref no.   4562536                                   609.50
         518 WEST 204 LLC     SETTLEMENT   000005354100717
         005 000000000002409509000253298
 Jan 30  ACH DEPOSIT          ck/ref no.   4562535                                 1,800.00
         518 WEST 204 LLC     SETTLEMENT   000005350792433

Withdrawals and Other Debits
 Jan 02  ONLINE TRANSFER DR                                                        2,700.00
         ONLINE XFR TO: 1502403776
 Jan 10  LOAN PAYMENT    CLPAYMENT                                                25,815.38
         TRANSFER TO LOANS       0033728
 Jan 14  AUTOMATED PAYMENT     ck/ref no.   3051737                                  222.54
         CON ED OF NY      INTELL CK     481117044500064
 Jan 16  AUTOMATED PAYMENT     ck/ref no.   3337925                                  253.78
         TIME WARNER CABL    CABLE PAY    0010334395  SPA
 Jan 16  AUTOMATED PAYMENT     ck/ref no.   3362909                                3,328.25
         518 WEST 204 LLC     RETURN    000005299574345

Checks by Serial Number
 Jan 18      515              447.48    Jan 18     536            315.74
 Jan 03      518 *            244.97    Jan 17     537            100.00
 Jan 03      521 *          2,180.00    Jan 16     538          5,000.00
 Jan 03      526 *            100.00    Jan 22     540 *          832.91
 Jan 07      527            4,000.00    Jan 31     541            144.00
 Jan 04      528               93.38    Jan 25     542          1,995.00
 Jan 14      529            4,550.00    Jan 25     544 *           10.00
 Jan 22      531 *            875.00    Jan 31     545            305.00
 Jan 15      532               93.05    Jan 29     546            217.75
 Jan 16      534 *          8,059.02    Jan 25     549 *          766.50
 Jan 16      535              577.04

         * Indicates break in check sequence
```

**Signature Bank 608**
**FOIA Confidential Treatment Requested by Signature Bank**

```
                                                          Statement Period
                                                          From January   01, 2019
                                                          To   January   31, 2019
                                                          Page    5 of     5

                                                   PRIVATE CLIENT GROUP 204
                                                   6321 NEW UTRECHT AVENUE
                                                   BROOKLYN, NY 11219


        518 WEST 204 LLC BY                9-204
        CONEY MANAGEMENT LLC AGENT
        1499 CONEY ISLAND AVENUE
        BROOKLYN NY   11230
                                                   See Back for Important Information

                                             Primary Account: 1503226525         21

Daily Balances
  Dec 31         51,900.12            Jan 16         40,483.93
  Jan 02         58,374.52            Jan 17         40,607.49
  Jan 03         60,919.68            Jan 18         39,844.27
  Jan 04         63,064.35            Jan 22         38,609.71
  Jan 07         62,048.47            Jan 23         40,897.21
  Jan 08         70,819.32            Jan 25         38,125.71
  Jan 09         71,207.52            Jan 28         39,200.71
  Jan 10         46,572.14            Jan 29         44,000.21
  Jan 11         54,145.39            Jan 30         46,409.71
  Jan 14         52,685.57            Jan 31         45,960.71
  Jan 15         57,092.52

Rates for this statement period - Overdraft
Jan 01, 2019   15.250000 %
```

**Signature Bank 609**
**FOIA Confidential Treatment Requested by Signature Bank**

```
                                                    Statement Period
                                                    From February  01, 2019
                                                    To   February  28, 2019
                                                    Page     1 of      5

                                                    PRIVATE CLIENT GROUP 204
                                                    6321 NEW UTRECHT AVENUE
                                                    BROOKLYN, NY 11219


     518 WEST 204 LLC BY                 9-204
     CONEY MANAGEMENT LLC AGENT
     1499 CONEY ISLAND AVENUE
     BROOKLYN NY   11230
                                                    See Back for Important Information


                                                    Primary Account: 1503226525        15

        AVOID BUSINESS E-MAIL FINANCIAL FRAUD! PLEASE VISIT THE "PRIVACY & SECURITY"
        SECTION LOCATED UNDER THE "ABOUT US" HEADING AT WWW.SIGNATURENY.COM. SELECT
        "BUSINESS E-MAIL COMPROMISE" TO READ THE RECENT NEWS FROM THE FEDERAL
        BUREAU OF INVESTIGATION REGARDING FRAUD TARGETING BUSINESSES, INCLUDING
        GUIDANCE ON WHAT YOU CAN DO TO REDUCE YOUR RISK OF BECOMING A VICTIM.
        SIGNATURE BANK BELIEVES THAT THIS IS IMPORTANT NEWS TO SHARE WITH OUR
        CLIENTS. WE ARE MAKING IT AVAILABLE TO YOU FOR YOUR INFORMATION AND ANY
        ACTION THAT YOU MAY CONSIDER APPROPRIATE.

