



Date:02-12-2018  Account:1503226525  Amount:$3,600.00  Serial:201  Sequence:491450110  TR:26013576  TranCode:0
DbCr:D  Pattern:1  RIC:0

**GOVERNMENT EXHIBIT 146**
19 Cr. 696 (PAE)

**Signature Bank 257**
**FOIA Confidential Treatment Requested by Signature Bank**

http://10.118.11.101/...&PrintTitle=&ViewName=SIGNATURE_ITEM_VIEW&ResultSet=2&PrintOptions=7&ColumnCount=1&_ts=162213[1/9/2020 4:22:31 PM]