**Account Configuration**

## ITEM REPORT DETAILS (Transaction Information)

| | | | |
|---|---|---|---|
| Date | 2019/03/29 | Credit/Debit | DEBIT |
| Amount | $18,000.00 | Check No. | 1 |
| Trace | 00000000000942041820 | | |

**Suspicious Level: 100 %**

**Reason** Fraud/Counterfeit

**Notes** reject fraud confirmed with client Mon 4/1/2019 12:47 PM

| Failed Tests | Passed Tests | Not Run Tests |
|---|---|---|

| Value | Name | Type |
|---|---|---|
| -100 | Signature Verification | IA |
| -100 | Check Background Verification | IA |
| -100 | Check Number Out of Range | TA |
| -100 | Daily Amount Out Of Range (based on trans type) | TA |
| -100 | Transaction Amount Out of Pattern | TA |

GOVERNMENT
EXHIBIT
147
19 Cr. 696 (PAE)

**Add to References**

**Item Image** ● Front ○ Back

518 WEST 205 LLC
% CONEY REALTY
1499 CONEY ISLAND AVE
BROOKLYN, NY 11223

SIGNATURE BANK
436 Madison Ave, 11th Floor
New York, NY   10022

Eighteen Thousand and 00 dollars.

DATE      CHECK NO   AMOUNT
3-28-19      001       $18,000.00

Pay to
order of
GateGuard INC
108 West 32nd Street #2
New York, NY 10001

MEMO: DEVICE REMOVAL FEE

**Reference Images (total 3)**   Show Signature Cards

518 West 204 LLC
1499 Coney Island Avenue
Brooklyn, New York 11230

Signature Bank
New York, N.Y
1-1357/290

277

04/20/2018

$2,416.97***

**** TWO THOUSAND FOUR HUNDRED SIXTEEN AND 97/100 DOLLARS

TO THE
ORDER OF
4WIRES.COM, INC
2682 Gerritsen Ave
BROOKLYN, NY  11229

| View Back | Overlay | Update | Remove | Status | AUTHORIZED |
|---|---|---|---|---|---|

518 West 204 LLC

## Item Review History

**Refresh**

| Date/Time | User | Disposition | Notes |
|---|---|---|---|
| 2019/04/01 10:13:30 | mgray | → Defer to 001-Defer | |
| 2019/04/01 12:52:23 | mtorohernandez | ✔ Reject | reject fraud confirmed with client Mon 4/1/2019 12:47 PM |
| 2019/04/01 12:52:33 | mtorohernandez | ✔ Reject | reject fraud confirmed with client Mon 4/1/2019 12:47 PM |
| 2019/04/01 12:52:35 | mtorohernandez | ✔ Reject | reject fraud confirmed with client Mon 4/1/2019 12:47 PM |