```
Amount:        $18,000.00          Sequence Number:   7852086051
Account:       1503226525          Capture Date:      03/28/2019
Bank Number:   02601357            Check Number:      1
```



**518 WEST 205 LLC**
℅ CONEY REALTY
1499 CONEY ISLAND AVE
BROOKLYN, NY 11230

*SIGNATURE BANK*
485 Madison Ave, 11th Floor
New York, NY    10022

Eighteen Thousand and 00 dollars.

DATE: 3-28-19
CHECK NO: 001
AMOUNT: $18,000.00

Pay to order of: GateGuard INC
106 West 32nd Street #2
New York, NY 10001

MEMO: DEVICE REMOVAL FEE

DRAW PER CONTRACT, NO SIGNATURE REQUIRED

⑆000001⑆  ⑆026013578⑆  1503226525⑆

```
Electronic Endorsements:
Date         Sequence         Bank #        Endrs Type      TRN    RRC    Bank Name
03/28/2019   7852086051       11000138      Rtn Loc/BOFD    Y             BANK OF AMERICA NA
```

**GOVERNMENT EXHIBIT 201**
19 Cr. 696 (PAE)

SENSITIVE                                                                                    SDNY_000100