```
Amount:        $18,000.00          Sequence Number: 7852069719
Account:       1502968293          Capture Date:    03/28/2019
Bank Number: 02601357              Check Number:    1
```

**18 MERCER EQUITY INC**
% CRYSTAL REAL ESTATE MANAGEMENT
1441 BROADWAY, SUITE 5047
NEW YORK, NY 10018

*SIGNATURE BANK*
485 Madison Ave, 11th Floor
New York, NY   10022

Eighteen Thousand and 00 dollars.

| DATE | CHECK NO | AMOUNT |
|------|----------|--------|
| 3-28-19 | 001 | $18,000.00 |

Pay to
order of      **GateGuard INC**
106 West 32nd Street #2
New York, NY 10001

DEVICE REMOVAL FEE

SECURITY FEATURES INCLUDED. DETAILS ON BACK

DRAWER CONTRACT. NO SIGNATURE REQUIRED

⑈⑈000001⑈⑈    ⑊026013576⑊    ⑈502968293⑈

DO NOT WRITE / SIGN / STAMP BELOW THIS LINE
DEPOSITORY BANK ENDORSEMENT

```
Electronic Endorsements:

Date         Sequence        Bank #      Endrs Type    TRN   RRC   Bank Name
03/28/2019   7852069719      11000138    Rtn Loc/BOFD  Y           BANK OF AMERICA NA
```

GOVERNMENT
EXHIBIT
202
19 Cr. 696 (PAE)

SENSITIVE

SDNY_000098