```
Amount:        $10,000.00          Sequence Number:  4752100728
Account:       1503226525          Capture Date:     04/19/2019
Bank Number:   02601357            Check Number:     0
```



Electronic Endorsements:

| Date | Sequence | Bank # | Endrs Type | TRN | RRC | Bank Name |
|---|---|---|---|---|---|---|
| 04/19/2019 | 4752100728 | 11000138 | Rtn Loc/BOFD | Y | | BANK OF AMERICA NA |

**GOVERNMENT EXHIBIT 203**
19 Cr. 696 (PAE)

SENSITIVE                                          SDNY_000026

| | | | |
|---|---|---|---|
| Amount: | $18,000.00 | Sequence Number: | 4752100729 |
| Account: | 1503226525 | Capture Date: | 04/19/2019 |
| Bank Number: | 02601357 | Check Number: | 141901 |

---

**518 WEST 205 LLC**
% CONEY REALTY
1499 CONEY ISLAND AVE
BROOKLYN, NY 11230

*SIGNATURE BANK*
485 Madison Ave, 11th Floor
New York, NY    10022

Eighteen Thousand and 00 dollars.

| DATE | CHECK NO | AMOUNT |
|---|---|---|
| 4-19-19 | 19001 | $18,000.00 |

Pay to order of    GateGuard INC
106 West 32nd Street #2
New York, NY 10001

MEMO: DEVICE REMOVAL FEE

DRAW PER CONTRACT. NO SIGNATURE REQUIRED
NOTE TO BANK: This is a valid check. You are required by law to honor it. Contract at gateguard.xyz/legal/terms.php accepted by above client.
Contact us 212-203-3714 with questions.

⑈141901⑈   ⑆026013576⑆   1503226525⑈

Seq: 9
Batch: 393741
Date: 04/19/19

Seq:00009 04/19/19
BAT:393741 CC:0750006506
WT:01 LTPS:Jacksonville
BC:Lincoln Road Mall BC FL/-998

ENDORSE CHECK HERE
PAY BANK OF AMERICA
FOR DEPOSIT ONLY
GATEGUARD INC
(21x-xxx322)
DO NOT WRITE / SIGN / STAMP BELOW THIS LINE
DEPOSITORY BANK ENDORSEMENT

Electronic Endorsements:

| Date | Sequence | Bank # | Endrs Type | TRN | RRC | Bank Name |
|---|---|---|---|---|---|---|
| 04/19/2019 | 4752100729 | 11000138 | Rtn Loc/BOFD | Y | | BANK OF AMERICA NA |

SENSITIVE

| | | | |
|---|---|---|---|
| Amount: | $5,000.00 | Sequence Number: | 4752100730 |
| Account: | 1503226525 | Capture Date: | 04/19/2019 |
| Bank Number: | 02601357 | Check Number: | 141903 |

**518 WEST 205 LLC**
% CONEY REALTY
1499 CONEY ISLAND AVE
BROOKLYN, NY 11230

*SIGNATURE BANK*
485 Madison Ave, 11th Floor
New York, NY   10022

Five Thousand and 00 dollars.

| DATE | CHECK NO | AMOUNT |
|---|---|---|
| 4-19-19 | 19003 | $5,000.00 |

Pay to order of   GateGuard INC
106 West 32nd Street #2
New York, NY 10001

MEMO: ATTORNEY USE FEE

**DRAW PER CONTRACT, NO SIGNATURE REQUIRED**
NOTE TO BANK: This is a valid check. You are required by law to honor it.
Contract at gateguard.xyz/legal/terms.php accepted by above client.
Contact us 212-203-3714 with questions.

SECURITY FEATURES INCLUDED. DETAILS ON BACK

⑈141903⑈   ⑆026013576⑆   1503226525⑈

Seq: 10
Batch: 393741
Date: 04/19/19

Seq:00010 04/19/19
BAT:393741 CC:0750006506
WT:01 LTPS:Jacksonville
BC:Lincoln Road Mall BC FL/-998

ENDORSE CHECK HERE
PAY BANK OF AMERICA
FOR DEPOSIT ONLY
GATEGUARD INC.
C21C00322
DO NOT WRITE / SIGN / STAMP BELOW THIS LINE
DEPOSITORY BANK ENDORSEMENT

Electronic Endorsements:

| Date | Sequence | Bank # | Endrs Type | TRN | RRC | Bank Name |
|---|---|---|---|---|---|---|
| 04/19/2019 | 4752100730 | 11000138 | Rtn Loc/BOFD | Y | | BANK OF AMERICA NA |

SENSITIVE

SDNY_000028