```
Amount:      $10,000.00         Sequence Number:  4752100731
Account:     782121672          Capture Date:     04/19/2019
Bank Number: 02100002           Check Number:     41906
```

**ABJ Milano LLC**
New York, NY

**JP Morgan Chase Bank**
349 Fifth Ave
New York, NY 10016

Date: 4/19/19

Pay to order of   GateGuard INC

This amount:***Ten Thousand and 00/100 dollars.          $10000

MEMO: COLLECTIONS FEE
2041 Adam Clayton

DRAW PER CONTRACT. NO SIGNATURE REQUIRED
NOTE TO BANK: This is a valid check. You are required by law it
Contract at gateguard.xyz/legal/terms.php accepted by above client..
Contact us 212-203-3714 with questions.

SECURITY FEATURES INCLUDED. DETAILS ON BACK

⑈041906⑈  ⑆021000021⑆  782121672⑈

Seq: 11
Batch: 393741
Date: 04/19/19

Seq:00011 04/19/19
BAT:393741 CC:07500006506
WT:01 LTPS:Jacksonville
BC:Lincoln Road Mall BC FL/-998

ENDORSE CHECK HERE
X
DO NOT WRITE / SIGN / STAMP BELOW THIS LINE
DEPOSITORY BANK ENDORSEMENT
PAY BANK OF AMERICA
FOR DEPOSIT ONLY
GATEGUARD INC
02100032

Electronic Endorsements:

| Date | Sequence | Bank # | Endrs Type | TRN | RRC | Bank Name |
|---|---|---|---|---|---|---|
| 04/19/2019 | 4752100731 | 11000138 | Rtn Loc/BOFD | Y | | BANK OF AMERICA NA |

GOVERNMENT EXHIBIT 204
19 Cr. 696 (PAE)

SENSITIVE                                              SDNY_000029

```
Amount:      $5,000.00         Sequence Number:  4752100732
Account:     782121672         Capture Date:     04/19/2019
Bank Number: 02100002          Check Number:     41905
```



```
Electronic Endorsements:
Date         Sequence        Bank #      Endrs Type    TRN   RRC    Bank Name
04/19/2019   4752100732      11000138    Rtn Loc/BOFD  Y            BANK OF AMERICA NA
```

SENSITIVE                                                            SDNY_000030

| | | | |
|---|---|---|---|
| Amount: | $5,000.00 | Sequence Number: | 4752100733 |
| Account: | 782121672 | Capture Date: | 04/19/2019 |
| Bank Number: | 02100002 | Check Number: | 41902 |





Electronic Endorsements:

| Date | Sequence | Bank # | Endrs Type | TRN | RRC | Bank Name |
|---|---|---|---|---|---|---|
| 04/19/2019 | 4752100733 | 11000138 | Rtn Loc/BOFD | Y | | BANK OF AMERICA NA |

SENSITIVE

| | | | |
|---|---|---|---|
| Amount: | $18,000.00 | Sequence Number: | 4752100734 |
| Account: | 782121672 | Capture Date: | 04/19/2019 |
| Bank Number: | 02100002 | Check Number: | 41904 |



Electronic Endorsements:

| Date | Sequence | Bank # | Endrs Type | TRN | RRC | Bank Name |
|---|---|---|---|---|---|---|
| 04/19/2019 | 4752100734 | 11000138 | Rtn Loc/BOFD | Y | | BANK OF AMERICA NA |

```
Amount:        $18,000.00        Sequence Number: 4752100735
Account:       782121672         Capture Date:    04/19/2019
Bank Number:   02100002          Check Number:    41901
```



```
Electronic Endorsements:
Date         Sequence        Bank #       Endrs Type     TRN    RRC     Bank Name
04/19/2019   4752100735      11000138     Rtn Loc/BOFD   Y              BANK OF AMERICA NA
```

```
Amount:         $10,000.00           Sequence Number:  4752100736
Account:        782121672            Capture Date:     04/19/2019
Bank Number:    02100002             Check Number:     41903
```



```
Electronic Endorsements:
Date         Sequence         Bank #       Endrs Type    TRN    RRC    Bank Name
04/19/2019   4752100736       11000138     Rtn Loc/BOFD  Y             BANK OF AMERICA NA
```

SENSITIVE                                                                    SDNY_000034