Amount:      $18,000.00          Sequence Number: 4752100737
Account:      0                  Capture Date:    04/19/2019
Bank Number: 02100002            Check Number:    0



FOR SECURITY PURPOSES, THE FACE OF THIS DOCUMENT CONTAINS A COLORED BACKGROUND AND MICROPRINTING IN THE BORDER

**ABJ Lennox LLC**
New York, NY

**JP Morgan Chase Bank**
349 Fifth Ave
New York, NY 10016

*Date: 4/19/19*

Pay to
order of      **GateGuard INC**

This amount:***Eighteen Thousand and 00/100 dollars.      $18000

MEMO:  DEVICE REMOVAL FEE
**539 Lenox Avenue [Gate]**

DRAW PER CONTRACT, NO SIGNATURE REQUIRED
NOTE TO BANK: This is a valid check. You are required by law it
Contract at gateguard.xyz/legal/terms.php accepted by above client.
Contact us 212-203-3714 with questions.

SECURITY FEATURES INCLUDED. DETAILS ON BACK

⑆04⑆422⑆  ⑆021000021⑆  833574100⑆

Seq:  17
Batch: 393741
Date: 04/19/19

Seq:00017 04/19/19
BAT:393741 CC:0750006506
WT:01 LTPS:Jacksonville
BC:Lincoln Road Mall BC FL/-998

PAY BANK OF AMERICA
FOR DEPOSIT ONLY
‹GATEGU›
02
DO NOT WRITE / SIGN / STAMP BELOW THIS LINE
DEPOSITORY BANK ENDORSEMENT

Electronic Endorsements:

| Date | Sequence | Bank # | Endrs Type | TRN | RRC | Bank Name |
|------|----------|--------|------------|-----|-----|-----------|
| 04/19/2019 | 4752100737 | 11000138 | Rtn Loc/BOFD | Y | | BANK OF AMERICA NA |

GOVERNMENT
EXHIBIT
205
19 Cr. 696 (PAE)

SENSITIVE

SDNY_000035

| | | |
|---|---|---|
| Amount: $18,000.00 | Sequence Number: 4752100738 | |
| Account: 833579100 | Capture Date: 04/19/2019 | |
| Bank Number: 02100002 | Check Number: 41919 | |



FOR SECURITY PURPOSES, THE FACE OF THIS DOCUMENT CONTAINS A COLORED BACKGROUND AND MICROPRINTING IN THE BORDER

**ABJ Lennox LLC**
New York, NY

**JP Morgan Chase Bank**
349 Fifth Ave
New York, NY 10016

*Date: 4/19/19*

Pay to
order of  **GateGuard INC**

This amount:***Eighteen Thousand and 00/100 dollars.        $18000

MEMO:  DEVICE REMOVAL FEE
102 W. 138th Street [Gate]

DRAW PER CONTRACT, NO SIGNATURE REQUIRED
NOTE TO BANK: This is a valid check. You are required by law It
Contract at gateguard.xyz/legal/terms.php accepted by above client..
Contact us 212-203-3714 with questions.

SECURITY FEATURES INCLUDED. DETAILS ON BACK

⑅"041919"⑅   ⑈021000021⑈:   833579100"⑈



Seq:  18
Batch:  393741
Date: 04/19/19

Seq:00018 04/19/19
BAT:393741 CC:8752006506
WT:01 LTPS:Jacksonville
BC:Lincoln Road Mall BC FL/-998

PAY BANK OF AMERICA
FOR DEPOSIT ONLY
GATEGUARD INC
DO NOT WRIT 021000322 BELOW THIS LINE
DEPOSIT.5: ENDORSEMENT

ENDORSE CHECK HERE

X

Electronic Endorsements:

| Date | Sequence | Bank # | Endrs Type | TRN | RRC | Bank Name |
|---|---|---|---|---|---|---|
| 04/19/2019 | 4752100738 | 11000138 | Rtn Loc/BOFD | Y | | BANK OF AMERICA NA |

