Amount:        $297,000.00           Sequence Number:   4752100727
Account:       483067038085          Capture Date:      04/19/2019
Bank Number:   54004013              Check Number:      0



Electronic Endorsements:

| Date | Sequence | Bank # | Endrs Type | TRN | RRC | Bank Name |
|---|---|---|---|---|---|---|
| 04/19/2019 | 4752100727 | 11000138 | Rtn Loc/BOFD | Y | | BANK OF AMERICA NA |

GOVERNMENT EXHIBIT 206
19 Cr. 696 (PAE)

SENSITIVE                                                          SDNY_000025