**Subject**: We're live
**From**: Ari Teman <ari@teman.com>
**To**: Joseph Soleimani <Joe@abjny.com>,Benjamin Soleimani <bsoleimani@abjny.com>
**Date Sent**: Monday, September 25, 2017 2:45:41 PM GMT-04:00
**Date Received**: Monday, September 25, 2017 2:45:45 PM GMT-04:00
**Attachments**: 20170925_144506.jpg

GOVERNMENT
EXHIBIT
401
19 Cr. 696 (PAE)

SDNY_001907



SDNY_001908