**Subject**: current issues
**From**: Joseph Soleimani <joe@abjny.com>
**To**: Ari Teman <ari@teman.com>
**Date Sent**: 2017-11-06 17:07:33 -0500
**Date Received**: Mon Nov 06 22:07:33 UTC 2017

Ari,
Lets discuss this tomorrow.

1) Tenants without smart phone no way to use intercom
2) Mail man has no way of entering the building(time line for when this will be installed?
3) System does not recognize tenants face to enroll.(Tenants take off from work to meet with us and it is a complete waste of time for both manager and tenant when the system can not recognize face of tenant to enroll in system)
4) System does not recognize tenants face even after enrollment(56 1A- Derek Salud). Recognized him as Ari Teman. Has recognized Nate as Ari before too.
5) 342 very loose, not installed/drilled into wall correctly. Our supers are not touch this system. Please have technician fix this.
6) 342/346 front gate way to low. System will not take a photo of anyone 5'3 and taller.
Other buildings that are way to low:
140
342
346
539 lenox ave
100 lenox ave is to high
7) When a tenant is buzzed by someone trying to get into the building their phone is ringed once like a text message. Tenants are complaining that they can not hear someone ringing them when it hits their phone like a text message.
8) We are missing IDs and Pins for all Occupants.
9) tenants need to take off there hats and glasses to get in and it takes way to long to get into the building
10) tenants need to press "take a selfie" is there any way it can do it automatically
11) does every single tenant need to memorize his own code? Why cant we do one code per unit



**Joseph Soleimani**
**Vice President**
**ABJ Properties, Inc.**
347 Pleasant Avenue, Suite 1A
New York, NY  10035
T. 212.860.5560
F. 212.860.5570

GOVERNMENT EXHIBIT 402
19 Cr. 696 (PAE)

SDNY_001821