**Subject**: All communication in writing
**From**: Ari Teman <ari@teman.com>
**To**: Joseph Soleimani <Joe@abjny.com>
**Date Sent**: Monday, May 7, 2018 7:53:24 PM GMT-04:00
**Date Received**: Monday, May 7, 2018 7:53:36 PM GMT-04:00

Because you're a dishonest snake, a fraud, and a thief, all communication will be in writing.

You called twice today. I will not bother wasting my time listening to your mouth spout lies.

Put it in writing. I've already got enough of our calls full of your lies for my guys to transcribe.

Ari

GOVERNMENT EXHIBIT 404
19 Cr. 696 (PAE)

SDNY_001679