

Joseph Soleimani <joe@abjny.com>

## Gateguard
3 messages

**Joseph Soleimani** <joe@abjny.com>  Tue, May 22, 2018 at 1:30 PM
To: Ari Teman <ari@teman.com>

Ari,

Can you please send me the invoices which you are claiming we owe you? Not sure why we owe you money but I'm glad to look into it. As you know, we have not been using Gateguard for some time now as it was not working properly for us and our tenants. We should still be within our first year of service on all properties. Per your suggestion, we are looking into some replacement intercom systems.

I hope we can continue our relationship with other ventures that you have and wish you the best of luck with Gateguard. I know you will do great with it and I'm sure other customers will be happy. I think its best that we part ways on Gateguard as it has caused much friction between us.

Please forward the invoices and if they need any clarification please provide it.

Thanks and looking forward,

Joe

**GOVERNMENT EXHIBIT 405** 19 Cr. 696 (PAE)

**Ari Teman** <ari@teman.com>  Tue, May 22, 2018 at 5:37 PM
To: Joseph Soleimani <joe@abjny.com>

Joe,

When you signed up for GateGuard you signed a contract that includes steep fines for removing or disabling devices ($18,000 per device) and includes a multi-year contract to pay for service. There are no cancellations or early terminations. Monthly bills past-due incur a major collection fee. The bill per device is the 10 years of service minus the 6 months paid upfront, (6 months*$99+$149*9 years*12 months), and the $18,000 fee for removing power from the devices disabling their use. **The amount we sent to collections last week is $268,116 (44,686/device).**

**GateGuard was working fine, to the point that you and your brother (Benjamin) begged me and encouraged me to keep it running** *(in writing)*.

You said, **on a recorded line,** that our "technology was great", that "Latch sucks", and that you would be "ordering 60 more devices" from me if I added a feature "forcing a selfie", which we did. You again said you'd order 60 devices.

You perhaps changed your mind likely when offered something free (which you also told me on a recorded line), but we delivered on the agreement (and we have since switched the order and there are no complaints). You need to hold up your end.

This is a bit personal because I trusted you because it's a lonely game and I needed a friend, you abused that trust, to the point you told me you'd invite me to a seder and you loved me **at the same time** you asked Dan Enfield, one of my *real* friends, to lie to me.

However, there is more than that. In the contract you agree explicitly to not enter into access control business, not to divulge our interface or IP to others, not to use a similar device. You then went into business with a competitor and helped promote their work. You display their device at your HQ. This is a massive violation of our contract, and incredibly damaging. Should we go to court (you don't want to fight me in court -- I've *never* not made it cost 5x of what I want)

You wasted months of my time. You lied to me. You did it while pretending to be my friend.

You owe us **$268,116** for the devices, and I believe we will win when we take you to court on the 60 building order, the IP theft, fraud, and unfair trade practices. You do not have the option to use or do business with MVI, and we will sue them for fraud and you. The attorneys are already retained, and you will pay for that, too.

Now, decide if you want to fight me or pay, but if you fight, you will pay more.

Your alternative is to keep your agreement and act in good faith.

Ari

**Ari Teman | Founder | teman™**
We make Real Estate proactive with Artificial Intelligence
212-203-3714
106 W 32nd Street, NYC
https://teman.com | ari@teman.com



**Services:**
GateGuard.xyz       | Face-recognition entry panel, intercom, AI virtual doorman + camera system
LookLock.xyz        | Smart Lock w/Video Doorbell + Security Camera + Concierge
                      (Opens with: Fingerprint, Code, NFC, Card, Fob, App, Key)
PropertyPanel.xyz   | NYC's #1 property platform: Find, Analyze, Comply, News, more.
SubletSpy.com       | Catch & Evict Illegal Airbnb-type sublets

**Featured in:**
The Real Deal, Cooperator, BISNOW, ABC, NBC, PIX, FOX, Pando, Curbed, Observer

**Visit us for a demo:**
We're closest to: 1-2-3 / B-D-F-M / N-Q-R-W / PATH / A-B-C-E / 6

**2 MINUTE VIDEO:**
GateGuard.xyz Face Recognition Intercom & AI Doorman
https://youtube.com/watch?v=Ski0UqQZKEU

All conversations are off-the-record. Social Media, too.
Terms apply to each service. Each service is a different entity.
Terms cannot be changed via email or oral agreement.

[Quoted text hidden]

**Joseph Soleimani** <joe@abjny.com>  Tue, May 22, 2018 at 5:45 PM
To: bsoleimani@abjny.com

**WE'VE MOVED!**

**SEE OUR NEW ADDRESS BELOW!**



**Joseph Soleimani**
**Vice President**
**ABJ Properties, Inc.**
1652 Park Avenue, Suite LL
New York, NY  10035

T. 212.860.5560

F. 212.860.5570

[Quoted text hidden]