# Joseph Soleimani

| | |
|---|---|
| **From:** | Ari Teman <ari@teman.com> |
| **Sent:** | Sunday, August 26, 2018 12:53 PM |
| **To:** | Eric Schutzer |
| **Cc:** | Benjamin Soleimani; joe@abjny.com |
| **Subject:** | Fwd: Dispute on charge ch_1CAgm1Cc8d6wwGYFRcQOyDJ8 has been closed |

Hi Eric,

Let's get the liens on ABJ buildings by Wednesday. They've now also stolen from SubletSpy over $12,000. They got reports and then filed a massive and damaging chargeback.

Let's also go ahead with the District Attorney's office on Monday regarding the criminal fraud charges. Their fraud is now nearing half a million dollars.

I'll be fowarding all ABJ buildings to the Mayor's Office of Special Enforcement along with written and audio recorded calls where Joe Soleimani admits they know and allow Airbnb in order to hike rents.

I'm done with these assholes.

Ari

Ari Teman | Founder | teman™
We make Real Estate proactive with Artificial Intelligence
212-203-3714

106 W 32nd Street, NYC
https://teman.com | ari@teman.com
------
Services:
* GateGuard.xyz|Face-recognition entry panel, intercom, AI virtual doorman + camera system

* LookLock.xyz|Smart Lock w/Video Doorbell + Security Camera + Concierce
(Opens with: Fingerprint, Code, NFC, Card, Fob, App, Key)

* PropertyPanel.xyz|NYC's #1 property platform: Find, Analyze, Comply, News, more.

* SubletSpy.com|Catch & Evict Illegal Airbnb-type sublets (reseller)
-------
Featured in:
The Real Deal, Cooperator, BISNOW, ABC, NBC, PIX, FOX, Pando, Curbed, Observer
-------
Visit us for a demo:
We're closest to: 1-2-3 / B-D-F-M / N-Q-R-W / PATH / A-B-C-E / 6
--------
10 SECOND VIDEO:GateGuard.xyz Face Recognition in Actionhttps://youtube.com/watch?v=fTlrrtgAK8k
--------
All conversations are off-the-record. Social Media, too.

**GOVERNMENT EXHIBIT 406** 19 Cr. 696 (PAE)

Terms apply to each service. Each service is a different entity.
Terms cannot be changed via email or oral agreement.

---------- Forwarded message ---------
From: **Ari Teman** <ari@gateguard.xyz>
Date: Sun, Aug 26, 2018, 12:47 PM
Subject: Fwd: Dispute on charge ch_1CAgm1Cc8d6wwGYFRcQOyDJ8 has been closed
To: Ari Teman <ari@teman.com>



---------- Forwarded message ---------
From: **Stripe** <support@stripe.com>
Date: Sun, Aug 26, 2018, 11:14 AM
Subject: Dispute on charge ch_1CAgm1Cc8d6wwGYFRcQOyDJ8 has been closed
To: <ari@gateguard.xyz>


Sorry, it looks like the dispute initiated on July 15, 2018 for $12,735.00 USD was unfortunately not resolved in your account's favor.