# Joseph Soleimani

| | |
|---|---|
| **From:** | Ari Teman <ari@teman.com> |
| **Sent:** | Friday, November 2, 2018 10:48 AM |
| **To:** | Ariel Reinitz; Joseph Soleimani |
| **Subject:** | Re: FW: SubletSpy hits for order fijj87wr (Sep 18, 2018) |
| **Attachments:** | image001.jpg |

No.


The only offer is this:

1. They keep to their 60 building agreement, which Joe put in writing multiple times, and did so so as to get expensive custom features developed. The pricing for this is on our website. The only reason we built those features for ABJ was for the 60 building agreement, so Joe already got work in consideration.

Regardless, we have a contract, Joe admits this, and we'll enforce it -- that contract makes us their exclusive intercom provider. So their MVI device comes off and we go on, and every other intercom gets replaced by ours.

2. We activate the 6 devices immediately, and we install the 60 starting 90 days from now.

3. We will deliver the tablets in 60 days of complete and full payment. They can use our SIM cards ($2/mo for 40)

4. Joe discloses any and all communication from MVI and Homeland Security. He cooperates fully in our lawsuit for IP theft and fraud, or he becomes a defendant in it.

I will go after every one of ABJ's staff and investors and we'll file the suit next week if this continues. Enough is enough. Joe was dishonest, he asked my best friend to lie to me, too, and I am not going to entertain any new agreements of any kind. He obeys the contract he entered into or he gets liens on his building and gets sued.

Ari

**Ari Teman | Founder | teman™**
We make Real Estate proactive with Artificial Intelligence
212-203-3714 | teman.com | ari@teman.com

Services:

| | | |
|---|---|---|
| GateGuard.xyz | \| | Face-recognition entry panel, intercom, virtual doorman + camera system |
| LookLock.xyz | \| | Smart Lock w/Video Doorbell + Security Camera + Concierge (Opens with: Fingerprint, Code, NFC, Card, Fob, App, Key) |
| PropertyPanel.xyz | \| | NYC's #1 property platform: Find, Analyze, Comply, News, more. |
| SubletSpy.com | \| | Catch & Evict Illegal Airbnb-type sublets |

Featured in:
The Real Deal, Cooperator, BISNOW, ABC, NBC, PIX, FOX, Pando, Curbed, Observer

Visit us for a demo:
NYC: Herald Square
Miami: Lincoln Road

**GOVERNMENT EXHIBIT 407**
19 Cr. 696 (PAE)

| 10 SECOND VIDEO: |
|---|

GateGuard.xyz Face Recognition in Action

https://www.youtube.com/watch?v=1kxz8kbTB5o

All conversations are off-the-record. Social Media, too.
Terms apply to each service. Each service is a different entity.
Terms cannot be changed via email or oral agreement.

On Fri, Nov 2, 2018 at 10:40 AM Ariel Reinitz <Ariel.Reinitz@fisherbroyles.com> wrote:

**Ariel Reinitz**

FisherBroyles, LLP

O: 646.494.6909 **|** M: 917.587.5520 **|** Email

**From:** Joseph Soleimani <joe@abjny.com>
**Sent:** Monday, October 22, 2018 11:04 AM
**To:** Ariel Reinitz <Ariel.Reinitz@fisherbroyles.com>
**Subject:** RE: SubletSpy hits for order fijj87wr (Sep 18, 2018)

Hi Ariel,

The subscription must have been activated after it was previously deactivated. I had sent him screenshots showing that it was deactivated. In any case, I would like detailed subscription dates for all my subletspy subcriptions. In addition, please have Ari provide details on the tablets including a guaranteed delivery date and features. He had mentioned some type of service which they will all have and I would like to confirm such. Also, please lay out the details of the new gateguard moving forward.

We will also require a general release for anything he is claiming and an agreement that he will no longer continue to file complaints through various government agencies as an act of retaliation.

Thank You and looking forward.

