From: **Ari Teman** <ari@teman.com>
Date: Fri, Dec 14, 2018 at 10:53 AM
Subject: NOTICE OF INTENT TO FORCLOSE
To: Joseph Soleimani <Joe@abjny.com>

Joe,

As legally required, we are sending you a notice to foreclose on the buildings which had GateGuard.

Ari

**Ari Teman | Founder | teman™**
We make Real Estate proactive with Artificial Intelligence
212-203-3714 | teman.com | ari@teman.com



Services:
GateGuard.xyz       | Face-recognition entry panel, intercom, virtual doorman + camera system
LookLock.xyz        | Smart Lock w/Video Doorbell + Security Camera + Concierge
                      (Opens with: Fingerprint, Code, NFC, Card, Fob, App, Key)
PropertyPanel.xyz   | NYC's #1 property platform: Find, Analyze, Comply, News, more.
SubletSpy.com       | Catch & Evict Illegal Airbnb-type sublets

Featured in:
The Real Deal, Cooperator, BISNOW, ABC, NBC, PIX, FOX, Pando, Curbed, Observer

Visit us for a demo:
NYC: Herald Square
Miami: Lincoln Road

**10 SECOND VIDEO:**
GateGuard.xyz Face Recognition in Action
https://www.youtube.com/watch?v=1kxz8kbTB5o

All conversations are off-the-record. Social Media, too.
Terms apply to each service. Each service is a different entity.
Terms cannot be changed via email or oral agreement.

--



**Joseph Soleimani**

Vice President

**ABJ Properties, Inc.**

GOVERNMENT EXHIBIT 408
19 Cr. 696 (PAE)

SDNY_001625

49 / 2191

1652 Park Avenue, Suite LL

New York, NY  10035

T. 212.860.5560

F. 212.860.5570

SDNY_001626