

**GateGuard INC (a Division of Teman)**
Teman.com
support.team@teman.com
212-203-3714

5 Penn Plaza (461 8th Ave)
SUITE 2372
New York, NY 10001

## INVOICE

| | | |
|---|---|---|
| Invoice Number | ABJ-hsifh783r58213a | **ABJ Properties** |
| Invoice Date | 06/04/2019 | joe@abjny.com |
| Due Date | 06/04/2019 | Building Address: Multiple (Office: 1652 Park Avenue Suite LL, New York, NY 10035) |
| Balance Due | $1,131,473.06 | |

| Item | Description | Unit Cost | Quantity | Tax | Line Total |
|---|---|---|---|---|---|
| GateGuard V1 Device | Device price at time of agreement | $5,600.00 | 60 | 8.875% | $365,820.00 |
| GateGuard Installation | | $849.00 | 60 | 8.875% | $55,460.93 |
| Device Removal/ Disabling/ Tampering Fee | Per Contract | $18,000.00 | 7 | 8.875% | $137,182.50 |
| Chargeback Fee | Per Contract | $10,000.00 | 21 | | $210,000.00 |
| Use of attorney | Per contract, bringing in an attorney incurs an instant fee | $5,000.00 | 14 | | $70,000.00 |
| Collections / Devices | | $10,000.00 | 7 | | $70,000.00 |
| GateGuard Monthly Fee | 2 years Year Upfront, 60 devices ($99.99/mo * 24) | $2,399.76 | 60 | 8.875% | $156,764.32 |
| Security Deposit | Security Deposit | $849.00 | 60 | | $50,940.00 |
| Reinstallation of 7 Devices | | $849.00 | 7 | | $5,943.00 |

**GOVERNMENT EXHIBIT 409**
19 Cr. 696 (PAE)

SDNY_003179

| Item | Description | Unit Cost | Quantity | Tax | Line Total |
|------|-------------|-----------|----------|-----|------------|
| Monthly Fee | 7 devices past-due (7 devices, 12 months) | $99.99 | 86 | 8.875% | $9,362.31 |

**Terms**

Payer accepted and accepts and terms at https://GateGuard.xyz

| | |
|---|---|
| Subtotal | $1,072,407.74 |
| NYC 8.875% | $59,065.32 |
| Paid To Date | $0.00 |
| Balance Due | $1,131,473.06 |

Please make checks payable to GateGuard INC.

SDNY_003180