# GateGuard.xyz

how can we be helpful?

**DUE**

ASK ABOUT: GateGuard.xyz CLOUD COMPATIBLE CAMERA SYSTEM

| | |
|---|---|
| **DATE:** | March 2, 2017 |
| **INVOICE #** | GGXYZ_ABJ_1_2 |

**RAISE RENTS + NO TAXES:** You may be able to count security systems & intercoms toward Capital Improvements and charge the expense toward tenants with increased rent. See form and information link below.

**Bill To:**
ABJ Properties
100 W. 138th ( ABJ LENOX,LLC )
Joseph Soleimani
joe@ABJny.com

**PAY TO:**
GATEGUARD INC
106 West 32nd Street, 2D15
NEW YORK, NY 10001
781-718-3375

| SALES PERSON | P.O. NUMBER | SHIP DATE | | | TERMS |
|---|---|---|---|---|---|
| Ari Teman | | | | | Due now. |

| QUANTITY | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|
| 1 | GateGuard.xyz Panel | 499,00 | $499,00 |
| 1 | Installation | 650,00 | $650,00 |
| 6 | Monthly Service (6 months upfront) | 99,00 | $594,00 |
| | SUBTOTAL | | $1.743,00 |
| | TAX RATE | | EXEMPT |
| | SALES TAX | | |
| | SHIPPING & HANDLING | | |
| | TOTAL | | $1.743,00 |

TAX EXEMPT CAPITAL IMPROVEMENTS: https://www.tax.ny.gov/pdf/publications/sales/pub862.pdf . You may need to fill out: https://www.tax.ny.gov/pdf/current_forms/st/st124_fill_in.pdf

Payer accepts terms at GateGuard.xyz/legal/terms.php | This is a 3 year contract.

Make all checks payable to GATEGUARD INC

GOVERNMENT EXHIBIT 409A 19 Cr. 696 (PAE)

# GateGuard.xyz

how can we be helpful?

**DUE**

ASK ABOUT: GateGuard.xyz CLOUD COMPATIBLE CAMERA SYSTEM

| | |
|---|---|
| **DATE:** | March 2, 2017 |
| **INVOICE #** | GGXYZ_ABJ_1_1 |

**RAISE RENTS + NO TAXES:** You may be able to count security systems & intercoms toward Capital Improvements and charge the expense toward tenants with increased rent. See form and information link below.

**Bill To:** ABJ Properties
539 Lenox ( ABJ LENOX LLC)
Joseph Soleimani
joe@ABJny.com

**PAY TO:** GATEGUARD INC
106 West 32nd Street, 2D15
NEW YORK, NY 10001
781-718-3375

| SALES PERSON | P.O. NUMBER | SHIP DATE | | | TERMS |
|---|---|---|---|---|---|
| Ari Teman | | | | | Due now. |

| QUANTITY | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|
| 1 | GateGuard.xyz Panel | 499,00 | $499,00 |
| 1 | Installation | 650,00 | $650,00 |
| 6 | Monthly Service (6 months upfront) | 99,00 | $594,00 |
| | | SUBTOTAL | $1.743,00 |
| | | TAX RATE | EXEMPT |
| | | SALES TAX | |
| | | SHIPPING & HANDLING | |
| | | TOTAL | $1.743,00 |

TAX EXEMPT CAPITAL IMPROVEMENTS: https://www.tax.ny.gov/pdf/publications/sales/pub862.pdf . You may need to fill out: https://www.tax.ny.gov/pdf/current_forms/st/st124_fill_in.pdf

Payer accepts terms at GateGuard.xyz/legal/terms.php | This is a 3 year contract.

Make all checks payable to GATEGUARD INC

# GateGuard.xyz

how can we be helpful?

**DUE**

ASK ABOUT: GateGuard.xyz CLOUD COMPATIBLE CAMERA SYSTEM

| | |
|---|---|
| **DATE:** | March 2, 2017 |
| **INVOICE #** | GGXYZ_ABJ_1_3 |

**RAISE RENTS + NO TAXES:** You may be able to count security systems & intercoms toward Capital Improvements and charge the expense toward tenants with increased rent. See form and information link below.

**Bill To:** ABJ Properties
102 W. 138th ( ABJ LENOX,LLC )
Joseph Soleimani
joe@ABJny.com

**PAY TO:** GATEGUARD INC
106 West 32nd Street, 2D15
NEW YORK, NY 10001
781-718-3375

| SALES PERSON | P.O. NUMBER | SHIP DATE | | | TERMS |
|---|---|---|---|---|---|
| Ari Teman | | | | | Due now. |

| QUANTITY | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|
| 1 | GateGuard.xyz Panel | 499,00 | $499,00 |
| 1 | Installation | 650,00 | $650,00 |
| 6 | Monthly Service (6 months upfront) | 99,00 | $594,00 |
| | | SUBTOTAL | $1.743,00 |
| | | TAX RATE | EXEMPT |
| | | SALES TAX | |
| | | SHIPPING & HANDLING | |
| | | TOTAL | $1.743,00 |

TAX EXEMPT CAPITAL IMPROVEMENTS: https://www.tax.ny.gov/pdf/publications/sales/pub862.pdf . You may need to fill out: https://www.tax.ny.gov/pdf/current_forms/st/st124_fill_in.pdf

Payer accepts terms at GateGuard.xyz/legal/terms.php | This is a 3 year contract.

