# GateGuard.xyz    how can we be helpful?    DUE

ASK ABOUT: GateGuard.xyz CLOUD COMPATIBLE CAMERA SYSTEM

| | |
|---|---|
| DATE: | Oct 18 |
| INVOICE # | GGXYZ_ABJ_1_6b |

**RAISE RENTS + NO TAXES:** You may be able to count security systems & intercoms toward Capital Improvements and charge the expense toward tenants with increased rent. See form and information link below.

**Bill To:** ABJ Properties
342 Lenox (ABJ Milano Inc)
Joseph Soleimani
joe@ABJny.com

**PAY TO:**
GATEGUARD INC
106 West 32nd Street, 2D15
NEW YORK, NY 10001
781-718-3375

| SALES PERSON | P.O. NUMBER | SHIP DATE | | | TERMS |
|---|---|---|---|---|---|
| Ari Teman | | | | | Due now. |

| QUANTITY | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|
| 1 | GateGuard.xyz Panel | 1.743,00 | $1.743,00 |
| 1 | Installation | | |
| 6 | Monthly Service (6 months upfront) | | |
| | | SUBTOTAL | $1.743,00 |
| | | TAX RATE | EXEMPT |
| | | SALES TAX | |
| | | SHIPPING & HANDLING | |
| | | TOTAL | $1.743,00 |

TAX EXEMPT CAPITAL IMPROVEMENTS: https://www.tax.ny.gov/pdf/publications/sales/pub862.pdf . You may need to fill out: https://www.tax.ny.gov/pdf/current_forms/st/st124_fill_in.pdf
Payer accepts terms at GateGuard.xyz/legal/terms.php | This is a 3 year contract.
Make all checks payable to GATEGUARD INC

*Between 342 and 346.*

**GOVERNMENT EXHIBIT 409B**
19 Cr. 696 (PAE)