```
[11/8/17, 9:33:29 AM] Ari Teman: Intercom  calls working for your favorite tenant: https://www.dropbox.com/s/jrydj1wh76tfwuc/Screenshot%202017-11-08%2009.32.28.png?dl=0
[11/8/17, 9:42:43 AM] Joe S: <attached: 00000357-VIDEO-2017-11-08-09-42-43.mp4>
[11/8/17, 9:42:56 AM] Joe S: this is happening way too often
[11/8/17, 9:43:02 AM] Ari Teman: it's restarting
[11/8/17, 9:43:12 AM] Joe S: thats not good enough for me
[11/8/17, 9:43:27 AM] Joe S: i cant have tenants/visitors waiting for the system to restart
[11/8/17, 9:43:30 AM] Joe S: it either works or it doesnt
[11/8/17, 9:44:07 AM] Ari Teman: plug in the batteries and the connection will stay solid
[11/8/17, 9:44:38 AM] Joe S: send your guy to complete the installation, i bought everything you asked for
[11/8/17, 9:44:29 AM] Ari Teman: but we will fix this so it doesn't happen
[11/8/17, 9:45:20 AM] Ari Teman: the actual terms are clients are responsible to have CAT5 at the door. We did it for you, but it's not the terms
[11/8/17, 9:45:38 AM] Joe S: send me the terms i signed for, i will review it
[11/8/17, 9:45:55 AM] Joe S: where are my tablets?
[11/8/17, 9:46:01 AM] Ari Teman: https://gateguard.xyz/legal/terms.php
[11/8/17, 9:46:03 AM] Joe S: where are the permanent boxes
[11/8/17, 9:46:06 AM] Joe S: where is the usps box?
[11/8/17, 9:46:20 AM] Joe S: i dont see a signature there
[11/8/17, 9:46:44 AM] Ari Teman: you agreed to these terms when you paid the invoice. look on the invoice
[11/8/17, 9:46:50 AM] Joe S: just get this stuff up and running 100%. Let me know when your isntalled is coming
[11/8/17, 9:47:07 AM] Joe S: i also agreed to a May 1st guarantee
[11/8/17, 9:47:11 AM] Joe S: i also agreed to tablets
[11/8/17, 9:47:16 AM] Joe S: should we keep going?
[11/8/17, 9:48:24 AM] Joe S: i am going to a meeting, let me know when ur installed will be there to finish installation so the system doesnt have to freeze. also let me know
```

GOVERNMENT
EXHIBIT
409C
19 Cr. 696 (PAE)