| | |
|---|---|
| **From:** | support.team@teman.com |
| **To:** | Elie Gabay |
| **Subject:** | Tenant Ana Esterg at 518 West 204 is missing intercom calls. |
| **Date:** | Friday, January 19, 2018 7:31:06 PM |

Hi,

Ana Esterg from 518 West 204 [22] got a buzz, but they didn't login to the app.

Let us know how we can be helpful.

The GateGuard Team

support.team@teman.com

GOVERNMENT EXHIBIT 412
19 Cr. 696 (PAE)

SDNY_000629