| | |
|---|---|
| **From:** | Ari Teman |
| **To:** | Elie Gabay |
| **Subject:** | Re: Invoice sent (explained) |
| **Date:** | Friday, January 19, 2018 3:13:27 PM |
| **Attachments:** | Invoice-0005.pdf |

It's marked as qty 0. Total should display as $3600. It is credited to the security deposit & monthly fees for the building order. It will come from gateguard.xyz -- please use the online link to pay (you can pay via ACH or credit/debit).

**Ari Teman | Founder | teman™**
We make Real Estate proactive with Artificial Intelligence
212-203-3714
106 W 32nd Street, NYC
https://teman.com | ari@teman.com

Services:
| | | |
|---|---|---|
| GateGuard.xyz | | Face-recognition entry panel, intercom, AI virtual doorman + camera system |
| LookLock.xyz | | Smart Lock w/Video Doorbell + Security Camera + Concierge (Opens with: Fingerprint, Code, NFC, Card, Fob, App, Key) |
| PropertyPanel.xyz | | NYC's #1 property platform: Find, Analyze, Comply, News, more. |
| SubletSpy.com | | Catch & Evict Illegal Airbnb-type sublets |

Featured in:
The Real Deal, Cooperator, BISNOW, ABC, NBC, PIX, FOX, Pando, Curbed, Observer

Visit us for a demo:
We're closest to: 1-2-3 / B-D-F-M / N-Q-R-W / PATH / A-B-C-E / 6

**10 SECOND VIDEO:**
GateGuard.xyz Face Recognition in Action
https://www.youtube.com/watch?v=1kxz8kbTB5o

All conversations are off-the-record. Social Media, too.
Terms apply to each service. Each service is a different entity.
Terms cannot be changed via email or oral agreement.

On Fri, Jan 19, 2018 at 3:03 PM, Elie Gabay <elie@coneyrealty.com> wrote:
> Why are we adding security deposit?
> We said 3600.
>
> Also, I didn't get the invoice. Was it supposed to come in a separate email?
>
> Elie Gabay
> Coney Realty & Management
> Tel: 718-338-2010
> Fax: 718-338-7900
> Elie@coneyrealty.com



GOVERNMENT EXHIBIT 413
19 Cr. 696 (PAE)

SDNY_000575

-------- Original message --------
From: Ari Teman <ari@teman.com>
Date: 1/19/18 2:52 PM (GMT-05:00)
To: Elie Gabay <elie@coneyrealty.com>
Subject: Invoice sent (explained)

Hi Elie,

I duct-taped our regular invoice template very quickly since this is a rush job, so to make sure it's clear. You'll pay:

- the device, $3600 which will be credited to the version 2.0 monthly fees
- the security deposit $849

Alex will be the installer. He will pick the stuff up from our office and install. He's done a bunch for us with this device, and he's very very good at his job.

Ari

**Ari Teman | Founder | teman™**
We make Real Estate proactive with Artificial Intelligence
212-203-3714
106 W 32nd Street, NYC
https://teman.com | ari@teman.com

Services:

| | | |
|---|---|---|
| GateGuard.xyz | \| | Face-recognition entry panel, intercom, AI virtual doorman + camera system |
| LookLock.xyz | \| | Smart Lock w/Video Doorbell + Security Camera + Concierce (Opens with: Fingerprint, Code, NFC, Card, Fob, App, Key) |
| PropertyPanel.xyz | \| | NYC's #1 property platform: Find, Analyze, Comply, News, more. |
| SubletSpy.com | \| | Catch & Evict Illegal Airbnb-type sublets |

Featured in:
The Real Deal, Cooperator, BISNOW, ABC, NBC, PIX, FOX, Pando, Curbed, Observer

Visit us for a demo:
We're closest to: 1-2-3 / B-D-F-M / N-Q-R-W / PATH / A-B-C-E / 6

**10 SECOND VIDEO:**
GateGuard.xyz Face Recognition in Action
https://www.youtube.com/watch?v=1kxz8kbTB5o

All conversations are off-the-record. Social Media, too.
Terms apply to each service. Each service is a different entity.
Terms cannot be changed via email or oral agreement.



**GateGuard INC (a Division of Teman)**
Teman.com
support.team@teman.com
212-203-3714

106 W 32nd St
FL 2
New York, NY 10001

# INVOICE

| | | |
|---|---|---|
| Invoice Number | **0005** | HILLCREST POST ACQUISITIONS LLC (518 West 204 Street) |
| Invoice Date | 01/19/2018 | elie@coneyrealty.com |
| Due Date | 01/19/2018 | |
| Balance Due | $3,600.00 | |

| Item | Description | Unit Cost | Quantity | Line Total |
|---|---|---|---|---|
| GateGuard V1 Panel | To be credited to Panel 2.0 monthly fees when installed | $3,600.00 | 1 | $3,600.00 |
| Security Deposit | GateGuard Security Deposit | $849.00 | | $0.00 |
| Gold Plan Monitoring | GGxyz Monitoring : Gold Plan | $49.99 | | $0.00 |
| Installation (Custom) | Included | $0.00 | | $0.00 |
| Cat5 + Parts | Included | $0.00 | | $0.00 |

We are installing Version 1.0 ahead of 2.0 being available (~90 days). Client understands 1.0 device does not have 4G, IR, battery, etc.  https://gateguard.xyz |

| | |
|---|---|
| Subtotal | $3,600.00 |
| Paid To Date | $0.00 |
| Balance Due | $3,600.00 |

**Terms**
Buyer accepts terms & conditions at https://gateguard.xyz

Please make checks payable to GateGuard INC.

SDNY_000574