| | |
|---|---|
| **From:** | Ari Teman |
| **To:** | Elie Gabay |
| **Subject:** | Re: Form for the 10 buildings (GiveAway) security deposit form (Action Required) |
| **Date:** | Wednesday, January 24, 2018 4:24:13 PM |

Hi Elie,
No sure if we got cut off or you had to run. As I mentioned, we'll agree to cap the maximum due if you remove a device or sell a building at $6k total per device, with any payments made for that building already credited to that.
Ari

**Ari Teman | Founder | teman™**
We make Real Estate proactive with Artificial Intelligence
212-203-3714
106 W 32nd Street, NYC
https://teman.com | ari@teman.com

Services:

| | | |
|---|---|---|
| GateGuard.xyz | \| | Face-recognition entry panel, intercom, AI virtual doorman + camera system |
| LookLock.xyz | \| | Smart Lock w/Video Doorbell + Security Camera + Concierce (Opens with: Fingerprint, Code, NFC, Card, Fob, App, Key) |
| PropertyPanel.xyz | \| | NYC's #1 property platform: Find, Analyze, Comply, News, more. |
| SubletSpy.com | \| | Catch & Evict Illegal Airbnb-type sublets |

Featured in:
The Real Deal, Cooperator, BISNOW, ABC, NBC, PIX, FOX, Pando, Curbed, Observer

Visit us for a demo:
We're closest to: 1-2-3 / B-D-F-M / N-Q-R-W / PATH / A-B-C-E / 6

**10 SECOND VIDEO:**
GateGuard.xyz Face Recognition in Action
https://www.youtube.com/watch?v=1kxz8kbTB5o

All conversations are off-the-record. Social Media, too.
Terms apply to each service. Each service is a different entity.
Terms cannot be changed via email or oral agreement.

On Tue, Jan 23, 2018 at 4:16 PM, Ari Teman <ari@teman.com> wrote:
> Sure. Call me.
>
> On Jan 23, 2018 4:11 PM, "Elie Gabay" <elie@coneyrealty.com> wrote:
>
>> Section 5K and 5L or your Terms and Conditions are pretty brutal. I stopped reading after I saw them.
>>
>> I don't usually get nitpicky but we need to discuss these.
>>
>>
>> Elie Gabay
>>
>> Coney Realty & Management
>> Tel: 718-338-2010

GOVERNMENT EXHIBIT 414
19 Cr. 696 (PAE)

SDNY_000363

Email: elie@coneyrealty.com

**From:** Ari Teman [mailto:ari@teman.com]
**Sent:** Tuesday, January 23, 2018 11:29 AM
**To:** Elie Gabay <elie@coneyrealty.com>
**Subject:** Re: Form for the 10 buildings (GiveAway) security deposit form (Action Required)

Removed and updated:
https://win.teman.com/order/view/1e6pAyNGM40z2Q7R/verification

**Ari Teman | Founder | teman™**
We make Real Estate proactive with Artificial Intelligence
212-203-3714
106 W 32nd Street, NYC
https://teman.com | ari@teman.com

Services:



| | | |
|---|---|---|
| GateGuard.xyz | \| | Face-recognition entry panel, intercom, AI virtual doorman + camera system |
| LookLock.xyz | \| | Smart Lock w/Video Doorbell + Security Camera + Concierce (Opens with: Fingerprint, Code, NFC, Card, Fob, App, Key) |
| PropertyPanel.xyz | \| | NYC's #1 property platform: Find, Analyze, Comply, News, more. |
| SubletSpy.com | \| | Catch & Evict Illegal Airbnb-type sublets |

Featured in:
The Real Deal, Cooperator, BISNOW, ABC, NBC, PIX, FOX, Pando, Curbed, Observer

Visit us for a demo:
We're closest to: 1-2-3 / B-D-F-M / N-Q-R-W / PATH / A-B-C-E / 6

**10 SECOND VIDEO:**

GateGuard.xyz Face Recognition in Action

https://www.youtube.com/watch?v=1kxz8kbTB5o

All conversations are off-the-record. Social Media, too.
Terms apply to each service. Each service is a different entity.
Terms cannot be changed via email or oral agreement.

On Mon, Jan 22, 2018 at 11:29 AM, Elie Gabay <elie@coneyrealty.com> wrote:

> 91 Post is not us.
>
> Please remove.

Elie Gabay

Coney Realty & Management
Tel: 718-338-2010
Email: elie@coneyrealty.com

**From:** Ari Teman [mailto:ari@teman.com]
**Sent:** Friday, January 19, 2018 3:40 PM
**To:** Elie Gabay <elie@coneyrealty.com>
**Subject:** Form for the 10 buildings (GiveAway) security deposit form (Action Required)

Hi Elie,

Here is the form to complete the order for the 10 version 2.0 devices you put into PropertyPanel.xyz. If someone in your office can fill in the info the security deposit ($849) locks them in: https://win.teman.com/order/1e6pAyNGM40z2Q7R/payment

Heads up: I notice these 10 buildings do **not** include **518 West 204 St**, unless it's an alternate address. Do you want to remove one or do 11 buildings (yay!)?

Thanks! Shabbat shalom.

Ari

**Ari Teman | Founder | teman™**
We make Real Estate proactive with Artificial Intelligence
212-203-3714
106 W 32nd Street, NYC
https://teman.com | ari@teman.com

| | Services: | | |
|---|---|---|---|
| | GateGuard.xyz | \| | Face-recognition entry panel, intercom, AI virtual doorman + camera system |
|  | LookLock.xyz | \| | Smart Lock w/Video Doorbell + Security Camera + Concierce (Opens with: Fingerprint, Code, NFC, Card, Fob, App, Key) |
| | PropertyPanel.xyz | \| | NYC's #1 property platform: Find, Analyze, Comply, News, more. |
| | SubletSpy.com | \| | Catch & Evict Illegal Airbnb-type sublets |

**Featured in:**
The Real Deal, Cooperator, BISNOW, ABC, NBC, PIX, FOX, Pando, Curbed, Observer

**Visit us for a demo:**
We're closest to: 1-2-3 / B-D-F-M / N-Q-R-W / PATH / A-B-C-E / 6

**10 SECOND VIDEO:**

GateGuard.xyz Face Recognition in Action

https://www.youtube.com/watch?v=1kxz8kbTB5o

All conversations are off-the-record. Social Media, too.
Terms apply to each service. Each service is a different entity.
Terms cannot be changed via email or oral agreement.