| | |
|---|---|
| From: | Ari Teman |
| To: | Elie Gabay |
| Cc: | Sheldon Rubin; Ariel Reinitz; Yoni (Jonathan) Irom |
| Subject: | Re: Proof it"s your internet box |
| Date: | Tuesday, March 27, 2018 2:41:12 PM |

The Super, Oscar, called.

1. He told me Spectrum came to repair the cable providing your building internet. Again, it wasn't us, as I said.

2. The device was immediately online once Spectrum fixed their issue ( screenshot ).

3. I was able to unlock the door remotely and Oscare was able to buzz a tenant ( screenshot of log , log (login required)).
Here is where we are:

1. You entered into a contract to purchase 10 devices, and you are over 60 days late on payment, at great cost to my company and great stress to me.

2. You blame your inability to maintain your internet or power on me, and when I told Sheldon 3 days ago the internet was down, he denied it. You then attempted to breach an agreement.

3. You then stated you'd kill the 10 unit contract for which payment is due regardless per the terms.

That brings the total you owe us to 10 devices at $18000 per device. You've read and marked-up the contract, and that's the one we're sticking with because any other offers you make are clearly bullshit.

Take this to your father in law or whoever is the adult supervision and explain that if your end of the contract isn't upheld we're putting a lien on your building tomorrow. You will *never* get the opportunity to invest in our company, but you sure as hell will pay you bill.

If you need the copied attorneys to confirm we're going to enforce this, I'm sure Ariel will have fun drafting a letter, but you'll pay for that, too. Don't lie to people you hire to spy. It's a dumb move. Go to daddy, Elie, and ask him to call me or I'm going to town on all 10 buildings tomorrow. You and me are done.

Thanks.
Ari

**Ari Teman | Founder | teman™**
We make Real Estate proactive with Artificial Intelligence
212-203-3714
106 W 32nd Street, NYC
https://teman.com | ari@teman.com

Services:
| | | |
|---|---|---|
| GateGuard.xyz | \| | Face-recognition entry panel, intercom, AI virtual doorman + camera system |
| LookLock.xyz | \| | Smart Lock w/Video Doorbell + Security Camera + Concierce |

GOVERNMENT EXHIBIT 418 19 Cr. 696 (PAE)

| | |
|---|---|
| | (Opens with: Fingerprint, Code, NFC, Card, Fob, App, Key) |
| PropertyPanel.xyz        | | NYC's #1 property platform: Find, Analyze, Comply, News, more. |
| SubletSpy.com             | | Catch & Evict Illegal Airbnb-type sublets |

**Featured in:**
The Real Deal, Cooperator, BISNOW, ABC, NBC, PIX, FOX, Pando, Curbed, Observer

**Visit us for a demo:**
We're closest to: 1-2-3 / B-D-F-M / N-Q-R-W / PATH / A-B-C-E / 6

**10 SECOND VIDEO:**
GateGuard.xyz Face Recognition in Action
https://www.youtube.com/watch?v=1kxz8kbTB5o

All conversations are off-the-record. Social Media, too.
Terms apply to each service. Each service is a different entity.
Terms cannot be changed via email or oral agreement.

On Mon, Mar 26, 2018 at 5:38 PM, Ari Teman <ari@teman.com> wrote:
> Here's a screenshot of the whatsapp chat with your super.
>
> Pay your bill.
>
> We'll discuss you wasting months of my time with outright lies after that. All my calls are recorded, too.

SDNY_000585