| | |
|---|---|
| **From:** | Gina Hom |
| **To:** | Jackie Monzon |
| **Subject:** | FW: Invoice for New Intercom System |
| **Date:** | Tuesday, January 14, 2020 3:10:35 PM |
| **Attachments:** | image001.png |
| | Invoice.mht |

*Thank you.*

*Gina Hom*

*Vice-President*

*1441 Broadway Suite 5047*

*New York, NY 10018*

*(646) 569-5574*



Gina@crystalrmi.com

www.crystalrmi.com

**NOTICE**: The information contained in this message may be privileged, confidential and protected from disclosure. If the reader of this message is not the intended recipient, or an employee or agent responsible for delivering this message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by reply email and delete this message from your computer. Thank you for your cooperation.

**From:** Bonnie Soon-Osberger <bsoon-osberger@metisource.com>
**Sent:** Wednesday, April 4, 2018 11:24 AM
**To:** Board <bsoon-osberger@metisource.com>
**Cc:** Caroline Cabrera <caroline@crystalrmi.com>; Gina Hom <Gina@crystalrmi.com>; Jackie Monzon <jackie@crystalrmi.com>
**Subject:** Invoice for New Intercom System

Board,

Please see enclosed the invoice for $3,947.88:

Panel = 2,499

Install = 849

1 year annual monitor/internet line service = 599.88 (49/month)

I spoke to the company regarding several inquiries from board members:

- Intercom panel or electrical outage:
  The panel has a 2 hour battery backup system.
  In an event that electrical outage lasts for more than 2 hours, we can use a physical key for backup (Intercom company suggests that we change our cylinder so that we have one key with our management or in our lockbox for emergency access in event of outages)
- Visitor/Guests,
  Under the $25 monthly maintenance fee, it includes an internet line and basic monitoring service.
  For $49/monthly maintenance fee, it gives us additional capability of providing each visitor/guest with his/her unique access code. Also, each visitor/guest's access code can be



GOVERNMENT EXHIBIT 431
19 Cr. 696 (PAE)

SDNY_003193

assigned with length of visit.
The enclosed invoice is billed for the $49 monthly service. Having capability to assign guest/visitor with his/her unique code avoids shareholders giving their access codes to visits and guests.
Please let me know if you have questions. The enclosed invoice will be submitted to our management for payment so that we can initiate the order with the intercom company.
Regards,
Bonnie

SDNY_003194

# teman

GateGuard INC (a Division of Teman)  
Teman.com  
support.team@teman.com  
212-203-3714

106 W 32nd St  
FL 2  
New York, NY 10001

## INVOICE

| | |
|---|---|
| Invoice Number | 0027 |
| Invoice Date | 03/26/2018 |
| Due Date | 03/26/2018 |
| Balance Due | $3,947.88 |

18 Mercer Equities  
bsoonosberger@gmail.com

| Item | Description | Unit Cost | Quantity | Line Total |
|---|---|---|---|---|
| GateGuard 2.0 Panel (Cooperator Show Price) | | $2,499.00 | 1 | $2,499.00 |
| GateGuard.xyz Panel Installation : Surface | Surface Installation | $849.00 | 1 | $849.00 |
| Gold Plan Monitoring | GGxyz Monitoring : Gold Plan (1st year Paid Upfront) | $49.99 | 12 | $599.88 |

| | |
|---|---|
| Subtotal | $3,947.88 |
| Paid To Date | $0.00 |
| Balance Due | $3,947.88 |

Delivery in 120-150 days from invoice. We can install Version 1 of the device temporarily until then if there delay is two long (2nd installation fee may apply).

Terms

Buyer accepts terms & conditions at https://gateguard.xyz