---------- Forwarded message ---------
From: **Ari Teman** < ari@teman.com >
Date: Mon, Apr 2, 2018 at 1:40 PM
Subject: Re: Terms and Condition
To: bonnie soonosberger <bsoonosberger@gmail.com>

Hi Bonnie,

BTW, Michelle is an L&T law partner who represents a bunch of our clients. As a practice we do not give out the names of clients. A lot of owners want to keep their confidentiality and are busy. Michelle also recommends our tech in her writing ( itkowitz.com ).

Ari

**Ari Teman | Founder | teman™**
We make Real Estate proactive with Artificial Intelligence
212-203-3714
106 W 32nd Street, NYC
https://teman.com | ari@teman.com

Services:
| GateGuard.xyz | Face-recognition entry panel, intercom, AI virtual doorman + camera system |
| LookLock.xyz | Smart Lock w/Video Doorbell + Security Camera + Concierce (Opens with: Fingerprint, Code, NFC, Card, Fob, App, Key) |
| PropertyPanel.xyz | NYC's #1 property platform: Find, Analyze, Comply, News, more. |
| SubletSpy.com | Catch & Evict Illegal Airbnb-type sublets |

Featured in:
The Real Deal, Cooperator, BISNOW, ABC, NBC, PIX, FOX, Pando, Curbed, Observer

Visit us for a demo:
We're closest to: 1-2-3 / B-D-F-M / N-Q-R-W / PATH / A-B-C-E / 6

**10 SECOND VIDEO:**
GateGuard.xyz Face Recognition in Action
https://www.youtube.com/watch?v=1kxz8kbTB5o

All conversations are off-the-record. Social Media, too.
Terms apply to each service. Each service is a different entity.
Terms cannot be changed via email or oral agreement.

On Mon, Apr 2, 2018 at 2:27 PM, <bsoonosberger@gmail.com> wrote:
> Ari,



Thank you!

Regards,

Bonnie

Sent from my iPhone

On Apr 2, 2018, at 9:33 AM, Ari Teman <ari@teman.com> wrote:

> Michelle Maratto Itkowitz <mmaratto@itkowitz.com>
>
> **Ari Teman | Founder | teman™**
> We make Real Estate proactive with Artificial Intelligence
> 212-203-3714
> 106 W 32nd Street, NYC
> https://teman.com | ari@teman.com
>
> | | Services: | | |
> |---|---|---|---|
> | | GateGuard.xyz | \| | Face-recognition entry panel, intercom, AI virtual doorman + camera system |
> | | LookLock.xyz | \| | Smart Lock w/Video Doorbell + Security Camera + Concierce (Opens with: Fingerprint, Code, NFC, Card, Fob, App, Key) |
> | | PropertyPanel.xyz | \| | NYC's #1 property platform: Find, Analyze, Comply, News, more. |
> | | SubletSpy.com | \| | Catch & Evict Illegal Airbnb-type sublets |
>
> Featured in:
> The Real Deal, Cooperator, BISNOW, ABC, NBC, PIX, FOX, Pando, Curbed, Observer
>
> Visit us for a demo:
> We're closest to: 1-2-3 / B-D-F-M / N-Q-R-W / PATH / A-B-C-E / 6
>
> **10 SECOND VIDEO:**
> GateGuard.xyz Face Recognition in Action
> https://www.youtube.com/watch?v=1kxz8kbTB5o
>
> All conversations are off-the-record. Social Media, too.
> Terms apply to each service. Each service is a different entity.
> Terms cannot be changed via email or oral agreement.
>
> On Mon, Apr 2, 2018 at 11:41 AM, bonnie soonosberger <bsoonosberger@gmail.com> wrote:
>> Ari,
>>
>> Can you please send me one more reference contact?
>>
>> many thanks,
>>
>> Bonnie
>>
>> On Thu, Mar 29, 2018 at 2:58 PM, Ari Teman < ari@teman.com> wrote:

Hi Bonnie,

Ask Joe at ABJ, but maybe wait until after Passover. They have our stuff in a few buildings: joe@abjny.com

Ari

**Ari Teman | Founder | teman™**
We make Real Estate proactive with Artificial Intelligence
212-203-3714
106 W 32nd Street, NYC
https://teman.com | ari@teman.com

| | Services: | |
|---|---|---|
| | GateGuard.xyz | Face-recognition entry panel, intercom, AI virtual doorman + camera system |
| | LookLock.xyz | Smart Lock w/Video Doorbell + Security Camera + Concierce (Opens with: Fingerprint, Code, NFC, Card, Fob, App, Key) |
| | PropertyPanel.xyz | NYC's #1 property platform: Find, Analyze, Comply, News, more. |
| | SubletSpy.com | Catch & Evict Illegal Airbnb-type sublets |

Featured in:
The Real Deal, Cooperator, BISNOW, ABC, NBC, PIX, FOX, Pando, Curbed, Observer

Visit us for a demo:
We're closest to: 1-2-3 / B-D-F-M / N-Q-R-W / PATH / A-B-C-E / 6

**10 SECOND VIDEO:**
GateGuard.xyz Face Recognition in Action
https://www.youtube.com/watch?v=1kxz8kbTB5o

All conversations are off-the-record. Social Media, too.
Terms apply to each service. Each service is a different entity.
Terms cannot be changed via email or oral agreement.

