

**From:** Bonnie Soon-Osberger <bsoon-osberger@metisource.com>
**Sent:** Monday, January 7, 2019 10:35 AM
**To:** 'Jackie Monzon' <jackie@crystalrmi.com>
**Subject:** RE: FW: Someone just called saying they don't know how to open our device at 18 Mercer

Jackie,

I am not sure how to do that so let me know what we need to do,

Previously, went the management was sue, the insurance company took care of the case. But since we changed insurance company I really have no idea what they would or would not cover.

Please contact the insurance company

Thanks,

Bonnie

**From:** Jackie Monzon <jackie@crystalrmi.com>
**Sent:** Monday, January 7, 2019 9:06 AM
**To:** Bonnie Soon-Osberger <bsoon-osberger@metisource.com>
**Subject:** FW: FW: Someone just called saying they don't know how to open our device at 18 Mercer

This is Academy stand.

I will need an email from you indemnifying management and Academy.

GOVERNMENT EXHIBIT 443
19 Cr. 696 (PAE)

SDNY_003263



**Jackie Monzon**
**President**
**1441 Broadway, Suite 5047**
**New York, NY 10018**
**646 569-5574**



Jackie@crystalrmi.com
www.crystalrmi.com

**NOTICE:** The information contained in this message may be privileged, confidential and protected from disclosure. If the reader of this message is not the intended recipient, or an employee or agent responsible for delivering this message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by reply email and delete this message from your computer. Thank you for your cooperation.

**From:** Daniel Arnold <darnold@academymailbox.com>
**Sent:** Monday, January 7, 2019 12:03 PM
**To:** Jackie Monzon <jackie@crystalrmi.com>
**Subject:** Re: FW: Someone just called saying they don't know how to open our device at 18 Mercer

Hi Jackie-
After reading through 1/2 of this, I don't know what to make of it.
To be honest, I want to help you guys here, but I don't want to get sued for removing this guys panel.
If the building is willing to take this risk, thats is fine with me, but please understand that this is too small of a job for me to get involved in a law suite over.

SDNY_003264

If you guys want Academy to install the new ButterflyMX system, you will need your super (or someone else not affiliated with Academy) to remove this panel first.
I still have someone available to do this today/this week if you can make this work.
Please let me know-
Thank you-
Dan

--
Dan Arnold, Vice President
Academy Mail Box Co., Inc.
Academy Intercom Co., Inc.
Academy Engravers LLC
1948 to 2019. Our 71st year of service.
p.718/212-539-1000 x126
f. 718-247-6019
DArnold@academymailbox.com
www.academymailbox.com


On Mon, Jan 7, 2019 at 11:44 AM Jackie Monzon <jackie@crystalrmi.com> wrote:
> Here is the contract.



**Jackie Monzon**
**President**
**1441 Broadway, Suite 5047**
**New York, NY 10018**
**646 569-5574**



Jackie@crystalrmi.com
www.crystalrmi.com

**NOTICE:** The information contained in this message may be privileged, confidential and protected from disclosure. If the reader of this message is not the intended recipient, or an employee or agent responsible for delivering this message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by reply email and delete this message from your computer. Thank you for your cooperation.

**From:** Bonnie Soon-Osberger <bsoon-osberger@metisource.com>
**Sent:** Monday, January 7, 2019 11:40 AM
**To:** Jackie Monzon <jackie@crystalrmi.com>
**Subject:** RE: Someone just called saying they don't know how to open our device at 18 Mercer

Jackie,

Please proceed with the work.

Enclosed is the contract.

Regards,

Bonnie

**From:** Jackie Monzon <jackie@crystalrmi.com>
**Sent:** Monday, January 7, 2019 7:23 AM
**To:** Bonnie Soon-Osberger <bsoon-osberger@metisource.com>
**Subject:** FW: Someone just called saying they don't know how to open our device at 18 Mercer

I need to see Ari contract can you please send it to me.

SDNY_003266



**Jackie Monzon**
**President**
**1441 Broadway, Suite 5047**
**New York, NY 10018**
**646 569-5574**



Jackie@crystalrmi.com
www.crystalrmi.com

**NOTICE:** The information contained in this message may be privileged, confidential and protected from disclosure. If the reader of this message is not the intended recipient, or an employee or agent responsible for delivering this message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by reply email and delete this message from your computer. Thank you for your cooperation.

**From:** Ari Teman <ari@teman.com>
**Sent:** Monday, January 7, 2019 10:11 AM
**To:** Jackie Monzon <jackie@crystalrmi.com>
**Cc:** shelly pecot <shelly.pecot@gmail.com>; bonnie soonosberger <bsoonosberger@gmail.com>
**Subject:** Someone just called saying they don't know how to open our device at 18 Mercer

As a reminder, you are not allowed to touch or move our device and there's an $18,000 fine for removing it. We will enforce the contract and we will remove anything placed on the building against it and restore service.

SDNY_003267

If you would like us to move our device to the proper height, we will do that, but you need to confirm we have permission to bill you for all work and materials since you moved it without permission.

Consider any other device you put on that wall thrown in the trash, per our contract.

Ari

SDNY_003268