

GOVERNMENT EXHIBIT 702  19 Cr. 696 (PAE)



**Ari Teman**

contract
1/2/2019  4 PM

They'll show the police a cleared check with a memo saying we're drawing the money per a contract and the police will tell them to sue
3:55 PM

And then what? They lose if they sue   3:55 PM

You asked my opinion. I gave it. Maybe you're right. Maybe they'll just throw up their hands and say "oh well, we tried to stiff him but Teman outsmarted us. Too bad. Have fun ari, don't spend it all in one place!"
3:58 PM ✓✓

Yes   3:58 PM

Or they'll just accept they lost and ask for the intercoms
3:58 PM

Like "OK, we'd at least like to get the intercoms for that money"
3:59 PM

Plus they stole from SubletSpy so they don't want the courts looking at them
4:00 PM

"Your honor, these guys stole outright over $12000, lied repeatedly, etc"... They can't go in front of a court. I can
4:00 PM

My opinion is that you are >50% likely to be arrested for the activities you propose. How you choose to proceed is up to you
4:00 PM ✓✓