Ari Teman

4/2/2019 :41 PM

> Ari Teman
> Meanwhile Bank of America put a hold on the two $18,000 checks we we drew from people's accounts who remove devices (as our contract ...

Not sure I follow but this sounds bad 6:42 PM

yes 6:43 PM

very 6:43 PM

Our contract states explicitly if you remove devices there's an $18K fee, and we can draw your account, again outright saying we can print a check and draw your account (a bank draw -- very common in real estate). Bank of America put a hold on 2 checks. It's legal, sketchy but legal, but I'm more concerned about getting the cash since we need to operate 6:44 PM

we have that amount due to use from installs -- we'll survive, but it's not great. we run so tight. 6:44 PM

Understood. I don't know all the ins and outs of this but sounds like a bad idea. I suggest you provide them with advanced, explicit notification of the charge, amout, and specific basis in the agreement for doing so. 7:01 PM

we do, in very not nice language 7:02 PM

we tell them if they remove the device we'll draw their account for the fee 7:02 PM

in writing, in email to the board 7:02 PM

If you are hitting their accounts out of the blue, I expect this will become a criminal matter sooner or later 7:03 PM

it's not a criminal matter because we tell them, "If you remove the device without permission you owe us $18K and if you do not send the check we have the legal right to draw your account." it's explicit in the contract 7:03 PM

included a number of ways by which we can collect against folks who do not pay their bills, and ways we can draw payment without needing the actions of even well-meaning but slow and disorganized operators who might otherwise pay late. (We wish we didn't have to do this, but such is the industry) You understand and accept these terms and will not argue later that they are unduly harsh as they are required for us the give you the consideration of free devices and low monthly fees. We appreciate your understanding.

You agree to provide both an ACH (checking account number, routing number, name on account, account name, address, etc.) and Debit (or Credit) Card (number, expiration, security code, address, etc.) for each property. You may also provide a checking account for a management company responsible for all the properties under your management, but you must still provide the checking account for each property if asked.

We may charge your ACH or DEBIT or other account for any labor, deductibles, monthly fees.
In the event one of your entities or accounts fails to make a payment, we may take payment from another account or entity of yours signed up for our service. That is every building you sign up acts as a guarantor for each other.

Payments for late fees later than 30 days late are charged a $50 late fee, per late payment. Later than 60 days the fee is $500.

Late payments for amounts greater than $1000 are charged an additional $1000 late fee.
After 75 days we send payments to collections, and there is an additional $10,000 fee for any collection efforts, and our legal fees are your responsibility regardless of outcome.

In the event you have us (or cause us to) speak to an attorney for any reason, the fee is $2000 per case and $1000 per hour for our executive staff, and $500/hour for other staff. If we decide upon you introducing legal counsel into a conversation, or suggest the introduction of any legal proceeding or counsel, that we should retain or engage our own counsel, you are responsible for any and all fees.

You are responsible for any and all wire fees, currency exchange fees, bank fees, returned check fees, and the like. We will add these to your bill, and adjust future bills to include these fees. For example if you pay by wire and your and/or our bank charges a total of 10% and $45 for the wire, we will add the different to level-up the payment to the full total due when fees are subtracted. You may (and are encouraged) to provide payment accounts which do not incur such fees.

GOVERNMENT EXHIBIT 704
19 Cr. 696 (PAE)