

Ari Teman

to damages and they only knew about those customers because we gave them as references

4/2/2019

6:35 PM

Meanwhile Bank of America put a hold on the two $18,000 checks we we drew from people's accounts who remove devices (as our contract explicitly allows) from us we'll see if we get that hold released but we're in the hole about 30 grand

6:36 PM

GOVERNMENT EXHIBIT 727
19 Cr. 696 (PAE)