4/3/2019

I think maybe we invoice ABJ the device removal fees, they have like 7 buildings at $18K each and then draw their accounts. We can put into the invoice a reminder link to the terms and a reminder that collections cases add additional fees as outlined at _. 5:56 AM

I think we ALSO send a lawyer letter to Signature Bank and their other bank saying these assets owe us hundreds of thousands of dollars in fees and were, we believe, knowingly involved in fraud and federal perjury and trade secret theft 5:58 AM

Signature loans to them 5:58 AM

They'll want to be sure to mitigate the damage I think 5:58 AM

And Aryeh. 5 devices 6:43 AM

I've already told you I think it's a bad idea. You've been back and forth with abj several times now. Your 'threats' carry little weight at this point and they have indicated they don't believe they owe you $. If you hit their accounts I think 50/50 they call cops. If I was advising them that's probably what I would tell them to do 7:17 AM

I'm not going to hit their accounts 7:17 AM

I'm going to invoice so there's a record 7:18 AM

And same with Aryeh 7:18 AM

Then just send it to collections 7:18 AM

Aryeh is different 7:18 AM

He'll pay to avoid a fight 7:18 AM

And honestly something is up there 7:18 AM

Ok. Invoicing them and collections is fine 7:19 AM

GOVERNMENT EXHIBIT 728

19 Cr. 696 (PAE)