> The banking stuff is not a joke   6:59 AM

> There are federal regulations on this stuff. You can't just hit someone's bank account if you know they dispute the charge   7:00 AM

**GOVERNMENT EXHIBIT**
**729**
19 Cr. 696 (PAE)

> Honestly, I don't know anything about this stuff. But there are serious state and fed. regulations on this. You claim that your contract allows you to debit their accounts even after they explicitly protest. I'm just not sure it's that simple
>
> 7:09 AM

The reason I did that, and I do actually have reasons for some of these things I do, is that I have negotiated with Isaac before when he's been hesitant to pay. I know that he is averse to any public fight, litigation, or press. That is because they are playing Pretty exclusively with other people's money. They run a two-and-twenty fund

7:10 AM

So right now Isaac and Michael are saying that this batshit ashkenaz kid doesn't respect their attorney, is pissed that they tried to get him to enter a legal agreement while he was coming off of anesthesia, and is ready to fight them, and has made it so they've documented they have a contract with me

7:11 AM

They're going to pay to avoid that ugly fight.

7:11 AM

> And it also may be (again... speaking out of ignorance...) a clear violation of some federal banking regulation. In which case your 'simple, can't miss idea' is now a federal crime
>
> 7:11 AM

There are regulations around automatic debit agreements. Including, if the payer tells you to stop, you must stop

7:14 AM