**EXHIBIT D-14**

| | |
|---|---|
| **From:** | Ariel Reinitz |
| **To:** | Joe@abjny.com |
| **Subject:** | RE: ABJ Properties / GateGuard, Inc. |
| **Date:** | Thursday, October 11, 2018 11:58:49 AM |
| **Attachments:** | GateGuard.xyz - INVOICE FOR PANEL SYSTEM - ABJ - PRESALE PRICING - 342-346-LENOX-GATE.PDF |

Hi Joe – further to our discussion yesterday, attached is one of GateGuard's invoices for panels/services provided to you. The invoice indicates that your agreement with GateGuard is subject to the terms available here and here.

I'm reviewing the terms now and will circle back shortly re: your request to discontinue GateGuard service.

Ariel Reinitz

FisherBroyles, LLP

O: 646.494.6909 | M: 917.587.5520 | Email

**From:** Ariel Reinitz
**Sent:** Thursday, September 6, 2018 10:58 AM
**To:** 'Joe@abjny.com' <Joe@abjny.com>
**Subject:** ABJ Properties / GateGuard, Inc.

Dear Mr. Soleimani,

I am an attorney representing GateGuard, Inc.

I understand there are outstanding fees due under your service agreement with GateGuard. Please let me know who at ABJ I can coordinate with to ensure these fees are paid and resolve any other issues with your agreements with GateGuard.

Thanks,

Ariel Reinitz

Partner

# FISHERBROYLES®
A LIMITED LIABILITY PARTNERSHIP

445 Park Avenue | Ninth Floor | New York, NY 10022

O: 646.494.6909 | M: 917.587.5520

Email | Web | LinkedIn | Twitter

ATLANTA • AUSTIN • BOSTON • CHARLOTTE • CHICAGO • CINCINNATI • CLEVELAND • COLUMBUS • DALLAS • DENVER • DETROIT • HOUSTON • LOS ANGELES • NAPLES • NEW YORK • PALO ALTO • PHILADELPHIA • PRINCETON • SALT LAKE CITY • SEATTLE • WASHINGTON, D.C.

The information contained in this e-mail message is only for the personal and confidential use of the intended recipient(s). If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.

# GateGuard.xyz       how can we be helpful?         DUE

ASK ABOUT: GateGuard.xyz CLOUD COMPATIBLE CAMERA SYSTEM

| | |
|---|---|
| DATE: | Oct 18 |
| INVOICE # | GGXYZ_ABJ_1_6b |

**RAISE RENTS + NO TAXES:** You may be able to count security systems & intercoms toward Capital Improvements and charge the expense toward tenants with increased rent. See form and information link below.

| Bill To: | ABJ Properties | PAY TO: | |
|---|---|---|---|
| | 342 Lenox (ABJ Milano Inc) | | GATEGUARD INC |
| | Joseph Soleimani | | 106 West 32nd Street, 2D15 |
| | joe@ABJny.com | | NEW YORK, NY 10001 |
| | | | 781-718-3375 |

| SALES PERSON | P.O. NUMBER | SHIP DATE | | | TERMS |
|---|---|---|---|---|---|
| Ari Teman | | | | | Due now. |

| QUANTITY | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|
| 1 | GateGuard.xyz Panel | 1.743,00 | $1.743,00 |
| 1 | Installation | | |
| 6 | Monthly Service (6 months upfront) | | |
| | SUBTOTAL | | $1.743,00 |
| | TAX RATE | | EXEMPT |
| | SALES TAX | | |
| | SHIPPING & HANDLING | | |
| | TOTAL | | $1.743,00 |

TAX EXEMPT CAPITAL IMPROVEMENTS: https://www.tax.ny.gov/pdf/publications/sales/pub862.pdf . You may need to fill out: https://www.tax.ny.gov/pdf/current_forms/st/st124_fill_in.pdf

Payer accepts terms at GateGuard.xyz/legal/terms.php | This is a 3 year contract.

Make all checks payable to GATEGUARD INC