| | |
|---|---|
| **From:** | Joseph Soleimani |
| **To:** | Ariel Reinitz |
| **Subject:** | RE: SubletSpy hits for order fijj87wr (Sep 18, 2018) |
| **Date:** | Monday, October 22, 2018 10:03:56 AM |

Hi Ariel,

The subscription must have been activated after it was previously deactivated. I had sent him screenshots showing that it was deactivated. In any case, I would like detailed subscription dates for all my subletspy subcriptions. In addition, please have Ari provide details on the tablets including a guaranteed delivery date and features. He had mentioned some type of service which they will all have and I would like to confirm such. Also, please lay out the details of the new gateguard moving forward.

We will also require a general release for anything he is claiming and an agreement that he will no longer continue to file complaints through various government agencies as an act of retaliation.

Thank You and looking forward.



**Joseph Soleimani**
Vice President
**ABJ Properties**, Inc.
1652 Park Avenue, Suite LL
New York, NY 10035
T. 212.860.5560
F. 212.860.5570

**From:** Ariel Reinitz <Ariel.Reinitz@fisherbroyles.com>
**Sent:** Wednesday, October 17, 2018 3:28 PM
**To:** Joseph Soleimani <joe@abjny.com>
**Subject:** FW: SubletSpy hits for order fijj87wr (Sep 18, 2018)

Hi Joe – I spoke to Ari and he indicated that your subscription to 'SubletSpy' remains active (see below report). You can log in using any of the below links (login is done via 'PropertyPanel'). Let me know if this does (or doesn't) work.

The tablets we discussed were delayed in China (needed FCC certification before being shipped).

They are currently on track to arrive in about 2 months (~December 15th). Ari is happy to maintain the order or apply your payment towards current GateGuard installation/service – let me know your preference.

Thanks,

**Ariel Reinitz**
FisherBroyles, LLP
O: 646.494.6909 **|** M: 917.587.5520 **|** Email

**From:** Ari Teman <ari@subletspy.com>
**Sent:** Wednesday, October 17, 2018 3:07 PM
**To:** Ariel Reinitz <Ariel.Reinitz@fisherbroyles.com>
**Subject:** Fwd: SubletSpy hits for order fijj87wr (Sep 18, 2018)

**Ari Teman | Founder | teman™**

We make Real Estate proactive with Artificial Intelligence

212-203-3714 | teman.com | ari@teman.com

| | Services: | | |
|---|---|---|---|
| | GateGuard.xyz | \| | Face-recognition entry panel, intercom, virtual doorman + camera system |
| | LookLock.xyz | \| | Smart Lock w/Video Doorbell + Security Camera + Concierce (Opens with: Fingerprint, Code, NFC, Card, Fob, App, Key) |
| | PropertyPanel.xyz | \| | NYC's #1 property platform: Find, Analyze, Comply, News, more. |
| | SubletSpy.com | \| | Catch & Evict Illegal Airbnb-type sublets |

**Featured in:**
The Real Deal, Cooperator, BISNOW, ABC, NBC, PIX, FOX, Pando, Curbed, Observer

**Visit us for a demo:**
NYC: Herald Square
Miami: Lincoln Road

**10 SECOND VIDEO:**

GateGuard.xyz Face Recognition in Action

https://www.youtube.com/watch?v=1kxz8kbTB5o

All conversations are off-the-record. Social Media, too.
Terms apply to each service. Each service is a different entity.
Terms cannot be changed via email or oral agreement.

---------- Forwarded message ---------
From: <support.team@subletspy.com>
Date: Tue, Sep 18, 2018 at 8:29 AM
Subject: SubletSpy hits for order fijj87wr (Sep 18, 2018)
To: <joe@abjny.com>
Cc: <ari@subletspy.com>

## Order Update

Hi Joseph,

We have a hits for SubletSpy order **fijj87wr**.
(For security, you will be asked to log into PropertyPanel to view them.)

| Address | Host | Reviews | Last Review | Hit Type | PDF |
|---|---|---|---|---|---|
| 2267 Adam Clayton Powell Jr Blvd | Camille May Baker | 3 | Jul 2018 | Direct Hit | View |

| | | | | | |
|---|---|---|---|---|---|
| 173 W 133rd St | Richard | 16 | Jan 2018 | Potential (Needs Confirmation) | View |
| 526 W 173rd St | Maurice | 15 | Nov 2017 | Direct Hit | View |
| 173 W 133rd St | David | 22 | Aug 2017 | Potential (Needs Confirmation) | View |
| 524 W 173rd St | Angela | 0 | No reviews | Potential (Needs Confirmation) | View |

We have a Rent Stabilized hits for SubletSpy order **fijj87wr**.

| Address | Host | Hit Type | PDF |
|---|---|---|---|
| 524 W 173rd St | Melissa Serluco | RS Direct Hit | View |
| 173 W 133rd St | Gombraogo Ouedraogo | RS Direct Hit | View |

Please let us know how we can be helpful.

SubletSpy Support:
support.team@subletspy.com
Ari's email (founder): ari@subletspy.com

You receiving this email because you are client of SubletSpy.

Copyright © 2017 Touchless Labs LLC, All rights reserved.