# Notice of Hold

unt(s) shown below.  Funds will be available for withdrawal on the
ptions printed below are located on the back of this receipt. For further
.bankofamerica.com/depositholds or please call the telephone number

```
04/19/2019  ACCT# ********8085  T00242
Hold Code      Total Dep.       $297,000.00
  A             $4,800.00  avail 04/23/19 5PM
  D           $292,000.00  avail 04/26/19 8AM
```