# Signature | SIGNATURE BANK — Affidavit Of Counterfeit or Stolen Check - Business

State of __NEW YORK__
                                                                  ss:
County of __KINGS__

I, __MICHAEL HAAS__ ("Affiant"), being first duly sworn make this affidavit as follows:

1. I am the __OWNER__ of __518 WEST 204 LLC__ ("Company"), which maintains account number __1503226525__ ("Account") at Signature Bank ("Bank") and am authorized by the Company to make the statements made in this Affidavit and to provide the Company's agreement to indemnify, defend and hold harmless the Bank as provided below.

2. As part of my responsibilities at the Company, I issue checks drawn on the Account, and review the Account including checks paid against the Account.

3. On __04/01/2019__, I reviewed the Account and discovered that the following checks ("Checks") have been charged on the Account, which those Checks were not issued, authorized or approved by the Company:

| Date Paid | Check Number | Amount | Payee |
|---|---|---|---|
| 04/01/2019 | 001 | $18,000 | GATEGUARD INC |
| | | | |
| | | | |
| | | | |
| | | | |

4. Neither I nor anyone else at the Company authorized, issued or approved the Checks.
5. These Checks were:
   ☐ Written on blank checks that were stolen from the Company
   ☑ Written on check forms that were not authorized by the Company
6. Neither I nor the Company knows the payees on these Checks or have any recollection or record of the Company ever owing these payees any money whatsoever.
7. Neither I nor the Company knows who authorized, issued or approved these checks.

In consideration of Signature relying on the statements made in this affidavit, the Company agrees to indemnify, defend, and hold Signature Bank and all of its affiliates, directors, officers, employees, agents, successors, and assigns harmless from and against any and all claims, liabilities, demands, actions, proceedings, judgments, executions, losses, damages, attorney's fees, payments, consequential damages, punitive damages, cost and expenses of any nature whatsoever, that any of them sustains or incurs by reason of having relied on these statements. The obligations under this paragraph shall commence immediately and shall continue in full force and effect indefinitely.

Affiant is aware that (i) this Affidavit is being provided to the Bank to obtain for the Company reimbursement of the amounts of these Checks, (ii) the Bank will rely on this Affidavit to recover the amounts paid with respect to these Checks and (iii) any false statement made in this Affidavit is a violation of the law. Affiant represents and warrants that all statements contained in this Affidavit are true and complete in all respects.

I make this affidavit on this __04__ day of __APRIL__, 20__19__.

Signed: _____

SUBSCRIBED AND SWORN TO before me this __04__, day of __APRIL__, 20__19__.

_____
Notary Public
SEAL

EPHRAIM NIERENBERG
Commissioner of Deeds
City of New York
No. 28163
Certified Filed in Kings County
Commission Expires October 1, 2019

200315-0612

Signature Bank 623
FOIA Confidential Treatment Requested by Signature Bank

SDNY_003116