

Mail Code TX3-7849
PO Box 659809
San Antonio, TX 78265-9109

Questions?
1-866-564-2262
1-800-242-7383
www.chase.com
1-866-661-4125

EXHIBIT
D-51

00496 LAW 802 001 12319 NNNNNNNNNNNN CLMS0021
**ABJ MILANO, LLC**
1652 PARK AVE STE LL
NEW YORK NY  10035-4643

May 02, 2019

*Action Needed:*   **Please provide us more information about your claim**

Date of Inquiry:       05/02/2019
Account ending in:     1672
Check(s):

Dear ABJ MILANO, LLC,

We reviewed your claim and need more information to complete our research. Your claim is now closed, but we'll reopen it as soon as you respond.

**Here's what we need from you**
- Please return the completed affidavit or declaration

**Here's how you can send us your claim documents (if requested)**
- Fax them to 1-866-661-4125, or
- Mail them to:
    Customer Claims Department
    OH1-1039
    1111 Polaris Pkwy
    Columbus, OH 43240-2050

If you have questions, please call us anytime at 1-866-564-2262.

Sincerely,

Customer Claims Department

Enclosure

JPMorgan Chase Bank, N.A. Member FDIC
CLMS0021

SB1102121-F2

SDNY_007783   4479