**EXHIBIT**

**D52**



**RCC BREACH**

*1110128822*
05/07/2019
2190934238

This is a LEGAL COPY of your check. You can use it the same way you would use the original check

RETURN REASON-4
RCC WARRANTY
BREACH

*19350001*
*6111*
*1*
*09553*

77777777777 05/06/2019
[02100032231]

**ABJ Milano LLC**
New York, NY

**JP Morgan Chase Bank**
349 Fifth Ave
New York, NY 10016

Date: 4/19/19

Pay to order of        GateGuard INC

This amount:***Five Thousand and 00/1000 dollars.        $5000

MEMO:   ATTORNEY USE FEE
2041 Adam Clayton

DRAW PER CONTRACT, NO SIGNATURE REQUIRED
NOTE TO BANK: This is a valid check. You are required by law it
Contract at gateguard.xyz/legal/terms.php accepted by above client.,
Contact us 212-203-3714 with questions.

SECURITY FEATURES INCLUDED. DETAILS ON BACK

⑈041905⑈  ⑆021000021⑈   78212167 2⑈

⑈041905⑈  ⑆021000021⑈   78212167 2⑈  ⑈0000500000⑈

**RCC BREACH**

*1110128822*
05/07/2019
2190934250

This is a LEGAL COPY of your check. You can use it the same way you would use the original check

RETURN REASON-4
RCC WARRANTY
BREACH

*19350001*
*6111*
*2*
*09555*

77777777777 05/06/2019
[02100032231]

**ABJ Lennox LLC**
New York, NY

**JP Morgan Chase Bank**
349 Fifth Ave
New York, NY 10016

Date: 4/19/19

Pay to order of        GateGuard INC

This amount:***Five Thousand and 00/1000 dollars.        $5000

MEMO:   ATTORNEY USE FEE
102 W. 138th Street [Gate]

DRAW PER CONTRACT, NO SIGNATURE REQUIRED
NOTE TO BANK: This is a valid check. You are required by law it
Contract at gateguard.xyz/legal/terms.php accepted by above client.,
Contact us 212-203-3714 with questions.

SECURITY FEATURES INCLUDED. DETAILS ON BACK

⑈041920⑈  ⑆021000021⑈   833579100⑈

⑈041920⑈  ⑆021000021⑈   833579100⑈  ⑈0000500000⑈



Seq:  12
Batch:  393741
Date: 04/19/19

Seq: 24
Batch:  393741
Date: 04/19/19



*111012822*
05/07/2019
2190934252

This is a LEGAL COPY of your
check. You can use it the same
way you would use the original
check

RETURN REASON-4
RCC WARRANTY
BREACH

*19350001*
*6111*
*3*
*09557*



RCC BREACH

FOR SECURITY PURPOSES, THE FACE OF THIS DOCUMENT CONTAINS A COLORED BACKGROUND AND MICROPRINTING IN THE BORDER

**ABJ Lennox LLC**
New York, NY

**JP Morgan Chase Bank**
349 Fifth Ave
New York, NY 10016

Date: 4/19/19

Pay to
order of     **GateGuard INC**

This amount:***Five Thousand and 00/1000 dollars.          $5000

MEMO:   ATTORNEY USE FEE          **DRAW PER CONTRACT, NO SIGNATURE REQUIRED**
346 Lenox Avenue [Door]          NOTE TO BANK: This is a valid check. You are required by law it
          Contract at gateguard.xyz/legalterms.php accepted by above client.
          Contact us 212-203-3714 with questions.

