**Subject:**       FW: Ending GateGuard

---------- Forwarded message ---------
From: **Benjamin Soleimani** <bsoleimani@abjny.com>
Date: Fri, Mar 9, 2018, 8:21 AM
Subject: Re: Ending GateGuard
To: Ari Teman <ari@teman.com>
Cc: Joseph Soleimani <Joe@abjny.com>


Ari,

I'm not too involved here but I understand we have a dinner scheduled for next week that Joe and I wanted to discuss certain things with you.
Please don't do anything yet with the system, let's keep it going how it was before the update and let's discuss next week what we can do together to improve it.

Thank you,
Ben


**Error! Filename not specified.**

**Benjamin Soleimani**
**ABJ Properties, Inc.**
347 Pleasant Avenue
New York, NY  10035
T. 212.860.5560
F. 212.860.5570

On Mar 9, 2018, at 7:46 AM, Ari Teman <ari@teman.com> wrote:

> Hi guys,
>
> As of today GateGuard Inc is shut down and we will not be supporting any requests. In two weeks the servers will be done.
>
> Landlords, including you, pay months late, haggle, put in fake orders, and I'm tired of it. There's not been a single day we've had our time or effort respected.
>
> With SubletSpy we get an online order and we work, sometimes we have to chase a success fee, but it's not GateGuard where you drag me to meetings and never pay or pay peanuts. The dangling of fake orders and fake investment was even worse, and you guys claim to be frum, but that's the #1 sin in Judaism and I can tell you I agree.
>
> I hate this job, I hate working with you, I hate that you treat me like I'm another plumber you can haggle to peanuts. There is zero respect for my time, or my livelihood -- forget the technical innovation. You

1

have no calculation that I might be suffering and be unable to continue. You do not care, you may say you so, but you don't.

Well, we are done.

My decision is final. I've lost over $350,000 and incredible opportunity on this and I'm not going to lose another penny. More importantly I'm tired of waking up dreading the day. I hate every day I'm running an unfunded hardware startup with no team and no help. I hate being in NYC in the cold. I hate everything about chasing assholes to pay.

If you want innovation and results, pay for them, but you don't really care. You could have had an amazing tool, and an incredibly creative and talented partner but you treated me like absolute shit and I'm done.

Ari