


DEFENDANT'S EXHIBIT 70

