

Joseph A. DiRuzzo, III, Esq., CPA
954.615.1676
jd@diruzzolaw.com

June 26, 2020

**Via ECF**

The Honorable Paul A. Engelmayer
United States District Judge
Southern District of New York
United States Courthouse
40 Foley Square
New York, New York 10007

   Re: *United States v. Teman,* case no. 1:19-cr-696

Dear Judge Engelmayer:

Pursuant to your "individual rules of practice in criminal cases," this letter serves as the Defendant Ari Teman's request for permission to participating in an overnight sleep study at his medical provider's office (the contact information for Teman's medical provider has already been given to Mr. Teman's pretrial services officer, Mark Delesdernier).   Additionally, Mr. Teman needs permission to leave his residence for an extended period of time (i.e. more than the few hours that Mr. Delesdernier can authorize) to obtain an MRI.

Counsel for the Government does not object to the Court providing Teman with his requested relief.

Kind Regards,

/s/ Joseph A. DiRuzzo, III  Digitally signed by /s/ Joseph A. DiRuzzo, III
           Date: 2020.06.26 13:11:25 -04'00'

Joseph A. DiRuzzo, III

JAD/

cc: AUSA K. Bhatia, via ECF
AUSA E. Imperatore, via ECF
J. Gelfand, via ECF