July 6, 2020

The Honorable Paul A. Engelmayer
United States District Court
Souther District of New York
40 Centre Street, New York, NY 10007

Judge Paul Engelmayer,

Ari Teman and I are colleagues and friends. Our healthcare technology lives first intertwined a decade ago at Ari's 12Gurus Healthcare Conference in New York. He put together an excellent line-up of storytellers in medicine, health tech infrastructure, and patient-centric care and provided a thought-provoking and community-building experience. Held on the Broadway show Avenue Q's stage (during the daylight hours as to not interfere with the box office hit), Ari designed an intimate experience for the audience, vendors, and speakers… and it worked beautifully.

Since 2012, Ari and I have corresponded regularly on health and healthcare policy. And as of earlier this year, I joined his new venture to create a virus-free existence for warehouse staff (for Amazon, UPS, etc) through wearable ultraviolet light (UVC) devices that kill and disinfect against COVID19 (and other pathogens). He's a straight shooter, funny, sharp, and motivated. His concern for his fellow humans, regardless of political or emotional bias, is clear through his work to protect apartment residents via his GateGuard services, through putting the patient in the driver's seat of healthcare (a major vector of his 12Gurus conference theme), and his newest venture to eradicate COVID19 from front-line workers (of which I'm a proud partner).

I hope you find his small error excusable and instantly recoverable. I'm a strong supporter of Mr Ari Teman and see his increasing impact on personal technology and safety as an urgent and needed injection into the nation, especially during these sickly times.

Sincerely yours,

Juhan Sonin

Lecturer, Massachusetts Institute of Technology (MIT.edu),
Owner, GoInvo, an open source healthcare studio ([GoInvo.com](GoInvo.com))
617.504.3390, [juhan@mit.edu](juhan@mit.edu)
Boston, MA