The Honorable Paul A. Engelmayer

United States District Judge

United States District Court

Southern District of New York

Thurgood Marshall Courthouse

40 Centre Street

New York, NY 10007

Dear Judge Engelmayer

My name is David R Diwby and I own and operate New York Mechanic Company. I am a small business located in Bronx County New York and service the five boroughs of New York City as well as small parts of Upstate New York and all of Long Island in commercial and residential locksmith, door, window ,C.C.T.V and intercom installation and repair. I am writing on behalf of one of my customers Ari Teman, owner of Gate Guard (Teman Intercoms).

I met Ari over a year ago through an ad looking for qualified and available intercom installer's who would be able to do the installations of his intercom systems. Normally I would not have answered such an ad. When I install an intercom for a customer, I (At the time) have a list of other intercom systems I would push for the customer to purchase. But something caught my eye in his ad. The intercom system he was selling to his customers and that I would be installing was a completely independent system. This meaning other than hooking it up to the customers electrically controlled doors it ran completely independent of any of the buildings other system's (IE Internet, wifi ECT). It runs off of Cellular service and is in no need of an outside information port. After a lot of research on the system and Ari himself I found out that he designed this system and I found it to be an advancement in the field. As a small business owner I would have been foolish not to at least try to get involved in being in business with a company like this. Eventually I reached out to Ari, scheduled a meeting, went through a training session and as of now I have either serviced or installed well over 100 of his systems.

Most people associate service with repair. I would like to clarify with the exception of vandalism to a buildings unit the service I provide for Gate Guard is not solely for breakdowns (Which are few and far in-between). Over the past year I have seen the system improved upon several times in the form of redesign and software improvements. And they are the ONLY intercom company I know of that when a unit is not performing in a manner that is comparable to an updated model the customer gets a brand new fully revised model installed at no expense to the customer.

I have in the past year been involved in many new installs. Sometimes a customer thinks that when they are buying an intercom system they are getting everything they need to allow a tenant to open and close the door at there will (Electric controlled door strikes, wiring for the strikes, door closers ECT.).

With any intercom company a customer must have this installed prior to the installation of any intercom system. But I have seen Gate Guard and Ari in particular go above and beyond this. I have been at customers that have purchase his system with no other door control hardware and when this becomes know he has footed the bill to get the customer what he needs to get his building running the way it needs to be. He has covered my cost of parts and labor (On more than one occasion) just so the customer can get his system installed and building running in a proper manner and compliant with NYC Code.

   I have asked him on more than one occasion if this is the smart business thing to do and his reply is always the same. Let's just get them going.

   As far as Ari the man himself I have come to consider him a friend. His advice in business ventures has been a great help to me personally. Through this hard time in his life he has not only shown me his strength of character by continuing to run his business in an honorable manner but also to make sure no matter what, the customers that have his equipment are continuing to be serviced. Even through this trial and his having to remain at home I still get calls asking me to service or update a system that is in need. I am aware of his current situation and even though this hard time when I offer to wave an invoice or tell him to take his time in paying a bill payment is always received next day. He has never been late on an invoice and he has never let this situation deter him from keeping his customers here in NY in need. I am happy that I answered his ad and proud to be working with a company (As well as the individual himself) that puts so much emphasis on customer service and good business and good business partnerships. I hope that one day soon I will see him back in NY and back to giving this good product to the building owners of NY City. If I can be of any assistance please do not hesitate to contact me at any time. I am greatly appreciative of you allowing me to write on Aria Behalf. Thank you for your time and consideration and I hope you and your family are staying safe in this hard time in our country.


David Diwby

NY Mechanical Company

347-531-3265

info@ny-mechanical.company.com