# Nachum Klar

josephklar@gmail.com / (973) 580-6078 / 300 East 85th Street Apt 1703 New York, NY 10028

To the Honorable Paul A. Engelmayer

Your Honor,

I met Ari close to 20 years ago when we were in high school and we have since become very close friends. My family considers him part of our family and we celebrate birthdays, Holiday dinners and most milestones together.  I've known Ari to be a kindhearted and generous person that will always go out of his way to help others out.

For example, several months ago when I was apartment hunting and having a challenging time, he reached out to all of his contacts via phone and email over a four week span in order to help me.

Ari has a love and passion for bringing diverse people together so that they can become friends, date and not feel alone in a city where many people often do. While attending many of his events I've always been impressed by how much effort he makes to ensure that everyone feels welcome and at home.

He Created Jcorp, an Organization that arranges for young people in the community to come together to volunteer in soup kitchens, senior centers, hospitals and the like. Jcorp grew into an international organization due to Ari's passion and determination to bring people together in order to help others and make the community a better place.

He hosts Friday night Sabbath meals for Jewish and non-Jewish people alike in order to foster understanding and friendship between people of various faiths and backgrounds.

When 11 people were shot in the Tree of Life synagogue in Pittsburgh, Ari immediately contacted hundreds of Synagogues across the country offering to provide his company's security system free of charge. He has since provided well over 100 of them at his own expense.

This is yet another example of many in which Ari has demonstrated strong character and a rare level of generosity. After knowing Ari for all these years I can confidently say that money has never been the driving force behind anything that he does. I believe that whether in business or in his personal life building strong and meaningful relationships as well as making a positive impact in the community is what gives Ari his sense of purpose.

Even during this difficult time, Ari has consistently reached out to me as well as his friends asking about our wellbeing and sending daily jokes to get people to smile and lift them up.

I sincerely hope that this letter serves to share with you what a special person Ari is and that you kindly keep this in mind when determining his fate.

Thank you,

Nachum Joseph Klar

DocuSigned by:
*Nachum Klar*
1ACF75950D86414...

7/6/2020

.