

Monday July 6th 2020.

The Honorable Paul A. Engelmayer
United States District Court
Southern District of New York
40 Centre Street, New York, NY 10007

Your Honor,

My family and I own and operate a Real Estate management office in midtown Manhattan.

Since the fall of 2019 we have been clients of GateGuard. Along with the majority of our tenants, we are very pleased with how the system has been working in our buildings.

From the initial signing on up until present day, Mr Teman has been cooperative in making sure the machines in all the buildings are maintained and are operating in a timely fashion.

It is a remarkable technology that is far better than anything to come before it and provides enormous value to us. Ari works very hard, and he continues to help long after he makes a sale. He picks up the phone and answers email promptly.

It is our hope that Mr. Teman remain available to us to maintain a successful business relationship in the days, weeks, months, and years to come.

Thank you,

-Anthony Zachariadis
TZM Realty



**346 EAST 59TH ST. SUITE #1 NEW YORK NY 10022**
**PHONE: 212-750-2209   FAX: 212-750-2947   Email: TZM@TZMREALTY.com**