



Ashish Jha
Director
Harvard Global Health Institute

This is to certify that

# Ari Teman

successfully completed and received a passing grade in

## PH557x: Lessons From Ebola: Preventing the Next Pandemic

a course of study offered by HarvardX, an online learning initiative of Harvard University.

 **VERIFIED CERTIFICATE**
Issued May 11, 2020

**VALID CERTIFICATE ID**
56bcb93a26104ce99380c179540f26ba