Avi Ganz

820 Madison ave

Scranton, PA

18510

July 7th, 2020

The Honorable Paul A. Engelmayer

United States District Judge

United States District Court

Southern District of New York

Thurgood Marshall Courthouse

40 Centre StreetNew York, NY 10007

Re: Ari Teman

Dear Judge Engelmayer,

My name is Avi Ganz.  I am the director of Yeshivat Darkaynu, a post-highschool program for young men and women with special needs.  Ari and I met years ago after his first cousin, a young man with autism, spent a year at our program.  I started reading about Ari's philanthropy and was overwhelmed by the way he used his entrepreneurial streak for philanthropic work.  Several months later, in advance of a fund raiser for our nonprofit, I reached out to Ari to ask if he would perform (Ari is, among other things, a stand-up comic) at our event, and he was very quick to say yes.  He insisted on doing the event for free and wouldn't even let us cover the travel costs.  Before and after the event, Ari was lavish in his praise of our work and generously shared on social media encouraging his network to contribute to the cause.  Since then, Ari has been a personal friend.  I see how he has donated his time, money, knowledge and more to so many good causes.  His mind is always thinking about the next project and how he can make the world a better place in one way or another.

About a year and a half ago, I suddenly got a text from Ari: it was his cousin's birthday and he needed my help…….to get a pony delivered to her house in Israel!  For years, the two had shared a running joke about sending a pony for the birthday and Ari had decided that December 2018 was the time.  Together, we found a local pony owner, arranged the

surprise, executed the delivery and accompanying photo-shoot…..kooky, for sure – but just another example of Ari's big heart and concern for others.  Anything for them to feel remembered and appreciated. Ari had given his word, and he wouldn't let up until he delivered.  I do hope that he will be able to weather this case and return to the very good work he has done and plans to do.

Ari has a very big heart – one that is certainly aching now - and I respectfully ask that you take this into account in his sentencing.  It hurts me to think that a friend, a man who has given so much to so many, has this nightmare to live through.

I appreciate your honor's consideration of this matter.

Very sincerely,

Avi Ganz



 **Ari Teman** is with **Bayla Balk Haskel** and 2 others.
December 21, 2018 at 9:43 AM ·

My Bubbeh taught us the importance of keeping your word, so when my cousin responded to a joke on her birthday that I'd promised her a pony before and not delivered, I decided to fix that.

Needless to say this is nuts, so I have to point out that Avi Ganz is a great man. Sure, he was a finalist on Israel's The Voice, and yes, he runs a year in Israel program for young adults with special needs, but all of that is nothing compared to the passion with which he worked to get a pony to the daughter of an old friend, one of our favorite people, whose sense of humor and kind heart she's inherited. 🙂

Happy birthday.

