Steven Oved
138 E 31st Street C1
New York, NY 10016

June 15, 2020

The Honorable Paul A. Engelmayer
United States District Judge
United States District Court
Southern District of New York
Thurgood Marshall Courthouse
40 Centre Street
New York, NY 10007

Dear Judge Engelmayer:

I am writing this letter at the request of Ari Teman. I was originally acquainted with Ari when I responded to an advertisement in *The Real Deal* regarding his Gate Guard product. I had been searching for a product similar to this one for some time but was unable to find one that fit into my company's budget. Shortly after reaching out, Ari came to my office to meet with me at which time we decided to try this product on a trial basis. I immediately sensed that Ari was a unique individual, but his enthusiasm for his work was plainly evident. After a few weeks we were quickly impressed with Gate Guard and slowly expanded our implementation amongst other assets. When occasional issues arose, as are expected with any new technology, I found Ari to be accessible and thoughtful in his attempts to resolve issues. There were some delays in response time, but these seemed like anticipated growing pains related to cash flow as we knew that this was a start up business. That being said, Ari seemed to be cognizant of these issues and remained very hands on from an ownership standpoint. Over the roughly 2 years that I have been working with Ari, our working relationship has grown into a friendship. My description of Ari's demeanor in relation to his business would be that he is extremely passionate. In our dealings it seemed that this passion extended beyond the borders of his business and included the satisfaction of his customers.

Admittedly, I have no knowledge of the legal matter for which you are determining sentencing and thus I will remain silent on this. However, I did want to take this opportunity to offer my opinions on Ari as an individual.

Sincerely,

Steven Oved