

# The Rok Family Shul
## Chabad Downtown Jewish Center

Boruch Hashem
July 7, 2020
Tammuz 15, 5780

From: Rabbi Chaim Lipskar
The Rok Family Shul
35 SE 9th St
Miami, FL 33131

To: The Honorable Paul A.
United States District Judge
United States District Court
Southern District of New York
Thurgood Marshall Courthouse
40 Centre Street
New York, NY 10007

Dear Judge Engelmayer,

I hope all is well with you and your family. I write this letter on behalf of Ari Teman a good friend of mine and member of our community since he moved to Florida. From the day that Ari moved to Miami he contacted me to see how he can help out our community. It started with his Jcorps which he founded in NY and wanted to bring to Miami. As our primary work is with young professionals the idea of getting to serve in a volunteer program was something of interest and though I didn't follow up on Ari's idea he still kept on coming back to our programs and events. Ari has always sent us new people when they moved to Miami and made it his way to greet people at our Shul. When Ari launched his Teman security guard he right away came to us to donate us the technology and when I shared with him I didn't have the budget for the installation which at the time was hard wired he made his point o bring his guys here and have it installed and runs till today without asking for a single dollar. Ari is sometimes misunderstood as he is a comedian by nature though those who get to know him knows he has a heart of gold and will always help anyone in need however he can.

בס״ד

# The Rok Family Shul
## Chabad Downtown Jewish Center

In April of last year when the terrible shooting at Chabad Poway happened Ari reached out to me about expanding his help to many Chabad house around and then offered up to 100 Teman door devices for free around the country.

In closing I hope you will consider that Ari will do much better helping society then being confined, he has extraordinary talents in bringing people together and as an alternative sentence to restart expand his volunteer with Jcorps would be a great service to our community.

Thank you and stay healthy and safe,

Rabbi Chaim Lipskar
The Rok Family Shul
Chabad Downtown Jewish Center

An Institution of The Lubavitcher Rebbe | An Affiliate of The Shul | Serving the Downtown Miami and Brickell areas
35 SE 9th Street | Miami, FL 33131 | Tel: 305-373-8303 | Fax: 305-514-0617 | www.JewishDowntown.com