AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No.  19-cr-696 (PAE) |
| Ari Teman | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Ari Teman .

Date:  11/02/2020

/s/ Noam K. Biale
*Attorney's signature*

Noam K. Biale; 5055694
*Printed name and bar number*

Sher Tremonte LLP
90 Broad Street, 23rd Floor
New York, NY 10004

*Address*

nbiale@shertremonte.com
*E-mail address*

(212) 202-2600
*Telephone number*

(212) 202-4156
*FAX number*