# EXHIBIT C



*U.S. Department of Justice*

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

October 29, 2020

**BY EMAIL**

Justine A. Harris
Noam Biale
Sher Tremonte LLP
90 Broad Street, 23rd Floor
New York, New York 10004

Re:   *United States v. Ari Teman*, S2 19 Cr. 696 (PAE)

Dear Ms. Harris and Mr. Biale:

    We write in response to your letter, dated October 23, 2020, requesting additional disclosures pursuant to *Brady* v. *Maryland*, 373 U.S. 83 (1963), *Giglio* v. *United States*, 405 U.S. 150, 154 (1972), and their progeny, and 18 U.S.C. § 3500. The Government disclosed notes concerning its communications with Joseph Soleimani during trial, and provided additional information regarding its communications with Soleimani in post-trial briefing. The Government is aware of its disclosure obligations, has made appropriate disclosures, and believes that no further disclosures are required at this time.

                                                Sincerely,

                                                AUDREY STRAUSS
                                                Acting United States Attorney for the
                                                Southern District of New York

By: _____
                                                Kedar S. Bhatia
                                                Edward A. Imperatore
                                                Assistant United States Attorneys
                                                (212) 637-2465/2327