UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-v-

ARI TEMAN,

Defendant.

19-CR-696 (PAE)

ORDER

PAUL A. ENGELMAYER, District Judge:

The Court has received a letter from new counsel for defendant Ari Teman seeking additional *Brady* disclosures from the Government relating to trial witness Joseph Soleiman. The Court directs the Government to respond by Tuesday, November 10, 2020.

With the appearance of post-conviction defense counsel, based in New York, it appears that Mr. Teman's sentencing – which the Court deferred, to accommodate Mr. Teman's out-of-state trial counsel – can now proceed as scheduled, on December 1, 2020, at 10:30 a.m. Counsel should treat that date as firm.

SO ORDERED.

                                                                 *Paul A. Engelmayer*
                                                                 PAUL A. ENGELMAYER
                                                                 United States District Judge

Dated: November 4, 2020
           New York, New York