**MARGULIS GELFAND**
Attorneys at Law

November 16, 2020

The Honorable Paul A. Engelmayer
United States District Judge
United States District Court
Southern District of New York
United States Courthouse
40 Foley Square
New York, New York 10007

    Re:    <u>United States v. Ari Teman (Case No. 19-cr-696 (PAE))</u>

Dear Judge Engelmayer:

    We are requesting that our client, Ari Teman, be permitted to move from one apartment unit to another apartment unit within the same building on November 20, 2020. Specifically, pursuant to the conditions of his release pending sentencing, Mr. Teman is currently residing in Unit 905. However, the lease term for that unit is coming to a close. As such, Mr. Teman is able to relocate within the same building to Unit 1704. Mr. Teman proactively raised this issue with his pretrial services officer in the Southern District of Florida and was asked to make this Court aware of this change. Thus, out of an abundance of caution, we are requesting that this Court grant this request permitting him to relocate from one unit to another unit within the same apartment building pursuant to any additional instructions given to him by Pretrial Services.

    The Government has no objection. Thank you in advance for the Court's consideration.

    Respectfully submitted,

    **Margulis Gelfand, LLC**

    */s/ Justin K. Gelfand*
    JUSTIN K. GELFAND
    8000 Maryland Ave., Ste. 420
    St. Louis, MO 63105
    Telephone: 314.390.0234
    Facsimile: 314.485.2264
    justin@margulisgelfand.com
    *Counsel for Defendant*

cc:    All Counsel of Record

8000 Maryland Avenue      p. 314.390.0234
Suite 420      f. 314.485.2264
St. Louis, MO 63105      margulisgelfand.com

The Court approves Mr. Teman's application to relocate within his present apartment building. However, the Court reminds counsel that Mr. Teman is due in this District of December 1, 2020, for sentencing, and to obtain entry into the courthouse, will be required to certify his compliance with the protocols of the United States District Court for the Southern District of New York governing domestic travel. These can be found on the Court's website [https://www.nysd.uscourts.gov/covid-19-coronavirus]. The Clerk of Court is requested to terminate the motion at Dkt. No. 160.

11/16/2020

SO ORDERED.

*Paul A. Engelmayer*

PAUL A. ENGELMAYER
United States District Judge