UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

-v-

ARI TEMAN,

Defendant.

19-CR-696 (PAE)

ORDER

---

PAUL A. ENGELMAYER, District Judge:

The Court has reviewed counsels' submissions on the recent letter by defendant Ari

Teman regarding his claims of violations of *Brady v. Maryland*, 373 U.S. 83, 87 (1963), *Giglio*

*v. United States*, 405 U.S. 150, 154 (1972), and the Jencks Act, 18 U.S.C. § 3500. *See* Dkts. 156

(Teman letter), 158 (Government response), 159 (Teman reply), 163 (court order seeking

declaration from Government), 164 (Government letter and declaration).

The Court declines to reconsider its June 5, 2020 decision denying Teman's post-trial

motion with respect to those claims. *See* Dkt. 138 at 87–101. Teman has not identified any new

information justifying reconsideration of that ruling. *See* Dkts. 156, 163. And the Court is

satisfied from the Government's response, Dkt. 158, and declaration, Dkt. 164, that the

Government (1) has produced all writings in its possession containing statements by Joseph

Soleimani regarding the Housing Court Case and the Housing Court Order; and (2) is unaware of

any oral statements made by Soleimani that contradict any aspect of his trial testimony, including

with respect to those subjects. There is, therefore, no non-speculative basis on which to assert a

violation of *Brady*, *Giglio*, or § 3500.

Teman's request that the Court direct additional disclosures from the Government is therefore denied.

The Clerk of Court is respectfully directed to terminate the motion pending at docket 156.

SO ORDERED.

_Paul A. Engelmayer_

PAUL A. ENGELMAYER
United States District Judge

Dated: November 19, 2020
       New York, New York