UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-v-

ARI TEMAN,

Defendant.

19-CR-696 (PAE)

ORDER

PAUL A. ENGELMAYER, District Judge:

In light of the worsening public health conditions in the nation and New York City, the Court would be receptive to an application by defendant Ari Teman to adjourn the date of sentencing, which is presently scheduled for December 1, 2020.  The Court is mindful that sentencing would require Mr. Teman to travel from Florida to New York City—and might also require interstate travel by others—at a time when public health authorities are discouraging such travel.  If, however, Mr. Teman prefers to proceed with the current sentencing date, the Court stands ready to proceed on December 1.

The Court asks that any application for an adjournment be filed promptly, by letter on the docket of this case.

SO ORDERED.

Paul A. Engelmayer
PAUL A. ENGELMAYER
United States District Judge

Dated: November 19, 2020
New York, New York