UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>-v-<br><br>ARI TEMAN,<br><br>                    Defendant. | 19-CR-696 (PAE)<br><br><u>ORDER</u> |

PAUL A. ENGELMAYER, District Judge:

For the reasons stated on the record at today's conference, the Court hereby directs the parties to file a joint letter on **December 15, 2020**, addressing (1) the status of the defendant's legal representation, including whether a Curcio proceeding is necessary, and the inquiries to be made of the defendant at any Curcio hearings; and (2) any other issues that counsel believe need to be addressed prior to sentencing.

SO ORDERED.

							  _____
							  PAUL A. ENGELMAYER
							  United States District Judge

Dated:  December 1, 2020
            New York, New York