# SHER TREMONTE LLP

December 1, 2020

**BY ECF**

The Honorable Paul A. Engelmayer
United States District Judge
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

      Re:    *United States v. Ari Teman*
                Case No. 19-cr-696 (PAE)

Dear Judge Engelmayer:

    We write respectfully to advise the Court that we have been terminated as counsel for Ari Teman, and that we will promptly file a motion pursuant to Local Criminal Rule 1.2 seeking leave to withdraw. In addition, we respectfully request that the Court direct that, consistent with Federal Rule of Criminal Procedure 49.1(a)(3), the name of Noam Biale's minor child be redacted from the public transcript of today's proceedings.

    We appreciate the Court's consideration.

                                              Respectfully submitted,

                                            /s/

                                            Justine Harris

cc:    All Counsel of Record

> **GRANTED.** The Court grants the motion to redact the name of Mr. Biale's child from the transcript of yesterday's conference. The Clerk of Court is requested to terminate the motion at Dkt. No. 179.
>
> 12/2/2020
>
> SO ORDERED.
>
> *Paul A. Engelmayer*
> PAUL A. ENGELMAYER
> United States District Judge