

December 14, 2020

The Honorable Paul A. Engelmayer
United States District Judge
Southern District of New York
United States Courthouse
40 Foley Square
New York, New York 10007

    Re:    United States v. Ari Teman
               S1 19 Cr. 696 (PAE)

Dear Judge Engelmayer:

    Defendant Ari Teman ("Teman"), by and through his undersigned counsel, respectfully moves this Court to extend the deadline to comply with this Court's order entered December 2, 2020 (Doc. 180). As it stands, this Court ordered the parties to file a joint letter on December 15, 2020. (*Id*.)

    Teman is in the process of seeking new legal counsel to represent him in this matter. However, while he has made significant progress toward that end, Teman requires additional time.

    As such, Teman respectfully requests that this Court extend the deadline to comply with this Court's Order (Doc. 180) by 21 days to give Teman sufficient time to continue seeking new legal counsel. The Government does not oppose this request.

Respectfully submitted,

**Margulis Gelfand, LLC**

 */s/ Justin K. Gelfand*
JUSTIN K. GELFAND
8000 Maryland Ave., Ste. 420
St. Louis, MO 63105
Telephone: 314.390.0234
Facsimile: 314.485.2264
justin@margulisgelfand.com
*Counsel for Defendant*

**GRANTED.** Counsels' joint letter is due Wednesday, January 5, 2021. The Court wishes all counsel and Mr. Teman a happy and healthy New Year. The Clerk of Court is requested to terminate the motion at Dkt. No. 188.

        12/15/2020

SO ORDERED.

  *Paul A. Engelmayer*
PAUL A. ENGELMAYER
United States District Judge

8000 Maryland Avenue          p. 314.390.0234
Suite 420          f. 314.485.2264
St. Louis, MO 63105          margulisgelfand.com