

January 15, 2021

The Honorable Paul A. Engelmayer
United States District Judge
Southern District of New York
United States Courthouse
40 Foley Square
New York, New York 10007

    Re:    <u>United States v. Ari Teman</u>
            S1 19 Cr. 696 (PAE)

Dear Judge Engelmayer,

    We are writing at the request of our client, Ari Teman ("Teman"), to respectfully request one final extension of time to enable him to retain new counsel.

    As this Court is aware, Teman wishes to retain attorneys Susan Kellman and Andrew Frisch to represent him moving forward in this matter. While we have not been involved in those discussions, it is our understanding from Mr. Teman that Ms. Kellman and Mr. Frisch are interested in representing him and Ms. Kellman notified us directly that while she is not yet in a position to enter her appearance, she does anticipate being in a position to file an entry of appearance within 14 days.

    We appreciate that this Court has previously granted extension requests and, to protect Teman's right to counsel of choice, we are requesting that this Court grant Teman one final extension to resolve the counsel issue. To that end, Teman requests an additional 14 days.

Respectfully submitted,

| **Margulis Gelfand, LLC** | **DiRuzzo & Company** |
|---|---|
| <u>/s/Justin K. Gelfand</u> | <u>/s/ Joseph A. DiRuzzo</u> |
| Justin K. Gelfand, #62265 | Joseph A. DiRuzzo, NY Bar #4417853 |
| 8000 Maryland Ave., Ste. 420 | 401 East Las Olas Blvd., Ste. 1400 |
| St. Louis, MO 63105 | Ft. Lauderdale, FL 33301 |
| Telephone: (314) 390-0234 | Telephone: (954) 615-1676 |
| Facsimile: (314) 485-2264 | Facsimile: (954) 827-0340 |
| justin@margulisgelfand.com | jd@diruzzolaw.com |

---

**GRANTED.** The Court extends the time for successor counsel for Mr. Teman to appear to January 29, 2021. The Clerk of Court is requested to terminate the motion at Dkt. No. 194.

1/19/2021

SO ORDERED.

*Paul A. Engelmayer*
PAUL A. ENGELMAYER
United States District Judge

8000 Maryland Avenue                p. 314.390.0234
Suite 420                f. 314.485.2264
St. Louis, MO 63105              margulisgelfand.com