UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------X

UNITED STATES OF AMERICA,                          **STIPULATION**

             Plaintiff,

                                      Docket No 19-CR-696 (PAE)

      -against-

ARI TEMAN,

             Defendant.
-------------------------------------------------------------------------X

    **IT IS HEREBY STIPULATED and AGREED**, by and between Ari Teman, Domingo Gallardo, Esq. for Sher Tremonte LLP, and Susan G. Kellman and Schlam Stone & Dolan LLP, by Andrew J. Frisch for Ari Teman, as follows:

    1.    Sher Tremonte LLP is holding $260,000 in escrow received from various contributors (collectively the "Escrow Contributors") for purposes of paying the anticipated restitution order in this matter.

    2.    The $260,000 held in escrow by Sher Tremonte LLP will be returned, forthwith, to each Escrow Contributor corresponding to the amount of each Escrow Contributor's contribution (each Escrow Contributor will then be free to decide whether to contribute funds for the benefit of Ari Teman, the extent of any such contribution, and the purpose of any such contribution, such as restitution or legal fees). Each Escrow Contributor shall complete and execute an Authorization to Transfer Fund form (attached as **Exhibit "A"**) verifying each contributor's authority to order the transfer of said fund and directing where said funds are to be transferred;

    3.    Upon return of the $260,000 to the Escrow Contributors, Sher Tremonte LLP

shall have no further obligations related to these escrowed funds.

Dated: January 21, 2021

_____
ARI TEMAN

_____
ANDREW J. FRISCH

_____
SUSAN G. KELLMAN

_____
DOMINGO GALLARDO

**SO ORDERED:**                    1/22/2021

_____
PAUL A. ENGELMAYER, USDJ

2

# EXHIBIT A

## AUTHORIZATION TO TRANSFER ESCROW FUNDS

Sher Tremonte LLP, currently holds the sum of $260,000 in escrow, which was originally the intended for the purpose of the anticipated payment of a restitution order in the matter of *United States v. Teman*, 19-cr-696 (S.D.N.Y.).

____CONTRIBUTOR'S NAME____, contributed $_____ as part of said $260,000 sum held in escrow by Sher Tremonte LLP, and is desirous of the return and transfer of said contribution to the account from which it was drawn.

On ___DATE___ Judge Paul A. Engelmayer issued an Order which authorizes the return of such funds to the contributors.

____CONTRIBUTOR'S NAME___ directs and authorizes Sher Tremonte LLP to transfer said amount of $_____ to the Bank or Institution and account in Transfer Information listed below:

### TRANSFER INFORMATION

| | |
|---|---|
| Name of the Account Holder: | _____ |
| Address of the Account Holder: | _____ |
| Telephone number of Account: | _____ |
| Name of Bank or Institution: | _____ |
| Address of the Bank: | _____ |
| Telephone # of Bank: | _____ |
| Account number: | _____ |
| Routing Number: | _____ |

___CONTRIBUTOR'S NAME__ represents and warrants that he/she is the person or entity that transferred the $_____ returned funds to Sher Tremonte LLP, that he/she has full legal authority to directs the return of said funds to the Bank/Institution and account listed in the Transfer Account information.

Dated this _____ day of _____, 2021

_____          _____

Name (print)                                    Signature