# LAW OFFICES OF SUSAN G. KELLMAN
25 EIGHTH AVENUE • BROOKLYN, NEW YORK 11217
(718) 783-8200 • FAX (718) 783-8226 • SGK@KELLMANESQ.COM
FELLOW, AMERICAN COLLEGE OF TRIAL LAWYERS

January 27, 2021

**Via ECF and Email**
Hon. Paul A. Engelmayer
United States District Judge
Southern District of New York
Thurgood Marshall Courthouse
Foley Square
New York, New York 10007

          Re: *United States v. Ari Teman*
             S2 19 Cr. 696 (PAE)

Dear Judge Engelmayer:

  I write to inform your Honor that counsel has filed a Notice of Appearance on the docket, for the above-referenced matter. A copy of the Notice is attached for the Court's convenience.

  Additionally, counsel writes to respectfully request a modification of the terms of Mr. Teman's release. Under our proposal, Mr. Teman will continue to be monitored electronically and will be subject to a curfew that will permit him to be out of his home, daily, from 7am until 8pm. Additionally, Probation reserves the right to modify the terms of Mr. Teman's confinement, based upon a verifiable cause on any given day.

  I have discussed this requested modification with AUSA Kedar Bhatia and Sr. USPO Mark E. Delesdernier of the Southern District of Florida, both copied here, and neither objects to this modification.

  As always, your Honor's assistance with these matters is greatly appreciated.

                Respectfully submitted,

                /s/

                Susan G. Kellman

cc: All counsel
   Mark Delesdernier, USPO

           **GRANTED.** The Clerk of Court is requested to terminate the motion at Dkt. No. 201.

           SO ORDERED.

           */s/ Paul A. Engelmayer*
           PAUL A. ENGELMAYER
           United States District Judge