**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) )  No. 1:19-CR-696-PAE |
| ARI TEMAN, | ) ) ) |
| Defendant. | ) |

**ORDER ON MOTION FOR PERMISSION FOR JOSEPH A. DiRUZZO, III AND DiRUZZO & COMPANY TO WITHDRAW AS COUNSEL FOR ARI TEMAN**

UPON the Motion to Withdraw filed by Joseph A. DiRuzzo, III, and the law firm DiRuzzo & Company, the Court does hereby:

GRANT the Motion. Joseph A. DiRuzzo, III, and the law firm DiRuzzo & Company are withdrawn as counsel for Defendant Ari Teman.

The Clerk of Court is requested to terminate the motion at Dkt. No. 205.

SO ORDERED:

1/29/2021

*Paul A. Engelmayer*
Paul A. Engelmayer
UNITED STATES DISTRICT JUDGE