UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 1:19-CR-696-PAE |
| | ) | |
| ARI TEMAN, | ) | |
| | ) | |
| Defendant. | ) | |

### ORDER ON MOTION FOR PERMISSION FOR JUSTIN K. GELFAND AND MARGULIS GELFAND, LLC TO WITHDRAW AS COUNSEL FOR ARI TEMAN

UPON the Motion to Withdraw filed by Justin K. Gelfand and Margulis Gelfand, LLC, the

Court does hereby:

GRANT the Motion. Margulis Gelfand, LLC and Justin K. Gelfand, Esq., are withdrawn

as counsel for Defendant Ari Teman.

The Clerk of Court is requested to terminate the motion at Dkt. No. 204.

SO ORDERED:

1/29/2021

Paul A. Engelmayer
UNITED STATES DISTRICT JUDGE