UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>-v-<br><br>ARI TEMAN,<br><br>Defendant. | 19-CR-696 (PAE)<br><br><u>ORDER</u> |

PAUL A. ENGELMAYER, District Judge:

The Court today has issued orders approving the withdrawal of defendant Teman's trial counsel, Justin Gelfand, Esq., and Joseph Diruzzo, Esq.  The Court wishes to thank and commend trial counsel for the energetic and high-quality representation of Mr. Teman and for their unflagging professionalism.  The Court wishes Mr. Gelfand and Mr. Diruzzo well.

SO ORDERED.

*Paul A. Engelmayer*<br>
PAUL A. ENGELMAYER<br>
United States District Judge

Dated: January 29, 2021
      New York, New York