# LAW OFFICES OF SUSAN G. KELLMAN
25 EIGHTH AVENUE • BROOKLYN, NEW YORK 11217
(718) 783-8200 • FAX (718) 783-8226 • SGK@KELLMANESQ.COM
FELLOW, AMERICAN COLLEGE OF TRIAL LAWYERS

January 29, 2021

**Via ECF and Email**
Hon. Paul A. Engelmayer
United States District Judge
Southern District of New York
Thurgood Marshall Courthouse
Foley Square
New York, New York 10007

                                           Re:    *United States v. Ari Teman*
                                                      S2 19 Cr. 696 (PAE)

Dear Judge Engelmayer:

       In your Honor's Order of January 28, 2021, the Court set forth its concerns regarding questions related to bail pending appeal, restitution and forfeiture. Additionally, the Court posted a schedule that would require the parties to respond to the Court's concerns on February 12 and February 26, respectively.

       Unfortunately, incoming counsel have been pre-occupied for the past month with our still unsuccessful efforts to accomplish the return of escrow funds that previous counsel has been holding on behalf of Mr. Teman. Accordingly, we have yet to familiarize ourselves with all that has preceded our arrival into the case.

       Prior to the issuance of your Honor's Order, the government and defense counsel had agreed that a date 45-days out would permit incoming counsel sufficient time to take a deep dive into the record, understand the case and issues raised therein, and to consider the filing of any supplemental papers on Mr. Teman's behalf, including the defense position regarding your Honor's questions. While it is too early for defense counsel to identify, with any specificity, any such submissions, we represent to the Court that there appear to be several issues for counsel to analyze. The government and defense counsel had agreed to propose to the Court that the government have 14 days in order to prepare its response to any defense submissions.

       Accordingly, counsel for Mr. Teman respectfully requests that your Honor reconsider the schedule set forth in your Honor's Order of January 28, 2021. The government has no objection to this proposal.

As always, your Honor's assistance with these matters is greatly appreciated.

Respectfully submitted,

/s/

_____

Susan G. Kellman

/s/

_____

Andrew J. Frisch

cc:   All Counsel

**GRANTED.** The Court modifies the deadlines set in its order of January 28, 2021, such that the parties' opening letters, which had been due February 12, 2021, are now due **March 12, 2021**, and the parties' responsive letters, which had been due February 26, 2021, are now due **March 26, 2021**.  The parties should anticipate that sentencing will likely be scheduled for April, and is hopeful than an in-person proceeding can then be held consistent with the health needs of all attendees. The Clerk of Court is requested to terminate the motion at Dkt. No. 209.

1/29/2021

SO ORDERED.

_____
PAUL A. ENGELMAYER
United States District Judge

2