**LAW OFFICES OF SUSAN G. KELLMAN**
25 EIGHTH AVENUE • BROOKLYN, NEW YORK 11217
(718)783-8200 • FAX (718)783-8226 • SGK@KELLMANESQ.COM
FELLOW, AMERICAN COLLEGE OF TRIAL LAWYERS

April 2, 2021

**Via ECF and Email**
Hon. Paul A. Engelmayer
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

                Re:    U.S. v. Ari Teman; 19 Cr. 696 (PAE)

Dear Judge Engelmayer:

      We write, jointly with government counsel, to request an additional three weeks within which the parties have to respond to your Honor's questions.

      We understand that this matter has been on "simmer" for quite a while, and your Honor has been extremely generous regarding counsel's requests for additional time; however, Mr. Frisch and I continue to diligently playing catch up. In the course of familiarizing ourselves with the case, we have uncovered several matters that have opened the door to further discussions with government counsel. It is our hope that these discussions will prove to be productive – but we are not there yet.

      Accordingly, we respectfully request that your Honor afford the parties the additional time necessary to determine the best path for all concerned at this stage of the proceedings.

                                          Respectfully submitted,

                                          /s/

                                          Susan G. Kellman
                                          Andrew J. Frisch

**GRANTED.** However, the parties should not expect further extensions.
The Clerk of Court is requested to terminate the motion at Dkt. No. 213.

                              SO ORDERED.                4/5/2021

                                                        _Paul A. Engelmayer_____
                                                        PAUL A. ENGELMAYER
                                                        United States District Judge