# EXHIBIT A

GATEGUARD, INC
Party ID: ▮▮▮▮5094
        ▮▮▮▮8085
$-259,988.17
Loss incurred

Ari Teman
Party ID: ▮▮▮▮1102
        ▮▮▮▮5580
$13,477.37
Sent funds to customer, received in return mail, funds are in Hold Harmless (funds were transferred from account 8085 & 0351)

Friend or Fraud
Party ID: ▮▮▮▮7658
        ▮▮▮▮0351
$8,411.00
Sent funds to customer, received in return mail, funds are in Hold Harmless (Funds were transferred from account 8085)

Friend or Fraud
Party ID: ▮▮▮▮7658
        ▮▮▮▮7673
$2.69
Sent funds to customer, received in return mail, funds are in Hold Harmless

TOUCHLESS LABS LLC
Party ID: ▮▮▮▮1003
        ▮▮▮▮1046
$86,910.71
Sent funds to customer, received in return mail, funds are in Hold Harmless (Funds were transferred from account 0351)

Total loss: $259,988.17
Total in Hold Harmless/Potential seizure: $108,801.77

FINOCCHIARO
3503-19