Andrew Frisch
Partner

212-344-5400
afrisch@schlamstone.com

**SCHLAM STONE & DOLAN LLP**

26 Broadway, New York, NY 10004
Main: 212 344-5400   Fax: 212 344-7677
schlamstone.com

May 12, 2021

Kedar Bhatia
Assistant U.S. Attorney
Southern District of New York
One St. Andrew's Plaza
New York, New York 10007

Re:   *United States v. Ari Teman, 19 CR 696 (PAE)*

Dear Kedar:

Pursuant to the Court's Order of April 26, 2021 [Docket No. 217 at 3], enclosed please a Declaration of Richard M. Fraher in the above-referenced case.

Very truly yours,

*s/ Andrew J. Frisch*
Andrew J. Frisch

*s/ Susan G. Kellman*
Susan G. Kellman
25 Eighth Avenue
Brooklyn, New York 11217

Enclosure

cc: Hon. Paul E. Engelmayer