# LAW OFFICES OF SUSAN G. KELLMAN

25 EIGHTH AVENUE • BROOKLYN, NEW YORK 11217
(718)783-8200 • FAX(718)783-8226 • SGK@KELLMANESQ.COM
FELLOW, AMERICAN COLLEGE OF TRIAL LAWYERS

June 10, 2021

**Via ECF and Email**
Hon. Paul A. Engelmayer
United States District Judge
Southern District of New York
Thurgood Marshall Courthouse
Foley Square
New York, New York 10007

                Re:    *United States v. Ari Teman*
                       S2 19 Cr. 696 (PAE)

Dear Judge Engelmayer:

    We are in receipt of the government's letter filed last evening.

    We write to respectfully request that your Honor allow the defense to file our reply no later than Monday, June 21, 2021, as Mr. Frisch will be out of town until Monday, June 14, 2021 and we each have a number of conflicting matters during that week.

    As always, your Honor's kind consideration of this request is greatly appreciated.

                                                       Respectfully submitted,

                                                             /s/

                                                _____
                                                Susan G. Kellman

                                                             /s/

                                                _____
                                                Andrew J. Frisch

    cc:      All Counsel