# LAW OFFICES OF SUSAN G. KELLMAN
25 EIGHTH AVENUE • BROOKLYN, NEW YORK 11217
(718)783-8200 • FAX(718)783-8226 • SGK@KELLMANESQ.COM
FELLOW, AMERICAN COLLEGE OF TRIAL LAWYERS

June 10, 2021

**Via ECF and Email**
Hon. Paul A. Engelmayer
United States District Judge
Southern District of New York
Thurgood Marshall Courthouse
Foley Square
New York, New York 10007

Re:  *United States v. Ari Teman*
S2 19 Cr. 696 (PAE)

Dear Judge Engelmayer:

We are in receipt of the government's letter filed last evening.

We write to respectfully request that your Honor allow the defense to file our reply no later than Monday, June 21, 2021, as Mr. Frisch will be out of town until Monday, June 14, 2021 and we each have a number of conflicting matters during that week.

As always, your Honor's kind consideration of this request is greatly appreciated.

Respectfully submitted,

/s/
_____
Susan G. Kellman

/s/
_____
Andrew J. Frisch

---

The Court gives the defense until May 17, 2021 to file a reply. The proposed due date of May 21, 2021 is too close to the scheduled sentencing date. The Clerk of Court is requested to terminate the motion at Dkt. No. 226.

6/10/2021

SO ORDERED.

_____
PAUL A. ENGELMAYER
United States District Judge