UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
                                                                   :
UNITED STATES OF AMERICA,                                          :
                                                                   :
            -v-                                                    :            19-CR-696 (PAE)
                                                                   :
ARI TEMAN,                                                         :            SCHEDULING ORDER
                                                                   :
                        Defendant.                                 :
                                                                   :
-------------------------------------------------------------------X

PAUL A. ENGELMAYER, District Judge:

        The Court schedules sentencing in this case for **June 24, 2021** at **10:30 a.m.** in

**Coutroom 1305** of the Thurgood Marshall Courthouse, 40 Foley Square, New York, NY. The

parties are to consult the Court's Emergency Individual Rules and Practices in Light of COVID-

19, available at https://www.nysd.uscourts.gov/hon-paul-engelmayer.  For the safety of all

involved, the Court requests that members of the public who wish to attend this conference use

the following dial in information to access the conference; call 888-363-4749 and use access

code 468-4906.


        SO ORDERED.


                                                    _____
Dated: June 10, 2021                                        PAUL A. ENGELMAYER
       New York, New York                                   United States District Judge