UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    -v-<br><br>ARI TEMAN,<br><br>                              Defendant. | 19-CR-696 (PAE)<br><br>ORDER |

PAUL A. ENGELMAYER, District Judge:

The Court **VACATES** the order at Dkt. No. 227 and **DENIES** the request at Dkt. No. 226.

SO ORDERED.

                                              _____
                                                     PAUL A. ENGELMAYER
                                                     United States District Judge

Dated: June 11, 2021
          New York, New York