UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

-v-

ARI TEMAN,

Defendant.

19-CR-696 (PAE)

ORDER

---

PAUL A. ENGELMAYER, District Judge:

The Court has received an informal request by defense counsel for extension of their deadline to file a reply until Monday, June 21, 2021. The Court grants this motion, to enable counsel to submit a polished reply and in recognition of the federal holiday being observed today. However, no further extensions will be granted, and no further submissions from the defense are authorized. The Court separately directs defense counsel, by email to the Court's chambers due at noon today, June 18, 2021, to notify the Court (and the Government) whether defense counsel intends, in their submission on Monday, to ask the Court to recuse itself, as counsel have indicated they are contemplating. This information is necessary to enable the Court to manage its schedule for next week, as a recusal motion will require the Court to adjourn the conference scheduled for June 24 in order to give the Government sufficient time to respond.

SO ORDERED.

*Paul A. Engelmayer*
PAUL A. ENGELMAYER
United States District Judge

Dated: June 18, 2021
New York, New York