UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-v-

ARI TEMAN,

Defendant.

19-CR-696 (PAE)

ORDER

PAUL A. ENGELMAYER, District Judge:

In light of the defense's pending motion for recusal, the Court adjourns the sentencing

hearing scheduled for June 24, 2021.

SO ORDERED.

_____
PAUL A. ENGELMAYER
United States District Judge

Dated: June 21, 2021
        New York, New York