UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

-v-

ARI TEMAN,

Defendant.

---

19-CR-696 (PAE)

SCHEDULING ORDER

PAUL A. ENGELMAYER, District Judge:

The Court has received the Government's memorandum of law in opposition to the defense's motion for the Court's recusal. Dkt. 237. All filings on pending issues have now been submitted. *See* Dkt. 235.

The Court hereby schedules a conference for **Wednesday, July 7, 2021, at 10:30 a.m**. The conference will be held in person, in **Courtroom 1305** of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, NY. Counsel for both sides, and the defendant, are required to attend. At that conference, the Court will take up and resolve the outstanding issues in this case, so as to enable the case to move expeditiously thereafter towards sentencing, as the defense has requested. *See, e.g.*, Dkt. 169. For avoidance of doubt, the July 7 conference will not serve as a sentencing hearing.

Members of the public who wish to attend this conference remotely may use the following dial in information to access the conference; call 888-363-4749 and use access code 468-4906.

SO ORDERED.

*Paul A. Engelmayer*
PAUL A. ENGELMAYER
United States District Judge

Dated: June 30, 2021
         New York, New York