UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------------X

UNITED STATES OF AMERICA,

        -v-                                                             19-CR-696 (PAE)

ARI TEMAN,                                                      **AMENDED
SCHEDULING ORDER**

                     Defendant.

-----------------------------------------------------------------------X

PAUL A. ENGELMAYER, District Judge:

      Yesterday, the Court issued an order (Dkt. No. 238) scheduling a conference for July 7, 2021 at 10:30 a.m. To accommodate counsel and the defendant, the Court hereby reschedules the conference to **July 9, 2021** at **12:30 p.m.** The conference will be held in **Courtroom 1305** of the Thurgood Marshall Courthouse, 40 Foley Square, New York, NY. Counsel for both sides, and the defendant, remain required to attend, in person.

      Members of the public who wish to attend this conference remotely may access it via the following dial in information: call 888-363-4749 and use access code 468-4906.

      SO ORDERED.

                                                                             *Paul A. Engelmayer*

Dated: July 1, 2021                                     PAUL A. ENGELMAYER
      New York, New York                         United States District Judge