UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-v-

ARI TEMAN,

Defendant.

19-CR-696 (PAE)

ORDER

PAUL A. ENGELMAYER, District Judge:

The Court has received an email from defense counsel Susan G. Kellman, Esq., notifying the Court that, in response to the Court's directive, *see* Dkt. 240, that defense counsel file by July 13, 2021 a declaration identifying any concrete legal interest(s) of the defendant that were injured as the result of his brief post-conviction representation by Sher Tremonte LLP, the defense will not be submitting such a declaration.

SO ORDERED.

*Paul A. Engelmayer*
PAUL A. ENGELMAYER
United States District Judge

Dated: July 14, 2021
       New York, New York