# LAW OFFICES OF SUSAN G. KELLMAN
25 EIGHTH AVENUE • BROOKLYN, NEW YORK 11217
(718) 783-8200 • FAX (718) 783-8226 • SGK@KELLMANESQ.COM
FELLOW, AMERICAN COLLEGE OF TRIAL LAWYERS

July 26, 2021

<u>Via ECF and Email</u>
Hon. Paul A. Engelmayer
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

          Re:   *U.S. v. Ari Teman*
                  19 Cr. 969 (PAE)

Dear Judge Engelmayer:

      As breakthrough cases of Covid-19 continued to rise, Mr. Teman, and in particular his parents, have become increasingly alarmed at the thought of their son traveling to NYC via public transportation, in light of his medical frailties, as outlined in sealed submissions by previous counsel. I will spare your Honor the statistical update, because I am certain that the Court has followed the ongoing resurgence of the spread of the Delta variant.

      Accordingly, they have urged us to reach out to the Court and request that the sentencing be done virtually, via video conference.

      The Court's consideration of this matter is appreciated.

                              Respectfully submitted,

                              *Susan G. Kellman*
                              Susan G. Kellman

                              /s/
                              Andrew J. Frisch

**DENIED**. The July 28, 2021 sentencing hearing will be conducted in person. The Clerk or Court is requested to terminate the motion Dkt. No. 246.

                                                                  7/26/2021
                    SO ORDERED.

                         *Paul A. Engelmayer*
                    _____
                    PAUL A. ENGELMAYER
                    United States District Judge