```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
                                                                  :
UNITED STATES OF AMERICA                                          :
                                                                  :
            -v-                                                   :    19-CR-696 (PAE)
                                                                  :
ARI TEMAN,                                                        :         ORDER
                                                                  :
                                                                  :
                    Defendant.                                    :
                                                                  :
------------------------------------------------------------------X
```

PAUL A. ENGELMAYER, District Judge:

      Sentencing in this case is scheduled for Wednesday, July 28, 2021 at 1:00 p.m.  By order today, the Court confirmed that the defendant is required to appear in person for sentencing, as he did at the most recent conference, on Friday, July 9, 2021 (Dkt. No. 246).  Counsel are also directed to appear in person.  The conference will, however, be accessible by telephone to members of the public.  Those wishing to access the conference via telephone should call 888-363-4749 and use access code 468-4906.

      SO ORDERED.

      *Paul A. Engelmayer*
                                          PAUL A. ENGELMAYER
Dated: July 26, 2021                              United States District Judge
      New York, New York