```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------- x
UNITED STATES OF AMERICA

        - v -                                              NOTICE OF APPEAL
                                                           19 CR 696 (PAE)
ARI TEMAN,

                        Defendant.
------------------------------------------------------- x
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/3/2021

      Notice is hereby given that Defendant Ari Teman appeals in the above-captioned case to the United States Court of Appeals for the Second Circuit from each part and all of a judgment dated and entered July 29, 2021, including sentence.

Dated: August 2, 2021

/s/ *Andrew J. Frisch*
Schlam Stone & Dolan LLP
26 Broadway
New York, New York 10004
(212) 344-5400
afrisch@schlamstone.com

*Attorney for Ari Teman*

cc: United States Attorney

```
Court Name: District Court
Division: 1
Receipt Number: 465401283749
Cashier ID: Jfaughna
Transaction Date: 08/03/2021
Payer Name: ARI REMAN
--------------------------------
NOTICE OF APPEAL/DOCKETING FEE
 For: ARI REMAN
 Amount:         $505.00
--------------------------------
CREDIT CARD
 Amt Tendered:  $505.00
--------------------------------
Total Due:       $505.00
Total Tendered:  $505.00
Change Amt:      $0.00
```