# LAW OFFICES OF SUSAN G. KELLMAN
25 EIGHTH AVENUE • BROOKLYN, NEW YORK 11217
(718)783-8200 • FAX (718)783-8226 • SGK@KELLMANESQ.COM
FELLOW, AMERICAN COLLEGE OF TRIAL LAWYERS

August 6, 2021

**Via ECF and Email**
Hon. Paul A. Engelmayer
United States District Judge
Southern District of New York
Thurgood Marshall Courthouse
Foley Square
New York, New York 10007

                           Re:    *United States v. Ari Teman*
                                   S2 19 Cr. 696 (PAE)

Dear Judge Engelmayer:

      Mr. Teman has raised concerns over his continued home detention with counsel.

      Given his current legal posture, it is not impossible that his appeal may not be resolved anytime in the near future – and the prospect of his ongoing confinement for the foreseeable future, after having been confined since the date of his conviction, is overwhelming for Mr. Teman. Critically, at Mr. Teman's sentencing hearing on July 28, 2021, the government conceded that Mr. Teman was not a danger to the community and there has never been any reason to believe that Mr. Teman, who has been compliant with the conditions of his release, poses a risk of flight.[1]

      Since Mr. Teman now carries the burden of a forfeiture that is well beyond his personal means, he is hoping to be able to return to his work as a stand-up comedian, depending on Dade County's ability to get the spread of the Delta variant under control. This work can only be accomplished in the evenings – and, is therefore beyond his reach currently. Additionally, he would like to be able to continue his charitable works at Surfside, because this provides him with a sense of accomplishment and is the polar opposite of a "danger to his community".

      I have discussed this matter with his Pretrial Officer in Florida, Mark Delesdernier, who has confirmed Mr. Teman's compliance with the conditions of his release. Officer Delesdernier informed counsel that as long as Mr. Teman remained on electronic monitoring, the additional hours would not pose a logistical problem for his office. His Covid concerns notwithstanding, from a health point of view, Officer Delesdernier will defer to the Court on this matter.

---

[1] **THE COURT**: Does the government believe there is a danger to the community presented by Mr. Teman's release pending appeal?
**MR. BHATIA**: No.  (p. 99; ls. 14-17)

2

Accordingly, we write to respectfully request that your Honor consider extending the hours that Mr. Teman is permitted to be out of his apartment until midnight, so that he can return to his work as a stand-up comedian at nearby clubs.

As always, your Honor's kind consideration of this request is greatly appreciated.

Respectfully submitted,

*Susan G. Kellman*
_____
Susan G. Kellman

Andrew J. Frisch

cc:   All counsel
      Ari Teman