

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

August 10, 2021

**BY CM/ECF**
The Honorable Paul A. Engelmayer
United States District Judge
Southern District of New York
United States Courthouse
40 Foley Square
New York, New York 10007

    Re:    *United States v. Ari Teman*, S2 19 Cr. 696 (PAE)

Dear Judge Engelmayer:

    The Government respectfully writes in response to the defendant's proposed modification of the terms of bail pending appeal (Dkt. No. 255). Having conferred with defense counsel, the Government does not object to modifying Mr. Teman's conditions to extend his curfew until midnight so that he may secure employment opportunities.

                            Respectfully submitted,

                            AUDREY STRAUSS
                            United States Attorney

By:   /s/
                            Kedar S. Bhatia
                            Assistant United States Attorney
                            (212) 637-2465