UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

-v-

ARI TEMAN,

Defendant.

---

19-CR-696 (PAE)

ORDER

PAUL A. ENGELMAYER, District Judge:

The Court has reviewed the defense's letter asking that the terms of the defendant's bail pending appeal be modified to extend his curfew until midnight in order to facilitate his employment as a stand-up comedian, Dkt. 255, and the Government's letter stating that it does not object to such a modification. Dkt. 258. In recognition of the defendant's history of doing stand-up comedy work and the fact that—by common consent—he does not present a danger to the community, the Court grants the defense's request and extends his curfew until midnight to enable him to secure such work.

SO ORDERED.

                                                            *Paul A. Engelmayer*
                                                            PAUL A. ENGELMAYER
                                                            United States District Judge

Dated: August 11, 2021
           New York, New York