Schlam Stone & Dolan LLP<br>
26 Broadway<br>
New York, New York 10004<br>
(212) 344-5400

August 20, 2021

The Honorable Paul A. Engelmayer<br>
United States District Judge<br>
Southern District of New York<br>
500 Pearl Street<br>
New York, New York 10007

Re:  *United States v. Ari Teman*, 19 CR 696 (PAE)

Dear Judge Engelmayer:

Ms. Kellman and I submit this letter as an application that we be relieved as Mr. Teman's counsel.  In our considered judgment, the breakdown in the attorney-client relationship is beyond repair.  Ms. Kellman and I can no longer meaningfully communicate with Mr. Teman, with whom we have irreconcilable differences, and with whom representation has become unreasonably difficult.

Until yesterday, we did not believe that this motion would be necessary.  As we advised the Circuit in our motion to be relieved, Mr. Teman told us that he is in the process of engaging new counsel to represent him on appeal.  We expect that new counsel will be able to advise and assist Mr. Teman with any representation going forward in District Court.  Meanwhile, the only pending matter in District Court is compliance with the Court's order of August 18, 2021 [Docket No. 263], addressing restitution.  Mr. Teman's *pro se* communication with the Court of yesterday [Docket No. 265] contributed to our change our view.  We urge the Court to relieve us expeditiously and permit new counsel (once engaged) sufficient time to address the Court's order of August 18, 2021 [Docket No. 263].  We will, of course, cooperate with new counsel and take appropriate steps as to depositors' funds currently held in escrow.  *See e.g.*, Docket Nos. 251, 260, 261.

We are disinclined to provide more information in support of this application.  We do not want to disclose any privileged information nor anything that might prejudice Mr. Teman going forward.  We are also concerned that any information that might be presented by Mr. Teman *pro se* in opposition to this motion might serve to prejudice his interests, especially as your Honor is supervising his release.  For these reasons, to the extent that the Court requires undersigned counsel to provide more information in support of this application, or permits Mr. Teman to respond to this application, we respectfully urge the Court (1) to request that another judicial officer hear any such information and make a recommendation to your Honor without disclosing the substance of any such submissions; and (2) to require that any such submissions be made to such judicial officer *ex parte* and under seal.

Respectfully submitted,

*/s/ Andrew J. Frisch*
Andrew J. Frisch

*/s/ Susan G. Kellman*
Susan G. Kellman
25 Eighth Avenue
Brooklyn, New York 11217

cc: United States Attorney's Office