UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-v-

ARI TEMAN,

                    Defendant.

19-CR-696 (PAE)

ORDER

PAUL A. ENGELMAYER, District Judge:

The Court's order at Docket 267 erroneously reported, on page 2, the amount of restitution owed by defendant Ari Teman.   The amount due is $259,340.32, as reflected in the Court's restitution order, *see* Dkt. 264.  The $333,000 sum, which the order at Docket 267 erroneously cited, instead refers to the total loss caused by the offense.

SO ORDERED.

PAUL A. ENGELMAYER
United States District Judge

Dated: August 23, 2021
        New York, New York