UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

-v-

ARI TEMAN,

Defendant.

19-CR-696 (PAE)

ORDER

---

PAUL A. ENGELMAYER, District Judge:

The Court's chambers have received an email from defense counsel Andrew J. Frisch, Esq., and Susan G. Kellman, Esq., representing that, with defendant Teman's permission, the full amount of restitution in this case has been sent by wire transfer to the Clerk of this Court. Although defense counsel has not yet received confirmation from the Clerk of Court that these funds have been received, counsel has furnished the Court with the two attached wire confirmations, which reflect that a total of $259,341 has been wired to the Clerk of Court and earmarked for this case.

In light of this communication, the Court relieves defense counsel, Mr. Teman, and the parties whose funds had been held in private escrow for the purposes of restitution of the obligation to file sworn declarations today on the docket of this case with regard to the non-payment of restitution (Dkt. No. 267 at 2). Upon defense counsel's filing on the docket of this case of written confirmation from the Clerk of Court that these funds have been received in full, the Court intends to issue an order adjourning the hearing on this subject scheduled for Tuesday, August 31, 2021, and addressing other issues raised by the recent submissions by defense counsel and Mr. Teman (Dkt. No. 267 at 3-4).

SO ORDERED.

_Paul A. Engelmayer_
PAUL A. ENGELMAYER
United States District Judge

Dated: August 27, 2021
       New York, New York

## Set up a wire transfer

[ Set Up Another Wire ]

## Wire Instruction Confirmation

Status: Processed - Confirmation Number is 20212370033897.

| Source Account |
|---|
| Account: ***** |

| Scheduling |
|---|
| Immediately upon approval |

| Destination |
|---|
| Amount: $139,341.00 |
| Beneficiary: US District Court - SDNY<br>Southern District of New York<br>500 Pearl Street<br>New York, NY10007<br>Phone: 212-805-0600 |
| Account: 00004654 |
| Bank: TREAS NYC/FUNDS TRANSFER DIVIS (ABA: 021030004)<br>Washington, DC |
| Special Instructions: For US v Ari Teman, 19-CR-696 (PAE)<br>Per Orders at Dockets 263, 264, 267 |

| Statement Description |
|---|
| Additional Description for Statements: S v Ari Teman, 19-CR-696 (PAE) |

[ Save as Model ]

[ Set up another Wire ]

Set Up Another Wire

## Wire Instruction Confirmation

Status: Processed - Confirmation Number is 20212361040260.

**Source Account**

Account: ******

**Scheduling**

Immediately upon approval

**Destination**

Amount: $120,000.00

Beneficiary: US District Court - SDNY
Southern District of New York
500 Pearl Street
New York, NY 10007
Phone: 212-805-0600

Account: 00004654

Bank: TREAS NYC/FUNDS TRANSFER DIVIS (ABA: 021030004)
Washington, DC

Special Instructions: US v Ari Teman, 19-CR-696 (PAE)
Per Orders at Dockets 263, 264, 267

**Statement Description**

Additional Description for Statements:   US v Ari Teman, 19-CR-696 (PAE)

Save as Model

Set up another Wire