Schlam Stone & Dolan LLP
26 Broadway
New York, New York 10004
(212) 344-5400

August 27, 2021

The Honorable Paul A. Engelmayer
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:  *United States v. Ari Teman*, 19 CR 696 (PAE)

Dear Judge Engelmayer:

The office of the Court's cashier has provided the attached document showing that it has received the ordered restitution.

Respectfully submitted,

*/s/ Andrew J. Frisch*
Andrew J. Frisch

*/s/ Susan G. Kellman*
Susan G. Kellman
25 Eighth Avenue
Brooklyn, New York 11217

cc:  United States Attorney's Office

Attachment