08/27/2021 10:51 AM                                                                                             Version 7.0.1   Page  1    of   1

# U.S. Courts
## Case Inquiry Report
### Case Number: DNYS119CR000696; Party Number: N/A; Payee Code: N/A
### Show Party Details: N; Show Payee Details: N; Show Transactions: Y

**Case Number**   DNYS119CR000696        **Case Title**   USA V ARI TEMAN

**Summary Party Information:**

| Party# | Party Code | Party Name | Account Code | Debt Type | JS Account # | Total Owed | Total Collected | Total Outstanding |
|---|---|---|---|---|---|---|---|---|
| 001 | 21PP054708 | ARI TEMAN | NYSPA1193 | SPECIAL PENALTY ASSESSMENT | | 400.00 | 0.68 | 399.32 |
| 001 | 21PP054708 | ARI TEMAN | NYSPA1193 | VICTIM RESTITUTION | | 259,340.32 | 259,340.32 | 0.00 |
| | | | | | | 259,740.32 | 259,341.00 | 399.32 |

**Summary Payee Information:**

| Payee Code | Payee Name | | Total Owed | Total Paid | Total Outstanding |
|---|---|---|---|---|---|
| NYSA030660 | BANK OF AMERICA | | 259,340.32 | 0.00 | 259,340.32 |
| | | | 259,340.32 | 0.00 | 259,340.32 |

**Registry Information:**

| Depository Code | Depository Name | Account Type | Account Number | Depository Total |
|---|---|---|---|---|

**Transaction Information:**

| Document Type/Number* | Document Date | Accomplished Date | Line Type | Amount | Party/Payee Name | Doc Actn | Trans Type | Fund |
|---|---|---|---|---|---|---|---|---|
| Account Number | Debt Type Line# | Debt Type | | Payee Line# | Depository Line# | Check Number | | |
| CQC NYSCCA21-00345 | 25-AUG-21 | 25-AUG-21 | PR | 120,000.00 | ARI TEMAN | O | 06 | 6855XX |
| DNYS119CR000696-001 | 2 | VICTIM RESTITUTION | | | | | | |
| CQC NYSCCA21-00346 | 26-AUG-21 | 26-AUG-21 | PR | 0.68 | ARI TEMAN | O | 04 | 504100 |
| DNYS119CR000696-001 | 1 | SPECIAL PENALTY ASSESSMENT | | | | | | |
| CQC NYSCCA21-00346 | 26-AUG-21 | 26-AUG-21 | PR | 139,340.32 | ARI TEMAN | O | 06 | 6855XX |
| DNYS119CR000696-001 | 2 | VICTIM RESTITUTION | | | | | | |

**\* Document Type Legend**

| Document Type | Document Type Name |
|---|---|
| CQC | Cash Receipt - Courts CCA Manual |