UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-v-

ARI TEMAN,

Defendant.

19-CR-696 (PAE)

ORDER

PAUL A. ENGELMAYER, District Judge:

The Court has received an email from a person identifying himself as a journalist who states that he was contacted by defendant Ari Teman. The journalist states that Teman furnished him with certain materials that Teman had submitted, *pro se*, to the Court. The journalist's email inquired whether the Court intends to docket these materials and whether they will affect Teman's sentence.

The Court directs defense counsel to remind Teman that (1) he is represented by counsel, who are responsible for making submissions to the Court on his behalf; (2) while Teman is represented, the Court will not docket submissions from Teman other than relating to counsel's pending application to withdraw; (3) sentencing occurred on July 28, 2021, and, with Teman having filed a notice of appeal, the Second Circuit now has jurisdiction over the case and over any challenge that may be made to the sentence imposed; and (4) instigating emails to the Court from journalists – whether real or fictitious, *see, e.g.*, Dkt. 137 (addressing email to Court from fictitious journalist "Jake Green") – that advocate, explicitly or implicitly, on a defendant's behalf is a bad idea that will not prove efficacious.

The Court further directs defense counsel to notify the journalist in question that inquiries from reporters are not to be directed to individual judges, but to the office of the District Executive.

SO ORDERED.

_____
PAUL A. ENGELMAYER
United States District Judge

Dated: August 30, 2021
       New York, New York