UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x
UNITED STATES OF AMERICA

        v.                                              Docket # 19 Cr. 696 (PAE)

ARI TEMAN,                                        Affirmation of Service

                         Defendant.
-------------------------------------------------------x

SUSAN G. KELLMAN, Esq., under penalty of perjury, pursuant to 28 U.S.C. §1746, hereby affirms the following:

1. Pursuant to your Honor's Order at Docket #272, counsel provided Mr. Teman with a copy of your Honor's previous Order (Docket # 271), on Monday, August 30, 2021, via email at Ari@Teman.com.

Dated:  Brooklyn, New York
          August 30, 2021

                                                          Respectfully submitted,

                                                          *Susan G. Kellman*
                                                          Susan G. Kellman