UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| UNITED STATES OF AMERICA, | 19-CR-696 (PAE) |
| -v- | ORDER |
| ARI TEMAN, | |
| Defendant. | |

PAUL A. ENGELMAYER, District Judge:

The Court has received a letter from defendant Ari Teman, seeking authorization to remove an electronic monitoring device due to the need for Mr. Teman to undergo certain medical procedures, and a letter in support from a physician. The Court is filing these letters under seal, because they discuss a medical diagnosis. The Court directs the Government, in consultation with Pretrial Services and/or the Probation Department, to respond. The Government's response is due Wednesday, September 22, 2021.

Separately, insofar as Mr. Teman reports that he has not yet signed up for electronic access to ECF, the Court directs Mr. Teman's recently withdrawn counsel to assist him forthwith with completing this process.

SO ORDERED.

*Paul A. Engelmayer*
PAUL A. ENGELMAYER
United States District Judge

Dated: September 17, 2021
New York, New York