# LAW OFFICES OF SUSAN G. KELLMAN
25 EIGHTH AVENUE • BROOKLYN, NEW YORK 11217
(718) 783-8200 • FAX (718) 783-8226 • SGK@KELLMANESQ.COM
FELLOW, AMERICAN COLLEGE OF TRIAL LAWYERS

September 24, 2021

ECF and EMAIL
The Honorable Paul A. Engelmayer
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:  *United States v. Ari Teman,*
19 CR 696 (PAE)

Dear Judge Engelmayer:

      With the assistance of appellate counsel, Mr. Teman has been provided with the means to sign up for electronic access to ECF and has declined to do so. Nonetheless, Mr. Teman has received a copy of the government's filing regarding the removal of his electronic monitor and the increased bond and the Court's Order in this regard.

      Please let me know if your Honor requires anything more.

Respectfully submitted,

*Susan G. Kellman*
Susan G. Kellman

/s/ Andrew J. Frisch
Andrew J. Frisch