UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>ARI TEMAN,<br><br>　　　　　　Defendant. | **ORDER**<br><br>S2 19-CR-696 (PAE) |

　　　　IT IS HEREBY ORDERED that defendant Ari Teman's bail conditions be modified and set as follows:

　　　a.　The defendant will sign a $50,000 personal recognizance bond secured by two financially responsible persons;

　　　b.　The defendant's travel will be restricted to the Southern District of New York, the Eastern District of New York, and the Southern District of Florida;

　　　c.　The defendant will surrender all travel documents, to the extent he has not done so already, and make no new applications for such documents;

　　　d.　The defendant will be subject to strict Pretrial Services supervision;

　　　e.　The defendant will be subject to mental health evaluation and treatment as directed by Pretrial Services;

f. The defendant has leave to attend medical and mental health appointments;

g. The defendant is not to create or deposit any remotely created check;

h. The defendant is to immediately suspend or terminate all credit card auto-pay arrangements with him or with any company which he is affiliated; and

i. The defendant may not invoice or bill any person or business without the written approval of his Pretrial Services Officer.

IT IS FURTHER ORDERED that the defendant's previously imposed curfew condition will be terminated upon entry of this Order. The defendant's location monitoring equipment may be removed from his person upon entry of this Order, in consultation with the defendant's Pretrial Services officer. The defendant will have two weeks to obtain sureties for his modified personal recognizance bond and satisfy any other conditions set forth herein.

Dated: New York, New York
September 24, 2021

*Paul A. Engelmayer*
THE HONORABLE PAUL A. ENGELMAYER
UNITED STATES DISTRICT COURT