UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------

UNITED STATES OF AMERICA,

-v-

ARI TEMAN,

Defendant.

------------------------------------------------------------

19-CR-696 (PAE)

ORDER

PAUL A. ENGELMAYER, District Judge:

The Court has received a letter dated today from *pro se* defendant Ari Teman, who is currently on release on bail pending appeal, asking that two conditions of his release be modified. *See* Dkt. No. 284. These conditions – conditions (h) and (i) in the order that most recently set out the terms of Mr. Teman's release, *see* Dkt. No. 283 – bear on the use of credit cards, billing, and invoicing by Mr. Teman's businesses, including GateGuard, Inc. These conditions, however, have been in place since the return of the guilty verdict in Mr. Teman's trial on January 29, 2020. *See* Dkt. No. 91 (order of January 29, 2020, setting terms of post-trial release); *see also* Dkt. No. 282 (order of September 24, 2020, noting that the forthcoming order modifying terms of release to accommodate Mr. Teman's medical needs would otherwise replicate the long-extant conditions of release); Dkt. No. 283 (order of September 24, 2021, reciting, as previewed at Dkt. 282, the modified terms of release). Mr. Teman's letter of today – despite addressing a range of other issues, and accusing various persons of misconduct with respect to matters having nothing to do with his conditions of release – does not address how his required compliance with these conditions has interfered with the operation of Mr. Teman's businesses over the past 20 months, when they were first put in place.

The Court accordingly directs Mr. Teman to file a supplemental letter explaining how compliance with the conditions at issue has, in practice, interfered with the operation of his businesses since these conditions were first put in place on January 29, 2020. Concrete examples of this, if any, would be of assistance to the Court in evaluating Mr. Teman's application. Mr. Teman's supplemental letter is due Friday, October 8, 2021. Mr. Teman is encouraged to consult with his appellate counsel, or other counsel, in the preparation of this letter.

The Court directs the Government to respond to Mr. Teman's application to modify his conditions of release, by Friday, October 15, 2021. The Government's letter should specifically address, *inter alia*, whether, as Mr. Teman's letter indicates, these conditions are problematic for Pretrial Services to enforce. The Court expects that the Government will consult with Pretrial Services in formulating this response.

For avoidance of doubt, all conditions of release as set out in Dkt. No. 283 remain in place and Mr. Teman must continue to adhere to them, unless and until a court order modifying them has been entered.

SO ORDERED.

*Paul A. Engelmayer*
PAUL A. ENGELMAYER
United States District Judge

Dated: October 1, 2021
New York, New York