Ari B. Teman

---

10/6/2021

The Honorable Paul A. Engelmayer
District Judge
Southern District of New York
40 Foley Square, New York, NY

Your Honor,

An ENT surgery which was scheduled for October 28 to repair my breathing has been suddenly moved up to this Thursday morning, October 7th.

I have not had enough time to confer with attorneys and seek advice to the extent needed to reply to Your Honor's questions, and I must also confer with prior counsel upon whom I had previously relied for the topic at hand, and now must prepare for surgery, including taking certain controlled medications which will further impair my mental capacity, while I'm already severely sleep deprived and in significant, constant pain, and then it will take a bit of time to recover.

As well, next week I have tests ordered by my doctor at Sylvester Comprehensive Cancer Center (UMiami) regarding the mass found in my brain a few weeks ago at Baptist Health, so I am a bit overwhelmed with medical appointments and procedures this week and next and expect it will be another week to recover and have time to seek advice and confer with prior counsel.

Therefore I respectfully request that the current deadline for a reply be adjourned for 21 days from surgery, until October 28, at 5pm and that the deadline for the new bond to be signed be adjourned until 14 days after whenever it is finalized pending the Government's reply so that the bond signers are not asked to return to court for a second and third time to sign what is not much different from what they have already signed.

Thank you,

Ari Teman
pro se

CC Ms. Strauss, Mr. Bhatia, Mr. Gutwillig, Mr. Imperatore via ECF

P.S. In light of my condition and the constant pain and debilitating side effects that come with it, I do hope Ms. Strauss considers the abundant new evidence regarding the Government's four client witnesses and one bank in her inbox as of the past two days and considers doing the right thing by dismissing this case so that I may be with family and loved ones while I am treated and recovering.