UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>-v-<br><br>ARI TEMAN,<br><br>Defendant. | 19-CR-696 (PAE)<br><br>ORDER |

PAUL A. ENGELMAYER, District Judge:

The Court has received a letter today from *pro se* defendant Ari Teman stating that an ENT surgery has been suddenly scheduled to Thursday, October 7, 2021, three weeks earlier than planned. *See* Dkt. No. 286. On account of this surgery, Mr. Teman asks that the Court extend until October 28, 2021, the deadline, which is presently October 8, 2021, for his supplemental letter in support of his request to vacate bail conditions (h) and (i) as set out in the Court's order of September 24, 2021. *See* Dkt. Nos. 283, 285. Mr. Teman also asks that the Court extend the deadline (presently October 8, 2021) for his two bond co-signers to sign the renewed bond, until 14 days after the Court has ruled on Mr. Teman's application to remove those bail conditions.

The Court orders as follows:

1. The Court extends the deadline for Mr. Teman to submit his supplemental letter in support of the modifications of release until **October 28, 2021**. The Court extends the deadline for the Government's response, which is presently October 15, 2021, to **November 4, 2021**. *See* Dkt. No. 285. For avoidance of doubt, all bail conditions set forth in Docket Number 283 remain in effect. The Court directs that Mr. Teman, in

1

his supplemental letter, set out, with specificity, the means by which he has undertaken to fully comply with conditions (h) and (i), from the date when they were first put into effect following Mr. Teman's conviction, *i.e.*, on January 29, 2020, through the due date (October 28, 2021) of Mr. Teman's supplemental letter.

2. The Court denies Mr. Teman's request for an extension of the October 8, 2021 deadline for his co-signers to sign the personal recognizance bond, which the Court has increased to $50,000. **The co-signers' signatures remain due on October 8, 2021, as the Court ordered on September 24, 2021.** *See* Dkt. No. 283. Mr. Teman's explanation for seeking this adjournment is that it is possible that, following review of the parties' supplemental letters, the Court may modify the conditions of Mr. Teman's release, such that extending the deadline for co-signers to sign the bond could spare them an additional trip to court. The Court is unpersuaded by this explanation. The Court regards it as important that the co-signers promptly sign the bond based on the conditions of release put in place in the order of September 24, 2021. *See* Dkt. No. 283. The Court is unpersuaded that the inconvenience presented to the two co-signers by a second visit to court – which would be necessitated only in the event that the Court were to modify the present conditions of release – outweighs the interest in having in place this form of security for Mr. Teman's release on bail pending appeal.

3. The Court directs Mr. Teman, by **October 15, 2021**, to file on the docket of this case a letter by a physician attesting to the fact that the ENT surgery in fact took place on October 7, 2021.

SO ORDERED.

*Paul A. Engelmayer*
PAUL A. ENGELMAYER
United States District Judge

Dated: October 6, 2021
      New York, New York