UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

-v-

ARI TEMAN,

Defendant.

---

19-CR-696 (PAE)

ORDER

PAUL A. ENGELMAYER, District Judge:

The Court's chambers has received an email from defendant Ari Teman concerning the mechanics by which his co-signers are to execute the bond as required. The Court reminds Mr. Teman that, insofar as he has ECF access, he, like all other *pro se* litigants, is to communicate with the Court solely by means of filings on the docket of this case.

SO ORDERED.

*Paul A. Engelmayer* (signature)

PAUL A. ENGELMAYER
United States District Judge

Dated: October 7, 2021
       New York, New York