**Ari B. Teman**

---

Oct 14, 2021

The Honorable Judge Paul A. Engelmayer
District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

RE:     **Proof of nose surgery on October 7th per the Court's request**

Your Honor,

The Court has requested proof in the form of a letter by a physician before October 15th documenting the surgery which took place on October 7th. Attached are the signed notes of the doctor, as I have been unable to get the letter in-time and am in pain and unwell much of the day following surgery.

Thank you,

*[signature]*

Ari Teman

# SOUTH FLORIDA ENT ASSOCIATES 

Patient:      ARI B. TEMAN          EMRN: 1302350
Encounter:    Oct 7 2021 8:00AM

Examination of cranial nerves: Normal facial nerve function bilaterally.
Mood and affect: Normal.

## Procedure

Turbinates
Procedure: Submucosal Resection of Inferior Turbinates
Pre-Op diagnosis: Turbinate Hypertrophy
Anesthesia: The site was anesthetized with 1 ml and 1% of lidocaine with epinephrine.
Procedure Note: Patient was taken to the procedure room and placed in a seated position. The right inferior turbinate was submucosally reduced with 2 passes, for 20 seconds at power level of 2000. The left inferior turbinate was submucosally reduced with 2 passes, for 20 seconds at power level of 2000. Submucosal resection was performed with 11 mm microdebrider and removal of Bone and soft tissue.
Risks, benefits and alternatives were discussed with the patient. We discussed possible complications, including infection, bleeding and allergic reaction. Written consent was obtained prior to the procedure.
Patient Status:. the patient tolerated the procedure well.
Complications:. there were no complications.
Endoscopy
Procedure: Nasal Endoscopy. The endoscope was used to evaluate the nasal cavities. The superior, middle and inferior turbinates as well as the superior, inferior and middle meatus, the sphenoethmoid recess and posterior choana were inspected.
Examined by rigid scope.
Indication: nasal obstruction.
Topical agents used: 4% Lidocaine and oxymetazoline HCl.
Findings: There was clear rhinorrhea from both nares. The nasal mucosa was congested bilaterally. No intranasal mass or polyp found. the inferior turbinates were abnormal bilaterally with hypertrophy. Sinus Endoscopy shows normal. No complications. Consent obtained prior to the procedure and the patient tolerated the procedure well. Risks, benefits and alternatives were discussed with the patient.

## Assessment
1. Hypertrophy of nasal turbinates (478.0) (J34.3)
2. Nasal obstruction (478.19) (J34.89)

## Plan
1. Nasal Endoscopy (Diagn); Status:Complete;   Done: 07Oct2021
2. Submucous Resection Turbinates; Status:Complete;   Done: 07Oct2021
3. Nasal Irrigation Instructions Provided; Status:Complete;   Done: 07Oct2021
4. Patient has been instructed that if their symptoms do not improve or worsen they are to return to the office sooner than the scheduled appt or as soon as possible.; Status:Complete;   Done: 07Oct2021

# SOUTH FLORIDA ENT ASSOCIATES 

Patient:    ARI B. TEMAN    EMRN: 1302350
Encounter:   Oct 7 2021 8:00AM

**Plan Notes:**
Procedure performed uneventfully. Well tolerated.
Instructions provided.
Saline rinses starting tomorrow.
Follow up in 1 week.

## Discussion/Summary

The patient expressed an understanding of the plan and options as discussed. Discussed medical and surgical options with patient. Risks, benefits and alternatives of recommended treatments were discussed.

## Signatures

Electronically signed by : Ariel Grobman, M.D.; Oct 7 2021 9:15AM Eastern Standard Time (Author)

Thank you very much for allowing me to participate in the care of this patient. If you have any questions, please do not hesitate to contact me.