Ari B. Teman

**19-CR-696**

Oct 14, 2021

The Honorable Judge Paul A. Engelmayer
District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

RE:   **Proof of nose surgery on October 7th per the Court's request**

Your Honor,

The Court has requested proof in the form of a letter by a physician before October 15th documenting the surgery which took place on October 7th. Attached are the signed notes of the doctor, as I have been unable to get the letter in-time and am in pain and unwell much of the day following surgery.

Thank you,

*[signature]*

Ari Teman

 

The Court appreciates this notification, which is a satisfactory alternative to the letter that the Court directed be filed today.  The Court wishes Mr. Teman a speedy and full recovery.

10/15/2021

SO ORDERED.

*[signature: Paul A. Engelmayer]*

PAUL A. ENGELMAYER
United States District Judge