# Ari Teman

Honorable Judge Paul A. Engelmayer
District Judge
Southern District of New York
40 Foley Square, New York, NY

**RE:    Proof of bond compliance attached (Statement of Attorney Subar)**

10/28/2021

Your Honor,

Attached in response to Your Honor's most-recent order is a letter from GateGuard's corporate counsel detailing with specificity the process for my compliance with Your Honor's January 29th, 2020 order.

Respectfully submitted,

Ari Teman
Pro se (not by choice)

# SUBAR LAW, P.A.
Legal and Business Concierge Services

emmanuelle@subarlaw.com  
*Cell*: (323) 517-7800  
*Office*: (305) 204-7483

Mailing Address:  
1331 West Ave. #1914  
Miami Beach, FL 33139

*October 26, 2021*

The Honorable Paul A. Engelmayer  
District Judge, Southern District of New York  
40 Foley Square, New York, NY 10007

Your Honor,

I represent GateGuard, Inc. on certain corporate matters. Following Mr, Teman's trial in *United States v Teman*, I was retained by GateGuard's authorized representative, Mr. Teman, to update the company's website's terms of service, including its invoicing policy. Mr. Teman's corporate and defense counsel requested that I update the terms of service to be in compliance with Mr. Teman's January, 29, 2020 court order. Once retained, following conversations with Mr. Teman and Mr. Teman's corporate and defense counsel, I updated the terms of service accordingly.

I am writing to you because it is my understanding that Mr. Teman's defense counsel and Pretrial Services originally came to an agreement permitting the company to store invoices in its invoicing system which creates an un-editable archive.

As I understand it, the company's invoicing software automatically generates invoices, which uses an identical template for each invoice. To illustrate, when a client places an order, a copy of the client's service agreement, order, invoice, and the company's terms of service are all emailed to the client in a single PDF. This PDF is also emailed to several company backup email addresses for recordkeeping purposes. This serves as an un-editable archive.

Respectfully,

/s/ Emmanuelle S. Subar  
Emmanuelle S. Subar, Esq.  
emmanuelle@subarlaw.com  
Miami, FL 33139  
CA: 287497    FL: 122641