UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------X
                                     :
UNITED STATES OF AMERICA             :
                                     :   19-CR-00696-PAE-1
                                     :
     -against-                       :   ORDER
                                     :
ARI TEMAN,                           :
                                     :
Defendant                            :
                                     :
-------------------------------------X

Paul A. Engelmayer, United States District Judge:

It is hereby ORDERED that the defendant's bail be modified to include the following conditions of release:

1. The defendant is permitted to temporarily obtain his travel documents for purposes of renewal and traveling to his comedy festival in Australia, Dkt. No.299; Passport to be surrendered to Pretrial Services within 48hrs upon his return to the United States, or as directed by Pretrial Services.
2. The defendant is to have temporary permission to make new travel applications for the purpose of renewing his passport; from the timeframe of February 15, 2022 – March 25, 2022.

Dated: February 15, 2022
New York, New York

                    SO ORDERED:

                    _____
                    Paul A. Engelmayer
                    United States District Judge