# Ari B. Teman

The Honorable Judge Paul Engelmayer

Southern District of New York

40 Foley Square

New York, NY 10007

February 18, 2022

**Re: Correcting the Docket. Requesting written answers to Dkt. No. 295**

Your Honor,

I write to bring to your attention what I believe is an error on the docket. On February 10, 2022, at Dkt. 299, Your Honor authorized my travel to Australia for a comedy festival in response to my letter motion submitted at Dkt. 296. I am grateful for the ruling and I thank Your Honor. In making your ruling, I believe your Honor intended to terminate the motion at Dkt. 296. However, the docket states that "The Clerk of Court is requested to terminate the motions at Dkt. No. 295."

However, Dkt. No. 295 is a motion for sanctions based on newly discovered evidence establishing my innocence and showing that the government withheld exculpatory evidence. The erroneous reference to Dkt. 295 would appear to indicate to the Government that they do not need to reply to the motion, which is of the utmost importance. In fact, the Government has missed the return date by weeks, despite being noticed via ECT and email of these and other disclosure violation issues. I would be very grateful if Your Honor would direct the clerk to correct the docket so that the Government is on notice that it must respond to my motion.

Thank you,

Ari Teman

Defendant, Pro Se