UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
:
UNITED STATES OF AMERICA,                                   :
                                                            :
                    -v-                                     :    19-CR-696 (PAE)
                                                            :
ARI TEMAN,                                                  :    ORDER
                                                            :
                    Defendant.                              :
                                                            :
------------------------------------------------------------X

PAUL A. ENGELMAYER, District Judge:

The Court has received a series of written communications from *pro se* defendant Ari Teman in recent weeks. The most recent of these was received today. *See* Dkt. 303; *see also* Dkts. 265, 295, 301; *cf.* Dkt. 271. Mr. Teman's communications claim misconduct on the part of his trial counsel, sentencing counsel, the Government, trial witnesses, and the Court; that he received ineffective assistance of counsel; and his actual innocence. Mr. Teman seeks a new trial, the imposition of sanctions on various persons including the prosecutors responsible for this matter; and this Court's recusal.

The Court's assessment is that none of these applications is meritorious. However, Mr. Teman's direct appeal, in which he is counseled, is pending. And save for applications by Mr. Teman with respect to modifications of his conditions of release pending appeal—applications which the Court, in the main, has granted, *see, e.g.*, Dkts. 259, 280, 282–83, 294, 297–300, 302—there is no present business before the district court in this matter.

Accordingly, the Court's intention is to defer addressing Mr. Teman's *pro se* applications pending the disposition of his direct appeal. *See* Dkt. 265 (noting that the filing of a notice of

1

direct appeal, as a general rule, divests the district court of jurisdiction to modify its judgment or to take action affecting the case) (citations omitted).

    SO ORDERED.

*Paul A. Engelmayer*
PAUL A. ENGELMAYER
United States District Judge

Dated: February 18, 2022
       New York, New York