UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
……………………………………………….X

UNITED STATES OF AMERICA,

                                                                                                              1:19-cr-00696 (PAE)

        v.

ARI TEMAN

               Defendant.
……………………………………………….X

## NOTICE OF APPELLATE FILING

Please take notice that the undersigned, Ari Teman, proceeding *pro se*, filed the attached Motion Statement and Emergency Motion for 60-day Extension and Stay with the Second Circuit Court of Appeals on February 21, 2022.

                                                                        Ari Teman
                                                                        ari@teman.com
                                                                        Defendant, Pro se