**MORRISON | FOERSTER**

250 WEST 55TH STREET
NEW YORK, NY 10019-9601

TELEPHONE: 212.468.8000
FACSIMILE: 212.468.7900

WWW.MOFO.COM

MORRISON & FOERSTER LLP

BEIJING, BERLIN, BOSTON, BRUSSELS,
DENVER, HONG KONG, LONDON,
LOS ANGELES, NEW YORK, PALO ALTO,
SAN DIEGO, SAN FRANCISCO, SHANGHAI,
SINGAPORE, TOKYO, WASHINGTON, D.C.

February 22, 2022

Writer's Direct Contact
+1 (212) 336.4320
EImperatore@mofo.com

**BY ECF**

The Honorable Paul A. Engelmayer
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

    Re:    <u>United States</u> v. <u>Ari Teman</u>, 19 Cr. 696 (PAE)

Dear Judge Engelmayer:

    Please be advised that I left the U.S. Attorney's Office in January 2022 for other employment. Accordingly, please remove me as counsel of record and from all future ECF notifications in this case.

    Thank you for the Court's consideration.

Respectfully submitted,

By:    /s/ Edward Imperatore
    Edward A. Imperatore

cc: Counsel of Record (via ECF)

ny-2323550