Ari B. Teman

**April 12, 2022**
Nissan 11, 5782

The Honorable Paul A. Engelmayer
District Judge
Southern District of New York
40 Foley Square,
New York, NY

Re:   **Motion for rapid reply regarding the Motion at Document 310 on or before April 19, 2022.**

Your Honor,

Defendant respectfully reiterates that he requests a rapid response to his letter motion of March 3, 2022 at Docket Number 310, as it affects his appeal, for which the Court of Appeals has granted a final extension to April 25, 2022.  **The Court should please rule and answer the questions therein on or before April 19, 2022.**

Defendant also corrects an error in Dkt 310 and notes.  Based on the Court's disclosure of its holdings in Berkshire Hathaway upon your Honor's confirmation as a District Court judge, it would appear that the the Court's holding in Berkshire Hathaway nears $20M, which means the Court's holding in Bank of America (which makes up 12% of Berkshire Hathaway) is over $2M.

Defendant was assisted in drafting this letter by an attorney who intends to file an appearance in CA2 on his behalf.

Respectfully submitted,

Ari Teman
Defendant, Pro Se