UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

───────────────────────────────

UNITED STATES OF AMERICA,

              -v-                        19-CR-696 (PAE)

ARI TEMAN,                                   ORDER

                     Defendant.

───────────────────────────────

PAUL A. ENGELMAYER, District Judge:

      The Court has received letters dated March 3 and April 12, 2022 from *pro se* defendant Ari Teman, seeking certain information or documents that he suggests are relevant to his pending appeal before the United States Court of Appeals for the Second Circuit. *See* Dkts. 310–11. In each letter, Mr. Teman states that an attorney, whom he does not identify, will soon appear on his behalf in the Second Circuit, and implies that the materials that he seeks are germane to that attorney's preparation of the appeal.

      In the event that a request is made to this Court by an attorney who has appeared on Mr. Teman's behalf in the Second Circuit, the Court will promptly address such a request. In light, however, of Mr. Teman's filing history in this case—in which he has made repeated vexatious claims of conspiratorial misconduct by his trial, sentencing, and appellate, counsel; the Government; trial witnesses, and the Court, *see* Dkt. 304—the Court declines to respond to his request.

SO ORDERED.

_____
PAUL A. ENGELMAYER
United States District Judge

Dated: April 13, 2022
       New York, New York