# Ari B. Teman

April 13, 2022
Nissan 12, 5782

The Honorable Paul A. Engelmayer
District Judge
Southern District of New York
40 Foley Square,
New York, NY

**Re:  Dkt 312; Motion for rapid reply regarding the Motion at Document 310 on or before April 19, 2022.**

**Motion for Recusal.**

Your Honor,

Defendant attaches the letter from counsel representing him in CA2 in response to Your Honor's order at Dkt. No 312.

Respectfully, it is no conspiracy that Your Honor and/or his immediate family holds millions of dollars in Berkshire Hathaway and Bank of America *and that Your Honor failed to disclose this until over a year after trial*, and it is no conspiracy that Your Honor and his close personal friends Noam Biale and AUSA Graham *failed to disclose their conflict for nearly half a year -- and that Biale and the Government admit this was intentional.* These are not conspiracies and they both have had material impacts on my case in terms of the financial costs, time under home confinement, and destruction of my life. Defendant notes that Your Honor's order is therefore clearly prejudicial and biased and motions for Your Honor to recuse immediately for this and all the previous reasons yet unanswered that Your Honor has been motioned to recuse.

Respectfully submitted,

Ari Teman
Defendant, Pro Se