**Eden P. Quainton**

**Quainton Law, PLLC**

2 Park Avenue, 20th Floor
New York, NY 10016

245 Nassau St.
Princeton, NJ 08540

---

Telephone (212) 419-0575, (609) 356-0526
Cell: (202) 360-6296
Email equainton@gmail.com

April 13, 2022

**VIA ECF**

Honorable Paul A. Englemayer
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

      Re:    <u>*United States v. Ari Teman, 20-1920*</u>

Dear Judge Englemayer,

      I represent Ari Teman in the above-captioned appeal before the Court of Appeals for the Second Circuit. A copy of my Notice of Appearance in the appeal is attached as Exhibit A hereto. Mr. Teman has indicated that there are a certain number of sealed transcripts from the trial court proceedings that may bear on issues of judicial bias and/or recusal. I would respectfully request that your Honor authorize the release of these transcripts to me as soon as possible so that I can assess their relevance.

      In addition, I would respectfully request that your Honor disclose the Court's total Berkshire Hathaway holdings. Bank of America was the only alleged economic victim in Mr. Teman's trial and constitutes nearly 15% of the Berkshire Hathaway portfolio. According to public reports, your Honor disclosed holdings of $5.2 million in Berkshire Hathaway stock in 2011.

https://legaltimes.typepad.com/blt/2011/02/new-york-judicial-nominees-report-income.html.

Berkshire Hathaway's value has increased substantially since 2011 and the Court's most recent

available financial disclosure lists Berkshire Hathaway holdings in a range of $5-$25 million. https://www.courtlistener.com/person/997/disclosure/29788/paul-adam-engelmayer/. The Court's interest in Bank of America thus appears significant.

      I thank your Honor for your courtesies in this matter.

                                            Respectfully submitted,

                                            _____

                                            Eden P. Quainton

cc: All counsel of record (via ECF)