# NOTICE OF APPEARANCE FOR SUBSTITUTE, ADDITIONAL, OR AMICUS COUNSEL

Short Title: **United States of America v. Teman**     Docket No.: **21-1920**

Substitute, Additional, or Amicus Counsel's Contact Information is as follows:

Name: **Eden P. Quainton**

Firm: **Quainton Law, PLLC**

Address: **2 Park Ave., 20th Floor, New York, New York 10016**

Telephone: **212-419-00575**     Fax: **212-376-5699**

E-mail: **equainton@gmail.com**

Appearance for: **Ari Teman**
(party/designation)

Select One:

[✓] Substitute counsel (replacing lead counsel: **Alan Lewis/Carter, Ledyard & Millburn, LLP** )
(name/firm)

[✓] Substitute counsel (replacing other counsel: **Nathaniel Z. Marmur/Law Offices of Nathaniel Z.Marmur, PLLC** )
(name/firm)

[ ] Additional counsel (co-counsel with: _____ )
(name/firm)

[ ] Amicus (in support of: _____ )
(party/designation)

## CERTIFICATION

I certify that:

[✓] I am admitted to practice in this Court and, if required by Interim Local Rule 46.1(a)(2), have renewed my admission on _____ OR

[ ] I applied for admission on _____ .

Signature of Counsel: _/s/_

Type or Print Name: **Eden P. Quainton**