# Ari B. Teman

**April 21, 2022**
Nissan 20, 5782
Chol Hamoed, Passover

The Honorable Paul A. Engelmayer
District Judge
Southern District of New York
40 Foley Square,
New York, NY

**Re:** **January 10th Sealed Transcript Pages Emailed to Bhatia and Chambers**

Your Honor,

Per Your Honor's order (Dkt 317), I have emailed a copy of the five (5) sealed pages to Mr. Bhatia and Chambers as I do not know how to file a sealed document via ECF and want to be sure you get it before the end of today as tonight ends Chol Hamoed, the period during Passover during which use of electronic devices is permitted, as Your Honor knows.

I reiterate my request that you immediately unseal these five pages, and that you identify by name all individuals who were on the ex parte call Your Honor discloses in the transcript.

Respectfully submitted,

Ari Teman
Defendant, Pro Se