

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

April 21, 2022

**BY CM/ECF**
The Honorable Paul A. Engelmayer
United States District Judge
Southern District of New York
United States Courthouse
40 Foley Square
New York, New York 10007

   Re: *United States v. Ari Teman*, S2 19 Cr. 696 (PAE)

Dear Judge Engelmayer:

  The Government respectfully submits this letter in response to the Court's Order, dated April 21, 2022, requesting an unsealed transcript from January 10, 2020. Dkt. No. 317.

  On April 19, 2022, defendant Ari Teman emailed the undersigned counsel to ask for information related to a page from a sealed transcript dated January 10, 2020. The Government subsequently requested the transcript from Southern District Reporters; was notified that it was available in hardcopy; and received it in hardcopy yesterday, April 20, 2022. Given that the transcript is sealed, the Government will transmit it to chambers via email.

           Respectfully submitted,

           DAMIAN WILLIAMS
           United States Attorney for the
           Southern District of New York

        By: /s/
           Kedar S. Bhatia
           Assistant United States Attorney
           (212) 637-2465

Cc: Defendant Ari Teman