# Ari B. Teman

---

**April 21, 2022**
Nissan 20, 5782
Chol Hamoed, Passover

The Honorable Paul A. Engelmayer
District Judge
Southern District of New York
40 Foley Square,
New York, NY

**Re:** **Notice: Placing Jan 10, 2020 formerly sealed hearing on the docket**

Defendant places the five previously-sealed pages of the January 10, 2020 robing-room hearing onto the docket, attached hereto.

Respectfully submitted,

Ari Teman
Defendant, Pro Se