UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>-v-<br><br>ARI TEMAN,<br><br>Defendant. | 19-CR-696 (PAE)<br><br>ORDER |

PAUL A. ENGELMAYER, District Judge:

The Court has received a letter from *pro se* defendant Ari Teman seeking permission to travel to Israel to be with his mother, whom he reports needs surgery, Dkt. 322, the Government's opposition, Dkt. 323, and Teman's reply, Dkt. 324. Teman's letter states that he would be in Israel for 90 days and that, while there, he expects that he will be able to earn a living doing stand-up comedy. The Government opposes the application on the grounds that Pretrial Services would not be able to satisfactorily monitor Teman while in Israel; and that his presence in a country in which he has close relatives presents a heightened risk of flight.

Although there are conditions on which the Court expects it would permit Teman to travel to Israel, the Court is not prepared to approve Teman's current request, for two reasons. First, insofar as the request is keyed to his mother's medical condition, the Court requires verification of the fact and timing of Teman's mother's surgery. Teman should attach a letter from a medical professional attesting to the fact and date of that surgery. Second, the 90-day duration of Teman's absence from the United States is too long. It impedes Pretrial Services' supervision of him and enhances the prospect of flight. The Court would be prepared to approve travel to Israel of shorter duration (*e.g.*, two weeks). To the extent Teman wishes to travel to Israel on such terms, he is to coordinate with Pretrial Services before submitting a new

application to the Court. The application should set out, concretely, the means by which Pretrial Services would monitor Teman while in Israel, where Teman would stay while in Israel, and the particular dates and flights on which Teman proposes to travel.

SO ORDERED.

                                      *Paul A. Engelmayer*
                                  PAUL A. ENGELMAYER
                                  United States District Judge

Dated: May 4, 2022
       New York, New York