# Ari B. Teman

B"H

The Honorable Judge Paul Engelmayer
Southern District of New York
40 Foley Square
New York, NY 10007

AUG 16, 2022
AV 19, 5782

**Re: Unopposed Motion for PACER fee exemption**

Your Honor,

The Defendant writes seeking approval for a PACER fee exemption. PACER fees can add up to thousands of dollars without an exemption and the defendant is already in debt, having already expended many hundreds of thousands of dollars in legal fees. Because research is ongoing, the defendant expects thousands of dollars in additional fees without this exemption which would be an obstacle to the defendant's exercising legal rights and obtaining the materials required for filings.

Given there is already a bipartisan campaign to make PACER free anyway ( https://www.reuters.com/legal/legalindustry/free-pacer-bill-end-fees-online-court-records-advances-senate-2021-12-09/ ), and there is little to no real cost to the Government to run search queries or access content, there is no loss to the Government in allowing this motion.

I emailed Mr. Bhatia and the Government does not oppose this motion, stating that they "take no position" on it.

Thank you,

Ari Teman,
Defendant, pro se

**DENIED.** With Mr. Teman's appeal pending, there is no activity in the district court in this matter at the current time. And, in connection with his pending appeal, Mr. Teman is represented by counsel, whom the Court expects has PACER access. This denial is without prejudice to a renewed application in the event of renewed proceedings in the district court following the disposition of Mr. Teman's appeal. The Clerk of Court is requested to terminate the motion at Dkt. No. 327.

8/18/2022

SO ORDERED.

PAUL A. ENGELMAYER
United States District Judge