UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-v-

ARI TEMAN,

Defendant.

19-CR-696 (PAE)

ORDER

PAUL A. ENGELMAYER, District Judge:

The Court has received a request from *pro se* defendant Ari Teman for several modifications of his conditions of release pending the resolution of his appeal. The Court directs the Government to respond with its views in writing, and to also set forth in its letter the views of the United States Probation Department. This letter is due Monday, October 3, 2022.

SO ORDERED.

PAUL A. ENGELMAYER
United States District Judge

Dated: September 30, 2022
       New York, New York