UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

-v-

ARI TEMAN,

                    Defendant.

19-CR-696 (PAE)

ORDER

---

PAUL A. ENGELMAYER, District Judge:

    The Court has reviewed the recent request by defendant Ari Teman, who is on release pending appeal, for a modification of his bond conditions, Dkt. 330, and the Government's response, Dkt. 332.

    Substantially for the reasons stated by the Government, the Court is prepared to modify Teman's bail conditions (1) to allow him to travel to New Jersey for medical procedures and to visit family and to participate in Jewish events, and (2) to allow him to travel throughout Florida to assist in Hurricane Ian relief efforts, in light of Teman's demonstrated history of good works in Florida in connection with assisting in relief efforts.  As to each instance of travel, however, the Court will require that Teman, before commencing travel, provide an itinerary to his pretrial officer, including the date of his return and the location at which he would reside; documentation as to travel arrangements; and, as to Hurricane Ian relief efforts, documentation that his travel is for such purposes.  The Court also will require that Teman, before traveling, receive the pretrial officer's written approval for the travel.  Pretrial Services is to give its approval to such travel, except where it finds Teman's documentation wanting or where it reasonably identifies a concern with the proposed travel (*e.g.*, that the length of the travel exceeds the purpose

identified, or that the travel raises concerns about the well-being or safety of Teman or others or of Teman's future appearance).

Recognizing that there may be particular information that pretrial services requires in connection with reviewing travel requests, the Court directs the Government, in consultation with pretrial services, to promptly submit a proposed order for the Court's consideration, which would set out, *inter alia*, the particular information needed for pretrial services to evaluate such travel requests.

SO ORDERED.

PAUL A. ENGELMAYER
United States District Judge

Dated: October 6, 2022
New York, New York