UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>-v-<br><br>ARI TEMAN,<br><br>Defendant. | 19-CR-696 (PAE)<br><br>ORDER |

PAUL A. ENGELMAYER, District Judge:

The Court directs the Government, in consultation with Pretrial Services, to promptly submit the draft order solicited by the Court at docket 333. To the extent that the letter from defendant Teman noting the absence of such a submission, *see* Docket 334, requests additional modifications of his conditions of his release including relating to conditions of payment of his customers' fees, the Court directs the Government, again in consultation with Pretrial Services, to respond to this request by Friday, October 28, 2022.

SO ORDERED.

PAUL A. ENGELMAYER
United States District Judge

Dated: October 21, 2022
       New York, New York