UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA, | **ORDER** |
| v. | S2 19 Cr. 696 (PAE) |
| ARI TEMAN, | |
| Defendant. | |

IT IS HEREBY ORDERED that defendant Ari Teman's previously imposed bail conditions, *see* Dkt. Nos. 283, 294, be modified to include the following:

A.  Subject to the conditions in Paragraph B below, the defendant may travel without prior approval from the Court (i) to New Jersey for medical procedures and to participate in family events; and (ii) throughout Florida to assist in Hurricane Ian relief efforts.

B.  Prior to any travel described in Paragraph A above, the defendant must:

   i.  At least fourteen days prior to travel, provide his Pretrial Services Officer with a completed Probation Office Travel Request Form and travel itinerary, including documentation of dates and mode of travel and documentation regarding the location(s) where he will reside;

   ii. On the days of his departure and return, contact his Pretrial Services Officer to check-in;

   iii. For travel throughout Florida, provide his Pretrial Services Officer with documentation that his travel is for the purpose of assisting in Hurricane Ian relief efforts; and

   iv. Obtain written approval from his Pretrial Services Officer.

C.     Pretrial Services is to give its approval for travel identified in Paragraphs A above except where it finds Teman's documentation wanting or where it reasonably identifies a concern with the proposed travel (*e.g.*, that the length of travel exceeds the purpose identified, or that the travel raises concerns about the well-being or safety of Teman or others or of Teman's future appearance).

Dated: New York, New York
       October 27, 2022

*Paul A. Engelmayer*
THE HONORABLE PAUL A. ENGELMAYER
UNITED STATES DISTRICT COURT