UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

-v-

ARI TEMAN,

Defendant.

19-CR-696 (PAE)

ORDER

---

PAUL A. ENGELMAYER, District Judge:

The Court has received a letter from defendant Ari Teman, dated February 1, 2023 and styled an "emergency letter motion," which reports what appear to be online impersonation(s) and/or identity theft(s) of Mr. Teman. *See* Dkt. 338. The Court regrets that such has apparently occurred. Mr. Teman's letter appears to seek (1) confirmation that the unauthorized communications made in his name by unknown others not be viewed as violations of his conditions of pretrial release and (2) the issuance of court orders directing case participants to certify a lack of involvement in these activities and directing internet service providers ("ISPs") to identify the responsible users.

As to the first order proposed by Mr. Teman, the Court instead directs the Government, on its behalf and that of Pretrial Services, to file a letter in response, by, if possible, Tuesday, February 7, 2023. In addition to reporting any information of relevance known to it, the Government's letter should address whether it has any knowledge of the events reported by Mr. Teman. To allay Mr. Teman's concern, the letter should also confirm that none of the Government personnel involved in the investigation, prosecution or supervision of Mr. Teman participated in the improprieties he has described. The letter should also confirm that online

1

misconduct by others impersonating, or otherwise victimizing, Mr. Teman will not be treated by the Pretrial Services Office, the Probation Department, or the Government as a violation of Mr. Teman's conditions of release. Such a letter will effectuate the purposes served by Mr. Teman's first proposed order.

As to the second order proposed by Mr. Teman, the Court's present intention is not to issue such an order to any ISPs. That is because there does not appear a factual connection between the improprieties Mr. Teman has described and this case. In the event that a factual connection between these improprieties and this case emerges, the Court would of course reconsider this conclusion.

Although Mr. Teman is appearing *pro se* in this Court, the Court – to assure that Mr. Teman's overall legal interests in connection with this matter are attended to by his legal counsel – requests that Government counsel promptly furnish a copy of Mr. Teman's February 1, 2023 letter, and this order, to Mr. Teman's appellate counsel.

The Court wishes Mr. Teman well.

SO ORDERED.

*Paul A. Engelmayer*
—————————————
PAUL A. ENGELMAYER
United States District Judge

Dated: February 2, 2023
       New York, New York