UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| -v- | 19-CR-696 (PAE) |
| ARI TEMAN, | ORDER |
| Defendant. | |

PAUL A. ENGELMAYER, District Judge:

The Court has received a request from defendant Ari Teman to travel to Israel for three weeks, returning by May 10, 2023, in connection with his mother's upcoming surgery. Dkt. 342. The Court directs the Government to respond by Thursday, April 13, 2023; to include the views of the Pretrial Services Department in its response; and—on the premise that Pretrial Services will not oppose this request, subject to conditions—to provide the Court with a draft order, in editable Word form, authorizing such travel but setting forth the conditions that Pretrial Services proposes be set for such travel. Separately, the Court wishes Mr. Teman's mother well and a speedy recovery from the surgery.

SO ORDERED.

*Paul A. Engelmayer*
PAUL A. ENGELMAYER
United States District Judge

Dated: April 10, 2023
New York, New York