UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

-v-

ARI TEMAN,

Defendant.

19-CR-696 (PAE)

ORDER

---

PAUL A. ENGELMAYER, District Judge:

The Court yesterday directed the Government and the Pretrial Services Department to respond, by Thursday, April 13, 2023, to the application yesterday by defendant Ari Teman to travel to Israel for three weeks in connection with his mother's upcoming surgery. Dkt. 343. The Court this afternoon was notified by memorandum from the Pretrial Services Department that Mr. Teman was arrested on March 12, 2023 on misdemeanor charges of battery in Miami Beach, Florida; that Mr. Teman was released on a surety bond; and that a trial date has been set on that charge for June 12, 2023. Pretrial Services' memorandum inquires whether the Court wishes to conduct a bail review hearing.

The Court expects that, in their response to the Court's order of April 10, 2023, the Government and the Pretrial Service Department will address Mr. Teman's arrest and the case pending against him in Miami Beach, and whether, and if so how, it bears on Mr. Teman's pending travel request. The letter should address whether Mr. Teman's conditions of release in Miami Beach, Florida, impose any restrictions on his travel, and whether the authorities in Miami Beach, Florida, have been made aware of his international travel request in this case, and what their views are. The letter should also address why the Pretrial Services Department, which

states that it had been notified of Mr. Teman's arrest on March 14, 2023, *i.e.*, four weeks ago, did not notify the Court of this arrest before today, and why Pretrial Services is only now soliciting the Court's views as to whether to conduct a bail review hearing in light of Mr. Teman's arrest. In light of the additional information that the Court requires be included, the Court extends the due date of the response to Friday, April 14, 2023.

The Court authorizes Mr. Teman to file a reply to the Government's response. Mr. Teman's reply, if any, is due Monday, April 17. 2023. After reviewing the response by the Government and Pretrial Services, and Mr. Teman's reply, the Court will resolve Mr. Teman's request for travel authorization to Israel and will determine whether a bail review hearing is in order.

SO ORDERED.

                                                *Paul A. Engelmayer*
                                            PAUL A. ENGELMAYER
                                            United States District Judge

Dated: April 11, 2023
       New York, New York