UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

-v-

ARI TEMAN,

                 Defendant.

19-CR-696 (PAE)

ORDER

---

PAUL A. ENGELMAYER, District Judge:

     The Court late yesterday was emailed two items potentially relevant to defendant Ari Teman's application for leave to travel to Israel in connection with his mother's upcoming surgery. The first consists of the police report associated with Mr. Teman's March 12, 2023, arrest in Miami Beach, which was emailed to the Court by the pretrial services officer. The second consists of various filings and other materials associated with that arrest, which were emailed to the Court by Mr. Teman. On the premise that some information in these materials may be intended to be kept confidential, the Court, for the time being, is filing these materials, in their entirety, under seal. The Court directs the parties, within 48 hours of the resolution of Mr. Teman's motion for leave to travel, to identify any aspects of these materials that should be redacted prior to their public filing.

     SO ORDERED.

                                                    *Paul A. Engelmayer*
                                            PAUL A. ENGELMAYER
                                            United States District Judge

Dated: April 14, 2023
        New York, New York