UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA, | **ORDER** |
| v. | S2 19 Cr. 696 (PAE) |
| ARI TEMAN, | |
| Defendant. | |

WHEREAS, defendant Ari Teman has moved to modify the conditions of his pretrial release to permit him to travel to Israel for approximately three weeks, *see* Dkt. No. 342;

IT IS HEREBY ORDERED that defendant's bail conditions, *see* Dkt. Nos. 283, 294, be modified to permit him to travel to Israel one time subject to the following conditions:

    A.    The defendant is permitted to temporarily obtain his travel documents for purposes of traveling to Israel for a one-time trip no longer than three weeks;

    B.    At least fourteen days prior to travel, the defendant must provide his Pretrial Services Officer with a completed Probation Office Travel Request Form and travel itinerary, including documentation of dates and mode of travel and documentation regarding the location(s) where he will reside;

    C.    On the days of his departure and return, contact his Pretrial Services Officer to check-in; and

    D.    The defendant must surrender his passport to his local Pretrial Services office no later than 48 hours after returning to the United States.

Dated: New York, New York
       April __, 2023

_____
THE HONORABLE PAUL A. ENGELMAYER
UNITED STATES DISTRICT COURT

2