# SHER TREMONTE LLP

July 29, 2020

**BY EMAIL**
Ari Teman

      Re:    **Engagement Agreement**

Dear Mr. Teman:

    We are pleased you have chosen Sher Tremonte LLP (the "Firm") to represent you in connection with *United States v. Teman,* 19 Cr. 696, pending in the Southern District of New York (the "Matter"). This letter confirms our mutual understanding as to the terms of this engagement.

*Scope of the Firm's Representation*

    The Firm is acting as counsel to you in connection with exploring the possibility of additional post-trial motions in the district court following your conviction in the Matter. The Firm will review the record of the proceedings and conduct legal research in order to determine what additional motions or correspondence, if any, are advisable. The Firm is not being engaged for any other purpose. We are not aware of any other representation that would preclude the Firm from undertaking this engagement or adversely affect the Firm's ability to complete it.

*Duties*

    It is the Firm's duty to represent you in this matter both competently and diligently. The Firm will keep you reasonably informed of the status of the matter and consult with you when appropriate. In order for the Firm to represent you effectively, it is important for you to understand and agree that you have an affirmative duty to assist and to cooperate with the Firm as fully as possible during this engagement. The Firm will rely on the completeness and accuracy of the information you give to us.

**Note: Defendant is only including page one of the Sher Tremonte engagement because additional pages include bank account / wiring information.**