

Ari Teman <ari@teman.com>

## Fwd: How do we resolve this intercom situation?
1 message

**shelly pecot** <shelly.pecot@gmail.com>   Thu, Aug 19, 2021 at 2:49 PM
To: Ari Teman <ari@teman.com>

---------- Forwarded message ---------
From: **margaret** <margaret@dogbarksound.com>
Date: Mon, Dec 3, 2018 at 11:44 AM
Subject: Re: How do we resolve this intercom situation?
To: Jackie Monzon <jackie@crystalrmi.com>
Cc: Tracey Tooker <traceytooker@icloud.com>, Bonnie Soon-Osberger <bsoon-osberger@metisource.com>, shp83@hotmail.com <shp83@hotmail.com>, Shelley Pecot <shelly.pecot@gmail.com>, dick <rwien@cbs.com>, robi.buldini@gmail.com <robi.buldini@gmail.com>, Caroline Cabrera <caroline@crystalrmi.com>, Gina Hom <Gina@crystalrmi.com>

By 'the board' so you mean Bonnie and Stephanie? I'm a board member and I have no idea where things stand with the intercom.

**The last communications from Ari Teman:**

10/5  An e-mail from Ari stated that there was a 10 year contract and he would put a lien on the building.

10/22  The next e-mail from Ari stating that it would cost $18,000 to disable the device and $10,000 in collections if he wasn't paid in full.

**The last communication from Bonnie.**

10/22  An e-mail to Ari stating that he would hear from our attorney that week

And that's the only information the shareholders have. Are we involved in a lawsuit? Are we working on getting another intercom? Is there some reason the shareholders can't have this information?

Thank you,

Margaret


On Dec 3, 2018, at 10:16 AM, Jackie Monzon wrote:

> The Board is working on this.
>
> Jackie Monzon
> President
> 1441 Broadway, Suite 5047
> New York, NY 10018
> 646 569-5574
>
>
> Jackie@crystalrmi.com
> www.crystalrmi.com
>
> NOTICE: The information contained in this message may be privileged, confidential and protected from disclosure. If the reader of this message is not the intended recipient, or an employee or agent responsible for delivering this message to the intended recipient, you are hereby notified that any dissemination,

distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by reply email and delete this message from your computer. Thank you for your cooperation.

-----Original Message-----
From: Margaret <margaret@dogbarksound.com>
Sent: Saturday, December 1, 2018 12:25 PM
To: Tracey Tooker <traceytooker@icloud.com>
Cc: Bonnie Soon-Osberger <bsoon-osberger@metisource.com>; shp83@hotmail.com; Shelley Pecot <shelly.pecot@gmail.com>; dick <rwien@CBS.com>; robi.buldini@gmail.com; Jackie Monzon <jackie@crystalrmi.com>; Caroline Cabrera <caroline@crystalrmi.com>; Gina Hom <Gina@crystalrmi.com>
Subject: Re: How do we resolve this intercom situation?

I don't know. Anytime I ask Bonnie, Stephanie or management for update on what is being done to get a functioning intercom I get no answer.

Sent from my iPhone

> On Dec 1, 2018, at 12:08 PM, Tracey Tooker <traceytooker@icloud.com> wrote:
>
> Been going on for months?
>
> Tracey
>
> Sent from my iPhone