Ari Teman <ari@teman.com>

## Fwd: Who moved the intercom at 18 Mercer?
1 message

**shelly pecot** <shelly.pecot@gmail.com>                        Thu, Aug 19, 2021 at 4:34 PM
To: Ari Teman <ari@teman.com>

Ari, I have to send this to you because it is the right thing to do. Please don't make me sorry I did it. I wish you all the best. I appreciate very much that you explained and apologized for your prior actions.

Shelly
---------- Forwarded message ---------
From: **Margaret** <margaret@dogbarksound.com>
Date: Mon, Oct 22, 2018 at 11:40 AM
Subject: Re: Who moved the intercom at 18 Mercer?
To: Bonnie Soon-Osberger <bsoon-osberger@metisource.com>
Cc: Stephanie Phillip <shp83@hotmail.com>, bonnie soonosberger <bsoonosberger@gmail.com>, Mark Osberger <mark.axisfilms@gmail.com>, Angela Huang <ahuang30@gmail.com>, <traceytooker@hotmail.com>, <rwien@cbs.com>, Roberta Buldini <robi.buldini@gmail.com>, Cc: Jackie Monzon <jackie@crystalrmi.com>, Archie Davidson <inchfitness@aol.com>, <shelly.pecot@gmail.com>


We know who moved it. You told the men working on the lobby to move it. ( they told me) So I guess you're legally liable.

Sent from my iPhone

On Oct 22, 2018, at 1:14 PM, Bonnie Soon-Osberger <bsoon-osberger@metisource.com> wrote:

> All-
>
> Please discard any communication from Ari Teman.
>
> It is unfortunately that he has very bad reputation and it aligns with his behavior to make repreat legal threats
>
> <image004.jpg>

> **Law And More: Ari Teman - Is He Magnet For Trouble?**
> lawandmore.typepad.com/law_and_more/.../ari-teman-is-he-magnet-for-trouble.html
> Nov 11, 2014 - If the name Ari Teman sounds familiar, you might recall his bad experience ...
> Alcoholics Anonymous: Why No Major Class-Action Lawsuits, ...
> You visited this page on 9/6/18.
>
> **Comedian's Lawsuit Charges Fellow Standup With Harassment ...**
> https://www.indiaabroad.com/.../lawsuit.../article_9af0a024-8885-52f3-a497-78d5b10... 
> Aug 18, 2018 - Comedian's Lawsuit Charges Fellow Standup With Harassment ... has filed a lawsuit in Manhattan Supreme Court, charging that Ari Teman has ...
>
> **Ripoff Report | Ari Teman, Teman Complaint Review New York , New ...**
> https://www.ripoffreport.com/.../ari-teman-teman/.../ari-teman-teman-ari-teman-an-te...
> Aug 20, 2017 - Ari Teman, Teman Ari Teman, Ari Teman, Ari Teman, Teman, Landlord Spy Liar, Fraud, Scham Artist, Con Artist, Renter, Subletter, Party Boy....
> You visited this page on 9/6/18.
>
> **Airbnb orgy victim says he's 'blacklisted' from NYC apartments - NY ...**
> www.nydailynews.com/.../airbnb-orgy-victim-homeless-blacklisted-leasing-article-1.2...
> May 29, 2015 - Comedian Ari Teman rented his New York Apartment on Airbnb only to ... like hundreds of thousands named in New York housing court cases.
> Missing: lawsuits | Must include: lawsuits
> You visited this page on 9/6/18.
>
> **Ari Teman on Twitter: "Can a penis file #lawsuit for neglect and breach ...**
> https://twitter.com/ariteman/status/197109760611450881
> Apr 30, 2012 - NYC, TLV, ariteman.com. Joined September 2008..... Can a penis file #lawsuit for neglect and breach of implied contract after 4 mos of dating?

We will take up with our attorney at this point for his advice for laws under consumer protection as his intercom panel is defective.

I believe anyone has direct contact with him before or moving without going through our management will have legal liability or sequence.

Thanks,

Bonnie