UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               -v-<br><br>ARI TEMAN,<br><br>                              Defendant. | 19-CR-696 (PAE)<br><br>ORDER |

PAUL A. ENGELMAYER, District Judge:

The Court has received a submission from defendant Ari Teman. *See* Dkt. 352. Insofar as the submission attaches a financial affidavit, the Court will promptly arrange for the appointment of counsel for the limited purpose of representing Mr. Teman at the upcoming bail review hearing. Mr. Teman will be required at that hearing to attest under oath to the accuracy of that affidavit.

Insofar as Mr. Teman requests that he be permitted to attend the bail review hearing remotely, the application is **DENIED**. In light of the importance of the hearing and Mr. Teman's central role in it, and in the light of the substantial questions the Court expects to pose to all participants including Mr. Teman relating to bail conditions and his request to travel abroad, and in light of Mr. Teman's likely need to confer repeatedly with his counsel during the hearing, it is not viable for him to participate remotely.

Insofar as Mr. Teman states that the April 20 hearing date is inconvenient for him in light of a separate court obligation has on April 19, the Court is prepared to adjourn the bail review hearing until 9:00 a.m. on Friday, April 21, or 9:00 a.m. on Monday, April 24. The Court asks Mr. Teman to promptly respond as to his preference among these alternatives and the existing

conference time. For avoidance of doubt, the conference remains scheduled for 9:00 a.m. on Thursday, April 20.

The Clerk of Court is requested to terminate the motion at Dkt. No. 352.

SO ORDERED.

                                     *Paul A. Engelmayer*
                                     PAUL A. ENGELMAYER
                                     United States District Judge

Dated: April 17, 2023
       New York, New York