UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

-v-

ARI TEMAN,

Defendant.

19-CR-696 (PAE)

ORDER

---

PAUL A. ENGELMAYER, District Judge:

The Court, having reviewed defendant Ari Teman's financial affidavit (Dkt. No. 352-1), appoints Karloff Commissiong, Esq., the duty attorney from the District's Criminal Justice Act panel, as counsel for Mr. Teman, for the limited purpose of representing him in preparation for, and at, the upcoming bond review hearing.

The Court has also reviewed Mr. Teman's request for adjournment of the hearing, which the Court had scheduled for Thursday, April 20, 2023. The Court adjourns the hearing until **Monday, April 24, 2023** at **9:00 a.m.**, a time which Mr. Teman selected among the options offered by the Court. The hearing will be held in **Courtroom 1305** of the Thurgood Marshall Courthouse, 40 Foley Square, New York, NY.

SO ORDERED.

*Paul A. Engelmayer*
PAUL A. ENGELMAYER
United States District Judge

Dated: April 18, 2023
　　　　New York, New York