B"H

# Ari B. Teman

Thu, 20 April 2023
29th of Nisan, 5783

The Honorable Paul Engelmayer
District Judge
Southern District of New York
40 Foley Square,
New York, NY

**Re: Bond Hearing, trip to visit my mother before her surgery**

Your Honor,

Attached are:

1. Letters from bond signers Sce and Wolnerman, addressing the questions raised by Your Honor in his order.
2. A letter from my father regarding my trip to Israel and current financial situation.
3. A copy of Mr. Dan Maza's statement saying I did not touch anyone and was the victim of assault.
4. A copy of the motion to dismiss filed in Miami Dade Circuit Court.

The Motion to Dismiss I filed in County Court (Attached as an Exhibit) was responded to with a Motion to Strike by the city. That motion to strike was not granted by the court at a hearing Yesterday. Instead, a full hearing on the Motion to Dismiss will be heard on the 26th of this month. There are, as Your Honor can see, issues of due process violations including the tampering of Body Camera footage by the police.

Given that it is possible and likely the case in Florida will be dismissed, and that the Judge and Prosecutor there already agree that I may go to Israel and that I *am not a threat to the community or a flight risk*, and given the multiple statements supporting that I was the victim of crime and "did not touch anyone", I ask that the court reconsider the order to appear in New York on Monday and allow me to use those limited resources to visit my mother who is unable to travel to me due to illness.

With respect, multiple judged in the same District as Yoru Honor have upheld GateGuard's terms and subpages, and I am confident that the Second Circuit will, as well. I will return to the United States to enjoy that victory and celebrate it with friends and loved ones in May.

Please do not further delay my trip to see my mother. Please allow me to use my limited time and funds to see her before my appeal is heard.

Thank you,

Ari Teman

Defendant,

*4/20/2023*