Bina Wolnerman
2565 E14 St
Brooklyn, NY 11235

Apr. 20, 2023

The Honorable Paul A. Engelmayer
District Judge, Southern District of New York
40 Foley Square, New York, NY

Your Honor,

I am writing to reaffirm my status as a co-signer of Ari Teman's bond, which was doubled in September 2021. I am aware of and support Air's request for permission to visit his parents in Israel. I have known Ari all his life and am in contact with him.

I believe that I maintain influence on him and I am confident in Ari's good behavior.

I also believe that regarding his recent arrest in Miami, he has witnesses that he did not touch anyone in the complaint and was reacting to a chair being thrown, but in any case, I know him to be non-violent and responsible toward the courts. His friends, puppy, and companies are all in the United States. He also is very involved and helpful with his community in Miami.

Thank you for your consideration.

Bina Wolnerman

New York State
Kings county
4/20/2023
Notary : Weiming Chen

WEIMING CHEN
NOTARY PUBLIC, STATE OF NEW YORK
Registration No. 01CH6437585
Qualified in Kings County
Commission Expires 08-01-2026