# Michael Sce

To The Honorable Paul A. Engelmayer

Southern District of New York

40 Foley Square

New York, New York

April 20, 2023

Your Honor,

I understand that you would like to asses that the co-signers on Mr. Teman's bond continue to hold suasion over Mr. Teman so as to deter him from flight; that the amount of the bond is sufficient for that purpose; and that we are specifically aware of his upcoming travel and are prepared to reaffirm in writing our status as a co-signer in light of this travel and the present posture of this case.

I do so reaffirm.

I have known Ari since he was a child. I think it would be wonderful for him to be able to visit his parents, particularly since his mother has been ill and unable to travel to him for the past few years.

Thank you,

DocuSigned by:

*Michael Sce*   4/20/2023

98073A52E7C14A0...