## Statement of Dan Maza

Miami Beach, FL, 33139
(954) 232-9762

My name is Dan Maza. I am a resident of Miami Beach, and a regular customer at Cafe Umbria. I was there with my family on Sunday, March 12, 2023 and witnessed the incident between Ari Teman and the Crossfit runners.

At no point did Ari push or strike anyone.

Many of us have complained to the runners and the cafe that the Crossfit runners stampeding through a crowded cage is extremely dangerous. That Sunday, the runners had already almost ran over a child by our table.

First Ari stood up and pointed to the sidewalk which is right next to the cafe patio and asked the runners to run on the sidewalk. A number of patrons thanked him for doing this, including those at my table.

The runners returned for another lap. After a runner almost hit an older gentleman, Ari got up and moved two chairs around the corner to slow the runners. There was still space to walk or jog around the chairs. Ari shouted that they'd almost hit someone and to run on the sidewalk instead.

Instead, the runners ran directly into him, grabbed him and the chairs, and a man in a gray t-shirt pushed him out of the way forcefully.

I stood up and moved to see more clearly as they rounded the corner. I saw Ari run past the runners with his phone out, filming or taking photos of the runners.

I then saw a man in red shorts, no shirt, and with tattoos, charge into Ari just by the Pura Vida. It was a very forceful body slam. Another man held this individual back from further attacking Ari.

Ari held his phone up and recorded.

Ari did not touch anyone at any time.

Ari returned to the cafe, visibly hurting. Soon after, ambulances arrived, and police, and Ari was taken by an ambulance.

I have met Ari Teman while walking our dogs, because we are neighbors, but we have no personal or business relationship.


Thank you,

Signed: _____
       DocuSigned by: [signature]
       6D53F603F6314B7...
Dan Maza
March 12, 2023