The Honorable Paul A. Engelmayer

Southern District of New York

40 Foley Square

New York, NY

April 20, 2023

Your Honor,

I am Ari Teman's father and am writing to respectfully ask for your help in enabling Ari to visit us in Israel. My wife, Ari's mother, Suzan is ill, as I know Ari has informed the Court. She cannot travel to see Ari. It would be very meaningful to us if Ari could visit soon.

Your kind help would be very critical in two regards.

First, please give Ari permission to travel. I have confidence that Ari will communicate with the Court's officers and will return as communicated to Miami, where he has his friends, home, pet, and many good projects in the community. The bond already in place was doubled and I know the bond co-signers to be responsible people who have long been caring and involved friends of Ari.

Second, could you please consider allowing Ari to appear remotely for the bond hearing Monday. The cost of the travel and the overnight stay needed in a hotel is a financial burden. As you know, Ari is already greatly in debt, and we have worked to help at great expense with what we can afford. Ari also has to be back in Miami to prepare for the hearing on dismissing the case there, and the added travel and time would be disruptive in that preparation.

I would add that, while I understand the Court's conducting the bond hearing, we know Ari to be nonviolent and that there are several witnesses who have stated very clearly that Ari touched nobody related to the complaint, no person other than Ari had any injury, and he responded specifically after a chair was thrown. Nonetheless, Ari is cooperating with the court and the process as is appropriate.

Thank you for your kind assistance.

DocuSigned by:

*David Teman*

8CD193CCDE1A43D...

David Teman