UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

-v-

ARI TEMAN,

Defendant.

19-CR-696 (PAE)

ORDER

---

PAUL A. ENGELMAYER, District Judge:

The Court has received a letter from defendant Ari Teman which in substance asks the Court to reconsider its decision to hold an in-person bond hearing on Monday, April 24, 2023. Dkt. 356. The Court **DENIES** that motion. For the reasons stated in the Court's prior order, *see* Dkt. 353, an in-person bond hearing will serve important purposes. It will enable both the Court and Mr. Teman's counsel to meaningfully engage with him with respect to the issues presented by, *inter alia*, the criminal charges pending against Mr. Teman in Florida and Mr. Teman's request for leave to travel abroad. For avoidance of doubt, the Court does not require Mr. Teman's bond signatories to participate in the hearing. The Clerk of Court is requested to terminate the motion at Dkt. No. 356.

SO ORDERED.

PAUL A. ENGELMAYER
United States District Judge

Dated: April 21, 2023
       New York, New York