B"H

# Ari B. Teman

Fri, 23 April 2023
30th of Nisan, 5783
Rosh Chodesh Iyar

The Honorable Paul Engelmayer
District Judge
Southern District of New York
40 Foley Square,
New York, NY
**Re: Monday Hearing**

Your Honor,

The Defendant respectfully requests that the hearing, if possible, be moved to Monday afternoon, as the earliest flight in from Miami does not arrive until 9:46am. If possible to hold the hearing at noon or in the afternoon, that would save the defendant the cost of a hotel. As noted, the defendant's funds are severely limited and a hotel and a weekend flight will more than double the expense.

As well, to the extent that the Court is able and willing to give an assurance that it is not going to cage the Defendant that day, it would help reduce the tremendous stress this is causing to his parents and him, and also help plan care for his puppy and other items.

Given, the court has indicated it is not the intention of the court to Remand, and given the Court in Florida has stipulated to no jail and there is a pending Motion to Dismiss in Florida, an actual guarantee of such would help significantly reduce the current trauma caused to the defendant by this.

It does seem that it would be incredibly unjust to cage someone over accusations they have not yet been tried for, especially when there are multiple witnesses who have issued statements contradicting the police report, and the body camera footage also shows the police coaching their group of friends to lie and press charges before the Jewish guy does:

```
12:09
OFFICER RODRIGUES: You made it an issue today
RODRIGUES: But the law isn't fair and you know…
KATS:  I just don't want to be put into a position where I'm
going to be charged with something
RODRIGUES: I know. But unfortunately, and I mean, we're talking
on camera, but you know, it's like… I don't think it will turn
into… I mean I'm hoping right
KATS: Me either. But I'm afraid he's going to find something.
RODRIGUES: But he won't speak to us…. And that community…the
Jewish community. They have their own.
(Camera clip ends!)
```

```
13:03: RODRIGUES: It would help if she wanted to press
charges. You know what I'm saying?
KATS: We'll see what's going to happen
KATS: Isa, do you want to press charges?
SIBLESZ: "It will help you?" (Pointing to Katz) (13:16)
2nd MALE: Because he's [Teman is] going to [press charges].
KATS: "If something rolls around, you know…"
2nd Male: "You're the owner, you know our position… but we
have to protect him (pointing to Kats) because you know
Cafe Owner: Yeah, yeah, yeah, no, no, no.
2nd Male: "That's a lot of people not coming to the coffee
shop anymore."
REISGO: It doesn't show him [Ari] pushing… but the story… as
long as the story is consistent
```

The CrossFitters knew that they assaulted me, and that **I was going to press charges**, as they say above, and they asked their friend to press charges to "protect [Kats]".

Thus, for the mental health of my parents and me, I ask if the Court will be so willing to make such an assurance that the defendant will not be remanded on Monday.

Thank you,

Ari Teman