UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

-v-

ARI TEMAN,

Defendant.

19-CR-696 (PAE)

ORDER

PAUL A. ENGELMAYER, District Judge:

The Court has just received a request from defendant Ari Teman to reschedule Monday's conference from 9 a.m. until the afternoon. Dkt. 359. The Court cannot do so, given multiple other criminal conferences, and a potentially lengthy civil settlement conference, that are scheduled on Monday, and given the late nature of this request. The conference at 9 a.m. Monday was scheduled on Tuesday morning April 18, 2023, after Mr. Teman chose that conference date and time among alternatives offered by the Court, without expressing that a conference at that hour would present an inconvenience. See Dkts. 352, 354. Mr. Teman's letter at Dkt. 359 also seeks categorical assurance that he will not be remanded. The Court has already stated that, based on the facts presently known to it, the Court expects to deny the Government's motion for remand. See Dkt. 351 at 2–3. That statement remains accurate as of this order. The Court cannot provide any greater assurance.

SO ORDERED.

*[signature: Paul A. Engelmayer]*
PAUL A. ENGELMAYER
United States District Judge

Dated: April 21, 2023
      New York, New York