UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

v.

ARI TEMAN,

         Defendant.

ORDER

S2 19-CR-696 (PAE)

WHEREAS, defendant Ari Teman has moved to modify the conditions of his pretrial release to permit him to travel to Israel for approximately three weeks, *see* Dkt. No. 342;

IT IS HEREBY ORDERED that defendant's bail conditions, *see* Dkt. Nos. 283, 294, be modified to permit him to travel to Israel one time subject to the following conditions:

    A.    The defendant is permitted to temporarily obtain his travel documents for purposes of traveling to Israel for a one-time trip no longer than two weeks;

    B.    The amount of the defendant's personal recognizance bond is increased to $100,000, and Mr. Teman and his two co-signers are required to sign this bond before he undertakes such travel. The Court authorizes the cosigners to execute the bond remotely.

    C.    Prior to travel, the defendant must provide his Pretrial Services Officer with a completed Probation Office Travel Request Form and travel itinerary, including documentation of dates and mode of travel and documentation regarding the location(s) where he will reside;

    D.    On the days of his departure and return, contact his Pretrial Services Officer to check-in; and

    E.    The defendant must surrender his passport to his local Pretrial Services office no later than 48 hours after returning to the United States.

Dated: New York, New York
      April 24, 2023

                                              *Paul A. Engelmayer*
                                      THE HONORABLE PAUL A. ENGELMAYER
                                      UNITED STATES DISTRICT COURT