UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-v-

ARI TEMAN,

Defendant.

19-CR-696 (PAE)

ORDER

PAUL A. ENGELMAYER, District Judge:

The Court has received a letter from defendant Ari Teman, who is presently *pro se* in this Court, although represented through retained counsel in his pending appeal before the United States Court of Appeals for the Second Circuit. Mr. Teman seeks the appointment of counsel to assist him in post-trial motions before this Court. *See* Dkt. 364.

The Court denies this motion, but without prejudice to Mr. Teman's right, following the Second Circuit's resolution of his appeal and upon a showing at that time of indigence sufficient to support the appointment of counsel, to move for such appointment. Mr. Teman's motion does not identify any matters properly taken up in this Court while the appeal is pending.[1] The Circuit's resolution of the appeal is likely to bear on the matters before this Court, if any, as to which appointment of counsel may then be merited.

---

[1] On April 18, 2023, the Court appointed Karloff Commissiong, Esq., the duty counsel from the District's CJA panel, for the limited purpose of representing Mr. Teman at an upcoming bond review hearing addressing (1) Mr. Teman's application for leave to travel abroad to visit his ill mother and (2) the Government's motion for remand. Dkt. 354. The Court held that hearing, and made that appointment, mindful that bail and release issues are among the limited matters that remain within this Court's jurisdiction during a pending appeal. At the April 24, 2023 bond hearing, the Court resolved those issues, in Mr. Teman's favor. Dkt. 362.

SO ORDERED.

*Paul A. Engelmayer*
_____
PAUL A. ENGELMAYER
United States District Judge

Dated: June 5, 2023
      New York, New York