## ADAMS & COMMISSIONG LLP

### ATTORNEYS AT LAW

| | | |
|---|---|---|
| 90 Broad Street, 2ND Floor<br>New York, NY 10006<br>Tel: 212-430-6590<br>Fax: 212-981-3305 | | Martin E. Adams<br>Karloff C. Commissiong<br>Admitted to Practice in New York<br>www.amcmlaw.com |

June 24, 2023

**VIA E.C.F. AND ELECTRONIC MAIL**

Hon. Paul A Engelmayer
United States District Court Judge
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

Re: <u>United States v. Ari Teman,</u> 19 Cr. 696 (PAE) – Request for extension of time to provide a recommendation regarding designation

Dear Judge Engelmayer:

On June 15, 2023, Your Honor ordered counsel to provide a recommendation regarding Mr. Teman's designation, by June 23, 2023. I write to request a 2-week extension of time to provide the recommendation. Before providing an update to the Court, I would first like an opportunity to discuss with Mr. Teman any issues with respect to a designation, as well as all aspects of a possible motion pursuant to 28 U.S.C. §2255. Accordingly, I request a 2-week extension of time to provide the Court with a recommendation regarding Mr. Teman's designation. Finally, I apologize for not filing this request on June 23, 2023, in accordance with Your Honor's Order.


Respectfully Submitted,

*/s/ Karloff C. Commissiong*

Karloff C. Commissiong, Esq.


Cc:    A.U.S.A. Kedar Bhatia