# ADAMS & COMMISSIONG LLP

### ATTORNEYS AT LAW

90 BROAD STREET, 2ND FLOOR
NEW YORK, NY 10006
TEL: 212-430-6590
FAX: 212-981-3305

MARTIN E. ADAMS
KARLOFF C. COMMISSIONG
ADMITTED TO PRACTICE IN NEW YORK
WWW.AMCMLAW.COM

June 24, 2023

VIA E.C.F. AND ELECTRONIC MAIL

Hon. Paul A Engelmayer
United States District Court Judge
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

Re: <u>United States v. Ari Teman,</u> 19 Cr. 696 (PAE) – Request for extension of time to provide a recommendation regarding designation

Dear Judge Engelmayer:

On June 15, 2023, Your Honor ordered counsel to provide a recommendation regarding Mr. Teman's designation, by June 23, 2023. I write to request a 2-week extension of time to provide the recommendation. Before providing an update to the Court, I would first like an opportunity to discuss with Mr. Teman any issues with respect to a designation, as well as all aspects of a possible motion pursuant to 28 U.S.C. §2255. Accordingly, I request a 2-week extension of time to provide the Court with a recommendation regarding Mr. Teman's designation. Finally, I apologize for not filing this request on June 23, 2023, in accordance with Your Honor's Order.

Respectfully Submitted,

Karloff C. Commissiong, Esq.

Cc: A.U.S.A. Kedar Bhatia

**GRANTED.** The deadline to identify a designated BOP facility is extended until July 7, 2023. This deadline will not be further extended. The Clerk of Court is requested to terminate the motion at Dkt. No. 368.

SO ORDERED.                                6/26/2023

_____
PAUL A. ENGELMAYER
United States District Judge