# ADAMS & COMMISSIONG LLP

### ATTORNEYS AT LAW

| | |
|---|---|
| 90 Broad Street, 2ND Floor<br>New York, NY 10006<br>Tel: 212-430-6590<br>Fax: 212-981-3305 | Martin E. Adams<br>Karloff C. Commissiong<br>Admitted to Practice in New York<br>www.amcmlaw.com |

June 27, 2023

**VIA E.C.F. AND ELECTRONIC MAIL**

Hon. Paul A Engelmayer
United States District Court Judge
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

Re: <u>United States v. Ari Teman,</u> 19 Cr. 696 (PAE) – Scheduled Meeting with Mr. Teman

Dear Judge Engelmayer:

Pursuant to Your Honor's Order dated June 26, 2023, I have scheduled a meeting for June 28, 2023, with Mr. Teman, via Zoom.

Respectfully Submitted,

Karloff C. Commissiong, Esq.

Cc:   A.U.S.A. Kedar Bhatia