UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

-v-

ARI TEMAN,

Defendant.

19-CR-696 (PAE)

ORDER

---

PAUL A. ENGELMAYER, District Judge:

This Order responds to the defense's letter of July 6, 2023, addressing (1) defendant Ari Teman's designation within the Bureau of Prisons ("BOP") and (2) a surrender date. Dkt. 373.

1. The Court – granting the defense's request – recommends to the BOP that Mr. Teman be designated to serve his prison sentence at the Federal Prison Camp in Miami, Florida. The Court will include this recommendation in an Amended Judgment, which the Court will issue after it sets a surrender date. The Court instructs the United States Attorney's Office and the United States Probation Department to convey this recommendation promptly to the BOP. The BOP is to make a facility designation on the premise that Mr. Teman's surrender date will be in September 2023.

2. The defense proposes to submit its anticipated motion pursuant to 28 U.S.C. § 2255 by September 21, 2023. It asks the Court to set a surrender date that is after September 21, 2023, to assure that Mr. Teman is accessible to newly appointed defense counsel during the preparation of that motion. The Court directs the Government to address whether it objects to the setting of a surrender date that is shortly after September 21, 2023. The Government's letter is due Monday, July 17, 2023.

SO ORDERED.

_____
PAUL A. ENGELMAYER
United States District Judge

Dated: July 11, 2023
      New York, New York