# ADAMS & COMMISSIONG LLP

### ATTORNEYS AT LAW

90 Broad Street, 2ND Floor          MARTIN E. ADAMS
New York, NY 10006                  KARLOFF C. COMMISSIONG
Tel: 212-430-6590                   ADMITTED TO PRACTICE IN NEW YORK
Fax: 212-981-3305                   www.amcmlaw.com

July 7, 2023

**VIA E.C.F. AND ELECTRONIC MAIL**

Hon. Paul A Engelmayer
United States District Court Judge
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

Re: <u>United States v. Ari Teman,</u> 19 Cr. 696 (PAE) – Supplemental letter regarding extension of time to surrender

Dear Judge Engelmayer:

I write to supplement the defense letter dated July 7, 2023. In that letter, counsel requested in part that the Court extend Mr. Teman's time to surrender to a date after September 21, 2023. We would ask that, if the Court were to impose a date after September 21, 2023, the Court consider setting a date during the week of October 8, 2023. A date during the week of October 8, 2023, takes into consideration a number of Jewish Holidays during Fall 2023, beginning with Rosh Hashanah on September 15, 2023, and ending with Shemini Atzeret and Simchat Torah on October 8, 2023. Mr. Teman observes the Holidays during this period, and we ask that the Court be mindful of this in setting a date of surrender.

Respectfully Submitted,

*/s/ Karloff C. Commissiong*

Karloff C. Commissiong, Esq.

Cc:   A.U.S.A. Kedar Bhatia