UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

-v-

ARI TEMAN,

                Defendant.

19-CR-696 (PAE)

<u>ORDER</u>

---

PAUL A. ENGELMAYER, District Judge:

The Court has received the parties' letters with respect to the surrender date of defendant Ari Teman. *See* Dkts. 373, 375, and 376. The Court sets a surrender date for Mr. Teman of **October 10, 2023**. This date – which reflects solicitude both for the schedule to which defense counsel Karloff Commissiong, Esq., has committed for briefing an anticipated 28 U.S.C. § 2255 motion and for Mr. Teman's religious observances – will not be further extended.

Mr. Teman is ordered to surrender by 2:00 p.m. on October 10, 2023 either to the facility designated by the Bureau of Prisons ("BOP"), or, if no designation has by then been made, to the United States Marshal for this Southern District of Florida, located at 400 N Miami Ave # 6, Miami, FL 33128. The Court advises Mr. Teman that failure to timely surrender will expose him to potential prosecution for additional offense(s). The Court directs Mr. Commissiong to furnish a copy of this order to Mr. Teman and to confirm, via letter filed on the docket of this case, that Mr. Teman has reviewed it.

An Amended Judgment containing the surrender date and the Court's recommendation as to a BOP facility, *see* Dkt. 374, will issue shortly. Government counsel and the United States

Probation Department are instructed to furnish the Amended Judgment forthwith to the BOP with instructions to promptly designate the facility in which Mr. Teman is to serve his sentence.

SO ORDERED.

*Paul A. Engelmayer*

PAUL A. ENGELMAYER
United States District Judge

Dated: July 18, 2023
New York, New York