## ADAMS & COMMISSIONG LLP

ATTORNEYS AT LAW

| | | |
|---|---|---|
| 90 BROAD STREET, 2ND FLOOR<br>NEW YORK, NY 10006<br>TEL: 212-430-6590<br>FAX: 212-981-3305 | | MARTIN E. ADAMS<br>KARLOFF C. COMMISSIONG<br>ADMITTED TO PRACTICE IN NEW YORK<br>WWW.AMCMLAW.COM |

July 21, 2023

**VIA E.C.F. AND ELECTRONIC MAIL**

Hon. Paul A Engelmayer
United States District Court Judge
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

Re: <u>United States v. Ari Teman,</u> 19 Cr. 696 (PAE) –The Court's July 18, 2023, Order and Amended Judgment

Dear Judge Engelmayer:

Pursuant to Your Honor's Order dated July 18, 2023, I write to confirm: 1) a copy of the Court's July 18, 2023, Order has been forwarded via electronic mail to Mr. Teman, and 2) Mr. Teman has received and reviewed the Court's July 18, 2023, Order.

Respectfully Submitted,

*[signature]*

Karloff C. Commissiong, Esq.

Cc:    A.U.S.A. Kedar Bhatia