

407 Lincoln Road, Suite 10F | Miami Beach, FL 33139
Tel: 305-672-1104 | Fax: 305-672-1385 | www.allypsy.com
**PRIVILEGED AND CONFIDENTIAL**

June 23, 2020

To Whom it May Concern:

This letter serves to confirm that I provided out-patient individual psychotherapy to Ari Teman for symptoms relating to depression and posttraumatic stress disorder (PTSD). My first session with Mr. Teman was held on August 02, 2019. Based on my diagnostic interview with Mr. Teman and supplemental diagnostic inventories I rendered a diagnosis of Major Depressive Disorder –Moderate, Recurrent. With a secondary diagnosis of Posttraumatic Stress Disorder by client history.

      Based on information obtained by the client's self-report he indicated that he was experiencing "emotional turmoil describing that he felt Stuck, depressed, was experiencing recurrent nightmares and night terrors related to his past psychiatric institutionalization by Dr. Braverman at Silverhill." Moreover, he described in detail his severe problems with focus, memory and concentration and stated that he had a hard time running his business as he was constantly sleep deprived. Furthermore, Mr. Teman reported he had suffered from chronic tension headaches as well as sleep apnea and this combined with his sleep deprivation resulted in his gaining of ten pounds.

      Mr. Teman and I met regularly for 11 sessions, with our last session being held on December 16, 2019. He was cooperative during our therapeutic interaction, Cognitive Behavioral and Mindfulness therapeutic approaches were utilized. Childhood antecedents to his pathology were explored. We frequently discussed his PTSD symptoms and explored strategies for symptom reduction. Additionally, we attempted to improve his depressive symptoms through cognitive reframing, behavioral activation, physical exercise, and mindfulness strategies. His progress was ongoing and his prognosis was guarded at the time of termination. Mr. Teman displayed mild symptom reduction and demonstrated some improvement from baseline at intake. As I recommended, Mr. Teman could benefit from continued therapy in the service of maintaining the gains he had attained and continuing to work through the PTSD and depressive symptoms that he regularly experienced. It was a pleasure to work with Mr. Teman. Should you have any additional questions regarding Mr. Teman's treatment I am happy to discuss this with you. You can reach me by telephone at 786-250-2221.

Sincerely,

*[signature]* Psy.D.

Nicholas R. Scheidt, Psy.D, AADP, NRHSP.
Licensed Psychologist
FL Lic. # 9072
FL Qualified Supervisor MHC