Your Honor:

My name is Rafael Villeta DNI: 02880110G. First I want to thank you for taking this moment to read my testimony. I am writing to you as Ari Teman's therapist. I will try to be brief so as not to abuse your attention and will stick to the facts that strictly concern my relationship with Ari.

For the past 5 months I have been helping Ari manage his health. The case you are leading, in which he is a suspect, is causing a high level of uncertainty in his life.

After his 19 months of forced isolation and severe illness, Ari's ability to regulate his psycho-emotional system was severely compromised. At no point has he ever lost touch with reality, but depression and anxiety have been his companions during these months.

Ari is an energetic and sometimes emotional man. His strong sense of justice drives him. Ari is guided by a strong commitment to what is right, motivated by his compassion and his sense of community. From my perspective it is not a significant threat to the physical or emotional integrity of others.

Over the last few months we have been managing his intense feelings of helplessness and injustice. At this point Ari has become more aware of the mistakes he has made in the past, he is more positively connected to his inner self, his childhood memories, and is less reactive to situations that he considers unjust. His emotions are more regulated.

In order to keep moving in this direction, Ari needs to keep fulfilling his life purposes, both with himself and with the community, with his business, with his work as a comedian, with his family and with his friends.

If the resolution of this case leads Ari to a penitentiary, it would mean for Ari a strong disconnection with his life mission, his family, friends, and creative work, and I fear it would negatively affect the life process he needs for himself and to be a productive member of his community.

Further incarceration on top of the already 19 months of forced isolation, 6 months of which were spent fighting severe illness, thousands of miles from his family and his partner, would

cause severe emotional harm, undoing the healing from this trauma. In some circumstances Ari has serious problems falling asleep, in my opinion and knowing his personality, these episodes can be aggravated in the event that he is incarcerated.

I would also like to bring to your honor's attention an email Ari shared with me between himself and his trial attorney dated December 25, 2019, in which he discussed severe sleep deprivation. I've also had access to some notes from shortly before the trial in which Ari talks about suicide. After examining these factors and from my experience in similar cases, I do not believe that Ari could have cooperated with, understood, or helped his attorney. Under such conditions, I don't think he had sufficient cognitive and memory capacity to face the trial sessions effectively.

Socially Ari's nature is very expansive and can be very constructive. He is an entrepreneurial person, as he demonstrates in running his business, and offering joy and entertainment as a comedian. In my opinion his rehabilitation requires him fully participating as a member of society, and being useful to his community, which needs his initiatives, his creativity and his leadership.

My commitment to him is one weekly therapy session, so far he has given us good results and I hope that this rhythm will not be altered. I ask that you allow him to remain home so he can continue sessions. I have reviewed the suicide notes Ari drafted shortly before trial I reviewed the suicide notes that Ari drafted shortly before the trial, he is now more stable and confident, I would like his current situation not to change too much so that he can continue in the same direction.

Ari is a good person who continues to put in extreme effort to improve and be a better, kinder, calmer son, friend, and community member. I beg your honor to consider some of these factors in your decision. This valuable and committed man wishes to be happy and continue to offer his gifts, so I would like to kindly ask you to allow Ari to freely continue his growth and contributions as a fully-fledged citizen..

Thank you for your time and your listening.


Sincerely,
Rafael Villeta