

# Mount Sinai Medical Center

AFTER VISIT SUMMARY ACKNOWLEDGEMENT

## *Ari Baruch Teman*
*Date of Birth: 5/10/1982    MRN: 3212167    CSN: 5007093234*
**Date of Admission: 12/11/2019**

**Discharge:**  I acknowledge that I have reviewed, understand, and received a copy of my After Visit Summary. I agree that all my belongings listed in the After Visit Summary have been accounted for and that I now resume responsibility for all items listed.

**\*Call 911 for Any of the Symptoms Listed Below\***
- You have difficulty breathing
- There is a change in mental status such as decreased alertness or difficulty with concentration
- You have a pain or discomfort in your chest
- You have an episode of fainting (syncope)

**If you have an emergency, always CALL 911**

Patient/Significant Other Signature_____   Date_____ Time ___

Translator Name_____   Date_____ Time _____

Nurse Signature_____   Date_____ Time _____

2nd Nurse Signature_____   Date_____ Time _____

Other Disciplines_____   Date_____ Time _____

*For Copies of Medical Records, please contact the Health Information Management department at 305-674-2325. Hours of operations are Monday – Friday 8:30 am – 4:30 pm.*



# AFTER VISIT SUMMARY

**Ari B. Teman**  DoB: 5/10/1982     📅 12/11/2019   📍 MSMC MAIN Emergency 305-674-2200

## Instructions

 **Your medications have changed**
➡️ **START taking:**
  **zaleplon (SONATA)**
**Review your updated medication list below.**

 **Read the attached information**
NARCOLEPSY (ENGLISH)

 **Ask your doctor where to pick up these medications**
• zaleplon 10 mg capsule

 **Schedule an appointment with Forster,Andrew J, MD as soon as possible for a visit in 2 days** (around 12/13/2019)
Specialty: Internal Medicine
Contact: 1691 MICHIGAN AVENUE STE
         STE 500
         Miami Beach FL 33139
         786-595-8220

 **Follow up with Dr. Kleidomocker**
Contact: Please continue with scheduled ENT appointment tomorrow

## Today's Visit

**Reason for Visit**
Insomnia

**Diagnosis**
Difficulty sleeping

### Your End of Visit Vitals

 Blood Pressure
118/83

 Temperature (Temporal)
99.4 °F

Pulse
71

 Respiration
19

Oxygen Saturation
95%

## What's Next
You currently have no upcoming appointments scheduled.

## You are allergic to the following

Accurate as of: Dec 11, 2019  6:30 PM

| Allergen |
|---|
| Amoxicillin |

## MyChart Sign-Up

Send messages to your doctor, view your test results, renew your prescriptions, schedule appointments, and more.

Go to **https://mychart.msmc.com/MyChart/**, click "Sign Up Now", and enter your personal activation code: **Q55FH-6SG4M**. Activation code expires 3/10/2020.

## Your Medication List

| | |
|---|---|
| **tiZANidine** 2 mg tablet<br>Commonly known as: ZANAFLEX | Take 2 mg by mouth every 6 hours as needed. |



| | |
|---|---|
| **zaleplon** 10 mg capsule<br>Commonly known as: SONATA | Take 1 capsule by mouth nightly for 3 days. |

START

## Patient PCP Information

| Provider | PCP Type |
|---|---|
| Forster,Andrew J, MD | General |

If you do not have a current Primary Care Physician, please call 305-674-2273 for assistance in setting up your follow-up appointment with a Mount Sinai Physician.

## You were seen by

1. Ramin A Vejdani, DO
2. Kevin Sigler, MD

If you have worsening symptoms please call your physician or call 911

### *Call 911 for Any of the Symptoms Listed Below*
- You have difficulty breathing
- There is a change in mental status such as decreased alertness or difficulty with concentration
- You have a pain or discomfort in your chest
- You have an episode of fainting (syncope)

**If you have an emergency, always CALL 911**

## Medical Records

For Copies of Medical Records, please contact the Health Information management department at 305-674-2325. Hours of operations are Monday - Friday 8:30 am - 4:30 pm.

