# Jamie Grant

jamie@schreibermanagement.com
o:212-721-0251    m:718-757-4192

~~

To the DOJ and to whom it may concern,

My name is Jamie Grant. I work for Schreiber Realty as a Property Manager. I signed up for the Teman GateGuard service on May 31, 2019. We have five buildings using the Teman GateGuard devices and service, which is very helpful in understanding the traffic into our buildings. The Teman team is helpful, easy to reach, and communicate clearly and transparently.

As part of the ordering process, I entered our checking account information so that GateGuard could do bank draws (Remotely Created Checks, RCCs) for the money we owed and any future fees for the service. All of this was explained to me clearly by the Teman sales team, and is also very clear in the Payments section of the contract. During the sales calls they also explained that I would enter the checking info and they would print computer checks and deposit them. This is common in NYC real estate.

Like all property management firms I know, we review contracts before signing up for any such service because investors insist they know what it will cost to cancel or remove a service. GateGuard's terms are easily accessible from the homepage, and you cannot order without confirming that you have read and accepted them. They also appear on the invoices and receipts.

It is my understanding that law enforcement did not recognize these as RCCs and that Mr. Teman was arrested for "counterfeit checks". However, I can assure you that not only did we give approval for these checks, but when they were rejected we messengered over replacement checks for the exact amount. The RCCs were explained to us very clearly during the sales process, we approved them, and Mr. Teman did nothing wrong by depositing them. There were no "counterfeit" checks, only pre-approved bank drafts which are totally normal and legal. If the detective(s) had any questions as to the legality of the checks, they could have easily asked to speak with clients and I would have confirmed this before they made their false and mistaken arrest. It is a shame that Mr. Teman had to spend 5 traumatic days in federal prison over a holiday because the NYPD did not do proper due-diligence and seek answers from him, his attorneys, clients like me, or even read the contract linked from the homepage.

I would also add that when someone vandalized one of our devices, Mr. Teman went above-and-beyond and ensured the local NYPD precinct had photos of the alleged vandal, which resulted in a return of the property the next day and an end to a string of vandalism in the area. Surely the NYPD should have had a record of his emails and realized someone attempting fraud would not be reaching-out to the police to be helpful.

In summary, Mr. Teman did not create "counterfeit checks" and every action he took with the RCCs was approved by us in advance and completely legal, even working *with* the NYPD. Please drop the mistaken charges against him.

Thank you,

DocuSigned by:

*[signature]*

4899D317006249D...

Date: 7/18/2019