Gmail                                                                                     Ari Teman <ari@teman.com>

## Terms and Condition

**bonnie soonosberger** <bsoonosberger@gmail.com>                                          Thu, Mar 29, 2018 at 11:26 AM
To: Ari Teman <ari@teman.com>

Ari,

We were reviewing your Terms & Condition and have inquiries regarding the followings:

"We may raise pricing on monthly fees at a rate of up to 100% per year, but no more than a 350% increase over 3 years "

"You agree that GateGuard may drill, cut, screw, cement, anchor, bolt, glue, fasten, place, stick and otherwise modify and/or attach to your building in any way it sees fit to install its system and services and connectivity devices. You assume any and all liability for this."

"You agree that GateGuard will run on the PropertyPanel.xyz (by PropertyPanel, Inc., a DELAWARE corporation) platform and an account at PropertyPanel.xyz may be required to use the service at the time PropertyPanel.xyz goes live. You understand that the monthly subscription fees for PropertyPanel.xyz are not included in any payments for GateGuard.xyz. You understand that failure to maintain a PropertyPanel.xyz login may prohibit you from accessing and using GateGuard's dashboard as it runs on PropertyPanel.xyz"

"You agree that you are purchasing only a license to use a GateGuard panel and equipment and that should you stop paying for monitoring services, GateGuard has the right to remove any and all GateGuard equipment and/or shut of any and all GateGuard services and other services provided by GateGuard.
GateGuard reserves the right to terminate service and remove equipment at its own discretion, for any reason. This is primarily disclaimed for the potential case where the rate of abuse or failure, such as due to vandalism by tenants or unreliable power or internet sources, makes supporting that installation too costly, burdensome, or unreliable to GateGuard to provide excellent service."

can we get on a call to discuss?


regards

Bonnie



--
Bonnie Soon-Osberger, PMP
646-279-3935
bsoonosberger@gmail.com