Gmail                                              Ari Teman <ari@teman.com>

## Terms and Condition

**bonnie soonosberger** <bsoonosberger@gmail.com>                Thu, Mar 29, 2018 at 2:39 PM
To: Ari Teman <ari@teman.com>

Ari,

Thank you so much for your replies and you have addressed our concerns related to the terms and condition.

Can you please provide couple contact names and phone numbers of buildings who have the Teman system. Our board members requested for couple reference.

This should be our last request

Regards,

Bonnie

[Quoted text hidden]