Gmail

Ari Teman <ari@teman.com>

## board approval confirm

**bonnie soonosberger** <bsoonosberger@gmail.com>  
To: Ari Teman <ari@teman.com>

Fri, Aug 10, 2018 at 1:42 PM

Ari,

enclosed is a communication confirming majority board members approved to move forward with Teman intercom system.

we have total of 5 members:  4 of 5 voted.  3 voted for Teman representing majority.

please let me know if you have any questions.

Regards,


--  
Bonnie Soon-Osberger, PMP  
646-279-3935  
bsoonosberger@gmail.com

📄 **Intercom- 2,3 5 board member Approval.pdf**  
714K

# Bonnie Soon-Osberger

| | |
|---|---|
| **From:** | Bonnie Soon-Osberger <bsoon-osberger@metisource.com> |
| **Sent:** | Saturday, March 24, 2018 11:48 AM |
| **To:** | 'STEPHANIE PHILLIPS'; 'roby' |
| **Cc:** | 'Wien, Richard'; 'Margaret Crimmins'; 'Jackie Monzon' |
| **Subject:** | RE: Intercom Bids |

All-

Thank you so much for your vote!

We will move forward with Tenman intercom system.

Regards,

Bonnie

---

**From:** STEPHANIE PHILLIPS <shp83@hotmail.com>
**Sent:** Saturday, March 24, 2018 11:31 AM
**To:** roby <robi.buldini@gmail.com>
**Cc:** Bonnie Soon-Osberger <bsoon-osberger@metisource.com>; Wien, Richard <rwien@CBS.com>; Margaret Crimmins <margaret@dogbarksound.com>; Jackie Monzon <jackie@crystalrmi.com>
**Subject:** Re: Intercom Bids

> Stephanie
>     I vote for 1
>   Stephanie phillips
>     Thanks

Sent from my iPhone

On Mar 24, 2018, at 10:06 AM, roby <robi.buldini@gmail.com> wrote:

> Thank you Bonnie,
> I vote option 1.
>
> Best,
> Roberta
>
> Il giorno 23/mar/2018, alle ore 19:43, Bonnie Soon-Osberger <bsoon-osberger@metisource.com> ha scritto:
>
>> Dear Board,
>>
>> Please find see 3 options for replacing our intercom system:

1

Option1:  Teman –no wiring, using mobile devise and face recognition to unlock front door/view and speak with visitors, delivery people through mobile devise/lowest cost
Option 2: Comlit IKall – no wiring, using mobile devise to view/speak to visitors, delivery people, unlock front door through mobile devise or phone line
Option 3: Comlit Ikall – traditional intercom system, requires wiring and intercom station on each floor to buzz in visitors/delivery people/highest cost

You can obtain additional information for Teman: https://teman.com and Comlit Ikall:https://www.comelitgroup.com/en-us/video-entry-technology/outdoors/ikall/ on their website.

I feel option 1 will serve best for our Co Op for the following reasons:

- Both option 1 & 2 were developed using internet (IP address): no wiring required.  Both options are cheaper than option 3.  Therefore, I would eliminate option 3

- Option 1 &2 have the functionality to use our mobile devises to view/speak to visitors and delivery people.  Also the mobile devise can unlock door remotely.  Option 1 has face recognition capability, you can enter in the building without using keys, mobile devise or codes.

Please vote by selecting option 1, 2 or 3 to replace our current intercom.


<image002.png>

2