**EXHIBIT 8 (in evidence at trial)**
Highlights added

```
11/8/17, 9:45 AM - Ari: the actual terms are clients are
responsible to have CAT5 at the door. We did it for you, but
it's not the terms
11/8/17, 9:45 AM - Joe Soleimani: send me the terms i signed
for, i will review it
11/8/17, 9:45 AM - Joe Soleimani: where are my tablets?
11/8/17, 9:45 AM - Ari:
https://gateguard.xyz/legal/terms.php
11/8/17, 9:46 AM - Joe Soleimani: where are the permanent
boxes
11/8/17, 9:46 AM - Joe Soleimani: where is the usps box?
11/8/17, 9:46 AM - Joe Soleimani: i dont see a signature
there
11/8/17, 9:46 AM - Ari: you agreed to these terms when you
paid the invoice. look on the invoice
11/8/17, 9:46 AM - Joe Soleimani: just get this stuff up and
running 100%. Let me know when your isntalled is coming
11/8/17, 9:47 AM - Joe Soleimani: i also agreed to a May 1st
guarantee
11/8/17, 9:47 AM - Joe Soleimani: i also agreed to tablets
```