**EXHIBIT 7 - Judge Engelmayer explains his friendship with Biale and AUSA Graham**

THE COURT: All right. Very good.

All right. The next preliminary matter that I need to take up involves a disclosure I need to make that is occasioned by the appearance of Mr. Biale as new counsel for Mr. Teman.

And the disclosure is that I am acquainted with Mr. Biale.

**Mr. Biale's wife, Margaret Graham,** worked for a summer at the law firm at which I used to work, and **we worked together closely** on a criminal appeal. Ms. Graham and I have kept in touch over the years, and **we have had lunch or coffee several times** since she joined the U.S. Attorney's Office for the Southern District of New York.

**Through Ms. Graham I have gotten to know Mr. Biale.**

**I recall spending an hour or so alone in my chambers with Mr. Biale several years ago discussing his professional options before he joined the Sher Tremonte firm.**

I have also **personally appointed Mr. Biale** and the Sher Tremonte firm to represent a pro se plaintiff in a case before me in which the plaintiff sued his lawyer from an earlier matter for allegedly misappropriating a $100,000 retainer. Mr. Biale did an absolutely superb job in that case.

I think very highly of Mr. Biale, and **regard myself as something of a mentor of his and also as a friend.**

In the interest of full disclosure, I must also put on the record the sad fact that I attended shiva at Mr. Biale's apartment in Brooklyn in the summer of 2019. And most **recently, about six weeks ago, on October 10th, I was a recipient of a group email that Mr. Biale sent to friends and family** announcing the joyous news of the arrival of a new son, [REDACTED NAME OF MINOR] Biale; and for which, Mr. Biale, a huge mazel tov to you and Ms. Graham from the Court.

All that said, I have absolutely no doubt that notwithstanding that I am acquainted with Mr. Biale in the various ways that I have reviewed, these will not in any way, shape, or form compromise my ability to preside over this case dispassionately and neutrally and with fairness to all.

Nevertheless, I did need to make this disclosure, as I do in all cases where **I've had a friendship with counsel.**

Mr. Biale, did you disclose to the government the sum and substance of the facts that I've just reviewed?

**MR. BIALE: Your Honor, in candor, I did not.** But I appreciate that your Honor has now put that on the record, and I appreciate what you said.

THE COURT: All right.

Mr. Bhatia, regardless, you are now on notice of the information that I have just reported to you. I trust that the government does not have any issue with regard to the Court's continuing to preside over this case.

MR. BHATIA: No issue whatsoever.

THE COURT: All right.

And Mr. Biale, just in the interest of full disclosure, did you disclose to your client the fact that you and I are acquainted in the ways that I've just reviewed?

MR. BIALE: Yes, your Honor.

THE COURT: All right.