**EXHIBIT 9 - Social Media response to Curcio violation**



Lois Weiss ✔ @LoisWeiss · Dec 3, 2020

More shocking, Judge Engelmayer failed to disclose HIS friendship w/attorneys for months while denying @ariteman Brady violation discovery and motions. Teman's now ex attorney's wife, AUSA Graham, is facing disciplinary hearings b4 Judge Nathan for Brady cheating.

Inner City Press ✔ @innercitypress · Dec 1, 2020

Six hours ago, Ari Teman learned his defense lawyer is married to an SDNY prosecutor. Now, lawyer is withdrawing & asking that (minor) portion of transcript be sealed - Inner City Press does not oppose that name sealing, will stay on case
matthewrusselleeicp.substack.com/p/ari-teman-sa...

December 1, 2020

BY ECF

The Honorable Paul A. Engelmayer
United States District Judge
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

Re:   *United States v. Ari Teman*
      Case No. 19-cr-696 (PAE)

Dear Judge Engelmayer:

We write respectfully to advise the Court that we have been terminated as counsel for Ari Teman, and that we will promptly file a motion pursuant to Local Criminal Rule 1.2 seeking leave to withdraw. In addition, we respectfully request that the Court direct that, consistent with Federal Rule of Criminal Procedure 49.1(a)(3), the name of Noam Biale's minor child be redacted from the public transcript of today's proceedings.

💬 7          ⟲ 145          ♡ 261          📊          ⬆

Lois Weiss ✔ @LoisWeiss · Dec 3, 2020

Judge Engelmayer: "And Mr. Teman's look of shock was obvious to me, even from 1,000 miles away on video, when he learned that one of his lawyers works -- is a colleague of Mr. Bhatia's."

💬 2          ⟲ 17          ♡ 70          📊          ⬆

Lois Weiss ✔ @LoisWeiss · Dec 3, 2020

Judge Engelmayer:  I confess that I did not spot this issue that defense counsel is married to a prosecutor at the office that is prosecuting Mr. Teman until yesterday...And I spotted it only as I was in the process of writing up my own narrative about how I know Mr. Biale;

💬 1          ⟲ 5          ♡ 38          📊          ⬆

Lois Weiss ✔
@LoisWeiss

Judge Engelmayer: and suddenly it dawned on me that I know him through his wife, and his wife -- whom I melt through a private law firm -- now happens to be working at the Southern District U.S.  Attorney's Office. And perhaps counsel may have overlooked this, too.

3:41 PM · Dec 3, 2020

💬 9          ⟲ 25          ♡ 78          🔖 1          ⬆

 **Cernovich** ✓
@Cernovich

**Subscribe**  •••

Hell of a thing to overlook.

>  **Lois Weiss** ✓ @LoisWeiss · Dec 3, 2020
> Replying to @LoisWeiss
> Judge Engelmayer: and suddenly it dawned on me that I know him through his wife, and his wife -- whom I melt through a private law firm -- now happens to be working at the Southern District U.S.  Attorney's Office. And perhaps counsel may have overlooked this, too.

7:46 PM · Dec 3, 2020

💬 9      🔁 51      ♡ 393      🔖 2      ⬆

 Post your reply                    **Reply**

 **Rolo1995** ✓ @RVal1995 · Dec 3, 2020      •••
How the **ck do they think the population will believe anything coming from the court?





**Emily Galvin-Almanza** @GalvinAlmanza · Nov 3, 2022   ···

In defense work, confidentiality is paramount. Sacred. If this is true, it's pretty jaw-dropping

