Gmail — Ari Teman <ari@teman.com>

---

## SDNY hid the Schonfeld interview because it torpedos their entire prosecution theory. ATTORNEY CLIENT PRIVILEGED

**Ariel Reinitz** <Ariel.Reinitz@fisherbroyles.com>  Tue, Aug 18, 2020 at 4:36 PM
To: "Ari B. Teman" <ari@teman.com>, Justine Harris <jharris@shertremonte.com>
Cc: "NBiale@shertremonte.com" <NBiale@shertremonte.com>, Justin Gelfand <justin@margulisgelfand.com>

When SDNY called Schonfeld, it was public record he stood accused <u>by a third party</u> (ButterflyMX) of orchestrating the fraudulent transfer of MVI's assets *in response to GateGuard's lawsuit v. MVI*. So much so that ButterflyMX subpoenaed Schonfeld's privileged communications with MVI (under crime-fraud exception). See attached docs from ButterflyMX case (GateGuard referenced on p. 2 of first doc).

I don't know if this context bears (directly) on whether SDNY should have disclosed information received from Schonfeld. But, at minimum, it establishes he was publicly working to undermine GateGuard's claims vs. MVI (to the point of engaging in potentially unlawful conduct).

**Ariel Reinitz**

Partner

_____

**FisherBroyles, LLP**

direct:  +1.646.494.6909

ariel.reinitz@fisherbroyles.com

www.fisherbroyles.com

[Quoted text hidden]

---

**3 attachments**


- E.D.N.Y._1_19-cv-02432-ARR-JO_29_0.pdf
  508K
- 46-5.pdf
  257K
- E.D.N.Y._1_19-cv-02432-ARR-JO_47_0.pdf
  300K

