UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-v-

ARI TEMAN,

                Defendant.

19-CR-696 (PAE)

ORDER

PAUL A. ENGELMAYER, District Judge:

On September 15, 2023, defendant Ari Teman filed a *pro se* motion for a new trial under Federal Rule of Criminal Procedure 33. Dkt. 386. By order issued on September 18, 2023, the Court stated that it was not yet setting a date for the Government's response to this motion, to enable the response to be consolidated with the Government's response to Teman's anticipated petition for relief under 28 U.S.C. § 2255. Dkt. 387.

The Court yesterday received another *pro se* motion from Teman under Rule 33. Dkt. 388. As with Teman's earlier-filed pending motion under Rule 33, the Court is not now setting a date for the Government's response, again, so as to permit a single consolidated response that addresses Teman's Rule 33 motions and his anticipated petition under § 2255.

For avoidance of doubt, Teman's date to surrender to the Bureau of Prisons remains October 10, 2023.

SO ORDERED.

                                                  *Paul A. Engelmayer*
                                        PAUL A. ENGELMAYER
                                        United States District Judge

Dated: September 22, 2023
       New York, New York