

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

September 22, 2023

**BY CM/ECF**
The Hon. Paul A. Engelmayer
United States District Court
Southern District of New York
United States Courthouse
40 Foley Square
New York, New York 10007

    Re:    *United States v. Ari Teman*, 19 Cr. 696 (PAE)

Dear Judge Engelmayer:

    The undersigned Assistant United States Attorney is leaving the United States Attorney's Office for the Southern District of New York. Accordingly, the Government respectfully requests that the Court direct the Clerk of Court to terminate the appearance of the undersigned counsel on the above-captioned docket.

                              Respectfully submitted,

                              DAMIAN WILLIAMS
                            United States Attorney

              by:  /s/ Kedar S. Bhatia
                   Kedar S. Bhatia
                   Assistant United States Attorney
                   212-637-2465