### ADAMS & COMMISSIONG LLP

ATTORNEYS AT LAW

| | |
|---|---|
| 90 BROAD STREET 2ND FLOOR<br>NEW YORK, NY 10006<br>TEL: 212-430-6590<br>FAX: 212-981-3305 | MARTIN E. ADAMS<br>KARLOFF C. COMMISSIONG<br>ADMITTED TO PRACTICE IN NEW YORK<br>WWW.AMCMLAW.COM |

September 22, 2023

**VIA E.C.F. AND ELECTRONIC MAIL**

Hon. Paul A. Engelmayer
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

Re: <u>United States v. Ari Teman</u>, 19 Cr. 696 (PAE) – Filing of motion pursuant to 28 U.S.C. §2255

Dear Judge Engelmayer:

On July 6, 2023, I informed the Court that I would be filing a motion on behalf of Mr. Teman, pursuant to 28 U.S.C. §2255, by September 21, 2023. I write to inform the Court that additional time is needed to file the motion. Although the Court has not ordered counsel to file the motion by a particular date, counsel anticipates being able to file the 2255 motion within the next 2-3 weeks. This matter was discussed with Mr. Teman via an email communication dated September 20, 2023.

Respectfully submitted,

*/s/ Karloff C. Commissiong*

Karloff C. Commissiong, Esq.