# EXHIBIT B

# Ari**Teman**

Miami Beach, FL
ari@teman.com

2021-08-20

The Honorable Judge Paul Engelmayer
District Judge
Southern District of New York
40 Foley Square, New York, NY 10007

| | | |
|---|---|---|
| CC: | US Attorney Ms. Aubrey Strauss, | United States v. Teman (1:19-cr-00696) |
| | AUSA Mr. Bhatia, AUSA Mr. Gutwillig, | |
| | Southern District of New York; | |
| | Mr. Frisch, Ms. Kellman | |

via email (and ECF via the Clerk)
(Dear Clerk, kindly file this letter to the docket, as I do not have ECF access.)

**RE:   Please deny Mr. Frisch and Ms. Kelman's motion to withdraw due to
New Evidence gotten yesterday afternoon (attached): Proof Soon-Osberger and Hom/Crystal violated their subpoena.
Motion for Dismissal;
Alternatively, Rule 33 Motion for New Trial;
Alternatively, Motion to re-open Discovery.**

Your Honor and Ms. Strauss,

I write to inform you that Ms. Shelly Jenkins Pecot of 18 Mercer Street street has provided the attached sworn and notarized affidavit, and the attached email exhibits in my defense to be filed to the docket.

I reiterate the request that this be filed to the docket.

Shabbat shalom.

Thank you,

Ari Teman