# EXHIBIT D



Ari Teman <ari@teman.com>

## Fwd: Who moved the intercom at 18 Mercer?
1 message

**shelly pecot** <shelly.pecot@gmail.com>  Thu, Aug 19, 2021 at 4:34 PM
To: Ari Teman <ari@teman.com>

Ari, I have to send this to you because it is the right thing to do. Please don't make me sorry I did it. I wish you all the best. I appreciate very much that you explained and apologized for your prior actions.

Shelly
---------- Forwarded message ---------
From: **Margaret** <margaret@dogbarksound.com>
Date: Mon, Oct 22, 2018 at 11:40 AM
Subject: Re: Who moved the intercom at 18 Mercer?
To: Bonnie Soon-Osberger <bsoon-osberger@metisource.com>
Cc: Stephanie Phillip <shp83@hotmail.com>, bonnie soonosberger <bsoonosberger@gmail.com>, Mark Osberger <mark.axisfilms@gmail.com>, Angela Huang <ahuang30@gmail.com>, <traceytooker@hotmail.com>, <rwien@cbs.com>, Roberta Buldini <robi.buldini@gmail.com>, Cc: Jackie Monzon <jackie@crystalrmi.com>, Archie Davidson <inchfitness@aol.com>, <shelly.pecot@gmail.com>


We know who moved it. You told the men working on the lobby to move it. ( they told me) So I guess you're legally liable.

Sent from my iPhone

On Oct 22, 2018, at 1:14 PM, Bonnie Soon-Osberger <bsoon-osberger@metisource.com> wrote:

> All-
>
> Please discard any communication from Ari Teman.
>
> It is unfortunately that he has very bad reputation and it aligns with his behavior to make repreat legal threats
>
> <image004.jpg>

> **Law And More: Ari Teman - Is He Magnet For Trouble?**
> lawandmore.typepad.com/law_and_more/.../ari-teman-is-he-magnet-for-trouble.html
> Nov 11, 2014 - If the name Ari Teman sounds familiar, you might recall his bad experience ...
> Alcoholics Anonymous: Why No Major Class-Action Lawsuits, ...
> You visited this page on 9/6/18.
>
> **Comedian's Lawsuit Charges Fellow Standup With Harassment ...**
> https://www.indiaabroad.com/.../lawsuit.../article_9af0a024-8885-52f3-a497-78d5b10... 
> Aug 18, 2018 - Comedian's Lawsuit Charges Fellow Standup With Harassment .... has filed a lawsuit in Manhattan Supreme Court, charging that Ari Teman has ...
>
> **Ripoff Report | Ari Teman, Teman Complaint Review New York , New ...**
> https://www.ripoffreport.com/.../ari-teman-teman/.../ari-teman-teman-ari-teman-an-te...
> Aug 20, 2017 - Ari Teman, Teman Ari Teman, Ari Teman, Ari Teman, Teman, Landlord Spy Liar, Fraud, Scham Artist, Renter, Subletter, Party Boy....
> You visited this page on 9/6/18.
>
> **Airbnb orgy victim says he's 'blacklisted' from NYC apartments - NY ...**
> www.nydailynews.com/.../airbnb-orgy-victim-homeless-blacklisted-leasing-article-1.2...
> May 29, 2015 - Comedian Ari Teman rented his New York Apartment on Airbnb only to ... like hundreds of thousands named in New York housing court cases ...
> Missing: lawsuits | Must include: lawsuits
> You visited this page on 9/6/18.
>
> **Ari Teman on Twitter: "Can a penis file #lawsuit for neglect and breach ....**
> https://twitter.com/ariteman/status/197109760611450881
> Apr 30, 2012 - NYC, TLV. ariteman.com. Joined September 2008 .... Can a penis file #lawsuit for neglect and breach of implied contract after 4 mos of dating?

We will take up with our attorney at this point for his advice for laws under consumer protection as his intercom panel is defective.

I believe anyone has direct contact with him before or moving without going through our management will have legal liability or sequence.

Thanks,

Bonnie



Ari Teman <ari@teman.com>

## Fwd: How do we resolve this intercom situation?
1 message

**shelly pecot** <shelly.pecot@gmail.com>  Thu, Aug 19, 2021 at 2:49 PM
To: Ari Teman <ari@teman.com>

---------- Forwarded message ---------
From: **margaret** <margaret@dogbarksound.com>
Date: Mon, Dec 3, 2018 at 11:44 AM
Subject: Re: How do we resolve this intercom situation?
To: Jackie Monzon <jackie@crystalrmi.com>
Cc: Tracey Tooker <traceytooker@icloud.com>, Bonnie Soon-Osberger <bsoon-osberger@metisource.com>, shp83@hotmail.com <shp83@hotmail.com>, Shelley Pecot <shelly.pecot@gmail.com>, dick <rwien@cbs.com>, robi.buldini@gmail.com <robi.buldini@gmail.com>, Caroline Cabrera <caroline@crystalrmi.com>, Gina Hom <Gina@crystalrmi.com>

By 'the board' so you mean Bonnie and Stephanie? I'm a board member and I have no idea where things stand with the intercom.

**The last communications from Ari Teman:**

10/5  An e-mail from Ari stated that there was a 10 year contract and he would put a lien on the building.

10/22  The next e-mail from Ari stating that it would cost $18,000 to disable the device and $10,000 in collections if he wasn't paid in full.

**The last communication from Bonnie.**

10/22  An e-mail to Ari stating that he would hear from our attorney that week

And that's the only information the shareholders have. Are we involved in a lawsuit? Are we working on getting another intercom? Is there some reason the shareholders can't have this information?

Thank you,

Margaret


On Dec 3, 2018, at 10:16 AM, Jackie Monzon wrote:

> The Board is working on this.
>
> Jackie Monzon
> President
> 1441 Broadway, Suite 5047
> New York, NY 10018
> 646 569-5574
>
>
> Jackie@crystalrmi.com
> www.crystalrmi.com
>
> NOTICE: The information contained in this message may be privileged, confidential and protected from disclosure. If the reader of this message is not the intended recipient, or an employee or agent responsible for delivering this message to the intended recipient, you are hereby notified that any dissemination,

distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by reply email and delete this message from your computer. Thank you for your cooperation.

-----Original Message-----
From: Margaret <margaret@dogbarksound.com>
Sent: Saturday, December 1, 2018 12:25 PM
To: Tracey Tooker <traceytooker@icloud.com>
Cc: Bonnie Soon-Osberger <bsoon-osberger@metisource.com>; shp83@hotmail.com; Shelley Pecot <shelly.pecot@gmail.com>; dick <rwien@CBS.com>; robi.buldini@gmail.com; Jackie Monzon <jackie@crystalrmi.com>; Caroline Cabrera <caroline@crystalrmi.com>; Gina Hom <Gina@crystalrmi.com>
Subject: Re: How do we resolve this intercom situation?

I don't know. Anytime I ask Bonnie, Stephanie or management for update on what is being done to get a functioning intercom I get no answer.

Sent from my iPhone

> On Dec 1, 2018, at 12:08 PM, Tracey Tooker <traceytooker@icloud.com> wrote:
>
>
> Been going on for months?
>
>
> Tracey
>
>
> Sent from my iPhone