UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 1:19-CR-0696 (PAE) |
| | ) |
| ARI TEMAN, | ) |
| | ) |
| Defendant. | ) |

**DECLARATION OF EDEN P. QUAINTON IN SUPPORT OF DEFENDANT'S MOTION TO EXTEND HIS SURRENDER DATE UNTIL A RULING ON RULE 33 NEW EVIDENCE CLAIMS**

1. I, Eden P. Quainton, declare under penalty of perjury that the following is true and correct:

2. I have been appellate counsel for Ari Teman ("Teman") in connection with his appeal of his conviction in the matter of *USA v. Ari Teman*, 19-cr-0696.

3. Teman recently retained me for purposes of entering a limited appearance in the District Court to move for an extension of his surrender date until certain evidentiary issues in his pending Rule 33 motion had been ruled upon.

4. To my knowledge, Teman's financial condition is unchanged from his prior disclosures to the Court. However, given the importance of the issues to be addressed, Teman's family has been able to raise a limited amount of funds to cover the attorney's fees for my appearance.

5. When I was asked to enter an appearance and file the present motion, I consulted with Mr. Karloff Commissiong to ensure that my appearance would not interfere with

his representation of Teman.

      6.    Mr. Commissioning confirmed to me that he had no objection to the proposed representation.

      7.    Set forth as Exhibit A hereto is a true and accurate copy of an email from Mr. Commissiong to me dated September 19, 2023.

Executed: September 26, 2023

                                            By: *Den Quainton*
                                                 EDEN P. QUAINTON