# EXHIBIT A



Eden Quainton <equainton@gmail.com>

## Teman

**Karloff Commssiong** <karloff@amcmlaw.com>	Tue, Sep 19, 2023 at 11:32 PM
To: Eden Quainton <equainton@gmail.com>

Hi Eden,

If you and Ari have agreed to do this then you should move forward with it.  You're not stepping on my toes.

Karloff

Karloff C. Commissiong, Esq.
Adams & Commissiong LLP

90 Broad Street, 2nd Floor
New York, NY 10004
Office: 212-430-6590
Fax: 212-981-3305
Email: karloff@amcmlaw.com

**From:** Eden Quainton <equainton@gmail.com>
**Sent:** Tuesday, September 19, 2023 8:06 AM
**To:** Karloff Commssiong <karloff@amcmlaw.com>
**Subject:** Teman

[Quoted text hidden]