

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

September 27, 2023

**BY CM/ECF**
The Honorable Paul A. Engelmayer
United States District Judge
Southern District of New York
United States Courthouse
40 Foley Square
New York, New York 10007

    Re:    *United States v. Ari Teman*, S2 19 Cr. 696 (PAE)

Dear Judge Engelmayer:

    The Government respectfully writes to confirm receipt of the Court's September 27, 2023 Order in the above-captioned matter (Dkt. No. 397) and to acknowledge the October 4, 2023 deadline to file its response to the defendant's motion to extend his surrender date (Dkt. No. 394).

                            Respectfully submitted,

                            DAMIAN WILLIAMS
                            United States Attorney for the
                            Southern District of New York

            By:    /s/
                   Jacob H. Gutwillig
                   Assistant United States Attorney
                   (212) 637-2215

Cc:    Defense counsel (by CM/ECF)