| | |
|---|---|
| **From:** | Justin Gelfand |
| **To:** | Bhatia, Kedar (USANYS); Imperatore, Edward (USANYS) |
| **Cc:** | Joseph DiRuzzo |
| **Subject:** | Teman Question |
| **Date:** | Friday, January 17, 2020 3:38:03 PM |
| **Attachments:** | image001.png |
| | D-11.pdf |

Counsel:

Our process server has served a subpoena on Shelley Pecot's Mercer Street address. She is aware of the subpoena but, through her legal counsel, is disputing whether or not she has been served. In any event, Ms. Pecot's attorney has advised us that she will not appear at trial and that she is supposedly out of the country.

As an initial matter, we intend to raise this with the Court.

However, in an effort to avoid a timely and perhaps unnecessary process, we are reaching out to see if the Government would stipulate to the portions of Defendant's Exhibit 11 (attached hereto) that constitute statements by Ms. Pecot. For your convenience and for context, this is an unredacted copy.

Please advise.

Best,

Justin K. Gelfand

*Partner*

**Margulis Gelfand, LLC**



margulisgelfand.com

View Bio



CONFIDENTIALITY NOTICE: The materials enclosed with this email transmission are private and confidential. The information contained in the material may be privileged and is intended only for the use of the individual(s) or entity(ies) named above. If you are not the intended recipient, be advised that unauthorized use, disclosure, copying, distribution, or the taking of any action in reliance on the contents of this emailed information is strictly prohibited. If you have received this email transmission in error, please immediately notify us either by telephone or by email to arrange for return of the emailed information to us.



Shelly Pecot 18 Mercer

Message by Shelly Pecot 18 Mercer: Hi Ari, this is Shelly Pecot form the 1sr F/Basement at 18 Mercer. I am so sorry about the mess going on with the intercom but not surprised. I'd like to speak as several of us in the building would like a mutually beneficial solution and we do have our annual meeting to elect board members now overdue to take place. Maybe we can we can sort this out., Friday, October 26 2018, 10:32 AM

Hi Ari, this is Shelly Pecot form the 1sr F/Basement at 18 Mercer.  I am so sorry about the mess going on with the intercom but not surprised.  I'd like to speak as several of us in the building would like a mutually beneficial solution and we do have our annual meeting to elect board members now overdue to take place.  Maybe we can we can sort this out.



Message by Shelly Pecot 18 Mercer: I believe we spoke before when Bonnie let your guys into my apartment without notifying us., Friday, October 26 2018, 10:32 AM

I believe we spoke before when Bonnie let your guys into my apartment without notifying us.

Shelly Pecot 18 Mercer · Oct 26, 2018

Message by You: Ari Teman, Friday, October 26 2018, 5:32 PM

## Ari Teman

Oct 26, 2018

Message by Shelly Pecot 18 Mercer: Can you talk?, Friday, October 26 2018, 5:32 PM

Can you talk?



Message by Shelly Pecot 18 Mercer: I'd like to help, Friday, October 26 2018, 5:33 PM

I'd like to help

Shelly Pecot 18 Mercer • Oct 26, 2018

---

### S

Message by Shelly Pecot 18 Mercer: Our annual meeting is being scheduled for December. Hopefully we will have a significant change in the board., Saturday, October 27 2018, 3:38 PM

Our annual meeting is being scheduled for December. Hopefully we will have a significant change in the board.

Shelly Pecot 18 Mercer • Oct 27, 2018

---

## Shelly Pecot 18 Mercer

Message by Shelly Pecot 18 Mercer: Hi Ari, they have postponed our annual meeting until mid January. We are trying to fight it and go ahead in December, I'll let you know., Sunday, November 18 2018, 2:20 AM

Hi Ari, they have postponed our annual meeting until mid January. We are trying to fight it and go ahead in December, I'll let you know.

Message by Shelly Pecot 18 Mercer: The buildings legal council has bowed out of my case and told them to use someone else. I think they are getting tired of dealing with her., Sunday, November 18 2018, 2:21 AM

The buildings legal council has bowed out of my case and told them to use someone else. I think they are getting tired of dealing with her.

Message by Shelly Pecot 18 Mercer: I'd love the name of the female attorney you mentioned?, Sunday, November 18 2018, 2:22 AM

I'd love the name of the female attorney you mentioned?

Shelly Pecot 18 Mercer • Nov 18, 2018

Message by You: I'm going to have to lien the building and each unit, Wednesday, December 19 2018, 1:54 PM

I'm going to have to lien the building and each unit

Dec 19, 2018



Message by Shelly Pecot 18 Mercer: So the new system is not yours? That is insane, Wednesday, December 19 2018, 2:52 PM

So the new system is not yours?  That is insane

Shelly Pecot 18 Mercer • Dec 19, 2018

Message by You: It's not. You should object to it. Butterfly is really expensive and doesn't work as well, Wednesday, December 19 2018, 4:14 PM

It's not. You should object to it. Butterfly is really expensive and doesn't work as well

Message by You: Our system was working fine until she arbitrarily removed it, Wednesday, December 19 2018, 4:15 PM

Our system was working fine until she arbitrarily removed it

Dec 19, 2018

Message by Shelly Pecot 18 Mercer: I am asking my attorney to try and get an injunction, Wednesday, December 19 2018, 4:15 PM

