UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                        -v-<br><br>ARI TEMAN,<br><br>                                   Defendant. | 19-CR-696 (PAE)<br><br>ORDER |

PAUL A. ENGELMAYER, District Judge:

The Court has received the attached letter from defendant Ari Teman, dated today and received via an email from Teman's father. Teman's letter reports that he is not receiving adequate medical care in the Bureau of Prisons ("BOP") facility to which he reported on October 10, 2023. The Court expects the BOP expeditiously to attend to Teman's medical needs.

The Court directs the United States Attorney's Office for the Southern District of New York to contact the BOP, to furnish the BOP with a copy of this Order, to inquire as to the concerns Teman has raised about his medical care, and to report back to the Court in a letter filed on the docket of this case.

Separately, the Court treats Teman's letter as an application for compassionate release, triggering the administrative exhaustion requirements of 18 U.S.C. § 3582(c)(1)(A). The Court expects the Bureau of Prisons to act promptly upon this request. As noted in the Court's order at Docket 404, upon Teman's filing a letter on the docket of this case substantiating that the requirement of administrative exhaustion has been met, the Court will commission a response from the Government, and thereafter rule on Teman's application.

SO ORDERED.

 _____
 PAUL A. ENGELMAYER
 United States District Judge

Dated: October 18, 2023
 New York, New York