UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

-v-

ARI TEMAN,

Defendant.

19-CR-696 (PAE)

ORDER

---

PAUL A. ENGELMAYER, District Judge:

The Court has today received a letter from the Government, reporting that the Warden of Federal Correctional Institution ("FCI") Miami has denied the request by defendant Ari Teman for compassionate release. *See* Dkt. 408 & Ex. A (Warden's letter denying release). The Court has previously treated Teman's letter of October 18, 2023 as an application for compassionate release. *See* Dkt. 405. In light of the Warden's denial, the Court finds that Teman has met the administrative exhaustion requirements of 18 U.S.C. § 3582(c)(1)(A). *Id.*

Insofar as the Warden has issued a denial, the Court will afford Teman an opportunity to submit a response in further support of his application for compassionate release. Teman's submission is due December 20, 2023. In light of the intervening holiday, the Government's response to Teman's application is due January 10, 2024. The Court does not invite a reply.

The Clerk of Court is directed to mail a copy of this letter to Teman at FCI Miami.

SO ORDERED.

*Paul A. Engelmayer*
PAUL A. ENGELMAYER
United States District Judge

Dated: December 5, 2023
New York, New York