UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 1:19-CR-0696 (PAE) |
| ) | |
| ARI TEMAN, ) | |
| ) | |
| Defendant. ) | |

## DECLARATION OF EDEN P. QUAINTON IN SUPPORT OF MOTION FOR RECONSIDERATION

I, Eden P. Quainton, declare under penalty of perjury that the following is true and correct:

1. I am counsel for Defendant Ari Teman ("Defendant" or "Teman").

2. Set forth as Exhibit A hereto is a true and accurate copy of a letter from Dr. Alon Seifan, a Board-certified neurologist and neuropsychiatrist with knowledge of Defendant's particular medical needs and vulnerabilities.

3. Set forth as Exhibit B hereto is a true and accurate copy of an email affirmation from Mr. Vashon Gadson, the Director of Education at FCI Miami.

4. Set forth as Exhibit C hereto is a true and accurate copy of a compilation of vignettes and essays authored by Teman during his incarceration.

5. Set forth as Exhibit D hereto is a true and accurate copy of a letter drafted by Teman at FCI Miami addressed to Judge Paul A. Englemayer.

Dated:   February 7, 2024
         New York, NY

*Den Quainton*
EDEN P. QUAINTON