

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

February 21, 2024

**BY CM/ECF**

The Honorable Paul A. Engelmayer
United States District Judge
Southern District of New York
United States Courthouse
40 Foley Square
New York, New York 10007

      Re:    *United States v. Ari Teman*, S2 19 Cr. 696 (PAE)

Dear Judge Engelmayer:

      The Government writes respectfully in connection with defendant Ari Teman's motion for reconsideration of the Court's denial of his motion for compassionate release, pursuant to 18 U.S.C. § 3582. (*See* Dkts. 417, 418). Teman's initial motion was made on October 18, 2023, in a *pro se* letter sent to the Court, and then supplemented on December 19, 2023, in a filing submitted by Teman's counsel. (*See* Dkts. 405, 411). The Government opposed Teman's application (Dkt. 413) and, on January 24, 2024, the Court denied Teman's motion (Dkt. 414). On February 7, 2024, Teman made a motion for reconsideration of the Court's Order, to which the Court ordered the Government to respond by February 22, 2024. (*See* Dkt. 419). On February 20, 2024, the undersigned commenced a trial before Judge Castel, which is expected to last approximately two to three weeks; prior to that, the undersigned was involved in preparation for that trial. As a result, the Government respectfully requests a two-week extension of its deadline to respond to Teman's motion for reconsideration, until March 7, 2024.

      Respectfully submitted,

      DAMIAN WILLIAMS
      United States Attorney for the
      Southern District of New York

By:    /s/
      Jacob H. Gutwillig
      Assistant United States Attorney
      (212) 637-2215

Cc:    Defense counsel (by CM/ECF)