UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-v-

ARI TEMAN,

Defendant.

19-CR-696 (PAE)

ORDER

PAUL A. ENGELMAYER, District Judge:

The Court has received the Government's February 21 letter requesting a two-week

adjournment, until March 7, 2024, of the Government's deadline to respond to the motion by

defendant Ari Teman for reconsideration of its January 24, 2024 decision denying compassionate

release.  Dkt. 420.  The Court has also received Teman's February 21 letter opposing this

request.  Dkt. 421.  The Court grants the two-week extension.  However, the Government should

not expect further extensions of this deadline.

SO ORDERED.

_____
PAUL A. ENGELMAYER
United States District Judge

Dated: February 22, 2024
       New York, New York