**Eden P. Quainton**
**Quainton Law, PLLC**

**2 Park Ave., 20th Fl.**
**New York, NY 10016**

**245 Nassau St.**
**Princeton, NJ 08540**

---

**Telephone (212) 419-0575, (609) 356-0526**
**Cell: (202) 360-6296**
**Eden.quainton@quaintonlaw.net**

February 21, 2024

**VIA ECF**

The Honorable Paul A. Engelmayer
United States District Judge
Southern District of New York
United States Courthouse
40 Foley Square
New York, New York 10007

Re: <u>United States v. Ari Teman, 19-cr-0696 (PAE) –
Letter from Ari Teman and Supporting Documents</u>

Dear Judge Englemayer,

    I represent the Defendant, Ari Teman (the "Defendant" or "Teman") in the above-referenced matter.

    For the past several days, I have been receiving alarming reports that Teman's condition is sharply deteriorating and that he is suffering testicular pain at level of 9/10. Despite many requests for evaluation and treatment, he has not been evaluated by a specialist. I am currently representing the mother of a young man who died after developing testicular cancer on Riker's Island, so I take this issue extremely seriously.

    I am attaching a letter from Mr. Teman in which he respectfully requests that he be released on an urgent basis with the understanding that he will be taken immediately to the emergency room at Mount Sinai Miami Beach. *See* Exhibit A. I am also attaching a letter from Dr. Jonathan Fleischmann, a Board-Certified urologist who opines that any report of testicular pain at the 9/10 level requires immediate evaluation and treatment, together with Dr. Fleischmann's cv, and letters from Teman's parents and two close friends expressing their concern about Teman's access to medical care. *See* Exhibit B.

    I realize there is a motion for reconsideration pending, but I respectfully request your Honor consider the attached and order Teman's release on an emergency basis so that he can be taken to Mount Sinai Miami Beach for evaluation and treatment.

Respectfully submitted,

*/s/ Eden Quainton*
Eden P. Quainton

cc: All counsel of record (via ECF)