# EXHIBIT A

Dear Judge Engelmayer,

I have filed written requests on Trulincs to be examined by a urologist on Feb 3, 4, 6, 9, 22, 23, 24, 25 and made in-person requests on Feb 6, 12, 14 (when I was injected with steroids), 16 (COVID test), 22, 24, 25th. I have also made requests in writing to the medical administrators and the warden. I have also had friends and family email the warden, medical administrators, and Director of the BOP.

It feels like a dog has bitten my right testicle and is chewing it. Please excuse the graphic image, but the pain is a 7-to-9 out of 10 and has been this way for more than a week. I have cried from the pain, and been unable at times to read or focus. I have been woken in the night from the pain. Ibuprofen and Tylenol (generic) take the pain from a 9 to a 7, but not always. The CO's have made multiple emergency calls due to this pain, which seems to get worse as the days get later, perhaps due to the pain relievers wearing off or additional stress from movement, and have begged on multiple days to be brought to the ER.

Despite these many requests in writing (available on Trulincs/Corrlincs to the Govt, and scanned and emailed to Mr. Gadson (vgadson@bop.gov) and from him to unit team members Mr. Kost (gkost@bop.gov) and Mr. S. Martin, I have yet to have a single physical exam of the testicle and surrounding area.

On Saturday night, the Lieutenant called Dr. Alarcon at home, who told him to tell me to take 2 Tylenol and see the PA at 6am. There was no PA at 6am, only a nurse (Dominguez) who said, "I'm not a specialist, you need a doctor."

Your Honor, I respectfully beg you to please release me immediately and I will go directly to the emergency room and I will provide proof of this (as you had me do when I needed surgery to open my airways).

The written requests on Trulincs on Feb 3rd, 4th, 6th, 9th, and onward specify there is a lump and pain. Yet still no exam. I fear losing the ability to have children, and am very frightened not only by the level of pain and the time it has lasted, but also by the lack of action by the staff. If I were to walk into the Mount Sinai Miami Beach ER today, I would be seen and have imaging done within hours and know what I'm dealing with, but here it has been nearly a month.

On top of that, as the Trulincs messages will also show, I have still not been given allergy tests despite them refusing to accommodate diet needs (lactose & wheat intolerances allergic reactions). As a result, on the 14th I had a medical emergency and could not breathe, and they injected me with Medrol and Benadryl. Two days later I had a flu that lasted a week and was so bad my cell-mate requested to be moved because I was gasping for air and coughing all night and he could not sleep. Steroids are not an appropriate solution to avoid changing the diet to remove wheat and dairy, and further immunocompromise someone and raise the risk of infection -- the results were inevitable and they were very painful. If it takes them from October until Feb 26th and they STILL have not gotten an allergist or changed the diet, it is worrying to think how they will treat a cancer or growth or injury to a testicle, when time is even more critical.

Permanent injury to my ability to reproduce (don't worry, the kids will take after their mom, we can hope!) and constant pain and suffering from allergic reactions due to a failure to schedule a specialist or just change the meals for 5 months are outside the aims of Your Honor's sentencing, and surely unethical. It is public knowledge the BOP is understaffed and has had hundreds of preventable deaths occur, and I am asking Your Honor to please release me today on the understanding I am heading directly to the Mount Sinai Miami Beach Emergency Room to be treated.

Thank you,
Ari
s/Ari Teman/
via Mr. Quainton via Trulincs