# EXHIBIT B

Email from Dr. Jonathan Fleischmann to David Teman
Sent by Dr. Fleischmann from NY/NJ 26 February 26, 2024
Received by David Teman in Israel 12:38AM 27 February 27, 2024

jdtheflash@aol.com          12:38 AM (1 hour ago)

to me

To whom it may concern:

Any man experiencing pain in the testicle he describes as 9 on a scale of 1 to 10 needs immediate examination, imaging and treatment.

- Jonathan Fleischmann, MD, FACS

> excruciating pain requires urgent treatment by a specialist for what could be an emergency.

Dr. Jonathan Fleischmann Background:

https://doctor.webmd.com/doctor/jonathan-fleischmann-bd0b9339-fbc4-462d-b8be-d1ca5ba919a3-overview

Dr. Fleischmann received undergraduate, graduate and medical degrees from Brown University. During residency training at Washington University, St. Louis, Missouri, he was a National Kidney Foundation Fellow specializing in kidney cancer research.

Between 1985 and 1992 he was on faculty at Case Western Reserve University in Cleveland, Ohio, during which time he was admitted as a Fellow of the American College of Surgeons.
In 1992 he joined the Albert Einstein College of Medicine faculty as the chief of service at the Weiler Hospital division and director of urologic oncology.

In 1997 he entered private practice in the Bronx and has maintained a continuing interest in specialized cancer care, particularly of the prostate, kidney and bladder. He has privileges at Montefiore Medical Center Hospitals, Westchester Square Medical Center, Calvary and Morningside House.

| | |
|---|---|
| **From:** | TEMAN ARI (18244104) |
| **Sent Date:** | Saturday, February 24, 2024 9:07 PM |
| **To:** | david@thetemans.com |
| **Subject:** | Please email BOP- I am in pain & being denied care |

Hi Rabbis and friends,

I need your help, emailing BOP officials to get me medical care.

The doctor here, who is reportedly under criminal investigation (see below), has been denying me a urologist for 3+ weeks despite excruciating pain which has gotten much worse. I have submitted multiple requests and they continue to deny care.
Today I spent mostly in bed from the pain and tonight the pain is 9/10 and I am worried about losing the ability to have children if this persists.

I need outside advocacy to move them to have me seen by a urologist and emails from Rabbis and family and friends will help.

Can you please email: Director Peters, Warden Huette, Director Hugo, Dr. Alarcon, Dr. Chipi

 cpeters@bop.gov , gheuette@bop.gov, ghuette@bop.gov, gheuett@bop.gov, gheutte@bop.gov, thugo@bop.gov , ialarcon@bop.gov , mchipi@bop.gov

I am unsure of the warden's spelling, so please CC all variations of his last name "G. Huette" if you cannot find it on Google (if you can, please let me know so I can spell it correctly in the future).

And ask them to have me seen immediately by a board-certified urologist?

This is embarrassing to ask, but this is the BOP and without outside advocacy this doctor Alarcon, will deny me medical care for the next 81 days I am here and g-d forbid that could have permanent damage.

Please email and ask that I be seen by a board-certified urologist and that imagery be taken and treatment be given to ensure there is no permanent damage.

The case where the doctor is questioned about being investigated for illegal kickbacks and medicla malpractice is  "22-CV-22845-JEM". When he is asked if he has (a) "ever been the target of a criminal invesigation for recieving kickbacks", and (b) has ever "recieved payment from Larkin Hospital or its representatives" for sending them patients from the BOP, and he answers both times, "I don't recall" (rather than "No" or "Not to my knowledge"). Multiple staff members and men incarcerated warned me of him, and he is being sued for malpractice for similar alleged negligence and abuse of another inmate, Mr. Groover, and he has been nothing but abusive to me and other inmates who have described their experiences with him. Therefore, without your emailing, I will not recieve care. Please email, as every person who does will help me get care.

Thank you,
Ari





Gmail

32 of 75,526

Re: [EXTERNAL] Medical urgency - Ari Teman 18244-104 Inbox

**Hugo, Teala (BOP)** Mon, Feb 26, 4:50 PM (8 hours ago)
to me, Martha, ialarcon@bop.gov, cpeters@bop.gov, gheuette@bop.gov, ghuette@bop.gov, Grant, gheutte@bop.gov, Eden, Rabbi, suzan

Your email was forwarded to the Health Services Department for review. Please be advised FCI Miami is not permitted to release non-public information (which includes information concerning medical conditions, prescriptions, etc.) pursuant to applicable laws, e.g. the Freedom of Information Act (5 U.S.C. 552), and the Privacy Act (5 U.S.C. 552a).

