UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-v-

ARI TEMAN,

Defendant.

19-CR-696 (PAE)

ORDER

PAUL A. ENGELMAYER, District Judge:

The Court has received an email from the parents of defendant Ari Teman, attaching letters from Teman that address his medical circumstances. The Court understands these letters to have been submitted in support of Teman's pending motion for reconsideration of the Court's denial of Teman's application for compassionate release. Because Teman's letters overwhelmingly address medical matters, they are properly filed under seal, and the Court is doing so, along with a copy of the parents' email to the Court. Government counsel was copied on the parents' email and therefore has access to it and its attachments.

SO ORDERED.

_____
PAUL A. ENGELMAYER
United States District Judge

Dated: March 8, 2024
       New York, New York