# EDEN P. QUAINTON
## QUAINTON LAW, PLLC

NEW YORK, NY 10016    2 PARK AVE., 20TH FL.

245 NASSAU ST.
PRINCETON, NJ 08540

TELEPHONE (212) 419-0575, (609) 356-0526
CELL: (202) 360-6296
EDEN.QUAINTON@QUAINTONLAW.NET

March 11, 2024

**VIA ECF**

The Honorable Paul A. Engelmayer
United States District Judge
Southern District of New York
United States Courthouse
40 Foley Square
New York, New York 10007

Re: *United States v. Ari Teman, 19-cr-0696 (PAE)* –
Request for Extension to File Reply to Opposition to Motion for Reconsideration

Dear Judge Englemayer,

I represent the Defendant, Ari Teman (the "Defendant" or "Teman") in the above-referenced matter.

After requesting and obtaining a one-week extension to respond to the motion for reconsideration of your Honor's denial of Teman's application for compassionate release, the Government filed its opposition to Teman's motion on March 7, 2024. Dkt. 426. I am in turn facing an exceptionally challenging series of deadlines, with a reply to an opposition to a motion for summary judgement in the matter of *Grand v. City of Ohio, et al.*, 22-cv-1594 due today; a reply to an opposition to a motion for leave to amend in the matter of *GateGuard, Inc. v. Amazon.com, Inc. et al.*, 21-cv-9321 due on March 13, 2024; and a joint pre-trial memorandum, jury instructions and voir dire questions in the matter of *Shahidi v. Robinette, et al.*, 22-cv-6075 due on March 15, 2024. Given the demands of these cases, which will conflict with my ability to advocate effectively for Teman, who continues to experience severe pain and suffering for a range of serious medical conditions, I respectfully request a short extension, to Monday, March 18, 2024, to file Teman's reply to the Government's opposition. I have conferred with opposing counsel and the Government does not oppose the present request.

I thank your Honor for your courtesies.

Respectfully submitted,

*Den Quainton*

Eden P. Quainton

**GRANTED.** The Clerk of Court is requested to terminate the motion at Dkt. No. 429.

SO ORDERED.    3/11/2024

*Paul A. Engelmayer*
PAUL A. ENGELMAYER
United States District Judge