# EXHIBIT A

# Eden Quainton

| | |
|---|---|
| **From:** | TEMAN ARI (18244104) |
| **Sent Date:** | Wednesday, February 28, 2024 7:19 AM |
| **To:** | equainton@gmail.com |
| **Subject:** | Update on medical 1 |

Hi Eden and Dad,

They took me in chains (and a "black box", ouch!) to Larkin Hospital, which we know of from the Groover deposition. :\ This was after having me sit on an old wooden bench outside the lieutenant's office for about 2 hours, I had to stand a bunch b/c of the pain, but had some nice chats with the pastor (he's going to educate the staff to not ask Jews to flip on lights on Fri night & holidays) and Mr. Gadson and some others. We all thought I was going home, but instead they took me to Larkin.

The good news is they did an ultrasound and found no tumor, mass, or tortion. There is blood flow in the testical.

The bad news is they have no idea what is causing the extreme pain and say it could go on for weeks or months.

They did not do an MRI or examine the area around the groin, just the scrotum, or do a neurological exam, or deal with the allergy issues and allergic reacions, which I could do on the outside in a week or two, but they say will not get done here before May, when I leave.

The doctor who saw me was a Dr. S (sp?) Razdan, whose husband apparently oversees the urology department, too, a Dr. Sanjay Razdan (someone under him saw me, not him. He was not there).

**They said you can get the notes from him, because the urologist's notes were not ready when they took me back. Please do get these notes from Dr. Sanjay Razdan, and ask Dr. Fleishmann and Dr. Seifan to review.

The urologist, a young guy, maybe mid-30s, Alex something (I think C_... there was no pen and paper for notes == Dr. Sanjay Razdan did NOT see me), said that it is an "Orchadia" (spelling?), which he said is "like a headache that comes and stays for weeks or months" or like a "spasm".

He said it may have been caused by a number if things:

1. The infection I had at the end of January (I put in a sick call Feb 1 because I was sick and dizzy already a few days)
2. A neurological issue  (thus worth updating Dr. Seifan)
3. A twist, or tortion, that undid itself or that I undid (I did a lot ofshifting things around Sat night to try and get it more comfortable when they were refusing to take me to the hospital... I was pretty desparate)
4. A bruise that left it spasming (But I did & do not recall any such injury)

He told me to take Ibuprofin and Tylenol.

He also prescribed and provided a jock support, but the nurse here took that and said, "It needs to be approved by the doctor first", which was odd.

I'm glad I don't have cancer or tortion, but I am disturbed by this diagnosis, because in 41 years I've never felt such pain and certainly not for a month, and it doesn't seem to get better.

It also does not explain why it feels better in some positions and not others, and why stretching helps.

Last night the nurse gave me 800mg of Ibuprofin, which is more than I usually take (200mg every 2-4 hours), and within 30 minutes the pain was back to a 6/10 and later to 7/10.

The pain is a 6/10 now after 400mg of Ibuprofin and I just got up and haven't walked (other than to the bathroom and computer, less than 50 feet) or lifted anything.

## Eden Quainton

I am not sure taking tons of Ibuprofin is safe, and certainly taking Tylenol on an ongoing basis is very dangerous...

So were I able to see my own doctors I would be seeking a second opinion and checking on inflammation and neurological issues, with Dr. Seifan and Dr. Brusanowik (degenerative disc, which has caused random pains before given it squeezes nerves), and

I would be changing my diet to eliminate all the allergens and inflammatory foods, and doing the vitamins and prescriptions I took post-COVID because it's likely one of the dozen viruses I've gotten since October was either COVID or had similar inflammatory impact.

I cannot do that here -- as discussed, it's impossible to fully control the diet here or get the supplements I take on the outside to take down inflammation. They have said they will not be able to get an allergist in for months.

While I am glad I'm not losing the ability to have kids, I think this amount of pain for weeks or months more is going to be pretty horrible in an evironment that is unforgiving if you need to rest -- they require you to stand for count, walk a long distance for food, commissary, library (computers/printer/teaching), etc.

It also does not explain the swelling at the outside, which was huge and visible through the scrotum, or the brown 2mm wide line that appears for a day or so on-and-off.

I would appreciate if Dr. Seifan & Dr. Fleishman can review (Dad, you have my permission to sign any HIPAA forms for Larkin Hospital and the urologists to provide the notes to Eden, Dr. Seifan, Dr. Fleishmann, Dr. Brusanowick, etc), because a month more of this pain is going to be absolutely brutal here.

Also, Dad, if in a separate message you can ask ChatGPT and Bing "what might cause Orchadia (not sure of spelling, testical pain), and what treatments, excercises, supplements, medicines, and/or diet changes may help alleviate it?" that would be helpful.

Thanks,
Ari