# EXHIBIT B

# Eden Quainton

| | |
|---|---|
| **From:** | TEMAN ARI (18244104) |
| **Sent Date:** | Wednesday, February 28, 2024 3:51 PM |
| **To:** | equainton@gmail.com |
| **Subject:** | RE: RE: Good news |

Hi Eden,

The urologist at Larkin (Dr. Alex C.) diagnosed me with Orchalgia, a chronic pain in the testical that can originate from inflammation, infection, or impact/pressure to the nervous system on the lines shared by the testes and scrotum. He said it's similar to a headache or spasm that once started does not stop for some time, but that does not show up on an ultrasound. The literature says the pain can last 3 months to 2+ years.

While the doctor could not say specifically what caused it, obviously, he said the timeline, an infection late January/early February (Feb 1, I put in a request to medical, dizzy and sick. Feb 4 I reported the testes pain), and the pain starting then and then increasing after *anothe*r infection following the steroid injection on Feb 14 for an allergic reaction to the kosher meal trays, means infection/inflammation may likely have triggered it.

The medical research my father sent from NIH and Urology Times says that Ibuprofin and "scrotal elevation" do not have a good success rate (84-95.8% failure rate), and that treatment requires a pain management team, and that it is a neuro-inflammatory disease, with inflammation from an infection or injury causing pain in the spine or nerve that is shared by the testical(s) and scrotum and "referring" pain to the testical. (Really, they call it "referring" pain to the testicals. They take one heck of a referral fee!)

My gutt is that I am having similar side effects to when I had the COVID infection, with my body unable to fight off inflammation, and that the pain in my neck and back are related, that the frequent, near-constant infections have put pressure on a nerve(s) and they are causing the severe pain in my testical, but this is for Dr. Seifan to opine.
-----Quainton, Eden on 2/28/2024 1:51 PM wrote:

>

Just keep documenting your pain, ideally through visits to medical. You have every right to be treated for pain.

This will all go in the reply to the Government's opposition (due March 7).

Also please see below: please prepare an initial response (not too long! Englemayer appreciates brevity). I will edit and respond.

Dear Mr. Quainton:


Judge Engelmayer asked me to send this email to you.  He is concerned about Mr. Teman's medical emergency involving severe testicular pain that you reported on Monday night.  We understand that Mr. Teman was seen by a specialist yesterday.  What were the results of Mr. Teman's medical examination?  Has that condition abated?




ARI TEMAN on 2/28/2024 8:49:23 AM wrote
I know, that's the judge's way. I think we ask Dr. Seifan and Dr. Fleishmann to review, because weeks or months more of this pain is not ideal if a change in environment or diet or a different course of treatment might reduce or eliminate it. 800mg of ibuprofin did not help... within an hour it was back to the same pain and everywhere here is

## Eden Quainton

a long walk (when your testical is screaming in pain) and it seems to get worse during/after infections.
-----Quainton, Eden on 2/27/2024 4:21 PM wrote:

&gt;

Fyi, I didn't use the word "temporarily."