UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

-v-

ARI TEMAN,

Defendant.

---

19 Cr. 696 (PAE)

ORDER

PAUL A. ENGELMAYER, District Judge:

The Court has received an email from the parents of defendant Ari Teman, asking the Court to docket various materials which the email lists, and which it states are attached, but which in fact are not attached. Teman is represented by counsel in this matter. Teman's parents should direct any such requests to Teman's counsel, not to the Court.

SO ORDERED.

*Paul A. Engelmayer*
PAUL A. ENGELMAYER
United States District Judge

Dated: April 3, 2024
       New York, New York