# EXHIBIT A



GEORGIY BRUSOVANIK, MD
MINIMALLY INVASIVE SPINE & ORTHOPEDIC SURGERY
Tel: 305-467-5678  Fax: 305-821-6782

Date: 04/05/2024

Patient: Ari Teman
Dob: 05/10/1982

Dear Honorable Judge,

    I'm writing to you regarding my patient, Mr. Ari Teman. This man has been my patient since 2021. He presented with severe back pain specifically related to degenerative discs. He has significant restrictions due to the narrowing of the canal and loss of height which produced daily, severe pain. This patient's past medical history includes severe intolerance to milk and milk products, as well as gluten. Patient has testicular pain which is very likely coming from his L5-S1 disc. Ari would need an appropriate examination. Specifically, to understand his current testicular pain, numbness, fainting, and falling. These require a Lumbar Spine MRI. His on-going treatment and monitoring are necessary and needs to be done immediately with close follow up over the next few months. These issues are very serious. The patient has lost 22lbs since October 2023. I'm writing to appeal to your sense of justice and ethics as this patient is suffering unnecessarily. His assessment at the prison infirmary did not include proper examinations, such as an MRI of his lumbar spine in order to understand the source of testicular pain. His pain is very severe, and the current treatment and lack of treatment plan amounts to malpractice and unethical, inhumane treatment. Ari needs an MRI of his lumbar spine and an evaluation of his testicle with regards to blood flow and swelling that needs to go beyond a physical exam and treatment with ibuprofen. He has recently fainted multiple times and has had falls, which makes me concerned about significant worsening of his issues. If at all possible, would you please consider a release to home confinement so that this patient can proceed with a proper medical evaluation and treatment by his treating doctors?

    With upmost respect,
    Dr. Georgiy Brusovanik, MD

**Georgiy Brusovanik, MD**
Minimaly Invasive Spine Surgery
**(305) 467 5678**
SpineDoctorMiami.com

4770 Biscayne Blvd. Suite #1100 • Miami, FL 33137
Tel: 305-467-5678  Fax: 305-821-6782
www.spinedoctormiami.com