# EXHIBIT A



Eden Quainton <equainton@gmail.com>

# Fwd: From Dr. Brusovanik
1 message

**David Teman** <david@thetemans.com>  Sun, Apr 28, 2024 at 9:46 AM
To: Eden Quainton <eden.quainton@quaintonlaw.net>
Cc: md@brusovanik.com, Ari Teman <ari@teman.com>

Hello Mr. Quainton,

This message was received from Dr. Brusovanik, MD for attention to Judge Engelmayer.

Thank you,
David Teman

---------- Forwarded message ---------
From: **Georgiy Brusovanik** <md@brusovanik.com>
Date: Sun, Apr 28, 2024 at 4:38 PM
Subject: From Dr. Brusovanik
To: <david@thetemans.com>


For attention to: Honorable District Judge Engelmayer

Your Honor,

It has been brought to my attention that defendant Ari Teman has been told that he would be transported for MRI and outside medical evaluation only with "black-box" or "martin" chains. Respectfully, Mr. Teman is correct to avoid such chains and transport as these constraints can cause added injury and persistent suffering to his already documented degenerative disc disease, lumbar and testicular pains. These constraints place strain on the spine and neck, immobilize the hands, and precludes adjustments such that it increases stresses, counters physical therapies, and causes more injury.

It has also been brought to my attention that he has been denied for months the use of an extra mattress pad on the basis of instruction by non-medical staff. The pad he previously had was taken from him and not replaced. This has been cruel and harmful especially with lumbar pain and may have exacerbated the damage to the spine as it presses the steel bed.

The orchialgia pain that Mr. Teman reports at level 7 to 9 out of 10 is consistent with pain levels referred to this area as reported by others who experience degenerative disc disease from L5-S1.

Sincerely,
Georgiy Brusovanik MD
Minimally Invasive Spine Surgery
SpineDoctorMiami.com