# EXHIBIT C

 Eden Quainton <equainton@gmail.com>

## USA v. Teman, 19-cr-696 -- Alarming development

**Eden Quainton** <equainton@gmail.com>  Tue, Apr 23, 2024 at 9:00 PM
To: "Gutwillig, Jacob (USANYS)" <jacob.gutwillig@usdoj.gov>

Jake,

Sorry to intrude on you tonight, but an alarming incident occurred last night that I feel I must bring to your attention. At approximately 11:00 p.m. last night, during "stand-up count," Mr. Teman suddenly fainted and fell to the floor. He apparently lost consciousness for 2-3 minutes and was trembling as the lieutenants on duty checked on him. Although he was woozy when he came too, Mr. Teman remembers one of the lieutenants asking Mr. Teman's cellmate whether Ari took drugs, the answer to which was no. Either that lieutenant or another said that there were no medical personnel on duty. Mr. Teman's Id was taken and then returned at approximately 5:30 a.m. He did not receive any medical care or attention at any time last night. I understand he did not see a doctor all day. At approximately 4:30 p.m. he was directed to report to the departure area for a trip to Jackson hospital. However, the officers on duty insisted on shackling Mr. Teman with the "black box" chains that are referenced in my motion to the Court of last Friday and Mr. Teman remains concerned that transportation with these chains could cause severe damage to his spine.

However, the main, and truly, alarming issue is that there do not appear to be any medical personnel on staff at FCO Miami from 11:00 p.m. to 6:00 a.m. A nurse Roach has apparently confirmed this. Ari's frightening experience last night comes after two other incidents Mr. Teman has identified on February 15 and February 25, 2024, during which Mr. Teman was also directly told there were no medical staff on duty during the night. On February 15, 2024, after Mr. Teman experienced an incident during which he could not breathe at night, he was told by a lieutenant that there were no medical staff at FCI Miami overnight. Similarly, on February 25, 2024, he was told there were no medical staff and no nurse on duty at night.

Can you please as soon as possible contact FCI Miami and make sure that whatever failures may have occurred in the past, there are medical staff on duty at night going forward? It would be a tragedy if Mr. Teman has another fainting episode and strikes his head in a way that requires immediate attention and the absence of staff at night prevents Mr. Teman from receiving critical care.

Please be advised that I intend to bring this situation to the attention of Judge Englemayer at the appropriate time.

Thank you for your attention to this matter.

Eden

--
Eden P. Quainton
Quainton Law, PLLC
2 Park Avenue, 20th Floor
New York, NY 10016
Tel: 212.419.0575
Fax: 212.376.5699.
Cell: 202.360.6296

245 Nassau St.
Princeton, NJ 08540
Tel: 609-356-0526
Cell: 202-360-6296
https://quaintonlaw.net