UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

-v-

ARI TEMAN,

Defendant.

19-CR-696 (PAE)

ORDER

---

PAUL A. ENGELMAYER, District Judge:

The Court has received a letter from counsel for defendant Ari Teman proposing various modifications of the conditions of supervised release, and stating that the Government and the Probation Department consent to (or do not oppose) some, but not all, of the proposed modifications. Dkt. 450. The Court directs the Government, by letter due **July 8, 2024**, to set out its position and that of the Probation Department on the proposed modifications. The Court further asks the Government to file with its letter a proposed order effecting the modifications that the Government and the Probation Department do not oppose, and to email the Court's chambers with a Word-editable version of this proposed order.

SO ORDERED.

_____
PAUL A. ENGELMAYER
United States District Judge

Dated: June 27, 2024
       New York, New York