UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

-v-

ARI TEMAN,

Defendant.

---

19-CR-696 (PAE)

ORDER ON MOTION

PAUL A. ENGELMAYER, District Judge:

The Court has reviewed (1) the June 26, 2024 letter from defense counsel requesting various modifications to and clarifications of the conditions of supervised release of defendant Ari Teman, Dkt. 450; (2) the July 8, 2024 letter from the Government on its behalf and that of the Probation Department responding to the defense's requests, Dkt. 452; and (3) a draft order submitted by the Government that would effect the modifications to the conditions of supervised release which the Government and the Probation Department do not oppose, Dkt. 452, Exh. A ("Draft Order").  The Court thanks counsel for the clarity of their respective submissions.  The Court welcomes as well as the fact that the parties are in substantial agreement on most points.

The Court will issue today an order that is substantively identical to the Draft Order.  The Court's judgment is that the modifications effected in the order that will issue are sensible and that the resulting conditions of supervised release reflect a sound balance of the 18 U.S.C. § 3583(e) factors.  To the limited degree that Teman seeks additional modifications, including blanket approval for international travel, the Court's considered judgment is that that these proposed modifications are not justified.

The Court's denial of Teman's request is without prejudice to his right to seek future modifications of conditions of supervised release.

SO ORDERED.

_____
PAUL A. ENGELMAYER
United States District Judge

Dated: July 10, 2024
      New York, New York