UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-v-

ARI TEMAN,

Defendant.

19-CR-696 (PAE)

ORDER

PAUL A. ENGELMAYER, District Judge:

Upon the application of defendant Ari Teman ("Teman") to modify and/or clarify certain of the conditions of his term of three years' supervised release, and without the objection of the Government or the United States Probation Office for the Southern District of Florida (the "Probation Office"), IT IS HEREBY ORDERED that:

1. To the extent the requirement that Teman undergo drug testing was not already suspended by the terms of the Revised Final Presentence Investigation Report, dated April 23, 2020 (the "PSR") and imposed by the Court at sentencing, Teman is not required to undergo drug testing as a condition of his supervised release.

2. To the extent Teman wishes to travel domestically or internationally, consistent with the conditions of supervised release set forth in the PSR and imposed by the Court at sentencing, he must first seek permission of the Court or the Probation Office. Specifically, Teman must follow the following procedures:

a. Teman may travel domestically, outside the Southern District of Florida, provided that: (i) he notifies his Probation Officer, in writing, seven (7) days prior to any

such travel, (ii) he furnishes his Probation Officer with the details of such travel, including the location, dates, and itinerary, and (iii) the Probation Officer approves such travel in advance.

        b.    Teman may travel internationally, outside the United States, provided that: (i) 14 days prior to such travel Teman informs his Probation Officer, in writing, of such proposed travel; (ii) after obtaining the approval of his Probation Officer, Teman seeks and obtains Court approval for such travel; (iii) Teman checks in with his Probation Officer on the days of departure and return from such international travel; and (iv) Teman surrenders his passport to his Probation Officer 48 hours after returning to the United States from any such travel.

        3.    Teman may communicate or interact with incarcerated individuals provided that, consistent with the conditions set forth in the PSR and imposed by the Court at sentencing, he first seeks and receives approval from his Probation Officer; and further provided that, to the extent such contact is for "work" purposes, Teman must first furnish his Probation Officer with the details of any contemplated work to be performed by or for any incarcerated individual and any such work-related contact, and receive prior approval from his Probation Officer for any such communication.

        4.    To the extent Teman wishes to obtain one or more credit cards and/or to apply for a line of credit and/or other forms of credit, consistent with the conditions set forth in the PSR and imposed by the Court at sentencing, Teman may do so provided that: (i) Teman provides his Probation Officer with advance notice of any such application; (ii) Teman furnishes his Probation Officer with all requested information relating to the application for, and intended us of, any credit card, lines of credit, or other forms of credit; and (iii) Teman's Probation Officer approves any such application in advance.

This Order does not modify any other conditions of Teman's supervised release imposed at sentencing, and those conditions remain in effect.

SO ORDERED.

_____
PAUL A. ENGELMAYER
United States District Judge

Dated: July 10, 2024
       New York, New York