UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) |
| ARI TEMAN, | ) No. 1:19-CR-0696 (PAE) |
| Defendant. | ) |

[PROPOSED] ORDER GRANTING DEFENDANT'S
MOTION FOR INTERNATIONAL TRAVEL

UPON CONSIDERATION of Defendant's Motion for International Travel, it is hereby ORDERED:

The Motion is GRANTED.

It is further ORDERED:

1. Defendant is authorized to travel from New York to Israel, with a departure date of September 18, 2024 and a return date of November 6, 2024.

2. The probation office may release Defendant's passport to him immediately upon the entry of this order.

3. Defendant is authorized to remain in New York following his return from Isreal until November 19, 2024 without first returning to Miami to surrender his passport to the probation office.

The Clerk of Court is requested to terminate the motion at Dkt. No. 455.

SO ORDERED

ENTERED this 16th day of September, 2024.

*Paul A. Engelmayer*
Judge Paul A. Engelmayer
U.S. District Court for the Southern District of New York