UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
CASE NO. 1:19-cr-00696-PAE-1

---------------------------------------------X
ARI TEMAN,                                   :
                                             :
             Petitioner,                     :
                                             :
v.                                           :
                                             :
UNITED STATES OF AMERICA,                    :
                                             :
             Respondent.                     :
_____X

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE, that Defendant, Ari Teman, is now represented by the undersigned counsel in this matter concerning his motion to vacate, set aside judgment and sentence under 18 U.S.C. § 2255.

The undersigned hereby gives notice of appearance as counsel as to the 18 U.S.C. § 2255 proceedings before this Court. All Orders, notices, pleadings and other papers in the above-captioned matter should be directed to the undersigned counsel.

Respectfully Submitted,

*/s/* Thomas Butler_____
Thomas J. Butler, Esq.
New York Registration Number: 4192340
Florida Bar Number: 569178
P.O. Box 665
Melville, New York 11747

1

>Phone: 877-847-1896
>appellatelaw@bellsouth.net
>Counsel for Ari Teman

CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and accurate copy of the foregoing document was electronically filed and served this <u>30th</u> day of October, 2024, to the following counsel of record:

Jacob Harris Gutwillig, Esq.
United States Attorney's Office, SDNY
jacob.gutwillig@usdoj.gov

Eden P. Quainton, Esq.
Quainton Law, PLLC
Attorney for Ari Teman
eden.quainton@quaintonlaw.net

>*/s/* Thomas Butler_____
>Thomas J. Butler, Esq.