UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
CASE NO. 1:19-cr-00696-PAE-1

---------------------------------------------X
ARI TEMAN,                                  :
                                            :
                 Petitioner,                :
                                            :
v.                                          :
                                            :
UNITED STATES OF AMERICA,                   :
                                            :
                 Respondent.                :
_____X

## DEFENDANT ARI TEMAN'S MOTION TO VACATE, SET ASIDE, OR CORRECT JUDGMENT AND SENTENCE PURSUANT TO 28 U.S.C. § 2255

Defendant Ari Teman (or "Teman"), through undersigned counsel, hereby moves this Court pursuant to 18 U.S.C. § 2255 to vacate, set aside, or correct his judgment and sentence. Teman is currently on supervised release. Teman was convicted following a jury trial on January 29, 2020, and sentenced to one (1) year and one (1) day imprisonment, three (3) years supervised release, an assessment in the amount of $400 and restitution in the amount of $259,340.32 on July 28, 2021. Teman appealed his convictions and sentence and his appeal was denied on June 8, 2023. Teman filed a motion for rehearing and rehearing en banc, which was denied on August 11, 2023. This is Teman's first § 2255 motion. Teman seeks for his

1

conviction and sentence to be vacated and set aside for a new trial pursuant to § 2255(b).  Teman is contemporaneously filing a Memorandum of Law in Support of this Motion.

                                  Respectfully Submitted,

                                  */s/* Thomas Butler_____
                                  Thomas J. Butler, Esq.
                                  New York Bar Number: 4192340
                                  Florida Bar Number: 569178
                                  P.O. Box 665
                                  Melville, New York 11747
                                  Phone: 877-847-1896
                                  appellatelaw@bellsouth.net
                                  Counsel for Ari Teman

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and accurate copy of the foregoing document was electronically filed and served this <u>30th</u> day of October, 2024, to the following counsel of record:

Jacob Harris Gutwillig, Esq.
United States Attorney's Office, SDNY
jacob.gutwillig@usdoj.gov

Eden P. Quainton, Esq.
Quainton Law, PLLC
Attorney for Ari Teman
eden.quainton@quaintonlaw.net

                                  */s/* Thomas Butler_____
                                  Thomas J. Butler, Esq.