## Subject: BoA Account 483067038085 (GateGuard, Inc.)



**Ariel Reinitz** <Ariel.Reinitz@fisherbroyles.com>
to vivica.portis@bankofamerica.com

Dear Ms. Portis —

I represent Mr. Ari Teman and the entities associated with the following Bank of America accounts:
      483067038085 (GateGuard, Inc.)
      483056100351 (Friend or Fraud, Inc.)
      483056101046 (Touchless Labs, LLC)
      483066615580 (Ari Teman)

I understanding that one or more of the referenced accounts is/are under review.

Please note that all payments deposited to the '8085 account were authorized pursuant to GateGuard's standard

GateGuard is presently resolving a dispute with one of its customers. However, this dispute provides no basis for

Moreover, Friend or Fraud, Inc., Touchless Labs, LLC and Mr. Teman's personal account are independent account
'8085 account should have no bearing on these accounts.

**Please confirm that each of the following accounts will be reinstated promptly:**
      483067038085 (GateGuard, Inc.)
      483056100351 (Friend or Fraud, Inc.)
      483056101046 (Touchless Labs, LLC)
      483066615580 (Ari Teman)

Please let me know if you need any additional information.

This correspondence does not constitute a waiver of any of the above referenced entities' rights, all of which are e

Thank you,

Ariel Reinitz
*Partner*

# FISHERBROYLES

A LIMITED LIABILITY PARTNERSHIP

445 Park Avenue | Ninth Floor | New York, NY 10022
O: 646.494.6909 | M: 917.587.5520
Email | Web | LinkedIn | Twitter
ATLANTA • AUSTIN • BOSTON • CHARLOTTE • CHICAGO • CINCINNATI • CLEVELAND • COLUMBUS • DALLAS • DENVER • DETROΠ
• PHILADELPHIA • PRINCETON • SALT LAKE CITY • SEATTLE • WASHINGTON, D.C.
The information contained in this e-mail message is only for the personal and confidential use of the intended recipient(s). If you have re
mail, and delete the original message.

## Thomas Butler, Esq.

| | |
|---|---|
| **From:** | Ariel Reinitz <Ariel.Reinitz@fisherbroyles.com> |
| **Sent:** | Monday, May 13, 2019 1:21 PM |
| **To:** | vivica.portis@bankofamerica.com |
| **Subject:** | BoA Account 483067038085 (GateGuard, Inc.) |

Dear Ms. Portis –

I represent Mr. Ari Teman and the entities associated with the following Bank of America accounts:
    483067038085 (GateGuard, Inc.)
    483056100351 (Friend or Fraud, Inc.)
    483056101046 (Touchless Labs, LLC)
    483066615580 (Ari Teman)

I understanding that one or more of the referenced accounts is/are under review.

Please note that all payments deposited to the '8085 account were authorized pursuant to GateGuard's standard customer agreement.

GateGuard is presently resolving a dispute with one of its customers. However, this dispute provides no basis for BoA to 'freeze' the '8085 account.

Moreover, Friend or Fraud, Inc., Touchless Labs, LLC and Mr. Teman's personal account are independent accounts and unrelated to GateGuard, Inc. Any review of the '8085 account should have no bearing on these accounts.

**Please confirm that each of the following accounts will be reinstated promptly:**
    483067038085 (GateGuard, Inc.)
    483056100351 (Friend or Fraud, Inc.)
    483056101046 (Touchless Labs, LLC)
    483066615580 (Ari Teman)

Please let me know if you need any additional information.

This correspondence does not constitute a waiver of any of the above referenced entities' rights, all of which are expressly reserved

Thank you,

Ariel Reinitz
*Partner*

# FISHERBROYLES
A LIMITED LIABILITY PARTNERSHIP

445 Park Avenue | Ninth Floor | New York, NY 10022
O: 646.494.6909 | M: 917.587.5520
Email | Web | LinkedIn | Twitter
ATLANTA • AUSTIN • BOSTON • CHARLOTTE • CHICAGO • CINCINNATI • CLEVELAND • COLUMBUS • DALLAS • DENVER • DETROIT • HOUSTON • LOS ANGELES •
NAPLES • NEW YORK • PALO ALTO • PHILADELPHIA • PRINCETON • SALT LAKE CITY • SEATTLE • WASHINGTON, D.C.
The information contained in this e-mail message is only for the personal and confidential use of the intended recipient(s). If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.

1

## Thomas Butler, Esq.

| | |
|---|---|
| **From:** | Ariel Reinitz <Ariel.Reinitz@fisherbroyles.com> |
| **Sent:** | Wednesday, May 15, 2019 11:28 AM |
| **To:** | vivica.portis@bankofamerica.com |
| **Cc:** | brian.t.moynihan@bankofamerica.com |
| **Subject:** | RE: BoA Account 483067038085 (GateGuard, Inc.) |

**Importance:**          High

Ms. Portis –

Further to my email below, *can you please confirm that each of the following Bank of America accounts will be reinstated promptly*:

      483067038085 (GateGuard, Inc.)
      483056100351 (Friend or Fraud, Inc.)
      483056101046 (Touchless Labs, LLC)
      483066615580 (Ari Teman)

As noted, GateGuard, Inc. is presently resolving a dispute with a single customer. However, such a dispute provides no basis for BoA to deny GateGuard access to its account.

The other referenced accounts (Friend or Fraud, Touchless Labs, Ari Teman) are unrelated to GateGuard. *Any "review" relating to GateGuard provides no basis or justification for denying access to these unrelated accounts.*

BoA's actions are causing considerable business disruption and damage to each of the above entities. *I look forward to your prompt reply and confirmation that the above accounts have been reinstated.*

This correspondence does not constitute a waiver of any of the above referenced entities' rights, all of which are expressly reserved

Thank you,

Ariel Reinitz
*Partner*

# FISHERBROYLES

A LIMITED LIABILITY PARTNERSHIP

445 Park Avenue | Ninth Floor | New York, NY 10022
O: 646.494.6909 | M: 917.587.5520
Email | Web | LinkedIn | Twitter
ATLANTA • AUSTIN • BOSTON • CHARLOTTE • CHICAGO • CINCINNATI • CLEVELAND • COLUMBUS • DALLAS • DENVER • DETROIT • HOUSTON • LOS ANGELES •
NAPLES • NEW YORK • PALO ALTO • PHILADELPHIA • PRINCETON • SALT LAKE CITY • SEATTLE • WASHINGTON, D.C.
The information contained in this e-mail message is only for the personal and confidential use of the intended recipient(s). If you have received this communication in
error, please notify us immediately by e-mail, and delete the original message.

**From:** Ariel Reinitz
**Sent:** Monday, May 13, 2019 1:21 PM
**To:** vivica.portis@bankofamerica.com
**Subject:** BoA Account 483067038085 (GateGuard, Inc.)

Dear Ms. Portis –

**Thomas Butler, Esq.**

| | |
|---|---|
| **From:** | Ariel Reinitz <Ariel.Reinitz@fisherbroyles.com> |
| **Sent:** | Friday, May 17, 2019 1:28 PM |
| **To:** | vivica.portis@bankofamerica.com |
| **Cc:** | brian.t.moynihan@bankofamerica.com |
| **Subject:** | URGENT - IMMEDIATE RESPONSE REQUIRED RE: BoA Account 483067038085 (GateGuard, Inc.) |
| **Importance:** | High |

Ms. Portis –

Further to my previous emails, *please confirm <u>in writing</u> that the following Bank of America accounts will be reinstated by close of business <u>TODAY, May 17, 2019</u>*:

> 483067038085 (GateGuard, Inc.)
> 483056100351 (Friend or Fraud, Inc.)
> 483056101046 (Touchless Labs, LLC)
> 483066615580 (Ari Teman)

There is no basis or justification for Bank of America to limit or deny access to these accounts.

BoA's actions are causing significant business disruption and damage to each of the referenced entities.

