---------- Forwarded message ---------
From:  <invitations@linkedin.com>
Date: Mon, Dec 3, 2018, 12:52 AM
Subject: Ari, please add me to your LinkedIn network
To: Ari Teman <ari@teman.com>

-----



Ari Teman 

Hi Ari, I'd like to join your LinkedIn network.





Owner at
Greater New York City Area

Accept

View profile

Unsubscribe | Help

You are receiving Invitation emails.

This email was intended for Ari Teman (Founder, CEO at Teman). Learn why we included this.

Linked in

© 2018 LinkedIn Corporation, 1000 West Maude Avenue, Sunnyvale, CA 94085. LinkedIn and the LinkedIn logo are registered trademarks of LinkedIn.

1