UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
CASE NO. 1:19-cr-00696-PAE-1

---------------------------------------------X
ARI TEMAN,                                   :
                                             :
                    Petitioner,              :
                                             :
v.                                           :
                                             :
UNITED STATES OF AMERICA,                    :
                                             :
                    Respondent.              :
_____X

## SWORN DECLARATION OF ARI TEMAN

COMES NOW ARI TEMAN, and makes the following Declaration under penalty of perjury pursuant to the laws the United States:

1. I am over eighteen (18) years of age, of sound mind, and make this Sworn Declaration from my personal knowledge, for use in the above styled matter, and for all lawful purposes.

2. I swear under penalty of perjury pursuant to the laws of the United States of America that the facts stated in my Memorandum of Law in Support of Motion to Vacate, Set Aside, or Correct Judgment and Sentence Pursuant to 28 U.S.C. § 2255 are based on my personal knowledge, and are true and correct to the best of my knowledge, information and belief.

DATED: October 29, 2024

_____
ARI TEMAN

1