UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

-v-

ARI TEMAN,

                Defendant.

19-CR-696 (PAE)

ORDER

---

PAUL A. ENGELMAYER, District Judge:

On October 30, 2024, Thomas J. Butler, Esq., incoming counsel for defendant Ari Teman, filed a miscellaneous motion seeking leave to rely, in support of a petition for relief under 28 U.S.C. § 2255 filed the same day, on the 11-volume appendix Teman filed in the Second Circuit in connection with his unsuccessful appeal of his conviction. *See* Dkt. 460. Mr. Butler's motion states that he "conferred with Counsel for the United States whether he objects to this motion and undersigned counsel has not yet heard back from Counsel." *Id.* at 2.

Before ruling on the miscellaneous motion, the Court seeks the Government's position on it. A letter from the Government stating its position is due Monday, November 4, 2024.

SO ORDERED.

                                                *Paul A. Engelmayer*
                                               PAUL A. ENGELMAYER
                                               United States District Judge

Dated: October 31, 2024
       New York, New York