

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

November 4, 2024

**By CM/ECF**
The Honorable Paul A. Engelmayer
United States District Judge
Southern District of New York
United States Courthouse
40 Foley Square
New York, New York 10007

      Re:    **United States v. Ari Teman**, S2 19 Cr. 696 (PAE)

Dear Judge Engelmayer:

    The Government respectfully writes pursuant to the Court's October 31, 2024 Order (Dkt. 461), which directs the Government to set forth its position on incoming counsel for defendant Ari Teman's motion (Dkt. 460) to rely on the 11-volume appendix Teman filed in the Second Circuit in connection with his unsuccessful appeal of his conviction, in connection with the defendant's recently made petition for relief under 28 U.S.C. § 2255. The Government has no objection to defendant's motion to rely on the appendix.

                          Respectfully submitted,

                          DAMIAN WILLIAMS
                          United States Attorney for the
                          Southern District of New York

                By:   /s/
                        Jacob H. Gutwillig
                        Assistant United States Attorney
                        (212) 637-2215

Cc:    Defense counsel (by CM/ECF)