UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

-v-

ARI TEMAN,

Defendant.

---

19-CR-696 (PAE)

ORDER ON MOTION

PAUL A. ENGELMAYER, District Judge:

The Court **grants** the consented-to motion by defendant Ari Teman seeking leave to rely, in support of his recently filed petition for relief under 28 U.S.C. § 2255, on the 11-volume appendix that Teman filed in the United States Court of Appeals for the Second Circuit in connection with his unsuccessful appeal of his conviction. *See* Dkt. 460 (motion); Dkt. 462 (Government letter consenting).

To assist the Court in its consultation of these materials, the Court directs Teman to furnish the Court's chambers with two complete hard-copy sets of this appendix. **These are to be prepared in the same format as supplied to the Second Circuit. They are due Friday, November 15, 2024**.

If requested by the Government, Teman is promptly to provide the Government with a hard-copy set of the same.

The Clerk of Court is requested to terminate the motion at Dkt. No. 460.

1

SO ORDERED.

*Paul A. Engelmayer*
_____
PAUL A. ENGELMAYER
United States District Judge

Dated: November 6, 2024
   New York, New York