UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>-v-<br><br>ARI TEMAN,<br><br>Defendant. | 19-CR-696 (PAE)<br><br>ORDER ON MOTION |

PAUL A. ENGELMAYER, District Judge:

The Court has received a *pro se* request from defendant Ari Teman for a modification of his conditions of release, in recognition of the fact that Teman, with the Court's authorization, is presently situated in Israel assisting his elderly parents and doing productive volunteer work, and in light of Teman's representation that travel out of Israel is unsafe and/or challenging. Dkt. 463. The Court, through its deputy, has confirmed that the Probation Department does not object to the request to extend Teman's stay in Israel through January 15, 2025.

The Court will extend Teman's stay in Israel until January 15, 2025, under the same terms as Teman has been authorized to stay in Israel through this point. However, Teman should not expect the Court to further extend his stay in Israel. The Court ordered Teman to serve a three-year supervised release term, which the Court intended as a meaningful component of Teman's overall sentence. Teman has served only about six months of that term. And Teman's presence in Israel inhibits the Probation Department's practical ability to supervise him.

For avoidance of doubt, Teman is directed to arrange to return to the United States by midnight on January 15, 2025. Should Teman not do so without advance written authorization

from the Court consistent with the Court's order at Dkt. 454, he will be in violation of his conditions of supervised release.

For avoidance of doubt, that order, issued July 10, 2024, remains in full effect, including as to the procedures required for Teman to obtain authorization for domestic or international travel. Future applications to the Court seeking authorization with respect to travel are to be made on Teman's behalf by either his counsel or the Probation Department, and consistent with the timetable set out in the order at Dkt. 454.

The Clerk of Court is requested to terminate the motion at Dkt. No. 463.

SO ORDERED.

*Paul A. Engelmayer*
PAUL A. ENGELMAYER
United States District Judge

Dated: November 7, 2024
    New York, New York