

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

December 11, 2024

**By CM/ECF**
The Honorable Paul A. Engelmayer
United States District Judge
Southern District of New York
United States Courthouse
40 Foley Square
New York, New York 10007

      Re:    **United States v. Ari Teman**, S2 19 Cr. 696 (PAE)

Dear Judge Engelmayer:

      On November 26, 2024, the Court issued an Order directing, among other things, that the undersigned provide the Order to Mr. DiRuzzo and Mr. Gelfand forthwith and to file a letter on the docket confirming that Government counsel had done so.  (*See* Dkt. 469).  The Government was alerted today that it had not filed a letter, which, along with failing to transmit the Order to Messrs. DiRuzzo and Gelfand before today, was an inadvertent error.  The Government has since sent the Order to Messrs. DiRuzzo and Gelfand by e-mail and separately left voicemails for both to that effect.  Mr. Gelfand has confirmed receipt by e-mail.  Mr. DiRuzzo has not yet confirmed receipt, but the Government wanted to advise the Court that it had transmitted the Order and will ensure that Mr. DiRuzzo receives it.  The Government regrets its oversight and apologies to the Court for its delay.

      Respectfully submitted,

      DAMIAN WILLIAMS
      United States Attorney for the
      Southern District of New York

By:   /s/
      Jacob H. Gutwillig
      Assistant United States Attorney
      (212) 637-2215

Cc:    Defense counsel (by CM/ECF)