UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-v-

ARI TEMAN,

Defendant.

19 Cr. 696 (PAE)

ORDER

PAUL A. ENGELMAYER, District Judge:

The Court has received a *pro se* submission from defendant Ari Teman, seeking a modification of his conditions of supervised release to permit him to reside in Israel beyond his present return date of January 15, 2025. Teman, who is in his first year of a three-year term of supervised release, further appears to propose that he be exempt from any reporting or supervision during his continued stay in Israel. Dkt. 471. The Court directs the Government to respond by letter, due January 8, 2025, setting out its views and those of the Probation Department. In the event that the Probation Department does not oppose an extension of the return date, the Government's letter should address the means by which the Probation Department proposes to effectively supervise Teman while abroad.

The Court henceforth expects submissions of any kind on Teman's behalf to be made by one of the counsel who has appeared for him on the docket of this case and will act on such submissions only.

1

SO ORDERED.

PAUL A. ENGELMAYER
United States District Judge

Dated: December 30, 2024
       New York, New York