EXHIBIT A



Eden Quainton <equainton@gmail.com>

## RE: [EXTERNAL] USA v. Teman, 19-cr-696 -- Motion for Non-Reporting Supervision

**Jimmy Wong** <jimmy_wong@flsp.uscourts.gov>                                       Fri, Nov 1, 2024 at 10:22 AM
To: "Gutwillig, Jacob (USANYS)" <Jacob.Gutwillig@usdoj.gov>, Eden Quainton <equainton@gmail.com>

Good morning,

Mr. Teman is set to expire on May 27, 2027. He has been in compliance with his conditions since he began supervision and has satisfied all his financial obligations. I do not object to the motion of non-reporting supervision, but advised that if Mr. Teman returns to the United States before his supervision is completed, he will need to report immediately to the probation office and will be subject to the conditions of his supervised release order.

Sincerely,

Jimmy Wong

United States Probation Officer

Southern District of Florida

12900 SW 128 Street, Suite 200

Miami, Florida 33186

Cell: (305) 742-6414

Jimmy_Wong@flsp.uscourts.gov

---

**From:** Gutwillig, Jacob (USANYS) <Jacob.Gutwillig@usdoj.gov>
**Sent:** Thursday, October 31, 2024 2:21 PM
**To:** Eden Quainton <equainton@gmail.com>
**Cc:** Jimmy Wong <jimmy_wong@flsp.uscourts.gov>
**Subject:** RE: [EXTERNAL] USA v. Teman, 19-cr-696 -- Motion for Non-Reporting Supervision

**CAUTION - EXTERNAL:**

Eden,

As I indicated below, this is an unusual request and I'll need time to confer internally before I take a position.

I will also need Officer Wong's position to do that.

Thanks,

Jake

---

**From:** Eden Quainton <equainton@gmail.com>
**Sent:** Thursday, October 31, 2024 2:18 PM
**To:** Gutwillig, Jacob (USANYS) <JGutwillig@usa.doj.gov>
**Cc:** Jimmy Wong <Jimmy_wong@flsp.uscourts.gov>
**Subject:** Re: [EXTERNAL] USA v. Teman, 19-cr-696 -- Motion for Non-Reporting Supervision

Jake,

I would appreciate a response as soon as possible.  Yes, Mr. Teman is planning on remaining in Israel indefinitely. Since he has already paid restitution, and he has strong family and cultural ties in Israel, it is his intention to remain in Israel and acquire Israeli citizenship, assuming of course the Court grants his motion.

Thanks,

Eden

On Thu, Oct 31, 2024 at 1:35 PM Gutwillig, Jacob (USANYS) <Jacob.Gutwillig@usdoj.gov> wrote:

> Thanks, Eden.  I will need some time to consult internally, and can respond next week.
>
> Are there any other details you can share relating to this arrangement, *i.e.*, it appears this contemplates Mr. Teman remaining in Israel indefinitely?
>
> Officer Wong, A few questions:
>
> 1. When is Mr. Teman's term of supervised release set to expire?
> 2. Has he had any instances of non-compliance while on release?
> 3. What is your position on this request?
>
> Thanks,
>
> Jake

**From:** Eden Quainton <equainton@gmail.com>
**Sent:** Thursday, October 31, 2024 1:32 PM
**To:** Gutwillig, Jacob (USANYS) <JGutwillig@usa.doj.gov>; Jimmy Wong <Jimmy_wong@flsp.uscourts.gov>
**Subject:** [EXTERNAL] USA v. Teman, 19-cr-696 -- Motion for Non-Reporting Supervision

Jake,

To follow up on my earlier email, Mr. Teman will be making a motion to be subject to non-reporting supervision in Israel, where he intends to remain indefinitely to take care of his mother, who is still recovering from surgery, and his father, who has recently become sick. In addition, Mr. Teman has been working on a number of charitable projects in Israel, including his prison book project and the creation of a new therapy center in Israel for individuals with mental health issues, sunflowercenter.com. In keeping with the foregoing and his other religious and cultural ties to Israel, Mr. Teman intends to make Aliyah to Israel and to complete the formalities for emigration in Israel. Mr. Teman understands that if he returns to the United States before his probation is completed, he will need to report immediately to Mr. Wong and will be subject to the provisions of the existing supervised release order. I have spoken to Mr. Wong several times and he does not oppose the relief sought.

Can you please confirm as soon as possible whether you oppose the proposed motion?

Thank you,

Eden

--

Eden P. Quainton

Quainton Law, PLLC

2 Park Avenue, 20th Floor

New York, NY 10016

Tel: 212.419.0575

Fax: 212.376.5699.

Cell: 202.360.6296


245 Nassau St.

Princeton, NJ 08540

Tel: 609-356-0526

Cell: 202-360-6296

https://quaintonlaw.net

--

Eden P. Quainton

Quainton Law, PLLC

2 Park Avenue, 20th Floor

New York, NY 10016

Tel: 212.419.0575

Fax: 212.376.5699.

Cell: 202.360.6296


245 Nassau St.

Princeton, NJ 08540

Tel: 609-356-0526

Cell: 202-360-6296

https://quaintonlaw.net

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.