UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

-v-

ARI TEMAN,

Defendant.

---

19-CR-696 (PAE)

ORDER

PAUL A. ENGELMAYER, District Judge:

The Court has received an email request from defendant Ari Teman asking that the medical information he reported in his email to Assistant United States Attorney Jacob Gutwillig of November 6, 2024 not be placed on the public docket. The Court had ordered Government counsel to file Teman's email on the public docket. *See* Dkt. 475 at 4 n.2.

Teman's account of his medical conditions in the email entirely tracks accounts of his medical conditions that Teman and his counsel have previously given in public filings in this case. These include Teman's present account as to the nature of his medical conditions and the numeric severity of the pain he has reported. *See, e.g.*, Dkt. 424 & Exhs. A and B; Dkt. 433 & Exhs. A and B; Dkt. 444 & Exhs. A and B; Dkt. 448 Exh. A. Nonetheless, in an excess of caution, the Court modifies its instruction to Government counsel. Government counsel is to file on the public record Teman's email of November 6, 2024, while redacting the text beginning with (1) the words "including with imagery" in the fourth paragraph of the letter, and (2) ending with the words "MRI to confirm" at the end of the seventh paragraph. The balance of the email is to be filed in unredacted form.

1

2

Teman's email attaches a letter concerning foreign travel that he asks the Court to file. The Court declines to do so. Teman is represented by counsel. *See* Dkts. 465, 472.

SO ORDERED.

                                                 *Paul A. Engelmayer*
                                        PAUL A. ENGELMAYER
                                        United States District Judge

Dated: January 13, 2025
       New York, New York