UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

-v-

ARI TEMAN,

Defendant.

19-CR-696 (PAE)

ORDER

---

PAUL A. ENGELMAYER, District Judge:

The Court's chambers this morning received an anguished email from defendant Ari

Teman.  In substance, in the email, Teman (1) stated that he is terminating all his counsel and

proceeding *pro se*, (2) accused the Court of attempting to abuse and torture him with the goal of

protecting a prior counsel of Teman's; (3) moved for the Court's recusal; and (4) stated that if

the Court declines to further extend his stay in Israel, he will "end my life" and "they will find

me hanging by the neck somewhere."  Teman's email was copied to, among others, the two

counsel, Eden Quainton, Esq., and Thomas Butler, Esq., who have recently appeared for him on

the docket of this case.

1.      In light of Teman's references to ending his life, the Court asks Mr. Quainton and

Mr. Butler to act ***with urgency*** to help assure that Teman receives appropriate care.  Such may

include alerting Teman's parents, whom the Court understands are in Israel with him, to Teman's

email of today.  Because Teman is abroad, the United States Probation Department, which is

responsible for his supervision during the ongoing three-year term of supervised release that

began in mid-2024, is not, in practice, able to intervene to attend to his mental health needs.  The

1

Court asks Mr. Quinton and/or Mr. Butler to confirm, by email to the Court's chambers, that they have received this order and will act with dispatch.

2.      To the extent Teman wishes to proceed *pro se*, that is his right.  The Court asks Mr. Quinton and Mr. Butler to confirm with Teman whether they have indeed been terminated and, if so, to each file a letter on the docket of this case so stating.  For avoidance of doubt, should Teman proceed *pro se*, he will be responsible for making filings on ECF, as he has on numerous occasions, most recently on December 29, 2024.  *See* Dkt. 471.  The Court will not docket, or respond to, emails received from Teman.  Should Teman encounter difficulties filing on ECF, he may wish to contact the Court's *pro se* office for assistance.

3.      The Court declines to recuse itself.  There is no basis for recusal.

4.      The deadlines set in the Court's order of January 10, 2025 remain in place.  Per that order, submissions by the Probation Department and the defense are due to be filed on Friday, January 17, 2025, responding to the Court's requests for additional information bearing on Teman's request to be permitted to extend his stay in Israel and to do so on a non-reporting basis.  *See* Dkt. 475.

SO ORDERED.

Paul A. Engelmayer

PAUL A. ENGELMAYER
United States District Judge

Dated: January 14, 2025
          New York, New York

2