

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

January 15, 2025

**By CM/ECF**
The Honorable Paul A. Engelmayer
United States District Judge
Southern District of New York
United States Courthouse
40 Foley Square
New York, New York 10007

      Re:    **United States v. Ari Teman**, S2 19 Cr. 696 (PAE)

Dear Judge Engelmayer:

      The Government respectfully writes pursuant to the Court's Orders, dated January 10 and 13, 2025, *see* Dkts. 475, 476, directing the Government to file in unredacted form its letter dated January 9, 2025, *see* Dkt. 474, and a partially redacted version of an email from defendant Ari Teman dated November 6, 2024, which was attached to the Government's letter. The Government's letter and Teman's email are attached hereto as Exhibits A and B, respectively.

                                            Respectfully submitted,

                                            EDWARD Y. KIM
                                            Acting United States Attorney for the
                                            Southern District of New York

                                By:    /s/
                                            Jacob H. Gutwillig
                                            Assistant United States Attorney
                                            (212) 637-2215

Cc:     Defense counsel (by CM/ECF)