UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

-v-

ARI TEMAN,

Defendant.

---

19-CR-696 (PAE)

ORDER

PAUL A. ENGELMAYER, District Judge:

A *pro se* motion by defendant Ari Teman for the Court's recusal, dated January 13, 2025, was today filed at docket 478. The Clerk of Court is respectfully directed to terminate that motion, as the Court yesterday, acting on a similar request by Teman conveyed by email, declined to recuse. *See* Dkt. 477 at 2. Insofar as Teman's recusal motion asserts that the Court's direction to the Government to publicly file his November 6, 2024 email to AUSA Jacob Gutwillig, *see* Dkt. 475 at 4 n.2, was an attempt to violate Teman's privacy, the Court, in its order of January 13, 2025, explained that the medical information contained in Teman's email to AUSA Gutwillig had all been placed on the public record in multiple prior filings in this case by Teman and his counsel, *see* Dkt. 476 at 1 (citing prior filings). The Court nonetheless, in an excess of caution, authorized the Government to redact references to such information in the November 6, 2024 email as publicly filed. *Id.* The Government today has done so. *See* Dkt. 479 & Exh. B.

Separately, in its order yesterday, the Court—noting that Teman's email to the Court yesterday had stated that he was terminating all counsel and proceeding *pro se*—asked that the two counsel for Teman who represent him before this Court file letters on the docket confirming

1

whether their representations of Teman have been terminated. *See* Dkt. 477 at 2. The Court's chambers today received an email from Thomas Butler, Esq., stating that he will continue to represent Teman before this Court, but that that representation, consistent with his notice of appearance, is limited to Teman's pending 28 U.S.C. § 2255 petition, *see* Dkt. 457. In the interest of a clear public record, the Court directs Mr. Butler to file a letter on the docket, confirming that he continues to represent Teman in connection with the § 2255 petition. The notice of appearance of Teman's other attorney, Eden P. Quainton, Esq., did not indicate a limited purpose. *See* Dkt. 393. The Court directs Mr. Quainton to file a letter on the docket stating whether he continues to represent Teman before this Court.

For avoidance of doubt, if Teman remains represented by counsel, the Court will consider counsel's filings only, including as to the filing due January 17, 2025 with respect to Teman's pending request to extend his stay in Israel. *See* Dkt. 475 at 6. However, if Teman is not represented by counsel, the Court will consider Teman's *pro se* filings. *See* Dkt. 477 at 2.

SO ORDERED.

*Paul A. Engelmayer*
PAUL A. ENGELMAYER
United States District Judge

Dated: January 15, 2025
New York, New York

2