**Eden P. Quainton**

**Quainton Law, PLLC**

**2 Park Ave., 20th Fl.**
**New York, NY 10016**

**245 Nassau St.**
**Princeton, NJ 08540**

---

**Telephone (212) 419-0575, (609) 356-0526**
**Cell: (202) 360-6296**
**Eden.quainton@quaintonlaw.net**

January 15, 2025

**VIA ECF**

The Honorable Paul A. Engelmayer
United States District Judge
Southern District of New York
United States Courthouse
40 Foley Square
New York, New York 10007

Re: <u>United States v. Ari Teman, 19-cr-0696 (PAE) –
Termination as Counsel</u>

Dear Judge Englemayer,

    I have represented the Defendant, Ari Teman (the "Defendant" or "Mr. Teman"), in connection with several issues before your Honor in the above-referenced matter.

    Pursuant to your Honor's order from earlier today, Dkt. 480, this is to confirm that I have been terminated as Mr. Teman's counsel on all criminal matters before your Honor.

Respectfully submitted,

*Eden P. Quainton*
Eden P. Quainton

cc: All counsel of record (via ECF)
    Mr. Jimmy Wong (via email - jimmy_wong@flsp.uscourts.gov)