

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

January 17, 2025

**By CM/ECF**
The Honorable Paul A. Engelmayer
United States District Judge
Southern District of New York
United States Courthouse
40 Foley Square
New York, New York 10007

    Re:    **United States v. Ari Teman**, S2 19 Cr. 696 (PAE)

Dear Judge Engelmayer:

    Pursuant to the Court's January 10, 2025 Order, attached as <u>Exhibit A</u> is a letter provided to the Court by the United States Probation Office relating to defendant Ari Teman.

                            Respectfully submitted,

                            EDWARD Y. KIM
                            Acting United States Attorney for the
                            Southern District of New York

                  By:   /s/
                        Jacob H. Gutwillig
                        Assistant United States Attorney
                        (212) 637-2215

Cc:    Defense counsel (by CM/ECF)