UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-v-

ARI TEMAN,

Defendant.

19-CR-696 (PAE)

ORDER

PAUL A. ENGELMAYER, District Judge:

The Court was copied on an email sent on Saturday, January 25, 2025, from defendant Ari Teman to his Probation Officer, which Teman asked the Court to publicly file. The Court reminds Teman that it will not publicly file emails from him. Teman, who represents himself *pro se* in this Court except in connection with his pending motion under 28 U.S.C. § 2255, may instead file documents himself, as he has in the past.

Separately, the Court notes that Teman's email, which lists his father as a recipient, refers again to committing suicide. The Court has forwarded the email to Thomas Butler, Esq., and Eden Quainton, Esq., the counsel who presently represent Teman either in this Court or the United States Court of Appeals for the Second Circuit, in the expectation that that they will take appropriate action. The Court wishes Teman well.

SO ORDERED.

*Paul A. Engelmayer*
PAUL A. ENGELMAYER
United States District Judge

Dated: January 27, 2025
      New York, New York