UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-v-

ARI TEMAN,

Defendant.

19-CR-696 (PAE)

ORDER

PAUL A. ENGELMAYER, District Judge:

On January 27, 2025, the Court was again copied on an email from defendant Ari Teman. Teman is presently *pro se* in this Court except with respect to his pending 28 U.S.C. § 2255 petition. Teman asked the Court's *pro se* office to publicly file the email. The Court has previously instructed Teman that the Court's staff will not docket emails (or attachments) that he sends to the Court. *See, e.g.*, Dkts. 472, 476, 477 & 485.

For avoidance of doubt, if Teman experiences difficulties filing materials on ECF, he is to contact the district's ECF Help Desk via email (ECFSupport@nysd.uscourts.gov) or telephone ((212) 805-0800). The Court's chambers has consulted with the ECF Help Desk, which has reported that they are unaware of any issues with Teman's account that would prevent him from filing documents. When contacting the ECF Help Desk, Teman will need to provide, *inter alia*, his PACER log-in information, along with a screen shot reflecting the nature of the error message(s) Teman is receiving when attempting to file electronically.

SO ORDERED.

_____
PAUL A. ENGELMAYER
United States District Judge

Dated: January 28, 2025
       New York, New York