```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/10/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,
Plaintiff,

v.

ARI TEMAN,
Defendant.

Case No.: 19-cr-00696

NOTICE OF APPEAL

MOTION FOR EXTENSION OF TIME DUE TO HEALTH ISSUE

Pro Se Defendant, Ari Teman, hereby appeals to the United States Court of Appeals for the Second Circuit from the District Court's order dated Jan 24. 2025, which denied Defendant's request to remain in Israel and be placed on remotely supervised supervision as recommended by Probation.

This appeal is taken pursuant to 28 U.S.C. § 1291 and Rule 4(b) of the Federal Rules of Appellate Procedure.

Due to ongoing health issues the Defendant motions for an EXTENSION for time to file as these health issues are severely slowing his ability to work. He is waiting for a doctors appointment to get treated. Defendant will be able to verify this health issue with a doctors letter if required.

Dated: Feb 7, 2024

Respectfully submitted,

Ari Teman
Ari@teman.com
Pro Se Defendant

cc Via email and Pro Se Clerk email to The Government