UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------
UNITED STATES OF AMERICA,

  v.                                                Case No. 1:19-cr- 00696-PAE

ARI TEMAN,

    Defendant.
----------------------------------

**NOTICE: IMPEACHMENT OF JUDGE PAUL ENGELMAYER FOR CORRUPTION**

The Defendant respectfully notifies the Government and the Court that, per Newsweek and X (EXHIBITS ATTACHED) Judge Paul Engelmayer is facing Impeachment before Congress following allegations of **corruption** by the President of the United States, Vice President of the United States, Attorney General Pamela Bondi, and Head of the Department of Government Efficiency ("DOGE"), Mr. Elon Musk, and the Honorable Representative Eli Crane.

For the past five years, dozens of the nation's top legal experts *across the political spectrum have* noted Judge Englemayer's rage and corruption evident throughout his motions and elocutions in this matter.



Now, their comments about this matter are at the forefront of a national effort to impeach and imprison Paul Engelmayer for corruption and financial crimes.

Page 1

Accusations against Paul Engelmayer by legal experts who practice in this district and nationwide and being shared thousands of times and will serve as evidence in impeachment proceedings, upon information and belief.

As in this matter, Judge Engelmayer failed to disclose personal and financial conflicts before issuing a ruling on DOGE. As well, it is abundantly clear that the motion was timed so that Judge Engelmayer would be the "duty" judge -- and Judge Engelmayer admits to regula*r ex parte* calls to prosecutors (Dkt 326-1), as noted by expert Jane Coleman:



---

[1] https://x.com/JaneBColeman/status/1888433454309921273

To be clear, this is not a motion and is merely a notice to the other party of potential conflicts going forward.

The Defendant also respectfully issues this notice to inform all parties to retain any and all relevant information, documents, communications, devices, files, and any and all records related to allegations of corruption and/or criminal activity by Judge Engelmayer (and/or any conspirators) in their possession, and to disclose to the defense immediately any such allegations under the Government's disclosure obligations.

The Defendant thanks God, President Trump, Vice President Vance, Attorney General Bondi, Mr. Musk, Representative Crane, and thousands of others for bringing to the world's attention the corruption of Paul Englemayer.

Respectfully submitted,,

s/Ari Teman/

Defendant, Pro Se
11 Feb, 2025
14th of Sh'vat, 5785
Tel Aviv, Israel

EXHIBIT 1: REP ELI CRANE
https://x.com/RepEliCrane/status/1889325206998556730



**EXHIBIT 2:** Elon Musk[2] calling Judge Paul Engelmayer  "A corrupt judge"



---

[2] Note: Mr. Musk currently identifies as "Harry Bōlz". Defendant uses Mr. Bōlz's legal name for avoidance of confusion and means no disrespect to Mr. Bōlz, a man who has accomplished more for humanity than pretty much anyone on this planet and still has time for a fun joke.

Page 5

**EXHIBIT :  Ron Coleman publicly vouches for truth of allegations of corruption against Judge Engelmayer**
   https://x.com/RonColeman/status/1888679660462260358



 **David Teman** ✓
@dteman 

**Judge Paul Engelmayer Must Be Held Accountable**

As a father, it is unbearable to watch my son, @AriTeman, be railroaded by a corrupt judicial system. Judge Paul Engelmayer has consistently refused to recuse himself from cases in which he holds multi-million dollar investments—cases like my son's, where he had a direct financial interest in the bank that actually mishandled a legal transaction.

In Ari's case (JusticeForAri.org), Judge Engelmayer:

**1. Blocked Expert Testimony Relevant to His Own Investments**
  - He refused to allow independent banking experts to testify that Ari's actions were entirely legal and that it was Bank of America that erred.
  - Judge Engelmayer failed to disclose his multi-million dollar interest in Bank of America stock.

**2. Ignored Bank of America's Criminal Actions**
  - When Bank of America was caught "losing" videos and documents, and when another expert came forward exposing the bank's conduct, Judge Engelmayer dismissed it — calling it a "waste of his time."

**3. Refused to Consider Exculpatory Evidence for Two Years**
  - A whistleblower provided pages of emails and texts proving that multiple witnesses conspired to hide evidence contradicting their testimony.
  - This evidence also showed that both the bank and the DOJ knew the witnesses were lying.
  - Judge Engelmayer sat on this evidence for **two years** and then declared it was "too late" to consider it.

**4. Allowed His Mentee to Sabotage the Defense**
  - Ari's defense attorney concealed the fact that he was **married to an SDNY prosecutor** — one who was close friends with Judge Engelmayer and his family.
  - This lawyer lied to Ari and to pro bono counsel assisting him, **including** @RonColeman of @dhillonlaw.
  - While working from home during COVID, the prosecutor-wife **had undisclosed access to defense conversations and strategy**, and Judge Engelmayer—who was frequently in their home—**knew this and did nothing**.
  - When this came to light, Judge Engelmayer refused to recuse himself so an independent judge could consider sanctions against his corrupt mentee.

**5. Regularly makes ex parte calls to prosecutors, putting his thumb on the scale against the defendant**
x.com/AriTeman/statu...

**6. Endangered Ari's Life in Prison**
 - Despite acknowledging Ari was immunocompromised, had undergone multiple surgeries, and posed no flight risk, Judge Engelmayer **sentenced him to a violent, disease-ridden prison.**
 - After months of health issues in prison, three board-certified specialists warned that Ari's rapid weight loss, frequent falls, and other symptoms put his life at imminent risk. Judge Engelmayer ignored their medically urgent pleadings.
 - He refused to grant home confinement just two months early, leading to severe medical damage that now requires surgery.

**7. Covered for Prosecutorial Misconduct**
 - Judge Engelmayer ignored **Obama-era AUSAs** helping witnesses conceal exculpatory evidence. The judge ignored the Obama affiliated prosecutors hiding that the main witnesses were colluding with defendants in two civil cases Ari's company had filed, keeping exculpatory evidence away from Ari's defense attorneys. One party admitted they hoped Ari would be sent to prison so his company wouldn't be able to keep a collections lawsuit going! They admitted they were willing to cheat Ari into prison to avoid paying their bills, and the judge knew this and ignored it.

**8. Allowed Jury Tampering**
 - **A business competitor lied to get onto the jury.** He openly made faces at Ari during the trial and whispered to other jurors — yet Judge Engelmayer took no action.

**9. Fabricated evidence and lied about Judaism**
 - Judge Engelmayer fabricated statements that Ari **never said,** invented **nonexistent Jewish laws about Passover,** and used these falsehoods **to justify a harsher sentence.**
 - Dozens of rabbis called for him to resign, but he continued to spread these lies—using them as an excuse to deny Ari medical care.
x.com/AriTeman/statu…

Paul Engelmayer showed bias against Ari in his treatment and rulings. @JDVance, @ElonMusk, @amuse, @DefiyantlyFree, @Rabois, **and many others are right to call for his impeachment.**

We demand justice. We urge @AGPamBondi @PamBondi to **dismiss this unjust case against Ari immediately** and to compensate him for the devastating damage to his businesses and charitable work.

Join the Fight: JusticeForAri.org



