

בס"ד

לשכת הרבנות-מודיעין מכבים רעות
# THE CHIEF RABBINATE
# OF MODI'IN

February 2, 2025

Your Honor,
The Honorable Judge Paul Engelmayer,
New York Court

Subject: Ari Teman

I am acquainted with the Teman family here in the Holy Land, Israel—the parents of Ari Teman: the father, David, and the mother, Suzan—a principled family that is very dear and important to us. Ari Teman has fulfilled the Court's ruling, both in terms of payment and imprisonment, and now he is starting a new chapter, currently in the probation process.

I hereby request His Honor the Judge to allow Ari Teman to immigrate to the Holy Land, Israel, and to live near his parents of our city of Modi'in Maccabim Reut, where his parents can better assist him in the process of healing and rehabilitation as required. When he is here, we will be able to pay closer attention to Ari and provide him with more care, love, and warmth than he would receive while alone.

Especially since his treatment is conducted via Zoom, it is possible for him to fulfill the commandment of immigrating to Israel—a precious and important mitzvah in our faith and religion—which every Jew is obligated to uphold. He can continue his Zoom sessions here by our city.

I would like to note to His Honor the Judge that the probation department approves and permits him to fulfill this mitzvah of immigrating to the Holy Land, both because of the religious commandment that will grant him greater spiritual and emotional wholeness, and because reuniting with his family will benefit and support him more.

And I hereby bless His Honor the Judge: May God fulfill the desires of your heart for good and for blessing.

With Torah blessings,
Rabbi Yaakov Chikotai
Chief Rabbi of Modi'in Maccabim Reut



לשכת הרבנות מודיעין - רח' דם המכבים 1, אתר הקראונים, ת.ד. 1 מודיעין 71700 טל. 08-9726170 פקס. 08-9707267
THE CHIEF RABBINATE OF MODI'IN, 1 DAM HAMACABIM ST. P.O.B 1 MODI'IN 71700 ISRAEL TEL: 972-8-9726170 FAX: 972-8-9707267
E-mail: esti_o@modiin.muni.il

בס"ד



## לשכת הרבנות-מודיעין מכבים רעות
## THE CHIEF RABBINATE
## OF MODI'IN

כ"ה בשבט תשפ"ה

23-02-2025

לכבוד

מכובדנו

כבוד השופט פול אנגלמייאר

בית משפט

ניו יורק.

הנדון: **ארי טימן**.

הריני מכיר את משפחת טימן, כאן בארץ הקודש ארץ ישראל, הוריו של ארי טימן, האבא – דוד , האם – סוזן, משפחה ערכית חשובה ויקרה לנו מאוד.

ארי טימן קיים את פסק הדין של בית המשפט הן בתשלום והן המאסר, וכעת הוא מתחיל דף חדש, ונמצא כעת בשלבי מבחן.

הריני מבקש מכבוד השופט לאפשר לארי טימן לעלות לארץ הקודש, ארץ ישראל, ולגור עם הוריו בעירנו מודיעין מכבים רעות, וכאשר הוריו יכולים לעזור לו יותר בתהליך ההבראה והשיקום כנדרש. וכאשר הוא כאן נוכל לשים לב יותר לארי, ולהקדיש לו יותר תשומת לב ואהבה וחיבוק, מאשר כשהוא בודד.

ובפרט כאשר הטיפול נעשה בזום, אפשר שהוא יקיים את המצות העלייה לישראל שהיא מצוה יקרה וחשובה באמונתנו ודתנו. כאשר כל יהודי מחוייב במצווה יקרה וחשובה זו. ויכול לעשות בזום כאן בעירנו.

אציין בפני כבוד השופט שמחלקת המבחן מאשרת ומאפשרת לו את קיום המצווה את העלייה לארץ הקודש. הן מפני המצווה הדתית שתתן לו שלמות נפשית ורוחנית יותר, והן מפני איחוד המשפחה אשר יעזור ויועיל לו יותר.

והריני מברך את כבוד השופט, שהשם ימלא משאלות לבך לטובה ולברכה.

בברכת התורה

הרב יעקב צ'יקוטאי

הרב הראשי

לעיר מודיעין מכבים רעות.



לשכת הרבנות מודיעין - רח' המכבים 1, אתר הקראוונים ת.ד. 1 מודיעין 71700 טל. 9726170-08 פקס. 9707267-08
THE CHIEF RABBINATE OF MODI'IN, 1 DAM HAMACABIM ST. P.O.B 1 MODI'IN 71700 ISRAEL TEL: 972-8-9726170 FAX: 972-8-9707267
E-mail: esti_o@modiin.muni.il