

# H.Res.143 - Impeaching Paul Engelmayer, judge of the United States District Court for the Southern District of New York, for high crimes and misdemeanors.

119th Congress (2025-2026) | Get alerts

| | |
|---|---|
| **Sponsor:** | Rep. Van Orden, Derrick [R-WI-3] (Introduced 02/18/2025) |
| **Committees:** | House - Judiciary |
| **Latest Action:** | House - 02/18/2025 Referred to the House Committee on the Judiciary.  (All Actions) |
| **Tracker:** | Introduced  Agreed to in House |

Summary(0) | **Text(1)** | Actions(2) | Titles(1) | Amendments(0) | Cosponsors(0) | Committees(1) | Related Bills(0)

Listen

There is one version of the bill.   **Text available as:**   XML/HTML | XML/HTML (new window) (5KB) | TXT (3KB) | PDF (227KB)

**Shown Here:**
**Introduced in House (02/18/2025)**

119TH CONGRESS
1ST SESSION

# H. RES. 143

Impeaching Paul Engelmayer, judge of the United States District Court for the Southern District of New York, for high crimes and misdemeanors.

---

## IN THE HOUSE OF REPRESENTATIVES

FEBRUARY 18, 2025

Mr. VAN ORDEN submitted the following resolution; which was referred to the Committee on the Judiciary

---

# RESOLUTION

Impeaching Paul Engelmayer, judge of the United States District Court for the Southern District of New York, for high crimes and misdemeanors.

*Resolved,* That Paul Engelmayer, judge of the United States District Court for the Southern District of New York is impeached for high crimes and misdemeanors and that the following articles of impeachment be exhibited to the United States Senate:

Articles of impeachment exhibited by the House of Representatives of the United States of America in the name of itself and of the people of the United States of America, against Paul

Engelmayer, judge of the United States District Court for the Southern District of New York in maintenance and support of its impeachment against him for high crimes and misdemeanors.

ARTICLE I: JUDICIAL MISCONDUCT AND ABUSE OF JUDICIAL AUTHORITY

Paul Engelmayer, as a judge of the United States District Court for the Southern District of New York, engaged in judicial misconduct when he halted President Donald J. Trump's Executive order establishing and implementing the President's Department of Government Efficiency on purely political grounds, demonstrating clear bias and prejudice against the President and the 74,000,000 Americans who voted for him.

Paul Engelmayer has acted outside the bounds of judicial propriety, including—

(1) by submitting this ruling that demonstrates clear bias and prejudice against the President; and

(2) by willfully disregarding established legal precedent in the issuance of rulings, by submitting this injunction in the middle of the night, which may have been done with the intent to influence the outcome of cases to favor certain parties.

Wherefore, Judge Paul Engelmayer is guilty of high crimes and misdemeanors and should be removed from office.

ARTICLE II: ABUSE OF JUDICIAL POWER

Judge Paul Engelmayer has abused his judicial office by using his authority to further personal or political interests, contrary to the constitutional responsibility to apply the law impartially, including the improper handling of this case in a manner that demonstrates favoritism or undue influence, undermining the fundamental principles of justice.

Wherefore, Judge Paul Engelmayer is guilty of high crimes and misdemeanors and should be removed from office.