מוריס בודו       מומחה ברפואה פנימית       054-5244087

February 24, 2025

Re: **Ari Teman**

D.O.B. 5/10/1982

    Mr. Ari Teman is a 42-year-old man with chronic sinusitis. He has had turbinate reduction surgery which has helped his situation but has left him prone to intermittent bouts of acute sinusitis. He recently recovered from such a bout and is well, however, I have recommended that he not travel by airplane for at least the next two months. The change in air pressure involved in airplane travel will likely cause acute sinusitis at this time.

Sincerely,

Maurice Budow MD