February 24, 2025

The Honorable Paul A. Engelmayer
District Judge
Southern District of New York

Your Honor,

I have attached a letter from Rabbi Yaakov Chikotai, the Chief Rabbi of Modi'in, Israel, regarding our son, Ari Teman. Rabbi Chikotai explains that Ari's request to relocate to Israel fulfills a religious commandment and aligns with his being near to his parents and our community. Here, we can offer Ari greater support, care, and affection, while he continues his probation reporting and ongoing therapy.

Ari has completed full restitution and served his entire incarceration period. Prior to his sentence, he was under house arrest for 44 months, and he has been supervised for an additional nine months since release, for a total of over five years under government oversight following his conviction -- over 10% of his life, 25% of his adult life.

Throughout this time, Ari has endured significant medical and emotional challenges, including substantial weight loss, illness and diminished strength. He requires treatment that is readily available to him from here in Israel, and we are deeply concerned for his health and his life.

Probation previously approved Ari for remote monitoring from Israel [Docket 479], a decision based on his five years of consistent compliance and good behavior under supervision.

We respectfully suggest that overturning this approval—because of a note Ari submitted while representing himself pro se—is unjust. In that note, Ari expressed concerns that any defense attorney could reasonably have raised to a prosecutor, particularly given allegations alleged by several experts that the prosecutor's actions violated ethical obligations. Reversing the approval seems to penalize Ari for not having the financial means to hire additional legal counsel to express these same concerns, creating an unjust chilling effect on his right to mount a strong defense or negotiate dismissal.

We respectfully request that Ari be permitted to continue his probation in Israel, where we can provide him with enhanced support, where he can maintain his therapy and reporting obligations, and where he can honor the religious duty he has long wished to fulfill.

Thank you for your consideration.

Respectfully,

*[signature]*

David Teman