UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

-v-

ARI TEMAN,

Defendant.

19-CR-696 (PAE)

ORDER

---

PAUL A. ENGELMAYER, District Judge:

The Court has received a letter from defendant Ari Teman, termed as an "emergency motion," seeking to defer his obligation to return to the United States from Israel by Friday, February 28, 2025. Dkt. 502. Teman's letter argues alternatively that his staying in Israel is necessary for him to fulfill religious obligations and for medical reasons. As to the latter, Teman has attached a letter from a doctor stating that, although Teman is presently well, the doctor has advised Teman not to fly for at least two months based on the prospect that air travel could cause Teman to have a recurrence of acute sinusitis. *See id.* Exh 1.

The Court asks the Government to investigate forthwith Teman's late-arising claim to this effect, including obtaining from the doctor contemporaneous medical records reflecting his evaluation of Teman. The Government's letter, which should set out its views on Teman's application, is due **Wednesday, February 26, 2025**. The Court notes that during his term of supervised release, Teman flew to Israel, and during the period while his appeal was pending, Teman flew to and from Australia, in each instance with the Court's authorization; and that Teman may have taken other plane travel since his January 2019 conviction. The Court asks the Government to explore with the doctor the extent of his knowledge, if any, prior to executing the

letter at issue, of Teman's prior plane travel and the impact, if any, such travel had on his sinusitis.

The Court separately directs Teman, by **noon** on **Tuesday, February 25, 2025**, to file on the docket of this case records documenting the plane ticket, if any, that he has bought to enable his return to the United States by the deadline set by the Court, and the date on which that ticket was bought.

For avoidance of doubt, the Court's order directing Teman to return to the United States by **February 28, 2025**, remains in place.

SO ORDERED.

*Paul A. Engelmayer*

PAUL A. ENGELMAYER
United States District Judge

Dated: February 24, 2025
       New York, New York