EXHIBIT 3 (March 4)

As was already filed in Docket 505, the Judge is fully aware this injury occurred in January and previous flight logs are therefore an irrelevant distraction:

