UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-v-

ARI TEMAN,

Defendant.

19 Cr. 696 (PAE)

ORDER

PAUL A. ENGELMAYER, District Judge:

Defendant Ari Teman this morning filed a *pro se* letter, *see* Dkt. 509, asking the Court to adjourn the deadlines set in its order of February 27, 2025, the first of which requires Teman to file by today records of his medical examinations by Dr. Maurice Budow as of the date of the order. *See* Dkt. 508. Teman explains that he has scheduled an appointment with Dr. Budow for March 17, 2025.

The Court denies Teman's request. There is no reason why Teman needs a new medical appointment to obtain his existing medical records. All deadlines set in the February 27, 2025 order remain as set.

To the extent Teman's letter addresses other subjects and makes accusations against, *inter alia*, the Government, this Court, and the United States Court of Appeals for the Second Circuit, there is no occasion for the Court to respond to or comment on these.

SO ORDERED.

*Paul A. Engelmayer*
PAUL A. ENGELMAYER
United States District Judge

Dated: March 4, 2025
New York, New York