UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

-v-

ARI TEMAN,

Defendant.

---

19 Cr. 696 (PAE)

ORDER

PAUL A. ENGELMAYER, District Judge:

The Court has received a *pro se* motion for reconsideration from defendant Ari Teman, *see* Dkt. 511, of the Court's order of earlier today, *see* Dkt. 510, declining to alter the deadlines set in its order of February 27, 2025, *see* Dkt. 508. Teman states that, given the hour (6:25 p.m.) in Israel, he is now unable to meet today's deadline for filing the records of his medical examination(s) by Dr. Maurice Budow. *See* Dkt. 511.

The Court declines to extend that deadline, because Teman's failure to obtain his medical records so as to enable their filing today by the clear deadline set by the Court was a decision of his own making. That said, the Court will consider those records if filed by Thursday, March 6, 2025, while also taking into consideration Teman's failure to timely file them.

For avoidance of doubt, all deadlines set by the Court in its order of February 27, 2025, remain in place.

SO ORDERED.

*Paul A. Engelmayer*
PAUL A. ENGELMAYER
United States District Judge

Dated: March 4, 2025
New York, New York