



Health statement for Clinic Names

Hi, welcome to Elite Clinic, before you come in for a consultation, we want to get to know you a little, we'd be happy ... details:

_____  name and last name
CEO

_____ 2376 טלפון

_____ address:

The following questions help us understand your medical condition and provide you with the best treatment. Please mark the correct answer:

_____ yes/no if yes detail — Do you suffer from any allergies?
_____ yes/no if yes detail — Do you take any medications?
_____ yes/no if yes detail — Do you suffer from chronic diseases?
_____ yes/no if yes detail — Have you had any surgeries?

Emphysema (emphysema) yes/no        yes/no  Lung disease of any kind?
yes/no   Breast surgeries             yes/no  pneumothorax
Heart failure yes/no                  yes/no  heart disease
yes/no   diabetes                     yes/no  high blood pressure
yes/no   Epilepsy                     yes/no  Claustrophobia

Ear problems of any kind, including ear diseases, ear implants, hearing loss yes/no

Pregnancy yes/no   cataract yes/no

Difficulty regulating intra-aural pressure (such as when diving, or when taking off an airplane) yes/no

_____ What is the reason for seeking treatment?

_____ What would you like to achieve at the end of the treatment series?

I hereby confirm that I have filled out my personal and medical details fully and accurately, knowing that my compliance with the treatment will be relied on and based on them.

I know that this is not a medical treatment, and the success of the treatment and its results varies from person to person.

_____ signature



Original | Translated

name and last name
טלפון 2376

address:

The following questions help us understand your medical condition and provide you with the best treatment. Please mark the correct answer.

| | |
|---|---|
| yes/no if yes detail | Do you suffer from any allergies? |
| yes/no if yes detail | Do you take any medications? |
| yes/no if yes detail | Do you suffer from chronic diseases? |
| yes/no if yes detail | Have you had any surgeries? |

Emphysema (emphysema) yes/no    yes/no    Lung disease of any kind?
yes/no    breast surgeries    yes/no    pneumothorax
Heart failure yes/no    yes/no    heart disease
yes/no    diabetes    yes/no    high blood pressure
yes/no    Epilepsy    yes/no    Claustrophobia

Ear problems of any kind, including ear diseases, ear implants, hearing loss yes/no

Pregnancy yes/no cataract yes/no

Difficulty regulating intra-aural pressure (such as when diving, or when taking off an airplane) yes/no

What is the reason for seeking treatment?

Remaster

What would you like to achieve at the end of the treatment series?

I hereby confirm that I have filled out my personal and medical details fully and accurately, knowing that my compliance with the treatment will be relied on and based on them.

**Wednesday, January 22, 2025 · 2:35 PM**    Edit

Screenshot_20250122_143518_Google.jpg
/Internal storage/DCIM/Screenshots

## Screenshots
821 KB    1080x2340    3MP

# Add tag

# SIMI SURGERY CENTER
# OPERATIVE REPORT

PATIENT NAME: TEMAN, ARI
MEDICAL RECORD NUMBER: 13816
DATE OF SURGERY: 04/16/13

---

SURGEON: GLENN E. WALDMAN, M.D.
ANESTHESIOLOGIST:
ANESTHESIA: General endotracheal anesthesia.

---

PREOPERATIVE DIAGNOSES:
1. BILATERAL NASAL VALVE STENOSIS.
2. DEVIATED SEPTUM WITH NASAL AIRWAY OBSTRUCTION.
3. HYPERTROPHIC INFERIOR TURBINATES WITH NASAL AIRWAY OBSTRUCTION.
4. NASAL DEFORMITY.

POSTOPERATIVE DIAGNOSES:
1. BILATERAL NASAL VALVE STENOSIS.
2. DEVIATED SEPTUM WITH NASAL AIRWAY OBSTRUCTION.
3. HYPERTROPHIC INFERIOR TURBINATES WITH NASAL AIRWAY OBSTRUCTION.
4. NASAL DEFORMITY.

OPERATION PERFORMED:
1. BILATERAL REPAIR OF NASAL VALVE STENOSIS.
2. REVISION SEPTOPLASTY.
3. BILATERAL SUBMUCOSAL RESECTION OF INFERIOR TURBINATES.
4. BILATERAL ABLATION AND OUT FRACTURE OF INFERIOR TURBINATES.
5. CADAVERIC RIB CARTILAGE GRAFTING FOR USE IN THE NASAL VALVE STENOSIS REPAIR AND REVISION SEPTOPLASTY AS WELL AS THE REVISION RHINOPLASTY.
6. REVISION RHINOPLASTY.

