UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>-v-<br><br>ARI TEMAN,<br><br>Defendant. | 19 Cr. 696 (PAE)<br><br>ORDER |

PAUL A. ENGELMAYER, District Judge:

The Court has received a letter from *pro se* defendant Ari Teman, stating that he will be unable to obtain certain medical records from providers on Friday, March 7, 2025, because the providers' businesses are closed that day. Dkt. 515. Although the Court's order of February 27, 2025 gave Teman sufficient time to obtain and file responsive records, Dkt. 508, the Court, in the interest of assuring a complete record, authorizes Teman to file the providers' records on Monday, March 10, 2025.

To the extent Teman's letter is construed as containing motions including for the Court's recusal, the Court again denies these motions as baseless.

SO ORDERED.

*Paul A. Engelmayer*
PAUL A. ENGELMAYER
United States District Judge

Dated: March 6, 2025
New York, New York