UNITED STATES COURT OF APPEALS
FOR THE SECOND CIRCUIT

UNITED STATES OF AMERICA,

    Plaintiff-Appellee,

 v.                Docket No. [To be assigned]

ARI TEMAN,

    Defendant-Appellant.

------------------------------

NOTICE OF APPEAL

Notice is hereby given that Ari Teman, Defendant-Appellant, acting pro se, appeals to the United States Court of Appeals for the Second Circuit from the order entered on March 3, 2025, at Docket No. 514, in the United States District Court for the Southern District of New York (Case No. 19-CR-696 (PAE)) by the Honorable Paul A. Engelmayer. The order appealed from denied Defendant-Appellant's motion for accommodations based on his religious beliefs and medical needs, including permission to reside in Israel despite confirmation from the Probation Office of its ability to monitor Defendant-Appellant in that location, among other issues, pursuant to 28 U.S.C. § 1291.

Dated: March 6, 2025
Tel Aviv, Israel

Respectfully submitted,
s/Ari Teman/
Ari Teman