**United States District Court**
**Southern District of New York**

March 10, 2025
10th of Adar, 5785

**Re: *United States v. Teman* Docket**
**Case No.: 19-cr-696 (PAE)**

**Re: Proof of current medical conditions, flight details provided to court via Probation Officers, and proof of physical abuse and harm by Paul Engelmayer, who is facing two articles of impeachment for corruption and "high crimes"**

To the Court and to whom it May Concern,

1. As required, attached as **Exhibit 1** is documentation provided by "Elite Clinic," a hyperbaric therapy provider, confirming my treatment on January 22, 2025, also corroborated by Dr. Budow at Docket 513.

2. Attached is a statement by Dr. Georgiy Brusovanik MD **confirming the truthfulness of my complaints about physical conditions causing agonizing pain at a level of 9-out-of-10 for months while incarcerated at FCI Miami Low -- as verified by medical imaging taken immediately upon release**, (EXHIBIT 2)

   These physical conditions are also confirmed by Dr. Wayne of Mount Sinai, whose notes are re-attached as EXHIBIT 3.

3. The defendant has provided to the Court flight reservations for all flights taken from the outset of this case including flight numbers, dates, and times via Probation officers Ozoria and Wong.

   These flight reservations contain confidential information including security-related information which are not allow to be posted publicly.

4. The Defendant reminds the Court that ordering him to return to the USA merely for the sake of monitoring video therapy, the excuse provided or even mandating in-person therapy which is available in Israel, is a violation of his sincerely held religious beliefs -- proof of this in the form of a statement from the Chief Rabbi (Docket 513) -- and the Defendant cannot and will not violate those beliefs by purchasing a ticket to the USA any more than he can light a fire on the Sabbath or eat pig bacon.

5. Furthermore, as noted by Dr. Brusovanik MD, the defendant has sound reason to believe that Judge Paul Englmeyaer -- who is facing *two* Articles of Impeachment for "high crimes" and "corruption" by elected members of Congress -- intends to cause further physical harm and even death to the defendant.

   In fact, Teman did nearly die multiple times in prison due to falls when there was no medical staff on duty -- yet another fact AUSA Gutwillig lied about until he was forced to concede that FCI Miami Low had no medical staff of any kind from 11pm to 6am.

   Dr. Brusovanik writes:

> "Despite these clear indicators of medical mismanagement and the persistent plea from multiple experts to move Mr. Teman to home confinement for proper treatment, Judge Engelmayer not only declined but also appeared to trivialize Mr. Teman's suffering…
>
> When Mr. Teman visited my office post-release, he was in evident distress, suffering from conditions that necessitated spinal steroid injections and prolonged recovery to regain mobility without pain. His current need for surgery might have been mitigated had he received timely treatment in a sanitary environment, with access to an anti-inflammatory diet and appropriate orthopedic support, **all of which were emphatically recommended by specialists to Judge Engelmayer, who ignored them**. "

6. This pattern of abuse by Judge Engelmayer, ignoring board-certified medical experts and ordering the defendant to further harm, continues, this time disregarding a board-certified medical expert, Dr. Budown, to place the defendant at risk of deafness.

7. This pattern of abuse -- ignoring multiple board-certified medical experts -- shows that Englemayer truly is a corrupt and evil man as two Congressmen, the Honorable Representative Eli Crane and the Honorable Representative Derrick Van Order have filed and Teman, Teman's family, and Teman's medical providers are correct to fear for his health and life should be return under the jurisdiction of Engelmeyer..

8. Due to the pattern of medical abuse by Engelmayer and Guttwillig (Engelmayer concedes he regularly makes ex parte calls to SDNY to assist the prosecution (Docket at 321-1, 326-1) the defendant is also prevented from returning because Judaism forbids putting one's life or health at risk:

   > Maimonides writes in Laws of Murder and Preservation of Life Chapter 11:3
   >
   > "And so, every obstacle that poses a danger to life is a positive commandment to remove, to guard against, and to be careful in a beautiful way, as it is said, "Beware, and guard your soul" ( Deuteronomy 4:9 ). If one does not remove and place the obstacles that pose a danger, he has nullified a positive commandment, and has transgressed against "You shall not shed blood" ( Deuteronomy 22:8 )."

   Rabbi Dr. Azriel Rosenfeld explains this:

   > We are commanded **to remove all possible sources of danger to life** — for example, to build a parapet around a roof — and it is forbidden to refrain from doing so, as it says "You shall make a fence for your roof and you shall not put blood in your house".[Deut. 22:8[ All practices that are potentially dangerous to life must be avoided."

Because as of the last ruling on the docket it is clear Engelmayer continues to ignore board-certified medical experts and attempt to cause permanent health damage to Teman, it is 100% against Jewish law for Teman to place himself at further risk by putting himself within reach of Engelmayer. Teman must remain in Israel until, G-d willing Engelmayer is impeached and this case is dismissed with prejudice -- should AG Bondi find the time between Fox News appearances to clean up SDNY.

As Dr. Brusovanik writes:

"Mr. Teman lives in fear of further physical torture by Judge Engelmayer, and I implore your assistance in ensuring Mr. Teman's safety from any additional abuse."

Submitted,
/s/ Ari Teman
Ari Teman

Defendant, *Pro Se*

**Attachments:**

Exhibit 1 – Documentation from Elite Clinic (in Hebrew)

Exhibit 2 – Statement from Dr. Brusovanik MD detailing how Engelmayer ignored multiple board-certified medical experts to torture the defendant and deny him medical care, resulting in conditions now requiring surgery. (for the sake of OCR-ability a text-only copy of the doctor's letter follows)

Exhibit 3 - Medical records from Dr. Wayne confirming varicoceles causing 7/10 to 9/10 level agony