| | |  | |
|---|---|---|---|
| מסמך זה הופק ונחתם דיגיטלית במערכת פלנדו | מסמך ממוחשב | | www.plando.co.il |
| דוא"ל: info@timefreeze.co.il | | | תאריך: 22/01/2025 |
| אתר: http://www.oxygenclinic.co.il | | | עוסק מורשה: 514979939 |

**עילית קליניק**
**המרכז לטיפול בחמצן**
הברזל 24 א' תל אביב
טל: 03-7520233

לכבוד: **הארי תמן**
ח.פ./ ע.מ.:
טל: +17817183375

**חשבונית מס קבלה**   מס' **4163**
מקור

עבור תשלום מ- 22/01/2025

| תאור | כמות | מחיר | סה"כ |
|---|---|---|---|
| עבור תשלום מ- 22/01/2025 | 1.00 | 347.46 ₪ | 347.46 ₪ |

| | | | | | |
|---|---|---|---|---|---|
| סה"כ המחאות: | 0 ₪ | | סה"כ: | | 347.46 ₪ |
| סה"כ אשראי: | 410 ₪ | סה"כ לפני ניכוי: | 410 ₪ | | |
| העברה בנקאית: | 0 ₪ | סכום הניכוי: | 0 ₪ | מע"מ 18%: | 62.54 ₪ |
| סה"כ מזומן: | 0 ₪ | **סה"כ שולם:** | **410 ₪** | **סה"כ לתשלום:** | **410 ₪** |

| תאריך | סוג הכרטיס | מס' כרטיס (4 ספרות) | תוקף (MM\YY) | מספר שובר | ת"ש | סכום |
|---|---|---|---|---|---|---|
| 22-01-25 | | 4809 | 11\27 | | 1 | 410 ₪ |

הערות:   אין החזר כספי