## Mount Sinai Medical Center

Name: Ari Baruch Teman | DOB: 5/10/1982 | MRN: 3212167 | PCP: Forster,Andrew J, MD | Legal Name: Ari Baruch Teman

# Telemedicine - Sep 17, 2024
with Wayne,George F at Mount Sinai Urology Coral Gables

 Notes from Care Team 

## Progress Notes
Wayne,George F at 9/17/2024  1:55 PM

Verbal consent obtained from TEMAN,ARI BARUCH for today's visit provided via approved audio and video communication technology.

**Subjective:**

Subjective
**HPI**
Ari Baruch Teman is a 42 y.o. male

1.   Pain in right testicle
2.   Varicocele
3.   Testicular hypofunction

**ROS**
Review of Systems
Constitutional:  Negative for chills, fatigue and fever.
HENT: Negative.
Respiratory: Negative.  Negative for cough, chest tightness and shortness of breath.
Cardiovascular: Negative.  Negative for chest pain.
Gastrointestinal: Negative.  Negative for abdominal distention and abdominal pain.

**Medications**
No current outpatient medications on file.

No current facility-administered medications for this visit.

**Allergies**
Amoxicillin

**Patient History**
**Past Medical History:**

| Diagnosis | Date |
|---|---|
| • Chronic tension headaches | |
| • Depression | |
| • Insomnia | |

**Past Surgical History:**

| Procedure | Laterality | Date |
|---|---|---|
| • NOSE SURGERY | | |

No family history on file.
**Social History**

Tobacco Use
Smoking Status           Never
Smokeless Tobacco        Never

**Objective:**

Objective
There were no vitals taken for this visit.

Video visit:
Appears comfortable on camera.
Unlabored breathing.
No distress.
Verbal consent obtained from Ari Baruch Teman for today's visit provided via approved audio and video communication technology.

**Assessment/Plan:**

1. Pain in right testicle
2. Varicocele
3. Testicular hypofunction

Denied Family Hx of prostate cancer
Denied Family Hx of  breast cancer
Denied Family Hx of GU malignancies
Denied Family Hx kidney stones
Never smoker

(6/19/24) Yissel
Patient came in with cc of Orchialgia , with pain level 9/10 since January this year. Patient reports he was at the Federal Prison at the moment. They did scrotum US, but he would like to repeat imaging.
Patient reports that pain is better now. He takes Advil for pain.

A Spine MRI was also done this year / was found that patient has a spinal compression .

(No records available)

Patient also reports that some blood work was done with tumor markers.

Patient reports "I have no visible sign and symptoms, other that the mild pain now"

Denies gross hematuria
No dysuria
No fevers
No chills
No incontinence
Denied penile discharge
Denied testicular swelling

Mild right testicle pain now
Denied change in color
Denied hematospermia
Denied pain or discomfort with ejaculation

Scrotal sono (6/26/24) BL varicocele, L epi cyst

Renal sono (6/26/24) No abnormal findings
- Prostate 26cc
- PVR 22cc

(07/31/24) Reviewed sono, varicoceles. Patient notes mild persistent pain, but better since starting Doxycycline through an online doctor.
- Notes prior pregnancy, interested in fertility going forward
- Was previously on Enclomiphene - improved libido and energy

SA (8/21/24) 19 mil/cc, 2.5cc, 26% mot, NA Morph
Hormones (8/7/24) E2 19, FSH 3, LH 4.4, T/Free 549 / 8.8, PRL 13

(09/17/24) Reviewed sono, varicoceles, and pain. Pain has gotten better in recent months.
**Plan**
- Reviewed results - mild subfertility and normal hormones
- Discussed treatment options, including observation, and we discussed surgical options as well.
- Recommend repeat semen analysis 2-3 months
- Can proceed to surgery for continued pain, worsened hormones or sperm parameters
- Office for physical exam

Questions answered.
Agrees to follow-up.
2-3 months