Mount Sinai Medical Center

Name: Ari Baruch Teman | DOB: 5/10/1982 | MRN: 3212167 | PCP: Forster,Andrew J, MD | Legal Name: Ari Baruch Teman

# US SCROTUM & CONTENTS

Collected on June 26, 2024 2:13 PM

Results

COMPARISON: None available.

CLINICAL INFORMATION: Right testicular pain.

TECHNIQUE: Grayscale, color and pulsed Doppler images of the scrotal contents were obtained.

FINDINGS:

Right testicle: 4.6 x 2.4 x 3.4 cm. Volume 19.6 mL
normal morphology and echogenicity.
no focal lesions.
Normal arterial and venous flow with Doppler interrogation.

Right epididymis:
normal configuration
no focal lesions.
normal flow.

No right hydrocele.

right varicocele with veins measuring up to 6 mm with Valsalva.

Left testicle: 4.6 x 2.2 x 3.4 cm. Volume 18.3 mL
normal morphology and echogenicity.
no focal lesions.
Normal arterial and venous flow with Doppler interrogation.

Left epididymis:
normal configuration
0.4 cm epididymal head cyst
normal flow.

No left hydrocele.

left varicocele with veins measuring up to 4 mm with Valsalva.

IMPRESSION:

-No acute findings.

-Bilateral varicoceles.

-0.4 cm left epididymal head cyst.

-Normal testicles.

THIS IS A FINAL REPORT

Read By: Ivy Salom, MD
Reading Physician: Ivy Salom, MD
Releasing Physician: Ivy Salom, MD
Released Date Time: 06/26/2024 14:15
--------------------------------------------------------

Approved By: Ivy Salom, MD
---- I have personally reviewed this study and agree with the final report as presented above ----

Authorizing provider: Fernandez Alvarez,Yisell
Reading physician: Ivy Salom
Study date: June 26, 2024 2:15 PM
Collection date: June 26, 2024 2:13 PM
Result date: June 26, 2024 2:15 PM
Result status: Final

MyChart® licensed from Epic Systems Corporation© 1999 - 2025