

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

March 11, 2025

**By CM/ECF**
The Honorable Paul A. Engelmayer
United States District Judge
Southern District of New York
United States Courthouse
40 Foley Square
New York, New York 10007

    Re:    <u>**United States v. Ari Teman**</u>, S2 19 Cr. 696 (PAE)

Dear Judge Engelmayer:

    The Government respectfully writes in response to the Court's Order, dated February 27, 2025, which, among other things, directed the Government "to file with the Court any records of the United States Probation Office since the onset of Teman's supervised release referring to, or reflecting upon, symptoms or complaints of, or treatment for, sinusitis or symptoms consistent with sinusitis." (Dkt. 508). United States Probation Officer Jimmy Wong, who is responsible for defendant Ari Teman's supervision, advised the Government that he has received no such documentation.

                                      Respectfully submitted,

                                      MATTHEW PODOLSKY
                                      Acting United States Attorney for the
                                      Southern District of New York

                By:    /s/
                      Jacob H. Gutwillig
                      Assistant United States Attorney
                      (212) 637-2215

Cc:    Defense counsel (by CM/ECF)
         United States Probation Office Jimmy Wong (S.D.F.L.)