UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

-v-

ARI TEMAN,

Defendant.

19 Cr. 696 (PAE)

ORDER

---

PAUL A. ENGELMAYER, District Judge:

The deadlines for filings set in the Court's February 27, 2025 order, including with respect to medical records, have now passed. *See* Dkt. 508. As anticipated in that order, *see id.* at 6, the Court directs the Government to obtain a prompt assessment by an independent medical professional as to whether, based on the records submitted, it is medically safe for supervisee Ari Teman to return to the United States by the deadline set by the Court (March 21), and if not, whether it is necessary to defer the return until the date (June 1) that Teman's doctor identifies as safe for plane travel. *See* Dkt. 513 at 6. The Court directs the Government, in a letter accompanying the independent medical assessment, to set out its views as to whether enforcement, or deferral, of the present return date is warranted.

The Court recognizes that the process by which the Government contracts to retain such a professional may take time. On request by the Government, the Court stands ready to defer the present return date sufficiently to enable the Court, before ruling, to receive and assess the submissions commissioned above.

SO ORDERED.

*Paul A. Engelmayer*
PAUL A. ENGELMAYER
United States District Judge

Dated: March 12, 2025
      New York, New York