

*U.S. Department of Justice*

*United States Attorney*
*Southern District of New York*

*Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

March 14, 2025

**By CM/ECF**
The Honorable Paul A. Engelmayer
United States District Judge
Southern District of New York
United States Courthouse
40 Foley Square
New York, New York 10007

Re:   **United States v. Ari Teman**, S2 19 Cr. 696 (PAE)

Dear Judge Engelmayer:

      The Government respectfully writes in response to the Court's Order, dated March 12, 2025. In response to the Court's prior Order, dated February 27, 2025, and in advance of defendant Ari Teman's submission of medical records on March 10, 2025 (*see* Dkt. 518), the Government made efforts to identify an appropriate individual to review the then-forthcoming medical records to secure an independent assessment. The Government is continuing to do so, now with the benefit of records submitted by Teman, and, as the Court noted in its Order, also will need to complete the process of contracting with such an individual. In view of the time that process may take, the Government respectfully requests that current deadline set by the Court for Teman's return to the United States (March 21) be deferred until April 11, to permit time for the Government to obtain an evaluation of Teman's medical records by an independent medical professional, and for the Court to consider that before ruling on Teman's request. Should the Court grant this request, the Government will provide a further update sufficiently in advance of April 11 if it encounter any delays in obtaining a report responsive to the Court's Orders.

Respectfully submitted,

MATTHEW PODOLSKY
Acting United States Attorney for the
Southern District of New York

By:     /s/
      Jacob H. Gutwillig
      Assistant United States Attorney
      (212) 637-2215

Cc:   Defense counsel (by CM/ECF)
      United States Probation Office Jimmy Wong (S.D.F.L.)

**GRANTED.**
SO ORDERED.                     3/17/2025

*[signature: Paul A. Engelmayer]*
_____
PAUL A. ENGELMAYER
United States District Judge