

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

Jacob K. Javits Federal Building
26 Federal Plaza, 37th Floor
New York, New York 10278

April 1, 2025

**By CM/ECF**
The Honorable Paul A. Engelmayer
United States District Judge
Southern District of New York
United States Courthouse
40 Foley Square
New York, New York 10007

    Re:    **United States v. Ari Teman**, S2 19 Cr. 696 (PAE)

Dear Judge Engelmayer:

    The Government respectfully writes about two pending matters in the above-captioned case.

    *First*, The Government recognizes that it failed to submit its opposition to defendant Ari Teman's pending § 2255 petition by the March 31, 2025 deadline set by the Court. Not meeting that deadline is entirely the fault of the undersigned and the Government apologizes to the Court for its error. The Government respectfully requests that it be permitted a one-week extension from the original due date of March 31, 2025, to April 7, 2025, to submit its response. If the Court were to grant that relief, or any extension, the Government would consent to a corresponding adjournment of Teman's May 5, 2025 deadline to respond. The Government regrets its error and again apologizes to the Court.

    *Second*, The Government writes with a further update to its March 14, 2025 letter, in response to the Court's Order, dated March 12, 2025. (*See* Dkts. 521, 522). The Government has identified an independent medical professional who is able to evaluate Teman's medical records, appended to Teman's filings at Dkts. 515 and 518, and render an opinion as to whether air travel is safe for Teman. The Government is in the process of authorizing and processing a contract so that this evaluation can be completed. Once the contract is finalized and executed—which the Government anticipates will happen this week—the Government understands it will take approximately several days to complete the report. Accordingly, based on a conservative timing

estimate, the Government expects that it could submit the independent medical professional's report to the Court by approximately April 11, 2025. At present, the deadline for Teman to return to the United States is April 11, 2025. (*See* Dkt. 522). Accordingly, to allow time for the Court to consider the report—and, if necessary, for Teman to respond—the Government respectfully requests that the date for Teman's return be deferred for an additional two weeks, from April 11, 2025 to April 25, 2025, or to a time the Court deems sufficient to consider the forthcoming report.

Respectfully submitted,

MATTHEW PODOLSKY
Acting United States Attorney for the
Southern District of New York

By: ___/s/___
Jacob H. Gutwillig
Assistant United States Attorney
(212) 637-2215

**GRANTED**. The Court extends the Government's deadline to respond to Teman's § 2255 motion until Monday, April 8, 2025, and correspondingly extends Teman's deadline to reply until May 12, 2025. These deadlines will not be further extended. Separately, the Court extends the deadline for the Government to submit the independent medical professional's report, and its accompanying letter, until April 11, 2025, and extends Teman's deadline to return to the United States until April 25, 2025.

4/2/2025

SO ORDERED.

*Paul A. Engelmayer*
_____
PAUL A. ENGELMAYER
United States District Judge