B"H

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF NEW YORK**

**United States v. Ari Teman**

Case No. 1:19-cr-00696 (PAE)

**NOTICE OF FILING OF APPEAL DOCUMENTS**

TO:

Matthew Podolsky, Acting U.S. Attorney, Southern District of New York

(via ECF through Temporary Pro Se SDNY email system)

Jacob H. Gutwillig, Assistant U.S. Attorney

Email: jacob.gutwillig@usdoj.gov

U.S. Probation Office, Southern District of Florida

Attn: Jimmy Wong

Email: jimmy_wong@flsp.uscourts.gov (mailto:_wong@flsp.uscourts.gov)

Harmeet Dhillon, Assistant Attorney General for Civil Rights

U.S. Department of Justice, Civil Rights Division

950 Pennsylvania Avenue, NW, Washington, DC 20530

Emails: harmeet.dhillon@usdoj.gov; hdhillon@dhillonlaw.com

Edward Martin, U.S. Attorney

U.S. Attorney's Office, Washington DC

United States Attorney's Office

601 D Street, NW, Washington, DC 20579

Email: Edward.MartinJR@usdoj.gov

PLEASE TAKE NOTICE that on this 10th day of April, 2025, I, Ari Teman, proceeding pro se, have filed the following appeal documents with the United States District Court for the Southern District of New York in the above-captioned case, related to an appeal pending before the United States Court of Appeals for the Second Circuit, Docket No. 25-332, 25-452, 25-543:

1. "Appellant's Opening Brief and Motion for Relief" for the appeal in *Teman v. United States*, Docket No. 25-332, 25-452, 25-543, on appeal from the United States District Court for the Southern District of New York, Case No. 19-CR-696 (PAE). The brief and motion are attached as a PDF.
2. Exhibit A (Letter from Dr. Georgiy Brusovanik), filed as "Supporting Documents."
3. An updated Certificate of Service.
4. Form T-1080.

Service of this Notice and the attached appeal documents has been made to the above-listed parties as follows:

- Via the Electronic Case Filing (ECF) system of the Southern District of New York to Matthew Podolsky, Acting U.S. Attorney, SDNY, through the Temporary Pro Se SDNY email system.
- Via electronic mail to Jacob H. Gutwillig at jacob.gutwillig@usdoj.gov.
- Via electronic mail to the U.S. Probation Office, S.D.F.L., Attn: Jimmy Wong, at jimmy_wong@flsp.uscourts.gov (mailto:_wong@flsp.uscourts.gov).
- Via electronic mail to Harmeet Dhillon at harmeet.dhillon@usdoj.gov and hdhillon@dhillonlaw.com.
- Via electronic mail to Edward Martin at Edward.MartinJR@usdoj.gov.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct to the best of my knowledge.

Dated: April 10, 2025

/s/ Ari Teman
Ari Teman, Pro Se