**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

April 10, 2025

**By CM/ECF**
The Honorable Paul A. Engelmayer
United States District Judge
Southern District of New York
United States Courthouse
40 Foley Square
New York, New York 10007

Re: **United States v. Ari Teman**, S2 19 Cr. 696 (PAE)

Dear Judge Engelmayer:

The Government respectfully writes to provide a further update to its letters of March 14 and April 1, 2025, in response to the Court's Order, dated March 12, 2025. (*See* Dkts. 521, 522, 523). The Government previously advised the Court that it expected to be in a position to submit the independent medical professional's report to the Court by approximately April 11, 2025. The Government now anticipates that report will be finalized and submitted by April 15, 2025. To the extent this delay requires additional time to consider that forthcoming submission, and, pending its conclusion about the viability of air travel for Teman, for Teman to respond, the Government consents to a corresponding extension of Teman's deadline return to the United States, from April 25, 2025 to April 29, 2025.

Respectfully submitted,

MATTHEW PODOLSKY
Acting United States Attorney for the
Southern District of New York

By: /s/
Jacob H. Gutwillig
Assistant United States Attorney
(212) 637-2215

**GRANTED.**

4/11/2025

SO ORDERED.

Paul A. Engelmayer

PAUL A. ENGELMAYER
United States District Judge