APPEAL RESPONSE EXHIBIT 1 - DR. WOLFOVITZ



ד״ר עמית וולפוביץ
מומחה ומנתח א.א.ג כירורגית ראש וצוואר
מומחה באוטולוגיה/נוירואוטולוגיה
(ניתוחי אוזניים, שיקום שמיעה, סחרחורת, טינטון
וגידולי בסיס הגולגולת הצידי)

24.4.25

**שם: ארי תימן**
**תאריך לידה: 10.5.1982**
**ari@teman.com :Email**
**כתובת: ת״א**
**הצהיר/ה שלא נפגשנו במסגרת מערכת הבריאות הציבורית בחצי השנה האחרונה**

**סיבת הפניה:**

לפני כחודשיים עבר טיפול בתא לחץ בשל סימפטומי GI. ככל הנראה סבל מצינון. ללא קושי
במהלך ה״צלילה". למחרת החל לחוש לחץ באוזן ימין. ללא שיפור בבליעה. ללא שינוי
בשמיעה. ללא טינטון או סחרחורת. נמשך עד עכשיו. טורדני. בחשיפה לרעש בעיקר בתדר
נמוך – אי-נוחות ואף כאב. ללא סחרחורת.
ללא קושי בהשוואת לחצים (טיסות וכדומה)
דלקת אוזניים בילדות
24.4.25 – השלים בדיקת שמיעה + טימפנומטריה + ETF: שמיעה תקינה למעט ירידה ת"ע
סימטרית ב-UHF עד ל-50 ד"ב. 96/92% WRS 10/10SRT. טימפנו A/A. בבדיקת ETF—
תת-תפקוד חצוצרה דו״צ.
פחות חמור משהיה כאשר פנו.

**בדיקה גופנית:**

פנים – סימטריות
אוטוסקופיה – תקינה משני הצדדים. תנועה תופית תקינה בולסלבה וטוויניכי משני הצדדים.
וובר לשמאל, רינה + משני הצדדים אך נשמע יותר משמאל
ללא ניד ספונטני, HIT – תקין דו״צ, HST – תקין, SKEW – תקין, VOR תחת פרנזל –
תקין
24.4.25 – אוטוסקופיה – תקינה משני הצדדים עם תנועה תופית בולסלבה.

**רקע רפואי:**
ללא

**רקע ניתוחי:**
ניתוח לשחזור האף, אוטופלסטי

**אלרגיה לתרופות:**
פניצילין

**הרגלים:**
ללא

**סיכום והמלצות:**
תמונה חלקית של תת-תפקוד חצוצרה מימין עם קושי בהשוואת לחצים אך בבדיקה תקין
סה״כ.
בנוסף, וובר לשמאל ואי-סבילות לרעש בתדר נמוך
מומלץ:

1. המנעות מטיסה ל-3 חודשים
avoid airplanes for the coming three (3) months

2. בדיקת שמיעה בהקדם + טימפנומטריה + ETF – ישלח לי את התוצאות ל-
058-6268313

– 24.4.25

The Eustachian Tube (ET) Function test point at ET Dysfunction Bilaterally
Hence Ari Should avoid barometric changes (for example: commercial flights,
climbing to high places, HBO chamber, etc..)
I would prescribe Steronase nasal spray for 3 months and would schedule visit
for inspection before approving traveling abroad. In case of increasing pain –
come in sooner.

Dr. Amit Wolfovitz
ד"ר עמית וולפוביץ
מ.ר 108124 מ.מ 33387
מומחה א.א.ג וכירורגית ראש-צוואר

ד"ר עמית וולפוביץ
מ.ר 108124
מ.מ 33387