APPEAL RESPONSE - EXHIBIT 2 - ETF TEST

