UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

-v-

ARI TEMAN,

Defendant.

19-CR-696 (PAE)

ORDER

---

PAUL A. ENGELMAYER, District Judge:

The deadline for the return to the United States of defendant Ari Teman is June 1, 2025, a deadline that the Court has emphasized is firm. *See* Dkt. 531. Teman today again moved to adjourn his return deadline, attaching various materials. *See* Dkt. 534. The Court directs the Government to respond by Tuesday, May 13, 2025. The Court does not invite a reply.

For avoidance of doubt, the deadline for Teman's return to the United States remains June 1, 2025, and the Court's order requiring Teman, by May 9, 2025, to file, on the docket of this case, documentation of his return travel reservations, *see* Dkt. 531 at 8, also remains in effect.

SO ORDERED.

*Paul A. Engelmayer*
PAUL A. ENGELMAYER
United States District Judge

Dated: May 8, 2025
        New York, New York