B"H

United States v. Teman (1:19-cr-00696)

**Re: Notice of flight booking per order**

Below is proof of a booking of a flight per the order on the docket. An unredacted version has been provided to PO Wong.  However, due to health reasons as specified in ENT Dr. Wolfovitz's order, I cannot take this flight and will need to cancel it. There are no boats from Israel to the USA.

s/Ari Teman/
Ari Teman
May 8, 2025

 **Gmail**                                                                 Ari Teman <ari@teman.com>

**Your United Airlines booking confirmation** 
2 messages

United Airlines <notifications@united.com>                          Thu, May 8, 2025 at 8:56 PM
To: 



## Thanks Ari for choosing United!

**Confirmation number:** 

You'll receive a second email with your receipt once we're done processing your reservation. If you don't receive your receipt with 24 hours, contact us .

[ Manage my trip ]

 We were unable to assign some or all of your seats. Please visit Manage Reservations to try selecting seats again.

| Purchase summary | |
|---|---:|
| Fare | USD 1,055.00 |
| Taxes and Fees | USD 70.49 |
| **Total** | **USD 1,125.49** |

Flight - New York (Newark

## Flight to New York/Newark

**May 29, 2025**  `Nonstop`

**11:00 am** — **3:45 pm**

TLV ──────── 11h 45m ──────── EWR

Tel Aviv, IL  New York/Newark, NJ, US

**FLIGHT INFO**

Duration: 11h 45m
UA 85
Boeing 787-10 Dreamliner
United Economy
Meal

## Travelers

**Ari Teman**

Frequent flyer: UA▓▓▓▓  Seats:
TLV to EWR: 51K

The U.S. Department of Homeland Security requires Visa Waiver Program (VWP) travelers flying to or through the United States to obtain approval from the Electronic System for Travel Authorization (ESTA) no less than 72 hours prior to your travel.

## Calculate bag charges

| FLIGHT | FIRST BAG | SECOND BAG | WEIGHT PER BAG |
|---|---|---|---|
| Tel Aviv, IL (TLV - Ben Gurion) to New York/Newark, NJ, US (EWR - Liberty) May 29, 2025 | Included | USD 100/per traveler | 50 (23kg) |