B"H

To the Court,

Mr. Guttwillig makes the argument that Dr. Wolfovitz's medical records are not easy to translate but the relevant record from Dr. Wolfovitz is in plain English.



For the benefit of those reading the plain text, it says very plainly in English:

> "Eustachian Tube (ET) Function test point at ET Dysfunction Bilaterally"
> Hence Ari Should avoid barometric changes (for example: commercial flights, climbing to high places, HBO [(Hyperbaric Oxygen Chamber)] chamber, etc.)
> I would prescribe Steronase nasal spray for 3 months and would schedule visit for inspection before approving traveling abroad. In case of increasing pain - come in sooner.
>
> **Dr. Amit Wolfovitz**
> (Licence Numbers)"

The other records, in plain English, verify via third parties I have been truthful about my medical conditions, financial state.

More importantly, the recently filed Exhibits by Mr. Butler confirm that I was truthful that the terms in effect at the time the clients signed up allowed these drafts and that trial counsel was provided them and lied to the court about not having them. I did not "Structure" the terms and did not "bury" the provisions allowing these drafts, and I did provide them to trial counsel. As Mr. Butler points out, multiple State and Federal judges have since upheld these very same Dispute Terms which remained unchanged from 2016 to into 2020 (after this trial). I am innocent, and the Court should release me immediately to remain with my family and get medical care recommended by the doctors.

**Conclusion**

The doctor's notes are in **plain English** that he does not approve me traveling, and Eden's email is in *plain English* that he would take up this matter if I could afford it and it is clear that my father and I could not afford to pay him -- so in consideration of those plain English facts:

(1) grant me the 90 days the doctor ordered and

(2) reconsider my motion for IFP and grant IFP status for appeals.

If the Court is confident in its rulings, it will have no fear in allowing my appeals to be heard and not try to block a man whose finances have been devastated by this case from having his arguments heard. Instead, it uses some Soviet-style technicality to count one *consolidated* appeal as 3 and demand nearly $2000 ($1815!!!) for my arguments to be heard.

s/Ari Teman/
Ari Teman
Pro se


14 May 2025,
16th of Iyyar, 5785