UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

-v-

ARI TEMAN,

Defendant.

---

19 Cr. 696 (PAE)

ORDER

PAUL A. ENGELMAYER, District Judge:

On January 31, 2025, trial counsel for defendant Ari Teman submitted detailed affidavits responding to allegations in Teman's petition for relief under 28 U.S.C. § 2255, which claimed ineffective assistance by trial counsel. *See* Dkt. 489 (affidavit of Justin K. Gelfand, Esq.); Dkt. 490 (affidavit of Joseph A. DiRuzzo III, Esq.). On May 12, 2025, Teman submitted a reply brief in support of his petition, Dkt. 538, and an affidavit, with attached exhibits that he had not attached to the original petition, Dkt. 538-1. Teman's May 12 submissions made new factual allegations in support of his ineffective assistance claim.

In light of the expansion of Teman's factual claims, the Court, to assure a complete record, is obliged to order Mr. Gelfand and Mr. DiRizzo to each submit a supplemental affidavit addressing Teman's new factual contentions and attached exhibits. These affidavits are due **Wednesday, May 28, 2025.**

To assure this order's prompt receipt, the Court directs Government counsel forthwith to furnish Mr. DiRuzzo and Mr. Gelfand, by email, with a copy of this order, and to file a letter on the docket attesting that such service has been successfully accomplished.

SO ORDERED.

*[signature: Paul A. Engelmayer]*
PAUL A. ENGELMAYER
United States District Judge

Dated: May 14, 2025
      New York, New York