Gmail

Ari Teman <ari@teman.com>

## Docket 332 and 1204

3 messages

**Ari B. Teman** <ari@teman.com>                                              Tue, May 13, 2025 at 7:53 AM
To: prosecases@ca2.uscourts.gov, newcases@ca2.uscourts.gov, PACERMAIL/SAT/AO/USCOURTS
<pacer@psc.uscourts.gov>
Cc: "Thomas Butler, Esq." <appellatelaw@bellsouth.net>, Eden Quainton <eden.quainton@quaintonlaw.net>, "Gutwillig,
Jacob (USANYS)" <Jacob.Gutwillig@usdoj.gov>, Engelmayer NYSD Chambers
<EngelmayerNYSDChambers@nysd.uscourts.gov>

Hello Clerk of CA and PACER

First, When I go to load the documents for 1204 I get an error that the system cannot retrieve any of the docket files
AFTER it bills me for them. Second 25-332 still does not display and PACER says it's a court issue.

**This is a fundamental violation of my civil rights to access the courts as a defendant. You now have two dockets
that deny the defendant access to the files..**

**I am copying opposing counsel, chambers in SDNY, and appellate counsel on other appeal matters because this
is unacceptable. It has been an issue now for weeks with abundant emails and calls -- PACER says it's the
Court's issue, the Court clerk blames PACER. Neither party blaming the other fixes the issue.**

**As I am 100% sure if a judge or AUSA could not access the files on PACER you would have fixed it already , now
it's on their desk.**

Thank you



Please let me know how I can be helpful.

Ari

**Ari Teman | Founder | teman™**
We make Real Estate proactive with Artificial Intelligence
212-203-3714 | teman.com | ari@teman.com

Featured in:
ABC, NBC, PIX, FOX, Pando, Curbed, Observer, The Real Deal, Cooperator, BISNOW,

Visit us for a demo (By Appointment only):

NYC: Herald Square
Miami: Lincoln Road

All conversations are off-the-record. Social Media, too.

Terms apply to each service. Each service is a different entity.

Terms cannot be changed via email or oral agreement.

---

**PACERMAIL/SAT/AO/USCOURTS** <pacer@psc.uscourts.gov>         Tue, May 13, 2025 at 11:43 PM
To: "Ari B. Teman" <ari@teman.com>

Good afternoon,

The problem may be resolved by making a couple of adjustments in Adobe Reader.

Please clear the cookies and cache in your browser and close the browser.  The PACER Service Center recommends using current versions of Firefox, Safari and Microsoft Edge running in IE mode with PACER.

(If you are using a VPN or network, please try logging in outside of them. If the login works please consult your IT support team.)

Be sure your Internet connection is using a static IP address as well – if your IP address changes at any time during your session, you will be routed back to the beginning.

Close and reopen your web browser.

Open your Adobe program and go to Preferences, and Internet.

Uncheck Display PDF in Browser

Uncheck Allow Fast Web View

If you are using Adobe version X, uncheck "Display in Read Mode by Default."

After you have made the Adobe changes, close Adobe, restart your browser and try to view the document again.

If that does not work, please see this Adobe help page for further suggestions:

https://helpx.adobe.com/acrobat/kb/cant-view-pdf-web.html

Thank you,

Matthew

PACER Service Center

Enterprise Operation Center
Administrative Office of the U.S. Courts
Phone: 800-676-6856

pacer@psc.uscourts.gov

Changing the way we serve the Judiciary

**From:** Ari B. Teman <ari@teman.com>
**Sent:** Monday, May 12, 2025 11:53 PM
**To:** CA02db ProSeCases <prosecases@ca2.uscourts.gov>; CA02db NewCases <newcases@ca2.uscourts.gov>; PACERMAIL/SAT/AO/USCOURTS <pacer@psc.uscourts.gov>
**Cc:** appellatelaw_bellsouth.net <appellatelaw@bellsouth.net>; Eden Quainton <eden.quainton@quaintonlaw.net>; Gutwillig, Jacob (USANYS) <Jacob.Gutwillig@usdoj.gov>; Engelmayer NYSD Chambers <EngelmayerNYSDChambers@nysd.uscourts.gov>
**Subject:** Docket 332 and 1204

**CAUTION - EXTERNAL:**

Hello Clerk of CA and PACER

First, When I go to load the documents for 1204 I get an error that the system cannot retrieve any of the docket files AFTER it bills me for them. Second 25-332 still does not display and PACER says it's a court issue.

**This is a fundamental violation of my civil rights to access the courts as a defendant. You now have two dockets that deny the defendant access to the files..**

**I am copying opposing counsel, chambers in SDNY, and appellate counsel on other appeal matters because this is unacceptable. It has been an issue now for weeks with abundant emails and calls -- PACER says it's the Court's issue, the Court clerk blames PACER. Neither party blaming the other fixes the issue.**

**As I am 100% sure if a judge or AUSA could not access the files on PACER you would have fixed it already , now it's on their desk.**

Thank you



Please let me know how I can be helpful.


Ari


**Ari Teman | Founder | teman™**
We make Real Estate proactive with Artificial Intelligence
212-203-3714 | teman.com | ari@teman.com

Featured in:
ABC, NBC, PIX, FOX, Pando, Curbed, Observer, The Real Deal, Cooperator, BISNOW,

Visit us for a demo (By Appointment only):

NYC: Herald Square
Miami: Lincoln Road

All conversations are off-the-record. Social Media, too.

Terms apply to each service. Each service is a different entity.

Terms cannot be changed via email or oral agreement.

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

---

**Ari B. Teman** <ari@teman.com>                                                    Wed, May 14, 2025 at 7:34 AM
To: PACERMAIL/SAT/AO/USCOURTS <pacer@psc.uscourts.gov>

Hi Matthew,

Thank you for your reply.

1. This does not solve the issue at 25-332, which is clearly a server-side issue and not impacted by browser or network connection.

2. Today **64.78% of the planet uses Google Chrome** browser, and **Mobile makes up 62.45% of global internet traffic**, so your failure to properly support both the most-popular browser and method of viewing internet content is arguable a violation of ADA, and while no-doubt the Federal government has excused itself of actually following the laws, this is an egregious injustice that denies people unburdened access to the courts and should be resolved. It would take a good engineer no more than 1 week to update PACER nationwide to support Chrome and mobile browsing.

Please let me know how I can be helpful.

Ari

**Ari Teman | Founder | teman™**
We make Real Estate proactive with Artificial Intelligence
212-203-3714 | teman.com | ari@teman.com

Featured in:
ABC, NBC, PIX, FOX, Pando, Curbed, Observer, The Real Deal, Cooperator, BISNOW,

Visit us for a demo (By Appointment only):

NYC: Herald Square
Miami: Lincoln Road

All conversations are off-the-record. Social Media, too.

Terms apply to each service. Each service is a different entity.

Terms cannot be changed via email or oral agreement.

[Quoted text hidden]