## AFFIDAVIT OF ARI TEMAN

I, Ari Teman, being duly sworn, depose and state:

- I am the Defendant in *United States v. Teman*, Case No. 1:19-cr-00696, pending in the Southern District of New York, and I am proceeding pro se on this issue.
- I frequently travel, using public Wi-Fi at libraries, hotels, or cafes, which provide only dynamic IP addresses. I am unable to obtain a static IP address due to the transient nature of my travel and the unavailability of static IPs in many locations.
- I lack the financial resources to afford static IP service, which costs $10–$50/month, or PACER's per-page fees ($0.10/page, capped at $3/document), as I am indigent and have been granted IFP status and assigned CJA counsel by this court at various times and seek it now.
- Furthermore, such fees prevent defendants and the public from doing analysis on bulk documents, such as to make a table of all sentences by a particular judge and to spot disparities, or to find legal precedents in other cases.
- I rely on Google Chrome and mobile browsers to access PACER, as they support accessibility features (e.g., screen readers, touch navigation, translation & explanation) critical for my needs, particularly when traveling.
- PACER's lack of Chrome/mobile support causes compatibility issues, delaying or preventing access to case documents.
- The PACER Service Center's email, dated May 13, 2025, 11:43 PM, recommended using Firefox, Safari, or Edge in IE mode, required a static IP, and mandated Adobe Reader adjustments, which are infeasible for me due to travel, indigence, and reliance on modern platforms. (ATTACHED EXHIBIT A)
- PACER's login requirement prevents me from using AI tools to convert documents into audio or other accessible formats, or to translate or explain items or format them for various learning disabilities, further hindering access.
- These barriers have delayed my ability to review filings, research rulings, and prepare my defense, prejudicing my case.
- I believe PACER's fees and login requirements also burden other IFP/CJA litigants and the public, preventing anonymous access to public records and accessibility for disabled users.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

**DATED**: May 14, 2025, Tel Aviv, Israel
/s/ Ari Teman
Ari Teman