

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

May 14, 2025

**By CM/ECF**
The Honorable Paul A. Engelmayer
United States District Judge
Southern District of New York
United States Courthouse
40 Foley Square
New York, New York 10007

    Re:    **United States v. Ari Teman**, S2 19 Cr. 696 (PAE)

Dear Judge Engelmayer:

    The Government respectfully writes to confirm that it has provided to Justin Gelfand, Esq., and Joseph DiRuzzo, Esq., by email, the Court's May 14, 2025 Order at Dkt. 542. Messrs. Gelfand and DiRuzzo confirmed receipt of the same.

                Respectfully submitted,

                JAY CLAYTON
                United States Attorney for the
                Southern District of New York

By:    /s/
        Jacob H. Gutwillig
        Assistant United States Attorney
        (212) 637-2215