Ari Teman <ari@teman.com>

# Pacer error: not displaying 25-332 docket, instead "No case summary data was found for case '25-332'."
4 messages

**Ari B. Teman** <ari@teman.com>                                                               Wed, May 7, 2025 at 10:38 PM
To: pacer@psc.uscourts.gov, prosecases@ca2.uscourts.gov

Hello,

For docket 25-332 , I get the following error:when I click to view the docket: "**No case summary data was found for case '25-332'."**

Qyron at the Pro Se Cases desk at CA2 says that this appears to be an issue with PACER as he can see the docket but I cannot (user ariteman / ari@teman.com ).

Are you please able to fix it?



This issue does not occur for other cases:



Please let me know how I can be helpful.

Ari

**Ari Teman | Founder | teman™**
We make Real Estate proactive with Artificial Intelligence
212-203-3714 | teman.com | ari@teman.com

Featured in:
ABC, NBC, PIX, FOX, Pando, Curbed, Observer, The Real Deal, Cooperator, BISNOW,

Visit us for a demo (By Appointment only):

NYC: Herald Square
Miami: Lincoln Road

All conversations are off-the-record. Social Media, too.
Terms apply to each service. Each service is a different entity.
Terms cannot be changed via email or oral agreement.

---

**PACERMAIL/SAT/AO/USCOURTS** <pacer@psc.uscourts.gov>                Fri, May 9, 2025 at 3:29 PM
To: "Ari B. Teman" <ari@teman.com>

Good morning,

Unfortunately, PACER is unable to assist you with this. You will have to contact the court's filing help desk.

For court contact information, go to http://www.pacer.gov and click "File A Case".

Then click "Court CM/ECF Lookup".

5/27/25, 7:44 PM  gmail - Pacer error: not displaying 25-332 docket, instead "No case summary data was found for case '25-332'."

Case 1:19-cr-00696-PAE    Document 548-1    Filed 05/27/25    Page 3 of 6

You can then choose the court you need to contact.

Thank you,

Matthew

PACER Service Center

Enterprise Operation Center
Administrative Office of the U.S. Courts
Phone: 800-676-6856

pacer@psc.uscourts.gov

Changing the way we serve the Judiciary

---

**From:** Ari B. Teman <ari@teman.com>
**Sent:** Wednesday, May 7, 2025 2:39 PM
**To:** PACERMAIL/SAT/AO/USCOURTS <pacer@psc.uscourts.gov>; CA02db ProSeCases <prosecases@ca2.uscourts.gov>
**Subject:** Pacer error: not displaying 25-332 docket, instead "No case summary data was found for case '25-332'."

**CAUTION - EXTERNAL:**

Hello,

For docket 25-332 , I get the following error:when I click to view the docket: **"No case summary data was found for case '25-332'."**

Qyron at the Pro Se Cases desk at CA2 says that this appears to be an issue with PACER as he can see the docket but I cannot (user ariteman / ari@teman.com ).

 Are you please able to fix it?



5/27/25, 7:44 PM

Case 1:19-cr-00696-PAE    Document 548-1    Filed 05/27/25    Page 4 of 6

12gbfusJL-Gmail - Pacer error: not displaying 25-332 docket, instead "No case summary data was found for case '25-332'."

This issue does not occur for other cases:



Please let me know how I can be helpful.

Ari


**Ari Teman | Founder | teman™**
We make Real Estate proactive with Artificial Intelligence
212-203-3714 | teman.com | ari@teman.com

Featured in:
ABC, NBC, PIX, FOX, Pando, Curbed, Observer, The Real Deal, Cooperator, BISNOW,

Visit us for a demo (By Appointment only):

NYC: Herald Square
Miami: Lincoln Road

All conversations are off-the-record. Social Media, too.
Terms apply to each service. Each service is a different entity.
Terms cannot be changed via email or oral agreement.

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

5/27/25, 7:44 PM                     12gluus JLCUMail - Pacer error: not displaying 25-332 docket, instead "No case summary data was found for case '25-332'."

Case 1:19-cr-00696-PAE    Document 548-1    Filed 05/27/25    Page 5 of 6

---

**Ari B. Teman** <ari@teman.com>                                                                     Fri, May 9, 2025 at 3:34 PM
To: PACERMAIL/SAT/AO/USCOURTS <pacer@psc.uscourts.gov>
Cc: prosecases@ca2.uscourts.gov

   Hi. I did and they said to contact you. Why is the docket not displaying?

   Please let me know how I can be helpful.

   Ari

   **Ari Teman | Founder | teman™**
   We make Real Estate proactive with Artificial Intelligence
   212-203-3714 | teman.com | ari@teman.com

   Featured in:
   ABC, NBC, PIX, FOX, Pando, Curbed, Observer, The Real Deal, Cooperator, BISNOW,

   Visit us for a demo (By Appointment only):

   NYC: Herald Square
   Miami: Lincoln Road

   All conversations are off-the-record. Social Media, too.
   Terms apply to each service. Each service is a different entity.
   Terms cannot be changed via email or oral agreement.

   [Quoted text hidden]

---

   **3 attachments**

   **~WRD0004.jpg**
   1K


**image001.png**
29K


**image002.png**
72K

---

**PACERMAIL/SAT/AO/USCOURTS** <pacer@psc.uscourts.gov>                                       Fri, May 9, 2025 at 9:29 PM
To: "Ari B. Teman" <ari@teman.com>

5/27/25, 7:44 PM gmail - CM/ECF Pacer Error: not displaying 25-332 docket, instead "No case summary data was found for case '25-332'."

Case 1:19-cr-00696-PAE    Document 548-1    Filed 05/27/25    Page 6 of 6

Good morning,

Unfortunately, PACER cannot assist with this issue, as we are also unable to see the case.

That is a problem with the court's ACMS (Automatic Case Management System), database, not PACER.

[Quoted text hidden]