UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

-v-

ARI TEMAN,

Defendant.

---

19 Cr. 696 (PAE)

ORDER

PAUL A. ENGELMAYER, District Judge:

On April 17, 2025, the Court, extending an earlier deadline, set a June 1, 2025 deadline for defendant Ari Teman to return to the United States. Dkt. 531; *see also* Dkts. 536, 541. Nearly six weeks later, Teman today filed a letter motion on the docket purporting to seek clarification from the Court—assuming Teman chose to travel by boat—as to which boats would satisfy the Court's order. Dkt. 548. The Court declines to respond to this inquiry, beyond reiterating what is clear from the Court's previous orders: Any mode of transportation that results in Teman's arrival in the United States by June 1—or per the Court's May 14, 2025 order, that results in his being aboard a boat that leaves for the United States by that date, Dkt. 541 at 2 n.1—is satisfactory.

Teman's motion separately asks the Court to stay its order directing him to return due to technical difficulties he claims to have experienced accessing Pacer. Dkt. 548. The Court denies this motion. The due date for Teman's return remains June 1.

SO ORDERED.

                                                                 *Paul A. Engelmayer*
                                                                 PAUL A. ENGELMAYER
                                                                 United States District Judge

Dated: May 27, 2025
       New York, New York