# LAW OFFICES OF
# THOMAS BUTLER

| | |
|---|---|
| 407 Lincoln Road | P.O. Box 665 |
| SUITE 6H | Melville |
| MIAMI BEACH, FLORIDA 33139 | New York, 11747 |
| ADMITTED IN: | TEL: (877) 847-1896 |
| FLORIDA | |
| NEW YORK | APPELLATELAW@BELLSOUTH.NET |
| FLORIDA BOARD CERTIFIED APPELLATE ATTORNEY | |
| FLORIDA BOARD CERTIFIED CRIMINAL APPELLATE ATTORNEY | |

May 28, 2025

<u>BY CM/ECF</u>
Hon. Paul A. Engelmayer
Thurgood Marshall U.S. Courthouse, Room Number 2201
40 Foley Square
N.Y., N.Y. 10007

    Re:    Ari Teman v. USA, Case No.: 1:19-cr-00696-PAE-1

Hon. Paul A. Engelmayer,

I respectfully submit this letter to update the Court if Mr. Teman's 28 U.S. Code § 2255 petition is set for an evidentiary hearing. I am not available to appear on the following dates: August 1, 2025 to September 30, 2025; October 31, 2025 to November 24, 2025; December 1, 2025 to December 24, 2025; January 7, 2026 to March 15, 2026.

Thank you for your attention to this matter.

                                    Respectfully Submitted,

                                      <u>s/sThomas Butler</u>
                                    Thomas J. Butler, Esq.

cc: Jacob Gutwillig, Esq.