UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

-v-

ARI TEMAN,

Defendant.

---

19 Cr. 696 (PAE)

ORDER

PAUL A. ENGELMAYER, District Judge:

The Court has received a letter from Thomas J. Butler, Esq., counsel for defendant Ari Teman, inquiring whether an evidentiary hearing has been set on Teman's petition pursuant to 28 U.S.C. § 2255. Dkt. 550. The answer is no. The record on which the Court will evaluate that petition is not yet complete. On May 14, 2025, the Court ordered that Teman's trial counsel each submit a supplemental affidavit addressing Teman's new factual contentions. Those affidavits are due today. *See* Dkt. 542. Upon review of the complete record, the Court will determine whether an evidentiary hearing is warranted, and, if so, as to what issues.

SO ORDERED.

*Paul A. Engelmayer*
PAUL A. ENGELMAYER
United States District Judge

Dated: May 28, 2025
       New York, New York