

Ari Teman <ari@teman.com>

# Hit for SubletSpy Order idr3x3ui + GateGuard to catch more non-primary/sublets

**Ari Teman** <ari@subletspy.com>                                                    Thu, Oct 27, 2016 at 5:08 PM
Reply-To: ari@subletspy.com
To: Ryan@inceptioninvestors.com

Hi Ryan,

Looks like a newish tenant just started Airbnb'ing a room. Do you have her full name so we can update the report?

📄 idr3x3ui_Ryan-Colbert_Inception_Oct27_SubletSpy...

Also, I think you'll benefit in your non-doorman from GateGuard.xyz, our new Artificial Intelligence-powered Entry Panel with facial recognition. It will catch sublets & non-primaries, remove the issue of stolen & copied keys (entry is just with face+pin), and increase value by adding amenities like remote unlock for guests, package tracking and cleaning & laundry services. We're doing a pre-sale so it's $499 instead of $2499 and $99/mo instead of $149: https://GateGuard.xyz/

Let me know your thoughts.

Ari



Ari Teman // CEO // SubletSpy
SubletSpy catches illegal sublets using powerful artificial intelligence
e: ari@subletspy.com // m: 781-718-3375

SIGN UP: https://subletspy.com

**WE'RE IN THE NEWS**
Watch & read about our technology powering SubletSpy:

- ABC 7 News : Video (YouTube)
- PIX 11 News : Video (YouTube)
- NY Daily News
- The Real Deal

This is a confidential email and may not be distributed in any form without written consent. SubletSpy terms can be found at https://subletspy.com/legal/terms.php . Success fees apply to reports on RS and RC units. Pricing and terms are on the website. They are subject to change and should be checked at the time of ordering. We are not attorneys and cannot offer legal advice. We cannot act as PIs. We may make introductions or provide contacts for service providers but these are not referrals or recommendations and you should do your own due diligence. SubletSpy does not offer oral agreements or changes, nor do we make agreements on the phone or in-person, and we only offer and honor the terms on our website unless another contract or written agreement is signed.

All conversations we have are off the record and confidential. Social media, too. (note: My "assistant", Amy @ x.ai is a robot.)