UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

-v-

ARI TEMAN,

Defendant.

19-CR-696 (PAE)

ORDER

---

PAUL A. ENGELMAYER, District Judge:

Defendant Ari Teman has today filed two *pro se* letters. Dkts. 554, 555. To the extent these letters purport to respond to the supplemental affidavits filed yesterday by his trial counsel, Justin Gelfand, Esq., and Joseph A. DiRuzzo III, Esq., in connection with Teman's pending motion pursuant to 28 U.S.C. § 2255, they are improper, both because Teman is represented by counsel in connection with that motion, and because Teman's counsel has not sought leave to file (and the Court has not authorized) an additional submission. To the extent Teman's letters again seek an adjournment of the June 1, 2025 deadline for his return to the United States, a deadline the Court set on April 17, 2025, that motion is again denied. *See, e.g.,* Dkts. 541, 549. The deadline for Teman's return remains June 1, 2025.

SO ORDERED.

                                                                                           *Paul A. Engelmayer*
                                                                                           _____
                                                                                           PAUL A. ENGELMAYER
                                                                                           United States District Judge

Dated: May 29, 2025
           New York, New York