# LAW OFFICES OF
# THOMAS BUTLER

407 Lincoln Road  P.O. Box 665
SUITE 6H  Melville
MIAMI BEACH, FLORIDA 33139  New York, 11747
ADMITTED IN:  TEL: (877) 847-1896
FLORIDA
NEW YORK  APPELLATELAW@BELLSOUTH.NET
FLORIDA BOARD CERTIFIED APPELLATE ATTORNEY
FLORIDA BOARD CERTIFIED CRIMINAL APPELLATE ATTORNEY

June 6, 2025

<u>BY CM/ECF</u>
Hon. Paul A. Engelmayer
Thurgood Marshall U.S. Courthouse, Room Number 2201
40 Foley Square
N.Y., N.Y. 10007

  Re: Ari Teman v. USA, Case No.: 1:19-cr-00696-PAE-1

Hon. Paul A. Engelmayer,

I respectfully submit this letter to respectfully request permission to file a reply to the affidavits that were submitted on May 28, 2025 (DE552-53) via the Court's Order dated May 14, 2025 (DE543). If the Court grants permission, the I also respectfully request to submit a reply within twenty-one (21) days. I have conferred the foregoing with Mr. Gutwillig, Esq. for the Government, who does not take any position to the foregoing.

Thank you for your attention to this matter.

           Respectfully Submitted,

           s/sThomas Butler
           Thomas J. Butler, Esq.

cc: Jacob Gutwillig, Esq.