UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
CASE NO. 1:19-cr-00696-PAE-1

----------------------------------------------X
ARI TEMAN,                                  :
                                            :
              Petitioner,            :
                                            :
v.                                          :
                                            :
UNITED STATES OF AMERICA,                   :
                                            :
              Respondent.            :
_____X

## REPLY TO AFFIDAVITS FILED ON MAY 28, 2025 (DE552-53) IN SUPPORT OF MOTION TO VACATE, SET ASIDE, OR CORRECT JUDGMENT PURSUANT TO 28 U.S.C. § 2255

Defendant Ari Teman (or "Teman"), through undersigned counsel, files this Reply Affidavits Filed On May 28, 2025 (DE552-53) in Support of Defendant Ari Teman's Motion to Vacate, Set Aside, or Correct Judgment and Sentence Pursuant to 28 U.S.C. § 2255, and states:

1. Attached hereto is a sworn declaration of Ari Teman in Reply to the affidavits filed on May 28, 2025 (DE552-53).

1

## CONCLUSION

Based on the foregoing, Teman respectfully requests this Honorable Court to grant the motion to vacate, set aside or correct his judgment and sentence, the set an evidentiary hearing[1] and to find actual innocence and in the alternative for a new trial.

                                                   Respectfully Submitted,

                                                 */s/* Thomas Butler_____
                                                 Thomas J. Butler, Esq.
                                                 New York Bar Number:
                                                 Florida Bar Number: 569178
                                                 P.O. Box 665
                                                 Melville, New York 11747
                                                 Phone: 877-847-1896
                                                 appellatelaw@bellsouth.net
                                                 Counsel for Ari Teman

---

[1] Counsel respectfully requests if this Honorable Court grants an evidentiary hearing in this matter then to coordinate the availability of undersigned counsel as well as the parties hereto before the setting of a hearing date.

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and accurate copy of the foregoing document was electronically filed and served this 13th day of June, 2025, to the following counsel of record:

Jacob Harris Gutwillig, Esq.
United States Attorney's Office, SDNY
jacob.gutwillig@usdoj.gov

                                                        /s/ Thomas Butler
                                                      Thomas J. Butler, Esq.