UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

-v-

ARI TEMAN,

Defendant.

19 Cr. 696 (PAE)

ORDER

---

PAUL A. ENGELMAYER, District Judge:

Yesterday morning, the Court was copied on an email from defendant Ari Teman to Government counsel Jacob Gutwillig. The email stated, in pertinent part: "You're no different than the Kapos who pushed Jews into trains because you think following orders matters more than doing the right thing, Jake. . . . Please let me know how I can be helpful. Ari."

The Probation Department has previously identified a November 6, 2024 email of similar character, also from Teman to Government counsel, as supporting the need for the Department's in-person supervision of Teman, including in connection with the court-imposed special condition of supervised release that requires mental health treatment. *See* Dkt. 483-1, at 4–5 (terming "coercive and intimidating" an email Teman sent to Assistant United States Attorney Gutwillig stating, in pertinent part, "I've won Jake. Now is the time to save your own career."). The Court's staff is accordingly furnishing the Probation Department with yesterday's email, in the expectation that it in turn will forward the email to Teman's mental-health provider(s).

SO ORDERED.

_____
                                                            PAUL A. ENGELMAYER
                                                            United States District Judge

Dated: June 25, 2025
       New York, New York