B"H

**Ari Teman**

30th of Sivan, 5785 / Rosh Chodesh Tamuz

**Re: Ongoing Antisemitic Corruption and Judicial Misconduct by Judge Paul A. Engelmayer and AUSA Jacob Guttwillig (Motion for Change of Venue and Recussall)**

To Whom It May Concern,

The proceedings in *United States v. Teman*, particularly those surrounding Docket 562, exemplify a sustained campaign of constitutional violations and antisemitic misconduct by Judge Paul Engelmayer and AUSA Jacob Guttwillig—misconduct that has been publicly denounced by **24 ordained Orthodox Rabbis[1]**, **members of Congress**, the **Vice President of the United States**, the **Attorney General**, and other public officials.

Judge Engelmayer's behavior has included:

1. **Targeting a Jewish Defendant for Constitutionally Protected Speech**
    The Judge's repeated attempts to chill my First Amendment rights—including those exercised in defense of my innocence—are unconstitutional and dangerous. His actions seek to punish a Jew for speaking out against antisemitism and government misconduct.

2. **Disregard for Jewish Religious Practice**
    Judge Engelmayer has compelled Jewish defendants and counsel to appear in court on Jewish holidays and has extended proceedings into the Sabbath over repeated objections—despite his full awareness of the prohibitions involved.

3. **Public Disdain for the Chief Rabbis of Israel and Modiin**
    When the Chief Rabbi of Israel and the Chief Rabbi of Modiin submitted official requests to allow me to remain in Israel—supported by U.S. Probation's own acknowledgement that my Zoom-based therapy and financial monitoring could be conducted remotely—Judge Engelmayer dismissed their authority and referred to their guidance as "bogus."

4. **Medical Neglect of a Jewish Defendant**
    Multiple board-certified medical experts, including Dr. Brusovanik and Dr. Harrison, advised the Court that I required urgent medical treatment that could not be safely provided in custody. Judge Engelmayer ignored their recommendations, refused appropriate medical release, and knowingly left me in excruciating pain—actions which my physicians have described as tantamount to torture.

5. **Issuance of Impossible Orders**
    Despite expert documentation prohibiting me from flying, Judge Engelmayer ordered me to take a non-existent boat from Israel to the U.S. and has since moved to arraign me for failing to comply with this impossible directive. This Kafkaesque order is not only absurd but also demonstrably retaliatory and vindictive.

---

[1] See Docket 321-1 where 24 Rabbis ask Paul Engalmayer to recuse and resign

6. **Suppression of Exculpatory Evidence**
   In Docket 562, Judge Engelmayer selectively redacted the most critical portion of the email evidence showing that Guttwillig lied about the existence of GateGuard in 2016—a lie contradicted by his own witness's emails and public news articles from that year. An impartial judge would have sanctioned Guttwillig for this fraud on the court. Engelmayer instead concealed it.

7. **Pattern of Antisemitic Conduct**
   As documented in Docket 326-1, **24 Orthodox Rabbis publicly accused Judge Engelmayer of antisemitism**, citing his fabrication of false statements about Judaism and the calculated suppression of exculpatory evidence to imprison a Jewish defendant. These claims are not isolated—they are corroborated by elected officials, journalists such as Ron Kampeas, and members of the legal community.

8. **Malicious Coordination with Guttwillig and SDNY**
   Judge Engelmayer has admitted to regular, unrecorded ex parte communications with SDNY and other judges—communications that have had direct bearing on this case. AUSA Guttwillig, who appears to lack even basic Jewish education, has willingly acted as an instrument of this corruption, enabling and executing unjust orders despite knowing the truth.

Guttwillig's complicity is particularly egregious given his presumed Jewish heritage. As history teaches us, those who assist in persecuting their own people—who enable regimes of cruelty—are remembered not as neutral actors, but as **Kapos**. The comparison, though harsh, is tragically apt. The parallels are undeniable: forcibly dragging Jews from Israel, disregarding the rulings of Jewish religious leaders, ignoring medical evidence, and caging innocent Jews based on provably false testimony.

