UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

-v-

ARI TEMAN,

Defendant.

19-CR-696 (PAE)

ORDER

---

PAUL A. ENGELMAYER, District Judge:

The Court has received a *pro se* motion from defendant Ari Teman asking the Court to "deny the application of the fugitive disentitlement doctrine," to "lift any and all stays imposed on proceedings, including but not limited to [Teman's] pending appeal before the United States Court of Appeals for the Second Circuit," and to recuse itself, among other requests for relief. Dkt. 568.

The Court denies this motion as baseless.

For avoidance of doubt, the Court has invoked the fugitive disentitlement doctrine solely in connection with two civil actions brought by Teman that are pending before this Judge. These are *Teman v. United States of America and Jimmy Wong*, 25 Civ. 5424 (PAE), and *Teman v. United States Probation Service et al.*, 25 Civ. 4699 (PAE). In orders issued in these cases on July 8, 2025, the Court stayed further proceedings based on the fugitive disentitlement doctrine, while stating that it would entertain an application to lift the stay upon a showing that Teman is no longer a fugitive. *See* 25 Civ. 4699 (Dkt. 9); 25 Civ. 5424 (Dkt. 11).

The Court has not, however, invoked that doctrine in connection with any aspect of Teman's criminal case in this Court, 19 Cr. 696 (PAE), including the petition pursuant to 28

1

U.S.C. § 2255, which the Court denied on June 26, 2025, *see* Dkt. 564; with any civil lawsuit pending before any other judge; or with any appeal that Teman has brought or may bring. Nor has the Court stayed (or purported to stay) any proceeding other than 25 Civ. 4699 and 25 Civ. 5424. The deadlines that may apply in any matters other than 25 Civ. 4699 and 25 Civ. 5424 are unaffected by the Court's orders staying those two actions.

SO ORDERED.

*Paul A. Engelmayer*
PAUL A. ENGELMAYER
United States District Judge

Dated: July 28, 2025
New York, New York