B"H

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

**UNITED STATES OF AMERICA,**
Plaintiff,
v.
**ARI TEMAN,**
Defendant.

Case No. 1:19-cr-00696

**NOTICE OF APPEAL**

Notice is hereby given that Ari Teman, the defendant in the above-captioned case, proceeding pro se, appeals to the **United States Court of Appeals for the Second Circuit** from the order entered in this action on **June 26, 2025**, as reflected in Document 564 on the docket of this Court.

**Dated**: August 11, 2025  / 17th of Av, 5785
Tel Aviv, Israel

**Respectfully submitted,**
/s/ Ari Teman
Ari Teman, Pro Se

Certificate of Service

I hereby certify that on August 11, 2025, a true and correct copy of this Notice of Appeal was served on counsel for the United States via ECF, addressed to:

Jacob Gutwillig
Assistant United States Attorney
United States Attorney's Office

/s/ Ari Teman
Ari Teman, Pro Se