UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
CASE NO. 1:19-cr-00696-PAE-1

---------------------------------------------X
ARI TEMAN,                                   :
                                             :
               Petitioner,               :
                                             :
v.                                           :
                                             :
UNITED STATES OF AMERICA,                    :
                                             :
               Respondent.               :
_____X

## MOTION TO WITHDRAW AS COUNSEL
## FOR THE DEFENDANT ARI TEMAN

Undersigned counsel, Thomas Butler, Esq., files this Motion to Withdraw as Counsel for the Defendant Ari Teman (or "Teman"), and states:

1. Undersigned counsel is privately retained counsel.

2. An irreconcilable conflict of interest exists between Teman and undersigned counsel.

## CONCLUSION

Based on the foregoing, Undersigned counsel respectfully requests this Honorable Court to grant this motion to withdraw as counsel for Teman.

1

Respectfully Submitted,

*/s/* Thomas Butler_____
Thomas J. Butler, Esq.
New York Reg. No: 4192340
Florida Bar Number: 569178
P.O. Box 665
Melville, New York 11747
Phone: 877-847-1896
appellatelaw@bellsouth.net
Counsel for Ari Teman

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and accurate copy of the foregoing document was electronically filed and served this 13th day of August, 2025, to the following counsel of record:

Jacob Harris Gutwillig, Esq.
United States Attorney's Office, SDNY
jacob.gutwillig@usdoj.gov

and via U.S. mail, to Ari Teman, at Ari Teman, Apartment 3, Migdal Halevanon 26, Modiin, 7175829 Israel and via email, at ari@teman.com.

*/s/* Thomas Butler_____
Thomas J. Butler, Esq.

2