Ari Teman  1:43
Hey, how are you? Hello,

Akash Kazi (ex Signature OASIS)  1:48
Hey, how are you? How's everything?

Ari Teman  1:49
Hey, good, good to meet you. Where... It looks like you're in a car.

Akash Kazi (ex Signature OASIS)  1:54
Oh, yeah. I wasn't expecting this call, but I was charging my car, so,

Ari Teman  1:58
oh, you got an EV, I guess it looks like maybe a Tesla from the glass

Akash Kazi (ex Signature OASIS)  2:03
From the glass roof? Yeah, haha, it is.

Ari Teman  2:07
How do you like the Tesla?

Akash Kazi (ex Signature OASIS)  2:10
 It's really irritating because I don't have the charger at home yet.

Ari Teman  2:13
Ah, yeah,

Ari Teman  2:17
yeah. But, but other than that, once you get the charger at home, then it's, then it's, I guess, much more convenient.

Akash Kazi (ex Signature OASIS)  2:24
Yeah, it is. It's just that I had to do a pit stop in a mall and pay the entrance to get in, to pay to charge. So, oh yeah, I wasn't around like a free acts like, without a mall. You know what I mean? You know, some malls have parking like, charges to park in a mall.

Akash Kazi (ex Signature OASIS)  2:44
Where is this in New Jersey or

Akash Kazi (ex Signature OASIS)  2:47
no, this is in Queens.

Akash Kazi (ex Signature OASIS)  2:48
Oh, in Queens. Okay, interesting. Yeah, you're based, you're based in Queens,

Akash Kazi (ex Signature OASIS)  2:53
yeah, I am.

Akash Kazi (ex Signature OASIS)  2:54

Okay, cool, cool.

Akash Kazi (ex Signature OASIS)   2:56
And you were at, you were at, yeah? No, I, I lived in the city, and it's, it's same when I was living in Miami Beach. It's like, you got to go into some parking lot for an EV and sometimes Tesla makes a deal with them where you get like, 30 minutes free in the parking lot so you're not paying. And sometimes, yeah, you end up paying more to come in and out of the parking lot than for the charging.

Akash Kazi (ex Signature OASIS)   3:18
 Yeah,

Akash Kazi (ex Signature OASIS)   3:19
 so, so I guess you had an interesting few years, right? Because you were at Signature, which obviously is no more, but, but you're still, you're at the same bank, and they just changed names, or you went on to a different?

Speaker 1   3:35
No. So what ended up happening is that Signature shut down, and then I didn't work for about two years. I focused on school, so I just finished my Associates, and in between, I got a job at Teachers Federal Credit Union.

Ari Teman   3:50
Okay,

Akash Kazi (ex Signature OASIS)   3:51
So I've been at teachers as like an assistant manager slash supervisor for the retail side.

Ari Teman   3:57
 Okay,

Ari Teman   3:58
 but what I mainly focus on here. It's mainly operations and sales, making sure that whatever accounts that are being opened, all the proper documents are there, making sure we're meeting our sales targets, and then making sure that all the paperwork and everything aligned with the regulatory or, if it's like an NRA account, making sure everything is in order, if it's a business account, making everything is in order. So I'm kind of in charge of the reports, reporting back to the back end and all that stuff,

Ari Teman   4:32
going through a ton of data, and making sure that all the check boxes are checked and that nothing looks out of place and correct you were, you were doing that before, too, where you were on the Oasis team at Signature?

Akash Kazi (ex Signature OASIS)   4:45
Yeah, at Signature, I did oasis. So basically that was our main focus. So, you know, prevented, sorry, prevented incoming and outgoing threat through like checks or even wires and ACH payments. So we just looked at 1000s and 1000s of checks and

transactions that was coming in and out the date prior. So we worked. We didn't work live. We worked for the day prior. Okay,

Ari Teman  5:13
you're not lurking live. Day prior means the transaction already closed.

Akash Kazi (ex Signature OASIS)  5:18
The transaction already went through the clearing house, and then it posted, and then it's coming to us as the last step of verification. And if not, then it goes back to basically the feds. And then the Feds communicate with the bank of first deposit to return that order. They'll return that check or wire whatever it is.

Ari Teman  5:38
But the when you say verification, return that check. So if you're looking at it, the day after the money is already cleared, I'm just, this is just interesting to me, based on what you said, right? Like, so somebody, somebody goes to, let's say, Bank of America, use the big bank, and not the signature was tiny, but relative. So they go to Bank of America, they deposit a check on a signature account on Monday morning. Everything's computerized, so they deposit a check for $500, $5,000, that money, it goes from the Signature account into the Bank of America account on Monday that same day, right? And then you guys are reviewing it on Tuesday.

