B"H

Ari Teman

**RE: Request for modification to be able to get MRI of nasal mass / tumor & financial assistance to cover treatment expenses**

**Hon. Paul A. Engelmayer**

Your Honor,

Following three rounds of prescribed nasal steroids (spray dispensers), my ears have not improved, and a troubling mass appears to be the issue. Both Dr. Wolfovitz and Dr. Budow wish for me to have a series of MRIs and biopsy to determine the appropriate next course of treatment. The most-likely issue is a nasopharyngeal tumor, and further tests are required to determine if it is benign or malignant and what the next steps are.

I recognize that Your Honor's initial concern may be that these requests are "pretextual." However, these medical issues predate both my travel to Israel and my incarceration. Your Honor has previously acknowledged the seriousness of similar masses and inflammation, and endorsed medical records from Baptist Hospital as well as the surgical records of Dr. Ariel Grobman, who operated to remove inflammation and restore my breathing:

- **Dkt. 280**: *"The Court wishes Mr. Teman a full and speedy recovery."* (Order of Sept. 22, 2021, removing an ankle monitor to permit ongoing MRIs).

- **Dkt. 290**: *"The Court appreciates this notification which is a satisfactory alternative… The Court wishes Mr. Teman a speedy and full recovery."* (Order of Oct. 15, 2021, acknowledging post-surgery medical records).

The suspected mass is located within centimeters of the site of Dr. Grobman's prior surgery, and the pain has worsened, particularly on the right side. Unilateral pain is a heightened concern.

Additionally, an **ETF (Eustachian Tube Function) test** performed at Sheba Medical Center confirmed that my tubes are fully blocked. This objective test involves inserting a probe into the ear while the patient drinks water and does not rely on patient feedback.

Dr. Budow has also recommended a repeat MRI of my brain and spine due to recurrent disorientation and dizziness. While this may relate to ETD, he is concerned that the mass first noted by Baptist Hospital (Dkt. 280) may have grown or spread. There is a concern that these conditions are related, and that they my be a continued side-effect of my negative reaction to the J&J vaccine (that has since been moved to emergency-use only due to causing many such issues).

During the recent Iranian missile attacks, I was in shelters with positive-pressure filtration systems. These caused severe ear pain, consistent with Dr. Wolfovitz's no-fly order. A transatlantic flight would subject me to 12–14 hours of sustained pressure, likely causing serious damage. A boat trip, which I also cannot afford, would delay treatment for approximately two more months, in addition to requiring me to restart the diagnostics in Miami before getting prescriptions and insurance approvals again for MRIs, biopsies, etc.

Because I am not an Israeli citizen and hold only short-term private insurance, these tests and procedures must be paid out-of-pocket. I lack the funds. A friend is willing to loan me the necessary amounts, but is

concerned that under the current "fugitive" designation, such assistance could expose him to legal risk. This friend is also willing to support legal and basic expenses, so that an attorney can assist with this and someone else can take over managing my company so clients continue to be served if my disorientation and condition worsens, but he would appreciate reassurance, as well, that it is lawful to support medical, legal, and related expenses during treatment and recovery.

Accordingly, I respectfully request that the Court:

1. **Stay the finding of fugitive status** until completion of the MRI and biopsy and any resulting treatments, so that family and friends may safely provide funds for medical care. As in past matters, I am willing to provide proof of tests, hospital visits, and medical records.

2. **Clarify that it is lawful for third parties** to assist with my expenses during this period.

Alternatively, given the years-long history of these masses and the incredible stress this condition is causing as well as the difficulty it is adding to basic daily living and working, I would ask the court to please be merciful and reconsider the order to allow me to complete my supervision in Israel. I did not violate for the 6 years under supervision until this medical condition and Dr. Wolfowitz order to not fly, and even then I actively sought transportation via both passenger and cargo ship. I have worked hard to rebuild my life and my business and this condition is extremely challenging and the added medical expenses and visits are also difficult to bear.

I remain engaged with the courts in both SDNY and SDFL. I have not hidden my location or ceased communication, and I continue to pursue appeals, and participate in civil litigation. I am not hiding. I need medical care.

I understand Your Honor deals daily with defendants who misrepresent facts, and that Your Honor believes I took funds for which my company was not entitled, but the Court has abundant medical records documenting an ongoing issue of masses and inflammation in my nasal area, and I believe is aware of my family's history of cancer on both sides (my uncle passed after being diagnosed not much older than I am now, both my grandmothers, and my aunts, have all had cancer).

Therefore, so that I can be diagnosed without further delay, I respectfully ask that Your Honor reconsider—or at minimum stay—the fugitive ruling and allow me to be treated per the doctor's requests so that I can obtain the urgently needed MRI and biopsies and provide proof directly to the Court, or Your Honor please allow me to remain in Israel to be treated and heal with family.

I am open to Your Honor's suggestions on how to address this issue in a way that Your Honor can be reassured I am being truthful and genuinely in need of this medical care.

Moadim L'Simcha. I wish you and Mr. Guttwilig a very happy Sukkot.

Respectfully,

    s/Ari Teman/

Ari Teman

10/10/25