UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

-v-

ARI TEMAN,

                Defendant.

19-CR-696 (PAE)

ORDER

---

PAUL A. ENGELMAYER, District Judge:

    Defendant Ari Teman is presently a fugitive, having refused to return, as ordered, from Israel to complete his term of supervised release. *See, e.g.*, Dkt. 567, 569, 575. Teman today filed a letter on the docket of this case, asking the Court to stay his fugitive status, claiming that this status is deterring a friend from lending Teman money to assist with urgent medical expenses. Dkt. 577. There is no need to stay the Court's well-founded determination that Teman is a fugitive. The Court instead clarifies that it will not treat a third party's provision of money to Teman for the purpose of covering Teman's present medical expenses as facilitating Teman's fugitivity.

    Teman's letter also asks the Court to authorize him to serve his supervised release term in Israel. The Court has repeatedly denied that request, for sound reasons. *See* Dkt. 560 (listing orders); Dkt. 567. For the same reasons, the Court again denies this motion.

    The Court wishes Teman good health and, in the event a medical procedure is undertaken, a prompt and successful outcome.

    The Clerk of Court is respectfully directed to terminate the motion at docket 577.

SO ORDERED.

                                     *Paul A. Engelmayer*
                                     _____
                                     PAUL A. ENGELMAYER
                                     United States District Judge

Dated: October 10, 2025
        New York, New York