

ד"ר עמית וולפוביץ
מומחה ומנתח א.א.ג כירורגית ראש וצוואר
מומחה באוטולוגיה/נוירואוטולוגיה
(ניתוחי אוזניים, שיקום שמיעה, סחרחורת, טינטון
וגידולי בסיס הגולגולת הצידי)

---

3.11.25

**שם:** ארי תימן
**תאריך לידה:** 10.5.1982
**Email:** ari@teman.com
**כתובת:** ת"א

הצהיר/ה שלא נפגשנו במסגרת מערכת הבריאות הציבורית בחצי השנה האחרונה

**סיבת הפניה:**
לפני כחודשיים עבר טיפול בתא לחץ בשל סימפטומי GI. ככל הנראה סבל מצינון. ללא קושי במהלך ה"צלילה". למחרת החל לחוש לחץ באוזן ימין. ללא שיפור בבליעה. ללא שינוי בשמיעה. ללא טינטון או סחרחורת. נמשך עד עכשיו. טורדני. בחשיפה לרעש בעיקר בתדר נמוך - אי-נוחות ואף כאב. ללא סחרחורת.
ללא קושי בהשוואת לחצים (טיסות וכדומה)
דלקות אוזניים בילדות

24.4.25 - השלים בדיקת שמיעה + טימפנומטריה + ETF: שמיעה תקינה למעט ירידה ת"ע סימטרית ב-UHF עד ל-50 ד"ב. 96/92% . WRS 10/10 SRT טימפנו A/A. בבדיקת ETF - תת-תפקוד חצוצרה דו"צ.
פחות חמור משהיה כאשר פנו.

3.11.25 - עדיין כאב באוזן ימין. די קבוע. ללא שינוי בשמיעה. מתקשה בחדרים סגורים כממ"ד.

**בדיקה גופנית:**
פנים - סימטריות
אוטוסקופיה - תקינה משני הצדדים. תנועת תופית תקינה בולסלבה וטוויינבי משני הצדדים.
וובר לשמאל, רינה + משני הצדדים אך נשמע יותר משמאל
ללא ניד ספונטני, HIT - תקין דו"צ, HST - תקין, SKEW - תקין, VOR דו"צ, תחת פרנזל - תקין

24.4.25 - אוטוסקופיה - תקינה משני הצדדים עם תנועת תופית בולסלבה.
3.11.25 - אוטוסקופיה - תקינה משני הצדדים. תנועת תצפית בולסלבה וטוויינבי. FOL - חלל ף ימין - תקין, נזופרינקס ופתחי והחצוצרה תקינים. שאר הפרינקס ולרינקס תקינים.
רגישות מסויימת ב-TMJ.

**רקע רפואי:**
ללא

**רקע ניתוחי:**
ניתוח לשחזור האף, אוטופלסטי

**אלרגיה לתרופות:**
פניצילין

**הרגלים:**
ללא

**סיכום והמלצות:**



**TRANSLATION OF NOV 3rd NOTES:**

The patient continues to suffer from Eustachian tube dysfunction, mainly on the right side. Possible treatment options were explained: balloon dilation (tuboplasty) or insertion of a ventilation tube ("ear button"). The implications, risks, and success rates of each option were discussed. It is recommended to first attempt catheterization (balloon dilation) of the Eustachian tube. In addition, a soft diet and warm compresses to both jaw joints are recommended for two weeks."