UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

-v-

ARI TEMAN,

Defendant.

---

19 Cr. 696 (PAE)

ORDER

PAUL A. ENGELMAYER, District Judge:

Defendant Ari Teman has again moved for the Court to recuse and to lift his fugitive status. Dkt. 580. The Court again denies these motions, which are frivolous. There is no basis to reassess the Court's rulings declining to recuse and finding Teman to be a fugitive. Both rulings have been affirmed by the United States Court of Appeals for the Second Circuit. *See, e.g.*, Dkts. 380, 570, 579.

SO ORDERED.

*Paul A. Engelmayer*
PAUL A. ENGELMAYER
United States District Judge

Dated: November 4, 2025
         New York, New York