# Message Details

« Back to Tracking Report



To: Jacob.Gutwillig@usdoj.gov, jay.clayton@usdoj.gov, kedar.bhatia@usdoj.gov, arthur_smallman@nysd.uscourts.gov
CC: EngelmayerNYSDChambers@nysd.uscourts.gov, Jacob.Fiddelman@usdoj.gov, jacob.gershman@wsj.com
BCC: alexspiro@quinnemanuel.com, dana.mattioli@wsj.com
Sent: Oct 24, 2025 (10 days ago)
Subject: **Paul Engelmayer gave a kid herpes???**

## Tracking Events

| Event | Location | Client/Device | When |
|---|---|---|---|
| Recipient opened | Washington, DC 149.101.1.117 | Mozilla | Nov 03, 2025 about 1 hour ago |
| Recipient opened | Washington, DC 149.101.1.114 | Mozilla | Nov 03, 2025 about 4 hours ago |
| Recipient opened | Brooklyn, NY 166.137.175.64 | Safari iPad | Nov 01, 2025 2 days ago |
| Recipient opened | Brooklyn, NY 166.137.175.64 | Safari iPad | Nov 01, 2025 2 days ago |
| Recipient opened | Washington, DC 149.101.1.117 | Mozilla | Nov 01, 2025 3 days ago |
| Recipient opened | Washington, DC 149.101.1.117 | Mozilla | Nov 01, 2025 3 days ago |
| Recipient opened | 66.249.82.0 | GMail GMail | Oct 28, 2025 7 days ago |
| Recipient opened | Brooklyn, NY 166.137.175.41 | Safari iPhone | Oct 26, 2025 8 days ago |
| Recipient opened | Brooklyn, NY 166.137.175.41 | Safari iPhone | Oct 26, 2025 8 days ago |
| Recipient opened | Brooklyn, NY 166.137.175.41 | Safari iPhone | Oct 26, 2025 8 days ago |

| Event | Location | Client/Device | When |
| --- | --- | --- | --- |
| Recipient opened | Brooklyn, NY 166.137.175.41 | Safari iPhone | Oct 26, 2025 8 days ago |
| Recipient opened | Brooklyn, NY 166.137.175.41 | Safari iPhone | Oct 26, 2025 8 days ago |
| Recipient opened | Brooklyn, NY 166.137.175.41 | Safari iPhone | Oct 26, 2025 8 days ago |
| Recipient opened | Brooklyn, NY 166.137.175.41 | Safari iPhone | Oct 26, 2025 8 days ago |
| Recipient opened | IL 107.127.9.28 | Safari iPhone | Oct 24, 2025 10 days ago |
| Recipient opened | IL 107.127.9.28 | Safari iPhone | Oct 24, 2025 10 days ago |
| Recipient opened | Washington, DC 149.101.1.115 | Mozilla | Oct 24, 2025 10 days ago |
| Recipient opened | IL 107.127.9.28 | Safari iPhone | Oct 24, 2025 10 days ago |
| Recipient opened | IL 107.127.9.28 | Safari iPhone | Oct 24, 2025 10 days ago |
| Recipient opened | 66.249.82.0 | GMail GMail | Oct 24, 2025 10 days ago |
| Recipient opened | Washington, DC 149.101.1.114 | Mozilla | Oct 24, 2025 10 days ago |
| Recipient opened | GA 107.115.108.29 | Safari iPhone | Oct 24, 2025 10 days ago |
| Recipient opened | GA 107.115.108.29 | Safari iPhone | Oct 24, 2025 10 days ago |
| Recipient opened | Oceanside, NY 67.81.107.3 | Safari iPhone | Oct 24, 2025 10 days ago |
| Recipient opened | Queens, NY 100.33.162.165 | Chrome Android | Oct 24, 2025 10 days ago |
| Recipient opened | Oceanside, NY 67.80.47.102 | Safari iPhone | Oct 24, 2025 10 days ago |
| Recipient opened | Oceanside, NY 67.80.47.102 | Safari iPhone | Oct 24, 2025 10 days ago |

| Event | Location | Client/Device | When |
|---|---|---|---|
| Recipient opened | GA<br>107.115.108.29 | Safari iPhone | Oct 24, 2025<br>10 days ago |
| Recipient opened | Washington, DC<br>149.101.1.114 | Mozilla | Oct 24, 2025<br>10 days ago |
| Recipient opened | Washington, DC<br>149.101.1.114 | Mozilla | Oct 24, 2025<br>10 days ago |
| Recipient opened | New York, NY<br>107.115.48.21 | Safari iPhone | Oct 24, 2025<br>10 days ago |
| Recipient opened | New York, NY<br>107.115.48.21 | Safari iPhone | Oct 24, 2025<br>10 days ago |
| Recipient opened | FL<br>107.115.112.21 | Safari iPhone | Oct 24, 2025<br>10 days ago |
| Recipient opened | FL<br>107.115.112.21 | Safari iPhone | Oct 24, 2025<br>10 days ago |
| Recipient opened | 66.249.82.0 | GMail GMail | Oct 24, 2025<br>10 days ago |
| Recipient opened | 66.249.82.0 | GMail GMail | Oct 24, 2025<br>10 days ago |
| Recipient opened | Brooklyn, NY<br>166.137.175.47 | Safari iPhone | Oct 24, 2025<br>10 days ago |
| Recipient opened | Brooklyn, NY<br>166.137.175.47 | Safari iPhone | Oct 24, 2025<br>10 days ago |
| Recipient opened | Las Vegas, NV<br>107.122.50.26 | Safari iPhone | Oct 24, 2025<br>10 days ago |
| Recipient opened | Las Vegas, NV<br>107.122.50.26 | Safari iPhone | Oct 24, 2025<br>10 days ago |
| Recipient opened | Brooklyn, NY<br>172.56.163.134 | Safari iPhone | Oct 24, 2025<br>10 days ago |
| Recipient opened | Philadelphia, PA<br>73.188.74.65 | Safari iPhone | Oct 24, 2025<br>10 days ago |
| Recipient opened | Philadelphia, PA<br>73.188.74.65 | Safari iPhone | Oct 24, 2025<br>10 days ago |
| Recipient opened | Philadelphia, PA<br>73.188.74.65 | Chrome Macintosh | Oct 24, 2025<br>10 days ago |

| Event | Location | Client/Device | When |
| --- | --- | --- | --- |
| Recipient opened | Brooklyn, NY 166.137.175.8 | Safari iPhone | Oct 24, 2025 10 days ago |
| Recipient opened | Brooklyn, NY 166.137.175.8 | Safari iPhone | Oct 24, 2025 10 days ago |
| Bounce received | | | Oct 24, 2025 10 days ago |