EXHIBIT D - DOJ Search for Epstein Files (Teman)




About    Our Work    News    Resources    Grants    Employment

Justice.gov > Epstein Library > Search Full Epstein Library

**Epstein Library**

Home
Search Full Library
DOJ Disclosures
House Disclosures

# Search Full Epstein Library

Share

## Privacy Notice

In view of the Congressional deadline, all reasonable efforts have been made to review and redact personal information pertaining to victims, other private individuals, and protect sensitive materials from disclosure. That said, because of the volume of information involved, this website may nevertheless contain information that inadvertently includes non-public personally identifiable information or other sensitive content, to include matters of a sexual nature. In the event a member of the public identifies any information that should not have been posted, please notify us immediately by email at EFTA@usdoj.gov so we can take steps to correct the problem as soon as possible.

englemayer    [Search]

**EFTA00014263.pdf** - DataSet 8

*Englemayer* said Weinstein was dizzy before he fell. "Harvey says his head throbs all the time and thinks he has a concussion....He has not been officially diagnosed," *Englemayer* said....Movie mogul Weinstein doesn't walk steadily and doesn't have a walker in jail, *Englemayer* said.

**EFTA00067607.pdf** - DataSet 9

*Englemayer* said Weinstein was dizzy before he fell. "Harvey says his head throbs all the time and thinks he has a concussion....He has not been officially diagnosed," *Englemayer* said....Movie mogul Weinstein doesn't walk steadily and doesn't have a walker in jail, *Englemayer* said.

**EFTA00014243.pdf** - DataSet 8

*Englemayer* said Weinstein was dizzy before he fell. "Harvey says his head throbs all the time and thinks he has a concussion....He has not been officially diagnosed," *Englemayer* said....Movie mogul Weinstein doesn't walk steadily and doesn't have a walker in jail, *Englemayer* said.



**EFTA00672335.pdf** - DataSet 9

Delta Airline, Judge *Englemayer* held that a plaintiff who had proceeded anonymously cannot continue to do so at trial....Judge *Englemayer* held that doing so at trial would give plaintiff unfair advantages, such as providing her with an aura of stature and legitimacy, and