**EXHIBIT E - Social Media Accounts Accusing Paul Engelmayer of Pedophilia**





https://x.com/EricH50136137/status/1888320023262888041



**Rep. Anna Paulina Luna** @RepLuna · Jan 21

Everyone is frustrated because they want to see the Epstein files and I do too, but here are the facts:

As of today, the DOJ has completed a review of over 5 million documents, conducted by over 500 attorneys, and they are ready to be released NOW.

However, Obama appointed
Show more

3.2K    18K    60K    1.7M

**John** @AlexGFU

Judge Paul Engelmayer is a pedo.

Case closed.

9:05 PM · Jan 21, 2026 · 80 Views

https://x.com/AlexGFU/status/2014051667549818948



Judge Paul Engelmayer seems to be a pedophile who raped children with Jeffrey Epstein

1:32 AM · Feb 9, 2025 · **44** Views

https://x.com/Cellardoor314/status/1888370419394290045



Engelmayer is probably a pedo

5:36 AM · Feb 9, 2025 · 3 Views

https://x.com/PepeDogood/status/1888431820825407800



https://x.com/EmilyBrammer5/status/1888402818941235688

**Catturd ™** @catturd2 · Aug 11, 2025
Imagine that.



> **The Patriot Oasis™** @ThePatriotOasis · Aug 11, 2025
> 🚨 BREAKING: President Trump's DOJ request to release Epstein grand jury transcripts *DENIED* by Obama Judge Paul Engelmayer.
>
> Democrats don't want this information out.

896    🔁 6.2K    ♥ 16K    📊 386K

**Roberto Sanchez**
@exposethepuppet

Is Obama Judge Paul Engelmayer
A) A pedophile
B) Obamas gay lover
C) A homosexual
D) A woman dressed as a man

7:35 PM · Aug 11, 2025 · 30 Views



https://x.com/Retflyguy12/status/1888637441130860873



https://x.com/8bxlxd8/status/1888598610130170100



**Real John Roberts** 🇺🇸 ✓
@JohnHRobertsJr

Paul Engelmayer looks just like a Pedophile, not that he is, but he looks just like a Pedophile.
#Bessent #TrumpWon
#TreasuryDept

3:11 AM · Feb 9, 2025 · **45** Views

https://x.com/JohnHRobertsJr/status/1888395336344855007

 **TaraBull** ✓ @TaraBull · Aug 20, 2025
BREAKING: Manhattan based U.S. Judge **Paul Engelmayer** Blocks DOJ's Push to Unseal Jeffrey Epstein Grand Jury Records.

What is this liberal activist judge trying to hide?



💬 63    🔁 125    ♡ 335    📊 36K

 **Southern Grace** 🔥✨ ✓ @southgrace427 · Feb 9, 2025

Anyone want to take over/under's on whether or not the Dishonorable District Judge **Paul Engelmayer** is front and center on the Epstein Island List...
Bring this guy to his F'ing knees...
I think it will be a familiar position for him...
LMFAO...
😂😂🔥👆🇺🇸⚖️⭕🌸🥟🧦



💬 42    🔁 70    ♡ 263    📊 2.6K    🔖 ⤴

**Hunter Eagleman™** ✓
@Hunter_Eagleman

WONDER WHY Judge Paul Engelmayer appointed by Barack Obama, denied the Trump admin's bid to unseal Ghislaine Maxwell grand jury transcripts?



6:48 PM · Aug 11, 2025 · **5,436** Views

💬 65   🔁 64   ♥ 187   🔖 7



Get ride of that... perhaps Engelmayer is a pedo, too? And we don't know it? What is wrong with this individual? We must know who the pedos citcle is so we destroy it.

7:42 AM · Aug 12, 2025

https://x.com/USEquityManager/status/1955127648293883968

 **TaraBull** ✓ @TaraBull · Jan 21

BREAKING: Rep. Anna Paulina Luna Drops IMPEACHMENT BOMBSHELL on Obama-Appointed Judge **Paul Engelmayer** for OBSTRUCTING Epstein Files Release



💬 127    🔁 3K    ♥ 11K    📊 58K

 

**Rod D. Martin** ✓ @RodDMartin · Jul 25, 2025

🚨 1 in 3.73 TRILLION

That's the statistical chance that hack Obama Judge Paul Engelmayer would randomly be assigned all seven Epstein-related cases in SDNY.

And yet somehow… he got them.

And now he decides if Ghislaine's grand jury testimony stays sealed.

🗳️👎



💬 392    🔁 9.2K    ♥ 20K    📊 380K

**Rod D. Martin** ✓
@RodDMartin

2/ Paul Engelmayer:

🔴 Appointed by Obama
🔴 Blocked Trump's Treasury record subpoenas
🔴 Now blocking the unsealing of Ghislaine Maxwell's testimony — unless Trump's AG Pam Bondi gives him "more info" by July 29.

Just a coincidence? Keep reading.



4:48 AM · Jul 25, 2025 · **19.8K** Views

https://x.com/RodDMartin/status/1948560937520116010