Signature Relationship Summary                      Opening Bal.             Closing Bal.

BANK DEPOSIT ACCOUNTS
1503226525      MONOGRAM CHECKING                       45,960.71                43,250.74

        RELATIONSHIP          TOTAL                                              43,250.74
```

**Signature Bank 610**
**FOIA Confidential Treatment Requested by Signature Bank**

```
                                                         Statement Period
                                                         From February  01, 2019
                                                         To   February  28, 2019
                                                         Page    2 of     5

                                                         PRIVATE CLIENT GROUP 204
                                                         6321 NEW UTRECHT AVENUE
                                                         BROOKLYN, NY 11219


        518 WEST 204 LLC BY                9-204
        CONEY MANAGEMENT LLC AGENT
        1499 CONEY ISLAND AVENUE
        BROOKLYN NY   11230
                                                      See Back for Important Information


                                              Primary Account: 1503226525            15


MONOGRAM CHECKING              1503226525



Summary

  Previous Balance as of February  01, 2019                                    45,960.71
        22 Credits                                                             49,193.26
        21 Debits                                                              51,903.23
  Ending Balance as of   February  28, 2019                                    43,250.74


Deposits and Other Credits
  Feb 01  ACH DEPOSIT             ck/ref no.   4744632                          5,125.45
          NYCHA SECTION 8     NYCHA-PROD     6830921
  Feb 01  ACH DEPOSIT             ck/ref no.   4902632                          7,225.83
          518 WEST 204 LLC    SETTLEMENT     000005362382405
          002 000000000007225839000253298
  Feb 04  ACH DEPOSIT             ck/ref no.   4979403                            139.30
          VANCO PAYMENTS      GATEWAY        XX1V42RD14WTNQ
  Feb 04  ACH DEPOSIT             ck/ref no.   4993530                          5,519.68
          518 WEST 204 LLC    SETTLEMENT     000005376544037
          002 000000000005519689000253298
  Feb 05  ACH DEPOSIT             ck/ref no.   5151141                          2,128.25
          518 WEST 204 LLC    SETTLEMENT     000005397901029
          002 000000000002128259000253298
  Feb 06  ACH DEPOSIT             ck/ref no.   5291186                            378.21
          518 WEST 204 LLC    SETTLEMENT     000005416247713
  Feb 06  ACH DEPOSIT             ck/ref no.   5291187                          3,261.55
          518 WEST 204 LLC    SETTLEMENT     000005417982821
          005 000000000003639769000253298
  Feb 07  ACH DEPOSIT             ck/ref no.   5409704                            174.00
          518 WEST 204 LLC    SETTLEMENT     000005424321081
  Feb 07  ACH DEPOSIT             ck/ref no.   5409705                            388.05
          518 WEST 204 LLC    SETTLEMENT     000005425467541
          007 000000000002112059000253298
  Feb 07  ACH DEPOSIT             ck/ref no.   5409703                          1,550.00
          518 WEST 204 LLC    SETTLEMENT     000005424256105
```

**Signature Bank 611**
**FOIA Confidential Treatment Requested by Signature Bank**

PRIVATE CLIENT GROUP 204
6321 NEW UTRECHT AVENUE
BROOKLYN, NY 11219

```
518 WEST 204 LLC BY              9-204
CONEY MANAGEMENT LLC AGENT
1499 CONEY ISLAND AVENUE
BROOKLYN NY  11230
```

See Back for Important Information

Primary Account: 1503226525        15