SENSITIVE

```
Amount:       $18,000.00          Sequence Number: 4752100739
Account:      833579100           Capture Date:    04/19/2019
Bank Number: 02100002             Check Number:    0
```



```
Seq:  19
Batch:  393741
Date: 04/19/19
```

Electronic Endorsements:

| Date | Sequence | Bank # | Endrs Type | TRN | RRC | Bank Name |
|------|----------|--------|-----------|-----|-----|-----------|
| 04/19/2019 | 4752100739 | 11000138 | Rtn Loc/BOFD | Y | | BANK OF AMERICA NA |

SENSITIVE

SDNY_000037

Amount:       $18,000.00        Sequence Number: 4752100740

Account:      0                 Capture Date:    04/19/2019

Bank Number: 02100002           Check Number:    0



**ABJ Lennox LLC**
New York, NY

**JP Morgan Chase Bank**
349 Fifth Ave
New York, NY 10016

*Date: 4/19/19*

Pay to
order of

**GateGuard INC**

This amount:***Eighteen Thousand and 00/100 dollars.          $18000

MEMO:   DEVICE REMOVAL FEE
        346 Lenox Avenue [Door]

DRAW PER CONTRACT. NO SIGNATURE REQUIRED
NOTE TO BANK: This is a valid check. You are required by law It
Contract at gateguard.xyz/legal/terms.php accepted by above client..
Contact us 212-203-3714 with questions.

SECURITY FEATURES INCLUDED. DETAILS ON BACK

⑈04₁7₁3⑈   ⑆021000021⑆   8335791₀0⑈

Seq: 20
Batch: 393741
Date: 04/19/19

Seq:00020 04/19/19
BAT:393741 CC:0750006586
WT:01 LTPS:Jacksonville
BC:Lincoln Road Mall BC FL/-998

PAY BANK OF AMERICA
FOR DEPOSIT ONLY
.GATEGUARD INC
021000322
DO NOT WRITE / SIGN / STAMP BELOW THIS LINE
DEPOSITORY BANK ENDORSEMENT

Electronic Endorsements:

| Date | Sequence | Bank # | Endrs Type | TRN | RRC | Bank Name |
|---|---|---|---|---|---|---|
| 04/19/2019 | 4752100740 | 11000138 | Rtn Loc/BOFD | Y | | BANK OF AMERICA NA |

SENSITIVE

SDNY_000038

Amount:        $18,000.00          Sequence Number: 4752100741
Account:       833579100           Capture Date:    04/19/2019
Bank Number: 02100002             Check Number:    41910



SENSITIVE

Electronic Endorsements:

| Date | Sequence | Bank # | Endrs Type | TRN | RRC | Bank Name |
|---|---|---|---|---|---|---|
| 04/19/2019 | 4752100741 | 11000138 | Rtn Loc/BOFD | Y | | BANK OF AMERICA NA |

```
Amount:       $18,000.00          Sequence Number: 4752100742
Account:      0                   Capture Date:    04/19/2019
Bank Number: 02100002             Check Number:    0
```



FOR SECURITY PURPOSES, THE FACE OF THIS DOCUMENT CONTAINS A COLORED BACKGROUND AND MICROPRINTING IN THE BORDER

**ABJ Lennox LLC**
New York, NY

**JP Morgan Chase Bank**
349 Fifth Ave
New York, NY 10016

*Date: 4/19/19*

Pay to
order of      **GateGuard INC**

This amount:***Eighteen Thousand and 00/100 dollars.        $18000

MEMO:  DEVICE REMOVAL FEE
       **342-346 Lenox Ave [Gate]**

**DRAW PER CONTRACT. NO SIGNATURE REQUIRED**
NOTE TO BANK: This is a valid check. You are required by law It
Contract at gateguard.xyz/legal/terms.php accepted by above client.
Contact us 212-203-3714 with questions.

SECURITY FEATURES INCLUDED. DETAILS ON BACK.