**Joseph Soleimani**

Vice President

**ABJ Properties, Inc.**

1652 Park Avenue, Suite LL

New York, NY  10035

T. 212.860.5560

F. 212.860.5570

---

**From:** Ariel Reinitz <Ariel.Reinitz@fisherbroyles.com>
**Sent:** Wednesday, October 17, 2018 3:28 PM
**To:** Joseph Soleimani <joe@abjny.com>
**Subject:** FW: SubletSpy hits for order fijj87wr (Sep 18, 2018)


Hi Joe – I spoke to Ari and he indicated that your subscription to 'SubletSpy' remains active (see below report). You can log in using any of the below links (login is done via 'PropertyPanel'). Let me know if this does (or doesn't) work.


The tablets we discussed were delayed in China (needed FCC certification before being shipped). They are currently on track to arrive in about 2 months (~December 15th). Ari is happy to maintain the order or apply your payment towards current GateGuard installation/service – let me know your preference.


Thanks,


**Ariel Reinitz**

FisherBroyles, LLP

O: 646.494.6909 **|** M: 917.587.5520 **|** Email

**From:** Ari Teman <ari@subletspy.com>
**Sent:** Wednesday, October 17, 2018 3:07 PM
**To:** Ariel Reinitz <Ariel.Reinitz@fisherbroyles.com>
**Subject:** Fwd: SubletSpy hits for order fijj87wr (Sep 18, 2018)



**Ari Teman | Founder | teman™**
We make Real Estate proactive with Artificial Intelligence
212-203-3714 | teman.com | ari@teman.com



Services:
| | |
|---|---|
| GateGuard.xyz | Face-recognition entry panel, intercom, virtual doorman + camera system |
| LookLock.xyz | Smart Lock w/Video Doorbell + Security Camera + Concierce (Opens with: Fingerprint, Code, NFC, Card, Fob, App, Key) |
| PropertyPanel.xyz | NYC's #1 property platform: Find, Analyze, Comply, News, more. |
| SubletSpy.com | Catch & Evict Illegal Airbnb-type sublets |

Featured in:
The Real Deal, Cooperator, BISNOW, ABC, NBC, PIX, FOX, Pando, Curbed, Observer

Visit us for a demo:
NYC: Herald Square
Miami: Lincoln Road

**10 SECOND VIDEO:**

GateGuard.xyz Face Recognition in Action

https://www.youtube.com/watch?v=1kxz8kbTB5o

All conversations are off-the-record. Social Media, too.
Terms apply to each service. Each service is a different entity.
Terms cannot be changed via email or oral agreement.

---------- Forwarded message ---------
From: <support.team@subletspy.com>
Date: Tue, Sep 18, 2018 at 8:29 AM

Subject: SubletSpy hits for order fijj87wr (Sep 18, 2018)
To: <joe@abjny.com>
Cc: <ari@subletspy.com>



## Order Update

Hi Joseph,

We have a hits for SubletSpy order **fijj87wr**.
(For security, you will be asked to log into PropertyPanel to view them.)

| Address | Host | Reviews | Last Review | Hit Type | PDF |
|---|---|---|---|---|---|
| 2267 Adam Clayton Powell Jr Blvd | Camille May Baker | 3 | Jul 2018 | Direct Hit | View |
| 173 W 133rd St | Richard | 16 | Jan 2018 | Potential (Needs Confirmation) | View |
| 526 W 173rd St | Maurice | 15 | Nov 2017 | Direct Hit | View |
| 173 W 133rd St | David | 22 | Aug 2017 | Potential (Needs Confirmation) | View |
| 524 W 173rd St | Angela | 0 | No reviews | Potential (Needs Confirmation) | View |

We have a Rent Stabilized hits for SubletSpy order **fijj87wr**.

| Address | Host | Hit Type | PDF |
|---|---|---|---|
| 524 W 173rd St | Melissa Serluco | RS Direct Hit | View |
| 173 W 133rd St | Gombraogo Ouedraogo | RS Direct Hit | View |

Please let us know how we can be helpful.

SubletSpy Support:
support.team@subletspy.com
Ari's email (founder): ari@subletspy.com

You receiving this email because you are client of SubletSpy.

5



Copyright © 2017 Touchless Labs LLC, All rights reserved.