Make all checks payable to GATEGUARD INC

# GateGuard.xyz

how can we be helpful?

**DUE**

ASK ABOUT: GateGuard.xyz CLOUD COMPATIBLE CAMERA SYSTEM

| | |
|---|---|
| **DATE:** | March 2, 2017 |
| **INVOICE #** | GGXYZ_ABJ_1_4 |

**RAISE RENTS + NO TAXES:** You may be able to count security systems & intercoms toward Capital Improvements and charge the expense toward tenants with increased rent. See form and information link below.

| Bill To: | | PAY TO: | |
|---|---|---|---|
| | ABJ Properties | | GATEGUARD INC |
| | 56 W. 127th ( ABJ MILANO, LLC. ) | | 106 West 32nd Street, 2D15 |
| | Joseph Soleimani | | NEW YORK, NY 10001 |
| | joe@ABJny.com | | 781-718-3375 |

| SALES PERSON | P.O. NUMBER | SHIP DATE | | | TERMS |
|---|---|---|---|---|---|
| Ari Teman | | | | | Due now. |

| QUANTITY | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|
| 1 | GateGuard.xyz Panel | 499,00 | $499,00 |
| 1 | Installation | 650,00 | $650,00 |
| 6 | Monthly Service (6 months upfront) | 99,00 | $594,00 |
| | | SUBTOTAL | $1.743,00 |
| | | TAX RATE | EXEMPT |
| | | SALES TAX | |
| | | SHIPPING & HANDLING | |
| | | TOTAL | $1.743,00 |

TAX EXEMPT CAPITAL IMPROVEMENTS: https://www.tax.ny.gov/pdf/publications/sales/pub862.pdf . You may need to fill out: https://www.tax.ny.gov/pdf/current_forms/st/st124_fill_in.pdf

Payer accepts terms at GateGuard.xyz/legal/terms.php | This is a 3 year contract.

Make all checks payable to GATEGUARD INC

# GateGuard.xyz

how can we be helpful?

**DUE**

| | |
|---|---|
| | ASK ABOUT: GateGuard.xyz CLOUD COMPATIBLE CAMERA SYSTEM |

| | |
|---|---|
| **DATE:** | March 2, 2017 |
| **INVOICE #** | GGXYZ_ABJ_1_5 |

**RAISE RENTS + NO TAXES:** You may be able to count security systems & intercoms toward Capital Improvements and charge the expense toward tenants with increased rent. See form and information link below.

**Bill To:** ABJ Properties
53-55 E. 130th (ABJ Milano Inc)
Joseph Soleimani
joe@ABJny.com

**PAY TO:** GATEGUARD INC
106 West 32nd Street, 2D15
NEW YORK, NY 10001
781-718-3375

| SALES PERSON | P.O. NUMBER | SHIP DATE | | | TERMS |
|---|---|---|---|---|---|
| Ari Teman | | | | | Due now. |

| QUANTITY | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|
| 1 | GateGuard.xyz Panel | 499,00 | $499,00 |
| 1 | Installation | 650,00 | $650,00 |
| 6 | Monthly Service (6 months upfront) | 99,00 | $594,00 |
| | SUBTOTAL | | $1.743,00 |
| | TAX RATE | | EXEMPT |
| | SALES TAX | | |
| | SHIPPING & HANDLING | | |
| | TOTAL | | $1.743,00 |

TAX EXEMPT CAPITAL IMPROVEMENTS: https://www.tax.ny.gov/pdf/publications/sales/pub862.pdf . You may need to fill out: https://www.tax.ny.gov/pdf/current_forms/st/st124_fill_in.pdf

Payer accepts terms at GateGuard.xyz/legal/terms.php | This is a 3 year contract.

Make all checks payable to GATEGUARD INC

# GateGuard.xyz

how can we be helpful?

**DUE**

| | |
|---|---|
| | ASK ABOUT: GateGuard.xyz CLOUD COMPATIBLE CAMERA SYSTEM |

| | |
|---|---|
| **DATE:** | March 2, 2017 |
| **INVOICE #** | GGXYZ_ABJ_1_7 |

**RAISE RENTS + NO TAXES:** You may be able to count security systems & intercoms toward Capital Improvements and charge the expense toward tenants with increased rent. See form and information link below.