On Thu, Mar 29, 2018 at 2:39 PM, bonnie soonosberger < bsoonosberger@gmail.com> wrote:
> Ari,
>
> Thank you so much for your replies and you have addressed our concerns related to the terms and condition.
>
> Can you please provide couple contact names and phone numbers of buildings who have the Teman system. Our board members requested for couple reference.
>
> This should be our last request
>
> Regards,
>
> Bonnie
>
> On Thu, Mar 29, 2018 at 2:12 PM, Ari Teman < ari@teman.com> wrote:
>> Hi Bonnie,

SDNY_003288

1. We will not raise your prices more than 10% every 2 years. It is unlikely we'll raise them at all, but we need to protect against increased data fees for the cell data, etc. (Those percentages are in there for guys paying bulk pricing for 20+ buildings, not for you.)

2. We need to put 4 screws into the wall or otherwise mount the intercom if you have us do the install. We will of course check with your on-site person first before drilling.

3. You get a free PropertyPanel.xyz account (and your management company will likely have an account anyway). PropertyPanel.xyz is the online dashboard for our services and enables you to view the logs and add/edit tenants from a browser.

4. This is a tax loophole. There are different taxes for saying the equipment is leased versus purchased, but we can waive this if it's an issue for your board. We have never removed a device, but we have this clause in for buildings in bad areas where if we have to come up every day for weeks to repair vandalism we'd be allowed to terminate the agreement (otherwise we'd go broke!).

Does that help?
Ari

**Ari Teman | Founder | teman™**
We make Real Estate proactive with Artificial Intelligence
212-203-3714
106 W 32nd Street, NYC
https://teman.com | ari@teman.com

Services:

| | | |
|---|---|---|
| GateGuard.xyz | \| | Face-recognition entry panel, intercom, AI virtual doorman + camera system |
| LookLock.xyz | \| | Smart Lock w/Video Doorbell + Security Camera + Concierce (Opens with: Fingerprint, Code, NFC, Card, Fob, App, Key) |
| PropertyPanel.xyz | \| | NYC's #1 property platform: Find, Analyze, Comply, News, more. |
| SubletSpy.com | \| | Catch & Evict Illegal Airbnb-type sublets |

Featured in:
The Real Deal, Cooperator, BISNOW, ABC, NBC, PIX, FOX, Pando, Curbed, Observer

Visit us for a demo:
We're closest to: 1-2-3 / B-D-F-M / N-Q-R-W / PATH / A-B-C-E / 6

**10 SECOND VIDEO:**
GateGuard.xyz Face Recognition in Action
https://www.youtube.com/watch?v=1kxz8kbTB5o

All conversations are off-the-record. Social Media, too.
Terms apply to each service. Each service is a different entity.
Terms cannot be changed via email or oral agreement.

> On Thu, Mar 29, 2018 at 11:26 AM, bonnie soonosberger <bsoonosberger@gmail.com> wrote:
>
>> Ari,
>>
>> We were reviewing your Terms & Condition and have inquiries regarding the followings:
>>
>> "We may raise pricing on monthly fees at a rate of up to 100% per year, but no more than a 350% increase over 3 years "
>>
>> "You agree that GateGuard may drill, cut, screw, cement, anchor, bolt, glue, fasten, place, stick and otherwise modify and/or attach to your building in any way it sees fit to install its system and services and connectivity devices. You assume any and all liability for this."
>>
>> "You agree that GateGuard will run on the PropertyPanel.xyz (by PropertyPanel, Inc., a DELAWARE corporation) platform and an account at PropertyPanel.xyz may be required to use the service at the time PropertyPanel.xyz goes live. You understand that the monthly subscription fees for PropertyPanel.xyz are not included in any payments for GateGuard.xyz. You understand that failure to maintain a PropertyPanel.xyz login may prohibit you from accessing and using GateGuard's dashboard as it runs on PropertyPanel.xyz"
>>
>> "You agree that you are purchasing only a license to use a GateGuard panel and equipment and that should you stop paying for monitoring services, GateGuard has the right to remove any and all GateGuard equipment and/or shut of any and all GateGuard services and other services provided by GateGuard.
>> GateGuard reserves the right to terminate service and remove equipment at its own discretion, for any reason. This is primarily disclaimed for the potential case where the rate of abuse or failure, such as due to vandalism by tenants or unreliable power or internet sources, makes supporting that installation too costly, burdensome, or unreliable to GateGuard to provide excellent service."
>>
>> can we get on a call to discuss?
>>
>> regards
>>
>> Bonnie
>>
>>
>> --
>> Bonnie Soon-Osberger, PMP
>> 646-279-3935
>> bsoonosberger@gmail.com

--
Bonnie Soon-Osberger, PMP
646-279-3935
bsoonosberger@gmail.com

SDNY_003290

https://outlook.office365.com/mail/AAMkADdjNGQ4NGZiLWZiYjUtNDhkZS1hNThjL...   1/15/2020

> --
> Bonnie Soon-Osberger, PMP
> 646-279-3935
> bsoonosberger@gmail.com

--
Bonnie Soon-Osberger, PMP
646-279-3935
bsoonosberger@gmail.com