          SECURITY FEATURES INCLUDED. DETAILS ON BACK

⑈041914⑈   ⑉021000021⑉   833579100⑈

⑈041914⑈ ⑉021000021⑉     833579100⑈ ,⑈0000500000,⑈

*111012822*
05/07/2019
2190934254

This is a LEGAL COPY of your
check. You can use it the same
way you would use the original
check

RETURN REASON-4
RCC WARRANTY
BREACH

*19350001*
*6111*
*4*
*09559*



RCC BREACH

FOR SECURITY PURPOSES, THE FACE OF THIS DOCUMENT CONTAINS A COLORED BACKGROUND AND MICROPRINTING IN THE BORDER

**ABJ Lennox LLC**
New York, NY

**JP Morgan Chase Bank**
349 Fifth Ave
New York, NY 10016

Date: 4/19/19

Pay to
order of     **GateGuard INC**

This amount:***Five Thousand and 00/1000 dollars.          $5000

MEMO:   ATTORNEY USE FEE          **DRAW PER CONTRACT, NO SIGNATURE REQUIRED**
342-346 Lenox Ave [Gate]          NOTE TO BANK: This is a valid check. You are required by law it
          Contract at gateguard.xyz/legalterms.php accepted by above client.
          Contact us 212-203-3714 with questions.

          SECURITY FEATURES INCLUDED. DETAILS ON BACK

⑈041908⑈   ⑉021000021⑉   833579100⑈

⑈041908⑈ ⑉021000021⑉     833579100⑈ ,⑈0000500000,⑈



Seq: 26
Batch: 393741
Date: 04/19/19

↓Do not endorse or write below this line ↓



Seq: 28
Batch: 393741
Date: 04/19/19

↓Do not endorse or write below this line ↓



# RCC BREACH

*111012822*
05/07/2019
2190934239

This is a LEGAL COPY of your check. You can use it the same way you would use the original check

RETURN REASON-4
RCC WARRANTY
BREACH

*19350001*
*6111*
*5*
*09561*

**ABJ Milano LLC**
New York, NY

**JP Morgan Chase Bank**
349 Fifth Ave
New York, NY 10016

Date: 4/19/19

Pay to order of    **GateGuard INC**

This amount:***Five Thousand and 00/1000 dollars.                    $5000

MEMO:   ATTORNEY USE FEE
66 W 127

DRAW PER CONTRACT. NO SIGNATURE REQUIRED
NOTE TO BANK: This is a valid check. You are required by law It
Contract at gateguard.xyz/legal/terms.php accepted by above client..
Contact us 212-203-3714 with questions.

SECURITY FEATURES INCLUDED. DETAILS ON BACK

⑈04190 2⑈   ⑆02⑈0000 2⑆⑈   782126?2⑈

⑈04190 2⑈   4⑆02⑈0000 2⑆⑈   78212167 2⑈   ⑈0000 500000⑈

---

# RCC BREACH

*111012822*
05/07/2019
2190934253

This is a LEGAL COPY of your check. You can use it the same way you would use the original check

RETURN REASON-4
RCC WARRANTY
BREACH

*19350001*
*6111*
*6*
*09563*

**ABJ Lennox LLC**
New York, NY

**JP Morgan Chase Bank**
349 Fifth Ave
New York, NY 10016

Date: 4/19/19

Pay to order of    **GateGuard INC**

This amount:***Five Thousand and 00/1000 dollars.                    $5000

MEMO:   ATTORNEY USE FEE
342 Lenox Ave [Door]

DRAW PER CONTRACT. NO SIGNATURE REQUIRED
NOTE TO BANK: This is a valid check. You are required by law It
Contract at gateguard.xyz/legal/terms.php accepted by above client..
Contact us 212-203-3714 with questions.