**Suicidal Feelings:  How to Help Yourself**
- Call one of the below service's/hotlines
- Contact your primary healthcare provider
- Go to the nearest healthcare facility
- Call 911

**Jewish Community Services Switchboard Helpline**
(305) 358-HELP (4357)
Offers specially trained counselors who are available 24 hours a day, 7 days a week (English, Spanish & Creole)

**National Suicide Prevention Hotline**
800 273-TALK (8255)
888 628-9454 (Spanish)

**National Alliance on Mental Illness (NAMI)**
(305) 665-2540
1-800-950-NAMI (6264)
Headquarters in Virginia
www.nami.org

# MyChart Instructions

### Ari Baruch Teman
**Your MyChart Activation Code: Q55FH-6SG4M**
**Expires: 3/10/2020  6:01 PM**

Mount Sinai Medical Center is pleased to offer MyChart, an Internet-based service that enables you to access certain personal medical information online. MyChart is not a complete copy of your legal medical record. It is a voluntary service offered free of charge as a convenience to patients age 18 and older who currently are under the care of a Mount Sinai physician or have been discharged from the hospital.

## It's Easy to Sign Up

1. Using your Internet browser, go to
   **https://MyChart.msmc.com**
2. Click the blue button that reads, "**Sign Up Now**".
3. Enter your MyChart activation code exactly as it appears at the top of this instruction Sheet, below your name. This code is for the initial sign-up process only. If you do not sign up before the expiration date listed, you will need to request a new code.
4. Once you enter your activation code, the system will prompt you through the rest of the sign-up process.

## Viewing Your Test Results

To view your test results, click the '**Health**' tab on the top of your screen, then click '**Test Results**'.

Test results are generally available within 1-3 calendar days after they have been resulted, with the exception of the following:
- Pathology test results are generally available within 7 calendar days.
- Tests of a very sensitive nature are not Available in MyChart.
- X-rays and other forms of diagnostic images are not available in MyChart.

# MyChart Instructions (continued)

**Communicate with certain Mount Sinai physicians and staff**

Use the MyChart online messaging features to reduce the wait associated with time-consuming telephone calls.

You can also **Schedule** or **Request** your next appointment.

**For More Information**

MyChart offers the following options for contacting customer service:
- Send a customer service message through the My Account menu within your MyChart account.
- Send an email to MyChartSupport@msmc.com (please include your contact information).
- Call 305.674.2545, Monday through Friday, between 8 am and 5 pm, and listen for the MyChart prompt.

Please allow sufficient time for your test results to be available in MyChart before contacting customer service.

**Remember, MyChart is NOT for emergency or urgent healthcare needs. For emergency medical services, please dial 911.**

Attached Information                                           NARCOLEPSY (ENGLISH)

## Narcolepsy

Narcolepsy is a nervous system disorder that causes daytime sleepiness and sudden bouts of irresistible sleep during the day (*sleep attacks*). Many people with narcolepsy live with extreme daytime sleepiness for many years before being diagnosed and treated. Narcolepsy is a lifelong (*chronic*) disorder.

You normally go through cycles when you sleep. When your sleep becomes deeper, you have less body movement, and you start dreaming. This type of deep sleep should happen after about 90 minutes of lighter sleep. Deep sleep is called rapid eye movement (REM) sleep. When you have narcolepsy, REM is not well regulated. It can happen as soon as you fall asleep, and components of REM sleep can occur during the day when you are awake. Uncontrolled REM sleep causes symptoms of narcolepsy.

## CAUSES

Narcolepsy may be caused by an abnormality with a chemical messenger (*neurotransmitter*) in your brain that controls your sleep and wake cycles. Most people with narcolepsy have low levels of the neurotransmitter hypocretin. Hypocretin is important for controlling wakefulness.

A hypocretin imbalance may be caused by abnormal genes that are passed down through families. It may also develop if the body's defense system (*immune system*) mistakenly attacks the brain cells that produce hypocretin (*autoimmune disease*).