> 🐻 **Ari Teman** ✓ @AriTeman · Oct 28, 2022
>
> In "many SDNY cases" the defendants had a lawyer married to a prosecutor with a known history of cheating (US v Pizzaro, etc) and both worked from the same tiny Brooklyn apartment during COVID where #SDNY could overhear all calls and Zooms.
>
> #FOIA #justicereform #cjreform #cjr
>
> To: McEnany, John (USANYS)
> Cc: Bhatia, Kedar (USANYS) - (b)(6)
> Subject: Graham/Biale
> Dear John,
> I am a partner at Sher Tremonte LLP. As Kedar may have told you, the issue of AUSA Margaret Graham being married to my colleague Noam Biale was recently raised by Judge Engelmayer as an issue that required a Curcio hearing in the case of U.S. v. Ari Teman (transcript is attached). Given that Noam has appeared in many SDNY cases in the years prior, and will continue to do so going forward, it would be helpful for to have a short call (perhaps with our ethics counsel involved?) with you about our offices' respective procedures in this regard.
> My cell phone is below. While I have a few calls on the calendar today, my schedule is fairly open.
> Thank you in advance.
> Best,
> Justine
> Justine A. Harris
> Sher Tremonte LLP
> 90 Broad St., 23rd floor
> New York NY 10004
> (212) 300-2
> (917) 685-9
> www.shertremonte.com
>
> LITG-2022-000004_0011

💬 1            🔁 8            ♡ 19            ılı            ⬆

 **Lois Weiss** ✔ @LoisWeiss · Oct 28, 2022                    ···
The law partner reassured @AriTeman that "procedures" were in place to "wall off" lawyer Noam and his wife, an SDNY AUSA, but 7 days later writes to the court to first put those procedures in place. 🤦‍♀️

> Dear Ari,
>
> Please note that it is my understanding that both our firm and the SDNY U.S. Attorney's office have procedures in place to wall off Noam and his wife from cases in which there is any potential conflict, and that such procedures were followed here.  Based on your comments at the hearing, and in light of the pending Curcio hearing, Noam will no longer be involved in the case and will be walled off from any information relating to the case.  We are doing so to put you at ease, not because there is any basis for your claim that there was a "spy" on your defense team.  As the Judge counseled, we urge you to discuss this matter with independent counsel and I will be happy to answer any questions you or they have.  As the Judge indicated, I am not married to anyone in the SDNY (and in fact, I am not married to a lawyer).  And at all times, Noam worked under my direction and supervision.
>
>
> Best,

---

 **Ari Teman** ✔ @AriTeman · Oct 28, 2022
In "many SDNY cases" the defendants had a lawyer married to a prosecutor with a known history of cheating (US v Pizzaro, etc) and both worked from the same tiny Brooklyn apartment during COVID where #SDNY could overhear all calls and Zooms....

💬 3       42       89      ılı      ↑

 **Ari Teman** ✓
@AriTeman

 **Promote**   ...

In "many SDNY cases" the defendants had a lawyer married to a prosecutor with a known history of cheating (US v Pizzaro, etc) and both worked from the same tiny Brooklyn apartment during COVID where #SDNY could overhear all calls and Zooms.

#FOIA #justicereform #cjreform #cjr

---

| | |
|---|---|
| **From:** | Bhatia, Kedar (USANYS) |
| **To:** | Mermelstein, Rebecca (USANYS); DiMase, Christopher (USANYS) |
| **Subject:** | FW: Graham/Biale |
| **Date:** | Friday, December 11, 2020 5:38:00 PM |
| **Attachments:** | KC1VTEMCI11.pdf |

FYI – Justine Harris emailed John McEnany to talk about the conflicts question for Noam more broadly than Teman.

**From:** Justine Harris <JHarris@shertremonte.com>
**Sent:** Tuesday, December 8, 2020 7:29 AM
**To:** McEnany, John (USANYS)
**Cc:** Bhatia, Kedar (USANYS)                    (b)(6)
**Subject:** Graham/Biale

Dear John,

I am a partner at Sher Tremonte LLP. As Kedar may have told you, the issue of AUSA Margaret Graham being married to my colleague Noam Biale was recently raised by Judge Engelmayer as an issue that required a Curcio hearing in the case of U.S. v. Ari Teman (transcript is attached). Given that Noam has appeared in many SDNY cases in the years prior, and will continue to do so going forward, it would be helpful to have a short call (perhaps with our ethics counsel involved?) with you about our offices' respective procedures in this regard.

My cell phone is below. While I have a few calls on the calendar today, my schedule is fairly open.

Thank you in advance.

Best,
Justine

Justine A. Harris
Sher Tremonte LLP

90 Broad St., 23rd floor
New York NY 10004
(212) 300-2
(917) 685-5
www.shertremonte.com

LITG-2022-000004_0011

**From:** DiMase, Christopher (USANYS)
**To:** Bhatia, Kedar (USANYS)