I am asking my attorney to try and get an injunction



Message by Shelly Pecot 18 Mercer: We were meant to have our annual meeting in October and they have finally scheduled it for Jan 16th. Hopefully there will be a change in leadership and we can sort this out, Wednesday, December 19 2018, 4:16 PM

We were meant to have our annual meeting in October and they have finally scheduled it for Jan 16th.  Hopefully there will be a change in leadership and we can sort this out

Shelly Pecot 18 Mercer • Dec 19, 2018

Message by You: Best to email the group now and say, "We already have contract and Teman works. There's no reason to spend money on new system", Wednesday, December 19 2018, 4:18 PM

Best to email the group now and say, "We already have contract and Teman works. There's no reason to spend money on new system"

Dec 19, 2018

Message by Shelly Pecot 18 Mercer: attachment: Image, Saturday, December 29 2018, 8:04 AM

Message by Shelly Pecot 18 Mercer: I have been here two days and the app almost works. The camera is not able to see a face unless the person is very tall but if it does or they hit the talk function my app will show a screen where I can hit reject, talk or unlock - however those fun ruins then do not work. I am not on the board so I have no authority but it seems like it would be good to have it working even though the current board is moving forward with a new company, Saturday, December 29 2018, 8:08 AM

I have been here two days and the app almost works. The camera is not able to see a face unless the person is very tall but if it does or they hit the talk function my app will show a screen where I can hit reject, talk or unlock - however those fun ruins then do not work. I am not on the board so I have no authority but it seems like it would be good to have it working even though the current board is moving forward with a new company

Message by Shelly Pecot 18 Mercer: Also wanted you to see the paper taped over the device, Saturday, December 29 2018, 8:08 AM

Also wanted you to see the paper taped over the device



Message by Shelly Pecot 18 Mercer: I would like to see if my lawyer can stop then from contracting with a new company until after the annual shareholder' meeting on Jan 16th but they are caking there is no issue with you or your company. Could you please let me know what the status is so I can use that to stop them wasting more money and we can try to avoid litigation?, Saturday, December 29 2018, 8:42 AM

I would like to see if my lawyer can stop then from contracting with a new company until after the annual shareholder' meeting on Jan 16th but they are caking there is no issue with you or your company. Could you please let me know what the status is so I can use that to stop them wasting more money and we can try to avoid litigation?

Shelly Pecot 18 Mercer • Dec 29, 2018

Message by You: What height is the camera from the ground you stand on?, Saturday, December 29 2018, 9:58 AM

What height is the camera from the ground you stand on?

Message by You: You should remove the paper so people use the system, Saturday, December 29 2018, 10:04 AM

You should remove the paper so people use the system

Message by You: And you can get someone to lower the device to the correct height (42" of the ground, camera at 54"), Saturday, December 29 2018, 10:05 AM

And you can get someone to lower the device to the correct height (42" of the ground, camera at 54")

Message by You: Regardless we will remove any device they put up and restore our service per our contract so it's foolish for them to spend money on devices we'll throw away immediately, Saturday, December 29 2018, 10:06 AM

Regardless we will remove any device they put up and restore our service per our contract so it's foolish for them to spend money on devices we'll throw away immediately

Dec 29, 2018



Message by Shelly Pecot 18 Mercer: Unfortunately I am not in a position to move anything as a non board member. Perhaps you or you attorney can send an email to shareholders. Is the paper taped up there blocking anything that would make the system not work? Hopefully they will not sign a new contract until after the annual meeting and the new board can work with you to get this fixed. What do we owe you if we take your system out? Maybe that will shock the shareholders into reliving how stupid this all is!, Saturday, December 29 2018, 10:12 AM

Unfortunately I am not in a position to move anything as a non board member. Perhaps you or you attorney can send an email to shareholders. Is the paper taped up there blocking anything that would make the system not work? Hopefully they will not sign a new contract until after the annual meeting and the new board can work with you to get this fixed. What do we owe you if we take your system out? Maybe that will shock the shareholders into reliving how stupid this all is!

Shelly Pecot 18 Mercer • Dec 29, 2018

Message by You: They literally covered the camera, Saturday, December 29 2018, 10:13 AM

They literally covered the camera

Dec 29, 2018

Message by Shelly Pecot 18 Mercer: Jeez!!, Saturday, December 29 2018, 10:13 AM

Jeez!!

Shelly Pecot 18 Mercer • Dec 29, 2018

Message by You: You owe us $18,000 and the remainder of the bill, Saturday, December 29 2018, 10:13 AM

You owe us $18,000 and the remainder of the bill

Dec 29, 2018

Message by Shelly Pecot 18 Mercer: That is what I was afraid of. I moved the paper and the next morning it was back, Saturday, December 29 2018, 10:14 AM

That is what I was afraid of.  I moved the paper and the next morning it was back

Shelly Pecot 18 Mercer • Dec 29, 2018

Message by You: I'm sure it's Bonnie, Saturday, December 29 2018, 10:14 AM

I'm sure it's Bonnie

Message by You: Just peel it off every day until they quit, Saturday, December 29 2018, 10:14 AM

Just peel it off every day until they quit

Dec 29, 2018

Message by Shelly Pecot 18 Mercer: I think she has Stephanie doing it as she is not here. Sadly I leave today, Saturday, December 29 2018, 10:14 AM

I think she has Stephanie doing it as she is not here. Sadly I leave today

Shelly Pecot 18 Mercer • Dec 29, 2018

Message by You: You should do a Pulman Case to get her out of the building for sure, Saturday, December 29 2018, 10:15 AM

You should do a Pulman Case to get her out of the building for sure

Dec 29, 2018

Message by Shelly Pecot 18 Mercer: What was that female lawyers name, Saturday, December 29 2018, 10:15 AM

What was that female lawyers name



Message by Shelly Pecot 18 Mercer: ?, Saturday, December 29 2018, 10:15 AM

?