*Teala Hugo*
Asst. Health Services Administrator
Federal Correctional Institution (FCI MIAMI)
Office: 305-259-2182

---

**From:** D Teman <dteman@gmail.com>
**Sent:** Sunday, February 25, 2024 5:24 AM
**To:** Hugo, Teala (BOP) <thugo@bop.gov>; Chipi, Martha R. (BOP) <mchipi@bop.gov>; ialarcon@bop.gov <ialarcon@bop.gov>; cpeters@bop.gov <cpeters@bop.gov>; gheuette@bop.gov <gheuette@bop.gov>; ghuette@bop.gov <ghuette@bop.gov>; Heuett, Grant (BOP) <gheuett@bop.gov>; gheutte@bop.gov <gheutte@bop.gov>
**Cc:** Eden Quainton <equainton@gmail.com>; Rabbi Shmuel Spritzer <ro@jewishprisoner.com>; suzan teman <suzan@thetemans.com>
**Subject:** [EXTERNAL] Medical urgency - Ari Teman 18244-104

Ari Teman (registration number 18244-104) is our son, whom we love. We are very worried about the extreme physical pain he is experiencing and beg you for your kind and urgent help. Ari is experiencing severe testicular pain. He also has had many years of inflammatory, immunological and neurological medical issues, as has been documented by a board-certified neurologist. We ask that you please arrange for Ari to be examined as soon as possible by a urologist and allergist with testing and scanning technology they may require.

Thank you,
Suzan and David Teman

Thank you for your assistance. | Thank you for your response. | Thank you for letting us know!

Gmail

17 of 75,526

# Fwd: [EXTERNAL] Ari Teman- Medical Care

Inbox × d@thet ×

**Jeff Katz** <jeffkatz1@gmail.com>
to equainton@gmail.com, david

Mon, Feb 26, 8:57 PM (4 hours ago)

Hi. Ari asked me to forward this to you, a response to an email I sent to Director Peters and Warden Huette.

---------- Forwarded message ---------
From: **Hugo, Teala (BOP)** <thugo@bop.gov>
Date: Mon, Feb 26, 2024 at 9:50 AM
Subject: Re: [EXTERNAL] Ari Teman- Medical Care
To: jeffkatz1@gmail.com <jeffkatz1@gmail.com>

Your email was forwarded to the Health Services Department for review. Please be advised FCI Miami is not permitted to release non-public information (which includes information concerning medical conditions, prescriptions, etc.) pursuant to applicable laws, e.g. the Freedom of Information Act (5 U.S.C. 552), and the Privacy Act (5 U.S.C. 552a).

*Teala Hugo*
Asst. Health Services Administrator
Federal Correctional Institution (FCI MIAMI)
Office: 305-259-2182

---

**From:** Jeff Katz <jeffkatz1@gmail.com>
**Sent:** Monday, February 26, 2024 9:22 AM
**To:** Jeff Katz <jeffkatz1@gmail.com>
**Subject:** [EXTERNAL] Ari Teman- Medical Care

Hello Director Peters and Warden Huette.

I have been in communication with Ari Teman (18244104 in corrlinks) and it has come to my attention that he has been denied access to be seen by a board certified urologist for 3+ weeks despite excruciating pain which has gotten worse. He has submitted multiple requests and he is continuing to be denied care.

Ari (and his loved ones) are concerned that without outside advocacy this doctor, Alarcon, will deny Ari's medical care for the next 81 days that he is in prison and g-d forbid that could

# Fwd: Ari Teman

**Marc Mouhadeb**
to me

2:13 AM (4 minutes ago)

Marc Mouhadeb
Principal
Omri Investments Inc.
M: 917.881.7944
Marc@OmriInvestments.com

Begin forwarded message:

**From:** Marc Mouhadeb <marc@omriinvestments.com>
**Date:** February 25, 2024 at 7:42:00 AM EST
**Subject: Re: Ari Teman**

Hi – My name is Marc Mouhadeb and emailing you to request that Ari Teman be able to see a urologist. I am a dear friend of his and know he is in dire pain.

While I am sure there is a backlog and the doctor is busy, this is very important as he believes this can cause irreversible damage to his organs.

Thank You,

Marc Mouhadeb