This correspondence does not constitute a waiver of any of the above referenced entities' rights, all of which are expressly reserved

Sincerely,

Ariel Reinitz
*Partner*

# FISHERBROYLES

A LIMITED LIABILITY PARTNERSHIP

445 Park Avenue | Ninth Floor | New York, NY 10022
O: 646.494.6909 | M: 917.587.5520
Email | Web | LinkedIn | Twitter
ATLANTA • AUSTIN • BOSTON • CHARLOTTE • CHICAGO • CINCINNATI • CLEVELAND • COLUMBUS • DALLAS • DENVER • DETROIT • HOUSTON • LOS ANGELES • NAPLES • NEW YORK • PALO ALTO • PHILADELPHIA • PRINCETON • SALT LAKE CITY • SEATTLE • WASHINGTON, D.C.
The information contained in this e-mail message is only for the personal and confidential use of the intended recipient(s). If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.

**From:** Ariel Reinitz
**Sent:** Wednesday, May 15, 2019 11:28 AM
**To:** vivica.portis@bankofamerica.com
**Cc:** brian.t.moynihan@bankofamerica.com
**Subject:** RE: BoA Account 483067038085 (GateGuard, Inc.)
**Importance:** High

Ms. Portis –

1

Moreover, Friend or Fraud, Inc., Touchless Labs, LLC and Mr. Teman's personal account are independent accounts and unrelated to GateGuard, Inc. Any review of the '8085 account should have no bearing on these accounts.

**Please confirm that each of the following accounts will be reinstated promptly:**

      483067038085 (GateGuard, Inc.)
      483056100351 (Friend or Fraud, Inc.)
      483056101046 (Touchless Labs, LLC)
      483066615580 (Ari Teman)

Please let me know if you need any additional information.

This correspondence does not constitute a waiver of any of the above referenced entities' rights, all of which are expressly reserved

Thank you,

Ariel Reinitz
*Partner*

# FISHERBROYLES

A LIMITED LIABILITY PARTNERSHIP

445 Park Avenue | Ninth Floor | New York, NY 10022
O: 646.494.6909 | M: 917.587.5520
Email | Web | LinkedIn | Twitter

ATLANTA • AUSTIN • BOSTON • CHARLOTTE • CHICAGO • CINCINNATI • CLEVELAND • COLUMBUS • DALLAS • DENVER • DETROIT • HOUSTON • LOS ANGELES • NAPLES • NEW YORK • PALO ALTO • PHILADELPHIA • PRINCETON • SALT LAKE CITY • SEATTLE • WASHINGTON, D.C.

The information contained in this e-mail message is only for the personal and confidential use of the intended recipient(s). If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.

## Thomas Butler, Esq.

| | |
|---|---|
| **From:** | Ariel Reinitz <Ariel.Reinitz@fisherbroyles.com> |
| **Sent:** | Tuesday, May 28, 2019 10:40 AM |
| **To:** | cheryl.harrison@bankofamerica.com |
| **Subject:** | RE: Mr. Ari B Teman / GateGuard, Inc. |
| **Attachments:** | abj_checks_for_BofA.JPG; GateGuard.xyz - INVOICE FOR PANEL SYSTEM - ABJ.pdf; GateGuard.xyz - INVOICE FOR PANEL SYSTEM - ABJ (2).pdf; GateGuard.xyz - INVOICE FOR PANEL SYSTEM - ABJ (3).pdf; GateGuard.xyz - INVOICE FOR PANEL SYSTEM - ABJ - 510 Manhattan.pdf; GateGuard.xyz - INVOICE FOR PANEL SYSTEM - ABJ - PRESALE PRICING.pdf; GateGuard.xyz - INVOICE FOR PANEL SYSTEM - ABJ - PRESALE PRICING - 342-346-LENOX-GATE.pdf; ABJ_joe_Emails_Check.JPG |

| | |
|---|---|
| **Importance:** | High |

Hi Ms. Harrison –

Further to our discussion on Friday, attached are the requested supporting materials you regarding GateGuard, Inc.'s BoA account.

As discussed, **all deposits to GateGuard's account have been fully agreed to and authorized by GateGuard's customers**.

The current 'review' of GateGuard's account was initiated due to a customer dispute. Though GateGuard is in the process of resolving this dispute, **all deposits to date have been consistent with the payment terms previously accepted by each GateGuard customer**.

Attached are:
- Several previously cleared checks sent by the same GateGuard customers that initiated the current dispute ("ABJ Milano, LLC," "ABJ Lennox, LLC").
- GateGuard's invoices for those checks.
  **Please note:** the invoices explicitly incorporate GateGuard's payment terms (links here and here) and indicate the length of the agreement (3 years).
  GateGuard's terms require each customer to authorize GateGuard to "... to write and sign checks... with [the customer's] checking and/or savings account(s)... for the amount[s] it (or they) owe(s)."
- Correspondence from the referenced customer acknowledging checks sent to GateGuard (here, notifying GateGuard that BoA credited GateGuard with $50 less than the amount of the check, due to the ATM misreading the check).
  This is one of many example correspondences with the referenced customer regarding authorized payments.

In view of the above, *all deposits to GateGuard's account have been fully agreed to and authorized by GateGuard's customers*. Any issues raised are due to customer disputes which are to be resolved between the parties – **not** the banks.

Accordingly, we request that Bank of America honor the previously cleared payments to account 483067038085 (GateGuard, Inc.).

Additionally, the following accounts are unrelated to GateGuard:
> 483056100351 (Friend or Fraud, Inc.)
> 483056101046 (Touchless Labs, LLC)
> 483066615580 (Ari Teman)

1



ABJ Milano, LLC
347 Pleasant Avenue
Suite 1A
New York, NY 10035

1098

JP Morgan Chase Bank, N.A
349 Fifth Avenue
New York, NY 10016

Date    03/10/2017

Pay to the
order of:    GATEGUARD INC.

$8,715.00

This amount: **** EIGHT THOUSAND, SEVEN HUNDRED FIFTEEN AND 00/100 DOLLARS

Gateguard Inc.
106 W. 32nd Street
2D15
New York, NY 10001

MEMO  New Intercom

⑈1098⑈ ⑈021000021⑈    76 212 16 72⑈

ABJ Lenox, LLC
347 Pleasant Avenue
Suite 1A
New York, NY 10035

1132

JP Morgan Chase Bank N.A
349 Fifth Avenue
New York, NY 10016

Date:    03/10/2017

Pay to the
order of:    GATEGUARD INC.

$5,229.00

This amount: **** FIVE THOUSAND, TWO HUNDRED TWENTY-NINE AND 00/100 DOLLARS

Gateguard Inc.
106 W. 32nd Street
2D15
New York, NY 10001

MEMO  New Intercom

⑈1132⑈ ⑈021000021⑈    633579100⑈

# GateGuard.xyz        how can we be helpful?        DUE

ASK ABOUT: GateGuard.xyz CLOUD COMPATIBLE CAMERA SYSTEM

**DATE:**                                           March 2, 2017

**INVOICE #**                                       GGXYZ_ABJ_1_1

**RAISE RENTS + NO TAXES: You may be able to count security systems & intercoms toward Capital Improvements and charge the expense toward tenants with increased rent. See form and information link below.**

**Bill To:**        ABJ Properties                  **PAY TO:**
                    539 Lenox ( ABJ LENOX LLC)
                    Joseph Soleimani                            GATEGUARD INC
                    joe@ABJny.com                               106 West 32nd Street, 2D15
                                                                NEW YORK, NY 10001
                                                                781-718-3375

| SALES PERSON | P.O. NUMBER | SHIP DATE | | | TERMS |
|---|---|---|---|---|---|
| Ari Teman | | | | | Due now. |

| QUANTITY | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|
| 1 | GateGuard.xyz Panel | 2.099,00 | $2.099,00 |
| 1 | Installation | 650,00 | $650,00 |
| 6 | Months Service Included (Pre-sale credit) | 99,00 | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

| | |
|---|---|
| SUBTOTAL | $2.749,00 |
| TAX RATE | EXEMPT |
| SALES TAX | |
| SHIPPING & HANDLING | |
| TOTAL | $2.749,00 |

TAX EXEMPT CAPITAL IMPROVEMENTS: https://www.tax.ny.gov/pdf/publications/sales/pub862.pdf . You may need to fill out: https://www.tax.ny.gov/pdf/current_forms/st/st124_fill_in.pdf

Payer accepts terms at GateGuard.xyz/legal/terms.php | This is a 3 year contract.