INDICATIONS FOR OPERATION: This patient is 30-year-old gentleman who presented with a long history of nasal issues which started back in high school when he suffered nasal trauma. Years later, he underwent septorhinoplasty. He states that he initially had left greater than right nasal airway obstruction; however, following the surgery and the healing his airway worsened. He then began to have significant nasal airway obstruction which was refractory to medical therapy and subsequently sleep disturbance. He underwent a sleep study which showed mild obstructive sleep apnea. He was referred to me for revision surgery to correct his issues. On examination, he was found to have significant deformity and asymmetry of the nose especially in the mid and lower third of the nose with lack of support in the nasal sidewalls and the lower third of the nose with bilateral nasal valve stenosis but left greater right. He was also found to have persistent deviation of nasal septum, left greater than right; however, the deviated septum was in an S-shaped fashion.

# SIMI SURGERY CENTER
# OPERATIVE REPORT

# SIMI SURGERY CENTER
# OPERATIVE REPORT

| | |
|---|---|
| PATIENT NAME: | TEMAN, ARI |
| MEDICAL RECORD NUMBER: | 13816 |
| DATE OF SURGERY: | 04/16/13 |

| | |
|---|---|
| SURGEON: | GLENN E. WALDMAN, M.D. |
| ANESTHESIOLOGIST: | |
| ANESTHESIA: | General endotracheal anesthesia. |

**PREOPERATIVE DIAGNOSES:**
1. BILATERAL NASAL VALVE STENOSIS.
2. DEVIATED SEPTUM WITH NASAL AIRWAY OBSTRUCTION.
3. HYPERTROPHIC INFERIOR TURBINATES WITH NASAL AIRWAY OBSTRUCTION.
4. NASAL DEFORMITY.

**POSTOPERATIVE DIAGNOSES:**
1. BILATERAL NASAL VALVE STENOSIS.
2. DEVIATED SEPTUM WITH NASAL AIRWAY OBSTRUCTION.
3. HYPERTROPHIC INFERIOR TURBINATES WITH NASAL AIRWAY OBSTRUCTION.
4. NASAL DEFORMITY.

**OPERATION PERFORMED:**
1. BILATERAL REPAIR OF NASAL VALVE STENOSIS.
2. REVISION SEPTOPLASTY.
3. BILATERAL SUBMUCOSAL RESECTION OF INFERIOR TURBINATES.
4. BILATERAL ABLATION AND OUT FRACTURE OF INFERIOR TURBINATES.
5. CADAVERIC RIB CARTILAGE GRAFTING FOR USE IN THE NASAL VALVE STENOSIS REPAIR AND REVISION SEPTOPLASTY AS WELL AS THE REVISION RHINOPLASTY.
6. REVISION RHINOPLASTY.

**INDICATIONS FOR OPERATION:** This patient is 30-year-old gentleman who presented with a long history of nasal issues which started back in high school when he suffered nasal trauma. Years later, he underwent septorhinoplasty. He states that he initially had left greater than right nasal airway obstruction; however, following the surgery and the healing his airway worsened. He then began to have significant nasal airway obstruction which was refractory to medical therapy and subsequently sleep disturbance. He underwent a sleep study which showed mild obstructive sleep apnea. He was referred to me for revision surgery to correct his issues. On examination, he was found to have significant deformity and