I lost a child because of this case. That child's death is on the conscience of this court and of these men. Years of my life have been stolen. Thousands of volunteers I coordinated with JCorps and other entities —people doing good work to help others —have been robbed of that leadership and ability to serve.

And still, Engelmayer and Guttwillig continue. They redact, they lie, the attempt to obfuscate the truth. They want to drag me back to the USA to torture me further, to silence me, surely.

**To criticize injustice is not a sign of mental illness. To expose corruption is not a reason to be dragged across the world for "mental health monitoring."**

When my own mental health provider and many others have stated explicitly that I am safer in Israel, and that Engelmayer poses a threat to me, the continued pursuit of forced relocation becomes not just irrational—but **inhuman**.

**I am innocent.** I enforced a contract written by corporate counsel and modeled after industry standard agreements. That is not a crime. No fair system would ignore that for over three years.

I call upon all people of faith and conscience to speak out. I call on US Pardon Attorney Mr. Martin to follow through with his recommendation that I be freed of this injustice.



**Relief Requested:**

For these reasons, including the repeated and escalating efforts to suppress constitutionally protected speech and due process rights, I move respectfully and urgently for:

1. **Recusal of Judge Paul Engelmayer for the reasons stated above -- no reasonable observer could claim he is impartial**

2. **Change of venue to the Southern District of Florida (SDFL)**

If you do not like being called an antisemite (and not just by me but by dozens of Rabbis and lawyers), stop being an antisemite. Ordering me back to the USA because you cannot handle criticism is unconstitutional, un-American, and unacceptable, no matter how many favors you call in ex parte with the other judges in your building.

Respectfully,

s/Ari Teman/

**Ari B. Teman**

P.S. Attached the full email sent and attachment -- it will be clear why Engelmayer hid most of the email, as he continues to attempt to hide the truth.

                                                                                         Ari Teman <ari@teman.com>

## Soleimani signed up for GateGuard in 2016 so obviously it existed

**Ari B. Teman** <ari@teman.com>                                                                Tue, Jun 24, 2025 at 9:15 AM
To: "Gutwillig, Jacob (USANYS)" <Jacob.Gutwillig@usdoj.gov>
Cc: "Thomas Butler, Esq." <appellatelaw@bellsouth.net>, Thomas Butler <thomasbutler414@gmail.com>, Engelmayer NYSD Chambers <EngelmayerNYSDChambers@nysd.uscourts.gov>, ed.martinjr@usdoj.gov, avi.asher.schapiro@propublica.org, Lois Weiss <lmweiss@ix.netcom.com>, "Lessig, Lawrence" <lessig@law.harvard.edu>
Bcc: Jonathan Gross <jonathansgross@gmail.com>

Jake, you know GateGuard was sold in 2016 because you have this email from Solemiani in evidence.

You should correct your lie to the court and review the evidence you have. If you do not have this email thread, you should seek it from your witness.

If you guys had a real case you wouldn't have to cheat with bullshit like violating me for being unable to take a non-existent boat to the USA from Israel during a multi-front war, and you know that.

You're no different than the Kapos who pushed Jews into trains because you think following orders matters more than doing the right thing, Jake.

Please let me know how I can be helpful.

Ari

---

 soleimani_2016_gateguard.pdf
698K



Ari Teman <ari@teman.com>

---

**Fwd: SubleSpy and GateGuard**
2 messages

---

**SubletSpy Support** <support.team@subletspy.com>　　　　　　　　　　　　　　Thu, Jul 11, 2019 at 7:11 PM
To: Ariel.Reinitz@fisherbroyles.com, Ari Teman <ari@teman.com>

---------- Forwarded message ---------
From: **Benjamin Soleimani** <bsoleimani@abjny.com>
Date: Tue, Dec 27, 2016 at 9:24 AM
Subject: RE: SubleSpy and GateGuard
To: SubletSpy Support <support.team@subletspy.com>


Hi Ari,


How do we sign up the buildings for sublet spy? Through you or online?