Akash Kazi (ex Signature OASIS)  6:25
Umhum.

Ari Teman  6:26
And then on Tuesday, if you notice, hey, wait a minute, the information here is wrong. The checking number, this checking account,

Akash Kazi (ex Signature OASIS)  6:33
 yeah,

Ari Teman  6:34
 you know, there's some fraud or whatever. So really, what you're doing is you're reversing the transaction. You're not, because the transaction already went through the day before, or you're doing a final verification, and then the transaction goes through.

Akash Kazi (ex Signature OASIS)  6:47
No, So how the process works is that? So you go, go into Bank of America, and you deposit this check, right, right? Depending, depending on that dollar amount, let's say it is $5,000 right there, it has to go through a clearing process. So I don't know if you ever, like, if you ever deposited a check, they'll take they'll tell you, like, oh, it takes five to seven business days. It takes five to seven business days because it goes through the back end, through the Feds and through the first bank deposit or the second bank, because it's going through the clearing process. So a $5,000 check would release incrementally, right? So like, let's say 250 would be available immediately. The next day 500 then the next day, like 50% and then the last day would be the final amount. So within those days, that's when the research is being conducted. So that's when it would come up over to us overnight, and our

job would really be to clear it that same day, so we would reach out to our like client, be like, Hey, did you write this check to Robert? And if they say, No, we decline it, and that information gets translated over, and then the check doesn't get cleared.

Ari Teman  7:55
Okay? But within that let's say that week. Let's say they put a week, even a week hold, and they say "we're holding this check for a week." And then, okay, I guess in that week, if it's a large amount you got with Signature, always going to a client and saying, Hey, this is a large check. Did you

Ari Teman  7:55
 No.

Ari Teman  8:04
Okay, so sometimes you don't do anything. The check clears, right? It's a client. They often write big checks. They're a landlord, a major business, whatever, so it's not out of whack for them to write a big check and then they but if they come back to you two weeks later and say, Hey, I didn't authorize that check, is that Oasis?

Akash Kazi (ex Signature OASIS)  8:39
No,

Ari Teman  8:39
A different department?,

Ari Teman  8:42
let's see. Doesn't get flagged by Oasis so it goes through the oasis system. And you're saying basically, Oasis is just the first week of the check?

Akash Kazi (ex Signature OASIS)  8:51
 yeah.

Ari Teman  8:52
 And then after that first week, if, if, let's say Joe Schmo client says, "Wait a minute, this check, I didn't authorize this check, or this Ach, or this RCC, whatever this draft." When they email their banker, they call their banker and they say, Hey, I didn't authorize this check, or they go online, whatever. That's a different department of signature. That's not Oasis?

Akash Kazi (ex Signature OASIS)  9:20
no, it's not. that would go through the retail side. So for a retail side, I'm not sure how it worked for signature, but for teachers, what would happen is that you come in and you put a stop payment on that check.

Ari Teman  9:30
They got to do a local branch

Akash Kazi (ex Signature OASIS)  9:34
for teachers. Yes, I don't know. I didn't work for the front end. So once we were

done with Oasis, that was it,

Ari Teman   9:40
okay, but in signature, if a guy's offices in Brooklyn, and he just

Ari Teman   9:44
 probably that

Ari Teman   9:44
Exactly, he's got to go to signature in Brooklyn and say, hey,

Ari Teman   9:48
yeah,

Akash Kazi (ex Signature OASIS)   9:49
okay,

Speaker 2   9:51
where would so and you guys signature, I, because I we've spoken to some guys at signature. So signature is actually running their operation. Is where New Jersey and in Brooklyn or?

Akash Kazi (ex Signature OASIS)   10:02
no signature is, I think, still running through by Herald Square. This, that's where I worked. They have a main office there that they consolidated all the other buildings in the city, but flagstar is what took over. And I think flagstar headquarter is in somewhere in Long Island. But from what I heard, in, yeah, in Long Island. So from what I heard, they're trying to transition everybody from Manhattan over to Long Island. So I think they're just trying to make, uh, headquarters Long Island for

Ari Teman   10:33
everything. But three or three or four years ago, Oasis was sitting in by her old square, yeah, not, not in Wall Street because it was in signatures headquarters down downtown, right by by Wall Street.

Akash Kazi (ex Signature OASIS)   10:52
No, we didn't have any offices there. All of our offices were surrounding area of midtown, so we had one by like Park Avenue and then by Madison Avenue, and then where I worked, and I think one more building, I'm not sure, but nothing around Wall Street that I know of, but Oasis definitely sat in Herald Square.

Speaker 1   11:11
Okay, Oasis is in Herald Square. Okay, that makes sense.