```
 Feb 08  ACH DEPOSIT           ck/ref no.   5562122                          151.60
         518 WEST 204 LLC    SETTLEMENT   000005431229989
         005 00000000000230160900025329 8
 Feb 08  ACH DEPOSIT           ck/ref no.   5562121                        2,150.00
         518 WEST 204 LLC    SETTLEMENT   000005431094021
 Feb 11  ACH DEPOSIT           ck/ref no.   5639644                        1,800.00
         518 WEST 204 LLC    SETTLEMENT   000005436539541
         005 00000000000536385900025329 8
 Feb 11  ACH DEPOSIT           ck/ref no.   5639643                        3,563.85
         518 WEST 204 LLC    SETTLEMENT   000005436222389
 Feb 12  ACH DEPOSIT           ck/ref no.   5787412                        2,050.00
         518 WEST 204 LLC    SETTLEMENT   000005447332253
         005 00000000000580000900025329 8
 Feb 12  ACH DEPOSIT           ck/ref no.   5787411                        3,750.00
         518 WEST 204 LLC    SETTLEMENT   000005441199057
 Feb 19  ACH DEPOSIT           ck/ref no.   6331822                          537.50
         518 WEST 204 LLC    SETTLEMENT   000005463664353
 Feb 19  ACH DEPOSIT           ck/ref no.   6331823                          609.50
         518 WEST 204 LLC    SETTLEMENT   000005466028289
         005 00000000001147009000253298
 Feb 20  ACH DEPOSIT           ck/ref no.   6468594                        1,636.07
         518 WEST 204 LLC    SETTLEMENT   000005476393421
         005 00000000000481607900025329 8
 Feb 20  ACH DEPOSIT           ck/ref no.   6468593                        3,180.00
         518 WEST 204 LLC    SETTLEMENT   000005471805817
 Feb 25  ACH DEPOSIT           ck/ref no.   6839331                        1,075.00
         518 WEST 204 LLC    SETTLEMENT   000005492020733
         002 00000000001075009000253298
 Feb 27  ACH DEPOSIT           ck/ref no.   7065834                        2,799.42
         518 WEST 204 LLC    SETTLEMENT   000005504455853
         002 00000000002799429000253298

Withdrawals and Other Debits
 Feb 01  ONLINE TRANSFER DR                                                2,700.00
         ONLINE XFR TO: 1502403776
 Feb 05  AUTOMATED PAYMENT     ck/ref no.   5135268                           25.00
         CLICKPAY          PROPRTYPAY    15812059
         A1902020149_NA2LM6
 Feb 11  LOAN PAYMENT    CLPAYMENT                                        25,815.38
         TRANSFER TO LOANS           0033728
```

**Signature Bank 612**
**FOIA Confidential Treatment Requested by Signature Bank**

```
                                                    Statement Period
                                                    From February  01, 2019
                                                    To   February  28, 2019
                                                    Page    4 of    5

                                                    PRIVATE CLIENT GROUP 204
                                                    6321 NEW UTRECHT AVENUE
                                                    BROOKLYN, NY 11219


      518 WEST 204 LLC BY                 9-204
      CONEY MANAGEMENT LLC AGENT
      1499 CONEY ISLAND AVENUE
      BROOKLYN NY   11230
                                                     See Back for Important Information


                                            Primary Account: 1503226525          15

 Feb 12  AUTOMATED PAYMENT      ck/ref no.  5765262                            622.95
         CON ED OF NY      INTELL CK   481117044500064
 Feb 15  AUTOMATED PAYMENT      ck/ref no.  6230791                          1,950.00
         518 WEST 204 LLC  RETURN      000005459500169
 Feb 19  AUTOMATED PAYMENT      ck/ref no.  6329845                            119.96
         TIME WARNER CABL  CABLE PAY  0010334395  SPA
Checks by Serial Number
 Feb 01       539          1,750.00   Feb 11      556               93.34
 Feb 05       543 *        2,005.59   Feb 13      560 *            117.57
 Feb 08       547 *          103.43   Feb 27      561            4,000.00
 Feb 01       548            100.00   Feb 25      562            2,162.13
 Feb 05       551 *          100.00   Feb 27      564 *            300.00
 Feb 01       552          2,050.00   Feb 21      565            3,097.88
 Feb 07       554 *          100.00   Feb 25      566              700.00
 Feb 14       555          3,990.00