Seq: 22
Batch: 393741
Date: 04/19/19

Seq:00022 04/19/19
BAT:393741 CC:0750806506
WT:01 LTPS:Jacksonville
BC:Lincoln Road Mall BC FL/-998

PAY BANK OF AMERICA
GATEGUARD INC
FOR DEPOSIT ONLY
DO NOT WRITE 021000322 BELOW THIS LINE
DEPOSITORY BANK ENDORSEMENT

```
Electronic Endorsements:

Date          Sequence          Bank #        Endrs Type      TRN    RRC    Bank Name

04/19/2019    4752100742        11000138      Rtn Loc/BOFD    Y             BANK OF AMERICA NA
```

SENSITIVE

```
Amount:        $5,000.00          Sequence Number: 4752100743
Account:       833579100          Capture Date:    04/19/2019
Bank Number: 02100002             Check Number:    41923
```



FOR SECURITY PURPOSES, THE FACE OF THIS DOCUMENT CONTAINS A COLORED BACKGROUND AND MICROPRINTING IN THE BORDER

**ABJ Lennox LLC**
New York, NY

**JP Morgan Chase Bank**
349 Fifth Ave
New York, NY 10016

*Date: 4/19/19*

Pay to
order of     **GateGuard INC**

This amount:***Five Thousand and 00/1000 dollars.                    $5000

MEMO:    ATTORNEY USE FEE
         639 Lenox Avenue [Gate]

**DRAW PER CONTRACT, NO SIGNATURE REQUIRED**
NOTE TO BANK: This is a valid check. You are required by law to
Contract at gateguard.xyz/legal/terms.php accepted by above client..
Contact us 212-203-3714 with questions.

SECURITY FEATURES INCLUDED. DETAILS ON BACK

⑈"041923⑈"    ⑈02100002⑈:    833579100⑈"

Seq:  23
Batch:  393741
Date: 04/19/19

Seq:00023 04/19/19
BAT:393741 CC:0750006506
WT:01 LTPS:Jacksonville
BC:Lincoln Road Mall BC FL/-998

ENDORSE CHECK HERE
X

DO NOT WRITE / SIGN / STAMP BELOW THIS LINE
DEPOSITORY BANK ENDORSEMENT

PAY BANK OF AMERICA
FOR DEPOSIT ONLY
GATEGUARD INC
021000322

```
Electronic Endorsements:

Date         Sequence          Bank #     Endrs Type     TRN    RRC    Bank Name

04/19/2019   4752100743        11000138   Rtn Loc/BOFD   Y             BANK OF AMERICA NA
```

SENSITIVE

| | | | |
|---|---|---|---|
| Amount: | $5,000.00 | Sequence Number: | 4752100744 |
| Account: | 833579100 | Capture Date: | 04/19/2019 |
| Bank Number: | 02100002 | Check Number: | 41920 |



Electronic Endorsements:

| Date | Sequence | Bank # | Endrs Type | TRN | RRC | Bank Name |
|---|---|---|---|---|---|---|
| 04/19/2019 | 4752100744 | 11000138 | Rtn Loc/BOFD | Y | | BANK OF AMERICA NA |

SENSITIVE

| Amount: | $5,000.00 | Sequence Number: | 4752100745 |
|---|---|---|---|
| Account: | 833579100 | Capture Date: | 04/19/2019 |
| Bank Number: | 02100002 | Check Number: | 41917 |

FOR SECURITY PURPOSES, THE FACE OF THIS DOCUMENT CONTAINS A COLORED BACKGROUND AND MICROPRINTING IN THE BORDER

**ABJ Lennox LLC**
New York, NY

**JP Morgan Chase Bank**
349 Fifth Ave
New York, NY 10016

*Date: 4/19/19*

Pay to
order of     **GateGuard INC**

This amount:***Five Thousand and 00/1000 dollars.     $5000

MEMO:   ATTORNEY USE FEE
100 W. 138th Street [Gate]

**DRAW PER CONTRACT. NO SIGNATURE REQUIRED**
NOTE TO BANK: This is a valid check. You are required by law to
Contract at gateguard.xyz/legal/terms.php accepted by above client..
Contact us 212-203-3714 with questions.