**Bill To:** ABJ Properties
346 Lenox Ave (ABJ Milano Inc)
Joseph Soleimani
joe@ABJny.com

**PAY TO:**
GATEGUARD INC
106 West 32nd Street, 2D15
NEW YORK, NY 10001
781-718-3375

| SALES PERSON | P.O. NUMBER | SHIP DATE | | | TERMS |
|---|---|---|---|---|---|
| Ari Teman | | | | | Due now. |

| QUANTITY | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|
| 1 | GateGuard.xyz Panel | 499,00 | $499,00 |
| 1 | Installation | 650,00 | $650,00 |
| 6 | Monthly Service (6 months upfront) | 99,00 | $594,00 |
| | | SUBTOTAL | $1.743,00 |
| | | TAX RATE | EXEMPT |
| | | SALES TAX | |
| | | SHIPPING & HANDLING | |
| | | TOTAL | $1.743,00 |

TAX EXEMPT CAPITAL IMPROVEMENTS: https://www.tax.ny.gov/pdf/publications/sales/pub862.pdf . You may need to fill out: https://www.tax.ny.gov/pdf/current_forms/st/st124_fill_in.pdf

Payer accepts terms at GateGuard.xyz/legal/terms.php | This is a 3 year contract.
Make all checks payable to GATEGUARD INC

# GateGuard.xyz

*how can we be helpful?*

**DUE**

ASK ABOUT: GateGuard.xyz CLOUD COMPATIBLE CAMERA SYSTEM

**DATE:** March 2, 2017

**INVOICE #** GGXYZ_ABJ_1_6

**RAISE RENTS + NO TAXES:** You may be able to count security systems & intercoms toward Capital Improvements and charge the expense toward tenants with increased rent. See form and information link below.

**Bill To:**
ABJ Properties
342 Lenox (ABJ Milano Inc)
Joseph Soleimani
joe@ABJny.com

**PAY TO:**
GATEGUARD INC
106 West 32nd Street, 2D15
NEW YORK, NY 10001
781-718-3375

| SALES PERSON | P.O. NUMBER | SHIP DATE | | | TERMS |
|---|---|---|---|---|---|
| Ari Teman | | | | | Due now. |

| QUANTITY | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|
| 1 | GateGuard.xyz Panel | 499,00 | $499,00 |
| 1 | Installation | 650,00 | $650,00 |
| 6 | Monthly Service (6 months upfront) | 99,00 | $594,00 |
| | | SUBTOTAL | $1.743,00 |
| | | TAX RATE | EXEMPT |
| | | SALES TAX | |
| | | SHIPPING & HANDLING | |
| | | TOTAL | $1.743,00 |

TAX EXEMPT CAPITAL IMPROVEMENTS: https://www.tax.ny.gov/pdf/publications/sales/pub862.pdf . You may need to fill out: https://www.tax.ny.gov/pdf/current_forms/st/st124_fill_in.pdf

Payer accepts terms at GateGuard.xyz/legal/terms.php | This is a 3 year contract.

Make all checks payable to GATEGUARD INC

# GateGuard.xyz

how can we be helpful?

**DUE**

ASK ABOUT: GateGuard.xyz CLOUD COMPATIBLE CAMERA SYSTEM

| | |
|---|---:|
| **DATE:** | March 2, 2017 |
| **INVOICE #** | GGXYZ_ABJ_1_8 |

**RAISE RENTS + NO TAXES:** You may be able to count security systems & intercoms toward Capital Improvements and charge the expense toward tenants with increased rent. See form and information link below.

**Bill To:**  ABJ Properties
2041 7th Avenue (ABJ Milano Inc)
Joseph Soleimani
joe@ABJny.com

**PAY TO:**  GATEGUARD INC
106 West 32nd Street, 2D15
NEW YORK, NY 10001
781-718-3375

| SALES PERSON | P.O. NUMBER | SHIP DATE | | | TERMS |
|---|---|---|---|---|---|
| Ari Teman | | | | | Due now. |

| QUANTITY | DESCRIPTION | UNIT PRICE | AMOUNT |
|---:|---|---:|---:|
| 1 | GateGuard.xyz Panel | 499,00 | $499,00 |
| 1 | Installation | 650,00 | $650,00 |
| 6 | Monthly Service (6 months upfront) | 99,00 | $594,00 |

| | |
|---|---:|
| SUBTOTAL | $1.743,00 |
| TAX RATE | EXEMPT |
| SALES TAX | |
| SHIPPING & HANDLING | |
| TOTAL | $1.743,00 |

TAX EXEMPT CAPITAL IMPROVEMENTS: https://www.tax.ny.gov/pdf/publications/sales/pub862.pdf . You may need to fill out: https://www.tax.ny.gov/pdf/current_forms/st/st124_fill_in.pdf

Payer accepts terms at GateGuard.xyz/legal/terms.php | This is a 3 year contract.

Make all checks payable to GATEGUARD INC