SECURITY FEATURES INCLUDED. DETAILS ON BACK

⑈04191 1⑈   ⑆02⑈0000 2⑆⑈   833579100⑈

⑈04191 1⑈   4⑆02⑈0000 2⑆⑈   833579100⑈   ⑈0000 500000⑈





Seq: 13
Batch: 393741
Date: 04/19/19

PAY BANK OF AMERICA
FOR DEPOSIT ONLY
GATEGUARD INC.
021000322

↓Do not endorse or write below this line ↓

Seq: 27
Batch: 393741
Date: 04/19/19

PAY BANK OF AMERICA
FOR DEPOSIT ONLY
GATEGUARD INC.
021000322

↓Do not endorse or write below this line ↓



## RCC BREACH

*111012822*
05/07/2019
2190934249

This is a LEGAL COPY of your check. You can use it the same way you would use the original check

RETURN REASON-4
RCC WARRANTY
BREACH

*19350001*
*6111*
*7*
*09565*

2190934249 04/19/2019

(1)1190057)

FOR SECURITY PURPOSES, THE FACE OF THIS DOCUMENT CONTAINS A COLORED BACKGROUND AND MICROPRINTING IN THE BORDER

**ABJ Lennox LLC**
New York, NY

**JP Morgan Chase Bank**
349 Fifth Ave
New York, NY 10016

Date: 4/19/19

Pay to
order of        **GateGuard INC**

This amount:***Five Thousand and 00/1000 dollars.        $5000

MEMO:    ATTORNEY USE FEE
839 Lenox Avenue [Gate]

DRAW PER CONTRACT. NO SIGNATURE REQUIRED
NOTE TO BANK: This is a valid check. You are required by law it
Contract at gateguard.xyz/legal/terms.php accepted by above client..
Contact us 212-203-3714 with questions.

SECURITY FEATURES INCLUDED. DETAILS ON BACK

⑁041923⑁    ⑆021000021⑆    833579100⑈

⑁041923⑁  ⑆021000021⑆        833579100⑈  ⑈0000500000⑈

---

## RCC BREACH

*111012822*
05/07/2019
2190934251

This is a LEGAL COPY of your check. You can use it the same way you would use the original check

RETURN REASON-4
RCC WARRANTY
BREACH

*19350001*
*6111*
*8*
*09567*

2190934251 04/19/2019

(1)1190057)

FOR SECURITY PURPOSES, THE FACE OF THIS DOCUMENT CONTAINS A COLORED BACKGROUND AND MICROPRINTING IN THE BORDER

**ABJ Lennox LLC**
New York, NY

**JP Morgan Chase Bank**
349 Fifth Ave
New York, NY 10016

Date: 4/19/19

Pay to
order of        **GateGuard INC**

This amount:***Five Thousand and 00/1000 dollars.        $5000

MEMO:    ATTORNEY USE FEE
100 W. 138th Street [Gate]

DRAW PER CONTRACT. NO SIGNATURE REQUIRED
NOTE TO BANK: This is a valid check. You are required by law it
Contract at gateguard.xyz/legal/terms.php accepted by above client..
Contact us 212-203-3714 with questions.

SECURITY FEATURES INCLUDED. DETAILS ON BACK

⑁041917⑁    ⑆021000021⑆    833579100⑈

⑁041917⑁  ⑆021000021⑆        833579100⑈  ⑈0000500000⑈









*111012822*
05/07/2019
2190934242

This is a LEGAL COPY of your check. You can use it it the same way you would use the original check

RETURN REASON-4
RCC WARRANTY
BREACH

*19350001*
*6111*
*9*
*09569*

## RCC BREACH

FOR SECURITY PURPOSES, THE FACE OF THIS DOCUMENT CONTAINS A COLORED BACKGROUND AND MICROPRINTING IN THE BORDER

**ABJ Milano LLC**
New York, NY

*GateGuard INC*

**JP Morgan Chase Bank**
349 Fifth Ave
New York, NY 10016

Date: 4/19/19

Pay to order of

This amount:***Ten Thousand and 00/100 dollars.                    $10000

MEMO:   COLLECTIONS FEE
            66 W 127

DRAW PER CONTRACT, NO SIGNATURE REQUIRED
NOTE TO BANK: This is a valid check. You are required by law it
Contract at gateguard.xyz/legalterms.php accepted by above client..
Contact us 212-203-3714 with questions.