## RISK FACTORS

You may be at higher risk for narcolepsy if you have a family history of the disease. Other risk factors that may contribute include:

- Injuries, tumors, or infections in the areas of the brain that control sleep.
- Exposure to toxins.
- Stress.
- Hormones produced during puberty and menopause.
- Poor sleep habits.

## SIGNS AND SYMPTOMS

Symptoms of narcolepsy can start at any age but usually begin when people are between the ages of 7 and 25 years. There are four major symptoms. Not everyone with narcolepsy will have all four.

- Excessive daytime sleepiness. This is the most common symptom and is usually the first symptom you will notice.
    - You may feel as if you are in a mental fog.
    - Daytime sleepiness may severely affect your performance at work or school.
    - You may fall asleep during a conversation or while eating dinner.
- Sudden loss of muscle tone (*cataplexy*). You do not lose consciousness, but you may suddenly lose muscle control. When this occurs, your speech may become slurred, or your knees may buckle. This symptom is usually triggered by surprise, anger, or laughter.
- Sleep paralysis. You may lose the ability to speak or move just as you start to fall asleep or wake up. You will be aware of the paralysis. It usually lasts for just a few seconds or minutes.
- Vivid hallucinations. These may occur with sleep paralysis. The hallucinations are like having bizarre or frightening dreams while you are still awake.

Other symptoms may include:

- Trouble staying asleep at night (*insomnia*).
- Restless sleep.

- Feeling a strong urge to get up at night to smoke or eat.

## DIAGNOSIS

Your health care provider can diagnose narcolepsy based on your symptoms and the results of two diagnostic tests. You may also be asked to keep a sleep diary for several weeks. You may need the tests if you have had daytime sleepiness for at least 3 months. The two tests are:

- A polysomnogram to find out how well your REM sleep is regulated at night. This test is an overnight sleep study. It measures your heart rate, breathing, movement, and brain waves.
- A multiple sleep latency test (MSLT) to find out how well your REM sleep is regulated during the day. This is a daytime sleep study. You may need to take several naps during the day. This test also measures your heart rate, breathing, movement, and brain waves.

## TREATMENT

There is no cure for narcolepsy, but treatment can be very effective in helping manage the condition. Treatment may include:

- Lifestyle and sleeping strategies to help cope with the condition.
- Medicines. These may include:
  - Stimulant medicines to fight daytime sleepiness.
  - Antidepressant medicines to treat cataplexy.
  - Sodium oxybate. This is a strong sedative that you take at night. It can help daytime sleepiness and cataplexy.

## HOME CARE INSTRUCTIONS

- Take all medicines as directed by your health care provider.
- Follow these sleep practices:
  - Try to get about 8 hours of sleep every night.
  - Go to sleep and get up close to the same time every day.
  - Keep your bedroom dark, quiet, and comfortable.
- Schedule short naps for when you feel sleepiest during the day. Tell your employer or teachers that you have narcolepsy. You may be able to adjust your schedule to include time for naps.
- Try to get at least 20 minutes of exercise every day. This will help you sleep better at night and reduce daytime sleepiness.
- **Do not** drink alcohol or caffeinated beverages within 4-5 hours of bedtime.
- **Do not** eat a heavy meal before bedtime. Eat at about the same times every day.
- **Do not** smoke.
- **Do not** drive if you are sleepy or have untreated narcolepsy.
- **Do not** swim or go out on the water without a life jacket.

## SEEK MEDICAL CARE IF:

Your medicines are not controlling your narcolepsy symptoms.

## SEEK IMMEDIATE MEDICAL CARE IF:

- You hurt yourself during a sleep attack or an attack of cataplexy.
- You have chest pain or trouble breathing.

This information is not intended to replace advice given to you by your health care provider. Make sure you discuss any questions you have with your health care provider.

Document Released: 12/08/2003 Document Revised: 01/08/2016 Document Reviewed: 12/10/2014
Elsevier Interactive Patient Education ©2016 Elsevier Inc.

**MSMC MAIN Emergency**
4300 ALTON ROAD (ED)
Miami Beach FL 33140
Phone: 305-674-2200
Fax: 305-674-2602