Shelly Pecot 18 Mercer • Dec 29, 2018

Message by You: Michelle Itkowitz, Saturday, December 29 2018, 10:15 AM

Michelle Itkowitz

Dec 29, 2018

Message by Shelly Pecot 18 Mercer: I think they are sabotaging your system to get their money back - so sorry you are entangled in this mess!, Saturday, December 29 2018, 10:17 AM

I think they are sabotaging your system to get their money back - so sorry you are entangled in this mess!

Message by Shelly Pecot 18 Mercer: So I just used it and inspire of not being able to not take my picture, it worked except it said door was unlocked and I could go in but it was not unlocked, Saturday, December 29 2018, 10:21 AM

So I just used it and inspire of not being able to not take my picture, it worked except it said door was unlocked and I could go in but it was not unlocked

Message by Shelly Pecot 18 Mercer: Sorry meant to say it could not take my picture but I pretended to be a visitor, took the photo then answered call on you app and hit unlock. The intercom panel said I could go in but the door was still locked, Saturday, December 29 2018, 10:23 AM

Sorry meant to say it could not take my picture but I pretended to be a visitor, took the photo then answered call on you app and hit unlock. The intercom panel said I could go in but the door was still locked

Shelly Pecot 18 Mercer • Dec 29, 2018

Message by You: They likely disconnected the intercom from the physical lock, Saturday, December 29 2018, 10:38 AM

They likely disconnected the intercom from the physical lock

Message by You: Given they are sabotaging it, Saturday, December 29 2018, 10:38 AM

Given they are sabotaging it

Dec 29, 2018

Message by Shelly Pecot 18 Mercer: I would suspect so, Saturday, December 29 2018, 10:40 AM

I would suspect so

Message by Shelly Pecot 18 Mercer: FYI I've been told Bonnie's husband grew up in a contracting company and knows how to do stuff like that., Saturday, December 29 2018, 10:52 AM

FYI I've been told Bonnie's husband grew up in a contracting company and knows how to do stuff like that.

Shelly Pecot 18 Mercer • Dec 29, 2018

Message by You: You can hire any locksmith to fix this, Saturday, December 29 2018, 10:53 AM

You can hire any locksmith to fix this

Message by You: We could send someone but they'll only sabotage it again, Saturday, December 29 2018, 10:53 AM

We could send someone but they'll only sabotage it again

Message by You: Can you get me a notarized affidavit before you leave? The bank of America near you will likely notarize, Saturday, December 29 2018, 10:54 AM

Can you get me a notarized affidavit before you leave? The bank of America near you will likely notarize

Dec 29, 2018

Message by Shelly Pecot 18 Mercer: Margaret (6th F) is a good contact if you need anything regarding building I'll send you her contact. Again I wish I could fix it but I have no right as a non board member., Saturday, December 29 2018, 10:54 AM

Margaret (6th F) is a good contact if you need anything regarding building I'll send you her contact. Again I wish I could fix it but I have no right as a non board member.

Message by Shelly Pecot 18 Mercer: I am on way to airport for 1:55 flight, will so if needed when I get back, Saturday, December 29 2018, 10:54 AM

I am on way to airport for 1:55 flight, will so if needed when I get back

Message by Shelly Pecot 18 Mercer: NY will not accept a notary for Louisiana I have learned from my own case, Saturday, December 29 2018, 10:55 AM

NY will not accept a notary for Louisiana I have learned from my own case

Shelly Pecot 18 Mercer • Dec 29, 2018

Message by You: "To whom it may concern. The Teman intercom was fully functional and at the correct height until Bonnie Soon Osberger had it moved to a height too tall for use without the permission or knowledge of the shareholders or intercom company.", Saturday, December 29 2018, 10:55 AM

"To whom it may concern. The Teman intercom was fully functional and at the correct height until Bonnie Soon Osberger had it moved to a height too tall for use without the permission or knowledge of the shareholders or intercom company."

Dec 29, 2018

Message by Shelly Pecot 18 Mercer: I live in New Orleans but back the 16th, Saturday, December 29 2018, 10:55 AM

I live in New Orleans but back the 16th

Shelly Pecot 18 Mercer • Dec 29, 2018

Message by You: "It also appears she disconnected the intercom from the door lock, and taped paper over the camera., rendering it unusable. She did this without a vote and without knowledge of the management company.", Saturday, December 29 2018, 10:56 AM

"It also appears she disconnected the intercom from the door lock, and taped paper over the camera., rendering it unusable. She did this without a vote and without knowledge of the management company."

Message by You: You can do it in NoLa and email, Saturday, December 29 2018, 10:56 AM

You can do it in NoLa and email

Dec 29, 2018

Message by Shelly Pecot 18 Mercer: And I was not there before so that would be shot down In court easily this is the first time I have been in town since it was installed, Saturday, December 29 2018, 10:57 AM

And I was not there before so that would be shot down In court easily this is the first time I have been in town since it was installed

Message by Shelly Pecot 18 Mercer: I'll I can say for sure is that it works now except the camera height is wrong and the door won't unlock. Tracey from 4th F said the contractors doing entry hall Told her that Bonnie has them move it., Saturday, December 29 2018, 10:58 AM

I'll I can say for sure is that it works now except the camera height is wrong and the door won't unlock.  Tracey from 4th F said the contractors doing entry hall
Told her that Bonnie has them move it.