Make all checks payable to GATEGUARD INC

# GateGuard.xyz    how can we be helpful?    DUE

ASK ABOUT: GateGuard.xyz CLOUD COMPATIBLE CAMERA SYSTEM

**DATE:**    March 2, 2017

**INVOICE #**    GGXYZ_ABJ_1_3

**RAISE RENTS + NO TAXES: You may be able to count security systems & intercoms toward Capital Improvements and charge the expense toward tenants with increased rent. See form and information link below.**

**Bill To:**    ABJ Properties    **PAY TO:**
102 W. 138th ( ABJ LENOX,LLC )
Joseph Soleimani    GATEGUARD INC
joe@ABJny.com    106 West 32nd Street, 2D15
NEW YORK, NY 10001
781-718-3375

| SALES PERSON | P.O. NUMBER | SHIP DATE | | | TERMS |
|---|---|---|---|---|---|
| Ari Teman | | | | | Due now. |

| QUANTITY | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|
| 1 | GateGuard.xyz Panel | 2.099,00 | $2.099,00 |
| 1 | Installation | 650,00 | $650,00 |
| 6 | Months Service Included (Pre-sale credit) | 99,00 | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

| | |
|---|---|
| SUBTOTAL | $2.749,00 |
| TAX RATE | EXEMPT |
| SALES TAX | |
| SHIPPING & HANDLING | |
| **TOTAL** | **$2.749,00** |

TAX EXEMPT CAPITAL IMPROVEMENTS: https://www.tax.ny.gov/pdf/publications/sales/pub862.pdf . You may need to fill out: https://www.tax.ny.gov/pdf/current_forms/st/st124_fill_in.pdf

Payer accepts terms at GateGuard.xyz/legal/terms.php | This is a 3 year contract.

Make all checks payable to GATEGUARD INC

# GateGuard.xyz    how can we be helpful?    DUE

ASK ABOUT: GateGuard.xyz CLOUD COMPATIBLE CAMERA SYSTEM

**DATE:**                                    March 2, 2017

**INVOICE #**                               GGXYZ_ABJ_1_5

**RAISE RENTS + NO TAXES: You may be able to count security systems & intercoms toward Capital Improvements and charge the expense toward tenants with increased rent. See form and information link below.**

**Bill To:**        ABJ Properties              **PAY TO:**
                    53-55 E. 130th (ABJ Milano Inc)
                    Joseph Soleimani                        GATEGUARD INC
                    joe@ABJny.com                           106 West 32nd Street, 2D15
                                                            NEW YORK, NY 10001
                                                            781-718-3375

| SALES PERSON | P.O. NUMBER | SHIP DATE | | | TERMS |
|---|---|---|---|---|---|
| Ari Teman | | | | | Due now. |

| QUANTITY | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|
| 1 | GateGuard.xyz Panel | 2.099,00 | $2.099,00 |
| 1 | Installation | 650,00 | $650,00 |
| 6 | Months Service Included (Pre-sale credit) | 99,00 | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

| | | |
|---|---|---|
| | SUBTOTAL | $2.749,00 |
| | TAX RATE | EXEMPT |
| | SALES TAX | |
| | SHIPPING & HANDLING | |
| | TOTAL | $2.749,00 |

TAX EXEMPT CAPITAL IMPROVEMENTS: https://www.tax.ny.gov/pdf/publications/sales/pub862.pdf . You may need to fill out: https://www.tax.ny.gov/pdf/current_forms/st/st124_fill_in.pdf

Payer accepts terms at GateGuard.xyz/legal/terms.php | This is a 3 year contract.

Make all checks payable to GATEGUARD INC

# GateGuard.xyz    how can we be helpful?    DUE

ASK ABOUT: GateGuard.xyz CLOUD COMPATIBLE CAMERA SYSTEM

**DATE:**    March 2, 2017

**INVOICE #**    GGXYZ_ABJ_1_7

**RAISE RENTS + NO TAXES: You may be able to count security systems & intercoms toward Capital Improvements and charge the expense toward tenants with increased rent. See form and information link below.**

**Bill To:**

ABJ Properties
346 Lenox Ave (ABJ Milano Inc)
Joseph Soleimani
joe@ABJny.com

**PAY TO:**

GATEGUARD INC
106 West 32nd Street, 2D15
NEW YORK, NY 10001
781-718-3375

| SALES PERSON | P.O. NUMBER | SHIP DATE | | | TERMS |
|---|---|---|---|---|---|
| Ari Teman | | | | | Due now. |

| QUANTITY | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|
| 1 | GateGuard.xyz Panel | 2.099,00 | $2.099,00 |
| 1 | Installation | 650,00 | $650,00 |
| 6 | Months Service Included (Pre-sale credit) | 99,00 | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | SUBTOTAL | $2.749,00 |
| | | TAX RATE | EXEMPT |
| | | SALES TAX | |
| | | SHIPPING & HANDLING | |
| | | TOTAL | $2.749,00 |

TAX EXEMPT CAPITAL IMPROVEMENTS: https://www.tax.ny.gov/pdf/publications/sales/pub862.pdf . You may need to fill out: https://www.tax.ny.gov/pdf/current_forms/st/st124_fill_in.pdf

Payer accepts terms at GateGuard.xyz/legal/terms.php | This is a 3 year contract.

Make all checks payable to GATEGUARD INC

# GateGuard.xyz          how can we be helpful?          DUE

ASK ABOUT: GateGuard.xyz CLOUD COMPATIBLE CAMERA SYSTEM

**DATE:**                                          March 2, 2017

**INVOICE #**                                      GGXYZ_ABJ_1_9

**RAISE RENTS + NO TAXES:** You may be able to count security systems & intercoms toward Capital Improvements and charge the expense toward tenants with increased rent. See form and information link below.

**Bill To:**                                       **PAY TO:**

ABJ Properties                                     GATEGUARD INC
510 Manhattan (ABJ Chosen Inc)                     106 West 32nd Street, 2D15
Joseph Soleimani                                   NEW YORK, NY 10001
joe@ABJny.com                                      781-718-3375

| SALES PERSON | P.O. NUMBER | SHIP DATE | | | TERMS |
|---|---|---|---|---|---|
| Ari Teman | | | | | Due now. |

| QUANTITY | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|
| 1 | GateGuard.xyz Panel | 2.099,00 | $2.099,00 |
| 1 | Installation | 650,00 | $650,00 |
| 6 | Months Service Included (Pre-sale credit) | 99,00 | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

|  | |
|---|---|
| SUBTOTAL | $2.749,00 |
| TAX RATE | EXEMPT |
| SALES TAX | |
| SHIPPING & HANDLING | |
| TOTAL | $2.749,00 |

TAX EXEMPT CAPITAL IMPROVEMENTS: https://www.tax.ny.gov/pdf/publications/sales/pub862.pdf . You may need to fill out: https://www.tax.ny.gov/pdf/current_forms/st/st124_fill_in.pdf

Payer accepts terms at GateGuard.xyz/legal/terms.php | This is a 3 year contract.