# SIMI SURGERY CENTER
# OPERATIVE REPORT

PATIENT NAME: TEMAN, ARI
MEDICAL RECORD NUMBER: 13816
DATE OF SURGERY: 04/16/13

Inspection of the nasal spine and skeletonization of the nasal spine revealed the nasal spine was off to the left. An 18-gauge needle was used to create a hole through the nasal spine. Then 4-0 clear nylon sutures were used to secure the base of the caudal septum to the right side of the nasal spine which placed it in the midline. Multiple sutures were placed in this fashion to anchor the base of the caudal septum. The deviated portions of the dorsal septal cartilage and caudal septal cartilage were addressed first using 4-0 clear nylon in a mattress fashion to bend the cartilage back to midline. This worked very well. The upper lateral cartilages had been completely dissected free of the dorsal septum in order to perform this maneuver. The nasal cavity was then packed with cottonoid pledgets with Afrin and a skin envelope was replaced in position. The attention was then turned to the cadaveric cartilage graft to create all the necessary grafts. Measurements were first taken off all of the desired grafts. The rib cartilage had been soaking in Bacitracin irrigation. It was first bisected to create two equal sized large pieces of rib cartilage. These were used to create spreader grafter, lateral crura strut grafts, rim grafts, the septal extension graft, a dorsal graft. Both carving with #15 blade and #11 blade as well as contouring with the pineapple diamond burr and the round diamond burrs were all utilized to contour the grafts appropriately. The spreader grafts were placed first. They were placed between the upper lateral cartilages and the dorsal septal cartilage and secured with 5-0 clear nylon with multiple mattress sutures. They were placed in such fashion that they extended beyond the anterior septal angle in an extended fashion to attach to the extended septal extension graft. The triangular shaped extension graft was placed next. It was first secured to the extended spreader grafts with 5-0 clear nylon mattress sutures and then tail of the triangular septal extension graft was sutured back to the caudal septum with multiple 5-0 clear nylon interrupted sutures. The dorsal septum spreader graft complex was then carefully inspected and found to be slightly curved. Therefore, to address the curvature of the dorsum, 5-0 clear nylon mattress sutures was placed in oblique fashion to pull the mid dorsum to the right by attaching it to the upper lateral cartilage on the right and in oblique fashion. The septal extension graft and caudal septum at the anterior septal angle was suture to left upper lateral cartilage in an oblique fashion to pull this back to the left thus straightening the dorsum well. A dorsal graft was then placed over the dorsum over the caudal portion of the dorsum just up to the septal extension graft. The upper lateral cartilages were sutured to this dorsal septum graft with 5-0 clear nylon sutures. Next, the medial crura were sutured back to the septal extension graft with multiple 5-0 clear nylon mattress sutures. The domes were reapproximated with 5-0 clear nylon sutures as well. The septum was closed using 4-0 plain gut in a running mattress clipping fashion from anterior to posterior and back from posterior to anterior after the septum had been completely closed. The nasal valve correction was completed. The lateral crura grafts were placed in such a fashion that they were slightly caudal to the existing lateral crura and extended extremely much further laterally in a more transverse orientation. They were sutured to the existing underlying lateral crura with 5-0 clear nylon sutures bilaterally. They were then sutured in a through and through fashion to the underlying soft tissue and cartilage and mucosa with multiple 5-0 chromic and 4-0 chromic sutures. These grafts provided excellent support the nasal sidewalls bilaterally. The left ala rim was still slightly retracted and weaker than the right; therefore, a small rim graft was placed on the left side. The scissors were used to create a pocket along the ala rim and a small rim graft was placed. The inferior turbinates were addressed next.

# SOUTH FLORIDA ENT ASSOCIATES



Patient: ARI B. TEMAN  EMRN: 1302350
Encounter: Oct 7 2021 8:00AM

Examination of cranial nerves: Normal facial nerve function bilaterally.
Mood and affect: Normal.

## Procedure

Turbinates
Procedure: Submucosal Resection of Inferior Turbinates
Pre-Op diagnosis: Turbinate Hypertrophy
Anesthesia: The site was anesthetized with 1 ml and 1% of lidocaine with epinephrine.
Procedure Note: Patient was taken to the procedure room and placed in a seated position. The right inferior turbinate was submucosally reduced with 2 passes, for 20 seconds at power level of 2000. The left inferior turbinate was submucosally reduced with 2 passes, for 20 seconds at power level of 2000. Submucosal resection was performed with 11 mm microdebrider and removal of Bone and soft tissue.
Risks, benefits and alternatives were discussed with the patient. We discussed possible complications, including infection, bleeding and allergic reaction. Written consent was obtained prior to the procedure.
Patient Status:. the patient tolerated the procedure well.
Complications:. there were no complications.
Endoscopy
Procedure: Nasal Endoscopy. The endoscope was used to evaluate the nasal cavities. The superior, middle and inferior turbinates as well as the superior, inferior and middle meatus, the sphenoethmoid recess and posterior choana were inspected.
Examined by rigid scope.
Indication: nasal obstruction.
Topical agents used: 4% Lidocaine and oxymetazoline HCl.
Findings: There was clear rhinorrhea from both nares. The nasal mucosa was congested bilaterally. No intranasal mass or polyp found. the inferior turbinates were abnormal bilaterally with hypertrophy. Sinus Endoscopy shows normal. No complications. Consent obtained prior to the procedure and the patient tolerated the procedure well. Risks, benefits and alternatives were discussed with the patient.