**Benjamin Soleimani**

**ABJ Properties, Inc.**

347 Pleasant Avenue

New York, NY  10035

T. 212.860.5560

F. 212.860.5570

**From:** SubletSpy Support [mailto:support.team@subletspy.com]
**Sent:** Tuesday, December 06, 2016 4:56 PM
**To:** Benjamin Soleimani
**Subject:** Re: SubleSpy and GateGuard

Hi Benjamin,

Yes, we'll be ready. We'll have a lot of tablets at our office pre-loaded with the app. It might also be a good idea for you to have 10 or so "backups" at your office in-case a tenant breaks one and complains, etc. Let me know how many you think you might want to give & have as backup we'll add them to our order.

You can sign up for SubletSpy online at https://SubletSpy.com . If you prefer to pay by check for the year, stop at the 3rd step and I'll mail a PDF invoice. You can also give a list of buildings to me and we'll prep the invoice.

Let me know how I can be helpful.

Ari

On Tue, Dec 6, 2016 at 4:19 PM, Benjamin Soleimani <bsoleimani@abjny.com> wrote:

Ari,

Just thinking about this – will you have the tablets available at the time of install? I'm worried some of the older tenants may complain for decreased service to DHCR because they "don't have a phone that's compatible with the system".

Also, how do we sign up for sublet spy?



**Benjamin Soleimani**

**ABJ Properties**, Inc.

347 Pleasant Avenue

New York, NY  10035

T. 212.860.5560

F. 212.860.5570

**From:** SubletSpy Support [mailto:support.team@subletspy.com]
**Sent:** Thursday, December 01, 2016 2:51 PM

**To:** Benjamin Soleimani
**Subject:** Re: SubleSpy and GateGuard

Just called. My number is 781-718-3375. It'll reach my cell and desk. Any time.

On Thu, Dec 1, 2016 at 2:18 PM, Benjamin Soleimani <bsoleimani@abjny.com> wrote:

Ari,

whats the best # to reach you? I have some questions….



**Benjamin Soleimani**

**ABJ Properties, Inc.**

347 Pleasant Avenue

New York, NY  10035

T. 212.860.5560

F. 212.860.5570



**From:** SubletSpy Support [mailto:support.team@subletspy.com]
**Sent:** Monday, November 28, 2016 9:43 AM
**To:** Benjamin Soleimani

**Subject:** Re: SubleSpy and GateGuard


Hi Benjamin. Fantastic. Let me know how I can be helpful. Ari


On Mon, Nov 28, 2016 at 9:17 AM, Benjamin Soleimani <bsoleimani@abjny.com> wrote:

Good morning,

It took us a few days to figure out which buildings we'd like to do the gateguard on – I think we're at about 31 building we want it in for now, and possibly another 2 – 6 buildings within the next 6 months. The only thing we're waiting to confirm all this is a response from DHCR. We recently (as we told you) upgraded intercoms in many buildings and filed MCI applications for them. We're making sure it's allowed for us to now go ahead an replace those systems we just got approved. We hope to hear back within the next few days. '


**From:** SubletSpy Support [mailto:support.team@subletspy.com]
**Sent:** Tuesday, November 22, 2016 4:22 PM
**To:** Benjamin Soleimani <bsoleimani@abjny.com>
**Subject:** Re: SubleSpy and GateGuard


Ah, yes! Sure. 781-718-3375 will ring my desk and my cell. Any time.

On Tue, Nov 22, 2016 at 3:54 PM, Benjamin Soleimani <bsoleimani@abjny.com> wrote:

I'm a bit swamped getting ready for a closing tomorrow morning. I will call you then to discuss further IF THAT'S OKAY.

What's the best number to reach you at?