Ari Teman   11:15
 And then, and then, how much of the fraud review is automated. Meaning is the computer popping up, because obviously tons of checks are coming in, right? So you see $20,000 check come in, the system has to flag for you the check, right? But if the system just goes, Yeah, this is an RCC, and it's, you know, within the range of

the amount that this client pays. That's automated, right?

Ari Teman   11:44
Yeah.

Ari Teman   11:44
So the actual review is happening by a computer system, not by a human being.

Speaker 1   11:50
No, most of the most of it is probably be, we don't know what, how many is being approved by the system itself, but we know what's being rejected. So the amount that's rejected can be, sometimes it varies from like 15,000 10,000 20,000 checks, and then it gets divided up by branches.

Akash Kazi (ex Signature OASIS)   12:08
So what would happen is that my team would be assigned to a certain amount of branches, and they would go in and review it right so we would see if the signature you could have paid this check before but if the signature off is off, it would flag it. Or if the writing is off and the computer can't read it, we would have to manually review that. If the dollar amount and then the written amount doesn't match, we would have to review that. So you could have written that.

Ari Teman   12:35
That's like image recognition, where it's saying, Hey, I have 10 checks that this person's written before, and this is a different signature, but if it's like an RCC or an ACH, right, where it's not signature based and it's not handwritten, right, it's computer ACH is obviously just like a text upload to some computer system, and an RCC is a printed check, right? So you're not going to see a signature, yeah, so in that case, it's just an automated system, a computer system that says, this is an RCC, this is $1 amount.

Ari Teman   13:08
And would RCCs even get flagged by oasis?

Akash Kazi (ex Signature OASIS)   13:12
It would if it's like the dollar amount is like out of the ordinary, or you always don't do a transaction, and now you're doing this kind of transaction. Or if for like an ACH, let's say it's out of your area, right? So if it's in a whole different location, then it would flag it as well,

Ari Teman   13:31
meaning you send money somewhere in the country that you normally don't send money, yeah, just like when you're traveling with a credit card and you are you flying overseas? Did you just buy something in France? Right? Exactly.

Akash Kazi (ex Signature OASIS)   13:44
So we would have to go in and see if you did put a travel notice on your card. If it is, then we would go and approve it. If not, then we won't. We would have our we don't. We would relay it to the member, well, to the client, and then, if not, we would get in touch with this, like designated banker, and the banker would would get

in touch with them and then clear it, okay,

Ari Teman   14:06
but it, but it, but in the sense of, if a transaction goes through in that first week, then that means that Oasis didn't touch the not that it necessarily. You could have reviewed it and approved it, but, but basically, if a transaction goes through in that in that first week with it, without a phone call or an email to a client, let's say the dollar amount is out of what, let's say somebody does a ACH or An RCC, right for a client, $18,000 check, and the it just goes through, right? Their account is drafted, yeah, so, and there was no call or email from Oasis to that client. So that just means there was an automated system. Nobody reviewedit,

Akash Kazi (ex Signature OASIS)   14:57
most Possibly, yeah,

Ari Teman   14:58
right? Because otherwise. Is if it was flat. In other words, if Oasis flags, it is it 100% of the time that you'll then Oasis says this, this is an out of the ordinary amount. So then 100% of the time an oasis team will reach out to the client,

Akash Kazi (ex Signature OASIS)   15:14
 yeah

Ari Teman   15:15
okay, but that's 100% of the time, meaning, if there's an $18,000 check, that's a significant amount of money, even for a multi million dollar client, right? This is not a small it's not a $500 check for someone to come clean the apartment or something, right? So... that's pretty high for cleaning apartment, but let's say, Okay, it's a big apartment. You're a landlord, so, so Okay, $18,000 check system clears it. There was no email to the client. Then that, that means there was no no human in sitting in Manhattan that reviewed basically, if it clears without intervention, that means no human was involved in the review of the of the transaction.

Speaker 1   15:58
Yeah.

Ari Teman   15:59
Okay, interesting, interesting. And then, but you're saying like, 15,000 checks. That's a week a month that you guys were to review,

Akash Kazi (ex Signature OASIS)   16:10
no per day,

Ari Teman   16:11
 15,000 per day that you would review, that a human would review,

Akash Kazi (ex Signature OASIS)   16:15
 yeah, well, the whole team. So

Ari Teman   16:17
how big is? How big is the team that's a lot of people sitting in Herald Square in New York City.