            * Indicates break in check sequence

Daily Balances
 Jan 31      45,960.71              Feb 13      49,733.22
 Feb 01      51,711.99              Feb 14      45,743.22
 Feb 04      57,370.97              Feb 15      43,793.22
 Feb 05      57,368.63              Feb 19      44,820.26
 Feb 06      61,008.39              Feb 20      49,636.33
 Feb 07      63,020.44              Feb 21      46,538.45
 Feb 08      65,218.61              Feb 25      44,751.32
 Feb 11      44,673.74              Feb 27      43,250.74
 Feb 12      49,850.79
```

**Signature Bank 613**
**FOIA Confidential Treatment Requested by Signature Bank**

```
                                            Statement Period
                                            From February  01, 2019
                                            To   February  28, 2019
                                            Page     5 of     5

                                            PRIVATE CLIENT GROUP 204
                                            6321 NEW UTRECHT AVENUE
                                            BROOKLYN, NY 11219


      518 WEST 204 LLC BY              9-204
      CONEY MANAGEMENT LLC AGENT
      1499 CONEY ISLAND AVENUE
      BROOKLYN NY   11230
                                                 See Back for Important Information


                                            Primary Account: 1503226525         15
```

Rates for this statement period - Overdraft
Feb 01, 2019   15.250000 %

**Signature Bank 614**
**FOIA Confidential Treatment Requested by Signature Bank**

```
                                                         Statement Period
                                                         From March    01, 2019
                                                         To   March   31, 2019
                                                         Page    1 of    5

                                                  PRIVATE CLIENT GROUP 204
                                                  6321 NEW UTRECHT AVENUE
                                                  BROOKLYN, NY 11219


        518 WEST 204 LLC BY                 9-204
        CONEY MANAGEMENT LLC AGENT
        1499 CONEY ISLAND AVENUE
        BROOKLYN NY  11230
                                                  See Back for Important Information

                                          Primary Account: 1503226525         15

        AVOID BUSINESS E-MAIL FINANCIAL FRAUD! PLEASE VISIT THE "PRIVACY & SECURITY"
        SECTION LOCATED UNDER THE "ABOUT US" HEADING AT WWW.SIGNATURENY.COM. SELECT
        "BUSINESS E-MAIL COMPROMISE" TO READ THE RECENT NEWS FROM THE FEDERAL
        BUREAU OF INVESTIGATION REGARDING FRAUD TARGETING BUSINESSES, INCLUDING
        GUIDANCE ON WHAT YOU CAN DO TO REDUCE YOUR RISK OF BECOMING A VICTIM.
        SIGNATURE BANK BELIEVES THAT THIS IS IMPORTANT NEWS TO SHARE WITH OUR
        CLIENTS. WE ARE MAKING IT AVAILABLE TO YOU FOR YOUR INFORMATION AND ANY
        ACTION THAT YOU MAY CONSIDER APPROPRIATE.

Signature Relationship Summary                    Opening Bal.         Closing Bal.

BANK DEPOSIT ACCOUNTS
1503226525      MONOGRAM CHECKING                    43,250.74            25,176.11

         RELATIONSHIP         TOTAL                                       25,176.11
```

**Signature Bank 615**
**FOIA Confidential Treatment Requested by Signature Bank**

```
                                                        Statement Period
                                                        From March    01, 2019
                                                        To   March    31, 2019
                                                        Page     2 of     5

                                                        PRIVATE CLIENT GROUP 204
                                                        6321 NEW UTRECHT AVENUE
                                                        BROOKLYN, NY 11219


        518 WEST 204 LLC BY              9-204
        CONEY MANAGEMENT LLC AGENT
        1499 CONEY ISLAND AVENUE
        BROOKLYN NY  11230
                                                        See Back for Important Information


                                                        Primary Account: 1503226525        15


   MONOGRAM CHECKING           1503226525



  Summary

   Previous Balance as of March    01, 2019                                    43,250.74
         23 Credits                                                            48,970.04
         22 Debits                                                             67,044.67
   Ending Balance as of   March    31, 2019                                    25,176.11