SECURITY FEATURES INCLUDED. DETAILS ON BACK

⑊"041917⑊   ⑊:021000021⑊:   833579100⑊"

Seq: 25
Batch: 393741
Date: 04/19/19

Seq:00025 04/19/19
BAT:393741 CC:875888656
WT:01 LTPS:Jacksonville
BC:Lincoln Road Mall BC FL7-998

**PAY BANK OF AMERICA**
FOR DEPOSIT ONLY
GATEGUARD INC
021000322

DO NOT WRITE / SIGN / STAP P BELOW THIS LINE
DEPOSITORY BANK ENDORSEMENT

ENDORSE CHECK HERE
X

Security Features:
Listed below are the security features provided on this document
which meet and/or exceed industry guidelines.

Results of check alteration:
• Colored Background
• Watermark
• Micro Printing
• Artificial watermark on back. Hold at an angle to view.

Electronic Endorsements:

| Date | Sequence | Bank # | Endrs Type | TRN | RRC | Bank Name |
|---|---|---|---|---|---|---|
| 04/19/2019 | 4752100745 | 11000138 | Rtn Loc/BOFD | Y | | BANK OF AMERICA NA |

SENSITIVE

SDNY_000043

Amount:        $5,000.00          Sequence Number: 4752100746
Account:       833579100          Capture Date:    04/19/2019
Bank Number: 02100002             Check Number:    41914



FOR SECURITY PURPOSES, THE FACE OF THIS DOCUMENT CONTAINS A COLORED BACKGROUND AND MICROPRINTING IN THE BORDER

**ABJ Lennox LLC**
New York, NY

**JP Morgan Chase Bank**
349 Fifth Ave
New York, NY 10016

*Date: 4/19/19*

Pay to
order of      **GateGuard INC**

This amount:***Five Thousand and 00/1000 dollars.          $5000

MEMO:   ATTORNEY USE FEE
        346 Lenox Avenue [Door]

**DRAW PER CONTRACT, NO SIGNATURE REQUIRED**
NOTE TO BANK: This is a valid check. You are required by law it
Contract at gateguard.xyz/legal/terms.php accepted by above client..
Contact us 212-203-3714 with questions.

SECURITY FEATURES INCLUDED. DETAILS ON BACK

⑈041914⑈  ⑆021000021⑉  833579100⑈

Seq: 26
Batch: 393741
Date: 04/19/19

Seq:00026 04/19/19
BAT:393741 CC:075000656b
WT:01 LTPS:Jacksonville
BC:Lincoln Road Mall BC FL/-998

ENDORSE CHECK HERE
X
DO NOT WRITE / SIGN / STAMP BELOW THIS LINE
DEPOSITORY BANK ENDORSEMENT
PAY BANK OF AMERICA
FOR DEPOSIT ONLY
GATEGUARD INC
021000322

Electronic Endorsements:

| Date | Sequence | Bank # | Endrs Type | TRN | RRC | Bank Name |
|------|----------|--------|------------|-----|-----|-----------|
| 04/19/2019 | 4752100746 | 11000138 | Rtn Loc/BOFD | Y | | BANK OF AMERICA NA |

SENSITIVE

SDNY_000044



| Amount: | $5,000.00 | Sequence Number: 4752100747 |
|---|---|---|
| Account: | 833579100 | Capture Date:  04/19/2019 |
| Bank Number: 02100002 | | Check Number:   41911 |

Electronic Endorsements:

| Date | Sequence | Bank # | Endrs Type | TRN | RRC | Bank Name |
|---|---|---|---|---|---|---|
| 04/19/2019 | 4752100747 | 11000138 | Rtn Loc/BOFD | Y | | BANK OF AMERICA NA |

SENSITIVE

SDNY_000045

```
Amount:        $5,000.00        Sequence Number: 4752100748
Account:       833579100        Capture Date:    04/19/2019
Bank Number: 02100002           Check Number:    41908
```

FOR SECURITY PURPOSES, THE FACE OF THIS DOCUMENT CONTAINS A COLORED BACKGROUND AND MICROPRINTING IN THE BORDER

**ABJ Lennox LLC**
New York, NY

**JP Morgan Chase Bank**
349 Fifth Ave
New York, NY 10016

Date: *4/19/19*

Pay to
order of          GateGuard INC

This amount:***Five Thousand and 00/1000 dollars.          $5000

MEMO:  ATTORNEY USE FEE
       342-346 Lenox Ave [Gate]

DRAW PER CONTRACT, NO SIGNATURE REQUIRED
NOTE TO BANK: This is a valid check. You are required by law It
Contract at gateguard.xyz/legal/terms.php accepted by above client.
Contact us 212-203-3714 with questions.