SECURITY FEATURES INCLUDED. DETAILS ON BACK

⑈041903⑈   ⑆021000021⑆   7821216 72⑈

⑈041903⑈  ⑆021000021⑆           7821216 72⑈  ⑈000100000⑆

*111012822*
05/07/2019
2190934258

This is a LEGAL COPY of your check. You can use it it the same way you would use the original check

RETURN REASON-4
RCC WARRANTY
BREACH

*19350001*
*6111*
*10*
*09571*

## RCC BREACH

FOR SECURITY PURPOSES, THE FACE OF THIS DOCUMENT CONTAINS A COLORED BACKGROUND AND MICROPRINTING IN THE BORDER

**ABJ Lennox LLC**
New York, NY

**JP Morgan Chase Bank**
349 Fifth Ave
New York, NY 10016

Date: 4/19/19

Pay to order of        GateGuard INC

This amount:***Ten Thousand and 00/100 dollars.                    $10000

MEMO:   COLLECTIONS FEE
            346 Lenox Avenue [Door]

DRAW PER CONTRACT, NO SIGNATURE REQUIRED
NOTE TO BANK: This is a valid check. You are required by law it
Contract at gateguard.xyz/legalterms.php accepted by above client..
Contact us 212-203-3714 with questions.

SECURITY FEATURES INCLUDED. DETAILS ON BACK

⑈041915⑈   ⑆021000021⑆   833579100⑈

⑈041915⑈  ⑆021000021⑆           833579100⑈  ⑈000100000⑆







Seq: 17
Batch: 393741
Date: 04/19/19

↓Do not endorse or write below this line ↓



Seq: 19
Batch: 393741
Date: 04/19/19

↓Do not endorse or write below this line ↓



*111012822*
05/07/2019
102190934243

This is a LEGAL COPY of your check. You can use it the same way you would use the original check

RETURN REASON-4
RCC WARRANTY
BREACH

*19350001*
*6111*
*23*
*09597*



# RCC BREACH

**ABJ Lennox LLC**
New York, NY

**JP Morgan Chase Bank**
349 Fifth Ave
New York, NY 10016

Date: 4/19/19

Pay to
order of ___ GateGuard INC

This amount:***Eighteen Thousand and 00/100 dollars.     $18000

MEMO:   DEVICE REMOVAL FEE
639 Lenox Avenue [Gate]

**DRAW PER CONTRACT, NO SIGNATURE REQUIRED**
NOTE TO BANK: This is a valid check. You are required by law it
Contract at gateguard.xyz/legalterms.php accepted by above client.
Contact us 212-203-3714 with questions.

SECURITY FEATURES INCLUDED. DETAILS ON BACK

⑈041922⑈ ⑆021000021⑆     833579100⑈ ⑈0001800000⑈

*111012822*
05/07/2019
102190934245

This is a LEGAL COPY of your check. You can use it the same way you would use the original check

RETURN REASON-4
RCC WARRANTY
BREACH

*19350001*
*6111*
*24*
*09599*



# RCC BREACH

**ABJ Lennox LLC**
New York, NY

**JP Morgan Chase Bank**
349 Fifth Ave
New York, NY 10016

Date: 4/19/19

Pay to
order of ___ GateGuard INC

This amount:***Eighteen Thousand and 00/100 dollars.     $18000

MEMO:   DEVICE REMOVAL FEE
100 W. 138th Street [Gate]

**DRAW PER CONTRACT, NO SIGNATURE REQUIRED**
NOTE TO BANK: This is a valid check. You are required by law it
Contract at gateguard.xyz/legalterms.php accepted by above client.
Contact us 212-203-3714 with questions.