Message by Shelly Pecot 18 Mercer: Oh and the paper being over the camera, Saturday, December 29 2018, 10:59 AM

Oh and the paper being over the camera

Shelly Pecot 18 Mercer • Dec 29, 2018

Message by You: The door lock isn't connected to the lock. If the screen says it's unlocking that means the relay is clicking but the lock isn't plugged in, Saturday, December 29 2018, 11:11 AM

The door lock isn't connected to the lock. If the screen  says it's unlocking that means the relay is clicking but the lock isn't plugged in

Dec 29, 2018

Message by Shelly Pecot 18 Mercer: That is what it seems like to me, Saturday, December 29 2018, 11:32 AM

That is what it seems like to me

Message by Shelly Pecot 18 Mercer: I think the tablets you can buy with the system would be much better for our owners, the phone thing is throwing them. How much are the tablets?, Saturday, December 29 2018, 11:36 AM

I think the tablets you can buy with the system would be much better for our owners, the phone thing is throwing them. How much are the tablets?



Message by Shelly Pecot 18 Mercer: So it turns out the paper over the camera was put on by Tracey who just did not know any better., Saturday, December 29 2018, 5:09 PM

So it turns out the paper over the camera was put on by Tracey who just did not know any better.

Shelly Pecot 18 Mercer • Dec 29, 2018

Shelly Pecot 18 Mercer



Message by Shelly Pecot 18 Mercer: Let me know if you have a minute to talk?, Thursday, January 10 2019, 10:44 AM

Let me know if you have a minute to talk?

Shelly Pecot 18 Mercer • Jan 10, 10:44 AM

Message by You: Sure, Thursday, January 10 2019, 10:44 AM

Sure

Jan 10, 10:44 AM

Message by Shelly Pecot 18 Mercer: Please only Bcc me on emails. So far they don't know it is me forwarding you information, Thursday, January 10 2019, 11:38 AM

Please only Bcc me on emails.  So far they don't know it is me forwarding you information

Message by Shelly Pecot 18 Mercer: I heard her rent controlled apartment was illegally subleased from someone else and now she sublets it. Who knows!, Thursday, January 10 2019, 11:39 AM

I heard her rent controlled apartment was illegally subleased from someone else and now she sublets it.  Who knows!

Shelly Pecot 18 Mercer • Jan 10, 11:39 AM

## Shelly Pecot 18 Mercer

Message by Shelly Pecot 18 Mercer: Margaret says the unit was covered with cardboard yesterday?, Monday, January 14 2019, 12:27 PM

Margaret says the unit was covered with cardboard yesterday?

Shelly Pecot 18 Mercer • Jan 14, 12:27 PM

Message by You: Can she send a photo?, Monday, January 14 2019, 12:34 PM

Can she send a photo?

Jan 14, 12:34 PM

Message by Shelly Pecot 18 Mercer: I'll ask her to when she goes down, Monday, January 14 2019, 12:55 PM

I'll ask her to when she goes down

Shelly Pecot 18 Mercer • Jan 14, 12:55 PM

Message by Shelly Pecot 18 Mercer: attachment: Image, Monday, January 14 2019, 1:45 PM

Message by Shelly Pecot 18 Mercer: attachment: Image, Monday, January 14 2019, 1:45 PM

Message by Shelly Pecot 18 Mercer: attachment: Image, Monday, January 14 2019, 1:46 PM

Shelly Pecot 18 Mercer • Jan 14, 1:46 PM



Shelly Pecot 18 Mercer

Message by Shelly Pecot 18 Mercer: Had. Friend take. She says the unit itself is not there and they had put cardboard over the hole which has not been taken down, Monday, January 14 2019, 1:47 PM

Had. Friend take.  She says the unit itself is not there and they had put cardboard over the hole which has not been taken down

Shelly Pecot 18 Mercer · Jan 14, 1:47 PM

Message by You: Hmm. So someone removed the device..., Monday, January 14 2019, 1:47 PM

Hmm. So someone removed the device...

Jan 14, 1:47 PM

Message by Shelly Pecot 18 Mercer: Yes that is what it looks like, Monday, January 14 2019, 1:48 PM

Yes that is what it looks like

Message by Shelly Pecot 18 Mercer: Please only Bcc me if you send Email, Monday, January 14 2019, 1:48 PM

Please only Bcc me if you send Email



Message by Shelly Pecot 18 Mercer: I don't want them to know who is sending you info, Monday, January 14 2019, 1:49 PM

I don't want them to know who is sending you info

Shelly Pecot 18 Mercer · Jan 14, 1:49 PM

Message by You: Last person to touch it was Bonnie, logs show, Monday, January 14 2019, 1:49 PM

Last person to touch it was Bonnie, logs show

Message by You: it's ok, Monday, January 14 2019, 1:49 PM

it's ok

Message by You: whatever they install, we will remove in a week and not return, Monday, January 14 2019, 1:49 PM

whatever they install, we will remove in a week and not return

Jan 14, 1:49 PM



Message by Shelly Pecot 18 Mercer: What a mess!, Monday, January 14 2019, 1:49 PM

What a mess!