Make all checks payable to GATEGUARD INC

# GateGuard.xyz     how can we be helpful?     DUE

ASK ABOUT: GateGuard.xyz CLOUD COMPATIBLE CAMERA SYSTEM

**DATE:**                                   March 2, 2017

**INVOICE #**                               GGXYZ_ABJ_1_9

**RAISE RENTS + NO TAXES: You may be able to count security systems & intercoms toward Capital Improvements and charge the expense toward tenants with increased rent. See form and information link below.**

**Bill To:**                                **PAY TO:**

ABJ Properties                              GATEGUARD INC
510 Manhattan (ABJ Chosen Inc)              106 West 32nd Street, 2D15
Joseph Soleimani                            NEW YORK, NY 10001
joe@ABJny.com                               781-718-3375

| SALES PERSON | P.O. NUMBER | SHIP DATE | | | TERMS |
|---|---|---|---|---|---|
| Ari Teman | | | | | Due now. |

| QUANTITY | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|
| 1 | GateGuard.xyz Panel | 2.099,00 | $2.099,00 |
| 1 | Installation | 650,00 | $650,00 |
| 6 | Months Service Included (Pre-sale credit) | 99,00 | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

| | | |
|---|---|---|
| SUBTOTAL | | $2.749,00 |
| TAX RATE | | EXEMPT |
| SALES TAX | | |
| SHIPPING & HANDLING | | |
| TOTAL | | $2.749,00 |

TAX EXEMPT CAPITAL IMPROVEMENTS: https://www.tax.ny.gov/pdf/publications/sales/pub862.pdf . You may need to fill out: https://www.tax.ny.gov/pdf/current_forms/st/st124_fill_in.pdf

Payer accepts terms at GateGuard.xyz/legal/terms.php | This is a 3 year contract.

Make all checks payable to GATEGUARD INC

GateGuard.xyz     how can we be helpful?     **DUE**

ASK ABOUT: GateGuard.xyz CLOUD COMPATIBLE CAMERA SYSTEM

**DATE:**                                                    Oct 18

**INVOICE #**                                    GGXYZ_ABJ_1_6b

**RAISE RENTS + NO TAXES: You may be able to count security systems & intercoms toward Capital Improvements and charge the expense toward tenants with increased rent. See form and information link below.**

**Bill To:**      ABJ Properties                    **PAY TO:**
              342 Lenox (ABJ Milano Inc)
              Joseph Soleimani                            GATEGUARD INC
              joe@ABJny.com                              106 West 32nd Street, 2D15
                                                          NEW YORK, NY 10001
                                                          781-718-3375

| SALES PERSON | P.O. NUMBER | SHIP DATE | | | TERMS |
|---|---|---|---|---|---|
| Ari Teman | | | | | Due now. |

| QUANTITY | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|
| 1 | GateGuard.xyz Panel | 1,743.00 | $1.743,00 |
| 1 | Installation | | |
| 6 | Monthly Service (6 months upfront) | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

| | |
|---|---|
| SUBTOTAL | $1.743,00 |
| TAX RATE | EXEMPT |
| SALES TAX | |
| SHIPPING & HANDLING | |
| **TOTAL** | **$1.743,00** |

TAX EXEMPT CAPITAL IMPROVEMENTS: https://www.tax.ny.gov/pdf/publications/sales/pub862.pdf . You may need to fill out: https://www.tax.ny.gov/pdf/current_forms/st/st124_fill_in.pdf

Payer accepts terms at GateGuard.xyz/legal/terms.php | This is a 3 year contract.

Make all checks payable to GATEGUARD INC

# GateGuard.xyz    how can we be helpful?    DUE

ASK ABOUT: GateGuard.xyz CLOUD COMPATIBLE CAMERA SYSTEM

**DATE:**                                                    March 2, 2017

**INVOICE #**                                            GGXYZ_ABJ_1_1

**RAISE RENTS + NO TAXES: You may be able to count security systems & intercoms toward Capital Improvements and charge the expense toward tenants with increased rent. See form and information link below.**

**Bill To:**          ABJ Properties                    **PAY TO:**
                      539 Lenox ( ABJ LENOX LLC)
                      Joseph Soleimani                              GATEGUARD INC
                      joe@ABJny.com                                 106 West 32nd Street, 2D15
                                                                     NEW YORK, NY 10001
                                                                     781-718-3375

| SALES PERSON | P.O. NUMBER | SHIP DATE | | | TERMS |
|---|---|---|---|---|---|
| Ari Teman | | | | | Due now. |

| QUANTITY | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|
| 1 | GateGuard.xyz Panel | 2.499,00 | $2.499,00 |
| 1 | Installation | 850,00 | $850,00 |
| 6 | Monthly Service Fee (6 months upfront) | 149,00 | $894,00 |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | SUBTOTAL | $4.243,00 |
| | | TAX RATE | EXEMPT |
| | | SALES TAX | |
| | | SHIPPING & HANDLING | |
| | | TOTAL | $4.243,00 |

TAX EXEMPT CAPITAL IMPROVEMENTS: https://www.tax.ny.gov/pdf/publications/sales/pub862.pdf . You may need to fill out: https://www.tax.ny.gov/pdf/current_forms/st/st124_fill_in.pdf

Payer accepts terms at GateGuard.xyz/legal/terms.php | This is a 3 year contract.

Make all checks payable to GATEGUARD INC

# GateGuard.xyz    how can we be helpful?    DUE

ASK ABOUT: GateGuard.xyz CLOUD COMPATIBLE CAMERA SYSTEM

**DATE:** March 2, 2017

**INVOICE #** GGXYZ_ABJ_1_3

**RAISE RENTS + NO TAXES: You may be able to count security systems & intercoms toward Capital Improvements and charge the expense toward tenants with increased rent. See form and information link below.**

**Bill To:** ABJ Properties
102 W. 138th ( ABJ LENOX,LLC )
Joseph Soleimani
joe@ABJny.com

**PAY TO:**
GATEGUARD INC
106 West 32nd Street, 2D15
NEW YORK, NY 10001
781-718-3375

| SALES PERSON | P.O. NUMBER | SHIP DATE | | | TERMS |
|---|---|---|---|---|---|
| Ari Teman | | | | | Due now. |

| QUANTITY | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|
| 1 | GateGuard.xyz Panel | 2.499,00 | $2.499,00 |
| 1 | Installation | 850,00 | $850,00 |
| 6 | Monthly Service Fee (6 months upfront) | 149,00 | $894,00 |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | SUBTOTAL | $4.243,00 |
| | | TAX RATE | EXEMPT |
| | | SALES TAX | |
| | | SHIPPING & HANDLING | |
| | | TOTAL | $4.243,00 |

TAX EXEMPT CAPITAL IMPROVEMENTS: https://www.tax.ny.gov/pdf/publications/sales/pub862.pdf . You may need to fill out: https://www.tax.ny.gov/pdf/current_forms/st/st124_fill_in.pdf

Payer accepts terms at GateGuard.xyz/legal/terms.php | This is a 3 year contract.

Make all checks payable to GATEGUARD INC

# GateGuard.xyz    how can we be helpful?    DUE

ASK ABOUT: GateGuard.xyz CLOUD COMPATIBLE CAMERA SYSTEM

**DATE:**    March 2, 2017

**INVOICE #**    GGXYZ_ABJ_1_5

**RAISE RENTS + NO TAXES: You may be able to count security systems & intercoms toward Capital Improvements and charge the expense toward tenants with increased rent. See form and information link below.**

**Bill To:**    ABJ Properties    **PAY TO:**
53-55 E. 130th (ABJ Milano Inc)
Joseph Soleimani    GATEGUARD INC
joe@ABJny.com    106 West 32nd Street, 2D15
NEW YORK, NY 10001
781-718-3375

| SALES PERSON | P.O. NUMBER | SHIP DATE | | | TERMS |
|---|---|---|---|---|---|
| Ari Teman | | | | | Due now. |

| QUANTITY | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|
| 1 | GateGuard.xyz Panel | 2.499,00 | $2.499,00 |
| 1 | Installation | 850,00 | $850,00 |
| 6 | Monthly Service Fee (6 months upfront) | 149,00 | $894,00 |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | SUBTOTAL | | $4.243,00 |
| | TAX RATE | | EXEMPT |
| | SALES TAX | | |
| | SHIPPING & HANDLING | | |
| | TOTAL | | $4.243,00 |

TAX EXEMPT CAPITAL IMPROVEMENTS: https://www.tax.ny.gov/pdf/publications/sales/pub862.pdf . You may need to fill out: https://www.tax.ny.gov/pdf/current_forms/st/st124_fill_in.pdf

Payer accepts terms at GateGuard.xyz/legal/terms.php | This is a 3 year contract.