## Assessment

1. Hypertrophy of nasal turbinates (478.0) (J34.3)
2. Nasal obstruction (478.19) (J34.89)

## Plan

1. Nasal Endoscopy (Diagn); Status:Complete; Done: 07Oct2021
2. Submucous Resection Turbinates; Status:Complete; Done: 07Oct2021
3. Nasal Irrigation Instructions Provided; Status:Complete; Done: 07Oct2021
4. Patient has been instructed that if their symptoms do not improve or worsen they are to return to the office sooner than the scheduled appt or as soon as possible.;
Status:Complete; Done: 07Oct2021

# SOUTH FLORIDA ENT ASSOCIATES

Patient:   ARI B. TEMAN           EMRN: 1302350
Encounter: Oct 7 2021 8:00AM

### Plan Notes:
Procedure performed uneventfully. Well tolerated.
Instructions provided.
Saline rinses starting tomorrow.
Follow up in 1 week.

### Discussion/Summary

The patient expressed an understanding of the plan and options as discussed. Discussed medical and surgical options with patient. Risks, benefits and alternatives of recommended treatments were discussed.

### Signatures

Electronically signed by : Ariel Grobman, M.D.; Oct 7 2021 9:15AM Eastern Standard Time (Author)

Thank you very much for allowing me to participate in the care of this patient. If you have any questions, please do not hesitate to contact me.

# Mount Sinai Medical Center

Name: Ari Baruch Teman | DOB: 5/10/1982 | MRN: 3212167 | PCP: Forster,Andrew J, MD | Legal Name: Ari Baruch Teman

## Telemedicine - Sep 17, 2024
with Wayne,George F at Mount Sinai Urology Coral Gables

> Notes from Care Team

## Progress Notes
Wayne,George F at 9/17/2024  1:55 PM

Verbal consent obtained from TEMAN,ARI BARUCH for today's visit provided via approved audio and video communication technology.

**Subjective:**

Subjective
HPI
Ari Baruch Teman is a 42 y.o. male

1. Pain in right testicle
2. Varicocele
3. Testicular hypofunction

**ROS**
Review of Systems
Constitutional: Negative for chills, fatigue and fever.
HENT: Negative.
Respiratory: Negative. Negative for cough, chest tightness and shortness of breath.
Cardiovascular: Negative. Negative for chest pain.
Gastrointestinal: Negative. Negative for abdominal distention and abdominal pain.

**Medications**
No current outpatient medications on file.

No current facility-administered medications for this visit.

**Allergies**
Amoxicillin

**Patient History**
Past Medical History:

**Diagnosis**
- Chronic tension headaches
- Depression
- Insomnia

Date

**Past Surgical History:**
Procedure
- NOSE SURGERY

Laterality       Date

No family history on file.
**Social History**

Tobacco Use
Smoking Status           Never
Smokeless Tobacco        Never

### Objective:

Objective
There were no vitals taken for this visit.

Video visit:
Appears comfortable on camera.
Unlabored breathing.
No distress.
Verbal consent obtained from Ari Baruch Teman for today's visit provided via approved audio and video communication technology.

### Assessment/Plan:

1. Pain in right testicle
2. Varicocele
3. Testicular hypofunction

Denied Family Hx of prostate cancer
Denied Family Hx of breast cancer
Denied Family Hx of GU malignancies
Denied Family Hx kidney stones
Never smoker

(6/19/24) Yissel
Patient came in with cc of Orchialgia, with pain level 9/10 since January this year. Patient reports he was at the Federal Prison at the moment. They did scrotum US, but he would like to repeat imaging.
Patient reports that pain is better now. He takes Advil for pain.

A Spine MRI was also done this year / was found that patient has a spinal compression.

(No records available)

Patient also reports that some blood work was done with tumor markers.

Patient reports "I have no visible sign and symptoms, other that the mild pain now"

Denies gross hematuria
No dysuria
No fevers
No chills
No incontinence
Denied penile discharge
Denied testicular swelling

Mild right testicle pain now
Denied change in color
Denied hematospermia
Denied pain or discomfort with ejaculation

Scrotal sono (6/26/24) BL varicocele, L epi cyst

Renal sono (6/26/24) No abnormal findings
- Prostate 26cc
- PVR 22cc

(07/31/24) Reviewed sono, varicoceles. Patient notes mild persistent pain, but better since starting Doxycycline through an online doctor.
- Notes prior pregnancy, interested in fertility going forward
- Was previously on Enclomiphene - improved libido and energy

SA (8/21/24) 19 mil/cc, 2.5cc, 26% mot, NA Morph
Hormones (8/7/24) E2 19, FSH 3, LH 4.4, T/Free 549 / 8.8, PRL 13