**Benjamin Soleimani**

**ABJ Properties, Inc.**

347 Pleasant Avenue

New York, NY  10035

T. 212.860.5560

F. 212.860.5570

**From:** SubletSpy Support [mailto:support.team@subletspy.com]
**Sent:** Monday, November 21, 2016 11:41 AM
**To:** Benjamin Soleimani; Joseph Soleimani

**Subject:** Re: SubleSpy and GateGuard

Hi Benjamin,

Great meeting you guys. A quick heads-up that pre-orders are going to the factory in China this week for the GateGuard.xyz panels, so it pays to get your order in this week. A panel *with* installation and 6 months of service is $2850 cheaper than the normal price ($1743 vs $4593) so it's a huge savings across a portfolio of 10 or 20 buildings, and it locks in the $99/mo price vs the $149, saving an additional $600/year/building.

Let me know how I can be helpful.

Ari

On Wed, Nov 16, 2016 at 10:57 AM, Benjamin Soleimani <bsoleimani@abjny.com> wrote:

That should be good

Benjamin Soleimani
ABJ Properties, Inc.
347 Pleasant Avenue
New York, NY 10035
T. 212.860.5560
F. 212.860.5570

On Wed, Nov 16, 2016 at 10:36 AM -0500, "SubletSpy Support" <support.team@subletspy.com> wrote:

Great. 9:30am? Or what works for you?

On Wed, Nov 16, 2016 at 10:17 AM, Benjamin Soleimani <bsoleimani@abjny.com> wrote:

Friday AM is better.

Benjamin Soleimani
ABJ Properties, Inc.
347 Pleasant Avenue
New York, NY 10035
T. 212.860.5560
F. 212.860.5570

On Wed, Nov 16, 2016 at 10:15 AM -0500, "SubletSpy Support" <support.team@subletspy.com> wrote:

How is 4pm today? Or Friday AM?

On Tue, Nov 15, 2016 at 2:06 PM, Benjamin Soleimani <bsoleimani@abjny.com> wrote:

East (all the way East) Harlem.

Address below.



**Benjamin Soleimani**

**ABJ Properties, Inc.**

347 Pleasant Avenue

New York, NY  10035

T. 212.860.5560

F. 212.860.5570

**From:** SubletSpy Support [mailto:support.team@subletspy.com]
**Sent:** Tuesday, November 15, 2016 1:53 PM
**To:** Benjamin Soleimani
**Cc:** Joseph Soleimani
**Subject:** RE: SubleSpy and GateGuard

We can come to you. Where are you located?

On Nov 15, 2016 1:51 PM, "Benjamin Soleimani" <bsoleimani@abjny.com> wrote:

we are rarely in midtown, so I'll let you know the next time we're there. It may be difficult since I'd like some of our property managers to be there as well.



**Benjamin Soleimani**

**ABJ Properties, Inc.**

347 Pleasant Avenue

New York, NY  10035

T. 212.860.5560

F. 212.860.5570

**From:** SubletSpy Support [mailto:support.team@subletspy.com]
**Sent:** Tuesday, November 15, 2016 12:59 PM
**To:** Benjamin Soleimani
**Cc:** Joseph Soleimani
**Subject:** Re: SubleSpy and GateGuard

Sure. Would you come by the office? We're at Herald Square (32nd and 6th) and I can also show you the GateGuard panel and screens. When works for you this week?

Ari

On Tue, Nov 15, 2016 at 9:28 AM, Benjamin Soleimani <bsoleimani@abjny.com> wrote:

good morning,

when can we set up a meeting to go over the software and more about what you guys do?



**Benjamin Soleimani**

**ABJ Properties, Inc.**

347 Pleasant Avenue

New York, NY  10035

T. 212.860.5560

F. 212.860.5570

**From:** SubletSpy Support [mailto:support.team@subletspy.com]
**Sent:** Friday, November 11, 2016 1:25 PM
**To:** bsoleimani@abjny.com
**Subject:** SubleSpy and GateGuard

Hi Benjamin,

Great chatting. Here's an overview of SubletSpy and GateGuard:

**SubletSpy** ( https://SubletSpy.com ) uses thousands of servers and computer vision to pull millions of photos from sites like Airbnb and match the listing photos and profile photos to your buildings and tenants. We serve over 100 landlords in NYC and de-anonymize thousands of illegal sublets. Because sub-30 day rentals are incurable, you get a solid eviction or vacancy (most tenants don't go to court, because it's incurable). We coach you through the full process and have now helped vacate and stop Airbnb in hundreds of units.