Akash Kazi (ex Signature OASIS)   16:22
 It was like about eight or 10 people. But what would happen is that that was our main focus, so we would have basically all day to complete that, right? Well, not all day, because there's a cut off time for the Feds that they can report back, so we would have most of the day to complete that. So then it would get broken up by by branches, right? So like branches, one through 10 is, let's say John's right. Then 10 through 20 is Elizabeth. So then they would have that time frame to go in and complete it. But what would have, what would Oasis also do, is that they would pull up a reference check as well. So you don't need to necessarily, all the time, call the member, call the sorry, we call our clients, members. So now I say members, yeah, so like, like, we wouldn't necessarily need to reach out to the member and be like, Hey, did you actually write this check? Right? So if we would go in and sign the sample signature matches the signature the check that's being pushed out right now.

Ari Teman   17:27
Okay, so the vast majority of these are like, you know, the guy,

Akash Kazi (ex Signature OASIS)   17:31
 minor discrepancies,

Ari Teman   17:31
minor like, signature. The guy was tired, he was wearing gloves in the winter, and his signature looks different.

Akash Kazi (ex Signature OASIS)   17:35
yeah,

Ari Teman   17:36
 and you have a lot of discretion there to go. Yeah, that's clearly he signed it, or it's close enough, right?

Akash Kazi (ex Signature OASIS)   17:43
Yeah, it is

Ari Teman   17:44
 okay, great.

Ari Teman   17:45
And then, so then for an RCC, the only real flag would be the amount or the or the zip code or something, right? Like, it's

Akash Kazi (ex Signature OASIS)   17:54
just those we would most like most of the time, reach out, just because those are more like real time, not really real time, you know what I mean? Because they would, we would only have, like, the, like the day prior to accept it or not accept it

Ari Teman  18:10
for an RCC, it has to clear in the day.

Ari Teman  18:12
Okay, interesting. So basically, in the first 24 hours that an RCC, if a guy, even if they, even if the the, let's say the vendor, their bank, is going to hold the money for a week. That doesn't matter , if they deposit it. Let's say, okay, Friday morning. It's but you have until Monday night to stop that check, or you have until Friday evening.? other words, let's say they walk in nine. Nine in the morning, 10 in the morning. Let's make it easy. Let's say noon on Friday, middle of the day, they walk into their Bank, Bank of America, they deposit an RCC against a signature account, right? You're saying you have a day. Does that mean from noon on Friday till 5pm on Friday, or does that mean till noon on Monday?

Akash Kazi (ex Signature OASIS)  18:56
So basically, noon on Monday,

Ari Teman  18:58
 okay, but, but come 1pm on Monday, if you guys haven't reviewed it, then there is no oasis. Review of that check of that RCC?

Akash Kazi (ex Signature OASIS)  19:08
no, everything must be reviewed.

Ari Teman  19:10
No, but what I'm saying is, let's, let's say that the check comes in. Let's say the noon on Friday to noon on Monday, right? If the computer system doesn't flag it for you, then for an RCC, it's only 24 hour 24 business hours, so to speak, basically.

Akash Kazi (ex Signature OASIS)  19:30
 Yeah,

Ari Teman  19:31
 Okay, interesting.

Ari Teman  19:32
And then let me ask you this, because this is the thing so, so I kind of our concept is sort of like an escrow system for payments between vendors and property managers, right? And one of the things that we hear a lot and see a lot and it's it's pretty when I say it, you'll be like, Yeah, is that it's not just New York City, but but one of the reasons we're looking at folks who have experience in New York is that it's the volume. Is there a plumber, let's say, is hired to come fix a broken pipe in a building, toilet, whatever, right? He gets a check from the landlord or property manager, or he gets a, you know, he had us form like authorizing a RCC or an ACH. And then the the word charge back is, is, it's like a horror movie word to vendors in New York City. So what we hear is that, you know, the guy who's installing the the intercom or the or the electric repair or the plumber. One guy was saying that his father, for years, would deal with this. He was a plumber. He would like renovate the bathrooms when they would get a vacancy, which doesn't

happen anymore in New York, but back when they got vacancies, he would do all the work, and then they would stop the check, or they would do a charge back and say, Oh, the tile was in whatever, right? And the guy couldn't feed his kids. So what happens in the reverse in the sense of, was it ever the case where, let's say, on the Oasis team, the client knows that, you know, would they even get a notice in the first 24 hours of the RCC, or they only get a notice after it's cleared.

Akash Kazi (ex Signature OASIS)   21:24
They get a notice after it's cleared.

Ari Teman   21:26
Okay, so the first 24 hours, they basically have no unless the vendor says, I'm drafting an RCC today. They have no idea that an RCC is coming.