  Deposits and Other Credits
   Mar 01  ACH DEPOSIT          ck/ref no.   7405151                            4,594.41
           518 WEST 204 LLC    SETTLEMENT    000005516570977
           002 00000000000459441900000253298
   Mar 01  ACH DEPOSIT          ck/ref no.   7323192                            5,125.45
           NYCHA SECTION 8     NYCHA-PROD    6856798
   Mar 04  ACH DEPOSIT          ck/ref no.   7524337                            2,400.00
           518 WEST 204 LLC    SETTLEMENT    000005540992213
           005 00000000000678250900000253298
   Mar 04  ACH DEPOSIT          ck/ref no.   7524336                            4,382.50
           518 WEST 204 LLC    SETTLEMENT    000005531572913
   Mar 05  ACH DEPOSIT          ck/ref no.   7650013                              139.30
           VANCO PAYMENTS      GATEWAY       XX1V42U817MNEM
   Mar 05  ACH DEPOSIT          ck/ref no.   7667829                              208.00
           518 WEST 204 LLC    SETTLEMENT    000005553317425
   Mar 05  ACH DEPOSIT          ck/ref no.   7667830                            2,982.45
           518 WEST 204 LLC    SETTLEMENT    000005565424553
           005 00000000000319045900000253298
   Mar 06  ACH DEPOSIT          ck/ref no.   7819097                              172.00
           518 WEST 204 LLC    SETTLEMENT    000005574315993
           002 00000000000017200900000253298
   Mar 07  ACH DEPOSIT          ck/ref no.   7938533                            1,137.18
           518 WEST 204 LLC    SETTLEMENT    000005583353385
           002 00000000000113718900000253298
   Mar 08  ACH DEPOSIT          ck/ref no.   8091811                            5,577.75
           518 WEST 204 LLC    SETTLEMENT    000005586283245
```

**Signature Bank 616**
**FOIA Confidential Treatment Requested by Signature Bank**

PRIVATE CLIENT GROUP 204
6321 NEW UTRECHT AVENUE
BROOKLYN, NY 11219

```
518 WEST 204 LLC BY                9-204
CONEY MANAGEMENT LLC AGENT
1499 CONEY ISLAND AVENUE
BROOKLYN NY   11230
```

See Back for Important Information

Primary Account: 1503226525        15

```
Date           Description
       002 00000000000557775900 0253298
Mar 11 ACH DEPOSIT         ck/ref no.  8167881                              1,166.72
       518 WEST 204 LLC    SETTLEMENT   000005595797601
       005 00000000000238557900 0253298
Mar 11 ACH DEPOSIT         ck/ref no.  8167880                              1,218.85
       518 WEST 204 LLC    SETTLEMENT   000005592361533
Mar 12 ACH DEPOSIT         ck/ref no.  8334674                              2,026.20
       518 WEST 204 LLC    SETTLEMENT   000005604868793
       005 00000000000500620900 0253298
Mar 12 ACH DEPOSIT         ck/ref no.  8334673                              2,980.00
       518 WEST 204 LLC    SETTLEMENT   000005599059117
Mar 13 ACH DEPOSIT         ck/ref no.  8463459                              2,295.00
       518 WEST 204 LLC    SETTLEMENT   000005610588277
       002 00000000000229500900 0253298
Mar 14 ACH DEPOSIT         ck/ref no.  8572382                                388.05
       518 WEST 204 LLC    SETTLEMENT   000005616135501
       002 00000000000038805900 0253298
Mar 18 ACH DEPOSIT         ck/ref no.  8888900                                609.50
       518 WEST 204 LLC    SETTLEMENT   000005624736261
       005 00000000000277900900 0253298
Mar 18 ACH DEPOSIT         ck/ref no.  8888899                              2,169.50
       518 WEST 204 LLC    SETTLEMENT   000005622784837
Mar 20 ACH DEPOSIT         ck/ref no.  9127029                                473.35
       518 WEST 204 LLC    SETTLEMENT   000005638292553
       002 00000000000047335900 0253298
Mar 25 ACH DEPOSIT         ck/ref no.  9446004                              3,075.00
       518 WEST 204 LLC    SETTLEMENT   000005651088321
       002 00000000000307500900 0253298
Mar 26 ACH DEPOSIT         ck/ref no.  9554773                              1,800.00
       518 WEST 204 LLC    SETTLEMENT   000005663640321
       002 00000000000180000900 0253298
Mar 27 ACH DEPOSIT         ck/ref no.  9678020                              2,050.00
       518 WEST 204 LLC    SETTLEMENT   000005667235025
       002 00000000000205000900 0253298
Mar 29 ACH DEPOSIT         ck/ref no.  9959434                              1,998.83
       518 WEST 204 LLC    SETTLEMENT   000005681208913
       002 00000000000199883900 0253298
```

```
                                                         Statement Period
                                                         From March    01, 2019
                                                         To   March   31, 2019
                                                         Page     4 of     5