SECURITY FEATURES INCLUDED. DETAILS ON BACK

⑈041908⑈   ⑆021000021⑆   833579100⑈

Seq: 28
Batch: 393741
Date: 04/19/19

Seq:00028 04/19/19
BAT:393741 CC:0750006506
WT:01 LTPS Jacksonville
BC:Lincoln Road Mall BC FL7-998

PAY BANK OF AMERICA
FOR DEPOSIT ONLY
GATEGUARD INC
02100032 DO NOT WRITE STAMP OR SIGN BELOW THIS LINE
DEPOSITORY BANK ENDORSEMENT

ENDORSE CHECK HERE

```
Electronic Endorsements:

Date        Sequence        Bank #       Endrs Type    TRN   RRC   Bank Name
04/19/2019  4752100748      11000138     Rtn Loc/BOFD  Y           BANK OF AMERICA NA
```

SENSITIVE                                                      SDNY_000046

| | | | |
|---|---|---|---|
| Amount: | $10,000.00 | Sequence Number: | 4752100749 |
| Account: | 833579100 | Capture Date: | 04/19/2019 |
| Bank Number: | 02100002 | Check Number: | 41924 |

FOR SECURITY PURPOSES, THE FACE OF THIS DOCUMENT CONTAINS A COLORED BACKGROUND AND MICROPRINTING IN THE BORDER

**ABJ Lennox LLC**
New York, NY

**JP Morgan Chase Bank**
349 Fifth Ave
New York, NY 10016

*Date: 4/19/19*

Pay to
order of   **GateGuard INC**

This amount:***Ten Thousand and 00/100 dollars.          $10000

MEMO:  COLLECTIONS FEE
539 Lenox Avenue [Gate]

DRAW PER CONTRACT, NO SIGNATURE REQUIRED
NOTE TO BANK: This is a valid check. You are required by law to
Contract at gateguard.xyz/legal/terms.php accepted by above client..
Contact us 212-203-3714 with questions.

SECURITY FEATURES INCLUDED. DETAILS ON BACK

⑈041924⑈     ⑈021000021⑈     833579100⑈

Seq:  29
Batch:  393741
Date: 04/19/19

Seq:00029 04/19/19
BAT:393741 CC:0750006596
WT:01 LTPS:Jacksonville
BC:Lincoln Road Mall BC FL7-998

PAY BANK OF AMERICA
FOR DEPOSIT ONLY
GATEGUARD INC .
021000322
DO NOT WRITE / SIGN / STAMP BELOW THIS LINE
DEPOSITORY BANK ENDORSEMENT

ENDORSE CHECK HERE X

Electronic Endorsements:

| Date | Sequence | Bank # | Endrs Type | TRN | RRC | Bank Name |
|---|---|---|---|---|---|---|
| 04/19/2019 | 4752100749 | 11000138 | Rtn Loc/BOFD | Y | | BANK OF AMERICA NA |

SENSITIVE

SDNY_000047

| | | | |
|---|---|---|---|
| Amount: | $10,000.00 | Sequence Number: | 4752100750 |
| Account: | 833579100 | Capture Date: | 04/19/2019 |
| Bank Number: | 02100002 | Check Number: | 41921 |



FOR SECURITY PURPOSES, THE FACE OF THIS DOCUMENT CONTAINS A COLORED BACKGROUND AND MICROPRINTING IN THE BORDER

**ABJ Lennox LLC**
New York, NY

**JP Morgan Chase Bank**
349 Fifth Ave
New York, NY 10016

*Date: 4/19/19*

Pay to
order of
**GateGuard INC**

This amount:***Ten Thousand and 00/100 dollars.        $10000

MEMO:  COLLECTIONS FEE
102 W. 138th Street [Gate]

DRAW PER CONTRACT, NO SIGNATURE REQUIRED
NOTE TO BANK: This is a valid check. You are required by law it
Contract at gateguard.xyz/legal/terms.php accepted by above client.
Contact us 212-203-3714 with questions.