SECURITY FEATURES INCLUDED. DETAILS ON BACK

⑈0041916⑈ ⑆021000021⑆     833579100⑈ ⑈0001800000⑈



Seq:  20
Batch:  393741
Date: 04/19/19

PAY BANK OF AMERICA
FOR DEPOSIT ONLY
GATEGUARD INC
021000322

DO NOT WRITE / SIGN / STAMP BELOW THIS LINE
DEPOSITORY BANK ENDORSEMENT

↓Do not endorse or write below this line ↓



Seq:  18
Batch:  393741
Date: 04/19/19

PAY BANK OF AMERICA
FOR DEPOSIT ONLY
GATEGUARD INC
021000322

DO NOT WRITE / SIGN / STAMP BELOW THIS LINE
DEPOSITORY BANK ENDORSEMENT

↓Do not endorse or write below this line ↓



*111012822*
05/07/2019
102190934246

This is a LEGAL COPY of your check. You can use it the same way you would use the original check

RETURN REASON-4
RCC WARRANTY
BREACH

*19350001*
*6111*
*21*
*09593*

# RCC BREACH



**ABJ Lennox LLC**
New York, NY

**JP Morgan Chase Bank**
349 Fifth Ave
New York, NY 10016

Date: 4/19/19

Pay to
order of          GateGuard INC

This amount:***Eighteen Thousand and 00/100 dollars.          $18000

MEMO:   DEVICE REMOVAL FEE
346 Lenox Avenue [Door]

DRAW PER CONTRACT. NO SIGNATURE REQUIRED
NOTE TO BANK: This is a valid check. You are required by law it
Contract at gateguard.xyz/legalterms.php accepted by above client.
Contact us 212-203-3714 with questions.

⑆041913⑈ ⑉021000021⑊ 833579100⑈ ⑇00018000000⑈

# RCC BREACH



*111012822*
05/07/2019
2190934244

This is a LEGAL COPY of your check. You can use it the same way you would use the original check

RETURN REASON-4
RCC WARRANTY
BREACH

*19350001*
*6111*
*22*
*09595*

**ABJ Lennox LLC**
New York, NY

**JP Morgan Chase Bank**
349 Fifth Ave
New York, NY 10016

Date: 4/19/19

Pay to
order of          GateGuard INC

This amount:***Eighteen Thousand and 00/100 dollars.          $18000

MEMO:   DEVICE REMOVAL FEE
102 W. 138th Street [Gate]

DRAW PER CONTRACT. NO SIGNATURE REQUIRED
NOTE TO BANK: This is a valid check. You are required by law it
Contract at gateguard.xyz/legalterms.php accepted by above client.
Contact us 212-203-3714 with questions.

⑆041919⑈ ⑉021000021⑊ 833579100⑈ ⑇00018000000⑈







*111012822*
05/07/2019
102140934248

This is a LEGAL COPY of your check. You can use it the same way you would use the original check

RETURN REASON-4
RCC WARRANTY
BREACH

*19350001*
*6111*
*19*
*09589*



## RCC BREACH

**ABJ Lennox LLC**
New York, NY

**JP Morgan Chase Bank**
349 Fifth Ave
New York, NY 10016

Date: 4/19/19

Pay to
order of        **GateGuard INC**

This amount:***Eighteen Thousand and 00/100 dollars.        $18000

MEMO:   DEVICE REMOVAL FEE
342-346 Lenox Ave [Gate]

DRAW PER CONTRACT. NO SIGNATURE REQUIRED
NOTE TO BANK: This is a valid check. You are required by law it
Contract at gateguard.xyz/legalterms.php accepted by above client.
Contact us 212-203-3714 with questions.