Shelly Pecot 18 Mercer • Jan 14, 1:49 PM

Message by You: and they can choose if they put our device back or keep losing money on other crap, Monday, January 14 2019, 1:49 PM

and they can choose if they put our device back or keep losing money on other crap

Message by You: no mess. we have a contract to keep the intercom alive for 10 years and we'll do it. all good., Monday, January 14 2019, 1:49 PM

no mess. we have a contract to keep the intercom alive for 10 years and we'll do it. all good.

Message by You: but bonnie just cost you guys $18,000, Monday, January 14 2019, 1:50 PM

but bonnie just cost you guys $18,000

Jan 14, 1:50 PM



Message by Shelly Pecot 18 Mercer: She is trying to get it done before our annual meeting on Wednesday, Monday, January 14 2019, 1:50 PM

She is trying to get it done before our annual meeting on Wednesday

Shelly Pecot 18 Mercer • Jan 14, 1:50 PM

Message by You: They removed our device at midnight. Maybe you should call the police on her, Monday, January 14 2019, 2:05 PM

They removed our device at midnight. Maybe you should call the police on her

Message by You: She doesn't have any legal permission to vandalize the building. I would just call the police, Monday, January 14 2019, 2:06 PM

She doesn't have any legal permission to vandalize the building. I would just call the police

Message by You: A police report is actually a very good idea., Monday, January 14 2019, 2:06 PM

A police report is actually a very good idea.

Jan 14, 2:06 PM

Message by Shelly Pecot 18 Mercer: I'll talk to my lawyer, pretty sure he will advise me not to call police :), Monday, January 14 2019, 2:06 PM

I'll talk to my lawyer, pretty sure he will advise me not to call police :)

Message by Shelly Pecot 18 Mercer: Can you guys file one?, Monday, January 14 2019, 2:06 PM

Can you guys file one?

Shelly Pecot 18 Mercer • Jan 14, 2:06 PM

Message by You: Not on us to do. We are only in charge of keeping the intercom running and replacing it if someone steals/vandalizes it, Monday, January 14 2019, 2:07 PM

Not on us to do. We are only in charge of keeping the intercom running and replacing it if someone steals/vandalizes it

Jan 14, 2:07 PM

Message by Shelly Pecot 18 Mercer: Will find out where it is, Monday, January 14 2019, 2:18 PM

Will find out where it is



Message by Shelly Pecot 18 Mercer: Do we own it then rather than you?, Monday, January 14 2019, 2:18 PM

Do we own it then rather than you?

Shelly Pecot 18 Mercer • Jan 14, 2:18 PM

Message by You: It's leased technically so this is grand theft, Monday, January 14 2019, 2:24 PM

It's leased technically so this is grand theft

Message by You: I'll gladly press charges against her and her husband, but you guys need to file the report, Monday, January 14 2019, 2:24 PM

I'll gladly press charges against her and her husband, but you guys need to file the report

Message by You: Can you ask who has the device?, Monday, January 14 2019, 2:25 PM

Can you ask who has the device?

Jan 14, 2:25 PM



Message by Shelly Pecot 18 Mercer: Yes it must be Bonnie but I will ask, Monday, January 14 2019, 3:12 PM

Yes it must be Bonnie but I will ask

Shelly Pecot 18 Mercer • Jan 14, 3:12 PM

---

Shelly Pecot 18 Mercer



S

Message by Shelly Pecot 18 Mercer: No one will say where your intercom is, Wednesday, January 16 2019, 11:36 AM

No one will say where your intercom is

Shelly Pecot 18 Mercer • Jan 16, 11:36 AM

Message by You: call the police then, Wednesday, January 16 2019, 11:37 AM

call the police then

Jan 16, 11:37 AM

S

Message by Shelly Pecot 18 Mercer: And Bonnie's other address is ███████ Wednesday, January 16 2019, 11:37 AM

And Bonnie's other address is ███████

Shelly Pecot 18 Mercer • Jan 16, 11:37 AM

Message by You: then it's theft from the building and us, Wednesday, January 16 2019, 11:37 AM

then it's theft from the building and us

Jan 16, 11:37 AM

Message by Shelly Pecot 18 Mercer: Not if the board took to down, Wednesday, January 16 2019, 11:37 AM

Not if the board took to down

S

Message by Shelly Pecot 18 Mercer: Which they admit they did, Wednesday, January 16 2019, 11:37 AM

Which they admit they did

Shelly Pecot 18 Mercer • Jan 16, 11:37 AM

Message by You: then it's theft from us, Wednesday, January 16 2019, 11:52 AM

then it's theft from us

Message by You: I'll get Bonnie evicted from the other building and cut off her revenue there, Wednesday, January 16 2019, 11:53 AM

I'll get Bonnie evicted from the other building and cut off her revenue there

Jan 16, 11:53 AM

S

Message by Shelly Pecot 18 Mercer: That would be great!, Wednesday, January 16 2019, 11:53 AM

That would be great!

Shelly Pecot 18 Mercer • Jan 16, 11:53 AM

---

Shelly Pecot 18 Mercer

Message by Shelly Pecot 18 Mercer: We are still waiting on board vote results from yesterday. It is taking a ridiculous amount of time to count 6 ballots., Thursday, January 17 2019, 11:30 AM

We are still waiting on board vote results from yesterday.  It is taking a ridiculous amount of time to count 6 ballots.