Make all checks payable to GATEGUARD INC

# GateGuard.xyz    how can we be helpful?    DUE

ASK ABOUT: GateGuard.xyz CLOUD COMPATIBLE CAMERA SYSTEM

**DATE:**                                                                 March 2, 2017

**INVOICE #**                                                     GGXYZ_ABJ_1_7

**RAISE RENTS + NO TAXES: You may be able to count security systems & intercoms toward Capital Improvements and charge the expense toward tenants with increased rent. See form and information link below.**

**Bill To:**          ABJ Properties                         **PAY TO:**
                      346 Lenox Ave (ABJ Milano Inc)
                      Joseph Soleimani                        GATEGUARD INC
                      joe@ABJny.com                           106 West 32nd Street, 2D15
                                                              NEW YORK, NY 10001
                                                              781-718-3375

| SALES PERSON | P.O. NUMBER | SHIP DATE | | | TERMS |
|---|---|---|---|---|---|
| Ari Teman | | | | | Due now. |

| QUANTITY | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|
| 1 | GateGuard.xyz Panel | 2.499,00 | $2.499,00 |
| 1 | Installation | 850,00 | $850,00 |
| 6 | Monthly Service Fee (6 months upfront) | 149,00 | $894,00 |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

|  | | |
|---|---|---|
| | SUBTOTAL | $4.243,00 |
| | TAX RATE | EXEMPT |
| | SALES TAX | |
| | SHIPPING & HANDLING | |
| | TOTAL | $4.243,00 |

TAX EXEMPT CAPITAL IMPROVEMENTS: https://www.tax.ny.gov/pdf/publications/sales/pub862.pdf . You may need to fill out: https://www.tax.ny.gov/pdf/current_forms/st/st124_fill_in.pdf

Payer accepts terms at GateGuard.xyz/legal/terms.php | This is a 3 year contract.

Make all checks payable to GATEGUARD INC

# GateGuard.xyz    how can we be helpful?    DUE

ASK ABOUT: GateGuard.xyz CLOUD COMPATIBLE CAMERA SYSTEM

**DATE:**                                                                March 2, 2017

**INVOICE #**                                                        GGXYZ_ABJ_1_9

**RAISE RENTS + NO TAXES:** You may be able to count security systems & intercoms toward Capital Improvements and charge the expense toward tenants with increased rent. See form and information link below.

**Bill To:**    ABJ Properties                    **PAY TO:**
510 Manhattan (ABJ Chosen Inc)
Joseph Soleimani                                   GATEGUARD INC
joe@ABJny.com                                      106 West 32nd Street, 2D15
                                                   NEW YORK, NY 10001
                                                   781-718-3375

| SALES PERSON | P.O. NUMBER | SHIP DATE | | | TERMS |
|---|---|---|---|---|---|
| Ari Teman | | | | | Due now. |

| QUANTITY | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|
| 1 | GateGuard.xyz Panel | 2.499,00 | $2.499,00 |
| 1 | Installation | 850,00 | $850,00 |
| 6 | Monthly Service Fee (6 months upfront) | 149,00 | $894,00 |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

| | | |
|---|---|---|
| SUBTOTAL | | $4.243,00 |
| TAX RATE | | EXEMPT |
| SALES TAX | | |
| SHIPPING & HANDLING | | |
| TOTAL | | $4.243,00 |

TAX EXEMPT CAPITAL IMPROVEMENTS: https://www.tax.ny.gov/pdf/publications/sales/pub862.pdf . You may need to fill out: https://www.tax.ny.gov/pdf/current_forms/st/st124_fill_in.pdf

Payer accepts terms at GateGuard.xyz/legal/terms.php | This is a 3 year contract.

Make all checks payable to GATEGUARD INC

GateGuard.xyz    how can we be helpful?    DUE

ASK ABOUT: GateGuard.xyz CLOUD COMPATIBLE CAMERA SYSTEM

**DATE:** March 2, 2017

**INVOICE #** GGXYZ_ABJ_1_2

RAISE RENTS + NO TAXES: You may be able to count security systems & intercoms toward Capital Improvements and charge the expense toward tenants with increased rent. See form and information link below.

**Bill To:**
ABJ Properties
100 W. 138th ( ABJ LENOX,LLC )
Joseph Soleimani
joe@ABJny.com

**PAY TO:**
GATEGUARD INC
106 West 32nd Street, 2D15
NEW YORK, NY 10001
781-718-3375

| SALES PERSON | P.O. NUMBER | SHIP DATE | | | TERMS |
|---|---|---|---|---|---|
| Avi Teman | | | | | Due now. |

| QUANTITY | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|
| 1 | GateGuard.xyz Panel | 499.00 | $499.00 |
| 1 | Installation | 850.00 | $850.00 |
| 6 | Monthly Service (6 months upfront) | 99.00 | $594.00 |
| | | | |
| | | | |
| | | | |
| | | | |

GateGuard.xyz    how can we be helpful?    DUE

ASK ABOUT: GateGuard.xyz CLOUD COMPATIBLE CAMERA SYSTEM

**DATE:** March 2, 2017

**INVOICE #** GGXYZ_ABJ_1_1

**RAISE RENTS + NO TAXES:** You may be able to count security systems & intercoms toward Capital Improvements and charge the expense toward tenants with increased rent. See form and information link below.

**Bill To:**

ABJ Properties
539 Lenox ( ABJ LENOX LLC)
Joseph Soleimani
joe@ABJny.com

**PAY TO:**

GATEGUARD INC
106 West 32nd Street, 2D15
NEW YORK, NY 10001
781-718-3375

| SALES PERSON | P.O. NUMBER | SHIP DATE | | | TERMS |
|---|---|---|---|---|---|
| Ari Teman | | | | | Due now. |

| QUANTITY | DESCRIPTION | | UNIT PRICE | AMOUNT |
|---|---|---|---|---|
| 1 | GateGuard.xyz Panel | | 499.00 | $499.00 |
| 1 | Installation | | 850.00 | $850.00 |
| 6 | Monthly Service (6 months upfront) | | 99.00 | $594.00 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

# GateGuard.xyz    how can we be helpful?    DUE

**ASK ABOUT: GateGuard.xyz CLOUD COMPATIBLE CAMERA SYSTEM**

**DATE:** March 2, 2017

**INVOICE #** GGXYZ_ABJ_1_3

**RAISE RENTS + NO TAXES: You may be able to count security systems & intercoms toward Capital Improvements and charge the expense toward tenants with increased rent. See form and information link below.**

**Bill To:**
ABJ Properties
102 W. 138th ( ABJ LENOX,LLC )
Joseph Soleimani
joe@ABJny.com

**PAY TO:**
GATEGUARD INC
106 West 32nd Street, 2D15
NEW YORK, NY 10001
781-718-3375

| SALES PERSON | P.O. NUMBER | SHIP DATE | | | TERMS |
|---|---|---|---|---|---|
| Ari Teman | | | | | Due now. |

| QUANTITY | DESCRIPTION | | UNIT PRICE | AMOUNT |
|---|---|---|---|---|
| 1 | GateGuard.xyz Panel | | 499.00 | $499.00 |
| 1 | Installation | | 850.00 | $850.00 |
| 6 | Monthly Service (6 months upfront) | | 99.00 | $594.00 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

GateGuard.xyz    how can we be helpful?    DUE

ASK ABOUT: GateGuard.xyz CLOUD COMPATIBLE CAMERA SYSTEM

**DATE:** March 2, 2017

**INVOICE #** GGXYZ_ABJ_1_4

**RAISE RENTS • NO TAXES:** You may be able to count security systems & intercoms toward Capital Improvements and charge the expense toward tenants with increased rent. See form and information link below.