(09/17/24) Reviewed sono, varicoceles, and pain. Pain has gotten better in recent months.
**Plan**
- Reviewed results - mild subfertility and normal hormones
- Discussed treatment options, including observation, and we discussed surgical options as well.
- Recommend repeat semen analysis 2-3 months
- Can proceed to surgery for continued pain, worsened hormones or sperm parameters
- Office for physical exam

Questions answered.
Agrees to follow-up.
2-3 months

**Mount Sinai Medical Center**

Name: Ari Baruch Teman | DOB: 5/10/1982 | MRN: 3212167 | PCP: Forster,Andrew J, MD | Legal Name: Ari Baruch Teman

# US SCROTUM & CONTENTS

Collected on June 26, 2024 2:13 PM

## Results

COMPARISON: None available.

CLINICAL INFORMATION: Right testicular pain.

TECHNIQUE: Grayscale, color and pulsed Doppler images of the scrotal contents were obtained.

FINDINGS:

Right testicle: 4.6 x 2.4 x 3.4 cm. Volume 19.6 mL
normal morphology and echogenicity.
no focal lesions.
Normal arterial and venous flow with Doppler interrogation.

Right epididymis:
normal configuration
no focal lesions.
normal flow.

No right hydrocele.

right varicocele with veins measuring up to 6 mm with Valsalva.

Left testicle: 4.6 x 2.2 x 3.4 cm. Volume 18.3 mL
normal morphology and echogenicity.
no focal lesions.
Normal arterial and venous flow with Doppler interrogation.

Left epididymis:
normal configuration
0.4 cm epididymal head cyst
normal flow.

No left hydrocele.

left varicocele with veins measuring up to 4 mm with Valsalva.

IMPRESSION:

-No acute findings.

-Bilateral varicoceles.

-0.4 cm left epididymal head cyst.

-Normal testicles.

THIS IS A FINAL REPORT

Read By: Ivy Salom, MD
Reading Physician: Ivy Salom, MD
Releasing Physician: Ivy Salom, MD
Released Date Time: 06/26/2024 14:15

---

Approved By: Ivy Salom, MD
---- I have personally reviewed this study and agree with the final report as presented above ----

Authorizing provider: Fernandez Alvarez,Yisell
Reading physician: Ivy Salom
Study date: June 26, 2024 2:15 PM
Collection date: June 26, 2024 2:13 PM
Result date: June 26, 2024 2:15 PM
Result status: Final

MyChart® licensed from Epic Systems Corporation© 1999 - 2025



appointment t9 later in the week because I have some congestion and my right ear is a bit sore  11:59 AM

Its normal after first time. When would you like to come?  12:38 PM

Perhaps Wednesday or Thursday  12:39 PM

Wednesday 16:00  2:02 PM

Ok great. Thank you  2:02 PM

👍

January 24, 2025

My right ear is still bothering me 😞  11:24 AM

its ok, you can put noise drops in your ear it will help.  12:20 PM

January 30, 2025

Hi. I am still having pain in the right ear. I will go see a doctor. What drops did you mean?  11:57 AM



**Maurice Budow MD       Internal Medicine       054-5244087**

March 5, 2025

Re: Ari B. Teman. D.O.B.10/05/1982

To Whom it May Concern

Mr. Ari Teman is a 42-year-old man with chronic sinus and ear disease. He had bilateral repair of nasal valve stenosis and revision septoplasty with a cadaveric rib cartilage grafting and revision rhinoplasty in April 2013 and again submucous resection of the turbinates in October 2021. In August of 2024 he suffered from an episode of Covid-19, following several other episodes in the past and having received vaccinations for covid-19. As he was suffering from general malaise, pain throughout the body and lethargy, he was advised to try Hyperbaric Oxygen therapy which he had on January 22, 2025. The treatment caused right ear pain, numbness and decreased hearing which worsened over subsequent weeks, despite treatment with steam and nasal sprays as recommended. On my examination on the 22nd of February I noted signs of inflamation with erythema and scarring of the right ear canal. I recommended that he not fly for several months until the symptoms resolve. On repeat examination today, I still see inflammation in the ear with no significant change. I continue to recommend that he not fly until June 1st 2025, to avoid risk of acute infection or long-term damage to the ear

I am summarizing his case in this letter as Mr. Teman is not a citizen of Israel and is not a member of our health care system, therefore does not have computerized health-care records

Sincerely

*[signature]*

Maurice Budow MD