**GateGuard** ( https://GateGuard.xyz ) replaces your intercom panel with a touch-screen with facial recognition. It will alert you to illegal sublets, frequent guests (dorms, businesses, Airbnbs), non-primaries, and occupancy violations. It also adds luxury amenities like remote unlock, package pickup & drop-off, and more, so you can raise the rent ~$50/unit on Free Market units because it's not a "virtual doorman" building. It's just $499 and $99/mo with the pre-sale that ends on Nov 20.

Please let me know when works to chat next week and how I can be helpful.

Shabbat Shalom.

Ari

--

**SubletSpy : Find & Remove Illegal Sublets**
*SubletSpy works in any city.*

**SIGN UP:** SubletSpy.com

**REFER A FRIEND**

**WE'RE IN THE NEWS**
Watch & read about our technology powering SubletSpy:

- ABC 7 News : Video (YouTube)
- PIX 11 News : Video (YouTube)
- NY Daily News
- The Real Deal

All conversations we have are off the record and confidential. Social media, too.
By using SubletSpy you have accepted our terms.
(note: Our "assistant", Amy @ x.ai is a robot.)

--

**SubletSpy : Find & Remove Illegal Sublets**
*SubletSpy works in any city.*

**SIGN UP:** SubletSpy.com

**REFER A FRIEND**
**GET $100 CREDIT**
**WHEN THEY SIGN UP**

**WE'RE IN THE NEWS**
Watch & read about our technology powering SubletSpy:

- ABC 7 News : Video (YouTube)
- PIX 11 News : Video (YouTube)
- NY Daily News

- The Real Deal

All conversations we have are off the record and confidential. Social media, too.

By using SubletSpy you have accepted our terms.

(note: Our "assistant", Amy @ x.ai is a robot.)

--

**SubletSpy : Find & Remove Illegal Sublets**
*SubletSpy works in any city.*

**SIGN UP:** SubletSpy.com

## REFER A FRIEND
### GET $100 CREDIT
### WHEN THEY SIGN UP

**WE'RE IN THE NEWS**
Watch & read about our technology powering SubletSpy:

- ABC 7 News : Video (YouTube)
- PIX 11 News : Video (YouTube)
- NY Daily News
- The Real Deal

All conversations we have are off the record and confidential. Social media, too.

By using SubletSpy you have accepted our terms.

(note: Our "assistant", Amy @ x.ai is a robot.)

--

**SubletSpy : Find & Remove Illegal Sublets**
*SubletSpy works in any city.*

**SIGN UP:** SubletSpy.com

## REFER A FRIEND
### GET $100 CREDIT
### WHEN THEY SIGN UP

**WE'RE IN THE NEWS**
Watch & read about our technology powering SubletSpy:

- ABC 7 News : Video (YouTube)
- PIX 11 News : Video (YouTube)
- NY Daily News
- The Real Deal

All conversations we have are off the record and confidential. Social media, too.

By using SubletSpy you have accepted our terms.

(note: Our "assistant", Amy @ x.ai is a robot.)

--

**SubletSpy : Find & Remove Illegal Sublets**
*SubletSpy works in any city.*

**SIGN UP:** SubletSpy.com

**REFER A FRIEND
GET $100 CREDIT
WHEN THEY SIGN UP**

**WE'RE IN THE NEWS
Watch & read about our technology powering SubletSpy:**

- ABC 7 News : Video (YouTube)
- PIX 11 News : Video (YouTube)
- NY Daily News
- The Real Deal

All conversations we have are off the record and confidential. Social media, too.

By using SubletSpy you have accepted our terms.

(note: Our "assistant", Amy @ x.ai is a robot.)