Ari Teman   21:34
Well, if they sorry

Ari Teman   21:36
, let's assume nobody warned them, right? That the vendor walks into the bank, he's got a contract that allows him to draft $5,000 in an RCC. goes into his Bank of America. He drafts the $5,000 and the client has no idea. So then Monday at noon, if he drafted it, Friday at noon, Monday at noon is the first time the client is going to hear about this. RCC? okay,

Akash Kazi (ex Signature OASIS)   22:06
No, because they could have triggered a fraud alert as well,

Ari Teman   22:10
a fraud alert by signature, by signature? Yeah, that would be the Oasis team, or that's a different

Akash Kazi (ex Signature OASIS)   22:16
No, that would be a whole different team, because we also had a fraud department.

Ari Teman   22:20
Okay, so, and the fraud department's in the same building, same building,

Akash Kazi (ex Signature OASIS)   22:24
yeah.

Ari Teman   22:24
 Okay, so everybody's sitting in Manhattan, fraud department sees that an RCC was drafted. The the reviewing of the actual RCC is the Oasis team?

Akash Kazi (ex Signature OASIS)   22:37
No. So, like, let's say you would get a fraud notification for something, right? So let's say $500 was reported as fraud. It would trigger it, but it would go to the fraud department, right? Because it was triggered fraud, and they would go and confirm if it's yes or no. So they would take care of it.

Akash Kazi (ex Signature OASIS)   22:54
But what would happen is, let's say Oasis comes to let's say, let's talk, let's say about Oasis, right? So let's say a check comes through, the signature is little off, and I feel not okay to clear this check. I reach out to the member to be like, Hey, did you write this check? If they say, No, then we draft a form that says, Oh, this is a fraud transaction. We take that check, we remove it from the queue, and we send it over to the fraud department. So we're not actually filing these fraud transactions.

Ari Teman   23:24
 Okay. So to simplify it, Oasis is kind of like an image recognition team, right? There's computer software that says to you, this looks off, right? And a little bit more than image recognition. Hey, they've never sent a check to Texas. This is the first check for this account going to Texas from Brooklyn. That's strange. Call them up and see if they got a vendor in Texas. Or hey, they normally don't write a check for $18,000 they normally write $500 checks. Call them up and see if they wrote a big check. Right?

Ari Teman   23:56
So then and then, you don't actually make a decision as to whether it's fraud or not, your call, you're then forwarding it based on what the client said. Client says, yeah, no, I didn't approve this. Then you just you click that in the computer, and it gets sent to the fraud review department. So

Akash Kazi (ex Signature OASIS)   24:18
sorry, we have to draft a form, and then we report it to the fraud department.

Ari Teman   24:21
Okay, so you draft the form. Now, the client fills out the form, and others, you send a form to them.

Akash Kazi (ex Signature OASIS)   24:26
We draft the form. We send it to the client. They sign off on it, then it comes back to us, then we get it back to the fraud department,

Ari Teman   24:32
okay, and the client is sick, but the but the client saying, I never did business with you. I don't know who they are, that kind of thing.

Akash Kazi (ex Signature OASIS)   24:39
Or I never stopped. I like, I never wrote this check number or this is not the right dollar amount.

Ari Teman   24:45
Okay, yeah. Somebody put a one in front of the number and try to add $1,000 to the amount, or something like that. Yeah, and then. But in the case of the fraud department, they might also send that form too. In other words, if it's flagged for fraud, they might say, hey. Ah, you it didn't, there's nothing that the oasis system didn't flag it, but the fraud system flagged it. And you then fill out an affidavit, and we'll reverse this check that kind of, okay,

Akash Kazi (ex Signature OASIS)   25:15
kind of, yeah,

Ari Teman   25:15
okay, but if, but all that has to happen with an RCC, you're saying in the first 24 hours,

Akash Kazi (ex Signature OASIS)   25:22
at most 24 hours, yeah,

Ari Teman   25:24
okay, because after that the check cleared, the transactions done.

Akash Kazi (ex Signature OASIS)   25:27
 Yeah.

Ari Teman   25:28
 Okay. So basically, if there's no automated fraud alert and there's no automated Oasis alert in the first 24 hours of the of the transaction, then nobody in Manhattan from Signature Bank was looking at that check. That check.

Akash Kazi (ex Signature OASIS)   25:44
No, no, basically not,

Ari Teman   25:45
 okay, so you literally need one of the automated systems to flag the check in the first 24 hours in order for there to be a human being working for signature to review the check before it clears.

Unknown Speaker   26:00
Yes.

Ari Teman   26:01
Okay. And then the only time a human from signature would go back and review that check is if the client, let's say, a week later, goes, Hey, this money was taken out of my account. What the heck happened? Okay, but that, but by the time that's happened, the money has already gone into the vendor account, the payer account, the pay,

Akash Kazi (ex Signature OASIS)   26:23
yeah, if you went through the clearing process, then, yeah, it's also, if it's like a seven day clearing hold, right? Let's say it's, let's say it's an extended hold, then, um, that transaction is still kind of pending for the seven days.