                                                         PRIVATE CLIENT GROUP 204
                                                         6321 NEW UTRECHT AVENUE
                                                         BROOKLYN, NY 11219


       518 WEST 204 LLC BY                   9-204
       CONEY MANAGEMENT LLC AGENT
       1499 CONEY ISLAND AVENUE
       BROOKLYN NY   11230
                                                         See Back for Important Information

                                                  Primary Account: 1503226525        15


Withdrawals and Other Debits
 Mar 01  ONLINE TRANSFER DR                                                        2,700.00
         ONLINE XFR TO: 1502403776
 Mar 05  AUTOMATED PAYMENT     ck/ref no.   7675966                                   25.00
         CLICKPAY          PROPRTYPAY     16077389
         A1903020705_DU0YF3
 Mar 06  AUTOMATED PAYMENT     ck/ref no.   7776387                                8,933.46
         CON ED OF NY      INTELL CK     481117404201006
 Mar 11  LOAN PAYMENT    CLPAYMENT                                                24,274.76
         TRANSFER TO LOANS           0033728
 Mar 14  AUTOMATED PAYMENT     ck/ref no.   8541646                                  501.88
         CON ED OF NY      INTELL CK     481117044500064
 Mar 18  AUTOMATED PAYMENT     ck/ref no.   8883331                                  119.96
         TIME WARNER CABL  CABLE PAY     0010334395  SPA
 Mar 18  AUTOMATED PAYMENT     ck/ref no.   8884033                                  652.40
         NYC ECB FINES     ECB FINES     C     74264547

Checks by Serial Number
 Mar 29         1        18,000.00     Mar 12      572         1,180.93
 Mar 05       550 *         100.00     Mar 11      574 *         380.00
 Mar 01       558 *         762.13     Mar 12      575         1,400.00
 Mar 01       563 *       2,005.59     Mar 15      576           600.00
 Mar 08       567 *         322.76     Mar 28      577         2,005.59
 Mar 01       568           600.00     Mar 27      578         1,200.00
 Mar 12       570 *          81.40     Mar 29      579           600.00
 Mar 28       571           598.81

           * Indicates break in check sequence
```

PRIVATE CLIENT GROUP 204
6321 NEW UTRECHT AVENUE
BROOKLYN, NY 11219

```
518 WEST 204 LLC BY              9-204
CONEY MANAGEMENT LLC AGENT
1499 CONEY ISLAND AVENUE
BROOKLYN NY   11230
```

See Back for Important Information

Primary Account: 1503226525          15

Daily Balances

| Date | Balance | Date | Balance |
|---|---|---|---|
| Feb 28 | 43,250.74 | Mar 14 | 36,776.69 |
| Mar 01 | 46,902.88 | Mar 15 | 36,176.69 |
| Mar 04 | 53,685.38 | Mar 18 | 38,183.33 |
| Mar 05 | 56,890.13 | Mar 20 | 38,656.68 |
| Mar 06 | 48,128.67 | Mar 25 | 41,731.68 |
| Mar 07 | 49,265.85 | Mar 26 | 43,531.68 |
| Mar 08 | 54,520.84 | Mar 27 | 44,381.68 |
| Mar 11 | 32,251.65 | Mar 28 | 41,777.28 |
| Mar 12 | 34,595.52 | Mar 29 | 25,176.11 |
| Mar 13 | 36,890.52 | | |

Rates for this statement period - Overdraft
Mar 01, 2019   15.250000 %

**Signature Bank 619**
**FOIA Confidential Treatment Requested by Signature Bank**

```
                                                              Statement Period
                                                              From April     01, 2019
                                                              To   April    30, 2019
                                                              Page    1 of     3

                                                      PRIVATE CLIENT GROUP 204
                                                      6321 NEW UTRECHT AVENUE
                                                      BROOKLYN, NY 11219


     518 WEST 204 LLC BY                  8-204
     CONEY MANAGEMENT LLC AGENT
     1499 CONEY ISLAND AVENUE
     BROOKLYN NY  11230
                                                       See Back for Important Information