SECURITY FEATURES INCLUDED. DETAILS ON BACK

⑆041921⑆  ⑆021000021⑆  833579100⑆

Seq: 30
Batch: 393741
Date: 04/19/19

Seq:00030 04/19/19
BAT:393741 CC:0750006596
WT:01 LTPS:Jacksonville
BC:Lincoln Road Mall BC FL/-998

ENDORSE CHECK HERE
PAY BANK OF AMERICA
GATEGUARD INC.
FOR DEPOSIT ONLY
02100322
DO NOT WRITE / SIGN / STAMP BELOW THIS LINE
DEPOSITORY BANK ENDORSEMENT

Electronic Endorsements:

| Date | Sequence | Bank # | Endrs Type | TRN | RRC | Bank Name |
|---|---|---|---|---|---|---|
| 04/19/2019 | 4752100750 | 11000138 | Rtn Loc/BOFD | Y | | BANK OF AMERICA NA |

SENSITIVE                                                    SDNY_000048

| Amount: | $10,000.00 | Sequence Number: | 4752100751 |
|---|---|---|---|
| Account: | 833579100 | Capture Date: | 04/19/2019 |
| Bank Number: | 02100002 | Check Number: | 41918 |



FOR SECURITY PURPOSES, THE FACE OF THIS DOCUMENT CONTAINS A COLORED BACKGROUND AND MICROPRINTING IN THE BORDER

**ABJ Lennox LLC**
New York, NY

**JP Morgan Chase Bank**
349 Fifth Ave
New York, NY 10016

*Date: 4/19/19*

Pay to
order of    **GateGuard INC**

This amount:***Ten Thousand and 00/100 dollars.        $10000

MEMO:  **COLLECTIONS FEE**
100 W. 138th Street [Gate]

<u>DRAW PER CONTRACT. NO SIGNATURE REQUIRED</u>
NOTE TO BANK: This is a valid check. You are required by law It
Contract at gateguard.xyz/legal/terms php accepted by above client..
Contact us 212-203-3714 with questions.

SECURITY FEATURES INCLUDED. DETAILS ON BACK

⑈041918⑈   ⑆021000021⑉   833579100⑈

Seq: 31
Batch: 393741
Date: 04/19/19

Seq:00031 04/19/19
RAT:393741 CC:0750006506
WT:01 LTPS:Jacksonville
BC:Lincoln Road Mall BC FL7-998

PAY BANK OF AMERICA
FOR DEPOSIT ONLY
GATEGUARD INC.
021000322
BELOW THIS LINE
DO NOT WRITE / SIGN / STAMP
DEPOSITORY BANK ENDORSEMENT

ENDORSE CHECK HERE
X

Electronic Endorsements:

| Date | Sequence | Bank # | Endrs Type | TRN | RRC | Bank Name |
|---|---|---|---|---|---|---|
| 04/19/2019 | 4752100751 | 11000138 | Rtn Loc/BOFD | Y | | BANK OF AMERICA NA |

SENSITIVE

| Amount: | $10,000.00 | Sequence Number: | 4752100752 |
| Account: | 833579100 | Capture Date: | 04/19/2019 |
| Bank Number: | 02100002 | Check Number: | 41915 |



FOR SECURITY PURPOSES, THE FACE OF THIS DOCUMENT CONTAINS A COLORED BACKGROUND AND MICROPRINTING IN THE BORDER

**ABJ Lennox LLC**
New York, NY

**JP Morgan Chase Bank**
349 Fifth Ave
New York, NY 10016

*Date: 4/19/19*

Pay to
order of    **GateGuard INC**

This amount:***Ten Thousand and 00/100 dollars.        $10000

MEMO:   COLLECTIONS FEE
346 Lenox Avenue [Door]

DRAW PER CONTRACT, NO SIGNATURE REQUIRED
NOTE TO BANK: This is a valid check. You are required by law It
Contract at gateguard.xyz/legal/terms.php accepted by above client..
Contact us 212-203-3714 with questions.