⑈041907⑈  ⑉021000021⑈  833579100⑈

⑈041907⑈  ⑉021000021⑈        833579100⑈  ⑈00018000000⑈

---

*111012822*
05/07/2019
2190934240

This is a LEGAL COPY of your check. You can use it the same way you would use the original check

RETURN REASON-4
RCC WARRANTY
BREACH

*19350001*
*6111*
*20*
*09591*



## RCC BREACH

**ABJ Milano LLC**
New York, NY

**JP Morgan Chase Bank**
349 Fifth Ave
New York, NY 10016

Date: 4/19/19

Pay to
order of        **GateGuard INC**

This amount:***Eighteen Thousand and 00/100 dollars.        $18000

MEMO:   DEVICE REMOVAL FEE
2041 Adam Clayton

DRAW PER CONTRACT. NO SIGNATURE REQUIRED
NOTE TO BANK: This is a valid check. You are required by law it
Contract at gateguard.xyz/legalterms.php accepted by above client.
Contact us 212-203-3714 with questions.

⑈041904⑈  ⑉021000021⑈  782121672⑈

⑈041904⑈  ⑉021000021⑈        782121672⑈  ⑈00018000000⑈



Seq: 15
Batch: 393741
Date: 04/19/19



Seq: 21
Batch: 393741
Date: 04/19/19



STCl0/2h00 ZT1000 £S000D ZhEDn42 h0000

**RCC BREACH**

```
*111012822*
05/07/2019
2190934241
```

This is a LEGAL COPY of your check. You can use it the same way you would use the original check

RETURN REASON-4
RCC WARRANTY
BREACH

```
*19350001*
*6111*
*17*
*09585*
```

77777777777 05/06/2019
[02100003221

FOR SECURITY PURPOSES, THE FACE OF THIS DOCUMENT CONTAINS A COLORED BACKGROUND AND MICROPRINTING IN THE BORDER

**ABJ Milano LLC**
New York, NY

**JP Morgan Chase Bank**
349 Fifth Ave
New York, NY 10016

Date: 4/19/19

Pay to
order of          **GateGuard INC**

This amount:***Eighteen Thousand and 00/100 dollars.          $18000

MEMO:   DEVICE REMOVAL FEE
56 W 127

DRAW PER CONTRACT, NO SIGNATURE REQUIRED
NOTE TO BANK: This is a valid check. You are required by law it
Contract at gateguard.xyz/legal/terms.php accepted by above client..
Contact us 212-203-3714 with questions.

SECURITY FEATURES INCLUDED. DETAILS ON BACK

⑈"041901⑈"  ⑈:021000021⑈:          78212167 2⑈"

⑈"041901⑈"  ⑈:021000021⑈:          78212167 2⑈"  ⑈"0001800000⑈"

**RCC BREACH**

```
*111012822*
05/07/2019
2190934247
```

This is a LEGAL COPY of your check. You can use it the same way you would use the original check

RETURN REASON-4
RCC WARRANTY
BREACH

```
*19350001*
*6111*
*18*
*09587*
```

77777777777 05/06/2019
[02100003221

FOR SECURITY PURPOSES, THE FACE OF THIS DOCUMENT CONTAINS A COLORED BACKGROUND AND MICROPRINTING IN THE BORDER

**ABJ Lennox LLC**
New York, NY

**JP Morgan Chase Bank**
349 Fifth Ave
New York, NY 10016

Date: 4/19/19

Pay to
order of          **GateGuard INC**

This amount:***Eighteen Thousand and 00/100 dollars.          $18000

MEMO:   DEVICE REMOVAL FEE
342 Lenox Ave [Door]

DRAW PER CONTRACT, NO SIGNATURE REQUIRED
NOTE TO BANK: This is a valid check. You are required by law it
Contract at gateguard.xyz/legal/terms.php accepted by above client..
Contact us 212-203-3714 with questions.