Message by Shelly Pecot 18 Mercer: Jackie has them so who knows what she is up to, Thursday, January 17 2019, 11:30 AM

Jackie has them so who knows what she is up to

Shelly Pecot 18 Mercer • Jan 17, 11:30 AM

Message by You: I think you need to sue, Thursday, January 17 2019, 11:31 AM

I think you need to sue

Jan 17, 11:31 AM

Message by Shelly Pecot 18 Mercer: I am, Thursday, January 17 2019, 11:31 AM

I am

Shelly Pecot 18 Mercer • Jan 17, 11:31 AM

Message by You: Talk to Michelle Itkowitz, Thursday, January 17 2019, 11:31 AM

Talk to Michelle Itkowitz

Message by You: Tell her I sent you, Thursday, January 17 2019, 11:31 AM

Tell her I sent you

Jan 17, 11:31 AM

Message by Shelly Pecot 18 Mercer: Cool,, Thursday, January 17 2019, 11:31 AM

Cool,

Shelly Pecot 18 Mercer • Jan 17, 11:31 AM

Message by Shelly Pecot 18 Mercer: We won the board, trying to find out where your intercom is, Thursday, January 17 2019, 2:00 PM

We won the board, trying to find out where your intercom is

Shelly Pecot 18 Mercer • Jan 17, 2:00 PM

Message by You: Amazing!!!!, Thursday, January 17 2019, 2:07 PM

Amazing!!!!

Message by You: I'm so happy for you!, Thursday, January 17 2019, 2:07 PM

I'm so happy for you!

Jan 17, 2:07 PM

Message by You: Did you find the intercom, Tuesday, January 22 2019, 10:17 AM

Did you find the intercom

Jan 22, 10:17 AM

Message by Shelly Pecot 18 Mercer: Yes was just told by management that it is in the basement., Tuesday, January 22 2019, 10:48 AM

Yes was just told by management that it is in the basement.

Message by Shelly Pecot 18 Mercer: How would you like us to handle?, Tuesday, January 22 2019, 10:48 AM

How would you like us to handle?

Shelly Pecot 18 Mercer • Jan 22, 10:48 AM

Message by You: I've got to find a guy and time to re install it, Tuesday, January 22 2019, 10:49 AM

I've got to find a guy and time to re install it

Message by You: Hopefully next week, Tuesday, January 22 2019, 10:49 AM

Hopefully next week

Jan 22, 10:49 AM

Message by Shelly Pecot 18 Mercer: Let me talk to the board. The new system is installed and working., Tuesday, January 22 2019, 10:50 AM

Let me talk to the board. The new system is installed and working.

Shelly Pecot 18 Mercer • Jan 22, 10:50 AM

Message by Shelly Pecot 18 Mercer: I am out of the country but the exchange I saw was management saying it would be returned to you. I've said then we need to work something out with you but to be honest o have not had access to what has and has not been paid until now., Tuesday, January 22 2019, 10:52 AM

I am out of the country but the exchange I saw was management saying it would be returned to you. I've said then we need to work something out with you but to be honest o have not had access to what has and has not been paid until now.

Shelly Pecot 18 Mercer • Jan 22, 10:52 AM

Message by You: The fee for removal in the contract is $18,000., Tuesday, January 22 2019, 10:52 AM

The fee for removal in the contract is $18,000.

Jan 22, 10:52 AM

Message by Shelly Pecot 18 Mercer: Let me take a look at everything -, Tuesday, January 22 2019, 10:53 AM

Let me take a look at everything -

Shelly Pecot 18 Mercer • Jan 22, 10:53 AM

Message by You: Honestly given the nightmare this was, and outright abusive behavior, i'm not going to come down from that. So I'd recommend keeping our device, but I'm ok taking the check, Tuesday, January 22 2019, 10:54 AM

Honestly given the nightmare this was, and outright abusive behavior, i'm not going to come down from that. So I'd recommend keeping our device, but I'm ok taking the check

Jan 22, 10:54 AM

Message by Shelly Pecot 18 Mercer: We'll have to talk to our attorney then and get everyone's side. But let's not get ahead of ourselves, the new board is getting very different stories from each side. We need to look at everything, Tuesday, January 22 2019, 10:58 AM

We'll have to talk to our attorney then and get everyone's side. But let's not get ahead of ourselves, the new board is getting very different stories from each side. We need to look at everything

Shelly Pecot 18 Mercer · Jan 22, 10:58 AM

Message by You: If it involves lawyers there's a fee for that and binding arbitration, Tuesday, January 22 2019, 10:59 AM

If it involves lawyers there's a fee for that and binding arbitration

Message by You: Honestly I helped you a lot, so I'm finding your sudden change in tone upsetting, Tuesday, January 22 2019, 11:00 AM

Honestly I helped you a lot, so I'm finding your sudden change in tone upsetting

Jan 22, 11:00 AM

Message by Shelly Pecot 18 Mercer: No change, I just do not have the authority to write you a check for 18k, Tuesday, January 22 2019, 11:01 AM

No change, I just do not have the authority to write you a check for 18k



Message by Shelly Pecot 18 Mercer: But I absolutely want to help work this out, Tuesday, January 22 2019, 11:01 AM