**Bill To:**
ABJ Properties
56 W. 127th ( ABJ MILANO, LLC. )
Joseph Soleimani
joe@ABJny.com

**PAY TO:**
GATEGUARD INC
106 West 32nd Street, 2D15
NEW YORK, NY 10001
781-718-3375

| SALES PERSON | P.O. NUMBER | SHIP DATE | | TERMS |
|---|---|---|---|---|
| Ari Teman | | | | Due now. |

| QUANTITY | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|
| 1 | GateGuard.xyz Panel | 499,00 | $499,00 |
| 1 | Installation | 850,00 | $850,00 |
| 6 | Monthly Service (6 months upfront) | 99,00 | $594,00 |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

# GateGuard.xyz — how can we be helpful?

DUE

ASK ABOUT: GateGuard.xyz CLOUD COMPATIBLE CAMERA SYSTEM

**DATE:** March 2, 2017

**INVOICE #** GGXYZ_ABJ_1_5

**RAISE RENTS + NO TAXES: You may be able to count security systems & intercoms toward Capital Improvements and charge the expense toward tenants with increased rent. See form and information link below.**

**Bill To:**
ABJ Properties
53-55 E. 130th (ABJ Milano Inc)
Joseph Soleimani
joe@ABJny.com

**PAY TO:**
GATEGUARD INC
106 West 32nd Street, 2D15
NEW YORK, NY 10001
781-718-3375

| SALES PERSON | P.O. NUMBER | SHIP DATE | | TERMS |
|---|---|---|---|---|
| Ari Teman | | | | Due now. |

| QUANTITY | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|
| 1 | GateGuard.xyz Panel | 499.00 | $499.00 |
| 1 | Installation | 850.00 | $850.00 |
| 6 | Monthly Service (6 months upfront) | 99.00 | $594.00 |
| | | | |
| | | | |
| | | | |
| | | | |

GateGuard.xyz    how can we be helpful?    DUE

ASK ABOUT: GateGuard.xyz CLOUD COMPATIBLE CAMERA SYSTEM

**DATE:** March 2, 2017

**INVOICE #** GGXYZ_ABJ_1_7

**RAISE RENTS + NO TAXES: You may be able to count security systems & intercoms toward Capital Improvements and charge the expense toward tenants with increased rent. See form and information link below.**

**Bill To:**
ABJ Properties
346 Lenox Ave (ABJ Milano Inc)
Joseph Soleimani
joe@ABJny.com

**PAY TO:**
GATEGUARD INC
106 West 32nd Street, 2D15
NEW YORK, NY 10001
781-718-3375

| SALES PERSON | P.O. NUMBER | SHIP DATE | | | TERMS |
|---|---|---|---|---|---|
| Ari Teman | | | | | Due now. |

| QUANTITY | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|
| 1 | GateGuard.xyz Panel | 499,00 | $499,00 |
| 1 | Installation | 850,00 | $850,00 |
| 6 | Monthly Service (6 months upfront) | 99,00 | $594,00 |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

GateGuard.xyz    how can we be helpful?    DUE

ASK ABOUT: GateGuard.xyz CLOUD COMPATIBLE CAMERA SYSTEM

**DATE:** March 2, 2017

**INVOICE #** GGXYZ_ABJ_1_6

**RAISE RENTS + NO TAXES: You may be able to count security systems & intercoms toward Capital Improvements and charge the expense toward tenants with increased rent. See form and information link below.**

**Bill To:**
ABJ Properties
342 Lenox (ABJ Milano Inc)
Joseph Soleimani
joe@ABJny.com

**PAY TO:**
GATEGUARD INC
106 West 32nd Street, 2D15
NEW YORK, NY 10001
781-718-3375

| SALES PERSON | P.O. NUMBER | SHIP DATE | | | TERMS |
|---|---|---|---|---|---|
| Ari Teman | | | | | Due now. |

| QUANTITY | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|
| 1 | GateGuard.xyz Panel | 499.00 | $499.00 |
| 1 | Installation | 850.00 | $850.00 |
| 6 | Monthly Service (6 months upfront) | 99.00 | $594.00 |
| | | | |
| | | | |
| | | | |
| | | | |

# GateGuard.xyz    how can we be helpful?    DUE

ASK ABOUT: GateGuard.xyz CLOUD COMPATIBLE CAMERA SYSTEM

**DATE:** March 2, 2017

**INVOICE #** GGXYZ_ABJ_1_8

RAISE RENTS + NO TAXES: You may be able to count security systems & intercoms toward Capital Improvements and charge the expense toward tenants with increased rent. See form and information link below.

**Bill To:**
ABJ Properties
2041 7th Avenue (ABJ Milano Inc)
Joseph Soleimani
joe@ABJny.com

**PAY TO:**
GATEGUARD INC
106 West 32nd Street, 2D15
NEW YORK, NY 10001
781-718-3375

| SALES PERSON | P.O. NUMBER | SHIP DATE | | | TERMS |
|---|---|---|---|---|---|
| Ari Teman | | | | | Due now. |

| QUANTITY | DESCRIPTION | | UNIT PRICE | AMOUNT |
|---|---|---|---|---|
| 1 | GateGuard.xyz Panel | | 499.00 | $499.00 |
| 1 | Installation | | 850.00 | $850.00 |
| 6 | Monthly Service (6 months upfront) | | 99.00 | $594.00 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

GateGuard.xyz    how can we be helpful?    DUE

ASK ABOUT: GateGuard.xyz CLOUD COMPATIBLE CAMERA SYSTEM

DATE: March 2, 2017

INVOICE # GGXYZ_ABJ_1_9

**RAISE RENTS + NO TAXES:** You may be able to count security systems & intercoms toward Capital Improvements and charge the expense toward tenants with increased rent. See form and information link below.

Bill To:
ABJ Properties
510 Manhattan (ABJ Chosen Inc)
Joseph Soleimani
joe@ABJny.com

PAY TO:
GATEGUARD INC
106 West 32nd Street, 2D15
NEW YORK, NY 10001
781-718-3375

| SALES PERSON | P.O. NUMBER | SHIP DATE | | TERMS |
|---|---|---|---|---|
| Avi Teman | | | | Due now. |

| QUANTITY | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|
| 1 | GateGuard.xyz Panel | 499.00 | $499.00 |
| 1 | Installation | 850.00 | $850.00 |
| 6 | Monthly Service (6 months upfront) | 99.00 | $594.00 |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

| PANEL | 499 |
| INSTALL | 850 |
| MONTHLY | 99 |
| INTERCOM TABLET | 140 |
| LOCKS | 110 |

# GateGuard.xyz     how can we be helpful?     DUE

ASK ABOUT: GateGuard.xyz CLOUD COMPATIBLE CAMERA SYSTEM

**DATE:** March 2, 2017

**INVOICE #** GGXYZ_ABJ_1_2

**RAISE RENTS + NO TAXES: You may be able to count security systems & intercoms toward Capital Improvements and charge the expense toward tenants with increased rent. See form and information link below.**

**Bill To:**
ABJ Properties
100 W. 138th ( ABJ LENOX,LLC )
Joseph Soleimani
joe@ABJny.com

**PAY TO:**
GATEGUARD INC
106 West 32nd Street, 2D15
NEW YORK, NY 10001
781-718-3375

| SALES PERSON | P.O. NUMBER | SHIP DATE | | | TERMS |
|---|---|---|---|---|---|
| Ari Teman | | | | | Due now. |

| QUANTITY | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|
| 1 | GateGuard.xyz Panel | 499,00 | $499,00 |
| 1 | Installation | 650,00 | $650,00 |
| 6 | Monthly Service (6 months upfront) | 99,00 | $594,00 |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | SUBTOTAL | | $1.743,00 |
| | TAX RATE | | EXEMPT |
| | SALES TAX | | |
| | SHIPPING & HANDLING | | |
| | TOTAL | | $1.743,00 |

TAX EXEMPT CAPITAL IMPROVEMENTS: https://www.tax.ny.gov/pdf/publications/sales/pub862.pdf . You may need to fill out: https://www.tax.ny.gov/pdf/current_forms/st/st124_fill_in.pdf

Payer accepts terms at GateGuard.xyz/legal/terms.php | This is a 3 year contract.