--

**SubletSpy : Find & Remove Illegal Sublets**
*SubletSpy works in any city.*

**SIGN UP:** SubletSpy.com

**REFER A FRIEND
GET $100 CREDIT
WHEN THEY SIGN UP**

**WE'RE IN THE NEWS**
Watch & read about our technology powering SubletSpy:

- ABC 7 News : Video (YouTube)
- PIX 11 News : Video (YouTube)
- NY Daily News
- The Real Deal

All conversations we have are off the record and confidential. Social media, too.
By using SubletSpy you have accepted our terms.
(note: Our "assistant", Amy @ x.ai is a robot.)

--

**SubletSpy : Find & Remove Illegal Sublets**
*SubletSpy works in any city.*

**SIGN UP:** SubletSpy.com

**REFER A FRIEND**
**GET $100 CREDIT**
**WHEN THEY SIGN UP**

**WE'RE IN THE NEWS**
Watch & read about our technology powering SubletSpy:

- ABC 7 News : Video (YouTube)
- PIX 11 News : Video (YouTube)
- NY Daily News
- The Real Deal

All conversations we have are off the record and confidential. Social media, too.
By using SubletSpy you have accepted our terms.
(note: Our "assistant", Amy @ x.ai is a robot.)

--

**SubletSpy : Find & Remove Illegal Sublets**
*SubletSpy works in any city.*

**SIGN UP:** SubletSpy.com

**REFER A FRIEND**

**GET $100 CREDIT**
**WHEN THEY SIGN UP**

**WE'RE IN THE NEWS**
Watch & read about our technology powering SubletSpy:

- ABC 7 News : Video (YouTube)
- PIX 11 News : Video (YouTube)
- NY Daily News
- The Real Deal

All conversations we have are off the record and confidential. Social media, too.
By using SubletSpy you have accepted our terms.
(note: Our "assistant", Amy @ x.ai is a robot.)

--

**SubletSpy : Find & Remove Illegal Sublets**
*SubletSpy works in any city.*

**SIGN UP:** SubletSpy.com

**REFER A FRIEND**
**GET $100 CREDIT**
**WHEN THEY SIGN UP**

**WE'RE IN THE NEWS**
Watch & read about our technology powering SubletSpy:

- ABC 7 News : Video (YouTube)
- PIX 11 News : Video (YouTube)
- NY Daily News
- The Real Deal

All conversations we have are off the record and confidential. Social media, too.
By using SubletSpy you have accepted our terms.
(note: Our "assistant", Amy @ x.ai is a robot.)

--

**SubletSpy : Find & Remove Illegal Sublets**
*SubletSpy works in any city.*
**SIGN UP:** SubletSpy.com

**REFER A FRIEND**
**GET $100 CREDIT**
**WHEN THEY SIGN UP**

**WE'RE IN THE NEWS**
Watch & read about our technology powering SubletSpy:

- ABC 7 News : Video (YouTube)
- PIX 11 News : Video (YouTube)
- NY Daily News
- The Real Deal

All conversations we have are off the record and confidential. Social media, too.
By using SubletSpy you have accepted our terms.

---

**Ari B. Teman** <ari@teman.com>  Tue, Jun 24, 2025 at 9:09 AM
To: "Thomas Butler, Esq." <appellatelaw@bellsouth.net>, Thomas Butler <thomasbutler414@gmail.com>, D Teman <dteman@gmail.com>, David Teman <david.teman@teman.com>

Soleimani even signed up for GateGuard under SubletSpy in 2016!!!!

Please let me know how I can be helpful.

Ari

**Ari Teman | Founder | teman™**
We make Real Estate proactive with Artificial Intelligence
212-203-3714 | teman.com | ari@teman.com

Featured in:
ABC, NBC, PIX, FOX, Pando, Curbed, Observer, The Real Deal, Cooperator, BISNOW,

Visit us for a demo (By Appointment only):

NYC: Herald Square
Miami: Lincoln Road

All conversations are off-the-record. Social Media, too.
Terms apply to each service. Each service is a different entity.
Terms cannot be changed via email or oral agreement.

[Quoted text hidden]