Ari Teman   26:41
 if it's hold by signature, if it's a hold by the client bank, the vendor bank, that's only pre signature,

Speaker 1   26:51

yeah,

Ari Teman   26:51
right, because let's say, let's say Bank of America says to the plumber, hey, this is a lot of money. We're going to keep the money in bank of America for seven days in case there's a complaint, but signature was done in the first 24 hours, even by law, by regulation.

Akash Kazi (ex Signature OASIS)   27:09
Yeah, that can happen. That happens all the time,

Ari Teman   27:12
Right, So then if Bank of American comes to signature in day three and says, Is this okay? It's already too late for signature, the money, by law, had to move out if you didn't. In other words, if you didn't, if an automated system didn't flag it in the first 24 hours, then the transaction clears, and no human being in New York City touched it at all.

Akash Kazi (ex Signature OASIS)   27:32
Yeah, basically,

Ari Teman   27:34
okay, you do this all. It's actually impressive. 15,000 checks reviewed in a day by eight people. You don't have, like, a support team in India or in New Jersey, or why New Jersey?

Akash Kazi (ex Signature OASIS)   27:48
I think, I think, like, only the team is, like, even smaller now, but the workload has definitely decreased from what I heard, yeah, but I think it's only like two or three people now, and they're probably seeing only like two, 3000 checks per day.

Speaker 2   28:04
Probably a lot of people are afraid to put their money to signature at this point.

Speaker 1   28:09
Well, now it's now it's flagstar. But the thing I don't know what they really did, but I think what they did is maybe the people that still banked with signature, they're still getting the same service and all that white glove service, yeah, but I think, like the original signature, uh, Signature Bank, like signature members are the ones that these people are still reviewing transactions for. But I heard it's only like two, 3000 but prior to that, I would like my team would each person would review like, 5000 checks per day, 8000 per day.

Ari Teman   28:42
Yeah, you, you, it's interesting that you guys are still in touch. I guess if there's eight people in a room for hours at the time you become friends, yeah,

Akash Kazi (ex Signature OASIS)   28:51
yeah. Actually, my uh old co worker invited me to her baby shower, but I wasn't able to make it because I was doing a work event. But we still talk. We're all still

we're all still really cool.

Ari Teman  29:02
That's, that's good. And then, because we, I mean, one of the things that, again, comes up is this constant, like, so basically, put it this way, right? Let's say we were building a platform where, like, you could hire a plumber, like, like, I guess the comparison is, like, you're familiar with these sites where you could go on and hire a computer programmer or a graphic designer, and you put the money in escrow, right? So you say, Okay, I'm going to pay you $500 to $100 to design my website, and I'm going to pay you, you know, half up front and half when the job is done. So you give them the 250 and he makes your website. And then you say, No, this isn't what we agreed. It's, you know, you just stole something from another website or something, right? It's really, it's a bad job. It doesn't work. Doesn't work. Doesn't work on my mobile, whatever your claim is, right? So then you have a dispute process. So obviously, for us, the biggest concern is that this is an industry where there's a lot of bullshit from the payers, not from the workers. Meaning, a guy goes and he fixes the toilet,

Akash Kazi (ex Signature OASIS)  29:58
and they  find minor inconveniences, to not pay

Ari Teman  30:02
well, the landlords, yeah, the landlords love to set like, to stop checks. Do charge backs. It's like, seems to be, like a cultural thing. I could be wrong, but you were in the inside, but you weren't, oh, that would be more the fraud department. Or, you know, who's like, it must be that signature, because signature is still like a small world, right? Like it must be, they go, Okay, there's this landlord in Brooklyn. Let's say, right, Harlem, whatever Brooklyn, let's say we know that they just, they do charge backs all the time on vendors.

Ari Teman  30:32
Yeah

Ari Teman  30:33
, right. And this or signature would know. And then what's the position that they're just saying, like, Okay, this guy who owns, he has 60 buildings, and we're getting all their tenant money and everything and as deposits. So even though we know this, this landlord is stealing from their plumber and stealing from their, you know, bathroom repair guy. We're just gonna, we're just gonna approve the charge back and let the plumber fight about it in  court.