                                             Primary Account: 1503226525             0

        AVOID BUSINESS E-MAIL FINANCIAL FRAUD! PLEASE VISIT THE "PRIVACY & SECURITY"
        SECTION LOCATED UNDER THE "ABOUT US" HEADING AT WWW.SIGNATURENY.COM. SELECT
        "BUSINESS E-MAIL COMPROMISE" TO READ THE RECENT NEWS FROM THE FEDERAL
        BUREAU OF INVESTIGATION REGARDING FRAUD TARGETING BUSINESSES, INCLUDING
        GUIDANCE ON WHAT YOU CAN DO TO REDUCE YOUR RISK OF BECOMING A VICTIM.
        SIGNATURE BANK BELIEVES THAT THIS IS IMPORTANT NEWS TO SHARE WITH OUR
        CLIENTS. WE ARE MAKING IT AVAILABLE TO YOU FOR YOUR INFORMATION AND ANY
        ACTION THAT YOU MAY CONSIDER APPROPRIATE.

Signature Relationship Summary                      Opening Bal.          Closing Bal.

BANK DEPOSIT ACCOUNTS
1503226525     MONOGRAM CHECKING                       25,176.11                  .00

        RELATIONSHIP         TOTAL                                                .00
```

**Signature Bank 620**
**FOIA Confidential Treatment Requested by Signature Bank**

```
                                                      Statement Period
                                                      From April    01, 2019
                                                      To   April    30, 2019
                                                      Page     2 of    3

                                              PRIVATE CLIENT GROUP 204
                                              6321 NEW UTRECHT AVENUE
                                              BROOKLYN, NY 11219


      518 WEST 204 LLC BY              8-204
      CONEY MANAGEMENT LLC AGENT
      1499 CONEY ISLAND AVENUE
      BROOKLYN NY  11230
                                              See Back for Important Information


                                        Primary Account: 1503226525          0


MONOGRAM CHECKING            1503226525



Summary

 Previous Balance as of April   01, 2019                                25,176.11
      6 Credits                                                         32,656.59
      4 Debits                                                          57,832.70
 Ending Balance as of  April   30, 2019                                      .00


Deposits and Other Credits
 Apr 01  ACH DEPOSIT           ck/ref no.    22557                       5,177.61
         NYCHA SECTION 8    NYCHA-PROD    6882536
 Apr 01  RETURNED CHECK                                                 18,000.00
 Apr 02  ACH DEPOSIT           ck/ref no.   213854                         139.30
         VANCO PAYMENTS    GATEWAY       XX1V42WX1A32AU
 Apr 02  ACH DEPOSIT           ck/ref no.   221561                         762.50
         518 WEST 204 LLC   SETTLEMENT    000005713514413
         005 000000000008202509000253298
 Apr 02  ACH DEPOSIT           ck/ref no.   221560                       7,440.00
         518 WEST 204 LLC   SETTLEMENT    000005696874549
 Apr 03  ACH DEPOSIT           ck/ref no.   379913                       1,137.18
         518 WEST 204 LLC   SETTLEMENT    000005724257589
         002 000000000001137189000253298

Withdrawals and Other Debits
 Apr 01  ONLINE TRANSFER DR                                              2,700.00
         ONLINE XFR TO: 1502403776
 Apr 02  TELEPHONE XFER DR                                              26,000.00
         TELEPHONE TRANSFER TO: 1503504002
 Apr 03  AUTOMATED PAYMENT     ck/ref no.   333081                      12,907.88
         CON ED OF NY     INTELL CK     481117404201006
 Apr 08  ONLINE TRANSFER DR                                             16,224.82
         ONLINE XFR TO: 1503504002
```

**Signature Bank 621**
**FOIA Confidential Treatment Requested by Signature Bank**

```
                                                       Statement Period
                                                       From April    01, 2019
                                                       To   April    30, 2019
                                                       Page      3 of    3

                                                       PRIVATE CLIENT GROUP 204
                                                       6321 NEW UTRECHT AVENUE
                                                       BROOKLYN, NY 11219


      518 WEST 204 LLC BY                8-204
      CONEY MANAGEMENT LLC AGENT
      1499 CONEY ISLAND AVENUE
      BROOKLYN NY  11230
                                                       See Back for Important Information


                                                       Primary Account: 1503226525           0

Daily Balances
 Mar 31          25,176.11              Apr 03           16,224.82
 Apr 01          45,653.72              Apr 08                 .00
 Apr 02          27,995.52

Rates for this statement period - Overdraft
Apr 01, 2019   15.250000 %
```

**Signature Bank 622**
**FOIA Confidential Treatment Requested by Signature Bank**