SECURITY FEATURES INCLUDED. DETAILS ON BACK

⑃041915⑃  ⑃021000021⑃  833579100⑃

Seq: 32
Batch: 393741
Date: 04/19/19

Seq:00032 04/19/19
BAT:393741 CC:875000506
WT:01 LTPS:Jacksonville
BC:Lincoln Road Mall BC FL/-998

PAY BANK OF AMERICA
FOR DEPOSIT ONLY
GATEGUARD INC.
021000322
DO NOT WRITE / SIGN / STAMP BELOW THIS LINE
DEPOSITORY BANK ENDORSEMENT

ENDORSE CHECK HERE
X

Electronic Endorsements:

| Date | Sequence | Bank # | Endrs Type | TRN | RRC | Bank Name |
|------|----------|--------|------------|-----|-----|-----------|
| 04/19/2019 | 4752100752 | 11000138 | Rtn Loc/BOFD | Y | | BANK OF AMERICA NA |

SENSITIVE

SDNY_000050

| Amount: | $10,000.00 | Sequence Number: | 4752100753 |
| Account: | 833579100 | Capture Date: | 04/19/2019 |
| Bank Number: | 02100002 | Check Number: | 41912 |

FOR SECURITY PURPOSES, THE FACE OF THIS DOCUMENT CONTAINS A COLORED BACKGROUND AND MICROPRINTING IN THE BORDER.

**ABJ Lennox LLC**
New York, NY

**JP Morgan Chase Bank**
349 Fifth Ave
New York, NY 10016

Date: 4/19/19

Pay to order of    **GateGuard INC**

This amount:***Ten Thousand and 00/100 dollars.                $10000

MEMO:   COLLECTIONS FEE
        342 Lenox Ave [Door]

**DRAW PER CONTRACT, NO SIGNATURE REQUIRED**
NOTE TO BANK: This is a valid check. You are required by law It
Contract at gateguard.xyz/legal/terms.php accepted by above client.
Contact us 212-203-3714 with questions.

SECURITY FEATURES INCLUDED. DETAILS ON BACK

⑈"0 4 1 9 1 2 ⑈"    ⑉:0 2 1 0 0 0 0 2 1⑉:    8 3 3 5 7 9 1 0 0⑈"

Seq: 33
Batch: 393741
Date: 04/19/19

Seq:00033 04/19/19
BAT:393741 CC:0750006506
WT:01 LTPS:Jacksonville
BC:Lincoln Road Mall BC FL7-998

PAY BANK OF AMERICA
FOR DEPOSIT ONLY
GATEGUARD INC
021000322
DO NOT WRITE/STAMP BELOW THIS LINE
DEPOSITORY BANK ENDORSEMENT

ENDORSE CHECK HERE
X

Electronic Endorsements:

| Date | Sequence | Bank # | Endrs Type | TRN | RRC | Bank Name |
|------|----------|--------|------------|-----|-----|-----------|
| 04/19/2019 | 4752100753 | 11000138 | Rtn Loc/BOFD | Y | | BANK OF AMERICA NA |

SENSITIVE

SDNY_000051

| Amount: | $10,000.00 | Sequence Number: | 4752100754 |
|---|---|---|---|
| Account: | 833579100 | Capture Date: | 04/19/2019 |
| Bank Number: | 02100002 | Check Number: | 41909 |



Electronic Endorsements:

| Date | Sequence | Bank # | Endrs Type | TRN | RRC | Bank Name |
|---|---|---|---|---|---|---|
| 04/19/2019 | 4752100754 | 11000138 | Rtn Loc/BOFD | Y | | BANK OF AMERICA NA |

SENSITIVE