SECURITY FEATURES INCLUDED. DETAILS ON BACK

⑈"041910⑈"  ⑈:021000021⑈:          833579100⑈"



⑈"041910⑈"  ⑈:021000021⑈:          833579100⑈"  ⑈"0001800000⑈"



Seq: 30
Batch: 393741
Date: 04/19/19



Seq: 29
Batch: 393741
Date: 04/19/19





*111012822*
05/07/2019
2190934256

This is a LEGAL COPY of your check. You can use it the same way you would use the original check

RETURN REASON-4
RCC WARRANTY
BREACH

*19350001*
*6111*
*15*
*09581*

## RCC BREACH



FOR SECURITY PURPOSES, THE FACE OF THIS DOCUMENT CONTAINS A COLORED BACKGROUND AND MICROPRINTING IN THE BORDER

**ABJ Lennox LLC**
New York, NY

**JP Morgan Chase Bank**
349 Fifth Ave
New York, NY 10016

Date: 4/19/19

Pay to
order of            **GateGuard INC**

This amount:***Ten Thousand and 00/100 dollars.            $10000

MEMO:   COLLECTIONS FEE
102 W. 138th Street [Gate]

DRAW PER CONTRACT, NO SIGNATURE REQUIRED
NOTE TO BANK: This is a valid check. You are required by law It
Contract at gateguard.xyz/legal/terms.php accepted by above client..
Contact us 212-203-3714 with questions.

SECURITY FEATURES INCLUDED. DETAILS ON BACK

⑆041921⑈  ⑆021000021⑈  833579100⑈

⑆041921⑈  ⑆021000021⑈    833579100⑈  ⑈0001000000⑈

---

*111012822*
05/07/2019
2190934255

This is a LEGAL COPY of your check. You can use it the same way you would use the original check

RETURN REASON-4
RCC WARRANTY
BREACH

*19350001*
*6111*
*16*
*09583*

## RCC BREACH



FOR SECURITY PURPOSES, THE FACE OF THIS DOCUMENT CONTAINS A COLORED BACKGROUND AND MICROPRINTING IN THE BORDER

**ABJ Lennox LLC**
New York, NY

**JP Morgan Chase Bank**
349 Fifth Ave
New York, NY 10016

Date: 4/19/19

Pay to
order of            **GateGuard INC**

This amount:***Ten Thousand and 00/100 dollars.            $10000

MEMO:   COLLECTIONS FEE
539 Lenox Avenue [Gate]

DRAW PER CONTRACT, NO SIGNATURE REQUIRED
NOTE TO BANK: This is a valid check. You are required by law It
Contract at gateguard.xyz/legal/terms.php accepted by above client..
Contact us 212-203-3714 with questions.

SECURITY FEATURES INCLUDED. DETAILS ON BACK

⑆041924⑈  ⑆021000021⑈  833579100⑈

⑆041924⑈  ⑆021000021⑈    833579100⑈  ⑈0001000000⑈



Seq: 11
Batch: 393741
Date: 04/19/19

↓Do not endorse or write below this line ↓



Seq: 31
Batch: 393741
Date: 04/19/19

↓Do not endorse or write below this line ↓





*111012822*
05/07/2019
2190934237

This is a LEGAL COPY of your check. You can use it the same way you would use the original check

RETURN REASON-4
RCC WARRANTY
BREACH

*19350001*
*6111*
*13*
*09577*

## RCC BREACH



ABJ Milano LLC
New York, NY

JP Morgan Chase Bank
349 Fifth Ave
New York, NY 10016

Date: 4/19/19

Pay to order of     GateGuard INC

This amount:***Ten Thousand and 00/100 dollars.          $10000

MEMO:  COLLECTIONS FEE
2041 Adam Clayton

DRAW PER CONTRACT. NO SIGNATURE REQUIRED
NOTE TO BANK: This is a valid check. You are required by law it
Contract at gateguard.xyz/legalterms.php accepted by above client..
Contact us 212-203-3714 with questions.