But I absolutely want to help work this out

Shelly Pecot 18 Mercer · Jan 22, 11:01 AM

Message by You: So return the Butterfly, Tuesday, January 22 2019, 11:02 AM

So return the Butterfly

Message by You: Because we will remove and replace it per the contract, Tuesday, January 22 2019, 11:02 AM

Because we will remove and replace it per the contract

Jan 22, 11:02 AM



Message by Shelly Pecot 18 Mercer: Ari i don't have that authority, but give us a few days to figure it all out, Tuesday, January 22 2019, 11:02 AM

Ari i don't have that authority, but give us a few days to figure it all out

Shelly Pecot 18 Mercer · Jan 22, 11:02 AM

Message by You: OK, Tuesday, January 22 2019, 11:03 AM

OK

Jan 22, 11:03 AM

Message by Shelly Pecot 18 Mercer: Thank you!, Tuesday, January 22 2019, 11:03 AM

Thank you!

Shelly Pecot 18 Mercer • Jan 22, 11:03 AM

Message by Shelly Pecot 18 Mercer: Quick question, did you interact with Jackie?, Tuesday, January 22 2019, 11:12 AM

Quick question, did you interact with Jackie?

Shelly Pecot 18 Mercer • Jan 22, 11:12 AM

Message by You: By email if you mean the manager, Tuesday, January 22 2019, 11:36 AM

By email if you mean the manager

Jan 22, 11:36 AM

Message by Shelly Pecot 18 Mercer: Yes the manager -, Tuesday, January 22 2019, 11:44 AM

Yes the manager -

Shelly Pecot 18 Mercer • Jan 22, 11:44 AM

Message by You: Yes and she was also made aware if the contract terms, Tuesday, January 22 2019, 11:44 AM

Yes and she was also made aware if the contract terms

Message by You: I can get you guys a much better management company, Tuesday, January 22 2019, 11:44 AM

I can get you guys a much better management company

Jan 22, 11:44 AM

Message by Shelly Pecot 18 Mercer: She claims she had no Interaction with you. Anything you can forward to show otherwise would be helpful, Tuesday, January 22 2019, 11:46 AM

She claims she had no

Interaction with you. Anything you can forward to show otherwise would be helpful

Message by Shelly Pecot 18 Mercer: Yes on better management!, Tuesday, January 22 2019, 11:46 AM

Yes on better management!

Shelly Pecot 18 Mercer • Jan 22, 11:46 AM

Message by You: Many emails with her and her company, Tuesday, January 22 2019, 12:30 PM

Many emails with her and her company

Message by You: And screenshots of Sandy at the device, Tuesday, January 22 2019, 12:30 PM

And screenshots of Sandy at the device

Jan 22, 12:30 PM

Message by Shelly Pecot 18 Mercer: That would be helpful, my email is shelly.pecot@gmail.com, Tuesday, January 22 2019, 12:34 PM

That would be helpful, my email is shelly.pecot@gmail.com

Shelly Pecot 18 Mercer • Jan 22, 12:34 PM

Message by You: We're putting a lien on your building, and every unit next week, Thursday, March 14 2019, 10:20 PM

We're putting a lien on your building, and every unit next week

Message by You: Then we'll file a lawsuit and include Fraud to get 3x damages, and your own written messages to me will back it up, Thursday, March 14 2019, 10:21 PM

Then we'll file a lawsuit and include Fraud to get 3x damages, and your own written messages to me will back it up

Message by You: Have a good night, Thursday, March 14 2019, 10:21 PM

Have a good night

Message by You: I believe you're two faced and used me with no intention to be helpful, Thursday, March 14 2019, 10:21 PM

I believe you're two faced and used me with no intention to be helpful

Mar 14, 10:21 PM

Message by Shelly Pecot 18 Mercer: Wow, Thursday, March 14 2019, 10:21 PM

Wow

Message by Shelly Pecot 18 Mercer: You are truly barking up the wrong tree., Thursday, March 14 2019, 10:22 PM

You are truly barking up the wrong tree.

Shelly Pecot 18 Mercer • Mar 14, 10:22 PM

Message by You: I have a contract I'll enforce, Thursday, March 14 2019, 10:27 PM

I have a contract I'll enforce

Message by You: Your board should think hard if they want this fight, Thursday, March 14 2019, 10:27 PM

Your board should think hard if they want this fight

Message by You: Because all her email and yours will go into the filing, immediately public record, Thursday, March 14 2019, 10:28 PM

Because all her email and yours will go into the filing, immediately public record

Message by You: Or just pay what you owe, Thursday, March 14 2019, 10:28 PM

Or just pay what you owe

Mar 14, 10:28 PM

Message by Shelly Pecot 18 Mercer: Super confused where this is coming from?, Thursday, March 14 2019, 10:39 PM

Super confused where this is coming from?

Shelly Pecot 18 Mercer • Mar 14, 10:39 PM

Message by You: There's a few for removing our device and disabling it. It's in your contract. We provide the device with a contract that we'll be paid monthly for years, Thursday, March 14 2019, 10:40 PM

There's a few for removing our device and disabling it. It's in your contract. We provide the device with a contract that we'll be paid monthly for years

Message by You: And if you remove the device you have to pay the removal fee, Thursday, March 14 2019, 10:40 PM

And if you remove the device you have to pay the removal fee

Message by You: I was very very clear about this in multiple emails, Thursday, March 14 2019, 10:41 PM

I was very very clear about this in multiple emails

Message by You: Gave you guys very clear warnings, Thursday, March 14 2019, 10:41 PM

Gave you guys very clear warnings

Mar 14, 10:41 PM

Message by Shelly Pecot 18 Mercer: Then send a bill?, Thursday, March 14 2019, 10:42 PM

Then send a bill?