Make all checks payable to GATEGUARD INC

# GateGuard.xyz    how can we be helpful?    DUE

ASK ABOUT: GateGuard.xyz CLOUD COMPATIBLE CAMERA SYSTEM

**DATE:** March 2, 2017

**INVOICE #** GGXYZ_ABJ_1_3

**RAISE RENTS + NO TAXES: You may be able to count security systems & intercoms toward Capital Improvements and charge the expense toward tenants with increased rent. See form and information link below.**

**Bill To:**
ABJ Properties
102 W. 138th ( ABJ LENOX,LLC )
Joseph Soleimani
joe@ABJny.com

**PAY TO:**
GATEGUARD INC
106 West 32nd Street, 2D15
NEW YORK, NY 10001
781-718-3375

| SALES PERSON | P.O. NUMBER | SHIP DATE | | | TERMS |
|---|---|---|---|---|---|
| Ari Teman | | | | | Due now. |

| QUANTITY | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|
| 1 | GateGuard.xyz Panel | 499,00 | $499,00 |
| 1 | Installation | 650,00 | $650,00 |
| 6 | Monthly Service (6 months upfront) | 99,00 | $594,00 |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | SUBTOTAL | $1.743,00 |
| | | TAX RATE | EXEMPT |
| | | SALES TAX | |
| | | SHIPPING & HANDLING | |
| | | TOTAL | $1.743,00 |

TAX EXEMPT CAPITAL IMPROVEMENTS: https://www.tax.ny.gov/pdf/publications/sales/pub862.pdf . You may need to fill out: https://www.tax.ny.gov/pdf/current_forms/st/st124_fill_in.pdf

Payer accepts terms at GateGuard.xyz/legal/terms.php | This is a 3 year contract.

Make all checks payable to GATEGUARD INC

# GateGuard.xyz   how can we be helpful?   DUE

**ASK ABOUT: GateGuard.xyz CLOUD COMPATIBLE CAMERA SYSTEM**

| | |
|---|---|
| **DATE:** | March 2, 2017 |
| **INVOICE #** | GGXYZ_ABJ_1_5 |

**RAISE RENTS + NO TAXES: You may be able to count security systems & intercoms toward Capital Improvements and charge the expense toward tenants with increased rent. See form and information link below.**

**Bill To:**
ABJ Properties
53-55 E. 130th (ABJ Milano Inc)
Joseph Soleimani
joe@ABJny.com

**PAY TO:**
GATEGUARD INC
106 West 32nd Street, 2D15
NEW YORK, NY 10001
781-718-3375

| SALES PERSON | P.O. NUMBER | SHIP DATE | | | TERMS |
|---|---|---|---|---|---|
| Ari Teman | | | | | Due now. |

| QUANTITY | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|
| 1 | GateGuard.xyz Panel | 499,00 | $499,00 |
| 1 | Installation | 650,00 | $650,00 |
| 6 | Monthly Service (6 months upfront) | 99,00 | $594,00 |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | SUBTOTAL | $1.743,00 |
| | | TAX RATE | EXEMPT |
| | | SALES TAX | |
| | | SHIPPING & HANDLING | |
| | | **TOTAL** | **$1.743,00** |

TAX EXEMPT CAPITAL IMPROVEMENTS: https://www.tax.ny.gov/pdf/publications/sales/pub862.pdf . You may need to fill out: https://www.tax.ny.gov/pdf/current_forms/st/st124_fill_in.pdf

Payer accepts terms at GateGuard.xyz/legal/terms.php | This is a 3 year contract.

Make all checks payable to GATEGUARD INC

# GateGuard.xyz    how can we be helpful?    DUE

**ASK ABOUT: GateGuard.xyz CLOUD COMPATIBLE CAMERA SYSTEM**

DATE:                    March 2, 2017

INVOICE #                GGXYZ_ABJ_1_6

**RAISE RENTS + NO TAXES: You may be able to count security systems & intercoms toward Capital Improvements and charge the expense toward tenants with increased rent. See form and information link below.**

**Bill To:**          ABJ Properties            **PAY TO:**
                     342 Lenox (ABJ Milano Inc)
                     Joseph Soleimani                   GATEGUARD INC
                     joe@ABJny.com                      106 West 32nd Street, 2D15
                                                        NEW YORK, NY 10001
                                                        781-718-3375

| SALES PERSON | P.O. NUMBER | SHIP DATE | | | TERMS |
|---|---|---|---|---|---|
| Ari Teman | | | | | Due now. |

| QUANTITY | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|
| 1 | GateGuard.xyz Panel | 499,00 | $499,00 |
| 1 | Installation | 650,00 | $650,00 |
| 6 | Monthly Service (6 months upfront) | 99,00 | $594,00 |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | SUBTOTAL | $1.743,00 |
| | | TAX RATE | EXEMPT |
| | | SALES TAX | |
| | | SHIPPING & HANDLING | |
| | | TOTAL | $1.743,00 |

TAX EXEMPT CAPITAL IMPROVEMENTS: https://www.tax.ny.gov/pdf/publications/sales/pub862.pdf . You may need to fill out: https://www.tax.ny.gov/pdf/current_forms/st/st124_fill_in.pdf

Payer accepts terms at GateGuard.xyz/legal/terms.php | This is a 3 year contract.

Make all checks payable to GATEGUARD INC

# GateGuard.xyz

how can we be helpful?

**DUE**

ASK ABOUT: GateGuard.xyz CLOUD COMPATIBLE CAMERA SYSTEM

**DATE:** March 2, 2017

**INVOICE #** GGXYZ_ABJ_1_9

**RAISE RENTS + NO TAXES: You may be able to count security systems & intercoms toward Capital Improvements and charge the expense toward tenants with increased rent. See form and information link below.**

**Bill To:**

ABJ Properties
510 Manhattan (ABJ Chosen Inc)
Joseph Soleimani
joe@ABJny.com

**PAY TO:**

GATEGUARD INC
106 West 32nd Street, 2D15
NEW YORK, NY 10001
781-718-3375

| SALES PERSON | P.O. NUMBER | SHIP DATE | | | TERMS |
|---|---|---|---|---|---|
| Ari Teman | | | | | Due now. |

| QUANTITY | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|
| 1 | GateGuard.xyz Panel | 499,00 | $499,00 |
| 1 | Installation | 650,00 | $650,00 |
| 6 | Monthly Service (6 months upfront) | 99,00 | $594,00 |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

| | | |
|---|---|---|
| SUBTOTAL | | $1.743,00 |
| TAX RATE | | EXEMPT |
| SALES TAX | | |
| SHIPPING & HANDLING | | |
| TOTAL | | $1.743,00 |

TAX EXEMPT CAPITAL IMPROVEMENTS: https://www.tax.ny.gov/pdf/publications/sales/pub862.pdf . You may need to fill out: https://www.tax.ny.gov/pdf/current_forms/st/st124_fill_in.pdf

Payer accepts terms at GateGuard.xyz/legal/terms.php | This is a 3 year contract.

Make all checks payable to GATEGUARD INC

GP Mon, Feb 6, 2017, 1:44 PM

:sue    Inbox x

Soleimani <joe@ablny.com>

ur bank shorted you $50.

Properties

imani
d
es, Inc.
Avenue, Suite 1A
10035

Online - Che...