Akash Kazi (ex Signature OASIS)  31:08
Um, I'm not sure, but what happens, let's say, from my end at Teachers, is that, let's say you keep coming into, like, for example, I have a member that always comes in, like, you know, every couple of weeks, saying that, Oh, sorry. I was like, taking another story. But so she basically comes in, she has an issue with her husband. Her husband has dementia, and her son is stealing. And what happens is that every couple of weeks she comes in and she's but the thing is that the husband, the husband doesn't live here, he's in fought like, he's in, like, senior care in another state, yeah, and the son is in jail, and she's always coming in saying that,

Oh, I lost my debit card. Somebody stole, somebody stole money on my account. Eventually, there's a point that we have to be like, yeah, sorry. We can't open this dispute for you, right? Because you can't come in every week and tell me this every, like, every transaction this whole week happened as a fraud. You know what I mean,

Ari Teman  32:07
right? Right? Like, okay,

Akash Kazi (ex Signature OASIS)  32:08
our discretion to see if we can file this fraud or not. It's also up to our discussion if we can give you a new debit card or

Ari Teman  32:15
not. So in the case, for example. So that's important, even from, like, a legal perspective. I mean, you're not an attorney, right? But you're understanding, like at Signature Bank, if a landlord were to come, I'm using them as example, because they don't even exist anymore. But let's say that. Let's say that landlord number seven, we'll him call right? He comes into Signature Bank. Landlord seven is known to Signature Bank to be a real piece of shit. He steals from everybody. He doesn't pay. When he pays, he does charge backs. And they go, this guy does chargebacks all the time on ACH and RCC drafts. And we know, because we hear from the vendors, no, I did the work, right?

Ari Teman  32:53
You're saying technically signature has the ability to say, we're not actually going to process this chargeback. You have to go litigate. You have to go to court. Because even though you say you don't know these guys, we know that you have a pattern of lying.

Akash Kazi (ex Signature OASIS)  33:10
Yeah, or we would need, like, a written, like a written statement saying that, hey, I didn't do this. Because some of them, you can just come in and be like, Hey, I didn't do this. You click the buttons, start to dispute. But sometimes we need a handwritten letter or, like, proof that I wasn't there, you know, like, so

Ari Teman  33:27
it's not even right? So let's, let's talk about the example where, like, signature says to the to the landlord, you got to give us a handling letter and sign. You don't know this guy. You don't owe them any money, right?

Ari Teman  33:37
 So technically, that guy sitting in Brooklyn, he's signing that letter. That's the thing that actually causes the chargeback. You wouldn't,

Ari Teman  33:46
In other words, there's no scenario where there's an RCC and Signature is making the decision on their own to do a chargeback whatsoever. In other words, the actual stop, the actual reversal of the transaction is occurring in Brooklyn, with the landlord signing that piece of paper, not in Manhattan.

Ari Teman   34:07
No,

Ari Teman   34:08
No Real decision is made in Manhattan, right? The decision is made by the landlord in Brooklyn,

Akash Kazi (ex Signature OASIS)   34:14
With the banker, or by himself. Yeah.

Ari Teman   34:16
right, meaning they're going into a branch and they're signing this affidavit in front of a banker, or they're signing it onand emailing it to the banker,

Speaker 1   34:23
Yeah

Ari Teman   34:23
but they're sitting when. that's a Brooklyn event. It's not a Manhatttan event,

Ari Teman   34:28
because basically you're saying Oasis, unless, unless there's a signature mismatch, or, like, you can tell that, like, hey, they never send my we're just going to stop this, because they, they they've never sent $100,000 to Topeka, Kansas, so we're just going to block this without even making a call.

Ari Teman   34:45
Yeah,

Ari Teman   34:46
 but, but otherwise, you guys don't make decisions whatsoever. You you, you have to call the client, and the client is the one that's that's basically stopping or reversing the check and so that. So in this example. The decision impact is actually in in Brooklyn and not in Manhattan.

Akash Kazi (ex Signature OASIS)   35:06
Yeah,

Ari Teman   35:06
 interesting. Okay, cool.

Ari Teman   35:09
I don't know how much time you I've got like, like, five minutes left.

Akash Kazi (ex Signature OASIS)   35:14
I have time, don't worry.

Ari Teman   35:15
 okay, good, good. I would say I'm very even the Zoom is going to shut me off in my five minutes. But I'm very impressed by your knowledge. Like it's, I think from the

outside, people probably assume all these guys are just, like, checking a box, like on a web form, but you have to know a lot of regulations, and what will happen if you approve it or don't approve it, you know,

Ari Teman   35:38
yeah, what happens if you approve it and the money goes through. Bank of America, gets the money, vendor goes and spends the money. Three weeks later, the client says, No, I didn't approve that. So now you've got to go back to Bank of America and say it wasn't approved, assuming they signed a letter, right? But when that guy signs that letter, and he's signing it in Brooklyn, he's signing it at a branch in Brooklyn. That's not actually the Oasis team whatsoever. If a guy comes in -- that letter, anytime a client is signing a letter, that's the fraud department. That's not Oasis and that's happening at either in the client's email in their office, or it has to happen at the client's branch. So for a Brooklyn landlord, it's happening in a signature branch in Brooklyn, not in Manhattan. It's not the Oasis team. Oasis team is not involved. Interesting,

Akash Kazi (ex Signature OASIS)   36:25
no. But like, let's say some, let's say that scenario does happen, right? So let's say you write a check to me, and then later you go, Oh, I didn't write this check.