SECURITY FEATURES INCLUDED, DETAILS ON BACK

⑈041906⑈    ⑆021000021⑈    78212167 2⑈

⑈041906⑈  4⑆021000021⑈        78212167 2⑈  ⑆0001000000⑆

*111012822*
05/07/2019
2190934257

This is a LEGAL COPY of your check. You can use it the same way you would use the original check

RETURN REASON-4
RCC WARRANTY
BREACH

*19350001*
*6111*
*14*
*09579*

## RCC BREACH

ABJ Lennox LLC
New York, NY

JP Morgan Chase Bank
349 Fifth Ave
New York, NY 10016

Date: 4/19/19

Pay to order of     GateGuard INC

This amount:***Ten Thousand and 00/100 dollars.          $10000

MEMO:  COLLECTIONS FEE
100 W. 138th Street [Gate]

DRAW PER CONTRACT. NO SIGNATURE REQUIRED
NOTE TO BANK: This is a valid check. You are required by law it
Contract at gateguard.xyz/legalterms.php accepted by above client..
Contact us 212-203-3714 with questions.

SECURITY FEATURES INCLUDED, DETAILS ON BACK

⑈041918⑈    ⑆021000021⑈    833579 100⑈

⑈041918⑈  4⑆021000021⑈        833579 100⑈  ⑆0001000000⑆



Seq: 33
Batch: 393741
Date: 04/19/19

PAY BANK OF AMERICA
FOR DEPOSIT ONLY
GATEGUARD INC
021000322
DO NOT WRITE / SIGN / STAMP BELOW THIS LINE
DEPOSITORY BANK ENDORSEMENT

↓Do not endorse or write below this line ↓



Seq: 34
Batch: 393741
Date: 04/19/19

PAY BANK OF AMERICA
FOR DEPOSIT ONLY
GATEGUARD INC
021000322
DO NOT WRITE / SIGN / STAMP BELOW THIS LINE
DEPOSITORY BANK ENDORSEMENT

↓Do not endorse or write below this line ↓



**RCC BREACH**

*111012822*
05/07/2019
2190934259

This is a LEGAL COPY of your check. You can use it the same way you would use the original check

RETURN REASON-4
RCC WARRANTY
BREACH

*19350001*
*6111*
*11*
*09573*

777777777 05/06/2019
[0210000222]

ABJ Lennox LLC
New York, NY

JP Morgan Chase Bank
349 Fifth Ave
New York, NY 10016

Date: 4/19/19

Pay to
order of      GateGuard INC

This amount:***Ten Thousand and 00/100 dollars.                    $10000

MEMO:   COLLECTIONS FEE
342 Lenox Ave [Door]

DRAW PER CONTRACT, NO SIGNATURE REQUIRED
NOTE TO BANK: This is a valid check. You are required by law It
Contract at gateguard.xyz/legal/terms.php accepted by above client..
Contact us 212-203-3714 with questions.

SECURITY FEATURES INCLUDED. DETAILS ON BACK

⑈041912⑈   ⑆021000021⑈   833579100⑈

⑈041912⑈   4⑆021000021⑈      833579100⑈   ⑈0001000000⑈

---

**RCC BREACH**

*111012822*
05/07/2019
2190934260

This is a LEGAL COPY of your check. You can use it the same way you would use the original check

RETURN REASON-4
RCC WARRANTY
BREACH

*19350001*
*6111*
*12*
*09575*

777777777 05/06/2019
[0210000222]

ABJ Lennox LLC
New York, NY

JP Morgan Chase Bank
349 Fifth Ave
New York, NY 10016

Date: 4/19/19

Pay to
order of      GateGuard INC

This amount:***Ten Thousand and 00/100 dollars.                    $10000

MEMO:   COLLECTIONS FEE
342-346 Lenox Ave [Gate]

DRAW PER CONTRACT, NO SIGNATURE REQUIRED
NOTE TO BANK: This is a valid check. You are required by law It
Contract at gateguard.xyz/legal/terms.php accepted by above client..
Contact us 212-203-3714 with questions.

SECURITY FEATURES INCLUDED. DETAILS ON BACK

⑈041909⑈   ⑆021000021⑈   833579100⑈

⑈041909⑈   4⑆021000021⑈      833579100⑈   ⑈0001000000⑈