Shelly Pecot 18 Mercer • Mar 14, 10:42 PM

Message by You: That's not how it works in the contract but OK. I'll send the $50,000 invoice tomorrow and draw the account, Thursday, March 14 2019, 10:43 PM

That's not how it works in the contract but OK. I'll send the $50,000 invoice tomorrow and draw the account

Mar 14, 10:43 PM

Message by Shelly Pecot 18 Mercer: And the board will deal with that?, Thursday, March 14 2019, 10:43 PM

And the board will deal with that?

Shelly Pecot 18 Mercer • Mar 14, 10:43 PM

Message by You: Thanks. Cheers., Thursday, March 14 2019, 10:43 PM

Thanks. Cheers.

Message by You: Nope. Nothing to deal with. You already voted to approve our contract and I've got that in writing, too, from her, Thursday, March 14 2019, 10:44 PM

Nope. Nothing to deal with. You already voted to approve our contract and I've got that in writing, too, from her

Message by You: Contract gives us permission to draw the account so we'll do that and send a recee, Thursday, March 14 2019, 10:45 PM

Contract gives us permission to draw the account so we'll do that and send a recee

Mar 14, 10:45 PM

Message by Shelly Pecot 18 Mercer: I sincerely don't understand why are being so hostile?, Thursday, March 14 2019, 10:45 PM

I sincerely don't understand why are being so hostile?

Shelly Pecot 18 Mercer · Mar 14, 10:45 PM

Message by You: Receipt, Thursday, March 14 2019, 10:45 PM

Receipt

Message by You: Because you suddenly were nonresponsive and threw us out after I went to bat for you, Thursday, March 14 2019, 10:45 PM

Because you suddenly were nonresponsive and threw us out after I went to bat for you

Mar 14, 10:45 PM

Message by Shelly Pecot 18 Mercer: And I was involved in your contract, Thursday, March 14 2019, 10:46 PM

And I was involved in your contract

Shelly Pecot 18 Mercer · Mar 14, 10:46 PM

Message by You: So now you'll just pay us and we'll be done, Thursday, March 14 2019, 10:46 PM

So now you'll just pay us and we'll be done

Message by You: Your board was. Not my issue who is on the board now. Your building has a contract with us, Thursday, March 14 2019, 10:46 PM

Your board was. Not my issue who is on the board now. Your building has a contract with us

Mar 14, 10:46 PM

Message by Shelly Pecot 18 Mercer: I had nothing to do with you being thrown out, Thursday, March 14 2019, 10:46 PM

I had nothing to do with you being thrown out

Shelly Pecot 18 Mercer · Mar 14, 10:46 PM

Message by You: You're on the board now, Thursday, March 14 2019, 10:46 PM

You're on the board now

Message by You: It's a small building. I don't believe that, Thursday, March 14 2019, 10:47 PM

It's a small building. I don't believe that

Mar 14, 10:47 PM

Message by Shelly Pecot 18 Mercer: Let's regroup tomorrow, Thursday, March 14 2019, 10:48 PM

Let's regroup tomorrow

Shelly Pecot 18 Mercer · Mar 14, 10:48 PM

Shelly Pecot 18 Mercer



Message by Shelly Pecot 18 Mercer: I am happy to help negotiate a fair resolution but not if you are going to be threatening. As I tried to say above, I was not even aware you were contracted with prior to the box being installed. I certainly never saw the contract. Please send a synopsis of the services you provided, the original payment terms, and an explanation as to why the intercom never functioned correctly and what attempts were made to rectify that. Also what you feel you are owed under the contract. I can then present this to the board and new management., Friday, March 15 2019, 11:04 AM

I am happy to help negotiate a fair resolution but not if you are going to be threatening. As I tried to say above, I was not even aware you were contracted with prior to the box being installed. I certainly never saw the contract. Please send a synopsis of the services you provided, the original payment terms, and an explanation as to why the intercom never functioned correctly and what attempts were made to rectify that. Also what you feel you are owed under the contract. I can then present this to the board and new management.

Shelly Pecot 18 Mercer • Mar 15, 11:04 AM

Message by You: There's no negotiating. You have an exclusive agreement with us for ten years, and there's a removal fee. We have the right to draw the account. We also have the right to remove any other access control, Friday, March 15 2019, 11:32 AM

There's no negotiating. You have an exclusive agreement with us for ten years, and there's a removal fee. We have the right to draw the account. We also have the right to remove any other access control

Mar 15, 11:32 AM

Message by Shelly Pecot 18 Mercer: I don't know how I can help you then. We have asked to send your box back, we paid the installation fee and we are willing to negotiate something fair. If that is not worth talking about I suggest you present the coop with a bill and the board can go from there. I have no argument with you and I don't want to engage in a pointless text conversation or be threatened any further., Friday, March 15 2019, 12:06 PM

I don't know how I can help you then. We have asked to send your box back, we paid the installation fee and we are willing to negotiate something fair. If that is not worth talking about I suggest you present the coop with a bill and the board can go from there. I have no argument with you and I don't want to engage in a pointless text conversation or be threatened any further.

Shelly Pecot 18 Mercer • Mar 15, 12:06 PM