## Thomas Butler, Esq.

| | |
|---|---|
| **From:** | Ariel Reinitz <Ariel.Reinitz@fisherbroyles.com> |
| **Sent:** | Monday, June 3, 2019 12:12 PM |
| **To:** | cheryl.harrison@bankofamerica.com |
| **Subject:** | URGENT - FW: Mr. Ari B Teman / GateGuard, Inc. |
| **Attachments:** | Payment_Rejected_1.pdf; Payment_Rejected_2.pdf; Payment_Rejected_3.pdf; Payment_Rejected_4.pdf; Payment_Rejected_5.pdf |

**Importance:**    High

Ms. Harrison –

Last week  I provided you with substantial documentation regarding the following Bank of America accounts:
        483067038085 (GateGuard, Inc.)
        483056100351 (Friend or Fraud, Inc.)
        483056101046 (Touchless Labs, LLC)
        483066615580 (Ari Teman)

Specifically, this documentation demonstrated that all payments made to GateGuard, Inc. were fully authorized by GateGuard's customers.

Nevertheless, Bank of America has – **without justification** - "frozen" the accounts of Friend or Fraud, Touchless Labs, and Ari Teman – each of which is a completely separate entity and unrelated to GateGuard.

Attached are only a few examples of how BoA's actions are causing substantial disruption and irreparable damage to Friend or Fraud, Touchless Labs, and Ari Teman. These entities can no longer pay for the basic email, Internet, and hosting services necessary to continue their businesses. Bank of America's unjustified actions are effectively a "death sentence" for these valuable enterprises.

I look forward to your confirmation by 5:00pm ET TODAY, June 3, 2019 that the above accounts (Friend or Fraud, Touchless Labs, Ari Teman) have been reinstated.

This correspondence does not constitute a waiver of any of the above referenced entities' rights, all of which are expressly reserved.

Thank you,

Ariel Reinitz
FisherBroyles, LLP
O: 646.494.6909 | M: 917.587.5520 | Email

**From:** Ariel Reinitz
**Sent:** Tuesday, May 28, 2019 10:40 AM
**To:** cheryl.harrison@bankofamerica.com
**Subject:** RE: Mr. Ari B Teman / GateGuard, Inc.
**Importance:** High

Hi Ms. Harrison –

**From:** Ariel Reinitz
**Sent:** Friday, May 17, 2019 4:28 PM
**To:** cheryl.harrison@bankofamerica.com
**Subject:** Mr. Ari B Teman / GateGuard, Inc.
**Importance:** High

Dear Ms. Harrison:

Please see attached correspondence confirming that I am an attorney representing Mr. Ari B. Teman as well as the entities referenced below. Mr. Teman has authorized me to communicate with Bank of America on his behalf regarding the following accounts:

      483067038085 (GateGuard, Inc.)
      483056100351 (Friend or Fraud, Inc.)
      483056101046 (Touchless Labs, LLC)
      483066615580 (Ari Teman)
I look forward to hearing from you shortly.

Sincerely,
Ariel Reinitz
*Partner*

# FISHERBROYLES

A LIMITED LIABILITY PARTNERSHIP

445 Park Avenue | Ninth Floor | New York, NY 10022
O: 646.494.6909 | M: 917.587.5520
Email | Web | LinkedIn | Twitter
ATLANTA • AUSTIN • BOSTON • CHARLOTTE • CHICAGO • CINCINNATI • CLEVELAND • COLUMBUS • DALLAS • DENVER • DETROIT • HOUSTON • LOS ANGELES •
NAPLES • NEW YORK • PALO ALTO • PHILADELPHIA • PRINCETON • SALT LAKE CITY • SEATTLE • WASHINGTON, D.C.
The information contained in this e-mail message is only for the personal and confidential use of the intended recipient(s). If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.

---------- Forwarded message ---------
From: **Google Payments** <payments-noreply@google.com>
Date: Sat, Jun 1, 2019, 9:42 PM
Subject: G Suite: Payment was declined for 12gurus.com
To: <ari@friendorfraud.com>



Your financial institution declined a payment from your Visa •••• 2943 associated with the G Suite account for 12gurus.com on Jun 1, 2019. They provided the following reason:

Unfortunately, the credit card details we have on file are incorrect.

To ensure uninterrupted service, **you will need to contact your financial institution to fix the underlying problem.** Once this has been done, update your primary form of payment and pay any outstanding balances.

To update or change your primary payment method:

- Sign in to your G Suite Admin Console at admin.google.com.
  - If you have trouble accessing, refer to this guide.
- Select **'Billing'**.
- Select the **'Actions'** button on the right hand side of your G Suite subscription.
- Select **'Access billing account'**.
- Select the **Red Alert** at the top of the page to fix any issues with your primary payment method or billing contacts.

---

HELP CENTER CONTACT US

G Suite customer ID: 12gurus.com  |  Payments profile ID: 4578-5010-7080

Google LLC 1600 Amphitheatre Parkway, Mountain View, CA 94043

1

---------- Forwarded message ---------
From: <spectrum@info.spectrum.com>
Date: Sat, Jun 1, 2019, 1:14 PM
Subject: Important Notice about Your Recent Payment to Spectrum
To: <ARI@subletspy.com>

## Spectrum

Important Notice About Your Recent
Payment to Spectrum.

Dear TEMAN ARI,

**A Simple Way To Pay**

**Pay With My Account**
Manage Your Recurring and
One-Time Payments Online
with My Account.

As a valued subscriber, we wanted to let you know that we were unable to process your
recent Card payment of $65.99 for the following reason: INVALID ACCOUNT NUMBER.
Please contact your card provider to confirm the reason for the rejection.

To avoid interruption of service, it is important that a replacement payment using a
different method of payment is made online through **My Account**, by calling customer
service at 1-844-247-6290, or by visiting a Spectrum Store. If you have already made a
replacement payment, please disregard this notice.

Thank you for your business.
Spectrum

Rate This Email      My Account      Contact Us      Pay My Bill      Privacy Policy

Please do not reply to this email as this email address is not monitored.

1

---------- Forwarded message ----------
From: **DigitalOcean** <support@support.digitalocean.com>
Date: Sat, Jun 1, 2019, 10:41 AM
Subject: DigitalOcean - Failed Payment for Team: Fof1
To: <ari@friendorfraud.com>


We have recently failed to collect payment on your most recent invoice for Fof1. If you have an active Credit Card, we will automatically attempt to charge your card again in seven days.

Otherwise, please login to confirm that your billing profile and credit card are up to date and accurate, or make a PayPal payment to resolve the outstanding balance as soon as possible: https://cloud.digitalocean.com/settings/billing

---------- Forwarded message ----------
From: **T-Mobile USA** <noreply@t-mobile.com>
Date: Sat, Jun 1, 2019, 4:44 PM
Subject: Your T-Mobile bill is now available
To: <ari@friendorfraud.com>



Go to My T-Mobile ▶

# Your bill is ready to review

Hi FRIEND OR FRAUD INC,

Your bill for account number XXXXX2249 for billing cycle ending on 5/28/19 is ready.
Feel free to review it here anytime.

Balance

## $155.00

Due date

6/21/19

Thank you,

T-Mobile Customer Care

This is an automated message; please do not reply to this email.

---------- Forwarded message ----------
From: <support@ovh.us>
Date: Sun, Jun 2, 2019, 5:32 AM
Subject: [ari@friendorfraud.com] Unsuccessful bank card transaction: order 7695163
To: <ari@friendorfraud.com>


Dear Ari,

You have recently made a payment by bank card on our website for purchase order number 7695163.

Unfortunately the transaction was unsuccessful and we have had to cancel the payment.

We kindly ask that you make the purchase again, using another bank card if possible, by visiting the following page:

https://us.ovh.com/us/cgi-bin/order/displayOrder.cgi?orderId=7695163&orderPassword=pazWKQtENW

Please note that you will not be charged twice, as your first payment has already been cancelled with the bank.

Thank you for choosing OVH, and please feel free to get in touch if you have any queries.


OVH Support
Call us at: 1-855-OVH-LINE (684-5463)
24/7/365[ref=1.5b2ac6bb]