Akash Kazi (ex Signature OASIS)   36:35
 Then it would trigger it to come to Oasis team, because Oasis, let's say Oasis cleared it, right? Like our system automatically cleared it, or we reviewed it, and, well, most of the time if we reviewed it and cleared it, and now you say it's no good, then it comes back to us. Then we have a timeframe. I forgot exactly what that timeframe is. I feel like it's 30 days where we can still try to retrieve the money back. We would start a case with the feds, and then the the feds will try to retrieve the money back, and then we can, most of the time, get the money back,

Ari Teman   37:07
feds, meaning clearing house, not like the Southern District, not the federal prosecutors, like

Ari Teman   37:07
, no, no, no, like with the clearing house,

Ari Teman   37:09
just the federal clearing house. Okay, so, but, but then there would be a transaction, there would be there would be some message through the clearing house, and then the clearing house goes to Bank of America and says, These guys want the money back.

Speaker 1   37:26
Yeah, most of the time I believe it's Fiserv that handles that, so we will report it to Fiserv . And then Fiserv ,

Ari Teman   37:30
Fiserv is the federal system. And then, and then Fiserve gets a message from sounds like the VIagra guys,

Akash Kazi (ex Signature OASIS)   37:40
Ha ha

Ari Teman   37:40
but Fiserv gets puts the message over to Bank of America, and then Bank of America, technically they could say, No, my customer has a contract, and

Akash Kazi (ex Signature OASIS)   37:50
Yeah,

Ari Teman   37:50
 are and so your customer has to do it.

Akash Kazi (ex Signature OASIS)   37:53
Yeah

Ari Teman   37:53
 There's for an RCC. After even a week, they're not required to send the money back if there's any contract or relationship, if it's not pure like these guys, if these guys knew each other and they had a business relationship, then they have to go to litigation. Right now, did that happen where Bank of America or another bank would say, No, our client has shown us that they have a legitimate transaction, so we're not going to give the money back?

Akash Kazi (ex Signature OASIS)   38:16
Yeah, that happens most of the. That happens sometimes too. And then we would basically, then it would turn into a dispute. Right. And then we would just try to get the money back. But it depends on what proof that they submit and what proof we submit, and we cross reference it, and then

Ari Teman   38:31
you're having a conversation with Bank of America, like you're emailing you and Bank of America are emailing each other, or?

Akash Kazi (ex Signature OASIS)   38:40
I'm not sure that wouldn't fall under my department. Once we get, once that happens, we give it to the fraud department.

Ari Teman   38:46
Okay, so then it's the it, meaning it's, it's not at all the Oasis department. If it's a dispute about an RCC,

Akash Kazi (ex Signature OASIS)   38:51
yeah,

Ari Teman   38:52
it only, only an RCC where some random guy in India or Pakistan makes a fake RCC and drafts it on an account, and it's so obvious that it's not that legitimate relationship, not a disputed relationship, but the relationship that never existed.

That's oasis. But if the if it really was a vendor that was selling to this landlord, and the landlord turns around and says, I don't feel like paying this bill. I didn't authorize this particular payment, that's not an oasis issue at all. That's a fraud department issue

Akash Kazi (ex Signature OASIS)  39:22
Yeah.

Ari Teman  39:23
and and within the first 24 hours, if they didn't flag it, then the transaction cleared. And so no human being in New York, as we said, looked at it. Okay. Interesting. Interesting.

Akash Kazi (ex Signature OASIS)  39:35
Yeah,

Ari Teman  39:36
 all right. So when we get, when we get this, the platform more, flushed out. Maybe, maybe we'll chat again, because I kind of we would build like in reverse. We that's kind of the issue, right? In other words, the system only works if the vendors are getting paid in a timely fashion. It only works if you stop the fraud in a timely fashion, and it seems like you're. Really only have 24 hours to stop a fraudulent transaction, and after that, it's just automated. The computer moves the money. No human being touches it. So I gotta, I gotta run. I didn't think we'd go this long

Ari Teman  40:12
Yeah, no problem

Ari Teman  40:13
 but I appreciate it. All right, so maybe ping you in a couple days and we'll, we'll chat again.

Akash Kazi (ex Signature OASIS)  40:18
Okay, no problem. That's cool.

Ari Teman  40:19
happy charging.

Akash Kazi (ex Signature OASIS)  40:20
All right, take care. I'll see you soon. I'll talk to you soon. Bye, bye.

Transcribed by https://otter.ai